IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> v. <br><br> SUPER CRYPTO MINING, INC., and DPW HOLDINGS, INC. <br><br> Defendants. | Civil Action No. 1:18-cv-11099 <br><br> **Plaintiff's Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiff BLOCKCHAIN MINING SUPPLY AND SERVICES LTD. (a nongovernmental corporate party) certifies that it has no corporate parent and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
November 28, 2018

**COWAN, LIEBOWITZ & LATMAN, P.C.**

By:  /s/ Ronald W. Meister
Ronald W. Meister (rwm@cll.com)
114 West 47th Street
New York, New York 10036
(212) 790-9200

*Attorney for Plaintiff Blockchain Mining Supply and Services, Ltd.*