UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,

        Plaintiff,

–against–

SUPER CRYPTO MINING, INC., and DPW
HOLDINGS, INC.,

        Defendants.

**STIPULATION AND ORDER**

Civil Action No. 1:18-CV-11099 (ALC)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel to all parties herein, as follows:

1. Sichenzia Ross Ference LLP hereby appears as counsel for defendants herein, and waives service of the Summons and Complaint in this action.

2. Defendants shall have until February 8, 2019, to serve a responsive pleading.

Dated: New York, New York
       December 10, 2018

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
   Ronald W. Meister (RWM@cll.com)
114 West 47th Street
New York, NY 10036
(212) 790-9200
Attorneys for Plaintiff

SICHENZIA ROSS FERENCE LLP

By: _____
   Marc J. Ross, Esq. (MRoss@SRF.law)
1185 Avenue of the Americas
New York, NY 10036
(212) 930-9700
Attorneys for Defendants

SO ORDERED:

_____
U.S.D.J.     Date

2549208