UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,                                            Case No. 1:18-CV-11099-ALC

        Plaintiff,

                                                    **NOTICE OF APPEARANCE**

   -against-

SUPER CRYPTO MINING, INC., and
DPW HOLDINGS, INC.,

        Defendants.
-------------------------------------------------------X

To the Clerk of Court and all Parties of Record:

      PLEASE TAKE NOTICE, that Robert B. Volynsky, Esq., of Sichenzia Ross Ference LLP, hereby appears as counsel of record for Defendants Super Crypto Mining, Inc. and DPW Holdings, Inc. in the above-captioned matter. It is respectfully submitted that all future papers and notices of electronic filing with respect to this action be forwarded to the undersigned

Dated: December 12, 2018

                                              Respectfully submitted,

                                              SICHENZIA ROSS FERENCE LLP

                                              By:   /s/ *Robert B. Volynsky*
                                                    Robert B. Volynsky (RV-7076)
                                              1185 Avenue of the Americas, 37th Floor
                                              New York, New York 10036
                                              (212) 930-9700
                                              rvolynsky@srf.law

                                              *Attorneys for Defendants DPW Holdings, Inc. and Super Crypto Mining, Inc.*