UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,                                                          Case No. 1:18-CV-11099-ALC

               Plaintiff,

   -against-                                                                   **RULE 7.1 STATEMENT**

SUPER CRYPTO MINING, INC., and
DPW HOLDINGS, INC.,

               Defendants.
---------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant DPW Holdings, Inc. (a non-governmental corporate party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

1. Avalanche International Corp.
2. Alzamend Neuro, Inc.
3. Microphase Corp.

Dated: December 12, 2018

                                                         Respectfully submitted,

                                                         SICHENZIA ROSS FERENCE LLP

                                                         By:    /s/ *Robert B. Volynsky*
                                                             Robert B. Volynsky (RV-7076)
                                                     1185 Avenue of the Americas, 37th Floor
                                                     New York, New York 10036
                                                     (212) 930-9700
                                                     rvolynsky@srf.law

                                                     *Attorneys for Defendant DPW Holdings, Inc.*