UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,                                                          Case No. 1:18-CV-11099-ALC

                Plaintiff,

    -against-                                                          **RULE 7.1 STATEMENT**

SUPER CRYPTO MINING, INC., and
DPW HOLDINGS, INC.,

                Defendants.
---------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Super Crypto Mining, Inc. (a non-governmental corporate party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

1. DPW Holdings, Inc.

Dated: December 12, 2018

                                                          Respectfully submitted,

                                                          SICHENZIA ROSS FERENCE LLP

                                                          By:   /s/ *Robert B. Volynsky*
                                                               Robert B. Volynsky (RV-7076)
                                                         1185 Avenue of the Americas, 37th Floor
                                                         New York, New York 10036
                                                         (212) 930-9700
                                                         rvolynsky@srf.law

                                                        *Attorneys for Defendant Super Crypto Mining, Inc.*