UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,                                                    Case No. 1:18-CV-11099-ALC

                 Plaintiff,

                                          **NOTICE OF APPEARANCE**

    -against-

SUPER CRYPTO MINING, INC., and
DPW HOLDINGS, INC.,

                 Defendants.
-------------------------------------------------------X


To the Clerk of Court and all Parties of Record:

      PLEASE TAKE NOTICE, that Richard J. Babnick Jr., Esq., of Sichenzia Ross Ference

LLP, hereby appears as counsel of record for Defendants Super Crypto Mining, Inc. and DPW

Holdings, Inc. in the above-captioned matter.  It is respectfully submitted that all future papers

and notices of electronic filing with respect to this action be forwarded to the undersigned

Dated: December 12, 2018

                                Respectfully submitted,

                                SICHENZIA ROSS FERENCE LLP

                                By:    /s/ *Richard J. Babnick Jr.*
                                      Richard J. Babnick Jr. (RB-3374)
                                1185 Avenue of the Americas, 37th Floor
                                New York, New York 10036
                                (212) 930-9700
                                rbabnick@srf.law

                                *Attorneys for Defendants DPW Holdings, Inc. and*
                                *Super Crypto Mining, Inc.*