UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-5-19

BLOCKCHAIN MINING SUPPLY AND SERVICES LTD.,

        Plaintiff,

-against-

SUPER CRYPTO MINING, INC. ET AL,

        Defendants.

18-cv-11099 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will hold a pre-motion conference in this case on **April 16, 2019, at 1:30 p.m.** regarding Defendant's anticipated motion to dismiss. ECF No. 13. The parties (and/or counsel) should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

**SO ORDERED.**

Dated: April 5, 2019
      New York, New York

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**