UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br>                        Plaintiff, <br><br>v. <br><br>SUPER CRYPTO MINING, INC., and DPW HOLDINGS, INC., <br><br>                        Defendants. | Civil Action No. 18-cv-11099-ALC <br><br>**STIPULATION AND ORDER TO AMEND CAPTION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-entitled action and their respective attorneys, that henceforth, "SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC." shall be substituted for "SUPER CRYPTO MINING, INC." as the name of a defendant in this action; and

IT IS FURTHER STIPULATED AND AGREED, that the caption of this action shall be reformed to incorporate this change as follows:

    BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., Plaintiff v. SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC., Defendants

Dated: New York, New York
       April 17, 2019

| COWAN, LIEBOWITZ & LATMAN, P.C. | SICHENZIA ROSS FERENCE LLP |
|---|---|
| By: _/s/ Ronald W. Meister_ <br> Ronald W. Meister (rwm@cll.com) <br> 114 West 47th Street <br> New York, New York 10036 <br> (212) 790-9255 <br> Attorneys for Plaintiff | By: _/s/ Robert B. Volynsky_ <br> Robert B. Volynsky (rvolynsky@srf.law) <br> 1185 Avenue of the Americas <br> New York, New York 10036 <br> (212) 930-9700 <br> Attorneys for Defendants |

SO ORDERED:

_____
U.S.D.J.          Date