USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-22-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,
                     Plaintiff,

v.

SUPER CRYPTO MINING, INC.,
and DPW HOLDINGS, INC.,

                     Defendants.

Civil Action No. 18-cv-11099-ALC

**STIPULATION AND ORDER TO AMEND CAPTION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-entitled action and their respective attorneys, that henceforth, "SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC." shall be substituted for "SUPER CRYPTO MINING, INC." as the name of a defendant in this action; and

IT IS FURTHER STIPULATED AND AGREED, that the caption of this action shall be reformed to incorporate this change as follows:

BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., Plaintiff v. SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC., Defendants

Dated: New York, New York
       April 17, 2019

| COWAN, LIEBOWITZ & LATMAN, P.C. | SICHENZIA ROSS FERENCE LLP |
|---|---|
| By: _____ | By: _____ |
| Ronald W. Meister (rwm@cll.com) | Robert B. Volynsky (rvolynsky@srf.law) |
| 114 West 47th Street | 1185 Avenue of the Americas |
| New York, New York 10036 | New York, New York 10036 |
| (212) 790-9255 | (212) 930-9700 |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED: _____
U.S.D.J.    Date 4-22-19