COWAN, LIEBOWITZ & LATMAN, P.C.
Ronald W. Meister (rwm@cll.com)
Dasha Chestukhin (dxc@cll.com)
114 West 47th Street
New York, New York 10036
(212) 790-9200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLOCKCHAIN MINING SUPPLY AND SERVICES LTD.,

    Plaintiff,

 –against–

SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC.,

    Defendants.

Civil Action No. 1:18-CV-11099 (ALC)

NOTICE OF APPEARANCE

---

 PLEASE TAKE NOTICE that the undersigned appears as attorney for Plaintiff Blockchain Mining Supply and Services, Ltd. herein, and requests that copies of all papers in this action be served on her at the address stated below.

Dated: New York, New York
   April 22, 2019

Respectfully submitted,

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
  Dasha Chestukhin (dxc@cll.com)
114 West 47th Street
New York, NY  10036-1525
(212) 790-9200

*Attorneys For Plaintiff*