UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,                                         Case No. 1:18-CV-11099-ALC

               Plaintiff,

    -against-                                   **NOTICE OF WITHDRAWAL**
                                                **OF APPEARANCE**

SUPER CRYPTO MINING, INC., and
DPW HOLDINGS, INC.,

               Defendants.
---------------------------------------------------------X

To the Clerk of Court and all Parties of Record:

       PLEASE TAKE NOTICE, that Robert B. Volynsky is no longer employed by Sichenzia Ross Ference LLP and hereby withdraws his appearance as counsel of record for Defendants Super Crypto Mining, Inc. and DPW Holdings, Inc. in the above-captioned matter.

Dated: New York, New York
         November 13, 2019

                                    Respectfully submitted,

                                    WELTZ KAKOS GERBI
                                    WOLINETZ VOLYNSKY LLP

                                    By: ___/s/ *Robert Volynsky*___
                                        Robert B. Volynsky (RV-7076)
                                  34 Willis Avenue, Suite 106
                                  Mineola, New York 11501
                                  (212) 202-3178
                                  rvolynsky@weltz.law