AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

BLOCKCHAIN MINING SUPPLY AND SERVICES LTD.,
Plaintiff(s),

V.

SUPER CRYPTO MINING, INC., and DPW HOLDINGS, INC.,
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:18-cv-11099

Notice is hereby given that, subject to approval by the court, __Sichenzia Ross Ference LLP__ substitutes
(Party (s) Name)

__Henry Nisser, General Counsel of DPW Holdings, Inc.__, State Bar No. __4386041__ as counsel of record in
(Name of New Attorney)

place of __Sichenzia Ross Ference LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Henry Nisser, General Counsel of DPW Holdings, Inc.
Address: 100 Park Avenue, 16th Floor Suite Suite 1658A New York, New York 10017
Telephone: (646) 650-5044    Facsimile
E-Mail (Optional): Henry@Dpwholdings.com

I consent to the above substitution.
Date: 11/13/2019
(Signature of Party (s))

I consent to being substituted.
Date: 11/13/2019  11/15/19
Richard J. Babnick Jr. (RB-3574)
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/13/2019
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]