UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **11-22-19**

------------------------------------------------------------------ x
BLOCKCHAIN MINING SUPPLY and SERVICES
Ltd.,

                                 Plaintiff,     :

         -against-                :

SUPER CRYPTO MINING, INC. et al,

                             Defendant.   :
------------------------------------------------------------------ x

18-CV-11099 (ALC)

**ORDER OF REFERENCE**

ANDREW L. CARTER, JR., District Judge:

The above-captioned action is referred to Magistrate Barbara , for the following purpose[s]:

|  |  |  |  |
|---|---|---|---|
| **___** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
|  | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated:      November 22, 2019
             New York, New York

                                   _____
                                   **HON. ANDREW L. CARTER, JR.**
                                   **United States District Judge**