USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-13-19

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

BLOCKCHAIN MINING SUPPLY AND SERVICES LTD.,
                    Plaintiff(s),
        V.
SUPER CRYPTO MINING, INC., and DPW HOLDINGS, INC.,
                    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:18-cv-11099

Notice is hereby given that, subject to approval by the court, __Sichenzia Ross Ference LLP__ (Party(s) Name) substitutes __Henry Nisser, General Counsel of DPW Holdings, Inc.__ (Name of New Attorney), State Bar No. __4386041__ as counsel of record in place of __Sichenzia Ross Ference LLP__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Henry Nisser, General Counsel of DPW Holdings, Inc. |
| Address: | 100 Park Avenue, 16th Floor Suite Suite 1658A New York, New York 10017 |
| Telephone: | (646) 650-5044     Facsimile _____ |
| E-Mail (Optional): | Henry@Dpwholdings.com |

I consent to the above substitution.
Date: 11/13/2019

_(Signature of Party(s))_

I consent to being substituted.
Date: 11/13/2019  11/8/19

Richard J. Babnick Jr. (RB-3374)
_(Signature of Former Attorney(s))_

I consent to the above substitution.
Date: 11/13/2019

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                       _____
                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

SO ORDERED:

_/s/ Andrew L. Carter_
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
12-13-19