UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,                                                          Case No. 18-CV-11099 (ALC)

                Plaintiff,

    -against-                                                         **NOTICE OF**
                                                                               **APPEARANCE**

DIGITAL FARMS, INC. (F/K/A/ SUPER
CRYPTO MINING, INC.) and DPW HOLDINGS, INC.,

                Defendants.
----------------------------------------------------------------X

To the Clerk of the Court and all Parties of Record:

    PLEASE TAKE NOTICE, that Robert B. Volynsky, Esq., of Weltz Kakos Gerbi Wolinetz Volynsky LLP, hereby appears as counsel of record for Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and DPW Holdings, Inc. (collectively, "Defendants") in the above-captioned action. All future correspondences and papers in connection with this action are to be directed to the undersigned at the address indicated below.

    Further, to the extent that the Court has not yet ruled on the undersigned's prior application to withdraw his appearance on behalf of Defendants [DE No. 20], the undersigned respectfully requests the Court deny the prior application [DE No. 20] as moot as the undersigned has now appeared on behalf of Defendants through a new law firm.

Dated: New York, New York
       December 16, 2019

                                              Respectfully submitted,

                                              WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP

                                              By:_____
                                                    Robert B. Volynsky (RV-7076)
                                                    34 Willis Avenue, Suite 106
                                                    Mineola, New York 11501
                                                    Tel.:  (212) 202-3178

Fax:    (516) 855-8776
E-mail:  rvolynsky@weltz.law

*Attorneys for Defendants Digital Farms, Inc.
(f/k/a Super Crypto Mining, Inc.) and DPW
Holdings, Inc.*