UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,	Case No. 1:18-CV-11099-ALC-BCM

                Plaintiff,

   -against-	**NOTICE OF WITHDRAWAL**
                                **OF APPEARANCE**

DIGITAL FARMS, INC. (f/k/a SUPER
CRYPTO MINING, INC., and
DPW HOLDINGS, INC.,

                Defendants.
-------------------------------------------------------X

To the Clerk of Court and all Parties of Record:

PLEASE TAKE NOTICE, that Henry Nisser, Esq. hereby withdraws his appearance as counsel of record for Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and DPW Holdings, Inc. (collectively, "Defendants") in the above-captioned matter.

Defendants will continue to be represented by Robert B. Volynsky, Esq. and the law firm of Weltz Kakos Gerbi Wolinetz Volynsky LLP in this action.

Dated: New York, New York
       January 6, 2020

                                        Respectfully submitted,

                                        By: _____
                                             Henry Nisser, Esq. (SBN 4386041)
                                       100 Park Avenue, 16th Floor, Suite 1658A
                                       New York, New York 10017
                                       (646) 650-5044
                                       henry@dpwholdings.com

                                       *Attorney for Defendants DPW Holdings, Inc. and*
                                       *Digital Farms, Inc. (f/k/a Super Crypto Mining,*
                                       *Inc.)*