```
                                                          USDC SDNY
                                                          DOCUMENT
                                                          ELECTRONICALLY FILED
                                                          DOC#: _____
UNITED STATES DISTRICT COURT                              DATE FILED: 11-22-19
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------------------------------x

BLOCKCHAIN MINING SUPPLY and SERVICES Ltd.,

                                   Plaintiff,                  18-CV-11099 (ALC)

      -against-                                      **ORDER OF REFERENCE**

SUPER CRYPTO MINING, INC. et al,

                                Defendant.

------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

The above-captioned action is referred to Magistrate Barbara , for the following purpose[s]:

|   |   |   |   |
|---|---|---|---|
| __ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Dispute | __ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| __ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | __ | Habeas Corpus |
| X | Settlement | __ | Social Security |
| __ | Inquest After Default/Damages Hearing | __ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

**SO ORDERED.**

Dated:    November 22, 2019
            New York, New York

                                                _____
                                                **HON. ANDREW L. CARTER, JR.**
                                                **United States District Judge**