USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-28-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

BLOCKCHAIN MINING SUPPLY AND
SERVICES, LTD.,

                  Plaintiff

v.

DIGITAL FARMS, INC.,

                  Defendant.

------------------------------------------------------------x

1:18-CV-11099 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a conference in this matter on March 5, 2020 at 10:00 a.m. The parties should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

**SO ORDERED.**

Dated:  February 28, 2020

          New York, New York

                                          ANDREW L. CARTER, JR.
                                          United States District Judge