

March 26, 2020

<u>Via ECF and Electronic Mail</u>
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

   Re: <u>Blockchain Mining Supply and Services, Ltd. v. Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and DPW Holdings, Inc., No. 18-CV-11099-ALC-BCM</u>

Dear Judge Carter:

  The undersigned represents Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) ("DF") and DPW Holdings, Inc. ("DPW" and with "DF" collectively, "Defendants") in the above-referenced matter. Pursuant to Your Honor's Individual Practices, ¶ 1 D, Defendants, on behalf of themselves and Plaintiff, respectfully request that:

- The deadline for DF to answer the Complaint and for Defendants to file their motion to dismiss be extended from April 6, 2020 to April 13, 2020;

- The deadline for the parties to meet and confer regarding the potential scope of discovery related to Defendants' motion be extended from April 20, 2020 to April 27, 2020; and

- The deadline for the parties to file a joint status report be extended from April 27, 2020 to May 15, 2020.

  No prior requests for adjournments have been made and Plaintiff's counsel has consented to the above-mentioned adjournments.

  We thank the Court for its time and consideration.

             Respectfully submitted,

             */s/ Robert B. Volynsky*

cc: All Counsel of Record