**WELTZLAW**
WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP
34 WILLIS AVENUE, SUITE 106
MINEOLA, NEW YORK 11501

T: (516) 320-6945
F: (516) 855-8776
WWW.WELTZ.LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/6/20

March 26, 2020

<u>Via ECF and Electronic Mail</u>
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

**MEMO ENDORSED**

Re: <u>Blockchain Mining Supply and Services, Ltd. v. Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and DPW Holdings, Inc., No. 18-CV-11099-ALC-BCM</u>

Dear Judge Carter:

The undersigned represents Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) ("DF") and DPW Holdings, Inc. ("DPW" and with "DF" collectively, "Defendants") in the above-referenced matter. Pursuant to Your Honor's Individual Practices, ¶ 1 D, Defendants, on behalf of themselves and Plaintiff, respectfully request that:

- The deadline for DF to answer the Complaint and for Defendants to file their motion to dismiss be extended from April 6, 2020 to April 13, 2020;

- The deadline for the parties to meet and confer regarding the potential scope of discovery related to Defendants' motion be extended from April 20, 2020 to April 27, 2020; and

- The deadline for the parties to file a joint status report be extended from April 27, 2020 to May 15, 2020.

No prior requests for adjournments have been made and Plaintiff's counsel has consented to the above-mentioned adjournments.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Robert B. Volynsky*

cc: All Counsel of Record

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

4/6/20