UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,                                    No. 18-CV-11099-ALC-BCM

        Plaintiff,

  -against-

DIGITAL FARMS, INC. (F/K/A/ SUPER
CRYPTO MINING, INC.) and DPW HOLDINGS, INC.,

        Defendants.
-------------------------------------------------------------X

## DECLARATION OF ROBERT B. VOLYNSKY

I, Robert B. Volynsky, declare as follows:

    1.    I am an attorney in good standing admitted to practice in the State of New York and before the bar of this Court and am a partner at Weltz Kakos Gerbi Wolinetz Volynsky LLP, counsel to Defendants Digital Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and DPW Holdings, Inc. (collectively, "Defendants") in the above-captioned action. I make this declaration in support of Defendants' Motion to Dismiss the Complaint and to place before the Court documents and information necessary to determine the Motion.

    2.    Annexed hereto as <u>Exhibit A</u> is a true and correct copy of Exhibit 10.1 to the Form 8-K filed by Defendant DPW Holdings, Inc., on or about March 9, 2018, with the Securities and Exchange Commission.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on April 13, 2020 in New York, New York.

                                                            ROBERT B. VOLYNSKY