UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,                                              No. 18-CV-11099-ALC-BCM

          Plaintiff,

   -against-                                             **NOTICE OF MOTION**

DIGITAL FARMS, INC. (F/K/A/ SUPER
CRYPTO MINING, INC.) and DPW HOLDINGS, INC.,

          Defendants.
------------------------------------------------------------X

      PLEASE TAKE NOTICE that, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), upon the accompanying Declaration of Robert B. Volynsky, Esq., dated May 13, 2020, and the exhibits annexed thereto, and upon the accompanying Memorandum of Law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) ("Super Crypto") and DPW Holdings, Inc. ("DPW" and with "Super Crypto" collectively, "Defendants") shall move this Court at the United States Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 435, New York, New York 10007, before the Honorable Andrew L. Carter, Jr., United Stated District Judge for an Order: (i) dismissing the First Amended Complaint in its entirety against Defendant DPW pursuant to FRCP 12(b)(2), with prejudice, for lack or jurisdiction or, alternatively dismissing the First Amended Complaint in its entirety against Defendant DPW pursuant to FRCP 12(b)(6), with prejudice, for failure to state a claim upon which relief can be granted; (ii) dismissing the Second Cause of Action (Promissory Estoppel) against Defendant Super Crypto pursuant to FRCP 12(b)(6), with prejudice, for failure to state a claim upon which relief can be granted; (iii) and for such further and other relief that the Court may deem just and proper.

Dated: May 13, 2020
       New York, New York

                                        Respectfully submitted,

                                        WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP

                                        By:   */s/ Robert Volynsky*
                                        Robert B. Volynsky
                                        34 Willis Avenue, Suite 106
                                        Mineola, New York 11501
                                        Tel: (516) 320-6945

                                        *Attorneys for Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and DPW Holdings, Inc.*

TO:    Ronald W. Meister, Esq.
          Cowan Liebowitz & Latman P.C.
          114 West 47th Street
          New York, New York 10036
          Tel: (212) 790-9200

          *Attorneys for Plaintiff*