UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,                                                        No. 18-CV-11099-ALC-BCM

           Plaintiff,

  -against-                                                              **DECLARATION OF**
                                                                                  **ROBERT B. VOLYNSKY**

DIGITAL FARMS, INC. (F/K/A/ SUPER
CRYPTO MINING, INC.) and DPW HOLDINGS, INC.,

           Defendants.
----------------------------------------------------------------X

I, Robert B. Volynsky, declare as follows:

    1.    I am an attorney in good standing admitted to practice in the State of New York and before the bar of this Court and a partner at Weltz Kakos Gerbi Wolinetz Volynsky LLP, counsel to Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and DPW Holdings, Inc. (collectively, "Defendants") in the above-captioned action. I make this Declaration in Support of Defendants' Motion to Dismiss (the "Motion") the First Amended Complaint, filed by Plaintiff on April 29, 2020 (the "First Amended Complaint"), and to place before the Court documents and information necessary to determine the Motion.

    2.    Attached hereto as Exhibit A is a true and correct copy of Exhibit 10.1 to the Form 8-K filed by Defendant DPW Holdings, Inc., on or about March 9, 2018, with the U.S. Securities and Exchange Commission.

                                                    \*      \*      \*

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the First Amended Complaint.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on May 13, 2020 in New York, New York.

ROBERT B. VOLYNSKY