USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/15/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
: 
**BLOCKCHAIN MINING SUPPLY AND** :
**SERVICES LTD.,** :
:
**Plaintiff,** :
: **1:18-cv-11099-ALC**
-against- :
: **ORDER**
**SUPER CRYPTO MINING, INC. ET AL.,** :
:
**Defendants.** :
:
-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will conduct a telephone status conference in this action on June 17, 2020 at 2:00 p.m.   Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:**   June 15, 2020

  New York, New York

  **ANDREW L. CARTER, JR.**
  **United States District Judge**