```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10/5/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BLOCKCHAIN MINING SUPPLY AND SERVICES LTD. ,**<br><br>                    **Plaintiff,**<br><br>              -against-<br><br>**SUPER CRYPTO MINING, INC. ET AL,**<br><br>                    **Defendant.** | **18-cv-11099 (ALC)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff should provide the Court with the specific formal discovery requests it seeks to make with respect to jurisdiction and the alter-ego/veil-piercing claim. These requests should be submitted by October 12, 2020.

**SO ORDERED.**

Dated:    October 4, 2020
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                **United States District Judge**