USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 13, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
   BLOCKCHAIN MINING SUPPLY AND    :
   SERVICES LTD.,                                :
                                                  :      18-cv-11099 (ALC)
                        **Plaintiff,**    :
      -against-                            :      <u>ORDER</u>
                                                  :
   SUPER CRYPTO MINING, INC. and DPW    :
   HOLDINGS INC.,                              :
                                                  :
                        **Defendants.**        :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's status letter. (ECF No. 50). Accordingly, Defendants shall file a response by October 16, 2020.

**SO ORDERED.**

**Dated:** October 13, 2020

    New York, New York                                    **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**