USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 19, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., : | |
| : | 18-cv-11099 (ALC) |
| **Plaintiff,** : | |
| -against- : | **ORDER** |
| : | |
| SUPER CRYPTO MINING, INC. and DPW HOLDINGS INC., : | |
| : | |
| **Defendants.** : | |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of parties' status letters. (ECF Nos. 50, 52, 53). Accordingly, the Court shall hold a telephone conference on October 28, 2020 at 10:00 a.m. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:** October 19, 2020

    New York, New York                        **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**