COWAN, LIEBOWITZ & LATMAN, P.C.
Ronald W. Meister (rwm@cll.com)
114 West 47th Street
New York, New York 10036
(212) 790-9200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> *Plaintiff*, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC., <br><br> *Defendants*. | Civil Action No. 1:18-cv-11099-ALC <br><br> AFFIRMATION OF RONALD W. MEISTER IN SUPPORT OF MOTION TO WITHDRAW |

RONALD W. MEISTER, Esq., hereby affirms:

1. I am admitted to practice in this court, and am one of the attorneys representing plaintiff in the above-captioned matter.

2. As of January 1, 2021, I am retiring from the active representation of clients at Cowan, Liebowitz & Latman, P.C., attorneys for plaintiff.

3. By the attached motion, I seek leave to withdraw from the representation of plaintiff in this matter.

4. This case is in the stage of pre-motion discovery, and is not on a trial calendar.

5. Neither I nor my firm assert a lien of any kind against plaintiff.

      6.      Plaintiff will continue to be represented in this matter by Richard S. Mandel and Dasha Chestukhin, attorneys at Cowan, Liebowitz & Latman, P.C., who have previously appeared.

      WHEREFORE, I respectfully ask leave to withdraw as counsel in this matter.

AFFIRMED under penalty of perjury this 22nd day of December 2020.

                                                    s/ Ronald W. Meister (rwm@cll.com)
                                                          Ronald W. Meister