USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 23, 2020

COWAN, LIEBOWITZ & LATMAN, P.C.
Ronald W. Meister (rwm@cll.com)
114 West 47th Street
New York, New York 10036
(212) 790-9200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> *Plaintiff*, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC., <br><br> *Defendants*. | Civil Action No. 1:18-cv-11099-ALC <br><br> NOTICE OF MOTION <br> TO WITHDRAW AS COUNSEL |



MEMO ENDORSED

PLEASE TAKE NOTICE that, on the annexed affirmation of Ronald W. Meister, Esq., dated December 22, 2020, the undersigned hereby moves this Court, before the Hon. Andrew L. Carter, Jr., U.S.D.J., at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, pursuant to Local Civil Rule 1.4, for an Order permitting the withdrawal of Ronald W. Meister as counsel for plaintiff in the above-captioned matter, on the ground that he is retiring from the active representation of clients at Cowan, Liebowitz & Latman, P.C. Plaintiff will continue to be represented in this matter by Richard S. Mandel and Dasha Chestukhin, who have previously appeared.

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 23, 2020

Dated: New York, NY
       December 22, 2020

                                      Respectfully submitted,

                                  By: /s/ Ronald W. Meister (rwm@cll.com)
                                    Ronald W. Meister
                               Cowan, Liebowitz & Latman, P.C.
                               114 West 47th Street
                               New York, New York 10036
                               Tel:    (212) 790-9200
                               Fax:   (212) 575-0671

To: Robert Volynsky, Esq. (via ECF)
    Blockchain Mining Supply and Services, Ltd. (via electronic mail)