**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br>                     Plaintiff,<br><br>  –against–<br><br>SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC., and DPW HOLDINGS, INC.,<br><br>                     Defendants. | Civil Action No. 1:18-cv-11099-ALC <br><br>**CHESTUKHIN DECLARATION IN SUPPORT OF PLAINTIFF'S LETTER MOTION TO FILE UNDER SEAL EXHIBIT C** |

Dasha Chestukhin hereby declares that:

1. I am an attorney with the law firm of Cowan, Liebowitz & Latman, P.C., attorneys for Plaintiff Blockchain Mining Supply and Services Ltd. ("Plaintiff") who is duly admitted to practice in the Southern District of New York. I submit this declaration in support of Plaintiff's letter motion to file under seal Exhibit C to Plaintiff's letter motion for an informal pre-motion discovery conference (filed concurrently herewith) based on the failure of defendants Super Crypto Mining Inc. n/k/a Digital Farms Inc. ("Super Crypto") and DPW Holdings Inc. ("DPW" and, together with Super Crypto, "Defendants") to produce unredacted versions of certain responsive, non-privileged documents (collectively, the "Redacted Documents"). Except as otherwise stated herein, this declaration is based upon my personal knowledge.

2. Exhibit C to Plaintiff's letter motion for an informal pre-motion discovery conference contains true and correct copies of the Redacted Documents, which were produced by Defendants under the designation "Confidential."

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are known to me to be true and correct and that I have executed this Declaration this 24th day of February, 2021 at New York, New York.

By: _____
DASHA CHESTUKHIN