```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: February 25, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
   BLOCKCHAIN MINING SUPPLY AND  :
   SERVICES LTD.,  :
                                                                  :   **18-cv-11099 (ALC)**
                            **Plaintiff,**  :
        -against-  :   <u>**ORDER**</u>
                                              :
   SUPER CRYPTO MINING, INC. and DPW  :
   HOLDINGS INC.,  :
                                              :
                        **Defendants.**  :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's letter. (ECF No. 62). Accordingly, Defendants shall file a response by March 1, 2021.

**SO ORDERED. Dated:**

February 25, 2021

   New York, New York                                **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**