

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

April 15, 2021

**Via ECF and Email to: ALCarterNYSDChambers@NYSD.uscourts.gov**

Hon. Andrew L. Carter, U.S.D.J.
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

Re: *Blockchain Mining Supply v. Digital Farms et ano.*, Case No. 1:18-CV-l 1099 (ALC)
    Follow-up Letter re Request for Pre-Motion Discovery Conference (Local Civil Rule 37.2)

Dear Judge Carter,

We represent Plaintiff Blockchain Mining Supply and Services Ltd. ("Plaintiff"). We write to follow up on our February 24, 2021 request for a pre-motion conference concerning a discovery dispute and to stay the March 8, 2021 deadline to provide a joint status letter to the Court regarding briefing on Defendants' motion to dismiss (ECF No. 63). As the discovery issue has been fully outlined in the parties' pre-motion letters and the March 8, 2021 deadline has passed without any Court order on the requested stay, we write to follow up on the status of the case and seek the Court's guidance on whether it plans to schedule a pre-motion conference or resolve the discovery issue on the basis of the parties' submissions.

We thank the Court for its attention to this matter.

Respectfully,

Richard S. Mandel

31592/000/3752048