```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 28, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| BLOCKCHAIN MINING SUPPLY AND | : |
| SERVICES LTD., | : |
|              Plaintiff, | :    18-cv-11099 (ALC) |
|       -against- | : |
|  | :    <u>ORDER</u> |
| SUPER CRYPTO MINING, INC. and DPW | : |
| HOLDINGS INC., | : |
|              Defendants. | : |
|  | : |
|  | : |
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff, Blockchain Mining Supply and Services Ltd., commenced this action on November 28, 2018 against Super Crypto Mining, Inc. (Super Crypto) and its controlling parent, DPW Holdings, Inc. ("DPW"), for breach of contract and promissory estoppel, alleging that Super Crypto and Blockchain entered into a contract through which Blockchain agreed to sell cryptocurrency mining machines to Super Crypto. (Am. Compl., ECF No. 35.) The Court authorized limited discovery on December 4, 2020. (ECF No. 56.)

      Plaintiff now requests a conference, stating that Defendants have made extensive redactions in documents in response to Plaintiff's request for "[a]ll documents and communications in the possession, custody or control of DPW that relate, in whole or in part, to Plaintiff or obligations to Plaintiff, including the Agreement" and "[a]ll communications between Super Crypto and DPW concerning each and every payment to Plaintiff." Defendants allege that the redactions contained bank account numbers, identifies of other vendors of DF that had sent expense reimbursements to DF, and that the identities of these vendors contain sensitive business information.

Plaintiff's request for a conference and for unredacted versions of the documents is denied. (ECF Nos. 62, 63.) Plaintiff has not made a sufficient showing that it is entitled to unredacted versions of documents containing information regarding Defendants' vendors. The Court's December 4, 2020 limited discovery order explicitly declined to authorize discovery concerning vendors. (*See* ECF No. 56.)

Plaintiff shall complete the limited discovery by May 21, 2021. The parties shall file a joint status letter by May 26, 2021, at which time the Parties shall propose a briefing schedule for the motion to dismiss the amended complaint.

**SO ORDERED.**

**Dated:** April 28, 2021

      New York, New York                              **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**