**WELTZLAW**
WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP
170 OLD COUNTRY ROAD | SUITE 310
MINEOLA, NEW YORK 11501

T: (516) 320-6945
F: (516) 855-8776
WWW.WELTZ.LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 5, 2021

May 4, 2021

<u>Via ECF and Electronic Mail</u>
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

**MEMO ENDORSED**

Re: <u>Blockchain Mining Supply and Services, Ltd. v. Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and DPW Holdings, Inc., No. 18-CV-11099-ALC-BCM</u>

Dear Judge Carter:

The undersigned represents Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) ("DF") and DPW Holdings, Inc. (n/k/a Ault Global Holdings, Inc.) ("DPW" and with "DF" collectively, "Defendants") in the above-referenced matter. Pursuant to the Court's Order, dated April 28, 2021 [DE 68], the parties have met and conferred and Plaintiff has informed Defendants that it is has completed its limited discovery. As such, the parties propose the following briefing schedule in connection with Defendants' motion to dismiss to the First Amended Complaint (the "Motion to Dismiss"):

- Defendants shall file their Motion to Dismiss on or before June 2, 2021;

- Plaintiff shall file its Opposition to the Motion to Dismiss on or before June 30, 2021;

- Defendants shall file their Reply in further support of the Motion to Dismiss on or before July 14, 2021.

Defendants also respectfully request an enlargement of five (5) additional pages for their Motion to Dismiss in order to adequately brief their arguments and to further address the documents that were produced during limited discovery. Plaintiff informs that it has no objection to this request so long as Plaintiff's Opposition is also enlarged by five (5) additional pages, to which Defendants have no objection.

We thank the Court for its time and consideration.

Respectfully submitted,

/s/ Robert B. Volynsky

cc: All Counsel of Record

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
May 5, 2021