USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 5, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br>                              Plaintiff, <br><br>     v. <br><br> SUPER CRYPTO MINING, INC. (n/k/a DIGITAL FARMS, INC.) and DPW HOLDINGS, INC., <br><br>                              Defendants. | Civil Action No. 18-cv-11099-ALC <br><br> **STIPULATION AND ORDER TO AMEND CAPTION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-entitled action and their respective counsel, that henceforth, "DPW HOLDINGS, INC. n/k/a AULT GLOBAL HOLDINGS, INC." shall be substituted for "DPW HOLDINGS, INC." as the name of a defendant in this action and that the caption of this action shall be reformed to incorporate this change as follows:

BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., *Plaintiff* -v.-

SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and

DPW HOLDINGS, INC. **n/k/a AULT GLOBAL HOLDINGS, INC.**, *Defendants*

Dated: May 4, 2021

| | |
|---|---|
| COWAN, LIEBOWITZ & LATMAN, P.C. | WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP |
| By: /s/ Dasha Chestukhin <br> Richard S. Mandel (rsm@cll.com) <br> Dasha Chestukhin (dxc@cll.com) <br> 114 West 47th Street <br> New York, New York 10036 <br> (212) 790-9200 <br> *Attorneys for Plaintiff* | By: /s/ Robert B. Volynsky <br> Robert B. Volynsky (rvolynsky@weltz.law) <br> 170 Old Country Road Suite 310 <br> Mineola, New York 11501 <br> (516) 320-6945 <br> *Attorneys for Defendants* |

SO ORDERED:

*/s/ Andrew L. Carter*
_____
U.S.D.J.            Date May 5, 2021

31592/000/3836118