UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,                                                              No. 18-CV-11099-ALC-BCM

                    Plaintiff,

                                                                     **NOTICE OF MOTION**

   -against-

SUPER CRYPTP MINING, INC. N/K/A DIGITAL
FARMS, INC. and DPW HOLDINGS, INC. N/K/A
AULT GLOBAL HOLDINGS, INC.,

                    Defendants.
----------------------------------------------------------------X

      PLEASE TAKE NOTICE that, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), upon the accompanying Declaration of Robert B. Volynsky, Esq., dated June 2, 2021, and upon the accompanying Memorandum of Law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Defendants Super Crypto Mining Inc. n/k/a Digital Farms, Inc. ("Super Crypto") and DPW Holdings, Inc. n/k/a Ault Global Holdings, Inc. ("DPW" and with "Super Crypto" collectively, "Defendants") shall move this Court at the United States Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 435, New York, New York 10007, before the Honorable Andrew L. Carter, Jr., United Stated District Judge for an Order: (i) dismissing the First Amended Complaint in its entirety against Defendant DPW pursuant to FRCP 12(b)(2), with prejudice, for lack or jurisdiction or, alternatively dismissing the First Amended Complaint in its entirety against Defendant DPW pursuant to FRCP 12(b)(6), with prejudice, for failure to state a claim upon which relief can be granted; (ii) dismissing the Second Cause of Action (Promissory Estoppel) against Defendant Super Crypto pursuant to FRCP 12(b)(6), with prejudice, for failure to state a claim upon which relief can be granted; (iii) and for such further and other relief that the Court may deem just and

proper.

Dated: June 2, 2021

>Respectfully submitted,
>
>WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP
>
>By: */s/ Robert Volynsky*
>         Robert B. Volynsky
>170 Old Country Road, Suite 310
>Mineola, New York 11501
>Tel: (516) 320-6945
>E-mail: rvolynsky@weltz.law
>
>*Attorneys for Defendants Super Crypto Mining, Inc. n/k/a Digital Farms, Inc. and DPW Holdings, Inc. n/k/a Ault Global Holdings, Inc.*

TO:   Richard Mandel, Esq.
        Cowan Liebowitz & Latman P.C.
        114 West 47th Street
        New York, New York 10036
        Tel: (212) 790-9200

        *Attorneys for Plaintiff*