UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,                                                                  Case No. 18-CV-11099-ALC-BCM

               Plaintiff,

   -against-                                                              **DECLARATION OF
                                                                ROBERT B. VOLYNSKY**

SUPER CRYPTO MINING, INC. N/K/A DIGITAL
FARMS, INC. AND DPW HOLDINGS, INC.
N/K/A AULT GLOBAL HOLDINGS, INC.,

               Defendants.
---------------------------------------------------------------X

I, Robert B. Volynsky, declare as follows:

      1.      I am an attorney in good standing admitted to practice in the State of New York and before the bar of this Court and a partner at Weltz Kakos Gerbi Wolinetz Volynsky LLP, counsel to Defendants Super Crypto Mining, Inc. n/ka Digital Farms, Inc. ("Super Crypto") and DPW Holdings, Inc. n/k/a Ault Global Holdings, Inc. ("DPW" and with "Super Crypto" collectively, "Defendants") in the above-captioned action.  I make this Declaration in Support of Defendants' Motion to Dismiss (the "Motion") the First Amended Complaint, filed by Plaintiff on April 29, 2020 (the "First Amended Complaint"), and to place before the Court documents and information necessary to determine the Motion.

      2.      Attached hereto as Exhibit A is a true and correct copy of the First Amended Complaint.

      3.      Attached hereto as Exhibit B is a true and correct copy of Exhibit 10.1 to the Form 8-K filed by Defendant DPW Holdings, Inc., on or about March 9, 2018, with the U.S. Securities and Exchange Commission.

      4.      Attached hereto as Exhibit C is a true and correct copy of a $5,000.00 wire

transmittal confirmation (the "Confirmation") purportedly referenced in the Complaint, which Confirmation was attached to an e-mail, dated July 20, 2018, that was previously produced to Plaintiff in this action.

     5.     Attached hereto as <u>Exhibit D is</u> a true and correct copy of an e-mail, dated March 8, 2018, which was sent by Plaintiff and the accompanying attachments thereto.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on June 2, 2021 in Los Angeles, California.

                                                                             ROBERT B. VOLYNSKY