# **EXHIBIT C**

**Message**

| | |
|---|---|
| **From**: | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent**: | 7/20/2018 9:46:08 AM |
| **To**: | 'Willy Tencer' [wtencer@midcitycapital.ca]; 'Milton Ault III' [todd@dpwholdings.com] |
| **CC**: | 'joe kalfa' [joekalfa@gmail.com]; toddault@gmail.com |
| **Subject**: | RE: Payment |

Hi Willy,

Please see the details of the $5,000 that was sent yesterday. No fee was charged for this wire and maybe the international delay prevented you from seeing it last night. Can you confirm that it is ok now?



**Single Wire Transfer Detail**
AULT & COMPANY, INC
SinglePoint
Reported as of 07/19/2018
Printed on 07/19/2018 at 06:17 PM PDT

| Send Date | Amount | Control No | Type | PAR No | Fed Ref / SWIFT Ref | Status |
|---|---|---|---|---|---|---|
| 07/19/2018 | $5,000.00 | 103412668 | INTL-USD | ▮▮▮▮ | | Completed |

| | |
|---|---|
| **Repeat Code/Template ID** | **Repeat Code NickName** |
| **Debit Account Name**    DPW HOLDINGS INC | **Debit Account Number**   ▮▮▮▮ |

| | |
|---|---|
| **Value Date**   07/19/2018 | **Currency**   USD |
| **FX Amount** | **USD Equivalent** |
| **FX Rate** | **Contract Number** |

**Receiver Bank Information (RCV)**

| | |
|---|---|
| **RCV SWIFT/BIC ID**   ▮▮▮▮ | **RCV Bank Name**   JPMORGAN CHASE BANK, N.A. |
| **RCV City**   NEW YORK,NY | **RCV Country**   UNITED STATES |

**Beneficiary Bank Information (BBK)**

| | |
|---|---|
| **BBK SWIFT/BIC ID**   BNDCCAMMINT | **BBK Bank Name**   BANQUE NATIONALE DU CANADA |
| **BBK Address Line1**   (INTERNATIONAL DEPARTMENT) | **BBK Address Line2** |
| **BBK City**   MONTREAL | **BBK Country**   CANADA |
| **BBK Account Number** | |

**Beneficiary Information (BNF)**

| | |
|---|---|
| **BNF Name**   Blockchain Mining Supply Services | **BNF Account Number**▮▮▮▮ |
| **BNF Address Line1** | **BNF Address Line2** |
| **BNF City** | **BNF Country**   UNKNOWN COUNTRY |
| **BNF Notification Email Address** | |
| **OBI Line1** | **OBI Line2** |
| **OBI Line3** | **OBI Line4** |

**Originator Information (ORG)**

| | |
|---|---|
| **ORG Name**   DPW Holdings - SCM | **ORG Account** |
| **ORG Address Line1** | **ORG Address Line2** |
| **ORG City** | **ORG State/Country**   UNKNOWN COUNTRY |

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <wtencer@midcitycapital.ca>
**Sent:** Friday, July 20, 2018 5:20 AM
**To:** 'Milton Ault III' <todd@dpwholdings.com>

DEFENDANTS_003280