# **EXHIBIT D**

Message

| | |
|---|---|
| **From**: | Willy Tencer [sales@timberlane-mldg.com] |
| **Sent**: | 3/8/2018 11:43:19 AM |
| **To**: | 'Darren Magot' [darren@supercrypto.com] |
| **CC**: | Joe Kalfa - NADW [joekalfa@gmail.com] |
| **Subject**: | release |
| **Attachments**: | doc02289120180308143445.pdf |

Hi Darren.
Just finished with joe. We had great conversation.
The inspection went perfect.
Attached is the signed inspection release form and wiring instructions.
I'll look for your 1st wire tomorrow.
In anticipation of the 1st shipment going out on Schedule, you should open account with this customs broker.
PortrAir Customs
Call Nathan at 718 438 6328.
Let him know that Blockchain will be shipping you product in 2 weeks.
We will send all the shipping docs.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

DEFENDANTS_001735

## Inspection Release dated this 8th day of March, 2018

It is hereby confirmed that the inspection relating to the asset Purchase Agreement dated March 8, 2018 between:

Blockchain Mining Supply & Services Ltd.

- and -

Super Crypto Mining, Inc.

has been performed by an authorized representative of Super Crypto Mining, Inc. and is deemed to be satisfactory. All contents are as represented.

Super Crypto Mining, Inc.

Per: _[signature]_
Name: Joseph Spaziano
Title: CTO

DEFENDANTS_001736

345 Wilson Ave., #200
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878

# Blockchain Mining Supply & Services Ltd.

When wiring any currency other than U.S. do not include Section 1.

Wiring Instructions:

**SECTION 1**    Corresponding Bank:    JPMORGAN CHASE BANK
1 Chase Manhattan
New York City, NEW YORK
ABA: ▓▓▓
SWIFT: ▓▓▓
UID: 014897

**SECTION 2**    BENEFICIARY BANK:    ▓▓▓
NATIONAL BANK OF CANADA
343 WILSON AVENUE
TORONTO, ON M3H 1T1
CANADA
TEL. 416 633 0161
FAX 416 633 9153

SWIFT CODE
BENEFICIARY ACC'T #: ▓▓▓
BENEFICIARY NAME: Blockchain Mining Supply & Services Ltd.
BENEFICIARY ADDRESS: 345 WILSON AVENUE, SUITE 200
TORONTO, ON M3H 5W1
CANADA
TEL. 416 398 1198
FAX 416 398 0878

Reason For Wire: _____