

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 25, 2021

June 24, 2021

<u>Via ECF and Electronic Mail</u>
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

MEMO ENDORSED

Re: Blockchain Mining Supply and Services, Ltd. v. Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and Ault Global Holdings, Inc. (f/k/a DPW Holdings, Inc.), **No. 18-CV-11099-ALC-BCM**

Dear Judge Carter:

The undersigned represents Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) ("DF") and Ault Global Holdings, Inc. (f/k/a DPW Holdings, Inc.) ("DPW" and with "DF" collectively, "Defendants") in the above-referenced matter.

On or about June 2, 2021, Defendants filed a motion to dismiss ("Motion to Dismiss") the First Amended Complaint in this action [DE 73]. Pursuant to Your Honor's Individual Practices, ¶ 1(D), Defendants, on behalf of themselves and Plaintiff, respectfully request that:

- The deadline for Plaintiff to file its opposition to the Motion to Dismiss be extended from June 30, 2021 to July 8, 2021; and

- The deadline for Defendants to file their reply in further support of the Motion to Dismiss be extended from July 14, 2021 to July 22, 2021.

No prior requests for adjournments have been made and Plaintiff's counsel has consented to the above-mentioned adjournments.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Robert B. Volynsky*

cc: All Counsel of Record

SO ORDERED: _____   Dated: Jun. 25, 2021
Hon. Andrew L. Carter, Jr., U.S.D.J.