

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Dasha Chestukhin**
(212) 790-9251
dxc@cll.com

July 8, 2021

**Via ECF and Email to: ALCarterNYSDChambers@NYSD.uscourts.gov**

Hon. Andrew L. Carter, U.S.D.J.
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

Re: *Blockchain Mining Supply v. Super Crypto Mining et ano.*, Case No. 1:18-CV-l 1099 (ALC)
   Letter Motion to File Under Seal Portions of and Exhibits to
   Plaintiff's Opposition to Defendants' Motion to Dismiss the First Amended Complaint

Dear Judge Carter,

   Plaintiff Blockchain Mining Supply and Services Ltd. ("Plaintiff"), based upon this letter motion and the Declaration of Dasha Chestukhin filed concurrently, respectfully moves the Court to allow Plaintiff to file under seal: (1) portions of Plaintiff's opposition brief (the "Opposition") in response to the Motion to Dismiss the First Amended Complaint Pursuant to FRCP 12(b)(2) and 12(b)(6) filed by defendants Super Crypto Mining Inc. n/k/a Digital Farms Inc. ("SCM") and DPW Holdings Inc. n/k/a Ault Global Holdings, Inc. ("DPW" and, together with SCM, "Defendants"), which are marked in the Opposition brief; and (2) the following exhibits to the Declaration of Dasha Chestukhin that accompanies Plaintiff's Opposition:

- Exhibit B
- Exhibit D
- Exhibit E
- Exhibit G
- Exhibit H
- Exhibit M
- Exhibit P
- Exhibit Q
- Exhibit V

**Cowan, Liebowitz & Latman, P.C.**
Hon. Andrew L. Carter, U.S.D.J.
July 8, 2021
Page 2

      All the portions marked in Plaintiff's Opposition brief as well as the documents in the above-listed exhibits have been designated by Defendants as "Confidential" under the Protective Order jointly proposed by the parties in this action.[1]  As such, Plaintiff requests that the Court allow the foregoing matter and exhibits to be filed under seal.  Plaintiff is simultaneously filing public versions of the Opposition and aforementioned exhibits.

                Respectfully,

                Richard S. Mandel (rsm@cll.com)
                Dasha Chestukhin (dxc@cll.com)

                *Attorneys for Plaintiff*

---

[1] The parties filed a Proposed Protective Order on July 7, 2020. (ECF No. 43.) Although the Court has not yet so-ordered the Protective Order, the parties have produced and designated documents in accordance with the Protective Order.