**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,

               Plaintiff,

  –against–

SUPER CRYPTO MINING, INC. n/k/a
DIGITAL FARMS, INC., and DPW
HOLDINGS, INC. n/k/a AULT GLOBAL
HOLDINGS, INC.,

               Defendants.

Civil Action No. 1:18-cv-11099-ALC

# <mark>CONFIDENTIAL</mark>

# FILED UNDER SEAL

# EXHIBIT H

**TO DECLARATION OF DASHA CHESTUKHIN**
**IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'**
**MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**
**PURSUANT TO FRCP 12(b)(2) AND 12(b)(6)**