**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC., and DPW HOLDINGS, INC. n/k/a AULT GLOBAL HOLDINGS, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT I

### TO DECLARATION OF DASHA CHESTUKHIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) AND 12(b)(6)

3/12/2018                                   Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.                                                                WILLIAM TENCER
                                                                                                          TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**

- Description: SWIFT MESSAGE MT103
- Our reference: 023123742
- Transaction reference number: 0941816
- Value date: 2018-03-09
- Amount: 80,000.00 USD
- Charges: 15.00 USD
- Total: 79,985.00 USD

**By order of**

SUPER CRYPTO MINING, INC.
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA 92663-4452

**Beneficiary**

BLOCKCHAIN MINING SUPPLY
345 WILSON AVENUE, SUITE 200
TORONTO, ON M3H 5W1
CANADA

**Beneficiary's institution**

BANQUE NATIONALE DU CANADA
MONTREAL CA

**Payment details**

SUPER CRYPTO MINING DEPOSIT

**Additional information**

/ACC//IBK/BANQUE NATIONALE DU CANAD
//MONTREAL H3B 4L3 CANADA

**Ordering institution**

WELLS FARGO BANK, N.A.
420 MONTGOMERY STREET
SAN FRANCISCO, CA
UNITED STATES

**Supplementary information**

Original amount: 80,000.00 USD

Valid on 2018-03-12 at 9:08 AM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000554

3/14/2018　　　　　　　　　　　　　　　Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.　　　　　　　　　　　　　　WILLIAM TENCER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

Wire transfer information
　　Description: SWIFT MESSAGE MT103
　　Our reference: 023136906
　　Transaction reference number: 20180313D0147252
　　Value date: 2018-03-13
　　Amount: 83,625.00 USD
　　Charges: 15.00 USD
　　Total: 83,610.00 USD

By order of

　　SUPER CRYPTO MINING, INC.
　　201 SHIPYARD WAY STE E
　　NEWPORT BEACH, CA 92663-4452

Beneficiary

　　BLOCKCHAIN MINING SUPPLY
　　345 WILSON AVE, SUITE 200
　　TORNOTO, ON M3H 5W1
　　CANADA

Beneficiary's institution

　　BANQUE NATIONALE DU CANADA
　　MONTREAL CA

Payment details

　　3-13 DEPOSIT

Ordering institution

　　WELLS FARGO BANK, N.A.
　　420 MONTGOMERY STREET
　　SAN FRANCISCO, CA
　　UNITED STATES

Supplementary information
　　Original amount: 83,625.00 USD

Valid on 2018-03-14 at 8:18 AM ET

3/29/2018                                                          Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.                                                                 WILLIAM TENCER
                                                                                                            TIMBERLANE WOOD PRODUCTS INC.
**Transaction detail**

Wire transfer information
  Description: SWIFT MESSAGE MT103
  Our reference: 023206519
  Transaction reference number: 2864801
  Value date: 2018-03-29
  Amount: 100,000.00 USD
  Charges: 15.00 USD
  Total: 99,985.00 USD

By order of

  SICHENZIA ROSS FERENCE
  1185 AVENUE OF THE AMERICAS FL37 NE
  W YORK NY 100362603

Beneficiary

  BLOCKCHAIN MINING SUPPLY
  SERVICES LTD.

Beneficiary's institution

  BNDCCAMMINT

Payment details

  DPW - DISBURSEMENT

Additional information

  /ACC/SICHENZIA ROSS FERENCE KESNER
  //LLP. INTEREST ON LAWYER ACCOUNT
  //INS/CITIBANK N A RETAIL WIRE SETT
  //TLEMENT/INS/CITIUS33/TIME/17.05
  //FEDREF/0328B1Q8021C0394733

