UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC., and DPW HOLDINGS, INC. n/k/a AULT GLOBAL HOLDINGS, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT J

## TO DECLARATION OF DASHA CHESTUKHIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) AND 12(b)(6)

| | |
|---|---|
| **Message** | |
| **From**: | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent**: | 3/23/2018 2:05:44 PM |
| **To**: | 'Willy Tencer' [sales@timberlane-mldg.com] |
| **CC**: | 'Joe Kalfa - NADW' [joekalfa@gmail.com]; scott@supercrypto.com; 'Lisa' [lisa@stonegatelogistics.com] |
| **Subject**: | RE: shipment |

Hello Willy,

I just spoke with the CEO of DPW Holdings he confirmed that they sent $3.5 million into the escrow account however they have not yet determined how and when the distribution of funds will happen. Apparently there are multiple funding's going on at the parent company level which are being handled through the law firm within sub escrows to the main escrow. I'm surprised by this news and will continue to push for more information but I wanted to share this now as I just was told about this process. I know that the money is there but just can't confirm the timing of the transfer.

Scott is working with Nathan the Customs agent your referred as well as with Lisa at Stone Gate Logistics to coordinate the shipment. I understand that Lisa is identifying a Bonded trucking company so that the load can be properly insured. This sounds like we are looking at next week for the shipment to actually go out but I'm happy to cover the storage costs for the 500 machines from today until they ship.

I'll continue to provide updates as I gather more information.

Thank you,

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Friday, March 23, 2018 10:51 AM
**To:** darren@supercrypto.com
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>; scott@supercrypto.com; 'Lisa' <lisa@stonegatelogistics.com>
**Subject:** Re: shipment

Thanks.
Will wait to hear when funds are in the escrow account. Then i'll Get Stonegate Involved.

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com


On Fri, Mar 23, 2018 at 10:40 AM -0700, <darren@supercrypto.com> wrote:

> Hello Willy,
>
> Adding Scott and Lisa who are working on the shipping details. We will be using Stonegate's trucks as a way to keep this simple and as smooth as possible.

DEFENDANTS_001949

More to come,

Darren Magot
www.supercryptomining.com
714-887-6377

DEFENDANTS_001950

Message
---

**From:** darren@supercrypto.com [darren@supercrypto.com]
**Sent:** 3/28/2018 12:36:31 PM
**To:** sales@timberlane-mldg.com
**Subject:** RE: update

Hello Willy,

I can confirm that the wire is going from Escrow to you today. Todd signed the approval to send the wire today. It is in their hands and I asked that they confirm with me once it is sent. I asked that they share the paperwork as I provided to you in the past.

I'll have an update this afternoon.

Thank you,

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Wednesday, March 28, 2018 12:01 PM
**To:** darren@supercrypto.com
**Subject:** update

Do you have an update on below request?
Thx.

Willy Tencer
Timberlane Wood Products Inc.
200 - 345 Wilson Ave.,
Toronto, ON . CANADA
M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** Willy Tencer [mailto:sales@timberlane-mldg.com]
**Sent:** March 28, 2018 12:13 PM
**To:** 'darren@supercrypto.com' <darren@supercrypto.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: wire


Good to speak to you and Todd this morning. Please send me the news release that Todd had mentioned.
Let me know when the $100K is officially released today from Escrow and please send me the wire conf.
I assume the Attorney has our Bank wiring details


Willy Tencer

Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** March 27, 2018 2:34 PM
**To:** sales@timberlane-mldg.com
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: wire

Good morning Willy,

Thank you again for the time on the phone yesterday. Todd asked me to let you know that the wire for the $5 Million goes out today after market. He can then send a wire for the machines but it won't be until tomorrow. I was hoping for something sooner but I hope that you understand that the process is working as Todd described however it is never as fast as I expect.

