UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC., and DPW HOLDINGS, INC. n/k/a AULT GLOBAL HOLDINGS, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT N

## TO DECLARATION OF DASHA CHESTUKHIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) AND 12(b)(6)

Message

| | |
|---|---|
| **From**: | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent**: | 4/3/2018 5:30:15 PM |
| **To**: | 'Willy Tencer' [sales@timberlane-mldg.com] |
| **Subject**: | RE: shipment |

Hi Willy,

Todd asked that I share the press release below that we made this morning. It will help understand all that is going on which Todd will explain on the call.

https://finance.yahoo.com/news/bitcoin-mining-stocks-trending-now-124500648.html

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Tuesday, April 3, 2018 5:14 PM
**To:** Darren Magot <darren@supercrypto.com>
**Subject:** Re: shipment

Thanks i'm Ok for the next 2 hours.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com
_____

From: Darren Magot <darren@supercrypto.com>
Sent: Tuesday, April 3, 2018 8:07 PM
Subject: Re: shipment
To: Willy Tencer <sales@timberlane-mldg.com>


Hi Willy

Todd is in a meeting now but I'm trying to arrange a time for us to call. Are you available to talk in the next hour?

Darren Magot
(714)887-6377

On Apr 3, 2018, at 2:40 PM, Willy Tencer <sales@timberlane-mldg.com> wrote:

Thanks.

Willy Tencer
Blockchain Mining Supply and Services Ltd

DEFENDANTS_001999

200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

From: darren@supercrypto.com
Sent: Tuesday, April 3, 2018 5:18 PM
Subject: RE: shipment
To: 'Willy Tencer' <sales@timberlane-mldg.com>

Yes, will do. He is at lunch right now but promised earlier to me that we would call you this afternoon.

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Tuesday, April 3, 2018 2:16 PM
**To:** darren@supercrypto.com
**Subject:** Re: shipment

Please have Todd call me Today, as promised.
Thx.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

On Apr 3, 2018, at 11:35 AM, <darren@supercrypto.com> <darren@supercrypto.com> wrote:

Good morning Willy,

I'm in the office and wanted to let you know that I am told I will know more this am. I'm waiting for Todd to get in with an update but I will try to get him to call so you can talk with him directly like we did last time.

Sorry again for this delay.

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, April 2, 2018 6:05 PM
**To:** darren@supercrypto.com
**Subject:** Re: shipment

Thanks for the update. Appreciate the communication.
I'll await your next email later tonight.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com


On Mon, Apr 2, 2018 at 7:37 PM -0400, <darren@supercrypto.com> wrote:

Hello Willy,

I know I owe you an update and Todd just confirmed that he is still working on this but doesn't have an answer for me yet. Again, it is a matter of timing of financing and he said that he will update me later tonight.

Sorry I don't have more to share but just trying to keep the communication open. I want you to know that this is top of mind and I will continue to push for the information that we need.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, April 2, 2018 10:37 AM
**To:** darren@supercrypto.com
**Subject:** shipment

Can I get specifics as to what the issue is regarding payment?
We need to have a firm outside date of when payment and shipment will take place.
We are working with you to help you satisfy your obligation but we need to know when the transaction will be completed.
Look forward to your update.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com



# Bitcoin Mining Stocks That are Trending Right Now

March 23, 2018

In this article:

DPW +1.98%

CORAL GABLES, FL / ACCESSWIRE / March 23, 2018 / The markets have been volatile following the fed decision to raise rates on Wednesday. The central bank also increased its forecast for multiple rate increases it expects to make in 2019. Stocks have seen a seesaw of price action, swinging between gains and losses after the policy announcement and during Powell's news conference before closing out the session.

"The Fed is forecasting two more hikes this year, but beyond that nobody knows what the economy will do, so their projections are meaningless," said Joe Saluzzi, co-head of equity trading at Themis Trading.

