UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD.,<br><br>Plaintiff,<br><br>–against–<br><br>SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC., and DPW HOLDINGS, INC. n/k/a AULT GLOBAL HOLDINGS, INC.,<br><br>Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT T

### TO DECLARATION OF DASHA CHESTUKHIN
### IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) AND 12(b)(6)

Message

| | |
|---|---|
| **From**: | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent**: | 5/16/2018 8:24:31 AM |
| **To**: | sales@timberlane-mldg.com; Todd@dpwholdings.com |
| **Subject**: | RE: wire |
| **Attachments**: | Block chain Wire Instructions.pdf |

Good morning Willy,

I don't typically get the wire confirmations until 2:00pm PST. I'm communicating with Todd's Accounting team and will share confirmation once it is sent. We are using the wire instructions on the 2nd page of the attached. Are these correct?

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Wednesday, May 16, 2018 8:02 AM
**To:** darren@supercrypto.com; Todd@dpwholdings.com
**Subject:** wire

When will you be confirming wire that is being sent today?

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

DEFENDANTS_002665

## Inspection Release dated this 8th day of March, 2018

It is hereby confirmed that the inspection relating to the asset Purchase Agreement dated March 8, 2018 between:

Blockchain Mining Supply & Services Ltd.

- and -

Super Crypto Mining, Inc.

has been performed by an authorized representative of Super Crypto Mining, Inc. and is deemed to be satisfactory. All contents are as represented.

Super Crypto Mining, Inc.

Per: _[signature]_

Name: Joseph Spaziano

Title: CTO

345 Wilson Ave., #200
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878

# Blockchain Mining Supply & Services Ltd.

When wiring any currency other than U.S. do not include Section 1.

Wiring Instructions:

**SECTION 1**  Corresponding Bank:   JPMORGAN CHASE BANK
1 Chase Manhattan
New York City, NEW YORK
ABA: ███
SWIFT: ███
UID: 014897

**SECTION 2**  BENEFICIARY BANK:   ███
NATIONAL BANK OF CANADA
343 WILSON AVENUE
TORONTO, ON M3H 1T1
CANADA
TEL. 416 633 0161
FAX 416 633 9153

SWIFT CODE   ███
BENEFICIARY ACC'T #:   ███
BENEFICIARY NAME:   Blockchain Mining Supply & Services Ltd.
BENEFICIARY ADDRESS:   345 WILSON AVENUE, SUITE 200
TORONTO, ON M3H 5W1
CANADA
TEL. 416 398 1198
FAX 416 398 0878

Reason For Wire:   _____