UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC., and DPW HOLDINGS, INC. n/k/a AULT GLOBAL HOLDINGS, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT Z

## TO DECLARATION OF DASHA CHESTUKHIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) AND 12(b)(6)

Message

| | |
|---|---|
| From: | Willy Tencer [sales@timberlane-mldg.com] |
| Sent: | 7/8/2018 5:55:50 PM |
| To: | Darren Magot [darren@supercrypto.com] |
| CC: | Milton Ault III [todd@dpwholdings.com]; joe kalfa [joekalfa@gmail.com] |
| Subject: | Re: talk |

Thanks for reaching out.  Sounds very optimistic. Looking forward to working together and getting this resolved.
Just to confirm, we will be receiving documentation for the amortization schedule tomorrow for review, and by 3:00 pm you will let me know how much good faith deposit will be paid.
Please make sure this happens.  As you said, the last thing you want is to promise something that won't be fulfilled.

Willy Tencer
Blockchain Mining Supply and Services Ltd .
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

On Jul 8, 2018, at 7:35 PM, Darren Magot <darren@supercrypto.com> wrote:

Hi Willy

Can Todd call u today around 5:15 pm PST?

Darren Magot
(714)887-6377

On Jul 7, 2018, at 4:38 PM, Willy Tencer <sales@timberlane-mldg.com> wrote:

Just my office  number below. If I'm not there it will roll over to my cell.
I'm also available for the next couple of hours if you want to talk tonight.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

On Jul 7, 2018, at 7:04 PM, Milton Ault III <todd@dpwholdings.com> wrote:

What Nunber?

On Sat, Jul 7, 2018 at 3:52 PM Willy Tencer <sales@timberlane-mldg.com> wrote:
> Call me Sunday.  I'm available anytime.
> Thanks.

Willy Tencer
Blockchain Mining Supply and Services Ltd.

200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

On Jul 6, 2018, at 7:48 PM, Milton Ault III <todd@dpwholdings.com> wrote:

Willy,

Can you chat on Sunday or Monday?

location of machines and amounts.


--
Milton "Todd" Ault III
Chairman & CEO
DPW Holdings, Inc
714-916-8498 Cell

NYSE American (DPW)

--
Milton "Todd" Ault III
Chairman & CEO
DPW Holdings, Inc
714-916-8498 Cell

NYSE American (DPW)

DEFENDANTS_003124

| | |
|---|---|
| Message | |
| From: | Milton Todd Ault III [toddault@gmail.com] |
| Sent: | 7/11/2018 1:37:29 PM |
| To: | sales@timberlane-mldg.com |
| CC: | Joe Kalfa - NADW [joekalfa@gmail.com]; Milton Ault III [todd@dpwholdings.com]; darren@supercrypto.com |
| Subject: | Re: agreement |

Hang tight Willy as we are talking with the lawyers and NYSE

On Wed, Jul 11, 2018 at 1:33 PM Willy Tencer <sales@timberlane-mldg.com> wrote:

> I am very disappointed that we didn't hear from you yesterday.
>
> Last Sunday's call sounded very optimistic and I thought we were finally getting to the end of this. But it seems you are continuing with your empty promises.
>
> I had told you that communication is key. If you weren't able to send the docs yesterday, I don't understand why you would not have emailed me or have your Attorney call our Attorney and advise about the delay.
>
> I will not accept any further delay and non communication. I'm sorry it has come to this.
>
> We are going to instruct our Attorney on Friday to move forward with all means available to him to collect this debt.
>
> I know this will not be good for your PR with your banks and shareholders and may affect your share price but you have left no option.
>
> You continually tell us that you will be making arrangements to finalize the funding of these 600 machines but then we don't hear from you.
>
> You need to send a further good faith deposit and arrange for the balance to be secured this week.
>
> In the hope that I would receive something from you prior to days end, I've waited till now to send this email.
>
>
>
> Willy Tencer
>
> Blockchain Mining Supply and Services Ltd.
>
> 200 - 345 Wilson Ave.,
>
> Toronto, ON M3H 5W1
>
> Tel. 416 398 1198
>
> Fax 416 398 0878
>
> wtencer@midcitycapital.ca
>
>

--

Thanks,

Todd

Milton "Todd" Ault, III
D: 949-534-AULT (2858

DEFENDANTS_003131

This message may contain confidential and/or restricted information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. This information should only be forwarded or distributed on a "need to know basis". If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

DEFENDANTS_003132