

July 15, 2021

Via ECF and Electronic Mail
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

    Re:    Blockchain Mining Supply and Services, Ltd. v. Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and Ault Global Holdings, Inc. (f/k/a DPW Holdings, Inc.), **No. 18-CV-11099-ALC-BCM**

Dear Judge Carter:

    The undersigned represents Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) ("DF") and Ault Global Holdings, Inc. (f/k/a DPW Holdings, Inc.) ("DPW" and with "DF" collectively, "Defendants") in the above-referenced matter.

    On or about May 5, 2021, the Court endorsed the Parties' proposed briefing schedule in connection with the Motion to Dismiss, as well as an enlargement of five (5) additional pages for each of Defendants' opening brief and Plaintiff's opposition. [DE 71].

    Defendants are in receipt of Plaintiffs' Opposition and respectfully request an enlargement of two (2) additional pages for their reply in further support of their motion to dismiss, which is due on July 22, 2021, in order to adequately address the various issues raised in the Opposition.

    We thank the Court for its time and consideration.

                                     Respectfully submitted,

                                     */s/ Robert B. Volynsky*

cc:    All Counsel of Record

**SO ORDERED:**_____    Dated: Jul. ___, 2021
                Hon. Andrew L. Carter, Jr., U.S.D.J.