**WELTZLAW**
WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP
170 Old Country Road | Suite 310
Mineola, New York 11501

T: (516) 320-6945
F: (516) 855-8776
WWW.WELTZ.LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 16, 2021

July 15, 2021

<u>Via ECF and Electronic Mail</u>
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

**MEMO ENDORSED**

Re:   Blockchain Mining Supply and Services, Ltd. v. Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and Ault Global Holdings, Inc. (f/k/a DPW Holdings, Inc.), **No. 18-CV-11099-ALC-BCM**

Dear Judge Carter:

The undersigned represents Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) ("DF") and Ault Global Holdings, Inc. (f/k/a DPW Holdings, Inc.) ("DPW" and with "DF" collectively, "Defendants") in the above-referenced matter.

On or about May 5, 2021, the Court endorsed the Parties' proposed briefing schedule in connection with the Motion to Dismiss, as well as an enlargement of five (5) additional pages for each of Defendants' opening brief and Plaintiff's opposition. [DE 71].

Defendants are in receipt of Plaintiffs' Opposition and respectfully request an enlargement of two (2) additional pages for their reply in further support of their motion to dismiss, which is due on July 22, 2021, in order to adequately address the various issues raised in the Opposition.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Robert B. Volynsky*

cc:   All Counsel of Record

SO ORDERED: _____
Hon. Andrew L. Carter, Jr., U.S.D.J.

Dated: Jul. 16, 2021