**WELTZLAW**
WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP
170 OLD COUNTRY ROAD | SUITE 310
MINEOLA, NEW YORK 11501

T: (516) 320-6945
F: (516) 855-8776
WWW.WELTZ.LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 19, 2021

July 19, 2021

<u>Via ECF and Electronic Mail</u>
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

**MEMO ENDORSED**

Re: Blockchain Mining Supply and Services, Ltd. v. Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and Ault Global Holdings, Inc. (f/k/a DPW Holdings, Inc.), **<u>No. 18-CV-11099-ALC-BCM</u>**

Dear Judge Carter:

The undersigned represents Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) ("DF") and Ault Global Holdings, Inc. (f/k/a DPW Holdings, Inc.) ("DPW" and with "DF" collectively, "Defendants") in the above-referenced matter.

On or about June 2, 2021, Defendants filed a motion to dismiss ("Motion to Dismiss") the First Amended Complaint in this action [DE 73] and on or about July 8, 2021, Plaintiff filed its opposition to the Motion to Dismiss. [DE 80]. Defendants' reply in further support of the Motion to Dismiss is presently due on July 22, 2021.

Defendants respectfully request a one-day extension, until July 23, 2021, to file their reply in further support of the Motion to Dismiss. Plaintiff's counsel has informed the undersigned that Plaintiff consents to the one-day extension until July 23, 2021.

This is the second request for a modification of the briefing schedule for the Motion to Dismiss and the first request for an adjournment of the reply in further support of the Motion to Dismiss.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Robert B. Volynsky*

cc: All Counsel of Record

**SO ORDERED:** _____
Hon. Andrew L. Carter, Jr., U.S.D.J.

Dated: Jul. 19, 2021