

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

April 5, 2022

<u>VIA ECF</u>

Hon. Andrew L. Carter, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

Re:  *Blockchain Mining Supply v. Super Crypto Mining et ano.*, Case No. 1:18-CV-l1099 (ALC)

Dear Judge Carter,

We represent Plaintiff Blockchain Mining Supply and Services Ltd. in the above-referenced case.  Currently pending before Your Honor is Defendant's motion to dismiss (ECF No. 73), which was filed on June 2, 2021 and was fully briefed as of July 23, 2021.

We write to inquire about the status of the motion and to see if we can provide any further information that would be of assistance in its resolution.

Respectfully,

Richard S. Mandel

cc:  All Counsel of Record (Via ECF)

31592/000/4040084