

August 12, 2022

<u>Via ECF and Electronic Mail</u>
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

  Re: Blockchain Mining Supply and Services, Ltd. v. Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and Ault Global Holdings, Inc. (f/k/a DPW Holdings, Inc.), **<u>No. 18-CV-11099-ALC-BCM</u>**

Dear Judge Carter:

  The undersigned represents Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) ("DF") and Ault Global Holdings, Inc. (f/k/a DPW Holdings, Inc.) ("DPW" and with "DF" collectively, "Defendants") in the above-referenced matter.

  The deadline for Defendants to interpose an Answer to the First Amended Complaint is presently set for August 22, 2022.

  Defendants respectfully request an extension of time until September 2, 2022 to interpose their Answer to the First Amended Complaint.

  Defendants' counsel has conferred with Plaintiff's counsel regarding this request and Plaintiff's counsel inform that they consent to such extension.

  This is Defendants' first request for an adjournment of the deadline to interpose their Answer.

  We thank the Court for its time and consideration.

            Respectfully submitted,

            */s/ Robert B. Volynsky*

cc: All Counsel of Record

**SO ORDERED:**_____  Dated: Aug. ___, 2022
     Hon. Andrew L. Carter, Jr., U.S.D.J.