USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/23/22__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> -against- <br><br> SUPER CRYPTO MINING, INC. and DPW HOLDINGS, INC., <br><br> Defendants. | 1:18-cv-11099 (ALC) <br><br> **AMENDED ORDER OF REFERENCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

The above-captioned action is referred to Magistrate Judge Barbara C. Moses for the following purpose:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| X | Specific Non-Dispositive Motion/Dispute <br><br> See ECF No. 95 | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br> Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) <br> Particular Motion: _____ |

SO ORDERED.

Dated:   August 23, 2022
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge