

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

January 18, 2023

<u>**VIA ECF**</u>

Hon. Barbara Moses, U.S.M.J.
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re: *Blockchain Mining Supply v. Super Crypto Mining et ano.*, Case No. 1:18-CV-l 1099 (ALC)

Dear Judge Moses:

    We represent Plaintiff Blockchain Mining Supply and Services Ltd. ("Plaintiff") in the above-referenced case.  We write to move, with the consent of counsel for Defendants Super Crypto Mining, Inc. n/k/a Digital Farms, Inc. ("Super Crypto") and DPW Holdings, Inc. n/k/a BitNile Holdings, Inc. ("DPW") (collectively, "Defendants"), for leave to serve an amended response to Request for Admission No. 20 of Super Crypto's Second Set of Requests for Admission, pursuant to Fed. R. Civ. P. 36(b).

    A proposed stipulated order agreed to by the parties is enclosed for Your Honor's consideration.

                                          Respectfully,

                                          Richard S. Mandel

Encl.

cc:  All Counsel of Record (Via ECF)

31592/000/4244261