UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD.,<br><br>                      Plaintiff,<br><br>v.<br><br>SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a BITNILE HOLDINGS, INC.,<br>                      Defendants. | Civil Action No. 18-cv-11099-ALC<br><br>**STIPULATION AND ORDER TO AMEND CAPTION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-entitled action and their respective counsel, that henceforth, "DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC." shall be substituted for "DPW HOLDINGS, INC. n/k/a BITNILE HOLDINGS, INC." as the name of a defendant in this action and that the caption of this action shall be reformed to incorporate this change as follows:

BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., *Plaintiff* -v.-

SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and

DPW HOLDINGS, INC. **n/k/a AULT ALLIANCE, INC.**, *Defendants*

Dated: February 22, 2023

| | |
|---|---|
| COWAN, LIEBOWITZ & LATMAN, P.C. | WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP |
| By: /s/ Dasha Chestukhin<br>Richard S. Mandel (rsm@cll.com)<br>Dasha Chestukhin (dxc@cll.com)<br>114 West 47th Street<br>New York, New York 10036<br>(212) 790-9200<br><br>*Attorneys for Plaintiff* | By: /s/ Robert B. Volynsky<br>Robert B. Volynsky (rvolynsky@weltz.law)<br>170 Old Country Road Suite 310<br>Mineola, New York 11501<br>(516) 320-6945<br><br>*Attorneys for Defendants* |

SO ORDERED:

_____
U.S.D.J.              Date

31592/000/4259634