**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,

                       Plaintiff,

v.

SUPER CRYPTO MINING, INC. n/k/a
DIGITAL FARMS, INC. and
DPW HOLDINGS, INC. n/k/a BITNILE
HOLDINGS, INC.,

                       Defendants.

---

Civil Action No. 18-cv-11099-ALC

**STIPULATION AND ORDER
TO AMEND CAPTION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-entitled action and their respective counsel, that henceforth, "DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC." shall be substituted for "DPW HOLDINGS, INC. n/k/a BITNILE HOLDINGS, INC." as the name of a defendant in this action and that the caption of this action shall be reformed to incorporate this change as follows:

BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., *Plaintiff* -v.-

SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and

DPW HOLDINGS, INC. **n/k/a AULT ALLIANCE, INC.**, *Defendants*

Dated: February 22, 2023

| COWAN, LIEBOWITZ & LATMAN, P.C. | WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP |
|---|---|
| By: /s/ Dasha Chestukhin | By: /s/ Robert B. Volynsky |
| Richard S. Mandel (rsm@cll.com) | Robert B. Volynsky (rvolynsky@weltz.law) |
| Dasha Chestukhin (dxc@cll.com) | 170 Old Country Road Suite 310 |
| 114 West 47th Street | Mineola, New York 11501 |
| New York, New York 10036 | (516) 320-6945 |
| (212) 790-9200 | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

SO ORDERED:

SO ORDERED: /s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

2/23/2023

The Clerk of Court is respectfully requested to amend the caption in this case.