**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,

                                    Plaintiff,

                    -against-

SUPER CRYPTO MINING, INC, n/k/a
DIGITAL FARMS, INC. and DPW
HOLDINGS, INC. n/k/a AULT ALLIANCE
INC.,

                                    Defendants.

------------------------------------------------------------ x

18-cv-11099 (ALC)

__ORDER__

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' submissions regarding requests for a pre-motion

conference for the parties' intended cross-motions for summary judgment.   The requests for a pre-

motion conference are **DENIED**.   The parties are **GRANTED** leave to file motions for summary

judgment.   The Court sets the following briefing schedule:

Opening briefs due by **May 22, 2023**

Opposition briefs due by **July 6, 2023**

Reply briefs due by **July 27, 2023**

The Clerk of Court is respectfully requested to terminate the pending motions at ECF

Nos. 106 and 108.

**SO ORDERED.**

Dated:    April 7, 2023
          New York, New York

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**