**MEMO ENDORSED**

**WELTZ LAW**
WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP
170 OLD COUNTRY ROAD | SUITE 310
MINEOLA, NEW YORK 11501

T: (516) 320-6945
F: (516) 855-8776
WWW.WELTZ.LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/10/2023

May 9, 2023

Via ECF and Electronic Mail
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

Re: Blockchain Mining Supply and Services, Ltd. v. Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and Ault Alliance, Inc. (f/k/a DPW Holdings, Inc.),
**No. 18-CV-11099-ALC-BCM**

Dear Judge Carter:

The undersigned represents Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) ("DF") and Ault Alliance, Inc. (f/k/a DPW Holdings, Inc.) ("DPW" and with "DF" collectively, "Defendants") in the above-referenced matter.

The deadline for the parties to file their opening summary judgment briefs is presently scheduled for May 22, 2023. [DE 110]. The deadlines for the parties to file their respective opposition briefs and reply briefs remain unchanged. [DE 110].

Defendants respectfully request an extension of time until May 30, 2023, for both parties, to file their respective opening summary judgment briefs.

Defendants' counsel has conferred with Plaintiff's counsel regarding this request and Plaintiff's counsels inform that they consent to such extension.

This is Defendants' first request for an adjournment of the deadline to file opening summary judgment briefs.

We thank the Court for its time and consideration.

Respectfully submitted,

/s/ Robert B. Volynsky

cc: All Counsel of Record

**SO ORDERED:** _____
Hon. Andrew L. Carter, Jr., U.S.

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
5/10/2023