UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,                                                          Case No. 18-CV-11099-ALC

                Plaintiff,

    -against-                                                     **DECLARATION OF**
                                                   **WILLIAM B. HORNE**

SUPER CRYPTO MINING, INC. (N/K/A DIGITAL
FARMS, INC. and DPW HOLDINGS, INC.
(N/K/A AULT AULLIANCE, INC.),

                Defendants.
---------------------------------------------------------------X

I, William B. Horne, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1.     I am the Chief Executive Officer of Defendant DPW Holdings, Inc. (n/k/a Ault Alliance, Inc.) ("DPW"), in the above-referenced matter.

2.     I make this declaration in support of DPW's and Super Crypto Mining, Inc.'s (n/k/a Digital Farms, Inc.) motion for partial summary judgment as to both counts of the First Amended Complaint filed by Plaintiff Blockchain Mining Supply and Services Ltd.

3.     I make this declaration based upon my own personal knowledge, a review of DPW's records, and a review of the documents that have been produced in this litigation.

4.     DPW is a Delaware corporation with its principal place of business located in Nevada.

5.     As of November 28, 2018, DPW's principal place of business was located in California.

6.     As of November 28, 2018, DPW did not have any offices located in New York.

7.     DPW has never had a banking account with JP Morgan Chase Bank, N.A.

8. Exhibit 52 from the Deposition of Yonah Kalfa, in this action, is a true and correct copy of DPW's Form 10-Q, for the quarterly period ended as of September 30, 2017, that was filed with the United States Securities and Exchange Commission, on or about November 20, 2017.

Executed on this 24th day of May of 2023 in Cle Elum, Washington.

                                                                William B. Horne