

[Darren Magot](#)

3rd degree connection· 3rd

Developing undervalued assets and disruptive technologies

- FEB 23, 2018 Joe Kalfa sent the following message at 12:34 PM



[View Joe's profile](#)

[Joe Kalfa](#)  12:34 PM

**Antminer S9's available**

Hi Darren, Are you interested in purchasing Antminer S9's? I have 1,100 coming next week from Bitmain from the March Batch. Im looking to sell them for $3,250, Including the PSU, and delivery to Toronto Pearson Airport. Let me know if interested.

- Darren Magot sent the following message at 5:02 PM



[View Darren's profile](#)

Exhibit 40
Y. Kalfa
1/18/2023

BMS001590

Darren Magot  5:02 PM

It's nice to meet you Joe and thank you for reaching out. I am interested in the S9's. Are the PSU's bitmain as well?

- FEB 24, 2018 Joe Kalfa sent the following messages at 6:36 PM



View Joe's profile

Joe Kalfa  6:36 PM

Thanks. Yes they are Bitmain as well. I will provide you with all original paperwork from Bitmain including awb once it ships this week

- Let me know please



- View Joe's profile

Joe Kalfa  6:43 PM

To keep things simple, assuming your ready to move forward, I can send a sale agreement, and you can wire funds to lawyer escrow account, only to be released after you pick up the goods.

- Darren Magot sent the following message at 9:52 PM



View Darren's profile

Darren Magot  9:52 PM

BMS001591

Hello Joe - I will need until Tuesday to confirm all the financing but I am very interested in making the purchase. I'll let you know if it comes together sooner but right now it appears to be Tuesday. You can reach me at darren@supercrypto.com if you would like to share a sales agreement that I can review. Thank you, Darren

- Joe Kalfa sent the following messages at 9:57 PM



View Joe's profile

Joe Kalfa  9:57 PM

Darren, thanks. I'll email it to you tomorrow.

- FEB 26, 2018



View Joe's profile

Joe Kalfa  10:37 PM

Darren, any news on your end. I need to finalize sale of these by tomorrow morning. On pricing, I can actually do $2,975usd Includes PSU. Delivered to Toronto, Pearson airport. I need to finalize by tomorrow am

- FEB 27, 2018Darren Magot sent the following message at 6:35 AM



View Darren's profile

Darren Magot  6:35 AM

**BMS001592**

Hi Joe - checking to be sure that you received my email reply?

- Joe Kalfa sent the following messages at 8:40 AM



View Joe's profile

Joe Kalfa  8:40 AM

Got it. Just replied

**BMS001593**