Message

**From**: darren@supercrypto.com [darren@supercrypto.com]
**Sent**: 3/6/2018 12:58:33 PM
**To**: sales@timberlane-mldg.com
**CC**: 'Joe Kalfa - NADW' [joekalfa@gmail.com]
**Subject**: RE: Antminer Sale Agreement

Hello Willy and Joe,

I really appreciate your wiliness to work with us. I see this as a great long term relationship that is developing. I'm sharing the plan with those around me and will get back today.

Darren

---

**From:** Willy Tencer [mailto:sales@timberlane-mldg.com]
**Sent:** Tuesday, March 6, 2018 11:14 AM
**To:** darren@supercrypto.com
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** RE: Antminer Sale Agreement

Hi Darren.  Thanks for your phone call.
I have answered your email below in RED.
Regarding your finances, I spoke with Joe and seeing the future potential, we would like to try and accommodate your cash flow.
I would like to suggest that you buy 1100 machines now.
Here's how it could work,  You send us a deposit of $163,625.00 after Joe has inspected  and approved the machines. Funds would be wired on 3/8.
 You then Pay  for  500 machines in full on  3/16 ($1,487,500.00). And pick them up. (We could probably stretch this to 3/23, if it helps)
We'll apply deposit  to the 600 machines that you will pick up in April. You then pay the balance of $1,621,375.00.
If you don't pay the balance for the 600 machines, the deposit is non refundable.
Hopefully I have explained this clearly.
Let me know today if this type of arrangement can work for you.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** March 6, 2018 1:06 PM
**To:** sales@timberlane-mldg.com
**Subject:** RE: Antminer Sale Agreement

Hello Willy,

I just spoke with the Attorney and he is ready to get this finalized for us today. He knows how important it is and agrees that he doesn't want to make it difficult. With that said he brought up a good point when it comes to alternative

[Exhibit 44 — Y. Kalfa — 1/18/2023]

language. The agreements don't mention what happens if things don't go as planned (not the worse case but just the alternative situation). If you agree could you add (or could we) alternative language for the points below:

-What happens If the inspection isn't satisfactory. Can we add a line that the deposit money goes back to Super Crypto for example. (I know it will be fine but we should have this language in here).  Of course, but inspection must take place this week.
-what happens If the equipment isn't available for us to inspect (dates get moved for us to come back and inspect for example).  The equipment is available, but if for any reason there is a delay all dates would be moved forward by the delayed amount.
-Lastly, can we list assurances that we will control the machines after the wire for the full amount is sent to you. We need to document how that process works so it is clear that the equipment can only be claimed by Super Crypto.  That is fine.  I think you will feel a lot more comfortable once you meet the logistics people.
A document can be set up involving logistics whereby it would state that once you have wired the funds and our bank has confirmed receipt of the funds the Logistics people would have a document that states you own the machines and that they can only take your instructions.
If you have any other suggestions on how you would like it to work. I'm sure we can accommodate.

Thank you,
Darren

---

**From:** Willy Tencer [mailto:sales@timberlane-mldg.com]
**Sent:** Tuesday, March 6, 2018 8:06 AM
**To:** darren@supercrypto.com
**Subject:** Antminer Sale Agreement

Here you go.
I think it would be best to discuss any changes your attorney is contemplating before we go and forth with paperwork.
This will save a lot of time and legal fees.
Let me know what the issues are, if any.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** Willy Tencer [mailto:sales@timberlane-mldg.com]
**Sent:** March 5, 2018 1:26 PM
**To:** 'darren@supercrypto.com' <darren@supercrypto.com>
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** RE: Antminer Sale Agreement


I have covered off all the points that you have mentioned below in the attached Purchase Agreement and Escrow Agreement.

Also attached are original Bitmain packing slips and Invoices (prices have been whited out by me).

Please return the signed agreements and let's firm up when you are coming to inspect.

Please send me a copy of the wire you are sending to the Escrow agent on 3/7.

As I told you, I'm happy to work within your time frame, as long as we know that we have a firm deal. So we need to finalize today.

Regarding your question  - The machines are in a logistics Warehouse. Once we inform them that your final payment has been received they will release the goods to Super Crypto.  You will be copied on the release that I give them. They will not release goods to anyone else.  We can have a conference call with them so that they are fully in the loop and they can also see the copy of the wire you are sending to confirm that releasing the goods to Super Crypto is going to happen. The Logistics company that is storing the goods are the ones that will deliver your machines to the destination of your choice. So they won't be going anywhere except to your facility.

If you need any additional assurances, we are happy to provide.

I will put you in touch  with the logistics company so that you can arrange the freight and confirm that the goods will be delivered.

They are a very reputable firm.

