**Subject:** Serial Numbers

**From:** Joe Kalfa - NADW [mailto:joekalfa@gmail.com]
**Sent:** May 7, 2018 9:28 AM
**To:** Willy Tencer <sales@timberlane-mldg.com>
**Subject:** Re: Serial Numbers

Willy,

Thats good. but do you see any chance of squeezing an additional deposit of some sort.. or getting a new written agreement that they will sign, where we can get them to commit some more and in more forceful terms, that they will absolutely pay the full balance and pick up no later then 10- days from today.. Maybe even just getting a new and enforced language now would be very worthwhile..
maybe do something like tell him OK, and your even willing to be more forgiving, and will give him up to 14 days.. but you want a signed written agreement with him confirming no later than 14 days.. that way we firm up the contract..
if not, your right we just need to wait and see.



Best Regards,
Joe Kalfa

**Mobile:** +1-410-504-6032

```
***** Confidentiality Disclaimer *****
This email (and any attached document) contains confidential information from Joe Kalfa. and
is intended solely for the person or organization to whom it is addressed. If you have
received this email in error, please notify joekalfa@gmail.com and destroy the attached
message (and all attached documents) immediately. Any unauthorized distribution, copying, or
other dissemination of this email is strictly prohibited.
```

On Mon, May 7, 2018 at 4:24 PM Willy Tencer <sales@timberlane-mldg.com> wrote:
> Thanks for clarifying.
> I received a short text from Todd saying he expects to get funds released on Friday.
> Now we have no choice but to wait till Friday.
> We'll see if it's true or just stalling again.
> I'll follow up with him on Wednesday to keep the pressure on.
>
> Willy Tencer
> Timberlane Wood Products
> 200-345 Wilson Ave.

Exhibit 17 W. Tencer 1/10/2023

BMS 000765

Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com


On Mon, May 7, 2018 at 9:18 AM -0400, "Joe Kalfa - NADW" <joekalfa@gmail.com> wrote:

Willy,

YES. Exactly.
See attached the email i had sent you..
first file, is 500 Antminer's and 500 PSU, and 2nd file is 600 Antminer and 600 PSU.




Best Regards,
Joe Kalfa

**Mobile:** +1-410-504-6032


```
***** Confidentiality Disclaimer *****
This email (and any attached document) contains confidential information from Joe Kalfa.
and is intended solely for the person or organization to whom it is addressed. If you have
received this email in error, please notify joekalfa@gmail.com and destroy the attached
message (and all attached documents) immediately. Any unauthorized distribution, copying,
or other dissemination of this email is strictly prohibited.
```


---------- Forwarded message ---------
From: Joe Kalfa - NADW <joekalfa@gmail.com>
Date: Wed, Apr 11, 2018 at 4:16 PM
Subject: Serial Numbers
To: Willy Tencer <sales@timberlane-mldg.com>


Willy,

See attached Serial Numbers.



Best Regards,
Joe Kalfa

**Mobile:** +1-410-504-6032

2

BMS 000766

\*\*\*\*\* Confidentiality Disclaimer \*\*\*\*\*
This email (and any attached document) contains confidential information from Joe Kalfa. and is intended solely for the person or organization to whom it is addressed. If you have received this email in error, please notify [joekalfa@gmail.com](mailto:joekalfa@gmail.com) and destroy the attached message (and all attached documents) immediately. Any unauthorized distribution, copying, or other dissemination of this email is strictly prohibited.

BMS 000767