**Subject:**                    shipment

**From:** Joe Kalfa - NADW [mailto:joekalfa@gmail.com]
**Sent:** April 4, 2018 3:47 AM
**To:** Willy Tencer <sales@timberlane-mldg.com>
**Subject:** Re: shipment

Willy,

This sounds good, however, Im still super uncomfortable, given that Bitmain still has the much cheaper machines available, and Leo just told me in next few days pricing will be going down another 10%.
We may just need to hold our breath and hope for the best.
Just a thought though.. When you speak to the CEO again today, maybe there is a way to explain to him, that we are less concerned with the actual cash coming in, but their actual commitment beyond the deposit is the more important part.
Would they do up an agreement, pledging us shares in DPW or something like that, pending the final payment coming through? maybe there is a way to get better guarantees in place, that way, and at the same time give them more breathing room.

Best Regards,
Joe Kalfa

**Mobile:** +1-410-504-6032

***** Confidentiality Disclaimer *****
This email (and any attached document) contains confidential information from Joe Kalfa. and is intended solely for the person or organization to whom it is addressed. If you have received this email in error, please notify joekalfa@gmail.com and destroy the attached message (and all attached documents) immediately. Any unauthorized distribution, copying, or other dissemination of this email is strictly prohibited.

On Wed, Apr 4, 2018 at 5:42 AM, Willy Tencer <sales@timberlane-mldg.com> wrote:

Had a big call with CEO of DPW which owns Super Crypto. It's a long story with banks and SEC filings but the bottom line is that they must have these machines and he claims they will definitely buy them. it's not if, it's when. We have another call scheduled for tomorrow night when he should be able to give me a firm date. He hopes it will be this week.
He sounds honest and I think he can pull it off.
He sent me 2 releases below.
He needs to be able to tell his bank and investors that the machines will be in his premises in April.
Sounds like it will happen but might take a couple more weeks to complete all 1100 machines.

Exhibit
14
W. Tencer
1/10/2023

BMS 000707

Willy Tencer
Timberlane Wood Products
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com
_____

From: Darren Magot <darren@supercrypto.com>
Sent: Tuesday, April 3, 2018 10:29 PM
Subject: Re: shipment
To: Willy Tencer <sales@timberlane-mldg.com>


Hi Willy

Here is the correct link:

https://finance.yahoo.com/news/dpw-announces-fourth-quarter-fiscal-103000094.html?.tsrc=applewf

Darren Magot
(714)887-6377

On Apr 3, 2018, at 6:17 PM, Willy Tencer <sales@timberlane-mldg.com> wrote:

> Send me the correct news release if the one below was sent in error.
> Look forward to your call tomorrow so that we can get a firm commitment and get these
> machines shipped.
>
> Willy Tencer
> Blockchain Mining Supply and Services Ltd
> 200-345 Wilson Ave.
> Toronto, On. Canada
> M3H 5W1
> Tel. 416 398 1198
> Fax. 416 398 0878
> sales@timberlane-mldg.com
>
>
> On Tue, Apr 3, 2018 at 8:30 PM -0400, <darren@supercrypto.com> wrote:
>
>> Hi Willy,
>>
>>
>> Todd asked that I share the press release below that we made this morning. It will help
>> understand all that is going on which Todd will explain on the call.

BMS 000708

https://finance.yahoo.com/news/bitcoin-mining-stocks-trending-now-124500648.html

Darren Magot

www.supercryptomining.com

714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Tuesday, April 3, 2018 5:14 PM
**To:** Darren Magot <darren@supercrypto.com>
**Subject:** Re: shipment

Thanks i'm Ok for the next 2 hours.

Willy Tencer

Blockchain Mining Supply and Services Ltd.

200-345 Wilson Ave.

Toronto, On. Canada

M3H 5W1

Tel. 416 398 1198

Fax. 416 398 0878

sales@timberlane-mldg.com

_____
From: Darren Magot <darren@supercrypto.com>
Sent: Tuesday, April 3, 2018 8:07 PM
Subject: Re: shipment
To: Willy Tencer <sales@timberlane-mldg.com>

Hi Willy

BMS 000709

Todd is in a meeting now but I'm trying to arrange a time for us to call. Are you available to talk in the next hour?

Darren Magot

(714)887-6377


On Apr 3, 2018, at 2:40 PM, Willy Tencer <sales@timberlane-mldg.com> wrote:

> Thanks.
>
>
> Willy Tencer
>
> Blockchain Mining Supply and Services Ltd
>
> 200-345 Wilson Ave.
>
> Toronto, On. Canada
>
> M3H 5W1
>
> Tel. 416 398 1198
>
> Fax. 416 398 0878
>
> sales@timberlane-mldg.com
>
> _____
> From: darren@supercrypto.com
> Sent: Tuesday, April 3, 2018 5:18 PM
> Subject: RE: shipment
> To: 'Willy Tencer' <sales@timberlane-mldg.com>
>
> Yes, will do. He is at lunch right now but promised earlier to me that we would call you this afternoon.
>
>
> Darren Magot
>
> www.supercryptomining.com
>
> 714-887-6377

BMS 000710

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Tuesday, April 3, 2018 2:16 PM
**To:** darren@supercrypto.com
**Subject:** Re: shipment


Please have Todd call me Today, as promised.

Thx.

Willy Tencer

Blockchain Mining Supply and Services Ltd.

200-345 Wilson Ave.

Toronto, On. Canada

M3H 5W1

Tel. 416 398 1198

Fax. 416 398 0878

sales@timberlane-mldg.com


On Apr 3, 2018, at 11:35 AM, <darren@supercrypto.com>
<darren@supercrypto.com> wrote:

> Good morning Willy,
>
>
> I'm in the office and wanted to let you know that I am told I will
> know more this am. I'm waiting for Todd to get in with an
> update but I will try to get him to call so you can talk with him
> directly like we did last time.
>
>
> Sorry again for this delay.
>
>
> Darren Magot
>
> www.supercryptomining.com

BMS 000711

714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, April 2, 2018 6:05 PM
**To:** darren@supercrypto.com
**Subject:** Re: shipment

Thanks for the update. Appreciate the communication.

I'll await your next email later tonight.

Willy Tencer

Blockchain Mining Supply and Services Ltd.

200-345 Wilson Ave.

Toronto, On. Canada

M3H 5W1

Tel. 416 398 1198

Fax. 416 398 0878

sales@timberlane-mldg.com

On Mon, Apr 2, 2018 at 7:37 PM -0400, <darren@supercrypto.com> wrote:

Hello Willy,

I know I owe you an update and Todd just confirmed that he is still working on this but doesn't have an answer for me yet. Again, it is a matter of timing of financing and he said that he will update me later tonight.

BMS 000712

Sorry I don't have more to share but just trying to keep the communication open. I want you to know that this is top of mind and I will continue to push for the information that we need.

Darren Magot

www.supercryptomining.com

714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, April 2, 2018 10:37 AM
**To:** darren@supercrypto.com
**Subject:** shipment

Can I get specifics as to what the issue is regarding payment?

We need to have a firm outside date of when payment and shipment will take place.

We are working with you to help you satisfy your obligation but we need to know when the transaction will be completed.

Look forward to your update.

Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

BMS 000713

sales@timberlane-mldg.com

BMS 000714