| | |
|---|---|
| **Subject:** | wire instruction |

**From:** Joe Kalfa - NADW [mailto:joekalfa@gmail.com]
**Sent:** April 17, 2018 10:08 AM
**To:** Willy Tencer <sales@timberlane-mldg.com>
**Subject:** Re: FW: wire instruction

wow! willy, this is the biggest miracle ever! seriously.

They can buy this same item now for $1,070 now from Bitmain, that we sold them for $2,975!!! Here is a link in case you think im nuts HAAA

https://shop.bitmain.com/product/detail?pid=00020180413231209364491qy69u90662


Best Regards,
Joe Kalfa

**Mobile:** +1-410-504-6032


***** Confidentiality Disclaimer *****
This email (and any attached document) contains confidential information from Joe Kalfa. and
is intended solely for the person or organization to whom it is addressed. If you have
received this email in error, please notify joekalfa@gmail.com and destroy the attached
message (and all attached documents) immediately. Any unauthorized distribution, copying, or
other dissemination of this email is strictly prohibited.


On Tue, Apr 17, 2018 at 5:03 PM, Willy Tencer <sales@timberlane-mldg.com> wrote:

> fyi
>
>
> Willy Tencer
>
> Timberlane Wood Products Inc.
>
> 200 - 345 Wilson Ave.,
>
> Toronto, ON .  CANADA
>
> M3H 5W1

1

Exhibit 13
W. Tencer
1/10/2023

BMS 000727

Tel. 416 398 1198

Fax 416 398 0878

sales@timberlane-mldg.com

---

**From:** Thomas Rose [mailto:TRose@srfkllp.com]
**Sent:** April 17, 2018 9:57 AM
**To:** 'sales@timberlane-mldg.com' <sales@timberlane-mldg.com>
**Subject:** RE: wire instruction

Thanks.  We will provide instructions to bank this morning, but it's Citi, it may take a few hours to get out of their wire department.   Don't worry – we're good for it!

---

**From:** Willy Tencer [mailto:sales@timberlane-mldg.com]
**Sent:** Tuesday, April 17, 2018 9:44 AM
**To:** Thomas Rose
**Subject:** wire instruction

Attached instructions.can you send this AM?

Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

sales@timberlane-mldg.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance.

BMS 000729