**Subject:** The Globe and Mail: Bitcoin miners facing a shakeout as profitability becomes harder

**From:** Joe Kalfa - NADW [mailto:joekalfa@gmail.com]
**Sent:** April 20, 2018 12:19 AM
**To:** Willy Tencer <sales@timberlane-mldg.com>
**Subject:** Re: The Globe and Mail: Bitcoin miners facing a shakeout as profitability becomes harder

I know... with current difficult etc it's getting hard.
Assuming all goes well with balance payments on the machines. We got in and out on these machines literally in the perfect window.

On Fri, Apr 20, 2018 at 3:53 AM Willy Tencer <sales@timberlane-mldg.com> wrote:

> My Card buddy Sam sent me this. Was in today's Globe and Mail.
> Even though things are looking good I'm still pretty nervous.
>
> Willy Tencer
> Timberlane Wood Products Inc.
> 200-345 Wilson Ave.
> Toronto, On. Canada
> M3H 5W1
> Tel. 416 398 1198
> Fax. 416 398 0878
> sales@timberlane-mldg.com
>
> Begin forwarded message:
>
>> **From:** Sam Zeifman <sam@brosko.com>
>> **Date:** April 19, 2018 at 8:45:12 PM EDT
>> **To:** "sales@timberlane-mldg.com" <sales@timberlane-mldg.com>
>> **Subject: The Globe and Mail: Bitcoin miners facing a shakeout as profitability becomes harder**
>>
>> I thought you might like this story from The Globe and Mail.
>>
>> Bitcoin miners facing a shakeout as profitability becomes harder
>>
>> https://www.theglobeandmail.com/investing/investment-ideas/article-bitcoin-miners-facing-a-shakeout-as-profitability-becomes-harder/
>>
>>
>> Sam Zeifman
>> Construction Manager
>>
>> Brosko Property Management
>> 287 Eglinton Ave., East
>> Toronto, Ontario, M4P 1L3
>> Phone: 416-484-8400 ext.224

1

Exhibit 15 W. Tencer 1/10/2023

BMS 000748

>Mobile: 416-402-9981
>Email: sam@brosko.com

--

Best Regards,
Joe Kalfa

**Mobile:** +1-410-504-6032

```
***** Confidentiality Disclaimer *****
This email (and any attached document) contains confidential information from Joe Kalfa. and
is intended solely for the person or organization to whom it is addressed. If you have
received this email in error, please notify joekalfa@gmail.com and destroy the attached
message (and all attached documents) immediately. Any unauthorized distribution, copying, or
other dissemination of this email is strictly prohibited.
```

BMS 000749