**From:** darren@supercrypto.com
**To:** sales@timberlane-mldg.com
**Cc:** "Todd Ault"; "Joe Kalfa - NADW"
**Subject:** RE: Update
**Date:** Monday, May 14, 2018 8:45:32 PM

Hello Willy,

We completely understand and would like the opportunity to share details over the phone as we work on a plan together. Do you have time to connect with Todd and I tomorrow (5/15) at 3:00pm PST?

Thank you,

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, May 14, 2018 7:23 AM
**To:** 'Darren Magot' <darren@supercrypto.com>
**Cc:** 'Todd Ault' <todd@ault.com>; 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: Update

Darren, I appreciate the communication, but honestly this is more of the same, without giving me any clarity.
Still willing to work with you but we need to see some commitment as I had emailed you last week.
Perhaps there is another means of making me feel secure if you can't close the deal in the next day or two.
The last thing I want to do is declare you in default of your contractual obligation and have to start with lawyers, which is in neither of our interests.
This is a final request. Need to get clarity today.
I am willing to be flexible, but you can understand that I need more security at this stage.
Please let's get this done.. Let me know...


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

**From:** Darren Magot [mailto:darren@supercrypto.com]
**Sent:** May 14, 2018 9:54 AM
**To:** sales@timberlane-mldg.com
**Cc:** Todd Ault <todd@ault.com>; Joe Kalfa - NADW <joekalfa@gmail.com>

**Subject:** Re: Update

Good morning Willy

Todd is back in town this week and I'm working to get us all on the phone for an update. I'll connect with him this afternoon and reach out with a plan

Thank you

Darren Magot
(714)887-6377

On May 11, 2018, at 2:44 PM, Willy Tencer <sales@timberlane-mldg.com> wrote:

> Any update.
>
> Willy Tencer
> Blockchain Mining Supply and Services Ltd.
> 200 - 345 Wilson Ave.,
> Toronto, ON M3H 5W1
> Tel. 416 398 1198
> Fax 416 398 0878
> sales@timberlane-mldg.com
>
> ---
>
> **From:** Darren Magot [mailto:darren@supercrypto.com]
> **Sent:** May 10, 2018 11:32 PM
> **To:** Willy Tencer <sales@timberlane-mldg.com>
> **Cc:** Todd Ault <todd@ault.com>; Joe Kalfa - NADW <joekalfa@gmail.com>
> **Subject:** Re: Update
>
> Hi Willy
>
> Todd lands at midnight PST back in CA. I hope to have an update for u after we connect tomorrow
>
> Darren Magot
> (714)887-6377
>
> On May 10, 2018, at 5:11 PM, Willy Tencer <sales@timberlane-mldg.com> wrote:
>
>> Anything???
>>
>> Willy Tencer
>> Blockchain Mining Supply and Services Ltd
>> 200-345 Wilson Ave.
>> Toronto, On. Canada

M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

On Apr 30, 2018, at 10:07 AM, Darren Magot <darren@supercrypto.com> wrote:

Good morning Willy

I'm told that I won't have an update until tomorrow on the timeline. Once the month is closed however I do want the machines ASAP so will continue to push the payment for the last set of machines.

Darren Magot
(714)887-6377

On Apr 30, 2018, at 7:09 AM, Willy Tencer <sales@timberlane-mldg.com> wrote:

> I didn't hear back from anyone on Friday.
> Have you determined when the balance of the machines will be moving out?
> I recall in previous discussions that you had said you must have these machines moved out by April 30th.
> We need to move these machines. I would like to get a firm response as to why this is being delayed and when payment will be finalized.
> It is unjust to request extension of payment without giving us information on a new ship date.
> Please respond today.
>
> Willy Tencer
> Blockchain Mining Supply and Services Ltd.
> 200 - 345 Wilson Ave.,
> Toronto, ON M3H 5W1
> Tel. 416 398 1198
> Fax 416 398 0878
> sales@timberlane-mldg.com
>
> **From:** darren@supercrypto.com

BMS000204

[mailto:darren@supercrypto.com]
**Sent:** April 27, 2018 9:28 AM
**To:** 'Willy Tencer' <sales@timberlane-mldg.com>; 'Todd Ault' <todd@ault.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: Update

Good morning Willy,

I'm am very sorry for the delayed reply. I have been in Indiana working to ensure that all the machines are unboxed and started. Todd has been at a Microcap convention in Las Vegas as a speaker this week so we both have been out of pocket. We expect to be able to talk today about the timing of the financing for the 600 machines. I have power and rack space to start them immediately so I want them right away. I expect that we are looking at early next week but please let me connect with Todd today and get back with our final plan.

Thank you again for understanding and I'm so sorry for the delay.

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Thursday, April 26, 2018 1:15 PM
**To:** 'Todd Ault' <todd@ault.com>
**Cc:** Darren Magot <darren@supercrypto.com>; 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** Update

Do you have the payment update?
Would like to get  this shipped this week.

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1

Tel. 416 398 1198
Fax. 416 398 0878
[sales@timberlane-mldg.com](mailto:sales@timberlane-mldg.com)

BMS000206