Message

| | |
|---|---|
| From: | Willy Tencer [sales@timberlane-mldg.com] |
| Sent: | 6/14/2018 7:39:21 AM |
| To: | darren@supercrypto.com; 'Milton Ault III' [todd@dpwholdings.com] |
| CC: | 'Joe Kalfa - NADW' [joekalfa@gmail.com] |
| Subject: | RE: agreement amendment |

To my surprize, just noticed today that we received a wire yesterday from DWP for $5000.00 (less sender fees).
We did not receive any prenotice from your bank that you had sent a wire.
What is going on?
On Tuesday we had asked that you send us the DWP guarantee and a firm Payment plan but we never received this and all communication from you has stopped.
As per my email yesterday, we have declared you in default and retained counsel to move this to the next level.
We have retained Ron Meister at Cowan Liebowitz and Latman.  You may have heard of him.
Here is his bio which illustrates his extensive litigation experience. . http://www.cll.com/attorneys-Ronald_W_Meister#ViewAll
Ron Meister concentrates on litigation in state and federal trial and appellate courts.

- Mr. Meister has successfully litigated cases ranging from a criminal antitrust case in Montana to a multi-million-dollar tax case in New York. He has represented manufacturers, publishers, cable television companies, housing cooperatives, copyright and trademark owners, theater producers, religious organizations, civil liberties organizations, corporate executives, attorneys, university professors, a former Prime Minister of Israel, a former Vice President of the United States, and individuals and companies in the milk, jewelry, concrete, electrical contracting, news, entertainment, and kosher food industries.

- Mr. Meister served as a special counsel to the New York City Bar Association prosecuting the disbarment of Richard Nixon, and argued a successful challenge to the constitutionality of the military death penalty.

- As a former Navy JAG officer and judge, Mr. Meister is experienced with the military justice system and has represented clients, prepared Supreme Court briefs, and lectured with respect to military law matters.

If you plan on settling this , you need to call me ASAP and send me what we had requested..  We have already incurred legal fees and we have a strategy meeting scheduled with counsel at 2:00 pm EST.

Obviously, we prefer to cooperate and move on  but you are making it very difficult.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** June 11, 2018 6:12 PM
**To:** sales@timberlane-mldg.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

Thank you Willy,

I'm being told that the funding is coming but that I can't yet commit to the full payment today or this week. I know that you want something that you can count on and that is clearly outlined. I believe that had some money wired today and I'll find out how much from his banking manager. I have to find out more and will do so in order to finalize the agreement in a way that outlines feasible terms that will be met. I'm sure you agree that we can't have anymore missed commitments.

More to come.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, June 11, 2018 12:08 PM
**To:** darren@supercrypto.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

Ok. We're with you. we want to move this forward. We'll agree to your attorney's guarantee. Please sign the guarantee and the amended Purchase agreement today. Please confirm that you are sending the agreed upon wire today. And we'll make arrangements to have the machines released.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** June 11, 2018 1:47 PM
**To:** sales@timberlane-mldg.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

Hi Willy,

I know and struggle with it as well. I'm told that it's a matter of being consistent across the board with any guaranty. They won't consider any changes because of this objective to not customize or deviate from a standard previously approved document.

I hope that after reading it again that we can move forward.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, June 11, 2018 10:39 AM

**To:** darren@supercrypto.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

That's surprising.
Which clause of the guarantee are they objecting to?
It seemed pretty straight forward to me.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** June 11, 2018 1:16 PM
**To:** sales@timberlane-mldg.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

Hello Willy,

I hope that this isn't a deal breaker but I'm not being given approval for any alterations to the Guaranty. The attorneys and Board are saying that our only option is to accept the attached as is. I'm sorry that I couldn't help with the changes.

If you are willing to move forward with the attached in it's current form I will continue to work to get approval on the Amendment.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, June 11, 2018 8:40 AM
**To:** darren@supercrypto.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

Thanks.
Please make sure this gets signed today.
We can not let this go on any longer.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

DEFENDANTS_002903

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** June 11, 2018 11:28 AM
**To:** sales@timberlane-mldg.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

Good morning and thank you Willy.

I'm reviewing and will reply today after sharing with the attorneys.

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, June 11, 2018 8:25 AM
**To:** 'Darren Magot' <darren@supercrypto.com>; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** agreement amendment

The agreement amendment is fine but for some reason the attorney repeated only the boiler plate terms but left out some other terms.
Just to be clear we have simplified / modified it so that all is clear.
In addition, Your version had final payment date as July 31/18 but previously you had requested it to be Aug. 15/18. So we have inserted that change.
The amendment now states the new payment terms and that you will be able to pick up the machines once the 1st payment is received.
All other terms and conditions remain the same as original agreement.
Please sign the attached agreement and return to me today along with the guarantee.
This should finally bring your pick up of the machines to a close.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

DEFENDANTS_002904