**From:** Meister, Ronald
**Sent:** Tuesday, July 03, 2018 12:04 PM
**To:** 'HNisser@srfkllp.com'; 'TRose@srfkllp.com'
**Subject:** Super Crypto and DPW

Dear Messrs. Nisser and Rose:

My client is understandably of the view that your repeated unfulfilled promises of an immediate response, to be sent last Wednesday, and then Friday, combined with your empty assurances of compliance, are but further delaying tactics of the kind in which your client has engaged for months. Blockchain's patience, for which you have thanked us, is at an end. In the absence of receipt of full payment, now overdue by over two months, or an enforceable payment plan by Super Crypto guaranteed by DPW, by the close of business on this Thursday, July 5, Blockchain will take appropriate action seeking to dispose of the equipment and holding Super Crypto and DPW responsible for all damages incurred.

Ronald W. Meister, Esq.
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036
212-790-9255
212-575-0671 (fax)
RWM@cll.com

BMS000282