3/12/2018        Internet Banking Solutions — Business        WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

**Company:** TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Exhibit 65**

Wire transfer information
- Description: SWIFT MESSAGE MT103
- Our reference: 023123742
- Transaction reference number: 0941816
- Value date: 2018-03-09
- Amount: 80,000.00 USD
- Charges: 15.00 USD
- Total: 79,985.00 USD

**By order of**
SUPER CRYPTO MINING, INC.
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA 92663-4452

**Beneficiary**
BLOCKCHAIN MINING SUPPLY
345 WILSON AVENUE, SUITE 200
TORONTO, ON M3H 5W1
CANADA

**Beneficiary's institution**
BANQUE NATIONALE DU CANADA
MONTREAL CA

**Payment details**
SUPER CRYPTO MINING DEPOSIT

**Additional information**
/ACC//IBK/BANQUE NATIONALE DU CANAD
//MONTREAL H3B 4L3 CANADA

**Ordering institution**
WELLS FARGO BANK, N.A.
420 MONTGOMERY STREET
SAN FRANCISCO, CA
UNITED STATES

**Supplementary information**
Original amount: 80,000.00 USD

Valid on 2018-03-12 at 9:08 AM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000554

3/14/2018                                              Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.                                    WILLIAM TENCER
                                                                              TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**
- Description: SWIFT MESSAGE MT103
- Our reference: 023136906
- Transaction reference number: 20180313D0147252
- Value date: 2018-03-13
- Amount: 83,625.00 USD
- Charges: 15.00 USD
- Total: 83,610.00 USD

**By order of**

SUPER CRYPTO MINING, INC.
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA 92663-4452

**Beneficiary**

BLOCKCHAIN MINING SUPPLY
345 WILSON AVE, SUITE 200
TORNOTO, ON M3H 5W1
CANADA

**Beneficiary's institution**

BANQUE NATIONALE DU CANADA
MONTREAL CA

**Payment details**

3-13 DEPOSIT

**Ordering institution**

WELLS FARGO BANK, N.A.
420 MONTGOMERY STREET
SAN FRANCISCO, CA
UNITED STATES

**Supplementary information**
- Original amount: 83,625.00 USD

Valid on 2018-03-14 at 8:18 AM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000555

3/29/2018                                              Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC. ▮                 ▼                    👤 WILLIAM TENCER
                                                                                  TIMBERLANE WOOD PRODUCTS INC. ▮

**Transaction detail**

**Wire transfer information**
- Description: SWIFT MESSAGE MT103
- Our reference: 023206519
- Transaction reference number: 2864801
- Value date: 2018-03-29
- Amount: 100,000.00 USD
- Charges: 15.00 USD
- Total: 99,985.00 USD

**By order of**

▮
SICHENZIA ROSS FERENCE
1185 AVENUE OF THE AMERICAS FL37 NE
W YORK NY 100362603

**Beneficiary**

▮
BLOCKCHAIN MINING SUPPLY
SERVICES LTD.

**Beneficiary's institution**

BNDCCAMMINT

**Payment details**

DPW - DISBURSEMENT

**Additional information**

/ACC/SICHENZIA ROSS FERENCE KESNER
//LLP. INTEREST ON LAWYER ACCOUNT
//INS/CITIBANK N A RETAIL WIRE SETT
//TLEMENT/INS/CITIUS33/TIME/17.05
//FEDREF/0328B1Q8021C0394733

**Ordering institution**

CITIBANK NA NYBD CITICORP DATA SYS
111 SYLVAN AVE 1ST FLOOR
ENGLEWOOD CLIFFS NJ 07632 1514

**Supplementary information**
- Original amount: 100,000.00 USD

Valid on 2018-03-29 at 1:20 PM ET

https://commercial.bnc.ca/SBICcmWeb/EventDispatch/statement

BMS000556

4/17/2018                                                  Internet Banking Solutions — Business



WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

**Company:** TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**

Description: SWIFT MESSAGE MT103
Our reference: 023290156
Transaction reference number: 7484800107FC
Value date: 2018-04-17
Amount: 1,387,500.00 USD
Charges: 15.00 USD
Total: 1,387,485.00 USD

**By order of**

SICHENZIA ROSS FERENCE
1185 AVENUE OF THE AMERICAS FL37 NE
W YORK NY 100362603

**Beneficiary**

BLOCKCHAIN MINING SUPPLY
SERVICES LTD.
416-398-1198

**Payment details**

SUPERCRYPTO BLOCKCHAIN-CLOSING SICH
ENZIA ROSS FERENCE KESNER LLP. INTE
REST ON LAWYER ACCOUNT

**Additional information**

/INS/CITIBANK N A RETAIL WIRE SETTL
//EMENT/INS/CITIUS33
///CHPREF/0358574

**Ordering institution**

CITIBANK NA NYBD CITICORP DATA SYS
111 SYLVAN AVE 1ST FLOOR
ENGLEWOOD CLIFFS NJ 07632 1514

**Supplementary information**

Original amount: 1,387,500.00 USD

Valid on 2018-04-17 at 2:18 PM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000557

