**Messages exported from: iPhone (+14165433946, sales@timberlane-mldg.com)**
**With: 7149168498**
PDF generated on 2022-10-19 using Decipher TextMessage

**2018-05-03 4:51 PM**
iPhone (+14165433946)

> Can you call me now?
> Appreciate it.
> Willy

**2018-05-03 4:51 PM**
7149168498

I am seriously with my banker

**2018-05-03 4:51 PM**
7149168498

Let me close the cash

**2018-05-03 4:51 PM**
7149168498

I need to finish

**2018-05-03 4:52 PM**
iPhone (+14165433946)

> Got it.  I understand Please call me when you're done.
> Anytime.
> Kick ass

**2018-05-03 6:55 PM**
iPhone (+14165433946)

> Are you available now for a call?

**2018-05-03 6:56 PM (Viewed 2018-05-03 7:01 PM)**
7149168498

I am at dinner with the lender

**2018-05-03 6:57 PM (Viewed 2018-05-03 7:01 PM)**
7149168498

I will text you when done

**2018-05-03 6:57 PM (Viewed 2018-05-03 7:01 PM)**
7149168498

I promise will wrap up by Friday

**2018-05-03 7:02 PM**
iPhone (+14165433946)

> Ok.  Which Friday?
> Let's talk anyway.
> Call me when you can.
> The wine is on me.

Exhibit
**36**
W. Tencer
1/10/2023

BMS 001340

**2018-05-03 7:07 PM (Viewed 2018-05-03 8:29 PM)**

7149168498



**2018-05-03 7:07 PM (Viewed 2018-05-03 8:29 PM)**

7149168498

So you don't think I am nuts

**2018-05-04 8:55 AM**
iPhone (+14165433946)

How's it go last night. Can we speak shortly to get this wrapped up?

**2018-05-04 9:57 AM**
iPhone (+14165433946)

When are you available for a call?

**2018-05-04 11:50 AM**
iPhone (+14165433946)

Are we speaking today?

**2018-05-04 11:50 AM (Viewed 2018-05-04 12:14 PM)**

7149168498

Yes after 2

**2018-05-04 3:38 PM**
iPhone (+14165433946)

Tried calling you but no answer.
Please call me. I don't like being in the dark. Communication is key.
Look forward to hearing from you shortly.
Thx.

**2018-05-04 5:22 PM (Viewed 2018-05-05 6:43 PM)**

7149168498

I think we take deliver by next Friday

**2018-05-09 3:50 PM**
iPhone (+14165433946)

Are we on track for Friday? We really can't let this go much longer.

**2018-05-22 5:14 PM**
iPhone (+14165433946)

Another day gone by and haven't heard from you guys.
This is not normal.

BMS 001341