

Exhibit
33
W. Tencer
1/10/2023

BMS 001444



BMS 001445

12:03

< 2   **Nicolas Bonta - Bitcoi...**
         online

Oct 31, 2018

Nico, let me know what will work here.
11:30 AM ✓✓

joe i am pushing it internally but more that 280 per miner is imposible, we are receiving miners with profit share 65 35.... 280 with 3 allotments is the best i can get now..
12:52 PM

So I understand. 280 with 3 allotments.
Meaning paying 1/3rd with pickup. And 2 more payments each 2 months apart. Correct?
1:07 PM ✓✓

yes   1:15 PM

Ok. Let me discuss on my end and revert. It's a big loss so a bit painful :(
1:20 PM ✓✓

i know but at the moment the industry is complicated   1:41 PM

I understand. Will come back to you today
1:51 PM ✓✓

+

BMS 001446

12:04

< 2 **Nicolas Bonta - Bitcoi...**
online

I understand. Will come back to you today
1:51 PM ✓✓

Nico, ok we have a deal. Let me know if confirmed and I can send u agreement. Machines are ready on Toronto warehouse.
2:44 PM ✓✓

Nov 4, 2018

Hi Nico, u saw my email. Let me know?
9:08 AM ✓✓

Nov 5, 2018

joe sorry for my non response, board is aking for 6 month allotment, if you give me the ok i send it internnally and close it
5:47 PM

Hi Nico, it's too much. What I sent is what you proposed? It's spread out anyways.
What we can do is still keep the 3 payments. But make the 3rd payment instead of in 4 months we will make that in 6 months.
So 1st payment on pickup.
2nd payment , 60 days later
3rd payment , 6 months from closing

BMS 001447

12:04

**Nicolas Bonta - Bitcoi...**
online

joe sorry for my non response, board is aking for 6 month allotment, if you give me the ok i send it internnally and close it
5:47 PM

Hi Nico, it's too much. What I sent is what you proposed? It's spread out anyways.
What we can do is still keep the 3 payments. But make the 3rd payment instead of in 4 months we will make that in 6 months.
So 1st payment on pickup.
2nd payment , 60 days later
3rd payment , 6 months from closing date
6:01 PM ✓✓

Ok can you change the terms so I send it to the team please
6:24 PM

I just emailed it to you revised.
6:26 PM ✓✓

Let me know
6:26 PM ✓✓

**Nov 8, 2018**

deal close anthony told me
12:20 AM

BMS 001448