Request Search Products

If you want to maintain this corporation you need to be logged in and have authority over it.

**General Details**  **Business Names**

| | |
|---|---|
| **Corporation Name** | BLOCKCHAIN MINING SUPPLY & SERVICES LTD. |
| **Ontario Corporation Number (OCN)** | 2608345 |
| **Incorporation Date** | November 29, 2017 |
| **Type** | Ontario Business Corporation |
| **Status** | Active |
| **Governing Jurisdiction** | Canada - Ontario |
| **Registered or Head Office Address** | Toronto, Ontario, Canada |

The information shown above sets out the most recent information filed on or after June 27, 1992, and recorded in the Ontario Business Information System.