UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD.,<br><br>    Plaintiff,<br><br>    –against–<br><br>SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC.,<br><br>    Defendants. | Civil Action No. 1:18-cv-11099-ALC |

## NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Motion for Summary Judgment, Plaintiff's Statement of Undisputed Facts Pursuant to Local Rule 56.1, the supporting Declaration of Richard S. Mandel including Exhibits A to BBBBB thereto, the supporting Declaration of William Tencer including Exhibits 1 to 2 thereto, and all of the papers and proceedings heretofore had herein, Plaintiff Blockchain Mining Supply and Services Ltd. ("Plaintiff") hereby moves this Court, before the Honorable Andrew L. Carter, Jr., United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order granting Plaintiff's motion for summary judgment under Fed. R. Civ. P. 56 on Count I of the First Amended Complaint (ECF No. 35), awarding Plaintiff damages of $1,375,955 plus prejudgment interest at 9% per annum plus Plaintiff's reasonable attorneys' fees and costs, and such other relief as the Court may deem just and proper.

Plaintiff's moving papers for the present motion are being served on May 30, 2023; Defendants DPW Holdings, Inc. n/k/a Ault Alliance, Inc.'s and Super Crypto Mining, Inc. n/k/a Digital Farms, Inc.'s opposition papers are due on July 6, 2023; and Plaintiff's reply papers are due on July 27, 2023.

Dated: May 30, 2023

**COWAN, LIEBOWITZ & LATMAN, P.C.**

By: *[signature]*
Richard S. Mandel (rsm@cll.com)
Dasha Chestukhin (dxc@cll.com)
114 West 47th Street
New York, New York 10036
(212) 790-9200

*Attorneys for Plaintiff Blockchain Mining Supply & Services Ltd.*