# EXHIBIT 1

to the Declaration of William Tencer

**Blockchain Mining Supply & Services Ltd.**
**Customer Aged Detail As at 11/26/2018**

| Invoice # | Date | Transaction Type | Total | wire from | wire reference No. |
|---|---|---|---:|---|---|
| **Super Crypto Mining, Inc.** | | | | | |
| BU18-1005 | 03/09/2018 | Invoice | 3,272,500.00 | | |
| 10 | 03/09/2018 | Payment | -80,000.00 | Super Crypto Mining Inc. | 023123742 |
| 11 | 03/13/2018 | Payment | -83,625.00 | Super Crypto Mining Inc. | 023136906 |
| 12 | 03/29/2018 | Payment | -100,000.00 | Sichenzia Ross Ference | 023206519 |
| 15 | 04/17/2018 | Payment | -1,387,500.00 | Sichenzia Ross Ference | 023290156 |
| 16 | 05/18/2018 | Payment | -49,980.00 | DPW Holdings Inc. | 023431955 |
| 17 | 05/30/2018 | Payment | -5,000.00 | DPW Holdings Inc. | 023465898 |
| 18 | 06/14/2018 | Payment | -5,000.00 | DPW Holdings Inc. | 023544523 |
| 24 | 07/26/2018 | Payment | -2,500.00 | DPW Holdings Inc. | 023737234 |
| 25 | 07/30/2018 | Payment | -10,000.00 | DPW Holdings Inc. | 023750164 |
| 26 | 07/31/2018 | Payment | -5,000.00 | DPW Holdings Inc. | 023762661 |
| 27 | 08/02/2018 | Payment | -5,000.00 | DPW Holdings Inc. | 023769708 |
| 28 | 08/07/2018 | Payment | -5,000.00 | DPW Holdings Inc. | 023788318 |
| BU18-1006 | 07/13/2018 | Invoice - storage | 27,000.00 | | |
| 19 | 07/18/2018 | Payment | -1,000.00 | DPW Holdings Inc. | 023701276 |
| 20 | 07/19/2018 | Payment | -1,000.00 | DPW Holdings Inc. | 023705648 |
| 21 | 07/20/2018 | Payment | -5,000.00 | DPW Holdings Inc. | 023712942 |
| 22 | 07/23/2018 | Payment | -5,000.00 | DPW Holdings Inc. | 023722966 |
| 23 | 07/23/2018 | Payment | -7,500.00 | DPW Holdings Inc. | 023719571 |
| 24 | 07/26/2018 | Payment | -7,500.00 | DPW Holdings Inc. | 023737234 |
| BU18-1007 | 08/13/2018 | Invoice - storage | 9,300.00 | | |
| 30 | 08/17/2018 | Payment | -5,000.00 | DPW Holdings Inc. | 023838618 |
| BU18-1008 | 09/13/2018 | Invoice - storage | 9,300.00 | | |
| BU18-1009 | 10/13/2018 | Invoice - storage | 9,000.00 | | |
| BU18-1011 | 11/13/2018 | Invoice - storage | 9,300.00 | | |

**Total outstanding:** 1,565,795.00

BMS000553

3/12/2018                                          Internet Banking Solutions — Business

Company: TIMBERLANE WOOD PRODUCTS INC.                                          WILLIAM TENCER
                                                                                TIMBERLANE WOOD PRODUCTS INC.
**Transaction detail**

Wire transfer information
    Description: SWIFT MESSAGE MT103
    Our reference: 023123742
    Transaction reference number: 0941816
    Value date: 2018-03-09
    Amount: 80,000.00 USD
    Charges: 15.00 USD
    Total: 79,985.00 USD

By order of
    SUPER CRYPTO MINING, INC.
    201 SHIPYARD WAY STE E
    NEWPORT BEACH, CA 92663-4452

Beneficiary
    BLOCKCHAIN MINING SUPPLY
    345 WILSON AVENUE, SUITE 200
    TORONTO, ON M3H 5W1
    CANADA

Beneficiary's institution
    BANQUE NATIONALE DU CANADA
    MONTREAL CA

Payment details
    SUPER CRYPTO MINING DEPOSIT

Additional information
    /ACC//IBK/BANQUE NATIONALE DU CANAD
    //MONTREAL H3B 4L3 CANADA

