# EXHIBIT 2

to the Declaration of William Tencer



Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036-1525

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Ronald W. Meister**
(212) 790-9255
rwm@cll.com

October 25, 2018

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
**and E-MAIL**

Henry Nisser, Esq. <hnisser@srfkllp.com>
Thomas Rose, Esq. <trose@srfkllp.com>
Sichenzia Ross Ference Kesner LLP
1185 Avenue of the Americas
New York, NY 10036

   <u>Blockchain Mining Supply adv. Super Crypto Mining, Inc. and DPW Holdings, Inc.</u>

Dear Messrs. Nisser and Rose:

  This constitutes formal notice, pursuant to N.Y.-U.C.C. § 2-706(2), that Blockchain Mining Supply & Services Ltd. ("Blockchain") intends to resell all or some of the remaining 600 Bitmain Antminer S9 machines and 600 power supply units that are the subject of the March 8, 2018 Asset Purchase Agreement (the "Agreement"), for which your clients have defaulted in payment, and intends to recover, by litigation or otherwise, the difference between the resale price and the contract price, together with incidental damages and attorney's fees as provided in the Agreement.

  Please be aware that Blockchain will give notice of its intention directly to your clients.

  This letter is without prejudice to all of Blockchain's rights and remedies in this regard, all of which are expressly reserved.

           Sincerely,

           */s/ Ronald W. Meister*

           Ronald W. Meister

BMS000514