Ordering institution

  CITIBANK NA NYBD CITICORP DATA SYS
  111 SYLVAN AVE 1ST FLOOR
  ENGLEWOOD CLIFFS NJ 07632 1514

Supplementary information
  Original amount: 100,000.00 USD

Valid on 2018-03-29 at 1:20 PM ET

https://commercial.bnc.ca/SBICamWeb/EventDispatch/statement

BMS000556

4/17/2018           Internet Banking Solutions — Business

WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

**Company:** TIMBERLANE WOOD PRODUCTS INC.

## Transaction detail

**Wire transfer information**

    Description: SWIFT MESSAGE MT103
    Our reference: 023290156
    Transaction reference number: 7484800107FC
    Value date: 2018-04-17
    Amount: 1,387,500.00 USD
    Charges: 15.00 USD
    Total: 1,387,485.00 USD

**By order of**

SICHENZIA ROSS FERENCE
1185 AVENUE OF THE AMERICAS FL37 NE
W YORK NY 100362603

**Beneficiary**

BLOCKCHAIN MINING SUPPLY
SERVICES LTD.
416-398-1198

**Payment details**

SUPERCRYPTO BLOCKCHAIN-CLOSING SICH
ENZIA ROSS FERENCE KESNER LLP. INTE
REST ON LAWYER ACCOUNT

**Additional information**

/INS/CITIBANK N A RETAIL WIRE SETTL
//EMENT/INS/CITIUS33
///CHPREF/0358574

**Ordering institution**

CITIBANK NA NYBD CITICORP DATA SYS
111 SYLVAN AVE 1ST FLOOR
ENGLEWOOD CLIFFS NJ 07632 1514

**Supplementary information**

    Original amount: 1,387,500.00 USD

Valid on 2018-04-17 at 2:18 PM ET

5/18/2018            Internet Banking Solutions — Business            WILLIAM TENCER
                                                                                                    TIMBERLANE WOOD PRODUCTS INC.

**Company:** TIMBERLANE WOOD PRODUCTS INC.

### Transaction detail

**Wire transfer information**

- Description: SWIFT MESSAGE MT103
- Our reference: 023431955
- Transaction reference number: 1763691
- Value date: 2018-05-18
- Amount: 49,980.00 USD
- Charges: 15.00 USD
- Total: 49,965.00 USD

**By order of**

DPW HOLDINGS INC    *SuperCrypto* (handwritten)
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY AND SVCS

**Beneficiary's institution**

BANQUE NATIONALE DU CANADA
(INTERNATIONAL DEPARTMENT)
MONTREAL CANADA

**Payment details**

/RFB/180517037871

**Additional information**

/ACC//INS/PNBPUS3NNYC/TIME/17.25
//FEDREF/0517B6B7001C009827

**Ordering institution**

U.S. BANK
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**

Original amount: 49,980.00 USD

Valid on 2018-05-18 at 2:22 PM ET

BMS000558

5/29/2018                                             Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.                                                         WILLIAM TENCER
                                                                                                  TIMBERLANE WOOD PRODUCTS INC.
**Transaction detail**

**Wire transfer information**
                    Description: SWIFT MESSAGE MT103
                  Our reference: 023465898
    Transaction reference number: 2571770
                     Value date: 2018-05-29
                         Amount: 4,985.00 USD
                        Charges: 15.00 USD
                          Total: 4,970.00 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY SERVICES

**Beneficiary's institution**

BNDCCAMMINT

**Ordering institution**

U.S. BANK
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**
                Original amount: 5,000.00 USD
              Sender's charges: 15.00 USD

Valid on 2018-05-29 at 1:56 PM ET

BMS000559



chang rita
TIMBERLANE WOOD PRODUCTS INC.