I'll continue to provide updates as we get the wire ready to release.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Tuesday, March 27, 2018 10:16 AM
**To:** darren@supercrypto.com
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** wire

Please send me the conf for the $100k wire that is going out this morning.
Will wait to hear update on balance after 2:00 pm today.
Thanks.
Was great speaking with Todd yesterday.  He sounds like a sharp cookie.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

Message
---

**To:** sales@timberlane-mldg.com; 'Milton Ault III' [todd@dpwholdings.com]
**CC:** 'Joe Kalfa - NADW' [joekalfa@gmail.com]
**Subject:** RE: agreement amendment

Thank you Willy,

I'm being told that the funding is coming but that I'm not 100% able to guarantee a wire for $125K this week. I believe that Todd had some money wired today but I might need extend the timeline.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, June 11, 2018 12:08 PM
**To:** darren@supercrypto.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

Ok. We're with you.  we want to move this forward. We'll agree to your attorney's guarantee. Please sign the guarantee and the  amended Purchase agreement today. Please confirm that you are sending the agreed upon wire today. And we'll make arrangements to have the machines released.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** June 11, 2018 1:47 PM
**To:** sales@timberlane-mldg.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

Hi Willy,

I know and struggle with it as well. I'm told that it's a matter of being consistent across the board with any guaranty. They won't consider any changes because of this objective to not customize or deviate from a standard previously approved document.

I hope that after reading it again that we can move forward.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, June 11, 2018 10:39 AM

**To:** darren@supercrypto.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

That's surprising.
Which clause of the guarantee are they objecting to?
It seemed pretty straight forward to me.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** June 11, 2018 1:16 PM
**To:** sales@timberlane-mldg.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

Hello Willy,

I hope that this isn't a deal breaker but I'm not being given approval for any alterations to the Guaranty. The attorneys and Board are saying that our only option is to accept the attached as is. I'm sorry that I couldn't help with the changes.

If you are willing to move forward with the attached in it's current form I will continue to work to get approval on the Amendment.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, June 11, 2018 8:40 AM
**To:** darren@supercrypto.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

Thanks.
Please make sure this gets signed today.
We can not let this go on any longer.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** June 11, 2018 11:28 AM
**To:** sales@timberlane-mldg.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

Good morning and thank you Willy.

I'm reviewing and will reply today after sharing with the attorneys.

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, June 11, 2018 8:25 AM
**To:** 'Darren Magot' <darren@supercrypto.com>; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** agreement amendment

The agreement amendment is fine but for some reason the attorney repeated only the boiler plate terms but left out some other terms.
Just to be clear we have simplified / modified it so that all is clear.
In addition, Your version had final payment date as July 31/18 but previously you had requested it to be Aug. 15/18. So we have inserted that change.
The amendment now states the new payment terms and that you will be able to pick up the machines once the 1st payment is received.
All other terms and conditions remain the same as original agreement.
Please sign the attached agreement and return to me today along with the guarantee.
This should finally bring your pick up of the machines to a close.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

DEFENDANTS_002885

| | |
|---|---|
| Message | |
| **From**: | Darren Magot [darren@supercrypto.com] |
| **Sent**: | 8/16/2018 8:04:03 AM |
| **To**: | Willy Tencer [wtencer@midcitycapital.ca]; 'Milton Ault III' [todd@dpwholdings.com] |
| **CC**: | Joe Kalfa - NADW [joekalfa@gmail.com] |
| **Subject**: | RE: wire |

Good morning Willy,

I'm with Todd in NY and he just confirmed that he is working to get you a wire tomorrow.

I will keep you updated on the progress around that goal.

Darren Magot
714-887-6377

---

**From:** Willy Tencer <wtencer@midcitycapital.ca>
**Sent:** Thursday, August 16, 2018 7:05 AM
**To:** 'Milton Ault III' <todd@dpwholdings.com>; Darren Magot <darren@supercrypto.com>
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** wire

Will you be sending a wire today to cover the latest warehouse storage invoice?

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
wtencer@midcitycapital.ca

DEFENDANTS_003652