Despite this case, there were some stocks that continued to gain more attention on Friday while the rest of the markets panicked. This includes Atlas Cloud Enterprises (OTC PINK: ATLEF) and DPW Holdings, Inc. (NYSE American: DPW)

- ADVERTISEMENT -



For More Info, click HERE.

Atlas Cloud Enterprises recently announced the closing of the previously disclosed acquisition of MKH Electric City Holdings LLC. The transaction includes a 6,600-sq. ft. facility, which is in the process of being upgraded to industrial-scale cryptocurrency mining standards. Due to its location, the facility significantly benefits from electrical provisioning at approximately $0.03/kWh, which is one of the least expensive commercial rates in the world.

With bitcoin and other cryptocurrency prices recovering this week, digital currency mining companies have been in a spotlight. Shares of Atlas Cloud have increased by





as much as 31.25% since the beginning of the week.

DPW Holdings, Inc. announced today that the company has entered into an agreement with a U.S. based entity securing the right to 25 megawatts of power in support of SCM's operations of approximately 20,000 mining rigs at the location.

"We are excited about this new arrangement for many reasons. This not only helps SCM reach our 2018 goals but also provides capacity for future growth. We are proud to be working with a well-respected data facility leveraging efficiencies that result in a symbiotic cost-effective relationship. This is a unique relationship whereby SCM has obtained access to electricity for the miners at costs competitive with global locations, meaning that we can maintain our operations within the U.S. We will have more to share in the coming months specific to the operation as well as "Green Energy" practices that we are employing at the location," commented Darren Magot, the CEO of SCM.

Shares were up sharply pre-market on Friday.

For More Info, Click HERE.

About CoinStocks.com

CoinStocks.com is your best resource for all news, information & investment opportunities for cryptocurrency / digital currency such as bitcoin, ehthereum, litecoin and the decentralized & secure blockchain technology it all runs on. We cover all the latest and most relevant crypto / blockchain news, trends, analysis, digital market movement, initial coin offerings or ICO and all things within the bitcoin and cryptocurrency industry.

NOT AN OFFERING

This document is not intended as an offering, recommendation, or a solicitation of an offer to buy or sell the securities mentioned or discussed, and is to be used for informational purposes only. Please read all associated disclosures and disclaimers in full before investing. Neither CoinStocks nor any party affiliated with us is a registered investment adviser or broker-dealer with any agency or in any jurisdiction whatsoever. An affiliate of Midam Ventures, LLC (JSG Communications) has been compensated $100,000.00 by a non affiliate third party Full Service Media LLC for a period beginning November 20, 2017 and ending December 27, 2017, which has been extended through March 31, 2018 FOR NO ADDITIONAL COMPENSATION, to publicly disseminate information about (ATLEF). We may buy or sell additional shares of (ATLEF) in the open market at any time, including before, during or after the Website and Information, provide public dissemination of favorable Information. We own zero shares.



We own zero shares. Click here for our full disclaimer.



NO WARRANTY

CoinStocks, the Author and the Reviewer (collectively referred to as the "Publishers") are not responsible for any error which may be occasioned at the time of printing of this document or any error, mistake or shortcoming. No liability is accepted by the Publishers whatsoever for any direct, indirect or consequential loss arising from the use of this document. The Publishers expressly disclaim any fiduciary responsibility or liability for any consequences, financial or otherwise, arising from any reliance placed on the information in this document. Additionally, the Publishers do not (1) guarantee the accuracy, timeliness, completeness, or correct sequencing of the information, or (2) warrant any results from use of the information. The included information is subject to change without notice.

Contact:

news@ CoinStocks.com

SOURCE: CoinStocks.com

Altice Mobile literally gives you access to America's largest and fastest 5G network  Switch now  optimum.

Comments

Welcome to Yahoo comments! Please keep conversations courteous and on-topic. See our community guidelines for more information.

Share your feedback on our comment section by taking this survey.

Be the first to comment...

Powered by OpenWeb        Feedback