It's a pretty simple procedure.  We do it all the time.

Look forward to getting this first deal done discussing future possibilities.


Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

sales@timberlane-mldg.com

---

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** March 4, 2018 11:02 PM
**To:** sales@timberlane-mldg.com
**Subject:** RE: Antminer Sale Agreement


Hello Willy,


I appreciated your time on the phone today and I'm looking forward to our first transaction. I imagine that this will be one of many to come. Below please find my understanding of the terms along with a few questions I hoping you can help me with:


**March 7**[th]: Super Crypto place 5% of the purchase price (1,100 * $2,975 = $3,272,500 * 5% = **$163,625**) in Escrow with our Attorneys according to the escrow instruction.

By **March 9**[th] Super Crypto travels to Toronto and inspects the machines (we open randomly selected boxes of both machines and power supplies, plug and test random machines, count all machines and compare to packing slips).

Release the 5% deposit after the inspection is complete and we sign off.

By **March 16**[th] Super Crypto pays the remaining **$3,108,875** via wire directly to Blockchain Mining Supply). No need to go to escrow since we will have already inspected the machines.

We then ship the machines immediately and/or pay the $300 per day storage fee.

Thank you again for offering to help as a customs broker. I'll follow up with your plan for placement as it unfolds this week so we can discuss this further.

A few questions:

Could you share with us copies of the orders from Bitmain for us to review?

Who controls the machines at the airport? How do we take access after we pay and what assurances do we have that the machines will be there after we wire the money? (meaning how do we know that no one but an agent of Super Crypto can take the machines after payment?)

Thank you,

Darren Magot

714-887-6377


**From:** Willy Tencer [mailto:sales@timberlane-mldg.com]
**Sent:** Sunday, March 4, 2018 9:16 AM
**To:** darren@supercrypto.com
**Subject:** RE: Antminer Sale Agreement

Let me know when you are available this morning and I'll call you.

I am now available but did not want to call you too early.

Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

sales@timberlane-mldg.com


**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** March 2, 2018 5:04 PM
**To:** sales@timberlane-mldg.com; 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: Antminer Sale Agreement

Hi Willy,

I've been working to get confirmations on when I'm getting the funding that I need to finalize the purchase. As you know, the money never becomes available as fast as you want. With that said, our parent company is very supportive and wants us to make the purchase with you. I was just told that I can sign the agreement if we can agree that the Deposit of 5% can be made by 3/7/18. We then would be able to make the full payment by 3/16/18.

I went ahead and made the adjustments that you suggested below to the attached as well as adding the terms above. I understand that this isn't ideal but hope that it is something you will consider. With your approval I'm ready to sign the attached.

Thank you,

Darren Magot

---

**From:** Willy Tencer [mailto:sales@timberlane-mldg.com]
**Sent:** Friday, March 2, 2018 9:58 AM
**To:** darren@supercrypto.com; 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: Antminer Sale Agreement

In have reviewed the agreements and a couple of minor changes should be inserted.

Page 1: insert today's date

Section 2: insert the escrow agent's name

Add section 2.1 Delivery of Escrow Amount – By March 5, 2018, or before, the Purchaser shall deposit the Escrow amount with the _____ Escrow agent, to be held and administered in accordance with the terms and conditions of this agreement.

Section 3 : we need to have a time line on the inspection date. I suggest to add wording that states inspection to take place by March 9, 2018. Assets must be retrieved within 3 days after inspection and Escrow funds released at that time. In the event goods are not picked up within 3 days, funds are, nevertheless, to be released. Purchaser shall be responsible for warehouse storage in the event goods are not picked up within 3 days after inspection.

Signing page: name should be William Tencer - President

Escrow agreement:

Page 1: insert today's date

Section 1.3: need a time line here too. Same as Section 2.1 of the asset Purchase agreement

Signing page: name should be William Tencer - President

If you have any questions or care to discuss, I am available, until 5:00 pm EST.

Otherwise I'll be awaiting your executed copy.

Look forward to meeting you next week when you come up for inspection. (we have some awesome restaurants here).

Take care.

Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

sales@timberlane-mldg.com

---

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** March 2, 2018 10:55 AM
**To:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>; 'Willy Tencer' <sales@timberlane-mldg.com>
**Subject:** RE: Antminer Sale Agreement

Thank you Joe and good to meet you Willy.

I have a meeting with the board this morning at which time I expect to be able to sign and send you the executed agreement. I'll then add a few others to the chain who will be flying to Toronto for inspection and to arrange shipping. We are looking forward to moving through this smoothly so we can repeat the process again in the very near future.