5/18/2018      Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.       WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

## Transaction detail

**Wire transfer information**

- Description: SWIFT MESSAGE MT103
- Our reference: 023431955
- Transaction reference number: 1763691
- Value date: 2018-05-18
- Amount: 49,980.00 USD
- Charges: 15.00 USD
- Total: 49,965.00 USD

**By order of**



DPW HOLDINGS INC    *SuperCrypto* (handwritten)
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY AND SVCS

**Beneficiary's institution**

BANQUE NATIONALE DU CANADA
(INTERNATIONAL DEPARTMENT)
MONTREAL CANADA

**Payment details**

/RFB/180517037871

**Additional information**

/ACC//INS/PNBPUS3NNYC/TIME/17.25
//FEDREF/0517B6B7001C009827

**Ordering institution**

U.S. BANK
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**

Original amount: 49,980.00 USD

Valid on 2018-05-18 at 2:22 PM ET

BMS000558

5/29/2018     Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.     WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**
Description: SWIFT MESSAGE MT103
Our reference: 023465898
Transaction reference number: 2571770
Value date: 2018-05-29
Amount: 4,985.00 USD
Charges: 15.00 USD
Total: 4,970.00 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY SERVICES

**Beneficiary's institution**

BNDCCAMMINT

**Ordering institution**

U.S. BANK
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**
Original amount: 5,000.00 USD
Sender's charges: 15.00 USD

Valid on 2018-05-29 at 1:56 PM ET

BMS000559



**Company:** BLOCKCHAIN MINING SUPPLY SERV

TIMBERLANE WOOD PRODUCTS INC.

chang rita

**Transaction detail**

Wire transfer information

- Description: SWIFT MESSAGE MT103
- Our reference: 023544523
- Transaction reference number: 6819200164HM
- Value date: 2018-06-13
- Amount: 4,987.50 USD
- Charges: 15.00 USD
- Total: 4,972.50 USD

By order of

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH CA 92663

Beneficiary

BLOCKCHAIN MINING SUPPLY SERVICES
345 WILSON AVE STE 200
TORONTO ONTARIO CANADA

Payment details

/RFB/180612032457

Additional information

/ACC/INTERNATIONAL DEPARTMENT/INS/C
//IBCCATT/INS/PNBPUS3NNYC CHPREF/03
//93395/INS/844021519 CANADIAN IMPE
//RIAL BANK OF COMMERCE TORONTO ON
//M5L 1-A2
///BOOK/6819200164HM

Ordering institution

USBKUS44IMT-U S BANK N A

Supplementary information

- Original amount: 5,000.00 USD
- Sender's charges: 12.50 USD

Valid on 2018-06-14 at 10:08 AM ET

BMS000560

7/18/2018          Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.          WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

## Transaction detail

**Wire transfer information**

- Description: SWIFT MESSAGE MT103
- Our reference: 023701276
- Transaction reference number: 4951400199HF
- Value date: 2018-07-18
- Amount: 992.50 USD
- Charges: 15.00 USD
- Total: 977.50 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH CA 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY
345 WILSON AVE, STE 200
TORONTO ONTARIO CANADA

**Payment details**

/RFB/180717034484

**Additional information**

/INS/CIBCCATT/INS/PNBPUS3NNYC CHPRE
//F/0405195/INS/844021519 CANADIAN
//IMPERIAL BANK OF COMMERCE TORONTO
//ON M5L 1-A2
///BOOK/4951400199HF

**Ordering institution**

USBKUS44IMT-U S BANK N A

**Supplementary Information**

- Original amount: 1,000.00 USD
- Sender's charges: 7.50 USD

Valid on 2018-07-18 at 11:03 AM ET

7/23/2018                                                                 Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.                                                    WILLIAM TENCER
                                                                                              TIMBERLANE WOOD PRODUCTS INC.
**Transaction detail**

Wire transfer information
    Description: SWIFT MESSAGE MT103
    Our reference: 023705648
    Transaction reference number: 1861008
    Value date: 2018-07-19
    Amount: 992.50 USD
    Charges: 15.00 USD
    Total: 977.50 USD