Ordering institution
    WELLS FARGO BANK, N.A.
    420 MONTGOMERY STREET
    SAN FRANCISCO,CA
    UNITED STATES

Supplementary information
    Original amount: 80,000.00 USD

Valid on 2018-03-12 at 9:08 AM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000554

3/14/2018                                                      Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC. ▼                                             👤 WILLIAM TENCER
                                                                                         TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**
  Description: SWIFT MESSAGE MT103
  Our reference: 023136906
  Transaction reference number: 20180313000147252
  Value date: 2018-03-13
  Amount: 83,625.00 USD
  Charges: 15.00 USD
  Total: 83,610.00 USD

**By order of**

  SUPER CRYPTO MINING, INC.
  201 SHIPYARD WAY STE E
  NEWPORT BEACH, CA 92663-4452

**Beneficiary**

  BLOCKCHAIN MINING SUPPLY
  345 WILSON AVE, SUITE 200
  TORNOTO, ON M3H 5W1
  CANADA

**Beneficiary's institution**

  BANQUE NATIONALE DU CANADA
  MONTREAL CA

**Payment details**

  3-13 DEPOSIT

**Ordering institution**

  WELLS FARGO BANK, N.A.
  420 MONTGOMERY STREET
  SAN FRANCISCO, CA
  UNITED STATES

**Supplementary information**
  Original amount: 83,625.00 USD

Valid on 2018-03-14 at 8:18 AM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000555

3/29/2018                                          Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC. ▼                    WILLIAM TENCER
                                                                 TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**

    Description: SWIFT MESSAGE MT103
    Our reference: 023206519
    Transaction reference number: 2864801
    Value date: 2018-03-29
    Amount: 100,000.00 USD
    Charges: 15.00 USD
    Total: 99,985.00 USD

**By order of**

SICHENZIA ROSS FERENCE
1185 AVENUE OF THE AMERICAS FL37 NE
W YORK NY 100362603

**Beneficiary**

BLOCKCHAIN MINING SUPPLY
SERVICES LTD.

**Beneficiary's institution**

BNDCCAMMINT

**Payment details**

DPW - DISBURSEMENT

**Additional information**

/ACC/SICHENZIA ROSS FERENCE KESNER
//LLP. INTEREST ON LAWYER ACCOUNT
//INS/CITIBANK N A RETAIL WIRE SETT
//TLEMENT/INS/CITIUS33/TIME/17.05
//FEDREF/0328B1Q8021C0394733

**Ordering institution**

CITIBANK NA NYBD CITICORP DATA SYS
111 SYLVAN AVE 1ST FLOOR
ENGLEWOOD CLIFFS NJ 07632 1514

**Supplementary information**

    Original amount: 100,000.00 USD

Valid on 2018-03-29 at 1:20 PM ET

https://commercial.bnc.ca/SBICamWeb/EventDispatch/statement

BMS000556

4/17/2018  Internet Banking Solutions — Business



William Tencer
TIMBERLANE WOOD PRODUCTS INC.

**Company:** TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**
Description: SWIFT MESSAGE MT103
Our reference: 023290156
Transaction reference number: 7484800107FC
Value date: 2018-04-17
Amount: 1,387,500.00 USD
Charges: 15.00 USD
Total: 1,387,485.00 USD

**By order of**
SICHENZIA ROSS FERENCE
1185 AVENUE OF THE AMERICAS FL37 NE
W YORK NY 100362603

**Beneficiary**
BLOCKCHAIN MINING SUPPLY
SERVICES LTD.
416-398-1198

**Payment details**
SUPERCRYPTO BLOCKCHAIN-CLOSING SICH
ENZIA ROSS FERENCE KESNER LLP. INTE
REST ON LAWYER ACCOUNT

**Additional information**
/INS/CITIBANK N A RETAIL WIRE SETTL
//EMENT/INS/CITIUS33
///CHPREF/0358574

**Ordering institution**
CITIBANK NA NYBD CITICORP DATA SYS
111 SYLVAN AVE 1ST FLOOR
ENGLEWOOD CLIFFS NJ 07632 1514

**Supplementary information**
Original amount: 1,387,500.00 USD

Valid on 2018-04-17 at 2:18 PM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000557