**Company:** BLOCKCHAIN MINING SUPPLY SERV
**Transaction detail**

Wire transfer information
Description: SWIFT MESSAGE MT103
Our reference: 023544523
Transaction reference number: 6819200164HM
Value date: 2018-06-13
Amount: 4,987.50 USD
Charges: 15.00 USD
Total: 4,972.50 USD

By order of

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH CA 92663

Beneficiary

BLOCKCHAIN MINING SUPPLY SERVICES
345 WILSON AVE STE 200
TORONTO ONTARIO CANADA

Payment details
/RFB/180612032457

Additional information
/ACC/INTERNATIONAL DEPARTMENT/INS/C
//IBCCATT/INS/PNBPUS3NNYC CHPREF/03
//93395/INS/844021519 CANADIAN IMPE
//RIAL BANK OF COMMERCE TORONTO ON
//M5L 1-A2
///BOOK/6819200164HM

Ordering institution
USBKUS44IMT-U S BANK N A

Supplementary information
Original amount: 5,000.00 USD
Sender's charges: 12.50 USD

Valid on 2018-06-14 at 10:08 AM ET

BMS000560

7/18/2018                                      Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.                                     WILLIAM TENCER
                                                                                TIMBERLANE WOOD PRODUCTS INC.

## Transaction detail

**Wire transfer information**

Description: SWIFT MESSAGE MT103
Our reference: 023701276
Transaction reference number: 4951400199HF
Value date: 2018-07-18
Amount: 992.50 USD
Charges: 15.00 USD
Total: 977.50 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH CA 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY
345 WILSON AVE, STE 200
TORONTO ONTARIO CANADA

**Payment details**

/RFB/180717034484

**Additional information**

/INS/CIBCCATT/INS/PNBPUS3NNYC CHPRE
//F/0405195/INS/844021519 CANADIAN
//IMPERIAL BANK OF COMMERCE TORONTO
//ON M5L 1-A2
///BOOK/4951400199HF

**Ordering institution**

USBKUS44IMT-U S BANK N A

**Supplementary Information**

Original amount: 1,000.00 USD
Sender's charges: 7.50 USD

Valid on 2018-07-18 at 11:03 AM ET

7/23/2018                                             Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.                                   WILLIAM TENCER
                                                                             TIMBERLANE WOOD PRODUCTS INC.

## Transaction detail

**Wire transfer information**
Description: SWIFT MESSAGE MT103
Our reference: 023705648
Transaction reference number: 1861008
Value date: 2018-07-19
Amount: 992.50 USD
Charges: 15.00 USD
Total: 977.50 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY SERVICES
TORONTO ONTARIO CANADA

**Beneficiary's institution**

BNDCCAMM

**Payment details**

/RFB/180718035061

**Additional information**

/ACC//INS/PNBPUS3NNYC
//CHPREF/0403175

**Ordering institution**

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**
Original amount: 1,000.00 USD
Sender's charges: 7.50 USD

Valid on 2018-07-23 at 9:49 AM ET

BMS000562

7/23/2018                  Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.        WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

## Transaction detail

**Wire transfer information**
- Description: SWIFT MESSAGE MT103
- Our reference: 023712942
- Transaction reference number: 1963416
- Value date: 2018-07-20
- Amount: 5,000.00 USD
- Charges: 15.00 USD
- Total: 4,985.00 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY SERVICES

**Beneficiary's institution**

BNDCCAMMINT

**Payment details**

/RFB/180719036640

**Additional information**

/ACC//INS/PNBPUS3NNYC/TIME/17.13
//FEDREF/0719B6B7001C008772

**Ordering institution**

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**
- Original amount: 5,000.00 USD

Valid on 2018-07-23 at 9:50 AM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000563

7/25/2018                                   Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC. ▼                                   WILLIAM TENCER
                                                                               TIMBERLANE WOOD PRODUCTS INC.

## Transaction detail

**Wire transfer information**
Description: SWIFT MESSAGE MT103
Our reference: 023719571
Transaction reference number: 2068108
Value date: 2018-07-23
Amount: 7,500.00 USD
Charges: 15.00 USD
Total: 7,485.00 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY SERVICES

**Beneficiary's institution**

BNDCCAMMINT

**Payment details**

/RFB/180720042989

**Additional information**

/ACC//INS/PNBPUS3NNYC/TIME/17.17
//FEDREF/0720B6B7001C009108

**Ordering institution**

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**
Original amount: 7,500.00 USD