Thank you,
Darren

**From:** Joe Kalfa - NADW [mailto:joekalfa@gmail.com]
**Sent:** Thursday, March 1, 2018 9:55 PM
**To:** darren@supercrypto.com; Willy Tencer <sales@timberlane-mldg.com>
**Subject:** Fwd: Antminer Sale Agreement

Hi Darren & Willy,

Connecting you both, so we can hopefully get this agreement to the finish line today.

Best Regards,
Joe Kalfa

**Mobile:** +1-410-504-6032

```
***** Confidentiality Disclaimer *****
This email (and any attached document) contains confidential information from Joe Kalfa. and
is intended solely for the person or organization to whom it is addressed. If you have
received this email in error, please notify joekalfa@gmail.com and destroy the attached
message (and all attached documents) immediately. Any unauthorized distribution, copying, or
other dissemination of this email is strictly prohibited.
```

---------- Forwarded message ----------
From: <darren@supercrypto.com>
Date: Fri, Mar 2, 2018 at 12:58 AM
Subject: RE: Antminer Sale Agreement
To: Joe Kalfa - NADW <joekalfa@gmail.com>

Hello Joe,

The attorney's worked fast and I'm happy to be able to get back to you with the attached. Note a redline on the agreement as well as a clean version (I had them update for the $2,975 price per). Also, there are Escrow instructions for your review.

A few questions:

-How long can we leave at the airport and is it secure, fee, etc.?

-Will you be doing this again or is this a one time opportunity to work together?

Thank you,

Darren Magot

---

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** Thursday, March 1, 2018 1:47 PM
**To:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: Antminer Sale Agreement

Hello Joe,

The attorneys confirmed that they are reviewing the agreement and are setting up Escrow instructions. They are in NY so I expect to hear back in the morning. I know that you wanted to have this signed today but I want to be an open book in sharing that I don't expect to have their approval until tomorrow. I'm pushing but just wanted to be clear.

Great to hear about the machines. How long can they be held at the airport? I'm making arrangements for pick up and sending a team to help get them inspected and moved next week.

Thank you,

Darren

**From:** Joe Kalfa - NADW [mailto:joekalfa@gmail.com]
**Sent:** Thursday, March 1, 2018 9:26 AM
**To:** darren@supercrypto.com
**Subject:** Re: Antminer Sale Agreement

Darren, ok, perfect.

It's 7:30pm on my end. So I'll be around for next few hours.

Half the shipment already arrived at Toronto airport. Rest is en route.

On Thu, Mar 1, 2018 at 7:22 PM <darren@supercrypto.com> wrote:

Hi Joe,

I'm sorry that I missed your reply. Fantastic – I'll get approval to sign the contract today.

Expect to hear from me this afternoon.

Darren

**From:** Joe Kalfa - NADW [mailto:joekalfa@gmail.com]
**Sent:** Thursday, March 1, 2018 9:20 AM
**To:** darren@supercrypto.com
**Subject:** Fwd: Antminer Sale Agreement

Darren, yes. See below I replied yesterday.

Let me know.

---------- Forwarded message ---------
From: Joe Kalfa - NADW <joekalfa@gmail.com>
Date: Wed, Feb 28, 2018 at 10:37 PM
Subject: Re: Antminer Sale Agreement
To: <darren@supercrypto.com>

Yes, we can do that.

I'm fine with using that firm as escrow agent.

5% deposit will be ok as well.

I would like to get this signed by tomorrow morning though, as I need to know this is a done deal. I already have the awb's. The machines are en route.

DEFENDANTS_001482

On Wed, Feb 28, 2018 at 10:30 PM <darren@supercrypto.com> wrote:

Hi Joe,

Thank you for the follow up. We would like to use a law firm that we are familiar with in NY. Would you consider using them for the Escrow – see below:

**Sichenzia Ross Ference Kesner LLP**

1185 Avenue of the Americas,

37th  Floor

New York, NY 10036

Telephone: (212) 930-9700

www.srfkllp.com



I've been told that we can make a 5% deposit by the end of this week and then pay in full next week to accept delivery. Is that something that you would entertain? Sorry the funding never comes together as fast as I want but I'm confident in this proposition. We would even consider agreeing to a cancelation fee to help assure you that we will complete the transaction (however we want the machines).

Thank you for your consideration.

Darren Magot

**From:** Joe Kalfa - NADW [mailto:joekalfa@gmail.com]
**Sent:** Wednesday, February 28, 2018 5:02 AM

**To:** darren@supercrypto.com
**Subject:** Re: Antminer Sale Agreement

Darren,

How's this looking?