By order of
    DPW HOLDINGS INC
    201 SHIPYARD WAY STE E
    NEWPORT BEACH, CA, 92663

Beneficiary
    BLOCKCHAIN MINING SUPPLY SERVICES
    TORONTO ONTARIO CANADA

Beneficiary's institution
    BNDCCAMM

Payment details
    /RFB/180718035061

Additional information
    /ACC//INS/PNBPUS3NNYC
    //CHPREF/0403175

Ordering institution
    U.S. BANK N.A.
    800 NICOLLET MALL BC-MN-H20I
    MINNEAPOLIS,MN
    UNITED STATES

Supplementary information
    Original amount: 1,000.00 USD
    Sender's charges: 7.50 USD

Valid on 2018-07-23 at 9:49 AM ET

7/23/2018                                              Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC. ▼                                     WILLIAM TENCER
                                                                                TIMBERLANE WOOD PRODUCTS INC.

## Transaction detail

**Wire transfer information**
    Description: SWIFT MESSAGE MT103
    Our reference: 023712942
    Transaction reference number: 1963416
    Value date: 2018-07-20
    Amount: 5,000.00 USD
    Charges: 15.00 USD
    Total: 4,985.00 USD

**By order of**

    DPW HOLDINGS INC
    201 SHIPYARD WAY STE E
    NEWPORT BEACH, CA, 92663

**Beneficiary**

    BLOCKCHAIN MINING SUPPLY SERVICES

**Beneficiary's institution**

    BNDCCAMMINT

**Payment details**

    /RFB/180719036640

**Additional information**

    /ACC//INS/PNBPUS3NNYC/TIME/17.13
    //FEDREF/0719B6B7001C008772

**Ordering institution**

    U.S. BANK N.A.
    800 NICOLLET MALL BC-MN-H20I
    MINNEAPOLIS, MN
    UNITED STATES

**Supplementary information**
    Original amount: 5,000.00 USD

Valid on 2018-07-23 at 9:50 AM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000563

7/25/2018                                    Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.                                    WILLIAM TENCER
                                                                              TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**
Description: SWIFT MESSAGE MT103
Our reference: 023719571
Transaction reference number: 2068108
Value date: 2018-07-23
Amount: 7,500.00 USD
Charges: 15.00 USD
Total: 7,485.00 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY SERVICES

**Beneficiary's institution**

BNDCCAMMINT

**Payment details**

/RFB/180720042989

**Additional information**

/ACC//INS/PNBPUS3NNYC/TIME/17.17
//FEDREF/0720B6B7001C009108

**Ordering institution**

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**
Original amount: 7,500.00 USD

Valid on 2018-07-25 at 9:27 AM ET

BMS000564

7/25/2018            Internet Banking Solutions — Business

WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

Company: TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

Wire transfer information
    Description: SWIFT MESSAGE MT103
    Our reference: 023722966
    Transaction reference number: 2348486
    Value date: 2018-07-23
    Amount: 5,000.00 USD
    Charges: 15.00 USD
    Total: 4,985.00 USD

By order of
    DPW HOLDINGS INC
    201 SHIPYARD WAY STE E
    NEWPORT BEACH, CA, 92663

Beneficiary
    BLOCKCHAIN MINING SUPPLY SERVICES

Beneficiary's institution
    BNDCCAMM

Payment details
    /RFB/180723022248

Additional information
    /ACC//INS/PNBPUS3NNYC
    //CHPREF/0470793

Ordering institution
    U.S. BANK N.A.
    800 NICOLLET MALL BC-MN-H20I
    MINNEAPOLIS, MN
    UNITED STATES

Supplementary information
    Original amount: 5,000.00 USD

Valid on 2018-07-25 at 9:30 AM ET

BMS000565

7/27/2018                                                            Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.                                           WILLIAM TENCER
                                                                                      TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**
  Description: SWIFT MESSAGE MT103
  Our reference: 023737234
  Transaction reference number: 2562163
  Value date: 2018-07-26
  Amount: 10,000.00 USD
  Charges: 15.00 USD
  Total: 9,985.00 USD

**By order of**

  DPW HOLDINGS INC
  201 SHIPYARD WAY STE E
  NEWPORT BEACH, CA, 92663

**Beneficiary**

  BLOCKCHAIN MINING SUPPLY SERVICES
  TORONTO ONTARIO CANADA



BM-1005 @ 2500
BM-1006 @ 7500
(storage)

**Beneficiary's institution**

  BNDCCAMMINT

**Payment details**

  /RFB/180725038987

**Additional information**

  /ACC/(INTERNATIONAL DEPARTMENT)
  //INS/PNBPUS3NNYC/TIME/17.14
  //FEDREF/0725B6B7001C008864

**Ordering institution**

  U.S. BANK N.A.
  800 NICOLLET MALL BC-MN-H20I
  MINNEAPOLIS,MN
  UNITED STATES

**Supplementary information**
  Original amount: 10,000.00 USD

Valid on 2018-07-27 at 8:47 AM ET

BMS000566

7/30/2018                                    Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.                    WILLIAM TENCER
                                                              TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