5/18/2018                                     Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC. ▼                           WILLIAM TENCER
                                                                       TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**
- Description: SWIFT MESSAGE MT103
- Our reference: 023431955
- Transaction reference number: 1763691
- Value date: 2018-05-18
- Amount: 49,980.00 USD
- Charges: 15.00 USD
- Total: 49,965.00 USD

**By order of**



DPW HOLDINGS INC   *SuperCrypto*
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY AND SVCS

**Beneficiary's institution**

BANQUE NATIONALE DU CANADA
(INTERNATIONAL DEPARTMENT)
MONTREAL CANADA

**Payment details**

/RFB/180517037871

**Additional information**

/ACC//INS/PNBPUS3NNYC/TIME/17.25
//FEDREF/0517B6B7001C009827

**Ordering institution**

U.S. BANK
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**
Original amount: 49,980.00 USD

Valid on 2018-05-18 at 2:22 PM ET

5/29/2018        Internet Banking Solutions — Business

Company: TIMBERLANE WOOD PRODUCTS INC. ▼     WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

Wire transfer information
    Description: SWIFT MESSAGE MT103
    Our reference: 023465898
    Transaction reference number: 2571770
    Value date: 2018-05-29
    Amount: 4,985.00 USD
    Charges: 15.00 USD
    Total: 4,970.00 USD

By order of
    DPW HOLDINGS INC
    201 SHIPYARD WAY STE E
    NEWPORT BEACH, CA, 92663

Beneficiary
    BLOCKCHAIN MINING SUPPLY SERVICES

Beneficiary's institution
    BNDCCAMMINT

Ordering institution
    U.S. BANK
    800 NICOLLET MALL BC-MN-H20I
    MINNEAPOLIS, MN
    UNITED STATES

Supplementary information
    Original amount: 5,000.00 USD
    Sender's charges: 15.00 USD

Valid on 2018-05-29 at 1:56 PM ET

BMS000559



chang rita
TIMBERLANE WOOD PRODUCTS INC.

**Company:** BLOCKCHAIN MINING SUPPLY SERV
**Transaction detail**

Wire transfer information
    Description: SWIFT MESSAGE MT103
    Our reference: 023544523
    Transaction reference number: 6819200164HM
    Value date: 2018-06-13
    Amount: 4,987.50 USD
    Charges: 15.00 USD
    Total: 4,972.50 USD

By order of
    DPW HOLDINGS INC
    201 SHIPYARD WAY STE E
    NEWPORT BEACH CA 92663

Beneficiary
    BLOCKCHAIN MINING SUPPLY SERVICES
    345 WILSON AVE STE 200
    TORONTO ONTARIO CANADA

Payment details
    /RFB/180612032457

Additional information
    /ACC/INTERNATIONAL DEPARTMENT/INS/C
    //IBCCATT/INS/PNBPUS3NNYC CHPREF/03
    //93395/INS/844021519 CANADIAN IMPE
    //RIAL BANK OF COMMERCE TORONTO ON
    //M5L 1-A2
    ///BOOK/6819200164HM

Ordering institution
    USBKUS44IMT-U S BANK N A

Supplementary information
    Original amount: 5,000.00 USD
    Sender's charges: 12.50 USD

Valid on 2018-06-14 at 10:08 AM ET

BMS000560

7/18/2018                                        Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.                                          WILLIAM TENCER
                                                                                   TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**

- Description: SWIFT MESSAGE MT103
- Our reference: 023701276
- Transaction reference number: 4951400199HF
- Value date: 2018-07-18
- Amount: 992.50 USD
- Charges: 15.00 USD
- Total: 977.50 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH CA 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY
345 WILSON AVE, STE 200
TORONTO ONTARIO CANADA

**Payment details**

/RFB/180717034484

**Additional information**

/INS/CIBCCATT/INS/PNBPUS3NNYC CHPRE
//F/0405195/INS/844021519 CANADIAN
//IMPERIAL BANK OF COMMERCE TORONTO
//ON M5L 1-A2
///BOOK/4951400199HF