Valid on 2018-07-25 at 9:27 AM ET

7/25/2018          Internet Banking Solutions — Business

Company: TIMBERLANE WOOD PRODUCTS INC. ▮▮▮ ▼      👤 WILLIAM TENCER
                                                                                                                                                TIMBERLANE WOOD PRODUCTS INC. ▮▮▮

**Transaction detail**

Wire transfer information
                 Description: SWIFT MESSAGE MT103
           Our reference: 023722966
Transaction reference number: 2348486
                 Value date: 2018-07-23
                     Amount: 5,000.00 USD
                     Charges: 15.00 USD
                        Total: 4,985.00 USD

By order of
                 ▮▮▮▮▮▮▮▮▮
                 DPW HOLDINGS INC
                 201 SHIPYARD WAY STE E
                 NEWPORT BEACH, CA, 92663

Beneficiary
                 ▮▮▮▮▮
                 BLOCKCHAIN MINING SUPPLY SERVICES

Beneficiary's institution
                 BNDCCAMM

Payment details
                 /RFB/180723022248

Additional information
                 /ACC//INS/PNBPUS3NNYC
                 //CHPREF/0470793

Ordering institution
                 U.S. BANK N.A.
                 800 NICOLLET MALL BC-MN-H20I
                 MINNEAPOLIS,MN
                 UNITED STATES

Supplementary information
             Original amount: 5,000.00 USD

Valid on 2018-07-25 at 9:30 AM ET

BMS000565

7/27/2018                                      Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.                                      WILLIAM TENCER
                                                                                TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**
　　　　Description: SWIFT MESSAGE MT103
　　　Our reference: 023737234
Transaction reference number: 2562163
　　　　Value date: 2018-07-26
　　　　　Amount: 10,000.00 USD
　　　　　Charges: 15.00 USD
　　　　　　Total: 9,985.00 USD

**By order of**

　　　DPW HOLDINGS INC
　　　201 SHIPYARD WAY STE E
　　　NEWPORT BEACH, CA, 92663

**Beneficiary**

　　　BLOCKCHAIN MINING SUPPLY SERVICES
　　　TORONTO ONTARIO CANADA



Handwritten: BM-1005 @ 2500 / BM-1006 @ 7500. (storage)

**Beneficiary's institution**

　　　BNDCCAMMINT

**Payment details**

　　　/RFB/180725038987

**Additional information**

　　　/ACC/(INTERNATIONAL DEPARTMENT)
　　　//INS/PNBPUS3NNYC/TIME/17.14
　　　//FEDREF/0725B6B7001C008864

**Ordering institution**

　　　U.S. BANK N.A.
　　　800 NICOLLET MALL BC-MN-H20I
　　　MINNEAPOLIS,MN
　　　UNITED STATES

**Supplementary information**
　　　Original amount: 10,000.00 USD

Valid on 2018-07-27 at 8:47 AM ET

BMS000566

7/30/2018                                            Internet Banking Solutions — Business

Company: TIMBERLANE WOOD PRODUCTS INC. ▼                           WILLIAM TENCER
                                                                   TIMBERLANE WOOD PRODUCTS INC.
**Transaction detail**

**Wire transfer information**
  Description: SWIFT MESSAGE MT103
  Our reference: 023750164
  Transaction reference number: 2769211
  Value date: 2018-07-30
  Amount: 10,000.00 USD
  Charges: 15.00 USD
  Total: 9,985.00 USD

**By order of**

  DPW HOLDINGS INC
  201 SHIPYARD WAY STE E
  NEWPORT BEACH, CA, 92663

**Beneficiary**

  BLOCKCHAIN MINING SUPPLY SERVICES

**Beneficiary's institution**

  BNDCCAMMINT

**Payment details**

  /RFB/180727045317

**Additional information**

  /ACC//INS/PNBPUS3NNYC/TIME/17.24
  //FEDREF/0727B6B7001C010077

**Ordering institution**

  U.S. BANK N.A.
  800 NICOLLET MALL BC-MN-H20I
  MINNEAPOLIS,MN
  UNITED STATES

**Supplementary information**
  Original amount: 10,000.00 USD

Valid on 2018-07-30 at 2:42 PM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000567