Best Regards,
Joe Kalfa

**Mobile:** +1-410-504-6032

```
***** Confidentiality Disclaimer *****
This email (and any attached document) contains confidential information from Joe Kalfa.
and is intended solely for the person or organization to whom it is addressed. If you have
received this email in error, please notify joekalfa@gmail.com and destroy the attached
message (and all attached documents) immediately. Any unauthorized distribution, copying,
or other dissemination of this email is strictly prohibited.
```

On Tue, Feb 27, 2018 at 8:57 PM, <darren@supercrypto.com> wrote:

> Great thank you! I'll work on this on my end.
>
> **From:** Joe Kalfa - NADW [mailto:joekalfa@gmail.com]
> **Sent:** Tuesday, February 27, 2018 10:55 AM
> **To:** darren@supercrypto.com
> **Subject:** Re: Antminer Sale Agreement
>
> Darren,
>
> I'm out of the office now, so if you can update on your end would be fine.
>
> Re escrow. I'm ok with it being any respectable law firm. So if you have a law firm you work with, I'm okay with them being the escrow agent as well.
>
> On Tue, Feb 27, 2018 at 8:49 PM <darren@supercrypto.com> wrote:
>
>> Hello Joe,
>>
>> Could you please update the agreement to reflect the new pricing? Also, our attorney would like to call the Escrow company to confirmation/to get to know them. I wanted to give you this heads up and ask if you had a key point of contact we should talk with?
>>
>> Working hard on my side to make this happen.
>>
>> Thank you,
>>
>> Darren

**From:** Joe Kalfa - NADW [mailto:joekalfa@gmail.com]
**Sent:** Sunday, February 25, 2018 12:58 AM
**To:** darren@supercrypto.com
**Subject:** Antminer Sale Agreement

Darren,

See attached as discussed on LinkedIn.

Let me know any changes..

Best Regards,
Joe Kalfa

**Mobile:** +1-410-504-6032

```
***** Confidentiality Disclaimer *****
This email (and any attached document) contains confidential information from Joe Kalfa.
and is intended solely for the person or organization to whom it is addressed. If you
have received this email in error, please notify joekalfa@gmail.com and destroy the
attached message (and all attached documents) immediately. Any unauthorized distribution,
copying, or other dissemination of this email is strictly prohibited.
```

--

Best Regards,
Joe Kalfa

**Mobile:** +1-410-504-6032

```
***** Confidentiality Disclaimer *****
This email (and any attached document) contains confidential information from Joe Kalfa.
and is intended solely for the person or organization to whom it is addressed. If you have
received this email in error, please notify joekalfa@gmail.com and destroy the attached
message (and all attached documents) immediately. Any unauthorized distribution, copying,
or other dissemination of this email is strictly prohibited.
```

--

Best Regards,
Joe Kalfa


**Mobile:** +1-410-504-6032


```
***** Confidentiality Disclaimer *****
This email (and any attached document) contains confidential information from Joe Kalfa.
and is intended solely for the person or organization to whom it is addressed. If you have
received this email in error, please notify joekalfa@gmail.com and destroy the attached
message (and all attached documents) immediately. Any unauthorized distribution, copying,
or other dissemination of this email is strictly prohibited.
```

--

Best Regards,
Joe Kalfa


**Mobile:** +1-410-504-6032


```
***** Confidentiality Disclaimer *****
This email (and any attached document) contains confidential information from Joe Kalfa.
and is intended solely for the person or organization to whom it is addressed. If you have
received this email in error, please notify joekalfa@gmail.com and destroy the attached
message (and all attached documents) immediately. Any unauthorized distribution, copying,
or other dissemination of this email is strictly prohibited.
```

--

Best Regards,
Joe Kalfa

**Mobile:** +1-410-504-6032

```
***** Confidentiality Disclaimer *****
This email (and any attached document) contains confidential information from Joe Kalfa. and
is intended solely for the person or organization to whom it is addressed. If you have
received this email in error, please notify joekalfa@gmail.com and destroy the attached
message (and all attached documents) immediately. Any unauthorized distribution, copying, or
other dissemination of this email is strictly prohibited.
```

--
**Shira Kalfa, BA, JD**
**Partner**
**Kalfa Law**

Toronto Office:
2300 Yonge St. Suite 1600
Toronto, Ontario
M4P 1E4

Vaughan Office:
400 Applewood Crescent, Suite 100
Vaughan, Ontario
L4K 0C3

Phone: (416) 631-7227
Toll Free: (800) 631-7923
Fax: (647) 849 3974
Email: info@kalfalaw.com

The contents of this email may be subject to solicitor-client privilege. This email, together with any attachments, is for the exclusive and confidential use of the addressee(s). Any other distribution, use or reproduction without the sender's prior consent is unauthorized and strictly prohibited. If you have received this message in error, please notify the sender by email immediately and delete the message from your computer without making any copies.