Wire transfer information
    Description: SWIFT MESSAGE MT103
    Our reference: 023750164
    Transaction reference number: 2769211
    Value date: 2018-07-30
    Amount: 10,000.00 USD
    Charges: 15.00 USD
    Total: 9,985.00 USD

By order of
    DPW HOLDINGS INC
    201 SHIPYARD WAY STE E
    NEWPORT BEACH, CA, 92663

Beneficiary
    BLOCKCHAIN MINING SUPPLY SERVICES

Beneficiary's institution
    BNDCCAMMINT

Payment details
    /RFB/180727045317

Additional information
    /ACC//INS/PNBPUS3NNYC/TIME/17.24
    //FEDREF/0727B6B7001C010077

Ordering institution
    U.S. BANK N.A.
    800 NICOLLET MALL BC-MN-H20I
    MINNEAPOLIS, MN
    UNITED STATES

Supplementary information
    Original amount: 10,000.00 USD

Valid on 2018-07-30 at 2:42 PM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000567

8/2/2018      Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC. ▼      WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**

Description: SWIFT MESSAGE MT103
Our reference: 023762661
Transaction reference number: 8168809212FF
Value date: 2018-07-31
Amount: 5,000.00 USD
Charges: 15.00 USD
Total: 4,985.00 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY SERVICES
MONTREAL CANADA

**Beneficiary's institution**

BNDCCAMMINT

**Payment details**

/RFB/180731114464

**Additional information**

/ACC/(INTERNATIONAL DEPARTMENT)
///INS/PNBPUS3NNYC/TIME/17.11
///FEDREF/0731B6B7001C009927

**Ordering institution**

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

Valid on 2018-08-02 at 10:42 AM ET

BMS000568

8/7/2018        Internet Banking Solutions — Business



WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

**Company:** TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**
- Description: SWIFT MESSAGE MT103
- Our reference: 023769708
- Transaction reference number: 0167936
- Value date: 2018-08-02
- Amount: 5,000.00 USD
- Charges: 15.00 USD
- Total: 4,985.00 USD

**By order of**
DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**
BLOCKCHAIN MINING SUPPLY SERVICES
TORONTO ONTARIO CANADA

**Beneficiary's institution**
BNDCCAMM

**Payment details**
/RFB/180801050215

**Additional information**
/ACC//INS/PNBPUS3NNYC
//CHPREF/0421237

**Ordering institution**
U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**
Original amount: 5,000.00 USD

Valid on 2018-08-07 at 9:23 AM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000569

8/7/2018          Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC. ▼      WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

### Transaction detail

**Wire transfer information**
Description: SWIFT MESSAGE MT103
Our reference: 023788318
Transaction reference number: 8734800219HE
Value date: 2018-08-07
Amount: 5,000.00 USD
Charges: 15.00 USD
Total: 4,985.00 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH CA 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY SERVICES
345 WILSON AVE STE 200
TORRONTO ONTARIO CANADA

**Beneficiary's institution**

NATIONAL BANK OF CANADA
MONTREAL

**Payment details**

/RFB/180806035389

**Additional information**

/INS/CIBCCATT/INS/PNBPUS3NNYC 17.25
//FEDREF/0806B6B7001C008653/INS/844
//021519 CANADIAN IMPERIAL BANK OF
//COMMERCE TORONTO ON M5L 1-A2
///BOOK/8734800219HE

**Ordering institution**

USBKUS44IMT-U S BANK N A

**Supplementary information**
Original amount: 5,000.00 USD

Valid on 2018-08-07 at 1:24 PM ET

BMS000570

8/21/2018

Internet Banking Solutions — Business

Company: TIMBERLANE WOOD PRODUCTS INC.

WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

## Transaction detail

**Wire transfer information**

Description: SWIFT MESSAGE MT103
Our reference: 023838618
Transaction reference number: 1758070
Value date: 2018-08-17
Amount: 5,000.00 USD
Charges: 15.00 USD
Total: 4,985.00 USD

*Handwritten note: Apply to LAST storage invoice. BU IP-1007.*

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY SERVICES
TORONTO ONTARIO CANADA

**Beneficiary's institution**

BNDCCAMM

**Payment details**

/RFB/180817031772

**Additional information**

/ACC//INS/PNBPUS3NNYC
//CHPREF/0380927

**Ordering institution**

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**

Original amount: 5,000.00 USD

Valid on 2018-08-21 at 8:34 AM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000571