**Ordering institution**

USBKUS44IMT-U S BANK N A

**Supplementary Information**

- Original amount: 1,000.00 USD
- Sender's charges: 7.50 USD

Valid on 2018-07-18 at 11:03 AM ET

7/23/2018                                        Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC. ▼                                                  WILLIAM TENCER
                                                                                               TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**
- Description: SWIFT MESSAGE MT103
- Our reference: 023705648
- Transaction reference number: 1861008
- Value date: 2018-07-19
- Amount: 992.50 USD
- Charges: 15.00 USD
- Total: 977.50 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY SERVICES
TORONTO ONTARIO CANADA

**Beneficiary's institution**

BNDCCAMM

**Payment details**

/RFB/180718035061

**Additional information**

/ACC//INS/PNBPUS3NNYC
//CHPREF/0403175

**Ordering institution**

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**
- Original amount: 1,000.00 USD
- Sender's charges: 7.50 USD

Valid on 2018-07-23 at 9:49 AM ET

BMS000562

7/23/2018

Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.

WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

## Transaction detail

**Wire transfer information**
Description: SWIFT MESSAGE MT103
Our reference: 023712942
Transaction reference number: 1963416
Value date: 2018-07-20
Amount: 5,000.00 USD
Charges: 15.00 USD
Total: 4,985.00 USD

**By order of**
DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**
BLOCKCHAIN MINING SUPPLY SERVICES

**Beneficiary's institution**
BNDCCAMMINT

**Payment details**
/RFB/180719036640

**Additional information**
/ACC//INS/PNBPUS3NNYC/TIME/17.13
//FEDREF/0719B6B7001C008772

**Ordering institution**
U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**
Original amount: 5,000.00 USD

Valid on 2018-07-23 at 9:50 AM ET

BMS000563

7/25/2018      Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.

WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

## Transaction detail

**Wire transfer information**

- Description: SWIFT MESSAGE MT103
- Our reference: 023719571
- Transaction reference number: 2068108
- Value date: 2018-07-23
- Amount: 7,500.00 USD
- Charges: 15.00 USD
- Total: 7,485.00 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY SERVICES

**Beneficiary's institution**

BNDCCAMMINT

**Payment details**

/RFB/180720042989

**Additional information**

/ACC//INS/PNBPUS3NNYC/TIME/17.17
//FEDREF/0720B6B7001C009108

**Ordering institution**

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**

Original amount: 7,500.00 USD

Valid on 2018-07-25 at 9:27 AM ET

BMS000564

7/25/2018            Internet Banking Solutions — Business

Company: TIMBERLANE WOOD PRODUCTS INC.           WILLIAM TENCER
                                                                                           TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**
Description: SWIFT MESSAGE MT103
Our reference: 023722966
Transaction reference number: 2348486
Value date: 2018-07-23
Amount: 5,000.00 USD
Charges: 15.00 USD
Total: 4,985.00 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY SERVICES

**Beneficiary's institution**

BNDCCAMM

**Payment details**

/RFB/180723022248

**Additional information**

/ACC//INS/PNBPUS3NNYC
//CHPREF/0470793

**Ordering institution**

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS,MN
UNITED STATES

**Supplementary information**
Original amount: 5,000.00 USD

Valid on 2018-07-25 at 9:30 AM ET

BMS000565

7/27/2018                                  Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.                                             WILLIAM TENCER
                                                                                       TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**
- Description: SWIFT MESSAGE MT103
- Our reference: 023737234
- Transaction reference number: 2562163
- Value date: 2018-07-26
- Amount: 10,000.00 USD
- Charges: 15.00 USD
- Total: 9,985.00 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY SERVICES
TORONTO ONTARIO CANADA

[Handwritten: BM-1005 @ 2500 / BM-1006 @ 7500 (storage)]

**Beneficiary's institution**

BNDCCAMMINT

**Payment details**

/RFB/180725038987

**Additional information**

/ACC/(INTERNATIONAL DEPARTMENT)
//INS/PNBPUS3NNYC/TIME/17.14
//FEDREF/0725B6B7001C008864

**Ordering institution**

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**
- Original amount: 10,000.00 USD

Valid on 2018-07-27 at 8:47 AM ET

BMS000566

7/30/2018            Internet Banking Solutions — Business



**Company:** TIMBERLANE WOOD PRODUCTS INC.

WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

### Transaction detail

**Wire transfer information**
Description: SWIFT MESSAGE MT103
Our reference: 023750164
Transaction reference number: 2769211
Value date: 2018-07-30
Amount: 10,000.00 USD
Charges: 15.00 USD
Total: 9,985.00 USD