8/2/2018                Internet Banking Solutions — Business



**Company:** TIMBERLANE WOOD PRODUCTS INC.       WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

Wire transfer information
   Description: SWIFT MESSAGE MT103
   Our reference: 023762661
   Transaction reference number: 8168809212FF
   Value date: 2018-07-31
   Amount: 5,000.00 USD
   Charges: 15.00 USD
   Total: 4,985.00 USD

By order of
   DPW HOLDINGS INC
   201 SHIPYARD WAY STE E
   NEWPORT BEACH, CA, 92663

Beneficiary
   BLOCKCHAIN MINING SUPPLY SERVICES
   MONTREAL CANADA

Beneficiary's institution
   BNDCCAMMINT

Payment details
   /RFB/180731114464

Additional information
   /ACC/(INTERNATIONAL DEPARTMENT)
   ///INS/PNBPUS3NNYC/TIME/17.11
   ///FEDREF/0731B6B7001C009927

Ordering institution
   U.S. BANK N.A.
   800 NICOLLET MALL BC-MN-H20I
   MINNEAPOLIS, MN
   UNITED STATES

Valid on 2018-08-02 at 10:42 AM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000568

8/7/2018                                  Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.                                  WILLIAM TENCER
                                                                            TIMBERLANE WOOD PRODUCTS INC.
**Transaction detail**

**Wire transfer information**
Description: SWIFT MESSAGE MT103
Our reference: 023769708
Transaction reference number: 0167936
Value date: 2018-08-02
Amount: 5,000.00 USD
Charges: 15.00 USD
Total: 4,985.00 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY SERVICES
TORONTO ONTARIO CANADA

**Beneficiary's institution**

BNDCCAMM

**Payment details**

/RFB/180801050215

**Additional information**

/ACC//INS/PNBPUS3NNYC
//CHPREF/0421237

**Ordering institution**

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS,MN
UNITED STATES

**Supplementary information**
Original amount: 5,000.00 USD

Valid on 2018-08-07 at 9:23 AM ET

8/7/2018        Internet Banking Solutions — Business

Company: TIMBERLANE WOOD PRODUCTS INC.

WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**
Description: SWIFT MESSAGE MT103
Our reference: 023788318
Transaction reference number: 8734800219HE
Value date: 2018-08-07
Amount: 5,000.00 USD
Charges: 15.00 USD
Total: 4,985.00 USD

**By order of**
DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH CA 92663

**Beneficiary**
BLOCKCHAIN MINING SUPPLY SERVICES
345 WILSON AVE STE 200
TORRONTO ONTARIO CANADA

**Beneficiary's institution**
NATIONAL BANK OF CANADA
MONTREAL

**Payment details**
/RFB/180806035389

**Additional information**
/INS/CIBCCATT/INS/PNBPUS3NNYC 17.25
//FEDREF/0806B6B7001C008653/INS/844
//021519 CANADIAN IMPERIAL BANK OF
//COMMERCE TORONTO ON M5L 1-A2
///BOOK/8734800219HE

**Ordering institution**
USBKUS44IMT-U S BANK N A

**Supplementary information**
Original amount: 5,000.00 USD

Valid on 2018-08-07 at 1:24 PM ET

BMS000570

8/21/2018

Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.

WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

## Transaction detail

**Wire transfer information**

Description: SWIFT MESSAGE MT103
Our reference: 023838618
Transaction reference number: 1758070
Value date: 2018-08-17
Amount: 5,000.00 USD
Charges: 15.00 USD
Total: 4,985.00 USD

*Apply to LAST storage invoice. Bu B-1007.*

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY SERVICES
TORONTO ONTARIO CANADA

**Beneficiary's institution**

BNDCCAMM

**Payment details**

/RFB/180817031772

**Additional information**

/ACC//INS/PNBPUS3NNYC
//CHPREF/0380927

**Ordering institution**

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**

Original amount: 5,000.00 USD

Valid on 2018-08-21 at 8:34 AM ET