**By order of**
DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**
BLOCKCHAIN MINING SUPPLY SERVICES

**Beneficiary's institution**
BNDCCAMMINT

**Payment details**
/RFB/180727045317

**Additional information**
/ACC//INS/PNBPUS3NNYC/TIME/17.24
//FEDREF/0727B6B7001C010077

**Ordering institution**
U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**
Original amount: 10,000.00 USD

Valid on 2018-07-30 at 2:42 PM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000567

8/2/2018      Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC. ▼     WILLIAM TENCER
                                                                        TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**

    Description: SWIFT MESSAGE MT103
    Our reference: 023762661
    Transaction reference number: 8168809212FF
    Value date: 2018-07-31
    Amount: 5,000.00 USD
    Charges: 15.00 USD
    Total: 4,985.00 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY SERVICES
MONTREAL CANADA

**Beneficiary's institution**

BNDCCAMMINT

**Payment details**

/RFB/180731114464

**Additional information**

/ACC/(INTERNATIONAL DEPARTMENT)
///INS/PNBPUS3NNYC/TIME/17.11
///FEDREF/0731B6B7001C009927

**Ordering institution**

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

Valid on 2018-08-02 at 10:42 AM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

8/7/2018                                          Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC.                                WILLIAM TENCER
                                                                          TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**
Description: SWIFT MESSAGE MT103
Our reference: 023769708
Transaction reference number: 0167936
Value date: 2018-08-02
Amount: 5,000.00 USD
Charges: 15.00 USD
Total: 4,985.00 USD

**By order of**

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

BLOCKCHAIN MINING SUPPLY SERVICES
TORONTO ONTARIO CANADA

**Beneficiary's institution**

BNDCCAMM

**Payment details**

/RFB/180801050215

**Additional information**

/ACC//INS/PNBPUS3NNYC
//CHPREF/0421237

**Ordering institution**

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS,MN
UNITED STATES

**Supplementary information**
Original amount: 5,000.00 USD

Valid on 2018-08-07 at 9:23 AM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000569

8/7/2018          Internet Banking Solutions — Business          WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

**Company:** TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

**Wire transfer information**
Description: SWIFT MESSAGE MT103
Our reference: 023788318
Transaction reference number: 8734800219HE
Value date: 2018-08-07
Amount: 5,000.00 USD
Charges: 15.00 USD
Total: 4,985.00 USD

**By order of**
DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH CA 92663

**Beneficiary**
BLOCKCHAIN MINING SUPPLY SERVICES
345 WILSON AVE STE 200
TORRONTO ONTARIO CANADA

**Beneficiary's institution**
NATIONAL BANK OF CANADA
MONTREAL

**Payment details**
/RFB/180806035389

**Additional information**
/INS/CIBCCATT/INS/PNBPUS3NNYC 17.25
//FEDREF/0806B6B7001C008653/INS/844
//021519 CANADIAN IMPERIAL BANK OF
//COMMERCE TORONTO ON M5L 1-A2
///BOOK/8734800219HE

**Ordering institution**
USBKUS44IMT-U S BANK N A

**Supplementary information**
Original amount: 5,000.00 USD

Valid on 2018-08-07 at 1:24 PM ET

BMS000570

8/21/2018

Internet Banking Solutions — Business

Company: TIMBERLANE WOOD PRODUCTS INC.

WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC.

## Transaction detail

**Wire transfer information**
Description: SWIFT MESSAGE MT103
Our reference: 023838618
Transaction reference number: 1758070
Value date: 2018-08-17
Amount: 5,000.00 USD
Charges: 15.00 USD
Total: 4,985.00 USD

*Handwritten note: Apply to LAST storage invoice. BU R-1007.*

**By order of**
DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**
BLOCKCHAIN MINING SUPPLY SERVICES
TORONTO ONTARIO CANADA

**Beneficiary's institution**
BNDCCAMM

**Payment details**
/RFB/180817031772

**Additional information**
/ACC//INS/PNBPUS3NNYC
//CHPREF/0380927

**Ordering institution**
U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS, MN
UNITED STATES

**Supplementary information**
Original amount: 5,000.00 USD

Valid on 2018-08-21 at 8:34 AM ET

BMS000571