**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,

     Plaintiff,

       –against–

SUPER CRYPTO MINING, INC. n/k/a
DIGITAL FARMS, INC. and DPW
HOLDINGS, INC. n/k/a AULT ALLIANCE,
INC.,

     Defendants.

Civil Action No. 1:18-cv-11099-ALC

---

# <u>EXHIBIT A</u>

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT

## <u>OF PLAINTIFF'S MOTION FOR  SUMMARY JUDGMENT</u>

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF NEW YORK

3

4    BLOCKCHAIN MINING SUPPLY AND   )

     SERVICES LTD.,

5                                   )

          Plaintiff,

6                                   )   Civil Action No.

     vs.                                18-cv-11099-ALC

7                                   )

     SUPER CRYPTO MINING, INC.

8    n/k/a DIGITAL FARMS, INC.,     )

     and DPW HOLDINGS, INC. n/k/a

9    AULT GLOBAL HOLDINGS, INC.,    )

10        Defendants.               )

11   ------------------------------)

12

13

14         REMOTE VIDEO-RECORDED DEPOSITION OF

15             MILTON "TODD" AULT, III

16         AS 30(b)(6) REPRESENTATIVE OF

17         DEFENDANT DPW HOLDINGS, INC.

18         N/K/A BITNILE HOLDINGS, INC.

19             Las Vegas, Nevada

20         Thursday, January 12, 2023

21

22

23   Esquire Deposition Solutions, LLC - Firm Number 008F

24   Reported by:

     JANET C. TRIMMER, CCR, RPR, CRR

25   JOB NO. 221153

1

2

3

4                    January 12, 2023

5                        8:50 a.m.

6

7

8

9    Remote Video-Recorded Deposition of

10   MILTON "TODD" AULT, III, as 30(b)(6)

11   Representative of Defendant DPW Holdings,

12   Inc. N/K/A BitNile Holdings, Inc., before

13   Janet C. Trimmer, Certified Court Reporter of

14   the State of Nevada and NCRA licensed

15   Registered Professional Reporter and

16   Certified Realtime Reporter.

17

18

19

20

21

22

23

24

25

1

2                      REMOTE APPEARANCES:

3

4            Cowan, Liebowitz & Latman

5            Attorneys for Plaintiff:

6                 114 West 47th Street

7                 New York, NY 10036

8            BY: Richard Mandel, Esq.

9                 Dasha Chestukhin, Esq.

10

11

12

13

14

15            Weltz Kakos Gerbi Wolinetz Volynsky

16            Attorneys for Defendants

17                 170 Old Country Road

18                 Mineola, NY 11501

19            BY: Robert Volynsky, Esq.

20

21

22

23

24    ALSO PRESENT:

25                 STEPHAN ANDREYCHUK, VIDEOGRAPHER

1
2                              I N D E X

    WITNESS                        EXAMINATION          PAGE
3
    MILTON "TODD" AULT, III    BY MR. MANDEL            16
4
                              Afternoon Session         135
5
                              BY MR. VOLYNSKY           231
6
7

                          E X H I B I T S
8
    NUMBER          PAGE   DESCRIPTION
9
    Exhibit 1        20    First Amended Notice of 30(b)(6)
10                         Deposition of Defendant DPW
                           Holdings, INC. N/K/A BitNile
11                         Holdings, Inc.
12  Exhibit 2        22    LinkedIn profile of Todd Ault
13  Exhibit 3        28    Press Release titled "Digital
    **Mandel Exhibit D**   Power Corp. Achieves Corporate
14                         Milestones During Annual
                           Meeting"
15
    Exhibit 4        37    Press Release titled "BitNile
16                         Holdings Inc. (NYSE American:
                           Nile) Completes Name and Stock
17                         Ticker Symbol Change From Ault
                           Global Holdings, Inc. (NYSE
18                         American:  DPW)"
19  Exhibit 5        40    Press Release titled "BitNile
                           Holdings Announces Planned
20                         Spin-Offs Creating Four Public
                           Companies"
21
    Exhibit 6        46    Certificate of Incorporation,
22  **Mandel Exhibit E**   DEFENDANTS_ 000028 to 000034
23  Exhibit 7        48    E-mail from Milton Ault III
                           dated 2-22-18, DEFENDANTS_004703
24                         to 004705
25  ///

```
 1   EXHIBITS (CONTINUED):
 2   NUMBER          PAGE  DESCRIPTION
 3      Exhibit 8     55   Form 10-K Ault Global Holdings,
     Mandel Exhibit F       Inc., fiscal year ending
 4                          12-31-2020
 5      Exhibit 9     62   Digital Farms, Inc., Balance
     Mandel Exhibit G       Sheet as of December 31, 2018,
 6                          DEFENDANTS_000001 to 000002
 7      Exhibit 10    71   E-mail from
     Mandel Exhibit H       darren@supercrypto.com dated
 8                          4-18-18, and attachment,
                            DEFENDANTS_004885 to 004897
 9
        Exhibit 11    74   Certificate of Amendment to the
10   Mandel Exhibit I       Certificate of Incorporation of
                            Super Crypto Mining, Inc.,
11                          DEFENDANTS_000003 to 000005
12      Exhibit 12    80   E-mail from
                            darren@supercrypto.com dated
13                          4-3-18, and attachment,
                            DEFENDANTS_004846 to 004847
14
        Exhibit 13    81   E-mail from
15                          darren@supercrypto.com dated
                            4-23-18, DEFENDANTS_004965
16
        Exhibit 14    84   E-mail from Todd Ault dated
17   Mandel Exhibit J       2-20-18, DEFENDANTS_004699
18      Exhibit 15    85   E-mail from Todd Ault dated
     Mandel Exhibit K       2-20-18, DEFENDANTS_004700
19
        Exhibit 16    87   E-mail from Todd Ault dated
20   Mandel Exhibit L       2-22-18, DEFENDANTS_004702
21      Exhibit 17    88   E-mail from Todd Ault dated
     Mandel Exhibit M       3-7-18, DEFENDANTS_004709
22
        Exhibit 18    89   e-mail from Todd Ault dated
23   Mandel Exhibit N       3-9-18, DEFENDANTS_004715
24      Exhibit 19    90   E-mail from Todd Ault dated
     Mandel Exhibit O       3-14-18, DEFENDANTS_004721
25      ///
```

```
 1   EXHIBITS (CONTINUED):
 2   NUMBER            PAGE   DESCRIPTION
 3     Exhibit 20        91   E-mail chain, top e-mail dated
     Mandel Exhibit P         3-14-18, DEFENDANTS_ 004725 to
 4                            004726
 5     Exhibit 21        92   E-mail from Todd Ault dated
     Mandel Exhibit Q         3-16-18, DEFENDANTS_004764
 6
       Exhibit 22        94   E-mail from Todd Ault dated
 7   Mandel Exhibit R         3-21-18, DEFENDANTS_004787
 8     Exhibit 23        95   E-mail from
     Mandel Exhibit S         darren@supercrypto.com dated
 9                            3-21-18, DEFENDANTS_004310
                              through 004312
10
       Exhibit 24        96   E-mail from Mariah Corbett dated
11   Mandel Exhibit T         3-29-18, DEFENDANTS_004824
12     Exhibit 25        97   E-mail from Todd Ault dated
     Mandel Exhibit U         3-29-18, DEFENDANTS_004826
13
       Exhibit 26        98   E-mail from Todd Ault dated
14   Mandel Exhibit V         4-13-18, DEFENDANTS_004868
15     Exhibit 27        99   E-mail from
     Mandel Exhibit W         darren@supercrypto.com dated
16                            4-19-18, and attachments,
                              DEFENDANTS_004313 to 004336
17
       Exhibit 28       101   E-mail from
18   Mandel Exhibit X         darren@supercrypto.com dated
                              4-24-18, and attachments,
19                            DEFENDANTS_004337 to 004346
20     Exhibit 29       103   E-mail chain, top e-mail from
     Mandel Exhibit Y         Darren Magot dated 4-30-18,
21                            DEFENDANTS_004986 to 004987
22     Exhibit 30       104   E-mail from
     Mandel Exhibit Z         darren@supercrypto.com dated
23                            5-2-18, and attachment,
                              DEFENDANTS_00 4347 through
24                            004355
       ///
25
```

```
 1   INDEX (CONTINUED):
 2   NUMBER          PAGE   DESCRIPTION
 3   Exhibit 31      105    E-mail from
     Mandel Exhibit AA      darren@supercrypto.com dated
 4                          5-4-18, DEFENDANTS_004356 to
                            004357
 5
     Exhibit 32      106    E-mail chain, top e-mail from
 6                          darren@supercrypto.com dated
                            5-8-18, DEFENDANTS_004358
 7
     Exhibit 33      108    E-mail chain, top e-mail from
 8   Mandel Exhibit BB      darren@supercrypto.com dated
                            6-18-18, DEFENDANTS_004400
 9                          through 004412
10   Exhibit 34      109    E-mail chain, top e-mail from
     Mandel Exhibit CC      darren@supercrypto.com dated
11                          7-3-18, DEFENDANTS_004525 to
                            004551
12
     Exhibit 35      111    E-mail chain, top e-mail from
13   Mandel Exhibit DD      Darren Magot dated 10-7-18,
                            DEFENDANTS_004689 to 004693
14
     Exhibit 36      116    E-mail chain, top e-mail from
15                          darren@supercrypto.com dated
                            2-25-18, DEFENDANTS_000958 to
16                          000975
17   Exhibit 37      119    E-mail chain, top e-mail from
     Mandel Exhibit TTT     Darren Magot dated 2-27-18,
18                          DEFENDANTS_000979 to 000980
19   Exhibit 38      122    E-mail chain, top e-mail from
                            Darren Magot dated 3-1-18,
20                          DEFENDANTS_1105 to 001111
21   Exhibit 39      123    E-mail chain, top e-mail from
                            darren@supercrypto.com dated
22                          3-2-18, DEFENDANTS_001147 to
                            001153
23
     Exhibit 40      124    E-mail chain, top e-mail from
24   Mandel Exhibit EE      darren@supercrypto.com dated
                            3-2-18, DEFENDANTS_001185 to
25                          001192
```

```
 1   INDEX (CONTINUED):
 2   NUMBER          PAGE  DESCRIPTION
 3     Exhibit 41     125  E-mail from
     Mandel Exhibit FF     darren@supercrypto.com dated
 4                         3-4-18, DEFENDANTS_001235
 5     Exhibit 42     127  E-mail chain, top e-mail from
     Mandel Exhibit GG     darren@supercrypto.com dated
 6                         3-6-18, DEFENDANTS_001488 to
                           001500
 7
       Exhibit 43     129  E-mail chain, top e-mail from
 8                         darren@supercrypto.com dated
                           3-6-18, DEFENDANTS_001501 to
 9                         001514
10     Exhibit 44     132  E-mail chain, top e-mail from
                           Darren Magot dated 3-7-18,
11                         DEFENDANTS_001543 to 001556
12     Exhibit 45     135  E-mail from Willy Tencer dated
     Mandel Exhibit HH     3-8-18 and attachment,
13                         DEFENDANTS_001713 to 001731
14     Exhibit 46     138  E-mail from
     Mandel Exhibit II     darren@supercrypto.com dated
15                         3-21-18, DEFENDANTS_001806
16     Exhibit 47     139  E-mail chain, top e-mail from
                           darren@supercrypto.com, dated
17                         3-22-18, DEFENDANTS_001813 to
                           001814
18
       Exhibit 48     140  E-mail chain, top e-mail from
19   Mandel Exhibit JJ     darren@supercrypto.com dated
                           3-23-18, and attachments,
20                         DEFENDANTS_001919 to 001933
21     Exhibit 49     142  E-mail chain, top e-mail from
                           darren@supercrypto.com dated
22                         3-23-18, DEFENDANTS_001949 to
                           001950
23
       Exhibit 50     145  E-mail chain, top e-mail from
24   Mandel Exhibit KK     darren@supercrypto.com dated
                           3-26-18, DEFENDANTS_001958 to
25                         001960
```

```
1    INDEX (CONTINUED):
```

```
2    Exhibit 51    147   E-mail chain, top e-mail from
     Mandel Exhibit LL    darren@supercrypto.com dated
3                         3-27-18, DEFENDANTS_001969
4    Exhibit 52    149   E-mail chain, top e-mail from
     Mandel Exhibit MM    Willy Tencer dated 3-27-18,
5                         DEFENDANTS_001970 to 001971
6    Exhibit 53    150   E-mail chain, top e-mail from
     Mandel Exhibit NN    darren@supercrypto.com dated
7                         3-28-18, DEFENDANTS_1976 to
                          001977
8
     Exhibit 54    151   E-mail chain, top e-mail from
9    Mandel Exhibit OO    darren@supercrypto.com dated
                          3-28-18, DEFENDANTS_001981 to
10                        001982
11   Exhibit 55    153   E-mail chain, top e-mail from
     Mandel Exhibit PP    darren@supercrypto.com dated
12                        3-30-18, DEFENDANTS_001987
13   Exhibit 56    156   E-mail chain, top e-mail from
                          darren@supercrypto.com dated
14                        4-3-18, DEFENDANTS_001999 to
                          002004
15
     Exhibit 57    156   Internal communication, top
16                        communication from Joe Kalfa
                          dated 4-4-18, BMS 000707 to
17                        000714
18   Exhibit 58    158   2017 SEC Form 10-K, DPW
     Mandel Exhibit QQ    Holdings, Inc.
19
     Exhibit 59    164   E-mail chain, top e-mail from
20   Mandel Exhibit RR    Todd Ault dated 4-5-18,
                          DEFENDANTS_002011 to 002012
21
     Exhibit 60    165   E-mail chain, top e-mail from
22   Mandel Exhibit SS    Todd Ault dated 4-9-18,
                          DEFENDANTS_002016 to 002018
23
     Exhibit 61    167   E-mail chain, top e-mail from
24   Mandel Exhibit TT    Todd Ault dated 4-10-18,
                          DEFENDANTS_002028 to 002032
```

```
25   ///
```

```
 1   EXHIBITS (CONTINUED):
 2   NUMBER          PAGE   DESCRIPTION
 3   Exhibit 62      168    E-mail chain, top e-mail from
     Mandel Exhibit UU      Todd Ault dated 4-10-18,
 4                          DEFENDANTS_002033 to 002038
 5   Exhibit 63      170    E-mail chain, top e-mail from
                            Todd Ault dated 4-16-18,
 6                          DEFENDANTS_002066 through 002069
 7   Exhibit 64      173    E-mail chain, top e-mail from
     Mandel Exhibit VV      Thomas Rose dated 4-16-18,
 8                          DEFENDANTS_002099 to 002100
 9   Exhibit 65      173    Document titled "Internet
     Mandel Exhibit WW      Banking Solutions - Business,"
10                          BMS000554 through 0000571
11   Exhibit 66      180    e-mail from Darren Magot dated
     Mandel Exhibit AAAA    4-17-18 and attachment, BMS
12                          001323 to 001339
13   Exhibit 67      182    E-mail chain, top e-mail from
                            darren@supercrypto.com dated
14                          4-18-18, and attachment,
                            DEFENDANTS_002124 to 002132
15
     Exhibit 68      182    E-mail chain, top e-mail from
16   Mandel Exhibit XX      darren@supercrypto.com, dated
                            4-19-18, and attachment,
17                          DEFENDANTS_002234 through 002243
18   Exhibit 69      185    E-mail chain, top e-mail from
     Mandel Exhibit YY      darren@supercrypto.com dated
19                          4-24-18, DEFENDANTS_002349
20   Exhibit 70      186    E-mail chain, top e-mail from
     Mandel Exhibit ZZ      darren@supercrypto.com dated
21                          5-1-18, DEFENDANTS_002377 to
                            002379
22
     Exhibit 71      187    Text messages, BMS 001340 to
23                          001344
24   Exhibit 72      190    E-mail chain, top e-mail from
     Mandel Exhibit AAA     Darren Magot dated 5-9-18,
25                          DEFENDANTS_002563 to 002571
```

```
1    EXHIBITS (CONTINUED):
2    Exhibit 73      191  E-mail chain, top e-mail from
                          darren@supercrypto.com dated
3                         5-11-18 DEFENDANTS_002599 to
                          002601
4
     Exhibit 74      192  E-mail chain, top e-mail from
5                         darren@supercrypto.com dated
                          5-14-18, DEFENDANTS_002615 to
6                         002618
7    Exhibit 75      193  E-mail chain, top e-mail from
                          Todd Ault dated 5-14-18,
8                         DEFENDANTS_002619 to 002623
9    Exhibit 76      195  E-mail chain, top e-mail from
                          Willy Tencer dated 5-15-18,
10                        DEFENDANTS_002659 to 002664
11   Exhibit 77      197  Wire transfer notification from
     Mandel Exhibit BBB  U.S. Bank Notification dated
12                        5-17-18, BMS000224
13   Exhibit 78      198  E-mail chain, top e-mail from
     Mandel Exhibit CCC  Todd Ault dated 5-18-18,
14                        DEFENDANTS_002691 to 002692
15   Exhibit 79      201  E-mail from Willy Tencer dated
                          5-25-18, DEFENDANTS_002736
16
     Exhibit 80      203  E-mail chain, top e-mail from
17   Mandel Exhibit DDD  darren@supercrypto.com dated
                          5-29-18, DEFENDANTS_002739
18
     Exhibit 81      204  E-mail chain, top e-mail from
19   Mandel Exhibit EEE  darren@supercrypto.com dated
                          5-31-18, DEFENDANTS_002772 to
20                        002773
21   Exhibit 82      206  E-mail chain, top e-mail from
                          darren@supercrypto.com dated
22                        6-1-18, DEFENDANTS_002790 to
                          002792
23
     Exhibit 83      207  E-mail chain, top e-mail from
24                        darren@supercrypto.com dated
                          6-1-18, DEFENDANTS_ 002794
25   ///
```

```
 1    EXHIBITS (CONTINUED):
 2    NUMBER           PAGE   DESCRIPTION
 3    Exhibit 84        207   E-mail from Darren@ault.com
    Mandel Exhibit FFF       dated 6-1-18, DEFENDANTS_002795
 4
      Exhibit 85        209   E-mail from darren@ault.com
 5                             dated 6-7-18, DEFENDANTS_002822
                               to 002825
 6
      Exhibit 86        209   E-mail chain, top e-mail from
 7                             Willy Tencer dated 6-13-18,
                               DEFENDANTS_2896 to 2899
 8
      Exhibit 87        211   E-mail chain, top e-mail from
 9    Mandel Exhibit GGG       Willy Tencer dated 6-14-18,
                               DEFENDANTS_002901 to 002904
10
      Exhibit 88        212   E-mail chain from Todd Ault
11    Mandel Exhibit HHH       dated 7-17-18, DEFENDANTS_003203
12    Exhibit 89        213   E-mail chain, top e-mail from
    Mandel Exhibit III       Todd Ault dated 7-17-18,
13                             DEFENDANTS_003210 to 003212
14    Exhibit 90        214   E-mail chain, top e-mail from
    Mandel Exhibit JJJ       Todd Ault dated 7-19-18,
15                             DEFENDANTS_003262 to 003267
16    Exhibit 91        215   E-mail from Todd Ault dated
    Mandel Exhibit KKK       7-27-18, DEFENDANTS_003469
17
      Exhibit 92        215   E-mail chain, top e-mail from
18    Mandel Exhibit LLL       Todd Ault dated 8-9-18,
                               DEFENDANTS_003528 through 003532
19
      Exhibit 93        216   E-mail chain, top e-mail from
20                             Todd Ault dated 8-13-18,
                               DEFENDANTS_003562 to 003569
21
      Exhibit 94        219   E-mail from Willy Tencer dated
22                             8-15-18, and attachment,
                               DEFENDANTS_003648 to 003649
23
      Exhibit 95        221   E-mail chain, top e-mail from
24    Mandel Exhibit MMM       Todd Ault dated 9-7-18,
                               DEFENDANTS_003732 to 003733
25    ///
```

```
 1   EXHIBITS (CONTINUED):
 2   NUMBER          PAGE   DESCRIPTION
 3   Exhibit 96      221    E-mail chain, top e-mail from
     Mandel Exhibit NNN     Darren Magot dated 9-14-18,
 4                          DEFENDANTS_003765 to 003766
 5   Exhibit 97      222    Press release titled "DPW
                            Holdings Announces $25 Million
 6                          Public Offering of 10% Series A
                            Cumulative Redeemable Perpetual
 7                          Preferred Stock
 8   Exhibit 98      224    E-mail chain, top e-mail from
                            Todd Ault dated 10-10-18,
 9                          DEFENDANTS_003843
10   Exhibit 99      225    E-mail chain, top e-mail from
                            Todd Ault dated 10-23-18,
11                          DEFENDANTS_004248 to 004261
12   Exhibit 100     225    E-mail chain, top e-mail from
                            Todd Ault dated 10-23-18,
13                          DEFENDANTS_004262
14   Exhibit 101     230    E-mail from Willy Tencer dated
                            10-26-18, DEFENDANTS_004297
15
     Exhibit 102     230    E-mail from Willy Tencer dated
16   Mandel Exhibit OOO     7-12-18 and attachment,
                            DEFENDANTS_003171
17
18
19
20
21
22
23
24
25
```

1                   Milton "Todd" Ault, III

**Mandel Exhibit D**

2        Q.   Do you see what we've marked as Exhibit 3?

3        A.   Uh-huh.

4        Q.   Do you recognize this as a press release that

5    was issued in December of 2017?

6        A.   It appears to be that, yeah.

7        Q.   And if you look in the first paragraph of

8    Exhibit 3, it says:

9                 "The company has achieved another

10            milestone in its reorganization strategy,

11            including the formal name change to DPW

12            Holdings, Inc., which will be effective as of

13            the close of business today."

14            Do you have any understanding as to what's

15    meant as the "reorganization strategy"?

16        A.   Just to reorganize the corporate structure.

17        Q.   I'm sorry?

18        A.   This is to reorganize the corporate

19    structure.

20        Q.   And can you explain what that means?

21        A.   I don't remember what we were doing at the

22    time.  Probably something about Delaware law or

23    becoming a holding company or --

24            MR. VOLYNSKY:  Sounds speculative.

25        A.   But I wouldn't remember.

1          Milton "Todd" Ault, III

2     Q.  If you look at the next sentence under -- or

3  the next paragraph under the sentence I just read, it

4  says the ongoing transition to a business model and

5  structure as a holding company will provide the

6  opportunity to be more shareholder-centric and

7  incorporate financial sophistication to all elements

8  of the company.

9          Do you have any understanding of what's meant

10  by a holding company structure in the context of that

11  statement?

12     A.  It's a company that's set up to hold

13  investment either control, minority, or some sort of

14  economic interest in other subsidiaries.

15     Q.  And does that continue to be the case today

16  for the entity?

17     A.  It does.

18     Q.  If you look at the second page of Exhibit 3,

19  it lists some of the assets that are on the company's

20  balance sheet as of that point, and it talks about

21  cash and marketable securities of approximately

22  2.5 million.

23          Were those holdings in publicly traded

24  companies?

25          MR. VOLYNSKY:  I'm going to object to the

1                  Milton "Todd" Ault, III
2        A.   40 million, 60 million maybe.
3        Q.   Now, did there come a time when DPW formed a
4   subsidiary named Super Crypto Mining?
5        A.   It did, yes.
6        Q.   Do you recall when that was?
7        A.   '17 or '18.
8        Q.   And whose decision was it --
9             MR. VOLYNSKY:  (Inaudible.) -- breakfast.
10   Can we just take a 10-minute break?
11             MR. MANDEL:  Sure.  Let's take a 10-minute
12   break.
13             MR. VOLYNSKY:  (Inaudible) -- 10.
14             MR. MANDEL:  Come back at 12:45 -- or 9:45
15   your time.
16             MR. VOLYNSKY:  Yeah, that's fine.  Are we off
17   the record?
18             THE VIDEOGRAPHER:  Okay.  Going off the
19   record.  The time is 9:33.
20             (Recess taken.)
21             THE VIDEOGRAPHER:  Going back on the record.
22   The time is 9:44.
23   BY MR. MANDEL:
24        Q.   Mr. Ault, before the break you had indicated
25   that you remembered Super Crypto being formed in

1      Milton "Todd" Ault, III

2   either 2017 or 2018.

3         I'm going to at this time mark as Ault
 **Mandel Exhibit E**
4   Exhibit 6 a document bearing production numbers

5   DEFENDANTS_ 28 to 34.  It's now up in the chat room.

6         (Exhibit 6 for identification.)

7      Q.  And I'll ask you to look at this document and

8   tell me whether it refreshes your recollection that

9   Super Crypto was actually incorporated on January 30th

10  of 2018.

11        MR. VOLYNSKY:  Objection.  Form.

12     A.  Okay.  Yes, I see it.

13     Q.  And is that accurate, to your understanding,

14  that the company would have been officially formed in

15  January of 2018?

16     A.  Yes.

17     Q.  And were you involved in the decision to

18  incorporate that entity?

19        MR. VOLYNSKY:  Objection.  Form.

20     A.  I was the CEO of DPW at the time, so yes.

21     Q.  And can you explain what the reasons for

22  forming the company were?

23     A.  We wanted to have a subsidiary focused on

24  crypto mining Bitcoin, Ethereum.

25     Q.  And can you explain what Super Crypto's

Page 53

1                     Milton "Todd" Ault, III

2       Q.  Does it still?

3       A.  I don't think Super Crypto Mining is a

4    company anymore.

5       Q.  I'm sorry?

6       A.  I don't think Super Crypto Mining is a

7    company anymore, and if it is, it is -- I don't

8    know -- does this -- does it have its own wallet?  I

9    don't know.  I don't run that company.

10      Q.  Who runs that company?

11      A.  Darren Magot.

12      Q.  And as far as you understand, that company is

13   not operational at present; right?

14      A.  It doesn't have any operations that I'm aware

15   of.

16      Q.  Did the company, during the time that it was

17   operational, use the Bitcoin that it mined to fund its

18   operations in any way?

19          MR. VOLYNSKY:  Objection.  Form.

20      A.  I believe it used its crypto-mining proceeds

21   to pay its bills, amongst other things, yeah.

22          MR. VOLYNSKY:  Calls for speculation.

23      Q.  Did it pay its bills in cryptocurrency?

24      A.  I believe some it did and some it didn't;

25   some it had to probably sell its crypto to get US

1                     Milton "Todd" Ault, III

2    revenues anywhere close to that number?

3          MR. VOLYNSKY:  Objection.  Form.

4    A.  I don't think so.

5    Q.  Do you know whether they even achieved

6    a million dollars of revenue in 2018?

7    A.  As I said earlier, I'd have to look at the

8    financials.  I don't know what they did.

9    Q.  Now, it's correct that Super Crypto

10   discontinued its operations as of 2020; correct?

11         MR. VOLYNSKY:  Objection.  Form.

12   A.  Yeah, I think so.

13   Q.  And that was in part due to deteriorating

14   business conditions in the cryptocurrency mining

15   sector; correct?

16   A.  It got pretty bad for a while, yeah.

17         MR. MANDEL:  I'd like to at this time mark as
**Mandel Exhibit F**

18   Exhibit 8 a copy of DPW's 10-K for the fiscal year

19   ending December 31st, 2020.

20         MS. CHESTUKHIN:  Should be in the chat now.

21         (Exhibit 8 for identification.)

22   Q.  Do you recognize Exhibit 8 as the 10-K filed

23   at -- by what was at the time Ault Global Holdings,

24   Inc., for the fiscal year ended December 31st, 2020?

25   A.  I do.

1       Milton "Todd" Ault, III

2       Q.  And if you jump ahead to page F-28, which I

3   believe is page 118 of the PDF.  Do you have that in

4   front of you?

5       A.  118?

6       Q.  Yes.

7       A.  F-28, you said?

8       Q.  F-28 it says at the bottom of the page.

9       A.  Okay.

10      Q.  If you look under "Discontinued Operations,"

11  it says:

12              "During the first quarter of 2020, due

13          to deteriorating business conditions in the

14          cryptocurrency mining sector, the company

15          ceased operations at Digital Farms."

16       Digital Farms was the name that Super Crypto

17  changed to; correct?

18      A.  I believe so, yeah.  I think so.

19      Q.  And do you know why that name change was

20  made?

21      A.  I think the people didn't like the

22  Super Crypto name.

23      Q.  And if you look at the last sentence of that

24  first paragraph, it talks about several factors which

25  had negatively affected the number of active miners

Page 62

1                    Milton "Todd" Ault, III

2        A.   Yeah.

3        Q.   And is it the intent to hold that money to

4   deal with potential liabilities that the company still

5   may have?

6        A.   Of course.

7        Q.   And what liabilities are you currently aware

8   of that the company has?

9        A.   I don't know the specific liabilities, but

10  they are in a lawsuit with your client.

11       Q.   Other than the lawsuit with our client, is

12  Super Crypto involved in any other litigations at

13  present?

14       A.   I don't think so.
                              **Mandel Exhibit G**
15       MR. MANDEL:  Let's mark as Exhibit 9 a

16  document bearing production numbers DEFENDANTS_ 1 to

17  2.

18            (Exhibit 9 for identification.)

19       Q.   We've put up what has been marked as

20  Exhibit 9.  I'll represent to you these were what was

21  produced to us in discovery by the defendants.

22            Do you recognize them?

23       A.   I don't know that I've seen these before.

24       Q.   Do you recognize them as balance sheets for

25  the entity that we've been referring to as

1              Milton "Todd" Ault, III

2   Super Crypto?

3       A.  Yes.

4       Q.  And do you have any reason to believe that

5   these aren't accurate balance sheets as of the dates

6   that are stated?

7       A.  No.

8       Q.  If you look at the balance sheet, the only

9   fixed assets that seem to be there are furniture and

10  equipment.  Is that correct?

11      A.  That's what it says, yeah.

12      Q.  And that seems to be basically the computers

13  that we've been talking about.  Is that accurate?

14          MR. VOLYNSKY:  Objection.  Form.

15      A.  I wouldn't know.  I don't do any accounting.

16      Q.  Well, based on your knowledge as chairman of

17  the board of Super Crypto and also as CEO of its

18  parent company, do you have any reason to believe that

19  what's referenced as computers on the balance sheet

20  for Super Crypto is anything other than the

21  cryptocurrency mining machines we've been talking

22  about?

23          MR. VOLYNSKY:  Objection.

24      A.  I wouldn't know.  I wouldn't know.  I don't

25  know whether there was intercompany stuff.  I have no

Page 64

1                    Milton "Todd" Ault, III

2    idea.

3       Q.   Okay.   There doesn't seem to be any cash or

4    Bitcoin listed as an asset.   Do you know why that is?

5       A.   Maybe they spent it.   I don't know.

6       Q.   And if you look at the balance sheet, is it

7    fair to say that for both 2018 and 2019 that the

8    liabilities exceeded the assets for the company?

9    Correct?

10      A.   Correct.   Yeah.

11      Q.   Is it fair to say that the liabilities

12   exceeded the assets for Super Crypto throughout its

13   existence?

14           MR. VOLYNSKY:   Objection.   Form.

15      A.   I would think that would be fair, yeah.

16      Q.   And would it be fair to say the company was

17   essentially insolvent throughout its --

18           MR. VOLYNSKY:   Objection.   Form.

19      A.   No, I don't think so.

20      Q.   Well, what's your understanding of what

21   insolvency means?

22      A.   It has a parent company that was providing

23   the capital, so I object -- I don't agree with your

24   statement at all.

25      Q.   So it had a parent company that could provide

1              Milton "Todd" Ault, III

2   capital.  Other than that, in terms of its own

3   operations and what it could generate, is it fair to

4   say it was insolvent?

5              MR. VOLYNSKY:  Objection.  Form.

6       A.   This is a definition, and I'm not an

7   accountant and I am not an auditor, and that's a very

8   highly technical term, insolvency.

9       Q.   Well, I'm just interested in your

10  understanding.  As a CEO of a public company, I assume

11  you have some understanding in your own mind of what

12  insolvency means.

13            And I'm asking you, separate and apart from

14  any contributions that the parent company could make,

15  is it fair to say that Super Crypto throughout its

16  existence was essentially insolvent?

17            MR. VOLYNSKY:  Objection to form.

18      A.   I don't think so, no.

19      Q.   Do you think it was capable of meeting its

20  obligations without assistance from its parent

21  company?

22            MR. VOLYNSKY:  Objection.  Form.

23      A.   I think if it didn't have a parent company

24  that was a supportive investor that didn't commit to

25  investing in the company, then it would not exist;

Page 66

1              Milton "Todd" Ault, III

2    that's correct.

3         Q.  Say that again.

4         A.  I think it's fair to say that if it didn't

5    have a parent company that was a supportive

6    shareholder, based on the way you are asking the

7    question, then it wouldn't exist.

8         Q.  So it could only exist with either the

9    support of some investor or a parent company that

10   could fund it; correct?

11        A.  The company would have had to go get --

12   finance its operations by seeking outside investment

13   if it didn't have a parent company, yes.

14        Q.  Because it had a parent company it didn't

15   have to do that; correct?

16            MR. VOLYNSKY:  Objection.  Form.

17        A.  I would say yes.

18        Q.  And it didn't do that in fact; right?  It

19   didn't seek out independent funding apart from the

20   parent company; correct?

21            MR. VOLYNSKY:  Objection.  Form.

22        A.  I don't recall whether it tried to seek

23   outside money or not.

24        Q.  But it's fair to say the parent company did

25   fund it throughout its existence; correct?

1              Milton "Todd" Ault, III

2     Q.  Now, Super Crypto was a wholly-owned

3  subsidiary of DPW throughout its existence; correct?

4     A.  Yes.

5     Q.  Do you know whether Coolisys ever loaned

6  money to Super Crypto?

7     A.  It may have.

8     Q.  Do you know one way or the other?

9     A.  It may have.  I don't know whether it did or

10 not.

11    Q.  Do you know whether DPW ever loaned money to

12 Super Crypto?

13    A.  I'm sure it did.

14    Q.  And why do you say that?

15    A.  Because we were its parent company.  We lend

16 money to our subsidiaries all the time.

17    Q.  And when you said you lent money, would that

18 be pursuant to formal loan agreements?

19    A.  If it's 100 percent owned, it's usually

20 intracompany.  If it's not, there usually are some

21 sort of loan agreements in place.

22    Q.  So in the case of Super Crypto, since it was

23 100 percent owned, is it fair to say there were no

24 formal loan agreements in place?

25    A.  I don't do the accounting.  I don't know if

1          Milton "Todd" Ault, III

2  there would be or not.  Probably not, but I don't

3  know.  They just keep track of intercompany balances.

4      Q.  So when you talked about the parent company

5  funding Super Crypto, would that be considered a

6  company loan?

7      A.  It could be a loan, could be equity, could be

8  a convertible.  Whatever form we were doing at the

9  time.  Probably in the early stages it was just an

10  advance.

11      Q.  What would an advance be?

12      A.  Be a transfer of money towards a future

13  transaction.

14      Q.  With no obligation to repay it?

15      MR. VOLYNSKY:  Objection.  Form.

16      A.  I wouldn't say there's no obligation to pay

17  it.  I think there's an obligation to create a

18  security or some sort of loan around it.  You don't

19  know what you are creating.  Sometimes you advance

20  money to a subsidiary and then do a future deal, like

21  you might advance them $10 million over a couple

22  of years, and then decide to make it a loan or a

23  convertible or equity or preferred, something like

24  that.

25      Q.  And do you know how the money that was

1               Milton "Todd" Ault, III
2   advanced from DPW to Super Crypto was treated?
3       A.  I don't recall, no.
4       Q.  I take it that money was never paid back.
5   Correct?
6       A.  I really wouldn't know, with the accounting
7   intercompany back and forth, about whether it was paid
8   back or not.
9       Q.  Well, you know the company ceased operations,
10  right, because it was not successful?  That's fair to
11  say; right?
12          MR. VOLYNSKY:  Objection.  Form.
13      A.  Many companies that are formed don't work
14  out.  So sure, I'm aware that it doesn't -- it's not
15  operating right now, yeah.
16      Q.  And you are aware that it liquidated its
17  assets for whatever it could get; correct?
18          MR. VOLYNSKY:  Objection.  Form --
19  (inaudible) -- stated --
20      A.  I'm aware --
21          MR. VOLYNSKY:  Let me finish my objection.
22          Go ahead.
23      A.  I'm aware that it sold assets, yeah.
24      Q.  So based on that, you are aware that it was
25  never able to pay back to DPW the money that was

1          Milton "Todd" Ault, III

2    advanced to it; correct?

3          MR. VOLYNSKY:  Objection.

4    A.  I don't know whether it paid it back or not.

5    Q.  So your testimony as the CEO of this public

6    company is, even though you know Super Crypto had

7    deteriorating business conditions, ceased operations,

8    liquidated its assets, you don't know one way or

9    another whether it ever paid back DPW for the money

10   that was advanced to it; is that your testimony?

11         MR. VOLYNSKY:  Objection --

12   A.  I can speculate that it did or didn't, but I

13   don't know specifically.

14   Q.  Okay.  You don't have a pretty good idea that

15   it didn't pay it back?

16         MR. VOLYNSKY:  Objection.  Asked and

17   answered.

18   A.  I have an idea that it probably didn't, but I

19   don't know the specifics.  I don't recall it being a

20   big asset.                **Mandel Exhibit H**

21         MR. MANDEL:  Let's mark as Exhibit 10 a

22   document bearing production numbers DEFENDANTS_ 4885

23   to 4897.

24         (Exhibit 10 for identification.)

25   Q.  Exhibit 10 consists of a document that was

Page 72

1            Milton "Todd" Ault, III

2  produced in discovery by defendants.  There is an

3  e-mail on the cover page from Mr. Magot to various

4  individuals, and then behind it are various banking

5  statements.

6            Have you ever seen Super Crypto's banking

7  statements?

8       A.  No.

9       Q.  Were you aware that Super Crypto had a bank

10 account for approximately two months in February to

11 April of 2018?

12      A.  I vaguely remember something like Wells Fargo

13 or something, yeah.

14      Q.  And were you aware that that account was

15 closed in April 2018?

16      A.  I recall hearing that they couldn't get a

17 bank account or keep it open, yeah.    **Mandel Exhibit H**

18      Q.  If you look at the second page of Exhibit 10,

19 it appears to contain a statement for a bank account,

20 checking bank account in the name of Super Crypto

21 Mining as of February of 2018.  Is that correct?

22      A.  That's what it appears, yes.

23      Q.  And if you look at it, the beginning balance

24 when the account was opened is zero, and there were

25 deposits of just over $50,000 during the course of

1          Milton "Todd" Ault, III

2    February 2018.

3          Do you recall the Super Crypto being funded

4    with approximately $50,000 in contributions during

5    February of 2018?

6          MR. VOLYNSKY:  Objection.  Form.

7     A.  I don't handle any of the banking, so I

8    wouldn't -- I do vaguely recall us providing capital

9    to them, but I didn't handle any of the banking.

10    Q.  But you directed that the money be given to

11    them; correct?

12          MR. VOLYNSKY:  Objection.  Form.  Objection.

13    Form.

14    A.  I directed -- I'm in charge of capital

15    allocation, so I would have told the various people to

16    make sure they had funding, yes.  It's a broad

17    question.

18    Q.  Well, ultimately whatever funding was

19    provided to Super Crypto was subject to your decision;

20    correct?

21          MR. VOLYNSKY:  Objection.

22    A.  Amongst mine and the boards, yeah.

23    Q.  When you say the board, are you referring to

24    the board of Super Crypto or the board of DPW?

25    A.  I'm referring to both.  The board would have

1    Milton "Todd" Ault, III

2    said we need money and the board of DPW would have

3    given me the authority to use the money to provide

4    them capital.

5        Q.  And you were the chairman of the board of

6    Super Crypto; correct?

7        A.  I believe I was, yeah.

8        Q.  And you were also the chairman of the board

9    of DPW; correct?

10        A.  That's correct.

11        Q.  Do you recall who else was on the board of

12    DPW -- strike that.

13            Do you recall who else was on the board of

14    Super Crypto in 2018?

15        A.  I think Darren was.

16        Q.  And was Will Horne also on the board?

17        A.  I don't know specifically.  It would have

18    been quite likely that he was.

**Mandel Exhibit I**

19            MR. MANDEL:  Let's mark as Exhibit 11 a

20    document bearing production numbers DEFENDANTS_  3 to

21    5.

22            (Exhibit 11 for identification.)

23        Q.  If you look at Exhibit 11 at the last page,

24    does that refresh your recollection that William Horne

25    was a member of the board of directors for

1                   Milton "Todd" Ault, III

2    Super Crypto?

3         A.   Yes.

4         Q.   And is it correct that Mr. Horne is also a

5    member of the board of directors for DPW?

6         A.   That's correct.

7              MR. VOLYNSKY:   What time period are you

8    asking him?

9         Q.   Well, let me ask you, during what period of

10   time has Mr. Horne been a director of DPW?

11        A.   My guess is the last five years.

                                   **Mandel Exhibit H**

12        Q.   Let me direct you back to Exhibit 10 at this

13   time, and looking at the third page of the exhibit,

14   which bears the number DEFENDANTS_ 4887, you see that

15   there are three separate deposits listed during the

16   month of February for 20,000, 5,000, and 25,000.  Do

17   you see that?

18        A.   Uh-huh.

19        Q.   And those all originated with DPW; correct?

20        A.   It looks like it, yeah.

21        Q.   And that represents the full extent of the

22   funding that was provided to Super Crypto in

23   February of 2018; correct?

24             MR. VOLYNSKY:   Objection.   Form.

25        A.   I wouldn't know that, no.

1          Milton "Todd" Ault, III

2     Q.   Well, at least according to this bank

3  statement, you don't see anything other than a $25

4  initial deposit to start the account; correct?

5     A.   Yeah, I mean, on the bank statement, but you

6  can provide capital in other ways, so...

7     Q.   Was capital provided in other ways?

8     A.   I recall us paying bills for them, sure.

9     Q.   What bills do you recall paying for them?

10     A.   I don't know the specifics.  I just know that

11  they had lost their bank accounts a few times and we

12  paid bills for them.

13     Q.   When you say you "paid bills for them," you

14  mean DPW; correct?

15     A.   I still mean DPW, yeah, yep; that's right.

16     Q.   And why was DPW paying Super Crypto's bills?

17     A.   I think they lost their bank accounts.

18     Q.   Was DPW paying Super Crypto's bills before it

19  lost its bank account?

20     A.   I don't recall.  I don't know.  It might

21  have.

22     Q.   If you look at March of 2018, if you move

23  ahead in the document to DEFENDANTS_ 4891, you see

24  that that is a copy of a March bank account statement

25  for Super Crypto; correct?

1    Milton "Todd" Ault, III

2    A.   Okay.

3    Q.   And on March 7th there is a deposit for

4    $150,000; correct?

5    A.   Yeah, it looks like it, yep.

6    Q.   And that money was provided also by DPW;

7    correct?

8    A.   That's what it says, yeah.

9    Q.   And then on March 9th, 70,000 was provided;

10   correct?

11   A.   That's what it says on the statement, yeah.

12   Q.   And that was provided by DPW; correct?

13   A.   That's what it says.

14   Q.   Do you have any reason to think the statement

15   is inaccurate?

16   A.   No.

17   Q.   And if you look after the 70,000 deposit,

18   that same day there is an $80,000 transfer to

19   Blockchain Mining.  That's the plaintiff in this case;

20   correct?

21        MR. VOLYNSKY:  Objection to form.

22   A.   Sure, yeah, it looks correct to me on the

23   statement.

24   Q.   So is it fair to say that DPW provided the

25   funding to Super Crypto for it to pay 80,000 to

1                    Milton "Todd" Ault, III

2    Blockchain?

3            MR. VOLYNSKY:  Objection.  Form.

4        A.  It's fair to say that DPW provided the

5    company funding and they paid their bills, to

6    Blockchain, yes.

7        Q.  Did DPW have any ability to pay its bills to

8    Blockchain without funding from DPW?

9            MR. VOLYNSKY:  Objection.  Form.

10       A.  So your question is did Super Crypto have the

11   ability to pay its bills without funding from DPW; is

12   that the question?

13       Q.  Yes.

14       A.  It did mining, so it may have had mining

15   proceeds.  I don't know.

16       Q.  Are you aware of it having sufficient mining

17   proceeds to pay bills without support from DPW?

18           MR. VOLYNSKY:  Objection.  Form.

19       A.  Money is fungible.  So sufficient?  They

20   never generated positive cash flow that I'm aware of,

21   so they would have always needed some sort of funding

22   during this time frame.

23       Q.  And if you look, taking you back to
     **Mandel Exhibit H**
24   Exhibit 10, if you look at page 4892, there is a

25   reference there for $125,000 deposit on March 13th.

1          Milton "Todd" Ault, III

2   Do you see that?

3        A.   I do.

4        Q.   And that also came from DPW; correct?

5        A.   That's what the statement says.

6        Q.   And you have no reason to doubt that this

7   statement is accurate; correct?

8        A.   I have no reason to doubt the statement is

9   accurate.

10        Q.   And that same day that the transfer was made,

11   it shows Super Crypto making a transfer to Blockchain

12   Mining in the amount of $83,625; correct?

13        A.   That's what it says, yes.

14        Q.   And do you know what that money represents?

15             MR. VOLYNSKY:   Objection.

16        A.   I don't know.   I presume a payment to

17   Blockchain.   I mean, I don't know.

18        Q.   And if you look at the rest of DEFENDANTS_

19   4892, there's three additional transfers or deposits

20   into Super Crypto's bank account for 25,000, 50,000,

21   and 50,000.   Do you see that?

22        A.   I do.

23        Q.   And those all originated with DPW as well;

24   correct?

25             MR. VOLYNSKY:   Objection.   Form.

1              Milton "Todd" Ault, III

2        A.   That's what the statement says, yes.

3        Q.   And on the next page, 4893, there is a

4    deposit for $30,000 shown; correct?

5        A.   Correct.

6        Q.   And that also originated with DPW; correct?

7             MR. VOLYNSKY:  Objection.  Form.

8        A.   Yes.                    **Mandel Exhibit H**

9        Q.   So if you look back at 4890 of Exhibit 10, it

10   looks like about $500,000 worth of deposits were made

11   in Super Crypto's account March of 2018; correct?

12       A.   Yep, that's right, 500,000.

13       Q.   And all of that came from DPW; correct?

14            MR. VOLYNSKY:  Objection.

15       A.   That's what the statement says.

16            MR. MANDEL:  Let's mark as Exhibit 12 a

17   document bearing production numbers DEFENDANTS_ 4846

18   to 4847.

19            (Exhibit 12 for identification.)

20       Q.   Do you recognize Exhibit 12, the first page,

21   as an e-mail that Mr. Magot sent to various

22   individuals, CC'ing you, in April of 2018?

23       A.   I recognize it, yes.

24       Q.   And in it Mr. Magot indicates that

25   Wells Fargo had sent notice that they were closing

Page 84

1          Milton "Todd" Ault, III

2   The time is 10:48.

3   BY MR. MANDEL:

4       Q.  Mr. Ault, is it correct that during 2018

5   Mr. Magot would come to you with requests for funds to

6   pay certain bills that Super Crypto had?

7       A.  Yes.

8       Q.  And is it correct that you would then

9   determine what amount of funding to make available to

10  Super Crypto?

11          MR. VOLYNSKY:  Objection.  Form.

12      A.  Yes.                    **Mandel Exhibit J**

13          MR. MANDEL:  Let's mark as Exhibit 14 a

14  document bearing production number DEFENDANTS_ 4699.

15          (Exhibit 14 for identification.)

16      Q.  Is Exhibit 14 an e-mail that you sent to

17  Mr. Magot with various CCs on February 20th, 2018?

18      A.  It appears to be, yes.

19      Q.  And who is Olga Chupric, that appears on the

20  e-mail?

21      A.  She was the controller for DPW.

22      Q.  Did she hold any position in Super Crypto?

23      A.  I don't think so, no.

24      Q.  And in this e-mail you say, "Please make the

25  payment for Super Crypto today."

Page 85

1            Milton "Todd" Ault, III

2        There seems to be a reference further down in

3    the e-mail to a bill for $33,000.

4        Is that correct?

5    A.   That's right.

6    Q.   And why were you instructing Ms. Chupric to

7    make the payment?

8    A.   Because she was the one who handled the bank

9    account for DPW.

10   Q.   And so would those funds come from DPW's

11   assets?

12   A.   Yes.

13        MR. VOLYNSKY:   Objection.

**Mandel Exhibit K**

14        MR. MANDEL:   Let's mark as Exhibit 15 a

15   document bearing production number DEFENDANTS_ 4700.

16        (Exhibit 15 for identification.)

17   Q.   Is Exhibit 15 an e-mail that you sent to the

18   individuals listed on February 20th of 2018?

19   A.   It appears to be, yes.

20   Q.   And who is Amos Kohn?

21   A.   He was the CEO of a subsidiary of DPW.

22   Q.   Did he hold any position in DPW itself?

23   A.   At one point he was the CEO.

24   Q.   As of February 20th of 2018 did he hold any

25   position in DPW?

1                    Milton "Todd" Ault, III

2      A.   He might have been the president.

3      Q.   I'm sorry?

4      A.   I think he was the president.  I can't

5  recall.

6      Q.   Of DPW?

7      A.   Yes.

8      Q.   And why was he included on this e-mail?

9      A.   Because he was the president and I think he

10 ran Coolisys, which was a subsidiary.

11     Q.   And in this e-mail you are authorizing

12 $20,000 to be wired to Super Crypto; correct?

13     A.   Yes.

14     Q.   That corresponds with the deposit that we saw

15 previously in the checking account; correct?

16          MR. VOLYNSKY:  Objection.  Form.

17     A.   Okay.  Sure.  Yes.

18     Q.   Does that refresh your recollection that you

19 weren't personally involved in authorizing the money

20 that was funding Super Crypto?

21          MR. VOLYNSKY:  Objection to form.

22     A.   I don't recall saying I didn't -- wasn't

23 involved.  So, I mean...

24     Q.   Okay.  And was Mr. Kohn responsible for doing

25 wires?

Page 87

1          Milton "Todd" Ault, III

2     A.  No.  Olga was.

3     Q.  So he was just being informed basically of

4 what was going on?

5          MR. VOLYNSKY:  Objection.  Form.

6     A.  Maybe he was being informed that money that

7 he was in charge of was being allocated.  I don't know

8 what the reasons were.

9     Q.  Okay.

10     A.  Could have been.

11          MR. MANDEL:  Let's mark as defendants' -- as
   **Mandel Exhibit L**
12 Ault Exhibit 16 a document bearing production

13 number DEFENDANTS_ 4702.

14          (Exhibit 16 for identification.)

15     Q.  Is Exhibit 16 an e-mail that you sent to Olga

16 Chupric and Amos Kohn and Will Horne on February 22nd

17 of 2018?

18     A.  Okay.

19     Q.  And in that e-mail, is it correct that you

20 were authorizing $5,000 of DPW's money to be allocated

21 to Super Crypto Mining?

22          MR. VOLYNSKY:  Objection.  Form.

23     A.  I think that's what I was doing, yeah.

24     Q.  And in your capacity as the chairman of DPW,

25 were you responsible for allocating funds to other

1                    Milton "Todd" Ault, III

2    subsidiaries?

3        A.  Yes, I am in charge of all capital allocation

4    from the parent company.

5        Q.  And is it common practice for the parent

6    company to allocate capital to its various

7    subsidiaries?

8        A.  That's the reason we're here.

9        Q.  Did any of the subsidiaries of DPW have

10   sufficient operating capital based on their own

11   operations to do business without the support of the

12   parent company, DPW?

13            MR. VOLYNSKY:  Objection.  Form.

14       A.  I don't know how to answer that question.

15   Some of the subsidiaries of DPW have been in business

16   for 63 years, long before DPW was here.  So when you

17   use the word "any," I would say yes, some of them have

18   the ability to do business without the parent company.

19       Q.  And do some of them not have that ability?

20       A.  Some of them still require capital as they're

21   growing, they have -- you know, they -- yes.

22            MR. MANDEL:  Let's mark as Defendants'
     **Mandel Exhibit M**
23   Exhibit 17 a document bearing production

24   number DEFENDANTS_ 4709.

25            (Exhibit 17 for identification.)

Page 89

Milton "Todd" Ault, III

**Mandel Exhibit M**

1
2    Q.   Do you recognize Exhibit 17 as an e-mail that
3    you sent to Mr. Kohn and Ms. Chupric on March 7th of
4    2018?
5    A.   Yes.
6    Q.   And in this e-mail you say, "Sent you another
7    150K."  What does that mean?
8    A.   It means I sent them another 150K.
9    Q.   Where would that money come from when you
10   send to Olga money?
11        MR. VOLYNSKY:   Objection.   Form.
12   A.   Probably came from the parent company.
13   Q.   And then you say "please wire to
14   Super Crypto," so you are directing where it is to be
15   allocated; correct?
16   A.   That would be the case, yes.

**Mandel Exhibit N**

17        MR. MANDEL:   Let's mark as Exhibit 18 a
18   document bearing production number DEFENDANTS_ 4715.
19        (Exhibit 18 for identification.)
20   Q.   Is Exhibit 18 an e-mail that you sent to
21   Mr. Kohn and Ms. Chupric on March 9th of 2018?
22   A.   Yes, it is.
23   Q.   And by this e-mail were you authorizing that
24   DPW send $70,000 to Super Crypto?
25        MR. VOLYNSKY:   Objection.   Form.

1              Milton "Todd" Ault, III

2      A.  Yes, I am.

3      Q.  And you say, "I need this wired in the next

4  one hour or so."

5          Do you have any understanding of why there

6  would be that timing requirement?

7      A.  I don't recall why I had a timing requirement

8  back in 2018.                    **Mandel Exhibit O**

9          MR. MANDEL:  Let's mark as Exhibit 19 a

10  document bearing production number DEFENDANTS_ 4721.

11          (Exhibit 19 for identification.)

12      Q.  This is an e-mail that you sent to Mr. Kohn,

13  Ms. Chupric, and others on March 14, 2018; correct?

14      A.  It does appear to be an e-mail I sent, yes.

15      Q.  And in this e-mail you are authorizing

16  $25,000 of the parent's money to be sent to

17  Super Crypto; correct?

18      A.  Yes.

19      Q.  And you say, "You may need money to do this."

20  What do you mean by that?

21      A.  She may need more money.  I may need to

22  transfer her more money.

23      Q.  And whatever money she needs is being

24  supplied by DPW?

25      A.  Yes.

1      Milton "Todd" Ault, III

2          MR. MANDEL:  Let's mark as DEFENDANTS_ 4725 a

3   document bearing production number DEFENDANTS_ 4725 to

4   4726.    **Mandel Exhibit P**

5          (Exhibit 20 for identification.)

6      Q.  Do you recognize this as e-mails you

7   exchanged with Ms. Chupric in March of 2018?

8      A.  Yes.

9      Q.  And in the e-mail just below yours

10  Ms. Chupric writes, "We have no money to make any

11  payments," and then you respond, "How much would you

12  like?"

13          When Ms. Chupric says she has no money to

14  make payments, does that mean in the DPW bank account?

15          MR. VOLYNSKY:  Objection.  Form.

16     A.  I don't know.  Probably been in the bank

17  account for Digital Power.

18     Q.  And you say "how much would you like?"  You

19  are asking, basically, her to tell you what's needed;

20  is that right?

21          MR. VOLYNSKY:  Objection.  Form.

22     A.  It means exactly what it says, how much money

23  would you like to make the payments.    **Mandel Exhibit Q**

24          MR. MANDEL:  Let's mark as Exhibit 21 a

25  document bearing production number DEFENDANTS_ 4764.

Page 92

1                    Milton "Todd" Ault, III

2               (Exhibit 21 for identification.)
                   Mandel Exhibit Q
3        Q.  Is Exhibit 21 an e-mail that you sent to the

4    individuals listed on March 16th of 2018?

5        A.  Yes.

6        Q.  And in it you request that $50,000 be wired

7    to Super Crypto; correct?

8        A.  Yes.

9        Q.  And that was to fund Super Crypto for it to

10   pay its bills; correct?

11              MR. VOLYNSKY:  Objection.  Form.

12       A.  Yes.

13       Q.  And when you say, "How much should I 'will'

14   wire for today," is it fair to say it was almost a

15   daily occurrence where you would be asked to send

16   money to pay various bills of the subsidiaries?

17              MR. VOLYNSKY:  Objection.  Form.

18       A.  I think it's fair to say that at any given

19   time any of the 18 subsidiaries we have may or may not

20   need money.

21       Q.  And you were regularly involved in

22   determining what money to send them; correct?

23       A.  Not today.

24       Q.  But you were, in 2018; correct?

25       A.  I was, yeah.

1          Milton "Todd" Ault, III

2      Q.  How does it work today?

3      A.  We have 650 million in assets and an

4  accounting team of around 15 people.  I'm not involved

5  on a daily basis about every single subsidiary.

6      Q.  When did you stop being involved on a daily

7  basis?

8      A.  I don't recall the exact time.

9      Q.  The transformation that you talked about in

10  terms of the assets, how did that develop over time?

11          MR. VOLYNSKY:  Objection.  Form.

12      A.  How did the -- we raised capital.  We're a

13  growing holding company listed on the national

14  exchange.

15      Q.  Right.  But you were listed on the national

16  exchange in 2018 also; correct?

17      A.  Yeah.  We raised money then too.

18      Q.  But yet you were still involved on a daily

19  basis in the subsidiary funding in 2018; correct?

20      A.  The subsidiaries weren't developed as much as

21  they are now.

22      Q.  Where has that growth taken place primarily,

23  would you say?

24          MR. VOLYNSKY:  Object -- I'll withdraw the

25  objection.

1       Milton "Todd" Ault, III

2       A.  We required more historical profitable

3   businesses like the crane company, and the lender has

4   grown.  I don't know.  Just evolved over time.

5       Q.  Did you say the gray (sic) company?

6       A.  The crane company.

7       Q.  The crane company.  When did you acquire that

8   company?

9       A.  December.

10          MR. VOLYNSKY:  Objection.

11      Q.  I'm sorry?

12          MR. VOLYNSKY:  Objection.  Asked and

13  answered.

14          Go ahead.

15      A.  December of 2022.

16      Q.  Thank you.

                    **Mandel Exhibit R**

17          Let's mark as Exhibit 22 a document bearing

18  production number DEFENDANTS_ 4787.

19          (Exhibit 22 for identification.)

20      Q.  Is Exhibit 22 an e-mail that you sent to

21  Mr. Magot and Ms. Chupric and Mr. Horne on March 21st

22  of 2018?

23      A.  I did send this e-mail, yes.

24      Q.  And in this e-mail you are authorizing

25  $50,000 of DPW's money to go to Super Crypto; correct?

1    Milton "Todd" Ault, III

2    A.   Correct.

**Mandel Exhibit S**

3         MR. MANDEL:   Let's mark as Exhibit 23 a

4    document bearing production number DEFENDANTS_ 4310

5    through 4312.

6         (Exhibit 23 for identification.)

7    Q.   Is it Exhibit 23 a March 21, 2018, e-mail

8    that Mr. Magot sent to you?

9    A.   Yeah.

10   Q.   And in it he says, "Here are the needs for

11   Super Crypto tomorrow."

12        So is it fair to say he's outlining what

13   funding he needs for Super Crypto?  Correct?

14        MR. VOLYNSKY:   Objection to form.

15   A.   Yes.

16   Q.   And at the top of the list it says "wire to

17   escrow 1,487,500 for 500 miners in Toronto."

18        Do you have any understanding of what that's

19   a reference to?

20   A.   I think we were buying miners in Toronto.

21   Q.   Are those the machines that you were

22   purchasing from Blockchain Mining?

23        MR. VOLYNSKY:   Objection.

24        You can answer.

25   A.   I would assume they are.  I mean, I don't

1              Milton "Todd" Ault, III

2   know what we paid for this first 500, but it looks

3   familiar.

4      Q.  Do you know, as of March 22nd, 2018, did

5   Super Crypto have any ability to meet an obligation of

6   $1,487,500 without funding from its parent, DPW?

7          MR. VOLYNSKY:  Objection.  Form.

8      A.  I feel like I've answered this question

9   already.  It did require funding from its parent in

10  order to meet its objectives.        **Mandel Exhibit T**

11         MR. MANDEL:  Let's mark as Exhibit 24 a

12  document bearing production number DEFENDANTS_ 4824 to

13  4825 (sic).

14          (Exhibit 24 for identification.)

15     Q.  Is Exhibit 24 an e-mail that you received

16  from Mariah Corbett on March 29th of 2018?

17         MR. VOLYNSKY:  Hold on.  Richard, you said

18  4824, 4825?

19         MR. MANDEL:  I'm sorry.  Just 4824.

20         MR. VOLYNSKY:  Yeah.  Okay.

21         MR. MANDEL:  Apologize.

22         MR. VOLYNSKY:  That's okay.  Understood.

23     A.  Yeah, Mariah sent this e-mail.

24     Q.  And who is Mariah Corbett?

25     A.  She was my assistant at the time.

1       Milton "Todd" Ault, III

2       Q.  And in it, this is being directed to Olga so

3  that she can direct certain of DPW's funds; correct?

4       A.  Correct.

5       Q.  And it's directing that $40,000 go to

6  Super Crypto Mining; correct?

7       A.  Correct.
                                    **Mandel Exhibit U**

8       MR. MANDEL:  And let's mark as Exhibit 25 a

9  document bearing production number DEFENDANTS_ 4826.

10       (Exhibit 25 for identification.)

11       A.  Do you need 24 open still?

12       Q.  Is Exhibit 25 your response to Ms. Corbett?

13       A.  Go back for a second.  The other one, please.

14  1127, go down on -- it looks like, yes.

15       Q.  And in it you say "Wire less money" and then

16  you direct 30,000 to go to Super Crypto; correct?

17       A.  Yes.

18       Q.  And would it be common for you to have to

19  make decisions as to whether the full amounts being

20  requested were available?

21       A.  Yes.

22       MR. VOLYNSKY:  Objection --

23       THE WITNESS:  Sorry, Rob.  Sorry.

24       MR. VOLYNSKY:  Objection.  Form.

25       You can answer.

1                    Milton "Todd" Ault, III

2        A.   Yes, it would be common.

3        Q.   And how would you go about during that time

4    period making those connections?

5             MR. VOLYNSKY:   Objection to form.

6        A.   Just look at forecasted capital what we had.

7        Q.   I'm sorry.  Say that again.

8        A.   I would look at forecasted capital what we

9    had, make a determination what we had at the time.

10       Q.   And when you say "what we had," you are

11   talking about what DPW had; correct?

12       A.   I am.                 **Mandel Exhibit V**

13            MR. MANDEL:   Let's mark as Exhibit 26 a

14   document bearing production number DEFENDANTS_ 4868.

15            (Exhibit 26 for identification.)

16       Q.   Is it Exhibit 26 an e-mail that you sent to

17   Ms. Chupric and others on April 13 of 2018?

18       A.   It appears to be, yes.

19       Q.   And in it you say, "Please wire 25,000 to

20   Indian for Super Crypto Mining."

21            Do you have an understanding as to what

22   "Indian" is in reference to?

23       A.   It means Indiana.

24       Q.   And what is Indiana a reference to?

25       A.   We had a data center there.

1          Milton "Todd" Ault, III

2    Q.  You had a data center there?

3    A.  We did, we had a data center there.

4    Q.  And when you say we had one, who had the data

5 center?

6    A.  Super Crypto Mining.

7    Q.  And why would $25,000 be directed to the data

8 center?

9    A.  I've got no idea why, what it was doing at

10 the time.
                                    **Mandel Exhibit W**
11          MR. MANDEL:  Let's mark as Exhibit 27 a

12 document bearing production number DEFENDANTS_ 4313.

13          (Exhibit 27 for identification.)

14    Q.  I've put before you as Exhibit 27 a document

15 bearing the production number DEFENDANTS_ 4313 and

16 attachments running through 4345 (sic).

17          Looking at the first --

18    A.  Wait, wait.  It's only through 4336.

19    Q.  Oh, I'm sorry.  I misspoke.

20    A.  Okay.

21    Q.  Through 4336.  Thank you.

22    A.  Okay.

23    Q.  Looking at the first page of Exhibit 27, is

24 that an e-mail that Mr. Magot sent to you on April

25 19th of 2018?

1    Milton "Todd" Ault, III

2    A.   What was the question?

Mandel Exhibit W

3    Q.   Is the first page of Exhibit 27 an e-mail

4    that Mr. Magot sent to you on April 19th of 2018?

5    A.   It looks familiar, yeah.

6    Q.   And in it he says that:

7         "Since the Super Crypto bank account is

8         shut down, could you help make the following

9         payments that are due this week?"

10        Do you recall, after the closing of the bank

11   account, that he was coming to you to make the

12   payments?

13        MR. VOLYNSKY:  Objection.  Form.

14   A.   It looks that way.  I don't remember the

15   specifics.

16   Q.   If you look down toward the bottom of the

17   first page, under "Machines" there is a reference

18   "$1,621,375 Blockchain Mining Supply (send to escrow

19   for next 600 machines and PSUs)."

20        Do you have any understanding of what that's

21   a reference to?

22        MR. VOLYNSKY:  Objection.  Form.

23   A.   I think he was buying miners.

24   Q.   From Blockchain?

25   A.   Yes.

1                    Milton "Todd" Ault, III
**Mandel Exhibit X**
2    Exhibit 28, is the first page of Exhibit 28 an e-mail

3    that Mr. Magot sent to you on April 24th of 2018?

4         A.   Yes.

5         Q.   And in it he says:

6              "I thought it might be easiest if I

7         provided the list below of what invoices are

8         open and what has been paid.  That way we can

9         decide together how best to proceed."

10         Do you recall during this time period that

11    Super Crypto had a fair amount of invoices open?

12         MR. VOLYNSKY:  Objection.  Form.

13         A.   Yeah.  They owed money.

14         Q.   And in this e-mail it looks like the invoices

15    that he's referring to total over $2 million; correct?

16         A.   That's right.

17         Q.   And when he says, "We can decide together how

18    best to proceed," did you confer with him during this

19    time period on what bills should be paid?

20         A.   I conferred with him about what money we had.

21         Q.   And based on what money you had, you

22    determined what bills you could pay?

23         MR. VOLYNSKY:  Objection.  Form.

24         A.   I think so, yeah.

25         Q.   And when you say "what money we had," you

1           Milton "Todd" Ault, III

2    mean what money was available to DPW; correct?

3       A.   Yeah, what money Super Crypto had and what

4    money we had at DPW to provide in capital.

**Mandel Exhibit Y**

5            MR. MANDEL:   Let's mark as Exhibit 29 a

6    document bearing production number DEFENDANTS_ 4986 to

7    4987.

8            (Exhibit 29 for identification.)

9       Q.   Is Exhibit 29 an e-mail that Mr. Magot sent

10   to Ms. Chupric, CC'ing you and Mr. Horne, on April

11   30th of 2018?

12      A.   Yes.

13      Q.   And in the e-mail at the top Mr. Magot says,

14   "Can we please pay SMS today so that they don't shut

15   off our machines in Irvine?"

16           Who is SMS?

17      A.   Some other data center we had.

18      Q.   And was SMS a vendor of Super Crypto?

19      A.   Yes.

20      Q.   And do you know what Mr. Magot was referring

21   to when he talks about shutting off your machines,

22   what the possibility there was?

23           MR. VOLYNSKY:   Objection.  Form.

24      A.   I think he means if you don't pay them they

25   are going to shut off the machines.

1           Milton "Todd" Ault, III

2      Q.  And so it's fair to say he was looking for

3  funding from DPW to pay that bill; correct?

4           MR. VOLYNSKY:  Objection.  Form.

5      A.  Yes.
                          **Mandel Exhibit Z**

6           MR. MANDEL:  Let's mark as Exhibit 30 a

7  document bearing production numbers DEFENDANTS_ 4347

8  through 4355.

9           (Exhibit 30 for identification.)

10     Q.  Is Exhibit 30 an e-mail that Mr. Magot sent

11 to you and others on May 2nd, 2018?

12     A.  Yes.

13     Q.  And in it he says, "Thanks in advance for

14 your help with a payment plan so I can manage these

15 vendors."

16          Is it fair to say in May of 2018 Super Crypto

17 was not able to meet its obligations to its various

18 vendors?

19          MR. VOLYNSKY:  Objection.  Form.

20     A.  Without help from the parent, sure.

21     Q.  And he was looking for the parent to provide

22 help with a payment plan; correct?

23     A.  Correct.

24     Q.  And do you have any understanding of what he

25 means by managing these vendors?

1              Milton "Todd" Ault, III

2      A.  Giving them some guidance as to when they are

3  going to be paid, probably.

4      Q.  Is it fair to say that Super Crypto's vendors

5  generally during that time period were all having

6  trouble getting paid?

7          MR. VOLYNSKY:  Objection.  Form.

8      A.  Sure.

**Mandel Exhibit AA**

9          MR. MANDEL:  Let's mark as Exhibit 31 a

10  document bearing production number DEFENDANTS_ 4356 to

11  4357.

12          (Exhibit 31 for identification.)

13      Q.  Is Exhibit 31 an e-mail that Mr. Magot sent

14  to you on May 4th of 2018?

15      A.  Yes.

16      Q.  And in it he says that:

17          "Todd asked me to provide this so he can

18      then direct us on how much can be wired today

19      and to whom."

20       So is it fair to say that you were looking

21  for a list of obligations that Super Crypto had at

22  that point?

23          MR. VOLYNSKY:  Objection.  Form.

24      A.  Sure, yes, it is.

25      Q.  And the reason that you were asking that was

1          Milton "Todd" Ault, III

2   so that you could make determinations on what money

3   DPW could make available to help satisfy those

4   obligations; correct?

5          MR. VOLYNSKY:  Objection.  Form.

6      A.  I would look to see what they owed relative

7   to what we could provide them capital for.

8          MR. MANDEL:  Let's mark as Exhibit 32 a

9   document bearing production number DEFENDANTS_ 4358.

10         (Exhibit 32 for identification.)

11     Q.  Is Exhibit 32 an e-mail that Mr. Magot sent

12  to you and Ms. Chupric on May 8, 2018?

13     A.  Yes.

14     Q.  And in it he says, "Here is the update as of

15  today" and then provides various amounts that appear

16  to be owed; correct?

17     A.  Yes.

18     Q.  And when he says here's the update as of

19  today, is it fair to say during this time period

20  Super Crypto was providing almost daily updates to you

21  on the bills that it needed paid?

22         MR. VOLYNSKY:  Objection.  Form.

23     A.  I don't know if it was daily.

24     Q.  It was pretty regular, though, wasn't it?

25         MR. VOLYNSKY:  Objection.  Form.

1          Milton "Todd" Ault, III

2     numbers DEFENDANTS_ 4400 through 4412.
              **Mandel Exhibit BB**
3          (Exhibit 33 for identification.)

4     Q.  Is the first page of Exhibit 33 a document,

5     an e-mail that Mr. Magot sent to you and others on

6     June 18th of 2018?

7     A.  Yes.

8     Q.  And is Christine Ault your wife?

9     A.  She is.

10    Q.  And why was she included on this e-mail?

11         MR. VOLYNSKY:  Objection.  Form.

12    A.  I don't know exactly.  Maybe she was

13    arranging wires.  I don't know.

14    Q.  Does she play any role in DPW's business?

15         MR. VOLYNSKY:  Objection.  Form.

16    A.  Not anymore.

17    Q.  Did she in 2018?

18    A.  To a very small extent.  We have a family

19    office.  She was involved in some of the wiring.

20    Q.  And I know she is using an e-mail from

21    McKea.com.  Who is McKea?

22    A.  It's a family office.

23    Q.  And in this e-mail, Mr. Magot asks, "Are we

24    able to send out any wires today?"

25         Is it fair to say he's asking whether DPW is

1                    Milton "Todd" Ault, III

2      able to wire Super Crypto any money?

3           MR. VOLYNSKY:  Objection.

4      A.  Probably, yeah.

5      Q.  And that's to meet its outstanding

6      obligations that he lists; correct?

7      A.  Yes.

8           MR. VOLYNSKY:  Objection -- let me get it

9      out.

10          THE WITNESS:  Sorry.

11          MR. VOLYNSKY:  Objection.  Form.
                                    **Mandel Exhibit CC**
12          MR. MANDEL:  Let's mark as Exhibit 34 a

13     document bearing production number DEFENDANTS_ 4525 to

14     4533 (sic).

15          (Exhibit 34 for identification.)

16     A.  I think through 4551.

17     Q.  I apologize.  You're right.  Let me correct

18     for the record.

19          Exhibit 35 (sic) covers the Bates stamps

20     Defendants_ 4525 to 4551.

21          Is the first page of Exhibit -- I'm sorry.

22     That's Exhibit 34.  I think I may have misspoke.

23          Is the first page of Exhibit 34 an e-mail

24     that Mr. Magot sent to you and others on July 3rd of

25     2018?

1                    Milton "Todd" Ault, III

2      A.   It appears to be, yes.

3      Q.   And in this e-mail he says:

4                "The loudest people today are Ed, Roy,

5           and Justin from SMS.  Can we pay them

6           something?"

7           Do you have an understanding of what he means

8      by "the loudest people today"?

9      A.   I do.

10     Q.   What is your understanding?

11     A.   They were loud.  They want to get paid.

12     Q.   So is it fair to say he was making a

13     distinction between the people who were pressing the

14     hardest for payment?

15          MR. VOLYNSKY:  Objection.  Form.

16     A.   Seems fair to say that, yeah.

17     Q.   And is that something that you took into

18     account in determining which of Super Crypto's

19     obligations DPW would meet?

20          MR. VOLYNSKY:  Objection.  Form.

21     A.   You take a lot of things into account,

22     whether you are going to continue to do business with

23     them, what they mean to the organization, if you need

24     their services, things like that, yeah.

25     Q.   And is one of the factors also how loudly

1                Milton "Todd" Ault, III

2    they are complaining?

3        A.   It might be.

4        Q.   Do you recall taking that into consideration

5    during this relevant time period?

6            MR. VOLYNSKY:   Objection.   Form.

7        A.   Not really, no.

                              **Mandel Exhibit DD**

8            MR. MANDEL:   Let's mark as Exhibit 35 a

9    document bearing production number DEFENDANTS_ 4689 --

10   this actually runs from 4689 to 4693.

11           (Exhibit 35 for identification.)

12       Q.   Is the first page of what we have marked as

13   Exhibit 35 an e-mail that Mr. Magot sent to you on

14   October 7 of 2018?

15       A.   Yes.

16       Q.   And in it he says:

17               "As requested, please find the details

18           around the remaining outstanding balances for

19           SCM."

20        Do you recall requesting those details from

21   him at that time?

22       A.   Probably, yeah.

23       Q.   Do you know why you were requesting them?

24       A.   Just to know, remind me what's owed.

25       Q.   I'm sorry.   Were you finished with your

1                   Milton "Todd" Ault, III

2    answer?

3        A.   Yeah.   Just to remind me what's owed.

4        Q.   Oh, what's owed, okay.

5             Looking at that list, Digital Farms is shown

6    as being owed 305,000.  Do you know who Digital Farms

7    is?

8        A.   Yes.  They were the data center in Indiana.

9        Q.   And do you know whether that obligation was

10   ever met?

11       A.   I believe it was, yep.

12       Q.   In full?

13       A.   I believe so.

14       Q.   And do you know when it was met?

15       A.   No.  It was probably years later.

16       Q.   And was that obligation met by DPW?

17            MR. VOLYNSKY:  Objection.  Form.

18       A.   I don't know.  The way you are wording that,

19   would we lend more money to Super Crypto?  Probably,

20   yeah.

21       Q.   Well, I guess what I'm asking is, do you

22   know, did DPW pay it directly or did they forward the

23   money to Super Crypto for it to pay?

24       A.   Super Crypto couldn't get a bank account, so

25   we probably had to pay it directly.

1                   Milton "Todd" Ault, III

2      Q.  And your recollection is DPW did pay that

3  directly?

4           MR. VOLYNSKY:  Objection.  Form.

5      A.  I said I don't recall but it might have.  I

6  don't know.

7      Q.  Was there a contract between Digital Farms

8  and Super Crypto?

9      A.  I believe so, yeah.

10      Q.  Was that a written agreement?

11      A.  I believe there was one, yeah.

12      Q.  Was DPW a party to it?

13      A.  I don't think so.

14      Q.  And SMS is shown as being owed what I'm

15  assuming is $243,000 approximately.  Is that right?

16      A.  That's what it says, yeah.

17      Q.  And do you know whether that obligation was

18  ever met?

19      A.  I don't think it was fully paid for, no.

20      Q.  Do you know whether any portion of it was

21  paid?

22      A.  I think they sold the miners they had.

23      Q.  Who did?

24      A.  SMS.

25      Q.  SMS.  And those were miners that were

1                    Milton "Todd" Ault, III

2       Q.  Okay.  Because you said they sold the miners?

3       A.  Yes.  Because if you are a data center and

4  you are in possession of a product and you don't get

5  paid, I think you can just sell the shit.  So I think

6  that's what they did.

7       Q.  Do you know how much money they were able to

8  sell them for?

9       A.  I don't know.

10      Q.  Was there a contract between SMS and

11  Super Crypto?

12      A.  Yes.  I do know that.

13      Q.  And was DPW a party to that?

14      A.  No.

15      Q.  Who is Lord Abstract that is shown as being

16  owed $125,000?

17      A.  That was someone that procured miners for us.

18      Q.  And did this obligation ever get met?

19      A.  Yes, it did.

20      Q.  Was that paid directly by DPW?

21      A.  I don't know whether it was paid for by DPW

22  or if it was paid for in Bitcoin.  I don't know.

23      Q.  Do you know -- strike that.

24          Did -- was there a contract between Lord

25  Abstract and Super Crypto?

1                    Milton "Todd" Ault, III

2    A.   There was.

3    Q.   Was DPW itself a party to that agreement?

4    A.   It was not.

5    Q.   Did DPW ever advance any consideration,

6    either directly to Lord Abstract or to be paid to Lord

7    Abstract, to meet Super Crypto's obligation?

8         MR. VOLYNSKY:  Objection.  Form.

9    A.   I believe it did, yes.

10   Q.   Do you know approximately how much?

11   A.   I don't.

12        MR. MANDEL:  Let's mark as Exhibit 36 a

13   document bearing production numbers DEFENDANTS_ 958

14   through 975.

15        (Exhibit 36 for identification.)

16   Q.   Is the first page of Ault Exhibit 36 an

17   e-mail that was sent from Mr. Magot to you on

18   February 25th, 2018?

19   A.   You're asking did he send this e-mail?  It

20   appears that he did, yes.

21   Q.   Okay.  And in the e-mail he says:

22            "I got this to the next stage just in

23        case we can get financing next week.  I'll

24        buy time and we can make decisions as things

25        unfold."

Page 119

1                    Milton "Todd" Ault, III

2            THE WITNESS:  Okay.

3        Q.  Other than legal counsel, is there anybody

4    that you spoke to about Blockchain?

5        A.  No, not really.

                                    **Mandel Exhibit TTT**

6            MR. MANDEL:  Okay.  Let's mark as Exhibit 37

7    a document bearing production number DEFENDANTS _979

8    to 980.

9            (Exhibit 37 for identification.)

10       Q.  Looking at Exhibit 37, it appears to be, at

11   the top, an e-mail that Mr. Magot sent to you on

12   February 27th, 2018.  Correct?

13       A.  Looks like it, yeah.

14       Q.  And if you look down in the thread, Mr. Magot

15   writes to Blockchain:

16               "We absolutely want the machines but

17           would need more time to get board approval to

18           purchase the machines."

19        Do you have any understanding of what he

20   means by "board approval" at that point?

21           MR. VOLYNSKY:  Objection.  Form.

22       A.  I don't know whether we ever got board

23   approval or not.  I don't know.

24       Q.  Do you know whether he's referring to the

25   board of Super Crypto or the board of DPW?

1    　　　　　　Milton "Todd" Ault, III

2    A.  I don't know.

3    Q.  Before Super Crypto could enter into an

4    agreement of the kind that's being proposed at this

5    point, would it require approval from anybody?

6    A.  Would Super Crypto require approval?

7    Q.  Well, could Mr. Magot just go and enter into

8    this agreement on Super Crypto's behalf without

9    somebody's approval at that point in time?

10   A.  Yeah, I believe he had the power to do that.

11   I mean, he was the CEO.

12   Q.  Is that the way he conducted business at the

13   time?

14   　　　　MR. VOLYNSKY:  Objection.  Form.

15   A.  I don't think so.  I think he would seek

16   approval of the board of Super Crypto.

17   Q.  And is it fair to say he would also seek

18   approval from DPW?

19   　　　　MR. VOLYNSKY:  Objection.  Form.

20   A.  I don't think so.  I don't think Darren -- I

21   mean, he may have, but I don't recall him ever having

22   access to the board of DPW.

23   Q.  Well, weren't you the chairman of the board

24   of DPW?

25   A.  I was one of I think seven, yeah.

1        Milton "Todd" Ault, III

2    Q.   Okay.  And at this point in time, it's fair

3 to say that Super Crypto, in order to meet an

4 obligation of the kind that's reflected in this

5 proposed agreement, would have required the support of

6 DPW; correct?

7        MR. VOLYNSKY:  Objection.  Form.

8    A.   It's absolutely fair to say that, yes.

9    Q.   And so, in order to decide whether to

10 undertake that obligation, would it not make sense for

11 him to see whether DPW was in a position to support

12 the transaction?

13        MR. VOLYNSKY:  Objection.  Form.

14    A.   So I allocated capital on behalf of DPW.  You

15 were asking questions about the board of DPW.  I can't

16 speak to that.  I have certain powers to allocate

17 capital without board approval.

18    Q.   And so Mr. Magot could rely on your ability

19 to allocate capital as the chairman of DPW; correct?

20    A.   I was the CEO of DPW at the time, and yes, he

21 would be able to rely on me, yes.

22    Q.   And in fact he did seek to rely on you before

23 determining to undertake this transaction; correct?

24        MR. VOLYNSKY:  Objection.  Form.

25    A.   I would think he would, if he were smart, do

Page 124

1                    Milton "Todd" Ault, III

2    this contract?

3            MR. VOLYNSKY:  Objection.  Form.

4        A.  I don't really recall Will's involvement.  He

5    was the CFO of the parent company.  He probably was

6    involved.                              **Mandel Exhibit EE**

7            MR. MANDEL:  Let's mark as Exhibit 40 a

8    document bearing production numbers DEFENDANTS_ 1185

9    through 1207 (sic).

10           MS. CHESTUKHIN:  1185; right?

11           MR. MANDEL:  1185, yes -- I'm sorry.  It's

12   actually 1185 through 1192.  I misspoke.

13           (Exhibit 40 for identification.)

14       Q.  Exhibit 40 appears to be an e-mail that

15   Mr. Magot sent to individuals at Blockchain on

16   March 2nd of 2018, and in the first sentence he says:

17               "I've been working to get confirmations

18           on when I'm getting the funding that I need

19           to finalize the purchase."

20            Is it fair to say that funding was coming

21   from DPW?

22           MR. VOLYNSKY:  Objection.  Form.

23       A.  I'm sure you are not asking me the same

24   question over and over again to annoy the shit out of

25   me, but with that in mind it's fair to say that DPW

1                    Milton "Todd" Ault, III

2      was providing the funding.

3          Q.  He then goes on to say:

4                  "With that said, our parent company is

5              very supportive and wants us to make the

6              purchase with you."

7           Do you have any understanding of why he's

8      mentioning the parent company in his communication

9      with Blockchain?

10         A.  Because that's where he's getting the money

11     from.

12         Q.  Did you discuss with him whether or not to

13     reference the parent company in his discussions?

14         A.  No.

15         Q.  And it says:

16                  "I was just told that I can sign the

17             agreement if we can agree that the deposit of

18             5 percent can be made by 3/7/18."

19          Do you know who would have told Mr. Magot

20     that?

21             MR. VOLYNSKY:  Go ahead.

22         A.  I think it would be Will or I.

23             MR. MANDEL:  Let's mark as Exhibit 41 a     **Mandel Exhibit FF**

24     document bearing production number DEFENDANTS_ 1235.

25             (Exhibit 41 for identification.)

1              Milton "Todd" Ault, III
        **Mandel Exhibit FF**
2     Q.  Is Exhibit 41 an e-mail that you received
3   from Mr. Magot on March 4th of 2018?
4     A.  Yes.
5     Q.  And in it he says:
6              "Let me know what you think and if you
7         are comfortable working under these terms."
8          So is it fair to say he was seeking your
9   guidance as to whether to enter into this agreement?
10         MR. VOLYNSKY:  Objection.  Form.
11    A.  I think so, yes, it's fair to say that.
12    Q.  And do you recall what you told him?
13    A.  The only major thing I told him was you
14  needed an escrow and you needed an out-clause in the
15  event we couldn't pay them.  That's it.
16    Q.  And do you know whether either of those is
17  referenced at this point in his discussion?
18         MR. VOLYNSKY:  Objection.  Form.
19    A.  I think you're asking me whether he did it.
20  I think the answer is he did do it.  But I --
21         MR. VOLYNSKY:  Calls for speculation.
22    A.  Well, I'm pretty sure he did because there
23  was an escrow and there was an out-clause, so I don't
24  know what else to say.     **Mandel Exhibit GG**
25         MR. MANDEL:  Let's mark as Exhibit 42 a

1           Milton "Todd" Ault, III

2   document bearing production numbers DEFENDANTS_ 1488

3   through 1500.
            **Mandel Exhibit GG**

4           (Exhibit 42 for identification.)

5       Q.  Is Exhibit 42 an e-mail that Darren sent to

6   you on March 6th of 2018?

7           (Off record, sotto voce exchange between

8            the witness and his counsel.)

9       A.  It appears to be, yes.

10      Q.  And in the e-mail below it from Mr. Tencer he

11  says:

12          "Regarding your finances, I spoke with

13          Joe and seeing the future potential, we would

14          like to try and accommodate your cash flow."

15       Do you know whether there were any

16  discussions about what the cash flow situation was for

17  Super Crypto at this point in time?

18      MR. VOLYNSKY:  Objection.  Form.

19      A.  Whether --

20      MR. VOLYNSKY:  Hold on.  Are you asking about

21  DPW's discussions or --

22      Q.  I'm asking whether you have any knowledge of

23  whether there were any discussions between Mr. Magot

24  and Blockchain about the cash flow that would be

25  available to Super Crypto.

Page 128

1                   Milton "Todd" Ault, III

2        A.   I recall that Darren was in active

3   negotiations with Willy, but I don't know for sure

4   what was said.

5        Q.   And were those negotiations carried out by

6   Mr. Magot?

7        A.   I think so.  I mean, I may have spoken to

8   Willy during that.  I don't know when I spoke to him.

9   It may have been after the agreement was done.  I'm

10  pretty sure it was after, but I don't know.

11       Q.   And in this e-mail Mr. Magot is asking you

12  whether it sounds possible.  I assume he's asking

13  whether you would be able to provide the financing to

14  meet the timetable that's set forth in the e-mail.  Is

15  that fair?

16            MR. VOLYNSKY:  Objection.  Form.

17       A.   That's fair.

18       Q.   And do you know whether you advised that it

19  would be feasible to do that?

20       A.   I believe that we would be able to raise

21  sufficient capital to fund Super Crypto, yes.

22       Q.   And to pay for 1100 machines?

23       A.   That would be including funding of all their

24  needs, including the 1100 machines, yes.

25            MR. MANDEL:  Let's mark as Exhibit 43 a

1                   Milton "Todd" Ault, III

2        A.   -- so.

**Mandel Exhibit II**

3             MR. MANDEL:   Let's mark as Exhibit 46 a

4   document bearing production number DEFENDANTS_ 001806.

5             (Exhibit 46 for identification.)

6        Q.   Exhibit 46 contains what appears to be an

7   e-mail from Mr. Magot to Mr. Tencer on March 21st of

8   2018, and in it Mr. Magot says:

9                  "Our CEO is still nervous over the

10          transfer process between when we send the

11          wire and get the machines."

12           Do you know, by "our CEO" is he referring to

13   you?

14             MR. VOLYNSKY:   Objection.   Form.

15        A.   I'm sure he was referring to me.   That's what

16   it looks like.

17        Q.   And were you nervous at that point in time

18   about the transfer process with respect to the

19   machines?

20        A.   Yes.

21        Q.   And why was that?

22        A.   I don't think we knew.   Watching and buying

23   these machines, there's a lot of fraud involved in

24   whether someone would really deliver them.   I bought

25   things before on eBay where you bought some shoes and

1      Milton "Todd" Ault, III

2  you open it up and it was full of confetti.  Just the

3  normal fears of making sure you get the product.

4      MR. MANDEL:  Right.  Let's mark as Exhibit 47

5  a document bearing production numbers DEFENDANTS_ 1813

6  to 1814.

7      (Exhibit 47 for identification.)

8  Q.  Exhibit 47 contains an e-mail that Mr. Magot

9  sent to Blockchain on March 22nd of 2018, and in it in

10  the first paragraph he says:

11          "Again I apologize since this is such

12          overkill but I hope you understand that the

13          CEO of the parent company (DPW traded on the

14          NYSE) can't have any opportunity for

15          something to go wrong."

16      So at this point is Mr. Magot still

17  expressing your concerns about making sure you get the

18  machines once you make the payment?

19      MR. VOLYNSKY:  Objection.  Form.

20  A.  I believe so.

21  Q.  And in the next paragraph he says:

22          "With that said, the only way I see of

23          guaranteeing this would be to send the money

24          to an escrow as we originally planned with

25          the deposit."

1            Milton "Todd" Ault, III

2         So is it your understanding that the reason

3    an escrow account was done in connection with this

4    transaction is because that's what you wanted done?

5         A.  That's absolutely correct.

6         Q.  And that escrow arrangement was ultimately

7    reflected in an agreement, an escrow agreement;

8    correct?

9         A.  That's correct.

                                    **Mandel Exhibit JJ**

10            MR. MANDEL:  So let's mark as Exhibit 48 a

11    document bearing production numbers DEFENDANTS_ 1919

12    through 1933.

13            (Exhibit 48 for identification.)

14         Q.  And if you look at Exhibit 48, the first

15    page contains an e-mail from Mr. Magot to Mr. Tencer

16    and others in which he says, "Please find the fully

17    executed escrow instructions attached."

18            And if you look starting at page 1926 and

19    concluding on 1933, you will see there's actually an

20    escrow agreement.  Do you see that?

21         A.  Am I on the right thing -- oh, yeah, I see it

22    now.  Yeah.

23         Q.  And if you look at page 1932, which is the

24    next-to-last -- actually 1931, which is two pages, I

25    believe, from the back of the document, you will see

1                    Milton "Todd" Ault, III
2    that the escrow agreement was actually signed;
3    correct?
4        A.  Yes.
5        Q.  And that was also signed by the escrow agent
6    Mr. Rose; correct?
7        A.  Yes, it looks like it.
8        Q.  And Mr. Rose is the attorney you identified
9    with the law firm of Sichenzia Ross?
10       A.  That's right.
11       Q.  Where is that law firm located?
12       A.  New York.
13       Q.  And if you look at page 1926 of the exhibit,
14   the first page of the escrow agreement, you will see
15   it refers to 500 machines as the assets that are going
16   to be transferred pursuant to this escrow agreement.
17   Is that correct?
18       A.  What's 1926?  (Sotto voce.) -- 1926.
19           Okay.  Yes, I see it.
20       Q.  And is that consistent with your
21   understanding of the agreement, that once this
22   1,487,500 was paid, that 500 machines were supposed to
23   be released to Super Crypto?
24       A.  Yes.
25       Q.  Did you have any expectation that it was

1                  Milton "Todd" Ault, III

2    supposed to get the remaining 600 machines at this

3    point in time?

4          MR. VOLYNSKY:  Objection.

5       A.  You mean after only making a payment of --

6       Q.  Right.

7       A.  -- 1.4 million?  No.  We had to make another

8    payment.

9       Q.  So you understood that before the 600

10   machines would be available to Super Crypto, an

11   additional payment was going to have to be made;

12   correct?

13      A.  Yeah.  That's correct.

14      Q.  And did you understand that a separate escrow

15   agreement was entered into with respect to those 600

16   machines?

17      A.  I think we did.  I don't remember when it was

18   done, but I think there was a separate escrow

19   agreement.

20          MR. MANDEL:  Let's mark as DEFENDANTS_

21   1949 -- sorry.  Let's mark not as defendants -- let me

22   correct that.  Let's mark as Ault Deposition 49 a

23   document bearing DEFENDANTS_ 1949 to 1950.

24          (Exhibit 49 for identification.)

25      Q.  If you look at Exhibit 49, the first

1      Milton "Todd" Ault, III

2      A.  I don't know if it was at that point, but I

3  do recall in the past we've used escrows and

4  sub-escrows at the firm, so...

5      Q.  But you can't identify what any of those

6  sub-escrows were at this point?

7      A.  No.  It was nearly five years ago.

8          MR. MANDEL:  So let's mark as the next

**Mandel Exhibit KK**

9  exhibit, it will be Exhibit 50, a document bearing

10  production numbers DEFENDANTS_ 1958 to 1960.

11          (Exhibit 50 for identification.)

12      Q.  So we're now a few days later.  It's

13  March 26, and this is an e-mail from Mr. Magot to

14  Mr. Tencer in which he says:

15              "The CEO of the parent company DPW

16          would like to share with you the details

17          around the timing of the release from

18          escrow."

19       Do you have any understanding of why

20  Mr. Magot is suggesting that you should give details

21  to Blockchain about the release of escrow funds?

22          MR. VOLYNSKY:  Objection.  Form.

23      A.  There was a date, I believe, in April which

24  if we didn't fund by, they would be able to sell the

25  miners and we would lose our deposit.  So I probably

Page 146

1                    Milton "Todd" Ault, III

2     just wanted to go through with him when I thought

3     money would be available.          **Mandel Exhibit HH**

4         Q.  And if you look back at Exhibit 45, which

5     contains the final version of the asset purchase

6     agreement, if you look at the third page of the PDF,

7     which is DEFENDANTS_ 1715, you will see it sets out a

8     schedule for various payments.

9              Do you see under sub 2 on that page the

10    payment for 1,487,500 was due on or before March 23rd

11    of 2018?  Is that correct?

12        A.  That's right.

13        Q.  So as of March 26th, the date of Defendants'
**Mandel Exhibit KK**
14    Exhibit 50, we're three days past that due date;

15    correct?

16        A.  Yeah.  That's correct.

17        Q.  Do you have any understanding of why the

18    payment wasn't made in a timely fashion by March 23rd?

19        A.  I don't recall the exact reasons, no.

20        Q.  Do you know whether that's something that you

21    were going to be discussing with Mr. Tencer?

22        A.  It was likely the reason I was talking to

23    him, yeah.

24             MR. MANDEL:  Okay.  So let's mark as Exhibit

25    51 the document bearing production number DEFENDANTS_

1        Milton "Todd" Ault, III

2   1969.
         **Mandel Exhibit LL**

3        (Exhibit 51 for identification.)

4   Q.  If you look at Exhibit 51, in the bottom

5   e-mail of the two on that page there is an e-mail from

6   Mr. Tencer to Mr. Magot and he says "was great

7   speaking with Todd yesterday."

8        Do you have any recollection of what

9   conversation you had with Mr. Tencer on or around

10  March 26th of 2018?

11  A.  "Was great speaking" -- "was great speaking

12  with Todd.  He sounds like a sharp cookie."

13       What was the question?  I'm sorry.

14  Q.  Yeah.  Can you remember any details at all

15  about the conversation that you apparently had with

16  Mr. Tencer on March 26, 2018?

17  A.  Yeah, I remember.

18  Q.  And what do you recall?

19  A.  Just telling him how grateful we were that he

20  got machines and kind of what our plans were.

21  Q.  And in the e-mail Mr. Tencer says:

22            "Please send me the conf for the 100K

23        wire that is going out this morning."

24       Do you recall indicating to Mr. Tencer that

25  you would send a wire for part of the payment that was

1      Milton "Todd" Ault, III

2  at that point due?

3      MR. VOLYNSKY:  Objection.

4      A.  I don't recall the substance of exactly what

5  we were sending when.  I knew we owed him money, and

6  we were trying to get money over to the escrow to pay

7  him.

8      Q.  And did Mr. Tencer work with you to adjust

9  the timing in which that payment was going to be made?

10      A.  He did, yeah.

11      Q.  And do you recall the manner in which he did

12  that?

13      MR. VOLYNSKY:  Objection.  Form.

14      A.  Not really.  I just think he talked to us

15  about when the money would come.

16      Q.  And do you recall anything about the timing

17  that was agreed to?

18      MR. VOLYNSKY:  Objection.  Form.

19      A.  No, I don't really.  Just know he wanted the

20  money.

21      Q.  I'm sorry?

22      A.  No, I don't know the timing.  I just think he

23  just wanted the money.

**Mandel Exhibit LL**

24      Q.  If you look at the top e-mail on Exhibit 51,

25  Mr. Magot says:

```
 1                  Milton "Todd" Ault, III
 2                  "Todd asked me to let you know that the
 3          wire for the 5 million goes out today after
 4          market.  He can then send a wire for the
 5          machines, but it won't be until tomorrow."
 6           Do you know what Mr. Magot is referring to
 7   when he talks about a wire for 5 million?
 8       A.  I would be speculating that the parent was
 9   doing the financing.
10       Q.  Well, do you know that there was $5 million
11   that the parent was expecting to be receiving?
12       A.  My only reference to this is five years ago,
13   so I'm assuming that's what it was.
14       Q.  You can't recall specifically what the
15   5 million reference is?
16           MR. VOLYNSKY:  Objection --
17       A.  I have no idea.
18           MR. MANDEL:  Let's mark as Exhibit 52 the
19   document bearing production number DEFENDANTS_ 1970.
20           (Exhibit 52 for identification.)
21       Q.  Now, the top e-mail here is from Mr. Tencer
22   to Mr. Magot and it says, "Will you be sending the
23   100K today, as Todd had agreed?"
24           Do you recall actually agreeing to send
25   100,000 at this point in time?
```

**Mandel Exhibit MM**

Page 150

1              Milton "Todd" Ault, III

2     A.   I don't remember the specifics of what we

3  were wiring to him.

4     Q.   Do you remember giving Willy some assurances

5  that some of the money that was due was forthcoming?

6          MR. VOLYNSKY:   Objection.

7     A.   I believe I did, yes.

8     Q.   And in the e-mail, Mr. Tencer asks:

9              "Will you send next wire for all 1100

10         machines or do you still want to do 2

11         shipments?"

12          Do you recall there being some discussion

13  with Mr. Magot at that point in time about whether you

14  would have sufficient funding to pay for all 1100

15  machines in one shot?

16          MR. VOLYNSKY:   (Inaudible.)

17     A.   I don't know whether we did or not.

**Mandel Exhibit NN**

18          MR. MANDEL:   Let's mark as Exhibit 53 a

19  document bearing production number DEFENDANTS_ 1976.

20          (Exhibit 53 for identification.)

21     Q.   At the top of Exhibit 53 is an e-mail from

22  Mr. Magot to Mr. Tencer dated March 28th, 2018, and in

23  it Mr. Magot says, "Todd signed the approval to send

24  the wire today."

25          Do you recall that it was incumbent upon you

1              Milton "Todd" Ault, III

2    to sign the approval for any wire that was going to be

3    made to Blockchain?

4          MR. VOLYNSKY:  Objection.  Form.

5      A.  I don't know what he's referring to here.

6      Q.  You have no recollection one way or the

7    other?

8      A.  No, I'm not --

9          MR. VOLYNSKY:  Objection.  Form.

10     A.  No, I don't, no.

**Mandel Exhibit OO**

11         MR. MANDEL:  Let's mark as Exhibit 54 a

12   document bearing production number DEFENDANTS_ 1981 to

13   1982.

14         (Exhibit 54 for identification.)

15     Q.  Taking a look at what's been marked as

16   Exhibit 54, does that appear to reflect details for a

17   $100,000 wire that was made to Blockchain on or around

18   March 28th of 2018?

19         THE WITNESS:  Can you scroll down?

20         I see a wire that was made.  I wouldn't have

21   done this wire.  So I don't know who sent it.

22     Q.  Well, if you look up top, it says, "Please

23   find the confirmation details below for today's wire."

24         So did Mr. Magot indicate that this was a

25   wire that was being made to Blockchain?

Page 152

1          Milton "Todd" Ault, III

2          MR. VOLYNSKY:  Objection.

3     A.   What's the question?  I mean, is the question

4     whether this was actually done?  What's the question?

5          MR. VOLYNSKY:  Ask him.

6     A.   I'm sorry.  What's the question?

7     Q.   Well, I mean, the question is, does it -- is

8     it your understanding that Super Crypto communicated

9     to Blockchain that $100,000 had been wired?

10    A.   Only based on what I see here in these

11    e-mails.  I don't recall what that 100,000 was for.

12    Other than looking at the e-mail, I don't know what it

13    was for.

14    Q.   You don't know whether it was for partial

15    payment of the deposit that was due five days earlier?

16         MR. VOLYNSKY:  Objection.  Form.

17         Go ahead.

18    A.   It might be.  I mean, I presume it was.  But

19    we had an escrow, so I don't know why we wired 100

20    grand other than I may have had a discussion with

21    Willy and he wanted a deposit.  I don't know.

22    Q.   Well, you understand that the 1,487,000 was

23    already five days late at that point; correct?

24         MR. VOLYNSKY:  Objection.  Form.

25    A.   It appears to be, yes; it was already late.

Page 153

1                  Milton "Todd" Ault, III

2      Q.   And you understood that Mr. Tencer was

3   pressing to get payment; correct?

4           MR. VOLYNSKY:   Objection.   Form.

5      A.   From these e-mails, yes.   I don't recall

6   exactly what was happening, but I mean, I am getting a

7   little bit of a recollection that he was looking for

8   money for sure.
                    **Mandel Exhibit OO**
9      Q.   And if you look at Exhibit 54, down in the

10  wire confirmation information under "special

11  instructions" it says "DPW disbursement"; correct?

12     A.   Okay.   Yeah, I see that.

13     Q.   Would that not indicate to you that the funds

14  for this payment came from DPW?

15          MR. VOLYNSKY:   Objection.   Form.

16     A.   It appears that it came from DPW, yeah.   It

17  actually says at the bottom.
                    **Mandel Exhibit PP**
18          MR. MANDEL:   Let's mark as Exhibit 55 a

19  document bearing production number DEFENDANTS_ 1987.

20          (Exhibit 55 for identification.)

21     Q.   If you look at Exhibit 55 --

22     A.   Hold on.   It's downloading.

23     Q.   I'm sorry?

24     A.   It's still downloading.

25     Q.   Okay.

Page 154

1          Milton "Todd" Ault, III

2     A.  All right.  Go ahead.
                    **Mandel Exhibit PP**
3     Q.  If you look at Exhibit 55, in the bottom

4  e-mail from Mr. Tencer to Mr. Magot he says, "We

5  received the wire for the 100K," and then in response

6  Mr. Magot says, "I'm happy that you received the wire,

7  and I am told that I will have more money to send next

8  week."

9          Do you know who would have told him that?

10          MR. VOLYNSKY:  Objection.  Form.

11     A.  Do I know?  Yes, I do.

12     Q.  Who was that?

13     A.  It would have been either me, Will, or the

14  controller, Olga.

15     Q.  And he then says:

16          "I do not yet know if it will be enough

17          to purchase just the first 500 or the total

18          1100.  I'm hoping for one transaction but

19          will be able to share more early next week."

20          At this point in time at the end of March of

21  2018, was your understanding that Super Crypto wanted

22  to move forward with purchasing the full 1100

23  machines?

24     A.  I think they did.

25     Q.  And did you approve of that?

Page 155

1             Milton "Todd" Ault, III

2        MR. VOLYNSKY:  Objection.  Form.

3    A.  I would have liked them to buy the machines,

4    yes.

5    Q.  Did you have any thought in your mind as of

6    March 30th, 2018, about possibly not going forward

7    with the second 600 machines?

8        MR. VOLYNSKY:  Objection.  Form.

9    A.  No, I never thought of not doing all the

10   machines.

11   Q.  Now, do you know what if anything the fair --

12   strike that.  Let me start again.

13       Do you have any sense of whether the fair

14   market value of these machines had changed between the

15   time you signed the agreement and late March of 2018?

16   A.  I don't know when it happened, but sometime

17   in '18 I think Bitcoin reached 20,000 and then it

18   started to deteriorated.  So it could have been that.

19   I don't know.  So it would have been a natural thing

20   for the fair market value of these things to go down.

21   Q.  Was that something that you were paying

22   attention to at this time with respect to whether or

23   not to complete this transaction?

24       MR. VOLYNSKY:  Objection.  Form.

25   A.  I never contemplated not doing the

1              Milton "Todd" Ault, III

2    transaction, that I can recall.

3              MR. MANDEL:  Okay.  Let's mark as Exhibit 56

4    a document bearing production numbers DEFENDANTS_ 1999

5    to 2001 (sic).

6              (Exhibit 56 for identification.)

7        A.  2004 or 2001?

8        Q.  I'm sorry.  It's to 2004.  Okay.  1999 to

9    2004.

10             Looking at the top of the e-mail, Mr. Magot

11   says to Mr. Tencer:

12                 "Todd asked that I share the press

13             release below that we made this morning.  It

14             will help understand all that is going on

15             which Todd will explain on the call."

16              Do you have any recollection of what was

17   going on at that point in time?

18             MR. VOLYNSKY:  Objection.  Form.

19       A.  I don't.  I would need to see something to

20   reference.

21             MR. MANDEL:  Let's mark as Exhibit 57 a

22   document BMS 707 through 714.

23             (Exhibit 57 for identification.)

24       Q.  And I will note for the record this is an

25   internal communication from Blockchain, so this is not

1                    Milton "Todd" Ault, III

2    a document you would have seen at the time.

3            But I just want to refer you down to the

4    bottom of the first page of 57, and in it you will see

5    that Mr. Tencer is describing a call that he had with

6    the CEO of DPW.

7            And so I just want to ask you, looking at

8    this e-mail, do you have any recollection at this

9    point in time of a conversation you had with

10   Mr. Tencer on or around April 4 of 2018?

11       A.  Okay.

12       Q.  I mean, does this conversation or the

13   conversation that's being described by Mr. Tencer in

14   this e-mail comport with any recollection you have of

15   a conversation with him?

16       A.  It's always our intention to take delivery of

17   the machines.  All this does is reaffirm it was our

18   intention to take delivery of the machines.  What time

19   I was having this call I don't remember, but I

20   definitely had calls with him.

21       Q.  And when you say it was always your intention

22   to take the machines, is that something that you

23   personally conveyed to Mr. Tencer?

24       A.  I'm sure I did.

25       Q.  In the e-mail he says:

1          Milton "Todd" Ault, III

2          "It's a long story with banks and SEC

3      filings but the bottom line is they must have

4      these machines and he claims they will

5      definitely buy them."

6       Do you have any recollection of what

7  discussions you may have had had with Mr. Tencer about

8  banks and SEC filings?

9          MR. VOLYNSKY:  Objection.  Form.

10     A.  Do I have a recollection?  Well, if we put in

11  a filing that we intended to buy something with the

12  SEC, that means our shareholders would have read it,

13  and we want to do what we say we're going to do.  And

14  with the banks, that's probably a reference to our

15  investment bank, we were having some trouble with

16  them, H.C. Wainwright.

17     Q.  And do you recall ever expressing the

18  sentiment to Mr. Tencer that it's not if but it's when

19  you'll buy these machines?

20          MR. VOLYNSKY:  Objection.  Form.

21     A.  Yeah, I always told him we'd buy them.

22     Q.  Now, you made reference to an SEC filing, and

**Mandel Exhibit QQ**

23  I want to just mark as the next exhibit, Exhibit 58, a

24  copy of the 10-K for DPW from 2017.

25          (Exhibit 58 for identification.)

Milton "Todd" Ault, III

**Mandel Exhibit QQ**

1    Q.  Do you recognize Exhibit 58 as a copy of the

2    10-K filed by DPW for the fiscal year ending

3    December 31, 2017?

4    A.  Looks familiar, yes.

5    Q.  And I want to direct your attention to

6    page F-64, which I believe is page 148 of the PDF.

7    It's numbered F-64 at the bottom.

8    A.  Got it.  148, you said?  I got it.

9    Q.  Yeah.  Do you see is it marked F-64 at the

10   bottom?

11   A.  Yeah, yeah, yeah.

12   Q.  Okay.  And under "Other Agreements" it says:

13           "On March 8, 2018, Super Crypto Mining,

14       the company's wholly owned subsidiary,

15       entered into an asset purchase agreement with

16       Blockchain.  Pursuant to the agreement, SCM

17       has agreed to acquire 1100 Antminer S9s

18       manufactured by Bitmain."

19    Then it says:

20           "Pursuant to the agreement, SCM will pay

21       an aggregate of 3,200,000 to BMSS for the

22       miners.  The company intends to fund SCM's

23       acquisition of the miners through the

24       proceeds derived from its ongoing ATM

1       Milton "Todd" Ault, III

2       offering."

3       Do you recall that the intention at the time

4  this agreement was entered into was to fund the

5  payment to Blockchain through proceeds from a stock

6  offering of the parent company?

7       A.  I do.

8       Q.  And if you look on the page before this,

9  F-63, the ATM offering is referred to under -- at the

10 market offering.  It says:

11              "On February 27, 2018, the company

12         entered into a sales agreement with

13         H.C. Wainwright to sell shares of its common

14         stock, having an aggregate offering price of

15         up to 50,000 from time to time, through an

16         'at-the-market offering' program (the 'ATM

17         offering')."

18       Did that program take place, that offering?

19       A.  It did, and it was terminated, but it did,

20 and I think that was 50 million, by the way, not

21 50,000.

22       Q.  Oh, I'm sorry.  It looks like it says price

23 of up to 50,000 in the --

24       A.  It does.  I think it's a mistake.

25       Q.  Okay.  So in any event, you are saying that

1                    Milton "Todd" Ault, III

2      Q.   So you are saying you would have paid

3   Blockchain eventually?

4      A.   Yeah.  We always pay our bills.

5      Q.   And the problem that you foresee as to why

6   the payment didn't get made is because Blockchain sold

7   the machines?

8      A.   Well, we were having legitimate financing

9   issues trying to figure out how to get the money, and

10  we were struggling with our bank, and he sold them.  I

11  mean, I'm not -- I don't know the exact sequence of

12  events, but something to the effect that he probably

13  got sick of us and sold them.  I mean, I don't

14  remember exactly how that happened, but...

15     Q.   Do you remember that there were many months

16  of promises that the payment was forthcoming?

17          MR. VOLYNSKY:   Objection.

18     A.   Yeah, I do.  I believe there was a lot

19  of months of promises.

20     Q.   And were those promises that you made?

21     A.   Those were commitments I made, yeah, on

22  behalf of the parent to -- I mean, we fund our

23  subsidiary, so, you know, the subsidiary made a

24  commitment to buy something, and it was always our

25  intention to fund the subsidiary so they could

1          Milton "Todd" Ault, III

2   complete their business model.  There's not a question

3   about that.

4      Q.  So the problem was you just weren't able to

5   come up with the money to fund it; is that what you

6   are saying?

7      A.  We couldn't come up with the money at the

8   time.  We eventually did.

9      Q.  When did you come up with the money?

10     A.  I mean, since then we raised $500 million, so

11  I don't know when we came up with it.  But it was --

12  once he sold the machines, I don't know that there was

13  anything to talk about.  He sold them off.

14     Q.  Well, you understand he sold them for a small

15  fraction of what you were supposed to pay; right?

16         MR. VOLYNSKY:  Objection.  Form.

17     A.  I'm aware.  I found out yesterday they were

18  sold off for some amount that was trivial, yeah.

19     Q.  And is there a reason why after your funding

20  came through you haven't just paid this obligation?

21         MR. VOLYNSKY:  Objection.

22     A.  I guess we couldn't agree on a price after he

23  sold them.

24     Q.  Did you think that you were relieved of an

25  obligation to pay for the machines?

Page 164

1              Milton "Todd" Ault, III

2         MR. VOLYNSKY:  Objection.  Form.

3    A.  I think contractually the agreement is

4    terminated when we didn't fund them on April 15th or

5    30th or something like that, but we tried to still buy

6    them.  I think Willy just got tired of it and sold

7    them.

                                    **Mandel Exhibit RR**

8         MR. MANDEL:  Let's mark as Exhibit 59 a

9    document bearing production number DEFENDANTS_ 2011 to

10   2012.

11         (Exhibit 59 for identification.)

12   Q.  Is Exhibit 59 an e-mail that you sent to

13   Mr. Tencer on April 5th of 2018?

14   A.  Yeah, it looks like it is, yes.

15   Q.  And in it you say, "I do have conditional

16   approval from our bank."

17         Do you know what you were referring to there?

18   A.  I'd be guessing.  I don't know.

19   Q.  You go on to say, "This will allow us to pay

20   the first 1.3 million that's owed."

21         Is that you are referring to what's left for

22   the payment on the first 500 machines?

23   A.  I think so, yeah.

24   Q.  You say, "It's a $10 million line of credit."

25         Does that refresh your recollection as to

1                   Milton "Todd" Ault, III

2   whether you received a $10 million line of credit from

3   your bank?

4        A.   I may have just been speaking in simplistic

5   terms for him, but I think it was in ATM.  I don't

6   know if it was a -- I don't know what it was.  I don't

7   know what --

8        Q.   Do you know who you were referring to when

9   you say "our bank"?

10       A.   It's probably Wainwright, but I'm guessing.

11            MR. VOLYNSKY:  Don't guess.

12            THE WITNESS:  Okay.

13       Q.   You say, "I expect things to flow a little

14   easier now."

15            What did you mean by that?

16       A.   Well, if in fact we got a $10 million line of

17   credit, then it would be easier to pay our bills.

18            MR. MANDEL:  Let's mark as the next exhibit,
     **Mandel Exhibit SS**
19   number 60, a document bearing production

20   numbers DEFENDANTS_2016 through 2018.

21            (Exhibit 60 for identification.)

22       Q.   Now, if you look toward the middle of the

23   first page of Exhibit 60, Mr. Tencer indicates:

24            "Our position is that we have no problem

25            to work with you and hold the equipment

1              Milton "Todd" Ault, III

2         beyond our agreed upon terms, as long as we

3         know that you will honor your payment

4         commitments within a reasonable time."

5         Do you recall him expressing that view?

6    A.   It says here -- (sotto voce.)

7    Q.   It's in the middle of the page.  Do you see

8  where it says "Willy Tencer wrote"?

9    A.   Oh, yeah.  Okay.  Yeah, I see it.

10   Q.   Do you recall him expressing that view at the

11 time?

12   A.   I have no reason to believe he didn't express

13 that view.  I did hear that from him, yes.

14   Q.   And is that consistent with what message he

15 continually gave you in your discussions during this

16 relevant time period?

17        MR. VOLYNSKY:  Objection.  Form.

18   A.   He was cooperative.

19   Q.   And you would say he was reasonable; correct?

20        MR. VOLYNSKY:  Objection.  Form.

21   A.   I think he was reasonable, yeah.

22   Q.   And he tried to adjust the payment schedule

23 to meet your cash flow problems; right?

24        MR. VOLYNSKY:  Objection.  Form.

25   A.   I believe he was reasonable and tried to work

1              Milton "Todd" Ault, III

2    with us for sure, yeah.

3        Q.   And he indicates:

4              "The payment for the 1st batch has been

5         substantially delayed and we are now

6         approaching the due date for the payment of

7         the 2nd batch."

8         You understand the first batch to be a

9    reference to the first 500 machines; correct?

10       MR. VOLYNSKY:  Objection.  Form.

11       A.   I believe that's what it meant, yeah.

12       Q.   And the second batch is a reference to the

13   600 remaining machines; right?

14       MR. VOLYNSKY:  Objection.  Form.

15       A.   I believe it references the second batch was

16   the 600, yeah.

**Mandel Exhibit TT**

17       MR. MANDEL:  Let's mark as Exhibit 61 a

18   document bearing production numbers DEFENDANTS_2028 to

19   2032.

20            (Exhibit 61 for identification.)

21       Q.   Is the top e-mail on Exhibit 61 an e-mail

22   that you sent to Mr. Tencer on April 10th, 2018?

23       A.   It looks like it, yes.

24       Q.   And in it you say:

25              "Willy, please call me.  Here is the

Page 168

1                    Milton "Todd" Ault, III

2          closing date.  This Friday the 13th.  Then

3          about 5 days later the balance."

4          What did you mean by that message?

5     A.   I don't have a reference to what -- where the

6  closing was or what the balance was.  I don't have the

7  accounting at that time.  I don't know.

8     Q.   Is it your recollection that the closing

9  referred to when the funds would be released from

10 escrow for the first 500 machines?

11          MR. VOLYNSKY:  Objection.  Form.

12    A.   I'm guessing.  I'm really guessing.  I don't

13 know.

14          MR. MANDEL:  Okay.  Let's mark as Exhibit 62     **Mandel Exhibit UU**

15 a document bearing production numbers DEFENDANTS_2033

16 to 2038.

17          (Exhibit 62 for identification.)

18    Q.   Is the top e-mail in Exhibit 62 an e-mail

19 that you sent to various individuals including

20 Mr. Tencer on April 10th of 2018?

21    A.   Yes.

22    Q.   And in it you indicate:

23          "SRFK the law firm will get a

24          1.3-plus million wire Friday the 13th.  Once

25          they get it you'll be notified.  The

1               Milton "Todd" Ault, III

2          warehouse people on your team takes it from

3          there.  On first 500 S9's."

4           What were you referring to in that section of

5     your e-mail?

6      A.   It looks like we wired the money to the

7     escrow and he's to deliver the 500 machines.  That's

8     what it looks like to me.

9      Q.   It says, "A week later the following Friday

10    we close on the last 600, repeating the same

11    exercise."

12          So were you indicating as of April 10th,

13    2018, that you intended to take the last 600 machines

14    about a week after April 13th?

15     A.   Yes.

16     Q.   And was that your intention at the time?

17     A.   Yes.

18     Q.   And that's what you expressed to Mr. Tencer?

19     A.   Yes.

20          Can I ask my lawyer a question now, please?

21     Q.   If you want to take a break to talk to your

22    lawyer, you can.

23     A.   I don't want to take a break.  I just want a

24    minute.

25          MR. VOLYNSKY:  Take a one-minute break.

Page 173

1                Milton "Todd" Ault, III

2          MR. MANDEL:  All right.  Let's mark as
**Mandel Exhibit VV**
3    Exhibit 64 a document bearing production

4    numbers DEFENDANTS_2099 to 2100.

5          (Exhibit 64 for identification.)

6      Q.  And if you look at the top of Exhibit 64,

7    there is an e-mail from Thomas Rose to Willy, you are

8    CC'ed.  It says, "Willy - the funds are now available

9    for release."

10         Is it your understanding that the

11   $1.3 million was then put into escrow at this point in

12   time?

13     A.  I guess that's my understanding.  I thought

14   we paid them.  Yeah.

15     Q.  Now, at this point in time after the payment

16   for the first 500 machines is made, it's April 16th,

17   2018; correct?

18         MR. VOLYNSKY:  Objection.  Form.

19     A.  If it were made then, yes.  I mean, I don't

20   see anything showing it was made.  But assuming it was

21   made, then yes, it's April 16, 2018.
                                  **Mandel Exhibit WW**
22         MR. MANDEL:  So let's mark as Exhibit 65 a

23   document bearing production numbers BMS 554 through

24   571.

25         (Exhibit 65 for identification.)

Page 174

Milton "Todd" Ault, III

Mandel Exhibit WW

1

2    Q.   And I can represent to you that Exhibit 65

3    are documents that were produced by Blockchain showing

4    the various confirmations on any payments that were

5    made in connection with this transaction.

6         If you look at page 557, which is, I believe,

7    the fourth page of the exhibit, you'll see a

8    transaction referring to --

9    A.   That was made.

10   Q.   -- a payment of 1,387,485 on April 17th,

11   2018, to Blockchain that came from the law firm

12   Sichenzia Ross.

13        Does that refresh your recollection?

14        MR. VOLYNSKY:  I'm just going to object to

15   the characterization of the document that the payment

16   was made from Sichenzia Ross to Blockchain Mining

17   There are two companies that are listed there, and

18   there's really no indication as to -- it says

19   Timberlane Wood Products, Inc., and Blockchain Mining

20   Supply.

21        MR. MANDEL:  Say that again?

22        MR. VOLYNSKY:  I said I was just objecting to

23   your characterization that it shows that a payment was

24   made from Sichenzia Ross to Blockchain Mining Supply

25   It doesn't say that.  It says "Sichenzia Ross" and "by

1          Milton "Todd" Ault, III

2  order of," "beneficiary," it says Blockchain Mining

3  Supply was a company listed as Timberlane Wood

4  Products, Inc.

5      Q.  Okay.  But is it your understanding,

6  Mr. Ault, that this document reflects the fact that

7  the payment for the first 500 machines was made?

8      A.  Yep.  Thank you for clarifying that.

9      Q.  And is it your understanding that payment was

10 made on or around April 17th of 2018?

11     A.  That's what I see, and I agree with you.

12     Q.  Okay.  Now --

13     A.  Now, let's get the other part done and settle

14 this so we can --

15         MR. VOLYNSKY:  (Inaudible.)

16         THE WITNESS:  Jesus Christ.  This is a waste

17 of fucking time.  Sorry, everybody else.

18         MR. MANDEL:  Dasha, do you have the number on

19 the final signed contract, what exhibit number that

20 was?

21         MS. CHESTUKHIN:  Just one second.

22         THE WITNESS:  (Sotto voce) -- thanks for

23 letting me say that.  Now I'm in a better mood.

24         MS. CHESTUKHIN:  Okay.  It was attached to
**Mandel Exhibit HH**
25 the e-mail that was Exhibit 45.

1      Milton "Todd" Ault, III

2   BY MR. MANDEL:
                    **Mandel Exhibit HH**
3      Q.  So let's go back to Exhibit 45 now.  Can you

4   pull that up?

5        MR. VOLYNSKY:  Yeah, I kept that one up.  I

6   had a feeling we were going back to it.

7      Q.  So if you look at page 2 of Exhibit 45, it

8   sets out the schedule for payment on the 1100

9   machines; correct?

10     A.  Can you hold on one second?  I'm just having

11  a little difficulty here.

12     Q.  Sure.

13     A.  Yeah, I see it now.  Thank you.  Page 2.

14  It's right there.  Page 2.  Yeah, but go back up for a

15  second.

16     Q.  Page 3 of the PDF, page 2 --

17     A.  Okay.  You're right.

18     Q.  -- of the contract.

19     A.  You're right.

20     Q.  Thank you.

21        So if we look at sub 2 for the 500 machines,

22  under the contract, that payment was due on

23  March 23rd, 2018; correct?

24     A.  Correct.

25     Q.  And it ended up getting made about a month

1            Milton "Todd" Ault, III

2    later in -- on April 17th of 2018; correct?

3        A.   Correct.

4        Q.   And the parties basically worked out an

5    adjusted payment schedule for that; correct?

6            MR. VOLYNSKY:   Objection.   Form.

7        A.   I don't know what that means, "worked out."

8    Willy agreed to take the payment on the first 500

9    because the contract effectively could be terminated

10   after the 15th, I believe.

11       Q.   Okay.   So let's talk about that.   If you look

12   at sub 3, it says:

13            "The deposit will then be applied to the

14            remaining 600 machines and power supplies

15            that we will pick up after full payment.

16            1,621,375 is made on or before April 15th,

17            2018.   If the payment for the 600 machines is

18            not paid then, the deposit is nonrefundable."

19        Did you ever look at that clause at any time

20   prior to April 17th, 2018?

21       A.   I don't exactly know.   What's your question?

22       Q.   My question is, do you remember being aware

23   of the existence of that clause prior to April 17,

24   2018, when the first 500 machines were paid?

25            MR. VOLYNSKY:   Objection.

1          Milton "Todd" Ault, III

2      A.  The only thing I was aware of is on April

3  15th Darren was saying that they could keep our

4  deposit and walk away.  I think there was some fear

5  that they would sell them to somebody else.

6      Q.  So you remember Darren expressing that to

7  you?

8      A.  I do, yeah.

9      Q.  That after April 15th, what was your

10  understanding of what could happen?

11      A.  They could keep our deposit and sell the

12  machines to somebody else.

13      Q.  And were you concerned that might happen?

14      A.  Yes.

15      Q.  And you didn't want that to happen?

16      A.  No.  I wanted to buy the machines.

17      Q.  Did you have an understanding that as of

18  April 15th, 2018, you could have said to Willy, keep

19  the deposit, I'm not interested in the other 600

20  machines?

21      A.  I believe we could have, yes.

22      Q.  Did you consider doing that?

23          MR. VOLYNSKY:  Objection.  Form.

24      A.  I don't recall considering --

25          MR. VOLYNSKY:  I'm just going to caution the

1              Milton "Todd" Ault, III

2    witness not -- to the extent this gets into

3    conversations with counsel, not to disclose any of

4    those communications.

5         Q.  Right.  I'm just asking whether --

6         A.  No.  I know.  I know.

7         Q.  -- whether you as a company, either DPW or

8    Super Crypto, considered on or around April 15th of

9    2018 saying to Mr. Tencer, you know what?  You can

10   have the deposit.  We're not interested in the

11   remaining 600 machines.

12        MR. VOLYNSKY:  Objection.  Form.

13        A.  I don't really recall whether we discussed

14   whether we should consider telling them that or not.

15   I just remember wanting the machines.

16        Q.  And that's what you expressed to Mr. Tencer

17   repeatedly, didn't you?

18        MR. VOLYNSKY:  Objection.  Form.

19        A.  I think it's fair to say that we tried to

20   settle the matter and, when we were past whatever

21   dates were involved, we tried to settle the matter,

22   and I conveyed to him that we wanted to get him paid.

23        Q.  But isn't it fair to say that between April

24   15th and the time that the sale of the machines was

25   made by Blockchain, that you consistently told Willy

1                    Milton "Todd" Ault, III

2    you wanted the machines?

3            MR. VOLYNSKY:  Objection.  Asked and

4    answered.  I don't know how many more times you're

5    going to ask him the same question --

6        Q.  You can answer.

7            MR. VOLYNSKY:  -- (inaudible) the answer.

8            THE WITNESS:  Am I to say something?

9        Q.  You can answer.

10       A.  I consistently told him that we wanted the

11   machines.

12       Q.  Okay.  And you certainly never told him to

13   keep the deposit and sell it to somebody else;

14   correct?

15           MR. VOLYNSKY:  Objection.  Form.

16       A.  I don't recall ever saying that to Willy.

17       Q.  Do you know if Mr. Magot ever said that to

18   Willy?

19           MR. VOLYNSKY:  Objection to form.

20       A.  I have no idea his conversation with

21   Mr. Magot.

**Mandel Exhibit AAAA**

22           MR. MANDEL:  Let's mark as Exhibit 66 a

23   document bearing production numbers BMS 1323 to 1339.

24           (Exhibit 66 for identification.)

25       Q.  If you look at the first page of Exhibit 66,

1            Milton "Todd" Ault, III

2    it's an e-mail from Mr. Magot to Mr. Rose, CC'ing

3    Willy --

4        A.  Hold on, hold on.  We don't have it.

5        Q.  Oh, I'm sorry.

6        A.  Okay.  Go ahead.  We have it open now.

7        Q.  Okay.  If you look at the first page of
   **Mandel Exhibit AAAA**
8    Exhibit 66, it's an e-mail from Mr. Magot to Mr. Rose

9    CC'ing Willy, and it asks for him to draft escrow

10    instructions for the remaining 600 machines "which we

11    expect to fun," I assume means fund, "by Friday this

12    week or early next week."

13            Is it your recollection that as of April 17th

14    you were working on funding to pay for the 600

15    remaining machines to be delivered?

16        A.  I don't know you, but you are asking me the

17    same question over and over again.  I already said

18    that I was working on getting them paid and I was

19    intending on buying the machines.

20            But to answer your question directly, it

21    would have been our intention to be working on the

22    financing to get them paid for the second set of the

23    600 machines.

24            MR. MANDEL:  Okay.  So let's mark as

25    Exhibit 67 a document bearing production

Page 182

1          Milton "Todd" Ault, III

2    numbers DEFENDANTS_ 2124 to 2132.

3          (Exhibit 67 for identification.)

4          MR. VOLYNSKY:  Are we going to hit 100

5    exhibits?

6          THE WITNESS:  He's thorough.

7          MR. VOLYNSKY:  (Sotto voce comment.)

8       Q.  If you look at the first page of Exhibit 67,

9    it's an e-mail from Mr. Magot to Mr. Tencer and

10   Mr. Rose saying, "Please find the escrow agreement for

11   the second group of 600 machines."

12         Do you recall that an escrow agreement was

13   actually entered into with respect to the second 600

14   machines?

15      A.  I actually don't.  I don't recall exactly

16   what was happening then.

17      Q.  Okay.  If you look at DEFENDANTS_ 2127

18   through 2132, does that contain an escrow agreement

19   for the second 600 machines?

20      A.  It looks like it does, yeah.

**Mandel Exhibit XX**

21         MR. MANDEL:  And let's mark as Exhibit 68 a

22   document bearing production numbers DEFENDANTS_ 2234

23   through 2243.

24         (Exhibit 68 for identification.)

25      Q.  And if you look, the top e-mail is from

1                 Milton "Todd" Ault, III

2  Mr. Magot to Willy and Mr. Rose saying, "Please find

3  the fully executed agreement attached."

4        Does that refresh your recollection as to

5  whether the escrow agreement was ever signed?

6  A.  That's what it says, sure.

7  Q.  And if you look at the last page of the

8  exhibit, that does contain signatures for

9  Super Crypto, the law firm, and Blockchain with

10 respect to the escrow agreement; correct?

11      MR. VOLYNSKY:  Objection.  Form.

12 A.  I believe you and I see it, yes.

13 Q.  And that's an escrow agreement specifically

14 covering the remaining 600 machines; correct?

15      MR. VOLYNSKY:  Objection.  Form.

16 A.  That's correct.

17 Q.  And your understanding is that under this

18 agreement those machines were to be released once the

19 remaining payment of $1.6 million occurred; right?

20      MR. VOLYNSKY:  Objection.  Form.

21 A.  I think there were some escrow -- there were

22 some deposit money in there, but yeah.

23 Q.  And is it correct that that $1.6 million was

24 never funded in terms of the escrow account?  Right?

25      MR. VOLYNSKY:  Objection.  Form.

1          Milton "Todd" Ault, III

2     A.   Was 1.6 million in total put into that

3  escrow?

4     Q.   Was any money ever put into that escrow?

5     A.   I don't know for sure.  I don't think so.

6     Q.   Now, it is true that after April 17th, 2018,

7  DPW made a number of payments to Blockchain toward the

8  600 remaining machines; correct?

9          MR. VOLYNSKY:  Objection.  Form.

10     A.   I don't recall the amounts, but I know there

11  were some payments made, because I think Willy had

12  some storage costs or something.

13     Q.   Well, beyond storage costs, weren't payments

14  actually made toward the 600 machines?

15          MR. VOLYNSKY:  Objection.  Form.

16     A.   I don't know.  I don't remember what they

17  were.  They could have been.

18     Q.   You don't remember that you were arranging

19  for wires during that time period?

20          MR. VOLYNSKY:  Objection.  Form.

21     A.   We may have.  I mean, it was almost

22  five years ago.  Probably if you say so.

23     Q.   Okay.  You don't have a specific recollection

24  one way or the other?

25     A.   I don't.

1            Milton "Todd" Ault, III

2        MR. VOLYNSKY:  Objection.  Form.

3     A.  I do not have a specific recollection of what

4  was wired toward the second 600.  I'm sure there's

5  e-mails.
                           **Mandel Exhibit YY**
6        MR. MANDEL:  Let's mark as Exhibit 69 a

7  document bearing production number DEFENDANTS_ 2349.

8        (Exhibit 69 for identification.)

9     Q.  Do you recognize Exhibit 69 as an e-mail that

10  Mr. Magot sent to Mr. Tencer CC'ing you on April 24th,

11  2018?

12     A.  I recognize it, yes.

13     Q.  And in it, Mr. Magot says he:

14            "spoke with Todd yesterday and

15         we are working on finalizing the financing

16         timing for the last 600 machines.  It appears

17         that we are looking at later this week at the

18         earliest."

19      Do you recall that was the timing that you

20  were thinking of as of April 24th, 2018?

21        MR. VOLYNSKY:  Objection.  Form.

22     A.  I don't recall exactly how I was working on

23  the financing back then, but I don't disagree that we

24  were trying to get it done.

25     Q.  And in this e-mail Mr. Magot says:

Page 186

1           Milton "Todd" Ault, III

2           "We are anxious to make the payment so

3      that we can receive the machines and get them

4      running."

5       That was still the expressed position of both

6  Super Crypto and DPW as of April 24, 2018; correct?

7      MR. VOLYNSKY:  Objection.  Form.

8   A.  Yeah.  We intended to buy the machines still.

9  Yeah.

**Mandel Exhibit ZZ**

10     MR. MANDEL:  Let's mark as Exhibit 70 a

11  document bearing production numbers DEFENDANTS_ 2377

12  to 2379.

13          (Exhibit 70 for identification.)

14   Q.  And at the top of Exhibit 70, is that an

15  e-mail that Mr. Magot sent to Mr. Tencer with you as a

16  CC on May 1st of 2018?

17   A.  Looks like it is, yes.

18   Q.  Is it accurate that at that point DPW is

19  still working on financing for the 600 machines?

20     MR. VOLYNSKY:  Objection.  Form.

21   A.  Yes.

22   Q.  And was it accurate that you hoped to make

23  the final payment that week?

24   A.  That's what it says, yes.

25     MR. VOLYNSKY:  Objection.  Form.

1                    Milton "Todd" Ault, III

2    at the time?

3          MR. VOLYNSKY:  Objection.  Form.

4      A.  I've got no idea in May of 2018 who I was

5    talking to.

6      Q.  Or what bankers you were attempting to get

7    financing from?

8          MR. VOLYNSKY:  Objection.  Form.

9      A.  Yeah, I don't know.

                              **Mandel Exhibit AAA**

10          MR. MANDEL:  Let's mark as Exhibit 72 a

11   document bearing production number DEFENDANTS_ 2563

12   through 2571.

13          (Exhibit 72 for identification.)

14     Q.  And if you look at the top e-mail in

15   Exhibit 72, it's from Mr. Magot to Willy with a CC to

16   you.  It says:

17              "I just spoke with Todd who is working

18          with the NYSE to finalize approval of funds

19          to buy the machines."

20          Do you have any understanding of what

21   Mr. Magot is referring to in that e-mail?

22     A.  I don't, but if you are going to do an equity

23   financing and you are going to issue shares of DPW to

24   raise capital, you would need to get approval to issue

25   the shares from the New York Stock Exchange.

1      Milton "Todd" Ault, III

2      Q.  And do you recall whether DPW was looking to

3  issue shares at that point in time?

4      A.  I think we were trying to raise money in many

5  manners to settle our obligations or our commitments

6  for growth for our subsidiaries, for funding our

7  subsidiaries.  We continued to raise money for years

8  past this.  So yes, it probably could have been, yes.

9      Q.  Do you recall the substance of any of those

10  discussions in May of 2018?

11      A.  I do not.  I do not.

12          MR. MANDEL:  Let's mark as Exhibit 73 a

13  document bearing production number DEFENDANTS_2529

14  through 2607 -- I'm sorry -- 2599 through 2601.

15          (Exhibit 73 for identification.)

16      Q.  At the top e-mail, Mr. Magot --

17      A.  Can you hold on one second, please?

18      Q.  Sure.

19      A.  (Sotto voce.)  Sorry.  I have a blood test I

20  have to deal with.  Sorry about that.

21      Q.  At the top of Exhibit 73, there is an e-mail

22  from Mr. Magot to you saying, "Making sure you saw

23  this.  Let's discuss how we will reply."  And he's

24  forwarding an e-mail from Mr. Tencer in which he's

25  looking for a commitment now for a minimum payment as

1          Milton "Todd" Ault, III

2  probably should have."  But, you know, it is what it

3  is.  I don't know the details.  I think he was just

4  unhappy.

5      Q.  But did you ever express the viewpoint that

6  Super Crypto just didn't have the funds to pay him?

7      A.  Yeah, I told him they didn't have the money.

8  He knew that we were funding it through the parent.

9  He was aware.

10     Q.  And you had told him you were funding through

11 the parent throughout the transaction?

12     A.  I don't think you plan on telling someone how

13 you are funding everything.  I think just over time he

14 learned that the parent was funding it.  I mean, he

15 asked me where the money was coming from or something

16 like that, I guess.  And I just -- you know, most of

17 the conversations up until the end were pretty

18 friendly.

**Mandel Exhibit BBB**

19         MR. MANDEL:  Let's mark as Exhibit 77 a

20 document bearing production number BMS 224.

21         (Exhibit 77 for identification.)

22     Q.  If you look at Exhibit 77, it appears to

23 reflect a wire transfer in the amount of $50,000 being

24 made on or around May 17th, 2018.

25         Do you recall such a transaction taking

1        Milton "Todd" Ault, III

2   place?

3       A.  No, I don't, actually.

4       Q.  And it says "at the request of our customer

5   Ault & Company, Inc."

6           What is Ault & Company, Inc.?

7       A.  That's a private holding company that's a

8   large shareholder of Ault Alliance.

9       Q.  And was a large shareholder at the time of

10  DPW?

11      A.  Probably was, yeah.

12      Q.  And if you look at the -- I'm sorry.

**Mandel Exhibit CCC**

13          Let's mark as Exhibit 78 a document bearing

14  production numbers DEFENDANTS_ 2691 to 2692.

15          (Exhibit 78 for identification.)

16      Q.  If you look at Exhibit 78, in it Mr. Tencer

17  acknowledges receipt of $50,000 and you saying, "We

18  used a new account because of a legal reason."

19          Do you have any understanding of what you

20  meant by that?

21      A.  We were getting issues with -- our own

22  commercial banks at DPW started shutting us down

23  because they found out we were crypto mining, so at

24  one point they even shut down all my accounts, my

25  wife's account, and our Girl Scout account, our

Page 203

1              Milton "Todd" Ault, III

2      A.   It is my understanding I believe it was

3   causing us trouble raising money.

**Mandel Exhibit DDD**

4          MR. MANDEL:  Let's mark as Exhibit 80 a

5   document bearing production number DEFENDANTS_2739.

6          (Exhibit 80 for identification.)

7      Q.   In the e-mail at the bottom May 29th

8   Mr. Tencer says:

9              "We received the wire you sent last

10             week.  Wire was only for $5,000.  Hopefully

11             today's wire will be larger so that you can

12             meet your target of having it paid off within

13             10 day business days."

14         Do you have any recollection of telling

15   Mr. Tencer that your target goal was to pay this off

16   within 10 business days?

17     A.   I have no reason to believe I didn't tell him

18   that.  I don't know Mr. Tencer to be a liar.

19     Q.   And when you made that statement, was it your

20   belief that you would be able to pay him off within 10

21   business days?

22         MR. VOLYNSKY:  Objection.  Form.

23     A.   I'm sure it was the hope that we could pay

24   him off.

**Mandel Exhibit EEE**

25         MR. MANDEL:  Let's mark as Exhibit 81 a

1    Milton "Todd" Ault, III

2  document bearing production numbers DEFENDANTS_ 2772

3  to 73.    **Mandel Exhibit EEE**

4        (Exhibit 81 for identification.)

5    Q.  This is an e-mail that appears to have been

6  sent by Mr. Magot to you and Will Horne on May 31st of

7  2018, and in it Mr. Magot describes Willy as a very

8  reasonable person.

9        Did you agree with that assessment at this

10  point in time?

11        MR. VOLYNSKY:  Objection.  Form.

12    A.  Do I agree Willy is a reasonable person?

13  Yes.

14    Q.  And what Mr. Magot points to as proof of his

15  being reasonable is the fact that you were under

16  contract to pay by 4/30 and he is offering the

17  extension to July 15th below.

18        Do you recall that Willy was offering an

19  extension of over two months for you to complete the

20  payment?

21        MR. VOLYNSKY:  Objection.  Form.

22    A.  I don't recall what he was offering, no.

23    Q.  Is it fair to say that you were unable to

24  make the payment by July 15th?

25        MR. VOLYNSKY:  Objection.  Form.

1          Milton "Todd" Ault, III

2     A.   Is it fair to say that he sold the machines

3  when we didn't make the payment?  Yes.

4     Q.   Right.  But he didn't sell the machines as of

5  July 15th; correct?  He sold them in October or

6  November of 2018; right?

7     A.   I guess, yeah.

8     Q.   And that was after about six months of

9  promises that payment was coming; right?

10         MR. VOLYNSKY:  Objection.  Form.

11     A.   Sure.

12     Q.   And repeated promises that weren't kept;

13  correct?

14         MR. VOLYNSKY:  Objection.  Form.

15     Q.   You can answer.

16     A.   I don't know what to answer.  I've answered

17  this 50 times.  I'm not going to say another word.

18  I'm not answering this question anymore.  Stop asking

19  me how many fucking times I said that we planned on

20  paying him.  It's ridiculous and you are wasting my

21  time and yours.  You are asking me did we intend to

22  pay him just to annoy the shit out of me.  I'm not

23  doing it.

24     Q.   I'm not asking whether you intended to pay

25  him.  I'm asking whether you repeatedly promised to

1            Milton "Todd" Ault, III

2    pay him and failed to keep those promises --

3        A.  That's right --

4        Q.  -- for a period of six months.  Is that

5    right?

6            MR. VOLYNSKY:  Objection.  Form.

7        A.  That's right --

8            MR. VOLYNSKY:  Objection.  Form --

9        Q.  You can answer.

10           MR. VOLYNSKY:  -- legal conclusion.

11       A.  That's right.  We promised to pay him.  We

12   couldn't do it.

13           MR. MANDEL:  Let's mark as Exhibit 82 a

14   document bearing production number DEFENDANTS_2790 to

15   2791 -- 2790 to 2792.

16           (Exhibit 82 for identification.)

17       Q.  This is a June 1st, 2018, e-mail from

18   Mr. Magot to you at about 10:26 in the morning and he

19   says:

20               "Willy is expecting some sort of wire

21           today.  If we aren't going to send one please

22           let me know so I can manage him accordingly."

23           Do you recall whether you had any discussions

24   with Mr. Magot about how he could manage Willy at that

25   point?

1                      Milton "Todd" Ault, III

2        A.   No.

3             MR. MANDEL:   Let's mark as Exhibit 83 a

4    document bearing production number DEFENDANTS_ 2794.

5             (Exhibit 83 for identification.)

6        Q.   This is about an hour after the e-mail we

7    just looked at, and in it Mr. Magot is forwarding to

8    you an e-mail from Mr. Tencer, and he says, "Please

9    advise."

10            Do you recall whether you did advise him

11   about how to respond to a deal with that e-mail?

12            MR. VOLYNSKY:   Objection.   Form.

13       A.   I don't recall.

**Mandel Exhibit FFF**

14            MR. MANDEL:   Let's mark as Exhibit 84 a

15   document bearing production number DEFENDANTS_2795.

16            (Exhibit 84 for identification.)

17       Q.   This is an e-mail that Mr. Magot sent to

18   Willy CC'ing you later in the day on June 1st, 2018.

19            Do you recall whether you discussed the

20   substance of this e-mail with Mr. Magot before he sent

21   it?

22            MR. VOLYNSKY:   Objection.   Form.

23       A.   I don't recall this e-mail at all, no.

24       Q.   And you have no recollection of Mr. Magot

25   e-mailing in June of 2018 that SCM would honor its

1            Milton "Todd" Ault, III

2    obligation to finalize the purchase of the last 600

3    machines?

4         MR. VOLYNSKY:  Objection.  Form.  Asked and

5    answered.

6    A.   Yeah, we told them and so did -- Super Crypto

7    wanted to buy the machines and we wanted to help them

8    buy them, so -- we've said this already.

9    Q.   And Mr. Magot says:

10              "We had a number of transactions occur

11         recently, at the parent company level,

12         related to acquisitions and growth.  These

13         transactions created unexpected delays and

14         approvals that have delayed our ability to

15         meet the original timeline/plan.  With that

16         said, we will still purchase the machines and

17         will honor our obligation with you."

18          Do you have any understanding of what

19    transactions at the parent company level he's

20    referring to?

21         MR. VOLYNSKY:  Objection.  Form.

22    A.   We had bought a company in Israel called

23    Intertech and that led to a bunch of problems

24    internally in getting the company financed.  We worked

25    through the problems, took a couple of months, and

1          Milton "Todd" Ault, III

2   eventually got financing.

3      Q.   And how did that affect the ability for

4   Super Crypto to meet the timeline?

5          MR. VOLYNSKY:   Objection.   Form.

6      A.   We didn't have any money, so there was no

7   money to give to Super Crypto to pay Willy.

8          MR. MANDEL:   Let's mark as Exhibit 85 a

9   document bearing production numbers DEFENDANTS_2822 to

10  2825.

11          (Exhibit 85 for identification.)

12     Q.   Exhibit 85 is an e-mail that Mr. Magot sent

13  to Willy and you on June 7th, 2018, in which he asks

14  to move the due date from July 31st to August 15th and

15  he says, "This should be the last request."

16          Do you have any recollection of this e-mail?

17     A.   I do not.

18          MR. MANDEL:   Let's mark as Exhibit 86 a

19  document bearing production numbers DEFENDANTS_2896 to

20  2899.

21          (Exhibit 86 for identification.)

22     Q.   Do you recall this e-mail from Mr. Tencer on

23  or around June 13th, 2018, in which he indicates:

24          "We must now declare you in default of

25       our contract and will be handing this over to

1          Milton "Todd" Ault, III
           **Mandel Exhibit GGG**
2          (Exhibit 87 for identification.)

3      Q.  This is an e-mail sent a day after the e-mail

4   we just looked at declaring a default, and in it

5   Mr. Tencer says:

6               "To my surprise, just noticed today that

7          we received a wire yesterday from DPW for

8          5,000."

9          Do you recall that DPW was continuing to make

10  wire payments to Blockchain as of June of 2018 toward

11  payment of the remaining 600 machines?

12         MR. VOLYNSKY:  Objection.  Form.

13     Q.  Do you recall?

14     A.  What's the question?  Can the court reporter

15  read back the question?

16          (Record read by reporter as follows:

17               "QUESTION:  This is an e-mail sent a day

18          after the e-mail we just looked at declaring

19          a default, and in it Mr. Tencer says:

20               "'To my surprise, just noticed today

21          that we received a wire yesterday from DPW

22          for 5,000.'

23               "Do you recall that DPW was continuing

24          to make wire payments to Blockchain as of

25          June of 2018 toward payment of the remaining

Page 212

                Milton "Todd" Ault, III

1        600 machines?")

2        MR. VOLYNSKY:  Note my objection.

3        You can answer.

4     A.  We intended to buy the machines.  We told

5   them we would prefer he didn't sell them.  So I

6   don't -- do I recall that we keep -- we made payments?

7   Yes.

8        MR. MANDEL:  Okay.  Why don't we take a break

9   of 10 minutes.  I'm going to try and look through and

10  streamline as much as I can.  I appreciate it's

11  getting late.

12    A.  I'm sorry.  It's Richard; right?

13       Is his name Richard?

14       MR. VOLYNSKY:  Yes.

15       MR. MANDEL:  Let's go off the record.

16       MR. VOLYNSKY:  Are we off the record?

17       THE VIDEOGRAPHER:  We're going off the

18  record.  The time is 3:21.

19       (Recess taken.)

20       THE VIDEOGRAPHER:  Going back on the record.

21  The time is 3:39.

                              **Mandel Exhibit HHH**

22       MR. MANDEL:  Let's mark as Exhibit 88 a

23  document bearing production number DEFENDANTS_ 3203.

24       (Exhibit 88 for identification.)

1    Milton "Todd" Ault, III

2    Q.  In the top e-mail that you sent to Mr. Tencer

3    on July 17, 2018, you say, "We started wiring today.

4    I know it's small but will build."

5        Do you recall that around July of 2018 you

6    started making wires on a more regular basis?

7    A.  I recall something like that, yeah.

**Mandel Exhibit III**

8        MR. MANDEL:  And let's mark as Exhibit 89 a

9    document bearing production numbers DEFENDANTS_3210

10   through 3212.

11       (Exhibit 89 for identification.)

12   Q.  Is this an e-mail that you sent to Mr. Magot

13   and Willy on July 17, 2018?

14   A.  I see that, yeah.

15   Q.  And in it you say, "Please don't laugh.

16   $1,000 today and it will increase daily."

17       Does that mean that the wire that you started

18   sending was first for $1,000?

19   A.  We knew he had costs.  We were just sending

20   him some money to make sure he could keep the machines

21   there till we figured it out.

22   Q.  By the "costs," are you referring to storage

23   costs?

24   A.  Storage costs, capex, maybe carrying costs on

25   the product.  I don't know.

1        Milton "Todd" Ault, III

2    Q.  You also say in the e-mail, "Also I am very

3 confident that the $2 million is underway."

4        Do you know what you meant by that?

5    A.  I think at that time we were doing small

6 financing, trying to dig our way out of the hole.

7    Q.  Did that occur?

8    A.  I think ultimately it did, yeah.

9    Q.  Do you know when it occurred?

10    A.  I don't know the exact timeline.  We ended up

11 leaving Wainwright and getting new financing and just

12 starting off small.  We have Baby Shelf Rules, so we

13 had to kind of reset everything.

14    Q.  And when did you replace Wainwright?

15    A.  I think October or November, something like

16 that.

**Mandel Exhibit JJJ**

17        MR. MANDEL:  Let's mark as Exhibit 90 the

18 document bearing production number DEFENDANTS_3262,

19 and this document actually runs to 3267.

20        (Exhibit 90 for identification.)

21    Q.  Looking at Exhibit 90, this is an e-mail you

22 sent to Mr. Tencer saying, "You were sent $5,000

23 today."

24        Is that an example of another wire that DPW

25 made during this time frame?

1                    Milton "Todd" Ault, III

2      A.   Yes.

                              **Mandel Exhibit KKK**

3           MR. MANDEL:   Let's mark as Exhibit 91 a

4   document bearing production number DEFENDANTS_3469.

5           (Exhibit 91 for identification.)

6      Q.   This is an e-mail dated July 27, 2018, that

7   you sent to Mr. Tencer, and in it you say, "Wired you

8   another 10,000 today."

9           Do you recall that was part of the continuing

10  wires you had discussed earlier?

11     A.   I have no reason to believe it's not.

                              **Mandel Exhibit LLL**

12          MR. MANDEL:   Let's mark as Exhibit 92 a

13  document bearing production number DEFENDANTS_3258 --

14  I'm sorry -- 3528 through 3532.

15          (Exhibit 92 for identification.)

16     Q.   At the top of Exhibit 92 is an e-mail that

17  you sent to Mr. Tencer on August 9th of 2018, and in

18  it you say, "Why would I be wiring you if I intended

19  not to pay.  Clearly I have been wiring."

20          Do you recall what you meant by that?

21     A.   I think he was threatening lawsuits, and I'm

22  like telling the guy, listen, this is foolish, I'm

23  going to pay you, so why sell me scenes and why sue

24  me.  Probably that was what it was.  I don't know.

25     Q.   And was the point of continuing to wire him

1                  Milton "Todd" Ault, III

2  money to assure him that you intended to pay?

3          MR. VOLYNSKY:  Objection.  Form.

4      A.  There would be no other reason to wire him

5  than to show him our intentions are to pay.

6          MR. MANDEL:  Let's mark as Exhibit 93 a

7  document bearing production number DEFENDANTS_ 3562.

8  This document actually runs to 3569.

9          (Exhibit 93 for identification.)

10     Q.  If you look at the first page of the exhibit,

11 it's an e-mail from you to Mr. Tencer dated

12 August 13th, 2018.  In it you say "Willy Flying to NYC

13 today.  As I suggested this would be the week we

14 closed on funding."

15         Do you recall why you were flying to NYC?

16         MR. VOLYNSKY:  Objection.  Form.

17     A.  I don't know why.  I mean, within the

18 geographical area I go to Boston and DC and, I think,

19 Connecticut a lot, so you could fly into like

20 Teterboro and go over to White Plains, which is in

21 New York and then that was pretty close to

22 Connecticut.  A lot of the funding I did was in

23 Connecticut.

24     Q.  Do you recall what funding you were talking

25 about closing?

1          Milton "Todd" Ault, III

2     A.   No.   It was four years ago.

3     Q.   And do you know whether that funding actually

4  did close in August --

5     A.   It ultimately closed funding.  I don't know

6  if it --

7          MR. VOLYNSKY:  Objection.  Form.

8          You can answer.

9     A.   We ultimately closed funding.  I don't know

10  if it come from this meeting or multiple meetings or

11  whatever.  Ultimately we raised money through a firm

12  called -- we did Wilson Davis for like 4-1/2,

13  5 million, and then we did Ascendiant for 40 million,

14  and then we did Ascendiant for 200 million, and then

15  we did another 150 million with Ascendiant.  So we

16  ultimately -- they were fruitful, but ultimately it

17  ended up being Ascendiant out of Newport.

18     Q.   But all that funding took place after the

19  machines had already been resold by Blockchain;

20  correct?

21          MR. VOLYNSKY:  Objection.  Form.

22     A.   I believe so, yeah.

23     Q.   And you would agree that as of August 13th,

24  2018, you had been promising payment for about

25  four months now; right?

1              Milton "Todd" Ault, III

2         MR. VOLYNSKY:  I don't know how many times

3    are you going to ask the same question.

4         THE WITNESS:  He's a persistent guy.

5         MR. VOLYNSKY:  Give up.

6         THE WITNESS:  Hey, he was in the Navy.  He's

7    persistent.

8         MR. VOLYNSKY:  Exactly what you need.

9         THE WITNESS:  I love Navy guys.

10        MR. VOLYNSKY:  Aggressive need during my

11   deposition of your client.

12        THE WITNESS:  I love Navy guys.  They are

13   going to get the job done.  I'm good.

14        Yes, I agree with you that we persistently

15   told them we were going to pay them, if that was your

16   question.

17        My dad was in the Navy.

18    Q.  Did it occur to you at any point in time that

19   he had reasons to doubt whether you were going to

20   carry through on that promise?

21        MR. VOLYNSKY:  Objection to form.

22    A.  I can understand why he would have doubt, but

23   why would someone keep sending money if they didn't

24   intend to do it.  But I get your point.  I mean, it's

25   a reasonable thing.  He didn't know me.

1          Milton "Todd" Ault, III

2     A.  I didn't do any reconciliation here, so it

3   probably is accurate, but I never looked at it.
                         **Mandel Exhibit MMM**
4          MR. MANDEL:  Let's mark as Exhibit 95 a

5   document bearing production numbers DEFENDANTS_3732 to

6   3733.

7          (Exhibit 95 for identification.)

8     Q.  If you look at the top e-mail, that's an

9   e-mail that you sent to Mr. Tencer on September 7th of

10  2018, and in it you say, "Everything looks good to pay

11  you down."

12         Do you recall making that statement on or

13  around September 7, 2018?

14    A.  No, but I have no reason to object this

15  wasn't my e-mail, that I didn't make that statement.
                         **Mandel Exhibit NNN**
16         MR. MANDEL:  Let's mark as Exhibit 96 a

17  document bearing production numbers DEFENDANTS_3765

18  through 3766.

19         (Exhibit 96 for identification.)

20    Q.  At the top is an e-mail from Mr. Magot to you

21  and to Willy dated September 14, 2018, and in it he

22  says:

23              "We wanted to be sure that you saw our

24         announcement today where we got approval to

25         raise 23.5 million, and we have begun the

1          Milton "Todd" Ault, III

2          MR. MANDEL:  I think it is funny.  I was

3    laughing.

4      Q.  So if you look at Exhibit 100, it looks like

5    it's an e-mail that you sent to Mr. Tencer really

6    almost less than a minute after the e-mail we just

7    looked at where you said "I agree," and in this e-mail

8    you just say "I am sorry."

9          Do you have any understanding of why you were

10   sending an e-mail at that point in time that said "I

11   am sorry"?

12     A.  We like to honor the commitments of the

13   subsidiaries, the commitments we make at the parent

14   company.  We don't like to get anyone financially

15   hurt, and I was sorry that it wasn't working out.  And

16   I wish I could have done a better job of convincing

17   him just to be patient, but he couldn't do it,

18   apparently.

19     Q.  And as of October 23rd, 2018, were you able

20   to provide him any definitive timetable by which the

21   obligation would be paid?

22     A.  I don't recall what I tried to provide him or

23   I don't know what I said to him.  I think he had a

24   lawyer or he was -- I don't know if we were even

25   talking.

Page 227

Milton "Todd" Ault, III

**Mandel Exhibit WW**

1
2    Q.   And let's just go back to Exhibit 65, if you

3    can.

4    A.   65?

5    Q.   Yeah.  I just want to show you, these are all

6    the wire confirmations that we have relating to

7    transfers that came through DPW, and do you have that

8    up on the screen, Exhibit 65?

9         MS. CHESTUKHIN:  I dropped it into the chat

10   again so you don't have to look for it.

11   A.   We have it, yes.

12   Q.   If you look at the last page of Exhibit 65 --

13   these are in chronological order -- the last date is

14   from August 17th, 2018.

15        Do you -- are you aware of any wires or

16   payments that were made by DPW after August 17th,

17   2018, toward payment of the 600 machines?

18   A.   I don't know.  I'm not aware or not unaware

19   or aware that any were made.  I don't know.

20   Q.   If you assume for the moment that no wires

21   were made after August 17, then by the date of October

22   23rd it had been more than two months without any

23   additional payments being made; correct?

24        MR. VOLYNSKY:  Objection to form.

25   A.   I don't know if there were additional

1                 Milton "Todd" Ault, III

2    payments.  If you assume there wasn't any payments,

3    then he hadn't gotten any payments.  What's the

4    question?

5        Q.  Well, I'm saying the records that we've seen

6    in this case, the documents that have been produced

7    and the documents our clients have, don't reflect any

8    payments after August 17.

9            I take it you are not in a position to

10   dispute that.  You don't know of any payments that

11   were missing or not credited you with.  Correct?

12       A.  I haven't done the accounting, but I'm not

13   aware whether there was or was not additional payments

14   after August 17.

15       Q.  If that's the case, then as of October 23rd,

16   it had been more than two months since any money had

17   been paid toward the obligation; correct?

18           MR. VOLYNSKY:  Objection.  Form.

19       A.  If your facts are correct, it would be

20   two months later, yeah.

21       Q.  And there had also been no indication of any

22   firm date by which that payment was going to be made;

23   correct?

24           MR. VOLYNSKY:  Objection.  Form.

25       A.  I don't know if I can say that.  I think we

1                    Milton "Todd" Ault, III
2    were conveying to him that we still wanted to pay him.
3        Q.   That you wanted to pay, but you didn't have
4    any firm assurances as to when you were going to be
5    able to pay that; correct?
6        A.   I don't --
7             MR. VOLYNSKY:   Objection.   Objection.   Form.
8        A.   I don't think we had any assurances we could
9    pay him at that point, no.
10       Q.   And it had been six months past the point
11   when the payment was supposed to be made; correct?
12            MR. VOLYNSKY:   Objection.   Form.
13       A.   I don't disagree that it probably was
14   six months, yeah.
15            MR. MANDEL:   Let's mark as Exhibit 101 a
16   document bearing production number DEFENDANTS_4297.
17            (Exhibit 101 for identification.)
18       Q.   Exhibit 101 is an e-mail that Mr. Tencer sent
19   to you on October 26th, 2018, and it indicates that
20   this constitutes formal notice that Blockchain intends
21   to resell all or some of the remaining 600 machines.
22            Do you recall receiving it?
23       A.   I don't recall, but it doesn't mean I didn't.
24       Q.   Do you recall becoming aware in late October
25   that Blockchain planned to resell the machines?

1                    Milton "Todd" Ault, III

2        A.  I do recall Darren telling me they were

3   selling them, yeah.

4        Q.  And did you do anything in response to that?

5            MR. VOLYNSKY:  Objection.  Form.

6        A.  I don't recall at all.  I don't know what I

7   did.  Probably encouraged them not to sell them.  I

8   don't know.

                        **Mandel Exhibit OOO**

9            MR. MANDEL:  Let's mark as Exhibit 102 a

10  document bearing production number DEFENDANTS_ 3171.

11           (Exhibit 102 for identification.)

12       Q.  Do you recall receiving this e-mail from

13  Mr. Tencer on or around July 12, 2018?

14       A.  The storage bill?

15       Q.  Yes.

16       A.  I don't recall whether I got it or not.  I'm

17  sure I did.

18       Q.  In the e-mail he says:

19               "You've told me on numerous occasions

20           that although there was a delay in your

21           payment you would reimburse us for the

22           warehouse charges."

23           Is that an accurate statement by Mr. Tencer?

24       Q.  Yes.

25           MR. VOLYNSKY:  Objection.  Form.

1        Milton "Todd" Ault, III

2        THE WITNESS:  Sorry, bro.

3        Yep, that's an accurate statement.  I did say

4    I would reimburse them.

5    Q.  And was it your understanding that the

6    warehouse charges he was charging to you were $300 a

7    day?

8    A.  Something like that.  I don't know what the

9    exact amount was.

10        MR. MANDEL:  All right.  I have no further

11    questions at this time.

12        The one thing I will say, you know, there are

13    a number of e-mails that we were going to stipulate to

14    the authenticity, but I'll just work that out with

15    you, Rob, before Mr. Magot's deposition, and hopefully

16    we can get it taken care of by stipulation and not

17    waste any more time with Mr. Ault and hopefully not

18    have to waste any time from Mr. Magot either on those

19    details.

20        MR. VOLYNSKY:  Yeah, that's fine.

21        I have just one question for Mr. Ault.

22    EXAMINATION BY

23    MR. VOLYNSKY:

24    Q.  Which is, at any time did Mr. Tencer express

25    to you that he understood, it was his understanding

Page 233

1            I JANET C. TRIMMER, Registered Professional

2   Reporter, Certified Realtime Reporter, and Nevada

3   Certified Court Reporter No. 864, do hereby certify

4   that prior to the commencement of the examination,

5   MILTON "TODD" AULT, III, was duly remotely sworn by me

6   to testify to the truth, the whole truth and nothing

7   but the truth.

8            I ALSO CERTIFY that the foregoing is a

9   verbatim transcript of the testimony as taken

10  stenographically by me at the time, place and on the

11  date hereinbefore set forth, to the best of my

12  ability.

13           I FURTHER CERTIFY (1) I am not a relative,

14  employee or independent contractor or counsel of any

15  of the parties; nor a relative, employee or

16  independent contractor of the parties involved in said

17  action; nor a person financially interested in the

18  action; nor do I have any other relationship with any

19  of the parties or with counsel of any of the parties

20  involved in the action that may reasonably cause my

21  impartiality to be questioned.

22

23

_____

24  JANET C. TRIMMER

    CERTIFIED COURT REPORTER NV 864 - Firm Number 008F

25  Dated:  01-18-2023    Esquire Deposition Solutions, LLC

**A**

**a.m (2)**
2:5 15:5
**ability (10)**
18:6 78:7,11 88:18,19
96:5 121:18 208:14
209:3 233:12
**able (26)**
19:24 20:8 21:6 38:20
70:25 104:17
108:24 109:2 115:7
121:21 123:13
128:13,20 134:5
145:24 154:19
161:8,10,16 163:4
189:3 196:14
203:20 225:16
226:19 229:5
**absolutely (5)**
21:9 43:20 119:16
121:8 140:5
**Abstract (4)**
115:15,25 116:6,7
**access (1)**
120:22
**accommodate (2)**
17:18 127:14
**account (43)**
54:7,11 60:23 61:6,12
72:10,14,17,19,20
72:24 76:4,19,24
79:20 80:11 81:2,11
82:2,10,11,17,23
83:6,7,9 85:9 86:15
91:14,17 100:7,11
110:18,21 112:24
140:3 143:10,15
183:24 198:18,25
198:25 199:2
**accountant (1)**
65:7
**accounting (6)**
63:15 68:25 70:6 93:4
168:7 228:12
**accounts (5)**
32:21 76:11,17 83:13
198:24
**accurate (16)**
24:8,24 40:17 46:13
57:3 63:5,13 79:7,9
129:19,21 186:18
186:22 221:3
230:23 231:3
**accurately (2)**
17:6 57:18
**achieved (5)**
29:9 54:17,20,25 55:5

**Achieves (2)**
4:13 28:22
**acknowledges (1)**
198:17
**acquire (2)**
94:7 159:18
**acquired (4)**
26:20 44:16 51:16,17
**acquisition (1)**
159:24
**acquisitions (1)**
208:12
**Act (1)**
26:11
**action (5)**
1:6 15:21 233:17,18
233:20
**active (4)**
28:3 56:25 57:15
128:2
**actuality (1)**
27:8
**additional (5)**
79:19 142:11 227:23
227:25 228:13
**adjust (2)**
148:8 166:22
**adjusted (1)**
177:5
**admissible (1)**
14:13
**advance (6)**
69:10,11,19,21
104:13 116:5
**advanced (4)**
34:16 70:2 71:2,10
**advice (2)**
24:20 137:22
**advise (2)**
207:9,10
**advised (2)**
59:13 128:18
**advisor (1)**
25:15
**affairs (1)**
39:14
**affect (2)**
18:6 209:3
**afraid (1)**
132:6
**Afternoon (2)**
4:4 135:2
**agent (2)**
141:5 171:6
**aggregate (2)**
159:22 160:14
**Aggressive (1)**
218:10

**ago (11)**
47:23 101:16,17
118:11 145:7
149:12 184:22
194:12 195:2
200:21 217:2
**agree (10)**
64:23 125:17 163:22
175:11 204:9,12
217:23 218:14
225:10 226:7
**agreeable (2)**
14:18 21:21
**agreed (7)**
41:13 148:17 149:23
159:18 166:2 177:8
195:5
**agreeing (1)**
149:24
**agreement (46)**
113:10 116:3 120:4,8
121:5 122:15,23,25
123:14 125:17
126:9 128:9 134:9
135:15,17,20,23
136:11,18 137:23
140:7,7,20 141:2,14
141:16,21 142:15
142:19 146:6
155:15 159:16,17
159:21 160:4,12
164:3 182:10,12,18
183:3,5,10,13,18
210:8
**agreements (4)**
68:18,21,24 159:13
**ahead (11)**
56:2 70:22 76:23
94:14 114:11
125:21 152:17
154:2 181:6 222:21
223:25
**air (1)**
34:16
**al (1)**
14:23
**ALC (1)**
14:25
**Alexander (1)**
49:18
**algorithm (1)**
50:15
**Alliance (14)**
21:16 37:21 38:5,9
39:18 40:2 42:16
43:2,6 44:11,14,18
44:22 198:8
**allocate (3)**

88:6 121:16,19
**allocated (4)**
87:7,20 89:15 121:14
**allocating (1)**
87:25
**allocation (2)**
73:15 88:3
**allow (1)**
164:19
**allowing (1)**
52:7
**allows (1)**
44:2
**amended (2)**
4:9 19:19
**Amendment (1)**
5:9
**America (1)**
131:22
**American (5)**
4:16,18 27:9 37:2
132:11
**Amos (2)**
85:20 87:16
**amount (9)**
58:23 79:12 84:9
102:11 163:18
195:4 197:23
220:21 231:9
**amounts (4)**
97:19 106:15 184:10
220:5
**Andreychuk (3)**
3:25 14:3 15:6
**announced (1)**
37:19
**announcement (1)**
221:24
**Announces (3)**
4:19 13:5 40:7
**announcing (2)**
40:15 223:9
**annoy (2)**
124:24 205:22
**Annual (2)**
4:14 28:23
**answer (27)**
17:13,15,16,20 23:16
31:3 33:13 38:12
47:4 61:22 88:14
95:24 97:25 112:2
126:20 172:9 180:6
180:7,9 181:20
200:11,23 205:15
205:16 206:9 212:4
217:8
**answered (7)**
71:17 94:13 96:8

**180:4 205:16 208:5**
220:14
**answering (3)**
16:23 17:8 205:18
**answers (1)**
17:9
**Antminer (1)**
159:18
**Antminers (1)**
219:13
**anxious (1)**
186:2
**anybody (3)**
82:21 119:3 120:5
**anymore (6)**
53:4,7 108:16 205:18
**anyways (1)**
59:15
**apart (3)**
20:25 65:13 66:19
**apologize (3)**
96:21 109:17 139:11
**apparently (6)**
143:24 144:18 147:15
189:11 201:5
226:18
**appear (4)**
90:14 106:15 151:16
234:6
**APPEARANCES (1)**
3:2
**appears (28)**
29:6 31:9 72:19,22
81:6 84:18,19 85:19
98:18 110:2 116:20
118:4 119:10 122:7
122:17 124:14
127:9 135:16 138:6
143:2 152:25
153:16 185:16
187:24 189:2
197:22 204:5
222:23
**applied (5)**
177:13 219:10,12
220:6,21
**appreciate (2)**
202:10 212:11
**apprised (2)**
122:5,18
**approaching (1)**
167:6
**approval (17)**
119:17,20,23 120:5,6
120:9,16,18 121:17
129:9,11 150:23
151:2 164:16
190:18,24 221:24

**approvals (1)**
208:14
**approve (1)**
154:25
**approximate (2)**
47:22 58:24
**approximately (18)**
16:16,18 28:7,16
30:21 32:14 33:25
34:14 35:5,13 44:20
47:18 54:23 72:10
73:4 113:15 116:10
220:18
**April (37)**
72:11,15 80:22 81:22
82:11 98:17 99:24
100:4 102:3 103:10
145:23 157:10
164:4,13 167:22
168:20 169:12,14
171:12 173:16,21
174:10 175:10
177:2,16,20,23
178:2,9,18 179:8,23
181:13 184:6
185:10,20 186:6
**Arash (1)**
61:18
**area (2)**
32:19 216:18
**argument (1)**
202:18
**arranged (1)**
143:14
**arrangement (1)**
140:6
**arranging (2)**
108:13 184:18
**Ascendiant (6)**
49:19,22 217:13,14
217:15,17
**asked (13)**
59:12 71:16 82:17
92:15 94:12 105:17
149:2 156:12 180:3
193:21 197:15
208:4 220:13
**asking (28)**
16:22 59:24,25 60:8
65:13 66:6 75:8
91:19 105:25
108:25 112:21
116:19 121:15
123:21 124:23
126:19 127:20,22
128:11,12 129:8
172:14 179:5
181:16 205:18,21

205:24,25
**asks (4)**
108:23 150:8 181:9
209:13
**assessment (1)**
204:9
**asset (8)**
64:4 71:20 135:14,16
135:19,23 146:5
159:16
**assets (23)**
30:19 32:20 36:22
39:22 57:23 58:2,8
59:10 60:15,22,24
61:5 63:9 64:8,12
67:5 70:17,23 71:8
85:11 93:3,10
141:15
**assist (1)**
21:25
**assistance (1)**
65:20
**assistant (2)**
96:25 189:9
**assume (6)**
65:10 95:25 128:12
181:11 227:20
228:2
**assuming (3)**
113:15 149:13 173:20
**assurances (3)**
150:4 229:4,8
**assure (1)**
216:2
**at-the-market (1)**
160:16
**ate (1)**
133:5
**ATM (7)**
159:25 160:9,16
161:6,10 165:5
202:14
**attached (9)**
117:19 118:4 135:14
135:24 140:17
175:24 183:3 220:4
220:12
**attachment (9)**
5:8,13 6:23 8:12
10:11,14,16 12:22
13:16
**attachments (4)**
6:16,18 8:19 99:16
**attempting (1)**
190:6
**attend (1)**
22:23
**attending (1)**

15:3
**attention (2)**
155:22 159:6
**attorney (5)**
137:18,19 141:8
172:7 210:2
**attorneys (3)**
3:5,16 144:23
**attributable (2)**
32:15 35:14
**audibly (2)**
17:13,15
**auditor (1)**
65:7
**August (12)**
209:14 215:17 216:12
217:4,23 219:7
220:18 227:14,16
227:21 228:8,14
**Ault (309)**
1:9,15 2:10 4:3,12,17
4:23 5:3,16,18,19
5:21,22,24 6:5,6,12
6:13 9:20,22,24
10:3,5 11:7,13
12:10,12,14,16,18
12:20,24 13:8,10,12
14:1,21 15:1 16:1,2
16:8 17:1 18:1 19:1
19:19 20:1,18,19
21:1,16 22:1 23:1
24:1 25:1,6,6,7,7,10
26:1 27:1 28:1,19
29:1 30:1 31:1,20
32:1 33:1,8,9 34:1
35:1,22 36:1,8,13
37:1,4,20 38:1,4,9
39:1,18 40:1,2 41:1
42:1,16 43:1,2,6
44:1,10,14,18,21
45:1,24 46:1,3 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
55:23 56:1 57:1
58:1 59:1 60:1,6
61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
84:4 85:1 86:1 87:1
87:12 88:1 89:1
90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1

107:1,23,25 108:1,8
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1,16
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1,7 136:1 137:1
138:1 139:1 140:1
141:1 142:1,22
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1,9 171:1 172:1
173:1 174:1 175:1,6
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1,5,6,8
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
222:24 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1,17,21 232:1,8
232:14 233:5
**authenticity (1)**
231:14
**authority (1)**
74:3
**authorizing (6)**
86:11,19 87:20 89:23
90:15 94:24
**available (9)**
84:9 97:20 103:2
106:3 127:25
142:10 146:3 171:8
173:8
**Avalanche (2)**

31:8,11
**avoid (1)**
17:14
**aware (20)**
53:14 62:7 70:14,16
70:20,23,24 72:9,14
78:16,20 163:17
177:22 178:2 197:9
227:15,18,19
228:13 229:24

**B**

**B (1)**
4:7
**Baby (1)**
214:12
**back (38)**
20:15,18 27:11 31:4
45:14,21 54:9 70:4
70:7,8,25 71:4,9,15
75:12 78:23 80:9
83:25 90:8 97:13
107:20,23 117:23
135:3 140:25 146:4
170:6 176:3,6,14
185:23 187:15,17
199:3 202:3 211:15
212:21 227:2
**background (2)**
21:24 22:18
**backwards (1)**
23:9
**bad (2)**
55:16 224:7
**balance (13)**
5:5 30:20 62:24 63:5
63:8,19 64:6 67:4
72:23 168:3,6
196:21 219:12
**balances (2)**
69:3 111:18
**ballpark (1)**
24:10
**bank (36)**
11:11 54:7,9 61:6
72:9,17,19,20 76:2
76:5,11,17,19,24
79:20 81:11 82:2,10
82:17,22 83:6 85:8
91:14,16 100:7,10
112:24 131:22
132:4 158:15
162:10 164:16
165:3,9 171:7 224:7
**banker (12)**
48:24 49:6,7,10,10,11
49:15 188:9,11,14
188:22 189:11

**bankers (2)**
49:23 190:6
**banking (5)**
10:9 72:4,6 73:7,9
**bankruptcies (1)**
39:13
**banks (7)**
54:11 81:13 158:2,8
158:14 198:22
202:23
**based (9)**
57:14 63:16 66:6
70:24 88:10 102:21
152:10 161:23
196:9
**basically (4)**
63:12 87:3 91:19
177:4
**basis (9)**
35:17,17 39:22 93:5,7
93:19 107:4 210:14
213:6
**batch (5)**
167:4,7,8,12,15
**Bates (2)**
109:19 133:24
**bathroom (2)**
83:15 187:7
**BDC (2)**
26:10,11
**bearing (96)**
46:4 48:16 62:16
71:22 74:20 80:17
81:5,18 84:14 85:15
87:12 88:23 89:18
90:10 91:3,25 94:17
95:4 96:12 97:9
98:14 99:12,15
101:22 103:6 104:7
105:10 106:9
107:25 109:13
111:9 116:13 119:7
122:9 123:6 124:8
125:24 127:2 129:2
132:17 133:24
135:8 138:4 139:5
140:11 142:23
145:9 146:25
149:19 150:19
151:12 153:19
156:4 164:9 165:19
167:18 168:15
170:10 173:3,23
180:23 181:25
182:22 185:7
186:11 187:3
190:11 191:13
192:8 193:4 195:16

197:20 198:13
201:15 203:5 204:2
206:14 207:4,15
209:9,19 210:24
212:24 213:9
214:18 215:4,13
216:7 219:3 221:5
221:17 224:10,25
225:21 229:16
230:10
**bears (1)**
75:14
**becoming (2)**
29:23 229:24
**beginning (1)**
72:23
**begun (1)**
221:25
**behalf (6)**
21:3 60:9 120:8
121:14 162:22
194:22
**belief (1)**
203:20
**believe (52)**
25:8 28:18 41:16,24
48:22 49:8 52:25
53:20,24 56:3,18
57:3,18,25 58:15
60:19,22 63:4,18
74:7 101:6 112:11
112:13 113:9,11
116:9 120:10
128:20 131:5
137:24 139:20
140:25 145:23
150:7 159:7 162:18
166:12,25 167:11
167:15 174:6
177:10 178:21
183:12 193:6 203:2
203:17 215:11
217:22 219:25
222:11 224:17
**beneficiary (4)**
61:10,11,25 175:2
**best (8)**
17:9 35:18 38:20 59:3
60:13 102:9,18
233:11
**better (3)**
36:19 175:23 226:16
**beyond (2)**
166:2 184:13
**big (5)**
32:23,24 39:3 71:20
194:14
**bigger (1)**

32:7
**biggest (2)**
32:19,21
**bill (4)**
85:3 104:3 114:13
230:14
**bills (22)**
53:21,23 76:8,9,12,13
76:16,18 78:5,7,11
78:17 84:6 92:10,16
102:19,22 106:21
114:19 162:4
165:17 200:17
**bit (3)**
54:11 82:16 153:7
**Bitcoin (28)**
36:18 38:6 42:18
43:12,17,19 44:2
46:24 47:5,6,9,11
48:7,8 50:24 51:7
52:18,19,23 53:17
58:3 59:17 64:4
81:14 115:22
129:22 155:17
195:10
**Bitmain (9)**
130:4,7,11,13,15,21
131:4,7 159:19
**BitNile (16)**
1:18 2:12 4:10,15,19
21:4,12 35:23 36:11
36:14 37:2,14 40:7
43:10,15 44:14
**BitNile.com (2)**
44:6,8
**BitNow (1)**
130:24
**blew (1)**
200:19
**Blockchain (57)**
1:4 14:22 15:14 16:11
51:23 77:19 78:2,6
78:8 79:11,17 95:22
100:18,24 101:3
118:5,7 119:4,15
122:4,14 123:10
124:15 125:9
127:24 129:6,24
132:11,14 134:3
135:13 139:9
145:21 151:3,17,25
152:9 156:25
159:17 160:5 162:3
162:6 174:3,11,16
174:19,24 175:2
179:25 183:9 184:7
187:22 211:10,24
217:19 229:20,25

**blocking (1)**
202:16
**blood (1)**
191:19
**BMS (8)**
9:16 10:11,22 156:22
173:23 180:23
187:3 197:20
**BMS000224 (1)**
11:12
**BMS000554 (1)**
10:10
**BMSS (1)**
159:22
**board (26)**
63:17 73:23,24,24,25
74:2,5,8,11,13,16
74:25 75:5 119:17
119:20,22,25,25
120:16,22,23
121:15,17 123:12
123:16,22
**boards (1)**
73:22
**body (1)**
223:12
**bold (1)**
193:8
**Boston (1)**
216:18
**bottom (11)**
56:8 100:16 147:4
153:17 154:3 157:4
158:3 159:8,11
170:13 203:7
**bought (6)**
28:3 51:18 130:3
138:24,25 208:22
**break (23)**
17:17,19,21 45:10,12
45:24 48:9 83:15,17
107:11,13,15
133:13 134:17,19
169:21,23,25 187:8
199:17,21 201:8
212:9
**breakdown (1)**
52:11
**breakfast (1)**
45:9
**briefly (2)**
21:24 22:18
**bro (1)**
231:2
**broad (1)**
73:16
**broker (3)**
23:19,19,23

**broker-dealer (2)**
24:12 25:4
**brought (1)**
196:24
**build (1)**
213:4
**bulleted (1)**
31:9
**bullshit (1)**
199:24
**bunch (1)**
208:23
**business (58)**
10:9 26:18 27:22
29:13 30:4 31:14
32:3,5,8,9,12,16,23
32:24,25 33:3,13,14
33:16,19 34:3,3,5
34:15 35:11,16
36:19 44:18 47:2
55:14 56:13 57:4
59:14 71:7 81:14
88:11,15,18 108:14
110:22 118:18
120:12 130:11,12
130:15,20 131:4,6
131:11,17,20
132:14,14 133:20
163:2 203:13,16,21
**businesses (7)**
34:17 35:15 39:19,25
42:19 43:7 94:3
**buy (21)**
101:12,15 114:13,25
116:24 117:14
129:22 155:3 158:5
158:11,19,21
162:24 164:5
178:16 186:8
190:19 192:20
208:7,8 212:5
**buying (5)**
95:20 100:23 130:6
138:22 181:19

**C**

**C (4)**
1:24 2:13 233:1,24
**California (1)**
33:5
**call (15)**
19:15 137:4 156:15
157:5,19 167:25
170:20 171:20
192:17,18 193:22
193:23,25 194:2
210:8
**called (10)**

16:3 24:4 26:9,20
31:13 41:3,20
137:15 208:22
217:12
**calls (5)**
53:22 126:21 137:25
157:20 194:3
**capable (1)**
65:19
**capacity (4)**
59:24 60:6 87:24
219:23
**capex (1)**
213:24
**capital (29)**
26:9 43:11,16 49:18
49:19,19,22 64:23
65:2 73:8,14 74:4
76:6,7 88:3,6,10,20
93:12 98:6,8 103:4
106:7 121:14,17,19
128:21 144:8
190:24
**capitalization (1)**
44:21
**care (1)**
231:16
**cared (1)**
134:16
**career (1)**
23:11
**carried (1)**
128:5
**carry (1)**
218:20
**carrying (1)**
213:24
**case (17)**
14:15,25 16:11 18:16
19:10,21 27:6 30:15
61:3 68:22 77:19
89:16 116:23
143:13 228:6,15
235:2
**cases (1)**
19:12
**cash (10)**
30:21 31:5 52:17 64:3
78:20 127:14,16,24
166:23 188:10
**categories (2)**
52:3,9
**cause (1)**
233:20
**causing (1)**
203:3
**caution (2)**
38:22 178:25

**CC (4)**
81:21 186:16 190:15
192:12
**CC'ed (1)**
173:8
**CC'ing (6)**
80:22 103:10 181:2,9
185:10 207:18
**CCR (1)**
1:24
**CCs (1)**
84:17
**cease (2)**
57:12 67:19
**ceased (6)**
49:9,11 56:15 57:22
70:9 71:7
**center (13)**
38:6 42:18 98:25 99:2
99:3,5,8 103:17
112:8 114:9,13,19
115:3
**centers (2)**
52:4,7
**CEO (18)**
26:5 28:12 46:20
63:17 65:10 71:5
85:21,23 120:11
121:20 129:8,17
138:9,12 139:13
143:6 145:15 157:6
**certain (6)**
33:24 84:6 97:3
121:16 123:2
144:18
**certainly (1)**
180:12
**Certificate (3)**
4:21 5:9,10
**Certified (6)**
2:13,16 16:4 233:2,3
233:24
**certify (4)**
233:3,8,13 234:3
**CFO (3)**
124:5 134:6 202:17
**chain (58)**
6:3,20 7:5,7,10,12,14
7:17,19,21,23 8:5,7
8:10,16,18,21,23
9:2,4,6,8,11,13,19
9:21,23 10:3,5,7,13
10:15,18,20,24 11:2
11:4,7,9,13,16,18
11:21,23 12:6,8,10
12:12,14,17,19,23
13:3,8,10,12 170:25
188:17

**chairman (11)**
26:5 27:3 28:5,6,9
63:16 74:5,8 87:24
120:23 121:19
**change (11)**
4:17 29:11 31:23
35:22 36:17 37:3,14
37:18 39:3,8 56:19
**changed (11)**
21:14 26:12,14,17,21
28:15 31:19 36:14
56:17 137:17
155:14
**changing (1)**
44:13
**Chapman (2)**
22:23,23
**characterization (3)**
31:2 174:15,23
**charge (3)**
73:14 87:7 88:3
**charges (2)**
230:22 231:6
**charging (2)**
39:24 231:6
**CHARLES (1)**
16:2
**chat (12)**
19:23 20:8 22:6 28:24
37:5 40:9 46:5
48:19 55:20 133:23
187:19 227:9
**checking (2)**
72:20 86:15
**Chestukhin (11)**
3:9 15:16,16 16:10
20:3 55:20 124:10
175:21,24 199:7
227:9
**China (2)**
131:14,16
**Chinese (4)**
131:18,20,23 132:4
**chips (1)**
50:14
**Christ (1)**
175:16
**Christine (1)**
108:8
**chronological (1)**
227:13
**Chupric (13)**
84:19 85:6 87:16 89:3
89:21 90:13 91:7,10
91:13 94:21 98:17
103:10 106:12
**Circle (1)**
33:20

**Civil (2)**
1:6 14:14
**claims (1)**
158:4
**clarifying (1)**
175:8
**clarity (2)**
171:22,23
**clause (6)**
134:16 136:5,14,22
177:19,23
**clear (1)**
129:16
**Clearly (1)**
215:19
**clicked (1)**
223:3
**client (3)**
62:10,11 218:11
**clients (3)**
24:16,18 228:7
**close (12)**
29:13 55:2 101:17
129:17,19 169:10
188:10 202:2
216:21 217:4
225:14,19
**closed (5)**
72:15 216:14 217:5,9
225:17
**closing (7)**
80:25 81:11 100:10
168:2,6,8 216:25
**cloud (2)**
52:5,12
**clue (1)**
201:5
**Co-Founder (1)**
26:5
**Coast (2)**
23:21 51:21
**Coin (1)**
51:5
**college (1)**
23:5
**come (13)**
45:3,14 49:9 84:5
85:10 89:9 148:15
163:5,7,9 202:3
217:10 225:25
**comes (1)**
19:14
**comfortable (2)**
126:7 132:15
**coming (6)**
100:11 118:12 124:20
197:15 201:19
205:9

**commencement (1)**
233:4
**comment (2)**
107:11 182:7
**commercial (1)**
198:22
**COMMISSION (1)**
235:25
**commit (1)**
65:24
**commitment (2)**
162:24 191:25
**commitments (5)**
162:21 166:4 191:5
226:12,13
**common (7)**
44:23,25 88:5 97:18
98:2 160:13 195:11
**communicated (1)**
152:8
**communication (4)**
9:15,16 125:8 156:25
**communications (5)**
38:23 122:4,14
137:12 179:4
**companies (16)**
4:20 25:22,25 30:24
33:6 34:22,23 35:3
36:10 37:20,23 40:8
40:16 70:13 82:5
174:17
**companies' (1)**
36:4
**company (126)**
19:3 25:5,7,7,11 26:6
26:8,11,13,19,20,22
27:8,13,18 28:4
29:9,23 30:5,8,10
30:12 31:12,16 32:7
33:5,7,18 38:5,14
40:12 41:4,5,21
42:3,15,17,20,21,24
43:25 44:5,7,17
46:14,22 47:7,12,15
50:7 51:9,13,23
53:4,7,9,10,12,16
56:14 57:2,16,22
62:4,8 63:18 64:8
64:16,22,25 65:10
65:14,21,23,25 66:5
66:9,11,13,14,20,24
67:15,16 68:15 69:4
69:6 70:9 71:6 78:5
88:4,6,12,18 89:12
93:13 94:3,5,6,7,8
124:5 125:4,8,13
130:23 131:18,20
132:11 139:13

132:11 139:13
145:15 159:23
160:6,11 161:9
175:3 179:7 198:5,6
198:7 208:11,19,22
208:24 223:14
226:14
**company's (12)**
27:22 30:19 32:12,15
32:19,22 37:18
39:19 44:14 57:12
61:13 159:15
**complaining (1)**
111:2
**complete (3)**
155:23 163:2 204:19
**completely (1)**
192:13
**Completes (2)**
4:16 37:3
**comport (1)**
157:14
**comprised (1)**
52:2
**computations (1)**
50:16
**computer (1)**
50:14
**computers (2)**
63:12,19
**concerned (1)**
178:13
**concerns (4)**
131:24 132:3 136:15
139:17
**concludes (1)**
232:13
**concluding (1)**
140:19
**conclusion (1)**
206:10
**conditional (1)**
164:15
**conditions (5)**
38:25 55:14 56:13
71:7 171:9
**conducted (1)**
120:12
**conf (1)**
147:22
**confer (2)**
102:18 122:22
**conferred (1)**
102:20
**confetti (1)**
139:2
**confident (1)**
214:3

**confirm (2)**
171:3 196:2
**confirmation (2)**
151:23 153:10
**confirmations (3)**
124:17 174:4 227:6
**confirmed (1)**
143:9
**confusion (1)**
44:16
**congratulations (1)**
135:13
**connect (2)**
129:18 201:4
**Connecticut (3)**
216:19,22,23
**connection (5)**
18:17 37:13 140:3
144:14 174:5
**connections (1)**
98:4
**consider (6)**
118:17 131:6,9,10
178:22 179:14
**consideration (3)**
111:4 116:5 130:5
**considered (3)**
69:5 132:12 179:8
**considering (2)**
82:9 178:24
**consistent (3)**
141:20 166:14 220:20
**consistently (2)**
179:25 180:10
**consists (1)**
71:25
**constitutes (1)**
229:20
**contain (3)**
72:19 182:18 183:8
**contained (2)**
199:4 234:8
**containing (1)**
135:17
**contains (6)**
138:6 139:8 140:15
146:5 193:8 195:21
**contemplated (1)**
155:25
**context (1)**
30:10
**continually (1)**
166:15
**continue (8)**
30:15 32:11 39:18,25
42:11 43:12 110:22
194:10
**continued (10)**

5:1 6:1 7:1 8:1 9:1
10:1 11:1 12:1 13:1
191:7
**continues (2)**
31:16 43:6
**continuing (5)**
135:5 211:9,23 215:9
215:25
**contract (17)**
113:7 115:10,24
117:16,25 118:5
123:2 124:2 134:12
175:19 176:18,22
177:9 204:16
209:25 210:5,20
**contractor (2)**
233:14,16
**contracts (2)**
118:11,12
**contractually (2)**
164:3 195:5
**contributions (2)**
65:14 73:4
**control (1)**
30:13
**controller (2)**
84:21 154:14
**conversation (18)**
83:5 143:18 147:9,15
157:9,12,13,15
170:23 171:4,11,15
171:20 180:20
193:12,15 194:8
195:25
**conversations (3)**
179:3 194:18 197:17
**converted (1)**
26:10
**convertible (2)**
69:8,23
**conveyed (2)**
157:23 179:22
**conveying (1)**
229:2
**convincing (1)**
226:16
**cookie (2)**
147:12 199:2
**Coolisys (5)**
67:7,14,15 68:5 86:10
**cooperative (1)**
166:18
**copy (9)**
19:19 20:19 22:2
55:18 76:24 158:24
159:2 222:10
232:17
**Corbett (6)**

6:10 96:16,24 97:12
189:7,8
**corp (5)**
4:13 28:22 31:8,11
67:16
**corporate (5)**
4:13 28:22 29:16,18
31:25
**corporation (3)**
27:3,5 60:10
**correct (153)**
18:7 20:4 21:8,13,15
21:17 22:20 23:14
25:23 28:15 31:19
35:8 36:13 40:3,4
40:18 41:23,25 42:2
42:20 43:5 55:9,10
55:15 56:17 57:21
63:10 64:9,10 66:2
66:10,15,20,25 68:3
70:5,17 71:2 72:21
73:11,20 74:6,9,10
75:4,6,19,23 76:4
76:14,25 77:4,7,10
77:12,20,22 79:4,7
79:12,24 80:4,5,6
80:11,13 82:7,8
84:4,8 85:4 86:12
86:15 87:19 89:15
90:13,17 92:7,10,22
92:24 93:16,19
94:25 95:2,13 97:3
97:4,6,7,16 98:11
101:6 102:15 103:2
104:3,22,23 106:4
106:16 107:5 109:6
109:17 119:12
121:6,19,23 122:5
122:15 140:5,8,9
141:3,6,17 142:12
142:13,22 146:11
146:15,16 152:23
153:3,11 166:19
167:9 171:4 173:17
176:9,23,24 177:2,3
177:5 180:14
183:10,14,16,23
184:8 186:6 205:5
205:13 217:20
225:16 227:23
228:11,17,19,23
229:5,11 234:8
**corrected (1)**
234:8
**corrections (1)**
234:6
**corresponds (1)**
86:14

**costs (9)**
184:12,13 213:19,22
213:23,24,24
219:15,17
**counsel (17)**
15:12,17,20 61:13,15
118:19,25 119:3
127:8 136:5,15
137:7,13 179:3
194:9 233:14,19
**counsel's (1)**
21:8
**Counterparty (1)**
39:13
**Country (1)**
3:17
**couple (7)**
23:12 58:19 59:5
69:21 194:11
200:18 208:25
**course (2)**
62:6 72:25
**court (11)**
1:1 2:13 14:8,24
15:10,22 16:4,24
211:14 233:3,24
**courtroom (1)**
14:13
**cover (4)**
21:24 23:24,24 72:3
**covering (2)**
23:20 183:14
**covers (1)**
109:19
**COVID (1)**
194:11
**Cowan (4)**
3:4 15:13,17 16:9
**crane (10)**
32:24 33:14,14,15
35:11,15 44:17 94:3
94:6,7
**cranes (1)**
33:17
**crazy (1)**
189:23
**create (4)**
16:25 40:16 44:15
69:17
**created (1)**
208:13
**creating (3)**
4:20 40:8 69:19
**credit (4)**
164:24 165:2,17
202:14
**credited (1)**
228:11

**CRR (1)**
1:24
**crypto (132)**
1:7 5:10 14:23 39:4,9
39:14 45:4,25 46:9
46:24 47:16,19 49:2
50:4,17 51:10,13
52:2,6,21,22 53:3,6
53:25 54:6,8,10
55:9 56:16,22 59:20
60:15,21 61:7,24
62:12 63:2,17,20
64:12 65:15 68:2,6
68:12,22 69:5 70:2
71:6 72:9,20 73:3
73:19,24 74:6,14
75:2,22 76:25 77:25
78:10 79:11 81:7,14
82:10,23 84:6,10,22
84:25 86:12,20
87:21 89:14,24
90:17 92:7,9 94:25
95:11,13 96:5 97:6
97:16 98:20 99:6
100:7 102:11 103:3
103:18 104:16
105:21 106:20
109:2 112:19,23,24
113:8 114:2 115:11
115:25 118:6
119:25 120:3,6,16
121:3 123:23
127:17,25 128:21
130:2,6,13,15
132:10 137:20,22
141:23 142:10
152:8 154:21
159:14 179:8 183:9
186:6 197:6 198:23
208:6 209:4,7 210:5
210:19
**Crypto's (12)**
46:25 72:6 76:16,18
79:20 80:11 81:2,11
105:4 110:18 116:7
120:8
**crypto-mining (1)**
53:20
**cryptocurrency (10)**
50:20 51:6 52:3 53:23
54:4 55:14 56:14
57:13 63:21 130:16
**Cumulative (2)**
13:6 223:10
**currency (1)**
39:10
**current (5)**
21:16 35:17 40:19

43:21 44:20
**currently (5)**
19:7 35:18 44:7 49:15
62:7
**customer (1)**
198:4
**customers (2)**
52:4,7
**cut (2)**
118:22 132:18
**cutoff (1)**
101:11

——————————
**D**
——————————
**D (1)**
4:1
**dad (1)**
218:17
**daily (8)**
92:15 93:5,6,18
106:20,23 107:8
213:16
**Darren (23)**
6:20 7:13,17,19 8:10
10:11,24 13:3 53:11
59:8,20 74:15
114:16 118:9
120:20 123:17
127:5 128:2 136:16
143:21 178:3,6
230:2
**Darren's (1)**
59:21
**darren@ault.com (2)**
12:3,4
**darren@supercryp...**
5:7,12,15 6:8,15,18
6:22 7:3,6,8,10,15
7:21,24 8:3,5,8,14
8:16,19,21,24 9:2,6
9:9,11,13 10:13,16
10:18,20 11:2,5,17
11:19,21,24
**Dasha (4)**
3:9 15:16 175:18
199:5
**data (15)**
38:6 42:18 52:4,7
98:25 99:2,3,4,7
103:17 112:8 114:8
114:13,19 115:3
**date (16)**
15:4 101:14 123:2
145:23 146:13,14
167:6 168:2 209:14
223:4,19 227:13,21
228:22 233:11
235:3

**dated (102)**
4:23 5:7,12,15,16,18
5:19,21,22,24 6:3,5
6:6,8,10,12,13,15
6:18,20,22 7:3,6,8
7:10,13,15,17,19,21
7:24 8:3,5,8,10,12
8:14,16,19,21,24
9:2,4,6,9,11,13,16
9:20,22,24 10:3,5,7
10:11,13,16,18,20
10:24 11:2,5,7,9,11
11:13,15,17,19,21
11:24 12:3,5,7,9,11
12:12,14,16,18,20
12:21,24 13:3,8,10
13:12,14,15 36:25
40:6 81:6 143:3
150:22 201:18
215:6 216:11
221:21 223:8
224:13 233:25
234:10
**dates (3)**
63:5 101:12 179:21
**Davis (1)**
217:12
**day (13)**
77:18 79:10 81:16
195:22 196:11
203:13 207:18
211:3,17 219:19
231:7 234:10
235:23
**days (8)**
145:12 146:14 152:15
152:23 168:3
203:13,16,21
**DC (1)**
216:18
**dead (1)**
223:3
**deal (14)**
62:4 69:20 129:17,20
132:10 135:14
191:20 194:14
207:11 224:14,19
225:14,18,19
**Dean (1)**
23:12
**debts (1)**
222:2
**December (18)**
5:5 25:12 27:4 28:10
28:11,17,21 29:5
35:23 36:15,25
37:13 38:13 55:19
55:24 94:9,15 159:4

**decide (5)**
69:22 102:9,17 121:9
131:11
**decision (9)**
45:8 46:17 57:12 59:9
59:18,21 60:11
73:19 81:13
**decisions (2)**
97:19 116:24
**declare (1)**
209:24
**declaring (2)**
211:4,18
**decrease (1)**
39:9
**default (6)**
170:18 209:24 210:5
210:7 211:4,19
**defendant (7)**
1:17 2:11 4:10 19:4,6
21:4,11
**defendants (87)**
1:10 3:16 4:22 6:3
11:24 14:18 15:21
46:5 48:16 62:16,21
71:22 72:2 74:20
75:14 76:23 79:18
80:17 81:5,18 84:14
85:15 87:13 88:24
89:18 90:10 91:2,3
91:25 94:18 95:4
96:12 97:9 98:14
99:12,15 101:22
103:6 104:7 105:10
106:9 108:2 109:13
109:20 111:9
116:13 119:7 122:9
123:6 124:8 125:24
127:2 129:12 132:17
133:25 135:8 138:4
139:5 140:11
142:20,21,23
145:10 146:7,25
149:19 150:19
151:12 153:19
156:4 164:9 182:2
182:17,22 185:7
186:11 190:11
193:5 195:16
198:14 201:15
204:2 207:4 212:24
216:7 224:25
230:10
**defendants' (4)**
87:11 88:22 107:24
146:13
**DEFENDANTS_00...**
6:23

**DEFENDANTS_00...**
5:6
**DEFENDANTS_00...**
5:11
**DEFENDANTS_00...**
7:15
**DEFENDANTS_00...**
7:18
**DEFENDANTS_00...**
7:22
**DEFENDANTS_00...**
7:24
**DEFENDANTS_00...**
8:4
**DEFENDANTS_00...**
8:6
**DEFENDANTS_00...**
8:8
**DEFENDANTS_00...**
8:11
**DEFENDANTS_00...**
8:13
**DEFENDANTS_00...**
8:15
**DEFENDANTS_00...**
8:17
**DEFENDANTS_00...**
8:20
**DEFENDANTS_00...**
8:22
**DEFENDANTS_00...**
8:24
**DEFENDANTS_00...**
9:3
**DEFENDANTS_00...**
9:5
**DEFENDANTS_00...**
9:9
**DEFENDANTS_00...**
9:12
**DEFENDANTS_00...**
9:14
**DEFENDANTS_00...**
9:20
**DEFENDANTS_00...**
9:22
**DEFENDANTS_00...**
9:24
**DEFENDANTS_00...**
10:4
**DEFENDANTS_00...**
10:6
**DEFENDANTS_00...**
10:8
**DEFENDANTS_00...**
10:14
**DEFENDANTS_00...**
10:17

DEFENDANTS_00...
10:19
DEFENDANTS_00...
10:21
DEFENDANTS_00...
10:25
DEFENDANTS_00...
11:3
DEFENDANTS_00...
11:5
DEFENDANTS_00...
11:8
DEFENDANTS_00...
11:10
DEFENDANTS_00...
11:14
DEFENDANTS_00...
11:15
DEFENDANTS_00...
11:17
DEFENDANTS_00...
11:19
DEFENDANTS_00...
11:22
DEFENDANTS_00...
12:3
DEFENDANTS_00...
12:5
DEFENDANTS_00...
12:9
DEFENDANTS_00...
13:16
DEFENDANTS_00...
12:11
DEFENDANTS_00...
12:13
DEFENDANTS_00...
12:15
DEFENDANTS_00...
12:16
DEFENDANTS_00...
12:18
DEFENDANTS_00...
12:20
DEFENDANTS_00...
12:22
DEFENDANTS_00...
12:24
DEFENDANTS_00...
13:4
DEFENDANTS_00...
13:9
DEFENDANTS_00...
13:11
DEFENDANTS_00...
13:13
DEFENDANTS_00...
13:14

DEFENDANTS_00...
6:9
DEFENDANTS_00...
6:16
DEFENDANTS_00...
6:19
DEFENDANTS_00...
7:4
DEFENDANTS_00...
7:6
DEFENDANTS_00...
7:8
DEFENDANTS_00...
7:11
DEFENDANTS_00...
7:13
DEFENDANTS_00...
5:17
DEFENDANTS_00...
5:18
DEFENDANTS_00...
5:20
DEFENDANTS_00...
4:23
DEFENDANTS_00...
5:21
DEFENDANTS_00...
5:23
DEFENDANTS_00...
5:24
DEFENDANTS_00...
6:5
DEFENDANTS_00...
6:7
DEFENDANTS_00...
6:11
DEFENDANTS_00...
6:12
DEFENDANTS_00...
5:13
DEFENDANTS_00...
6:14
DEFENDANTS_00...
5:8
DEFENDANTS_00...
5:15
DEFENDANTS_00...
6:21
DEFENDANTS_11...
7:20
DEFENDANTS_19...
9:7
DEFENDANTS_20...
165:20
DEFENDANTS_20...
167:18
DEFENDANTS_20...
168:15

DEFENDANTS_20...
170:10
DEFENDANTS_20...
173:4
DEFENDANTS_25...
191:13
DEFENDANTS_27...
203:5
DEFENDANTS_27...
206:14
DEFENDANTS_27...
207:15
DEFENDANTS_28...
209:9
DEFENDANTS_28...
12:7 209:19
DEFENDANTS_29...
210:25
DEFENDANTS_32...
213:9
DEFENDANTS_32...
215:13
DEFENDANTS_32...
214:18
DEFENDANTS_34...
215:4
DEFENDANTS_36...
219:4
DEFENDANTS_37...
221:5
DEFENDANTS_37...
221:17
DEFENDANTS_38...
224:10
DEFENDANTS_42...
225:21
DEFENDANTS_42...
229:16
defense (7)
32:25 34:2,4,18 35:11
   35:15 39:23
definitely (2)
157:20 158:5
definition (1)
65:6
definitive (1)
226:20
degree (1)
23:2
Delaware (1)
29:22
delay (1)
230:20
delayed (2)
167:5 208:14
delays (2)
199:19 208:13
deliver (2)

138:24 169:7
delivered (3)
132:20,24 181:15
delivery (2)
157:16,18
department (1)
118:3
Deponent (2)
235:4,21
deposit (26)
76:4 77:3,17 78:25
   80:4 86:14 101:13
   101:13,19 123:2
   125:17 136:6
   139:25 145:25
   152:15,21 177:13
   177:18 178:4,11,19
   179:10 180:13
   183:22 192:2
   210:17
deposition (24)
1:14,23 2:9 4:10 14:5
   14:7,21 15:2 16:13
   19:13,19,20 20:19
   21:11,20,25 136:8
   142:22 218:11
   231:15 232:14
   233:25 234:5 235:3
depositions (1)
18:13
deposits (5)
72:25 75:15 79:19
   80:10 200:20
derived (1)
159:25
described (1)
157:13
describes (1)
204:7
describing (1)
157:5
DESCRIPTION (8)
4:8 5:2 6:2 7:2 8:2
   10:2 12:2 13:2
designated (1)
21:7
designee (1)
21:3
desirable (1)
132:12
details (12)
111:17,20 144:23
   145:16,20 147:14
   151:16,23 192:14
   196:12 197:3
   231:19
deteriorated (1)
155:18

deteriorating (3)
55:13 56:13 71:7
determination (1)
98:9
determinations (1)
106:2
determine (1)
84:9
determined (2)
102:22 143:11
determining (3)
92:22 110:18 121:23
develop (3)
43:17,18 93:10
developed (1)
93:20
development (1)
43:12
different (7)
25:14,16,18,19 50:22
   51:6 133:20
difficult (2)
54:9 225:9
difficulty (1)
176:11
dig (1)
214:6
digital (16)
1:8 4:13 5:5 27:3,5,8
   27:11 28:22 44:3,3
   56:15,16 91:17
   112:5,6 113:7
dinner (2)
188:18 189:12
direct (7)
75:12 97:3,16 105:18
   159:6 199:3,9
directed (4)
73:10,14 97:2 99:7
directing (2)
89:14 97:5
directly (10)
112:22,25 113:3
   115:20 116:6 130:6
   130:20 131:4,6
   181:20
director (1)
75:10
directors (2)
74:25 75:5
disagree (2)
185:23 229:13
disbursement (1)
153:11
disclose (1)
179:3
discomfort (1)
131:15

**discontinued (2)**
55:10 56:10
**discovery (3)**
22:9 62:21 72:2
**discuss (3)**
38:23 125:12 191:23
**discussed (3)**
179:13 207:19 215:10
**discussing (1)**
146:21
**discussion (6)**
50:4 82:18 126:17
134:8 150:12
152:20
**discussions (16)**
82:21 118:24 123:25
125:13 127:16,21
127:23 134:11
144:23 158:7
166:15 191:10
192:4 196:20
206:23 219:20
**dispute (1)**
228:10
**distinction (1)**
110:13
**distressed (1)**
39:22
**distribution (1)**
143:11
**District (4)**
1:1,2 14:24,24
**diversified (1)**
42:17
**divided (2)**
101:3,7
**document (118)**
10:9 20:21 22:4,8
23:9 31:2 40:6 46:4
46:7 48:16 62:16
71:22,25 74:20
76:23 80:17 81:18
84:14 85:15 87:12
88:23 89:18 90:10
91:3,25 94:17 95:4
96:12 97:9 98:14
99:12,14 101:22
103:6 104:7 105:10
106:9 107:25 108:4
109:13 111:9
116:13 119:7 122:9
123:6 124:8 125:24
127:2 129:2 132:17
133:24 135:8,16
136:25 137:6 138:4
139:5 140:11,25
142:23 145:9
146:25 149:19

150:19 151:12
153:19 156:4,22
157:2 164:9 165:19
167:18 168:15
170:10 173:3,23
174:15 175:6
180:23 181:25
182:22 185:7
186:11 187:3,25
190:11 191:13
192:8 193:4 195:16
197:20 198:13
199:3 201:15 203:5
204:2 206:14 207:4
207:15 209:9,19
210:24 212:24
213:9 214:18,19
215:4,13 216:7,8
219:3 221:5,17
224:10,25 225:21
229:16 230:10
**documents (4)**
174:3 187:21 228:6,7
**doing (25)**
20:9 23:18 24:13
29:21 44:19 50:17
69:8 86:24 87:23
99:9 122:18 130:11
130:12 131:6,17,20
133:20 135:22
149:9 155:9,25
178:22 205:23
214:5 222:7
**dollars (7)**
48:2 54:2,3,4,5 55:6
58:25
**dots (1)**
201:4
**double (1)**
225:23
**doubt (4)**
79:6,8 218:19,22
**download (4)**
19:24 20:8 22:7 37:6
**downloading (2)**
153:22,24
**DP (1)**
42:25
**DPW (151)**
1:8,17 2:11 4:10,18
9:18 13:5 21:11,20
27:6 28:16 29:11
31:17,19,24 32:6
33:10,22,24 34:9,10
34:18 35:7 40:2
41:12,13,24 42:25
43:2 44:10,18 45:3
46:20 49:5,15,24

67:7,16,17,23,25
68:3,11 70:2,25
71:9 73:24 74:2,9
74:12 75:5,10,19
76:14,15,16,18 77:6
77:12,24 78:4,7,8
78:11,17 79:4,23
80:6,13 84:21 85:9
85:21,22,25 86:6
87:24 88:9,12,15,16
89:24 90:24 91:14
96:6 98:11 103:2,4
104:3 106:3 108:25
110:19 112:16,22
113:2,12 115:13,20
115:21 116:3,5
119:25 120:18,22
120:24 121:6,11,14
121:15,19,20
124:21,25 130:6,13
130:15 131:3
137:18,19,21
139:13 143:6,13
144:25 145:15
153:11,14,16 157:6
158:24 159:3 161:9
179:7 184:7 186:6
186:18 189:8
190:23 191:2
196:20 198:10,22
210:19 211:7,9,21
211:23 214:24
223:9 227:7,16
232:2
**DPW's (10)**
35:14 49:7,10 55:18
85:10 87:20 94:25
97:3 108:14 127:21
**draft (2)**
118:4 181:9
**dramatic (1)**
39:3
**dropped (1)**
227:9
**due (12)**
55:13 56:12 100:9
118:12 146:10,14
148:2 150:5 152:15
167:6 176:22
209:14
**duly (2)**
16:3 233:5

─────────────
        **E**
─────────────

**E (2)**
4:1,7
**e-mail (304)**
4:23 5:7,12,14,16,18

5:19,21,22,24 6:3,3
6:5,6,8,10,12,13,15
6:17,20,20,22 7:3,5
7:5,7,7,10,10,12,12
7:14,14,17,17,19,19
7:21,21,23,23 8:3,5
8:5,7,7,10,10,12,14
8:16,16,18,18,21,21
8:23,23 9:2,2,4,4,6
9:6,8,8,11,11,13,13
9:19,19,21,21,23,23
10:3,3,5,5,7,7,11,13
10:13,15,15,18,18
10:20,20,24,24 11:2
11:2,4,4,7,7,9,9,13
11:13,15,16,16,18
11:18,21,21,23,23
12:3,4,6,6,8,8,10,12
12:12,14,14,16,17
12:17,19,19,21,23
12:23 13:3,3,8,8,10
13:10,12,12,14,15
48:20 51:14 72:3
80:21 81:20,24
84:16,20,24 85:3,17
86:8,11 87:15,19
89:2,6,20,23 90:12
90:14,15 91:9 92:3
94:20,23,24 95:7
96:15,23 98:16
99:24 100:3 102:2
102:14 103:9,13
104:10 105:13
106:11 108:5,10,20
108:23 109:23
110:3 111:13
116:17,19,21
117:19 119:11
123:9 124:14 126:2
127:5,10 128:11,14
129:5 134:3 135:12
135:15 138:7 139:8
140:15 143:2,5,19
145:13 147:5,5,21
148:24 149:21
150:8,21 152:12
154:4 156:10 157:8
157:14,25 164:12
167:21,21 168:18
168:18 169:5
170:14 173:7
175:25 181:2,8
182:9,25 185:9,25
186:15 190:14,21
191:16,21,24
192:11 193:9,10,18
193:21 195:21,22
196:9 199:12

201:17 202:5 203:7
204:5 206:17 207:6
207:8,11,17,20,23
209:12,16,22 211:3
211:3,17,18 213:2
213:12 214:2,21
215:6,16 216:11
219:6 220:12 221:8
221:9,15,20 223:13
223:18 224:12,13
224:16,18 225:4,5,6
225:7,12 226:5,6,7
226:10 229:18
230:12,18
**e-mailing (1)**
207:25
**e-mails (7)**
91:6 129:7 152:11
153:5 185:5 188:7
231:13
**earlier (6)**
32:9 41:21 55:7
152:15 196:2
215:10
**earliest (1)**
185:18
**early (3)**
69:9 154:19 181:12
**earned (1)**
47:19
**ease (1)**
21:19
**easier (2)**
165:14,17
**easiest (1)**
102:6
**East (1)**
15:8
**Eastern (1)**
133:18
**eat (1)**
133:4
**eBay (1)**
138:25
**economic (1)**
30:14
**Ed (1)**
110:4
**educational (1)**
22:18
**effect (1)**
162:12
**effective (1)**
29:12
**effectively (4)**
26:16,17 27:11 177:9
**efforts (1)**
82:14

**eight (1)**
24:10
**either (13)**
30:13 42:4 46:2 60:9
66:8 116:6 126:16
130:14 137:21
154:13 179:7
231:18 232:6
**elaborate (1)**
39:2
**electric (1)**
39:24
**elements (1)**
30:7
**employee (4)**
189:8,10 233:14,15
**encouraged (1)**
230:7
**ended (8)**
55:24 130:10,12
176:25 200:16,17
214:10 217:17
**ends (1)**
225:7
**England (1)**
31:14
**enter (4)**
120:3,7 123:25 126:9
**entered (7)**
129:11 136:19 142:15
159:16 160:4,12
182:13
**entering (3)**
132:10 134:9 137:22
**enterprise (1)**
44:23
**entities (2)**
25:20 49:23
**entitled (1)**
28:22
**entity (17)**
21:10,13 24:4 25:12
25:14,16 27:5 28:13
28:15 30:16 31:19
41:2,25 42:23 44:21
46:18 62:25
**equipment (2)**
63:10 165:25
**equity (3)**
69:7,23 190:22
**ERRATA (1)**
235:1
**escrow (43)**
95:17 100:18 118:20
122:25 126:14,23
134:15 139:24
140:3,6,7,17,20
141:2,5,14,16

142:14,18 143:10
143:14,22 144:3
145:18,21 148:6
152:19 168:10
169:7 171:6,9
173:11 181:9
182:10,12,18 183:5
183:10,13,21,24
184:3,4
**escrows (2)**
144:3 145:3
**Esq (3)**
3:8,9,19
**Esquire (2)**
1:23 233:25
**essentially (2)**
64:17 65:16
**estate (1)**
39:21
**estimated (1)**
223:16
**estimates (1)**
54:24
**et (1)**
14:23
**Ethereum (4)**
46:24 47:5,6,11
**event (2)**
126:15 160:25
**events (2)**
39:4 162:12
**eventually (4)**
161:24 162:3 163:8
209:2
**everybody (2)**
17:11 175:17
**evolved (1)**
94:4
**exact (6)**
58:23 93:8 146:19
162:11 214:10
231:9
**exactly (12)**
51:17,24 91:22
108:12 114:18
148:4 153:6 162:14
177:21 182:15
185:22 218:8
**examination (5)**
4:2 16:6 135:5 231:22
233:4
**examined (1)**
16:4
**example (2)**
26:4 214:24
**exceeded (2)**
64:8,12
**excessive (1)**

220:2
**exchange (6)**
27:9 43:16 93:14,16
127:7 190:25
**exchanged (2)**
91:7 188:4
**exchanges (1)**
199:4
**exclamation (1)**
193:9
**execute (1)**
117:16
**executed (4)**
123:14 135:14 140:17
183:3
**executive (2)**
27:3 28:9
**exercise (1)**
169:11
**exhibit (431)**
4:9,12,13,15,19,21,23
5:3,5,7,9,12,14,16
5:18,19,21,22,24
6:3,5,6,8,10,12,13
6:15,17,20,22 7:3,5
7:7,10,12,14,17,19
7:21,23 8:3,5,7,10
8:12,14,16,18,21,23
9:2,4,6,8,11,13,15
9:18,19,21,23 10:3
10:5,7,9,11,13,15
10:18,20,22,24 11:2
11:4,7,9,11,13,15
11:16,18,21,23 12:3
12:4,6,8,10,12,14
12:16,17,19,21,23
13:3,5,8,10,12,14
13:15 19:19 20:4,6
20:7,19 22:2,4,5,13
22:18 28:20,25 29:2
29:8 30:18 36:24
37:7,9 39:16 40:5
40:10,11 46:4,6
48:15,18,19 50:3
51:25 52:10 54:13
55:18,21,22 62:15
62:18,20 71:21,24
71:25 72:18 74:19
74:22,23 75:12,13
78:24 80:9,16,19,20
81:5,17,19,20 84:13
84:15,16 85:14,16
85:17 87:12,14,15
88:23,25 89:2,17,19
89:20 90:9,11 91:5
91:24 92:2,3 94:17
94:19,20 95:3,6,7
96:11,14,15 97:8,10

97:12 98:13,15,16
99:11,13,14,23
100:3 101:21,24,25
102:2,2 103:5,8,9
104:6,9,10 105:9,12
105:13 106:8,10,11
107:24,25 108:3,4
109:12,15,19,21,22
109:23 111:8,11,13
116:12,15,16 119:6
119:9,10 122:3,8,11
122:12 123:5,8,9
124:7,13,14 125:23
125:25 126:2,25
127:4,5 128:25
129:4,5 132:16
133:22,24 134:2
135:7,10,24 138:3,5
138:6 139:4,7,8
140:10,13,14
141:13 142:24,25
145:9,9,11 146:4,14
146:24 147:3,4
148:24 149:18,20
150:18,20,21
151:11,14,16 153:9
153:18,20,21 154:3
156:3,6,21,23
158:23,23,25 159:2
164:8,11,12 165:18
165:21,23 167:17
167:20,21 168:14
168:17,18 170:9,12
170:14 172:22
173:3,5,6,22,25
174:2,7 175:19,25
176:3,7 180:22,24
180:25 181:8,25
182:3,8,21,24 183:8
185:6,8,9 186:10,13
186:14 187:2,5,19
190:10,13,15
191:12,15,21 192:8
192:10 193:4,7,8
195:15,20 197:19
197:21,22 198:13
198:15,16 199:5,7,8
199:10 201:14,16
201:17 203:4,6,25
204:4 206:13,16
207:3,5,14,16 209:8
209:11,12,18,21
210:24 211:2
212:23,25 213:8,11
214:17,20,21 215:3
215:5,12,15,16
216:6,9,10 219:3,5
220:3 221:4,7,16,19

222:10,14,18 224:9
224:11,24 225:3,20
225:22 226:4 227:2
227:8,12 229:15,17
229:18 230:9,11
**exhibits (10)**
5:1 6:1 10:1 11:1 12:1
13:1 19:23 182:5
201:22,24
**exist (5)**
44:7 65:25 66:7,8
67:19
**existence (6)**
57:24 64:13 65:16
66:25 68:3 177:23
**existing (1)**
82:3
**exists (2)**
61:16 67:20
**expect (6)**
54:15 123:13 129:18
134:5 165:13
181:11
**expectation (1)**
141:25
**expecting (2)**
149:11 206:20
**expects (1)**
223:14
**expenses (1)**
223:16
**experience (1)**
23:7
**EXPIRES (1)**
235:25
**explain (12)**
28:2 29:20 31:10 33:4
40:19 41:10 43:14
46:21,25 50:12 67:8
156:15
**explained (1)**
118:9
**explaining (1)**
118:10
**express (4)**
166:12 196:19 197:5
231:24
**expressed (5)**
169:18 179:16 186:5
202:20 219:20
**expressing (5)**
139:17 158:17 166:5
166:10 178:6
**extension (2)**
204:17,19
**extent (7)**
20:2 36:9 38:24 60:8
75:21 108:18 179:2

**F**

**F-28 (3)**
56:2,7,8
**F-63 (1)**
160:9
**F-64 (3)**
159:7,8,10
**F-r-a-n-k (1)**
18:24
**fact (6)**
66:18 121:22 132:9
165:16 175:6
204:15
**factors (4)**
56:24 57:14,17
110:25
**facts (1)**
228:19
**failed (1)**
206:2
**fair (41)**
64:7,11,15,16 65:3,15
66:4,24 67:3 68:23
70:10 77:24 78:4
92:14,18 95:12
102:11 104:2,16
105:4,20 106:19
108:25 110:12,16
120:17 121:2,8
124:20,25 126:8,11
128:15,17 155:11
155:13,20 179:19
179:23 204:23
205:2
**familiar (5)**
82:4 96:3 100:5 159:5
219:9
**family (2)**
108:18,22
**far (1)**
53:12
**Fargo (5)**
72:12 80:25 81:7,11
82:11
**Farms (7)**
1:8 5:5 56:15,16
112:5,6 113:7
**fashion (1)**
146:18
**fear (1)**
178:4
**fears (1)**
139:3
**feasible (1)**
128:19
**February (17)**
24:24 27:15 48:21

72:10,21 73:2,5
75:16,23 84:17
85:18,24 87:16
116:18 117:10
119:12 160:11
**Federal (1)**
14:14
**feel (2)**
96:8 202:8
**feeling (2)**
176:6 193:3
**Ference (2)**
137:16,17
**figure (3)**
117:16 162:9 194:13
**figured (1)**
213:21
**filed (3)**
14:23 55:22 159:3
**filing (2)**
158:11,22
**filings (2)**
158:3,8
**final (5)**
135:20 136:18 146:5
175:19 186:23
**finalize (3)**
124:19 190:18 208:2
**finalizing (1)**
185:15
**finally (1)**
134:8
**finance (1)**
66:12
**Finance.yahoo.com...**
222:23
**financed (1)**
208:24
**finances (1)**
127:12
**financial (1)**
30:7
**financially (2)**
226:14 233:17
**financials (3)**
48:11,12 55:8
**financing (18)**
116:23 117:3,4
128:13 149:9 162:8
181:22 185:15,23
186:19 190:7,23
209:2 214:6,11
222:7 224:21,22
**find (5)**
111:17 140:16 151:23
182:10 183:2
**fine (8)**
45:16 83:21 107:14

114:21 133:9
172:19 194:14
231:20
**finish (4)**
17:8 70:21 188:10
225:8
**finished (2)**
82:19 111:25
**firm (17)**
1:23 16:9 61:15
137:15 141:9,11
144:2,8,11 145:4
168:23 174:11
183:9 217:11
228:22 229:4
233:24
**firms (2)**
23:12 61:14
**first (58)**
4:9 17:21 19:19 29:7
41:2 56:12,24 57:10
80:20 96:2 99:17,23
100:3,17 101:25
102:2 108:4 109:21
109:23 111:12
116:16 117:3
122:12 124:16
130:14 134:2
135:12 136:3
139:10 140:14
141:14 142:25
154:17 157:4
161:11 164:20,22
165:23 167:8,9
168:10 169:3
170:14,17 171:24
172:10,12,13,15
173:16 175:7 177:8
177:24 180:25
181:7 182:8 213:18
216:10
**fiscal (4)**
5:3 55:18,24 159:3
**five (15)**
24:18 34:17,23 35:3
47:23 75:11 83:18
101:16 145:7
149:12 152:15,23
184:22 195:2
200:21
**fixed (1)**
63:9
**flow (6)**
78:20 127:14,16,24
165:13 166:23
**fly (1)**
216:19
**flying (2)**

216:12,15
**focus (1)**
39:18
**focused (3)**
42:18 46:23 134:4
**follow (1)**
17:11
**following (4)**
14:14 38:4 100:8
169:9
**follows (3)**
16:5 37:18 211:16
**foolish (1)**
215:22
**forecast (1)**
202:17
**forecasted (2)**
98:6,8
**forecasts (1)**
161:7
**foregoing (2)**
233:8 234:4
**foreign (1)**
131:22
**foresee (1)**
162:5
**form (203)**
5:3 9:18 23:15 25:24
26:15 37:24 38:15
40:24 42:8 46:11,19
47:3,10,14,20 50:10
50:17 51:6 53:19
55:3,11 57:20 58:9
59:11 61:8 63:14
64:14,18 65:5,17,22
66:16,21 67:2 69:8
69:15 70:12,18 73:6
73:12,13 75:24
77:21 78:3,9,18
79:25 80:7 84:11
86:16,21 87:5,22
88:13 89:11,25
91:15,21 92:11,17
93:11 95:14 96:7
97:24 98:5 100:13
100:22 101:5,9
102:12,23 103:23
104:4,19 105:7,23
106:5,22,25 107:6
108:11,15 109:11
110:15,20 111:6
112:17 113:4
114:10 116:8
119:21 120:14,19
121:7,13,24 122:6
122:16 123:20
124:3,22 126:10,18
127:18 128:16

130:8 131:13,19
132:2 134:14
135:20,21 136:18
138:14 139:19
145:22 148:13,18
151:4,9 152:16,24
153:4,15 154:10
155:2,8,24 156:18
158:9,20 161:18,22
163:16 164:2
166:17,20,24
167:10,14 168:11
173:18 177:6
178:23 179:12,18
180:15,19 183:11
183:15,20,25 184:9
184:15,20 185:2,21
186:7,20,25 188:5
188:13,23 189:13
189:20 190:3,8
192:5,24 194:20
195:6 196:22
199:23 203:22
204:11,21,25
205:10,14 206:6,8
207:12,22 208:4,21
209:5 210:12
211:12 216:3,16
217:7,21 218:21
220:9 222:5 223:24
227:24 228:18,24
229:7,12 230:5,25
**formal (4)**
29:11 68:18,24
229:20
**formed (6)**
25:22,25 45:3,25
46:14 70:13
**forming (1)**
46:22
**forms (1)**
50:22
**forth (3)**
70:7 128:14 233:11
**forthcoming (2)**
150:5 162:16
**forward (3)**
112:22 154:22 155:6
**forwarding (4)**
122:3,13 191:24
207:7
**found (4)**
28:20 163:17 198:23
223:4
**founded (1)**
26:7
**founder (2)**
26:13,14

**four (8)**
4:20 40:8,16 47:23
  101:17 107:10
  217:2,25
**fourth (1)**
174:7
**fraction (1)**
163:15
**frame (7)**
28:8,18 49:8 78:22
  117:9 161:4 214:25
**Frank (4)**
18:20,22,24,25
**Franklin (1)**
26:9
**fraud (1)**
138:23
**Friday (6)**
168:2,24 169:9
  171:12 181:11
  188:20
**Friday's (1)**
171:4
**Friedman (1)**
137:16
**friendly (1)**
197:18
**front (4)**
22:13 37:8 56:4 202:4
**fruitful (1)**
217:16
**frustrated (1)**
225:13
**Fry (2)**
48:20,23
**fucking (7)**
175:17 199:16 200:2
  200:6,12,14 205:19
**fulfilled (1)**
171:9
**full (7)**
36:10 75:21 97:19
  112:12 139:2
  154:22 177:15
**fully (4)**
17:6 113:19 140:16
  183:3
**fun (1)**
181:11
**fund (13)**
53:17 66:10,25 92:9
  128:21 145:24
  159:23 160:4
  162:22,25 163:5
  164:4 181:11
**funded (3)**
73:3 144:25 183:24
**funding (36)**

66:19 69:5 73:16,18
  75:22 77:25 78:5,8
  78:11,21 84:9 86:20
  93:19 95:13 96:6,9
  104:3 124:18,20
  125:2 128:23
  150:14 163:19
  181:14 191:6 197:8
  197:10,13,14
  216:14,22,24 217:3
  217:5,9,18
**funding's (1)**
143:24
**fundings (1)**
144:5
**funds (16)**
23:25 24:18 84:5
  85:10 87:25 97:3
  143:11 145:21
  153:13 168:9 171:6
  173:8 190:18 196:3
  196:7 197:6
**fungible (1)**
78:19
**funny (2)**
225:25 226:2
**furniture (1)**
63:9
**further (7)**
85:2 170:25 188:16
  192:2 231:10 232:5
  233:13
**future (5)**
42:7 44:17 69:12,20
  127:13

**G**

**G-u (1)**
18:24
**gathered (1)**
36:21
**generally (4)**
24:16 57:21 105:5
  117:23
**generate (5)**
47:7,12 52:6,17 65:3
**generated (1)**
78:20
**generates (1)**
52:18
**geographical (1)**
216:18
**Gerbi (2)**
3:15 15:20
**getting (12)**
105:6 114:17 124:18
  125:10 129:25
  153:6 176:25

181:18 198:21
208:24 212:12
214:11
**Giga-tronics (9)**
34:10,11,12,13,21,22
  35:3,8 41:20
**Giga-tronics' (1)**
34:15
**Gigatronics (1)**
34:24
**Girl (2)**
198:25 199:2
**give (6)**
17:25 58:25 101:17
  145:20 209:7 218:5
**given (4)**
73:10 74:3 92:18
  130:5
**giving (5)**
19:13 24:20 105:2
  137:22 150:4
**Glazer (4)**
25:6,6,7,10
**Global (9)**
1:9 4:17 5:3 31:20
  35:22 36:8,13 37:4
  55:23
**go (49)**
16:20 17:10 20:10
  36:3 43:9 50:3 54:5
  54:7 60:18 66:11
  70:22 83:16 94:14
  94:25 97:5,13,14,16
  98:3 114:17 120:7
  125:21 133:2,7
  139:15 143:14
  146:2 152:17 154:2
  155:20 164:19
  170:2,19 176:3,14
  181:6 187:11
  188:16 200:9,11
  210:17 212:16
  216:18,20 222:21
  223:25 224:5,8
  227:2
**go-forward (1)**
35:17
**goal (1)**
203:15
**goes (4)**
57:17 125:3 149:3
  200:5
**going (87)**
16:20,22 19:18,22,22
  20:12,15 21:23,25
  22:3 23:8 30:25
  36:3,8,9,11 38:22
  43:15 45:18,21 46:3

47:7 59:22 83:22,25
  87:4 103:25 105:3
  107:17,24 110:22
  117:10 122:19
  123:18 129:25
  133:4,10 135:3,7
  137:11 141:15
  142:11 143:25
  144:13,18,25
  146:21 147:23
  148:9 151:2 155:6
  156:14,17 158:13
  161:3 170:3,6,9
  172:6 174:14 176:6
  178:25 180:5 182:4
  187:10,12,15
  190:22,23 196:10
  196:16 205:17
  206:21 212:10,18
  212:21 215:23
  218:3,13,15,19
  222:21 223:5
  228:22 229:4
  231:13 232:14
**good (6)**
14:2 16:8 71:14
  129:18 218:13
  221:10
**goods (1)**
44:4
**Gotshal (1)**
61:18
**gotten (2)**
161:23 228:3
**graduate (1)**
23:5
**graduated (2)**
22:19,21
**graduating (1)**
22:24
**grand (1)**
152:20
**grateful (1)**
147:19
**gray (1)**
94:5
**great (4)**
147:6,11,11 202:7
**green (1)**
33:12
**Gresham (2)**
41:18 42:13
**ground (1)**
16:21
**group (1)**
182:11
**growing (2)**
88:21 93:13

**grown (1)**
94:4
**growth (3)**
93:22 191:6 208:12
**Gu (4)**
18:20,22,24,25
**guarantee (1)**
196:25
**guaranteeing (1)**
139:23
**guess (10)**
19:6 59:22 75:11
  112:21 163:22
  165:11 173:13
  189:23 197:16
  205:7
**guessing (8)**
48:3 54:18 61:16
  144:9 164:18
  165:10 168:12,12
**guidance (2)**
105:2 126:9
**guy (6)**
57:7 171:24 172:14
  196:13 215:22
  218:4
**guys (3)**
210:21 218:9,12

**H**

**H (1)**
4:7
**H.C (7)**
48:24,25 49:4 158:16
  160:13 161:5
  202:15
**half (3)**
35:20 58:25 101:17
**halfway (1)**
199:11
**handing (1)**
209:25
**handle (3)**
59:5 73:7,9
**handled (3)**
59:7 85:8 144:2
**happen (5)**
143:12 178:10,13,15
  224:5
**happened (5)**
57:4 155:16 162:14
  196:18 224:3
**happening (5)**
81:2,3 107:4 153:6
  182:16
**happy (1)**
154:6
**hard (1)**

161:7
**hardest (1)**
110:14
**Hastings (1)**
61:19
**hate (1)**
187:6
**head (1)**
17:15
**headquartered (1)**
15:8
**hear (6)**
36:5 60:2 132:21
166:13 171:5
200:11
**hearing (1)**
72:16
**hedge (2)**
23:25 24:18
**held (3)**
15:2 61:6 194:8
**hell (1)**
61:20
**help (8)**
100:8 104:14,20,22
106:3 156:14
188:21 208:7
**helped (1)**
82:16
**helps (1)**
189:25
**hereinbefore (1)**
233:11
**hey (2)**
189:22 218:6
**high (4)**
22:19,24 24:19 41:16
**highly (1)**
65:8
**historical (1)**
94:2
**history (1)**
23:8
**hit (1)**
182:4
**hmmm (1)**
43:25
**hold (17)**
18:10 30:12 37:10
62:3 84:22 85:22,24
96:17 101:14
127:20 153:22
165:25 176:10
181:4,4 191:17
222:20
**holding (6)**
29:23 30:5,10 42:17
93:13 198:7

**holdings (34)**
1:8,9,17,18 2:11,12
4:10,11,16,17,19
5:3 9:18 13:5 21:4
21:12,12 28:16
29:12 30:23 31:20
35:22,23 36:8,11,14
36:14 37:2,4,14
40:7 44:14 55:23
143:6
**holds (1)**
31:13
**hole (1)**
214:6
**Home (1)**
222:15
**honest (8)**
199:16 200:5,6,9,10
200:11,23,23
**honesty (2)**
199:14 200:2
**honor (4)**
166:3 207:25 208:17
226:12
**hope (2)**
139:12 203:23
**hoped (1)**
186:22
**hopefully (4)**
17:10 203:10 231:15
231:17
**hoping (1)**
154:18
**Horne (11)**
48:20 74:16,24 75:4
75:10 87:16 94:21
103:10 123:24
134:8 204:6
**hour (2)**
90:4 207:6
**hours (1)**
133:15
**huh-uhs (1)**
17:14
**hurt (1)**
226:15
**hyperlink (1)**
222:23

_____
**I**
**idea (10)**
64:2 71:14,18 99:9
131:17 144:9
149:17 180:20
190:4 210:21
**identification (102)**
20:6 22:5 28:25 37:7
40:10 46:6 48:18

55:21 62:18 71:24
74:22 80:19 81:19
84:15 85:16 87:14
88:25 89:19 90:11
91:5 92:2 94:19
95:6 96:14 97:10
98:15 99:13 101:24
103:8 104:9 105:12
106:10 108:3
109:15 111:11
116:15 119:9
122:11 123:8
124:13 125:25
127:4 129:4 133:22
135:10 138:5 139:7
140:13 142:24
145:11 147:3
149:20 150:20
151:14 153:20
156:6,23 158:25
164:11 165:21
167:20 168:17
170:12 173:5,25
180:24 182:3,24
185:8 186:13 187:5
190:13 191:15
192:10 193:7
195:20 197:21
198:15 201:16
203:6 204:4 206:16
207:5,16 209:11,21
211:2 212:25
213:11 214:20
215:5,15 216:9
219:5 221:7,19
222:14 224:11
225:3,22 229:17
230:11
**identified (2)**
134:13 141:8
**identify (3)**
32:6 36:19 145:5
**identifying (1)**
188:22
**III (226)**
1:15 2:10 4:3,23 14:1
14:21 15:1 16:1,2
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1

61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:5
**impartiality (1)**
233:21
**implies (1)**

51:14
**important (2)**
17:3,13
**impossible (1)**
17:5
**inaccurate (1)**
77:15
**inaudible (8)**
45:9,13 70:19 118:21
137:25 150:16
175:15 180:7
**included (2)**
86:8 108:10
**including (6)**
29:11 39:20,23
128:23,24 168:19
**income (1)**
48:13
**incorporate (2)**
30:7 46:18
**incorporated (4)**
14:4,23 15:8 46:9
**Incorporation (2)**
4:21 5:10
**increase (1)**
213:16
**incumbent (1)**
150:25
**indefinitely (1)**
170:19
**independent (3)**
66:19 233:14,16
**INDEX (3)**
7:1 8:1 9:1
**Indian (2)**
98:20,22
**Indiana (3)**
98:23,24 112:8
**indicate (3)**
151:24 153:13 168:22
**indicated (3)**
18:12 45:24 196:6
**indicates (6)**
80:24 165:23 167:3
209:23 219:10
229:19
**indicating (2)**
147:24 169:12
**indication (2)**
174:18 228:21
**individual (2)**
59:24 60:6
**individually (1)**
60:9
**individuals (10)**
24:19,21 72:4 80:22
81:21 85:18 92:4
123:10 124:15

168:19
**industry (1)**
39:15
**information (1)**
153:10
**informed (2)**
87:3,6
**initial (1)**
76:4
**initialed (1)**
234:7
**Initially (1)**
36:10
**initiated (1)**
39:20
**initiatives (1)**
31:25
**ink (1)**
234:7
**insolvency (3)**
64:21 65:8,12
**insolvent (3)**
64:17 65:4,16
**institutional (2)**
23:19,22
**institutions (2)**
23:20 144:9
**instructing (1)**
85:6
**instructions (3)**
140:17 153:11 181:10
**intend (3)**
42:9 205:21 218:24
**intended (9)**
44:15 47:2 158:11
  169:13 186:8
  205:24 212:5
  215:18 216:2
**intending (1)**
181:19
**intends (2)**
159:23 229:20
**intent (2)**
42:11 62:3
**intention (7)**
157:16,18,21 160:3
  162:25 169:16
  181:21
**intentions (1)**
216:5
**intercompany (4)**
63:25 67:5 69:3 70:7
**interest (1)**
30:14
**interested (4)**
65:9 178:19 179:10
  233:17
**internal (2)**

9:15 156:25
**internally (1)**
208:24
**International (2)**
31:8,11
**internet (5)**
10:9 22:3,11 28:21
  36:25
**interrogated (1)**
19:15
**interrupt (1)**
36:2
**Intertech (1)**
208:23
**intracompany (1)**
68:20
**introduce (1)**
15:12
**investing (2)**
39:21 65:25
**investment (7)**
24:20 25:11,15 30:13
  31:8 66:12 158:15
**investor (2)**
65:24 66:9
**invoice (1)**
219:12
**invoices (3)**
102:7,11,14
**involved (21)**
33:19 34:18 43:6
  46:17 59:9 62:12
  82:14 86:19,23
  92:21 93:4,6,18
  108:19 123:24
  124:6 138:23
  171:14 179:21
  233:16,20
**involvement (2)**
60:5 124:4
**IPO (1)**
27:20
**Irvine (1)**
103:15
**Israel (1)**
208:22
**issue (6)**
190:23,24 191:3
  192:19,25 196:12
**issued (3)**
29:5 37:13 40:12
**issues (2)**
162:9 198:21

———————————
**J**
**J (1)**
234:1
**jamming (1)**

201:25
**Janet (6)**
1:24 2:13 14:8 15:10
  233:1,24
**January (6)**
1:20 2:4 15:4 31:20
  46:9,15
**jeopardy (1)**
225:23
**Jesus (1)**
175:16
**job (3)**
1:25 218:13 226:16
**Joe (2)**
9:16 127:13
**July (11)**
25:11 109:24 204:17
  204:24 205:5
  209:14 213:3,5,13
  215:6 230:13
**jump (1)**
56:2
**June (9)**
108:6 206:17 207:18
  207:25 209:13,23
  210:6 211:10,25
**justification (1)**
210:10
**Justin (1)**
110:5

———————————
**K**
**Kakos (2)**
3:15 15:19
**Kalfa (1)**
9:16
**keep (20)**
31:25 54:11,11 69:3
  72:17 122:4,18
  133:8,10 172:6
  178:3,11,18 180:13
  199:13 206:2
  210:17 212:7
  213:20 218:23
**kept (3)**
176:5 200:13 205:12
**kid (1)**
36:9
**kind (7)**
27:7 120:4 121:4
  131:25 147:20
  195:9 214:13
**knew (7)**
82:16 132:15 138:22
  148:5 196:23 197:8
  213:19
**know (257)**
17:18 22:7 26:2 27:14

31:4 32:14 35:2,13
47:18,25 48:4,8
49:13 51:12,16 53:8
53:9 54:10,17,25
55:5,8 56:19 57:6
57:22 58:2,7,8,10
58:14,22 60:8,16,23
61:9,11,15,16,17,19
61:21 62:9,23 63:15
63:24,24,25 64:4,5
67:13 68:5,8,9,11
68:25 69:3,19,25
70:6,9 71:4,6,8,13
71:19 74:17 75:25
76:10,10,20 78:15
79:14,16,17 81:12
82:12,20 83:7,14
87:7 88:14,21 91:16
94:4 96:2,4 101:7
101:10,20 103:20
106:23 108:12,13
108:20 111:23,24
112:6,9,14,18,22
113:6,17,20 114:18
114:20,21,22,24
115:7,9,12,21,22,23
116:10 117:4,15,17
119:22,23,24 120:2
123:18,24 125:19
126:6,16,24 127:15
128:3,8,10,18
129:24 133:7,12,15
133:16,21 134:7
137:5 138:12 144:7
144:17,24 145:2
146:20 148:19,22
149:2,6,10 150:17
151:5,21 152:12,14
152:19,21 154:9,11
154:16 155:11,16
155:19 161:13
162:11,23 163:11
163:12 164:17,18
165:6,6,7,8 166:3
168:7,13 171:15
172:16 177:7,21
179:6,6,19 180:4,17
181:16 184:5,10,16
188:15 189:14,15
190:9 193:15,22
195:7,8,12 196:12
196:16 197:2,3,16
199:24 200:16,18
200:21 201:7,10,12
201:13 202:19
203:18 205:16
206:22 210:18,20
210:21 213:4,25

214:4,9,10 215:24
216:17 217:3,5,9
218:2,25 222:3,6,7
222:13 223:2,7,12
223:20 224:19,22
225:17,25 226:23
226:24 227:18,19
227:25 228:10,25
230:6,8 231:8,12
**knowledge (7)**
35:19 59:3 60:10
  63:16 83:11 118:7
  127:22
**known (2)**
21:12 40:2
**Kohn (6)**
85:20 86:24 87:16
  89:3,21 90:12

———————————
**L**
**L-i-t-e (1)**
51:5
**L3 (2)**
50:8,22
**L3s (1)**
50:11
**labeled (1)**
14:20
**large (4)**
32:25 44:17 198:8,9
**larger (1)**
203:11
**Las (1)**
1:19
**late (5)**
152:23,25 155:15
  212:12 229:24
**Latman (4)**
3:4 15:14,17 16:10
**laugh (1)**
213:15
**laughing (1)**
226:3
**launched (1)**
25:4
**launches (1)**
43:22
**law (12)**
16:9 29:22 61:14,15
  141:9,11 144:2,8,11
  168:23 174:11
  183:9
**lawsuit (4)**
19:3,7 62:10,11
**lawsuits (1)**
215:21
**lawyer (6)**
137:15 169:20,22

172:14 210:21
226:24
**lawyers (1)**
61:23
**lead (1)**
117:23
**learned (1)**
197:14
**leaving (1)**
214:11
**led (1)**
208:23
**left (3)**
24:23 25:2 164:21
**legacy (3)**
31:24 32:3 39:19
**legal (14)**
15:7 60:19,20 117:23
118:3,19,23,25
119:3 198:18
206:10 210:7,19
232:2
**legally (2)**
25:19 210:11
**legitimate (1)**
162:8
**lend (2)**
68:15 112:19
**lender (4)**
19:2 33:6 94:3 188:18
**lending (7)**
32:23 33:3,8,9 35:11
35:15 39:21
**lent (1)**
68:17
**let's (115)**
20:10 23:7 28:19
35:18 40:5 45:11
48:15 62:15 71:21
74:19 80:16 81:17
83:16 84:13 85:14
87:11 88:22 89:17
90:9 91:2,24 94:17
95:3 96:11 97:8
98:13 99:11 101:21
103:5 104:6 105:9
106:8 109:12 111:8
116:12 119:6 122:8
123:5 124:7 125:23
126:25 128:25
132:16 133:7,8,10
138:3 139:4 140:10
142:20,21,22 145:8
146:24 149:18
150:18 151:11
153:18 156:3,21
164:8 165:18
167:17 168:14

173:2,22 175:13
176:3 177:11
180:22 181:24
182:21 185:6
186:10 187:2
190:10 191:12,23
192:7 193:4,10
195:15,23 197:19
198:13 199:14
201:14 203:4,25
206:13 207:3,14
209:8,18 210:23,23
212:16,23 213:8
214:17 215:3,12
216:6 219:2,2 221:4
221:16 222:10
224:9,24 225:20
227:2 229:15 230:9
232:9
**letting (1)**
175:23
**level (5)**
47:18 54:20 143:25
208:11,19
**liabilities (5)**
62:4,7,9 64:8,11
**liar (1)**
203:18
**licensed (1)**
2:14
**Liebowitz (4)**
3:4 15:14,17 16:9
**life-threatening (1)**
194:15
**lifetime (1)**
26:2
**liked (1)**
155:3
**likewise (1)**
17:9
**line (6)**
158:3 164:24 165:2
165:16 202:14
225:9
**lineage (1)**
27:11
**link (1)**
223:3
**LinkedIn (9)**
4:12 22:2,15 24:3
25:9,21 26:5 27:2
31:10
**liquidate (5)**
59:10,14,16,18 60:11
**liquidated (4)**
58:17,18 70:16 71:8
**liquidation (2)**
59:4 60:14

**list (5)**
57:17 95:16 102:7
105:21 112:5
**listed (11)**
24:3 43:7,16 64:4
75:15 85:18 92:4
93:13,15 174:17
175:3
**listen (2)**
200:3 215:22
**listening (1)**
200:5
**lists (3)**
30:19 67:6 109:6
**LiteCoin (4)**
50:25 51:2,3 52:18
**litigate (1)**
196:13
**litigation (1)**
60:22
**litigations (1)**
62:12
**little (4)**
82:16 153:7 165:13
176:11
**LLC (2)**
1:23 233:25
**LLP (1)**
15:20
**loan (7)**
68:18,21,24 69:6,7,18
69:22
**loaned (2)**
68:5,11
**located (1)**
141:11
**long (5)**
88:16 101:16 118:11
158:2 166:2
**longer (1)**
189:10
**look (97)**
22:17 23:7 25:9 26:4
29:7 30:2,18 37:16
39:16 42:15 46:7
48:12 50:3 54:13
55:7 56:10,23 63:8
64:6 67:4 72:18,23
74:23 76:22 77:17
78:23,24 79:18 80:9
81:4 98:6,8 100:16
106:6 119:14
122:12,19 134:2
135:23 136:18
140:14,18,23
141:13 142:25
146:4,6 147:4
148:24 151:15,22

153:9,21 154:3
160:8 161:14
165:22 170:13,25
173:6 174:6 176:7
176:21 177:11,19
180:25 181:7 182:8
182:17,25 183:7
188:7,25 190:14
192:11 194:12
197:22 198:12,16
199:11 201:17
210:23 212:10
216:10 219:2 220:3
220:11,16 221:8
222:17 223:12
224:12 225:4,6
226:4 227:10,12
**looked (9)**
130:9 137:5 193:10
195:23 207:7 211:4
211:18 221:3 226:7
**looking (18)**
39:17 75:13 99:17,23
104:2,21 105:20
112:5 119:10
133:14 152:12
153:7 156:10 157:7
185:17 191:2,25
214:21
**looks (33)**
22:19 23:11 24:2,7,23
25:21 75:20 77:5,22
80:10 96:2 97:14
100:5,14 102:14
119:13 138:16
141:7 159:5 160:22
164:14 167:23
169:6,8 182:20
186:17 188:6 219:9
220:4 221:10 223:5
225:18 226:4
**Lord (4)**
115:15,24 116:6,6
**lose (3)**
101:19 123:3 145:25
**lost (3)**
76:11,17,19
**lot (10)**
17:10 25:25 36:22
54:11 110:21 118:2
138:23 162:18
216:19,22
**lots (1)**
81:13
**loud (1)**
110:11
**loudest (2)**
110:4,8

**loudly (1)**
110:25
**love (2)**
218:9,12
**LP (1)**
24:4
**lump (1)**
194:12
**lunch (4)**
132:19,24,24 134:22
**lying (1)**
219:25

**M**
**machine (2)**
31:13,15
**machines (122)**
50:9,20,23 51:11 58:4
58:20 60:18 63:21
95:21 100:17,19
101:4,4 103:15,21
103:25 118:15
119:16,18 128:22
128:24 129:25
130:6,17 132:8
138:11,19,23
139:18 141:15,22
142:2,10,16 147:20
149:5 150:10,15
154:23 155:3,7,10
155:14 157:17,18
157:22 158:4,19
161:17 162:7
163:12,25 164:22
167:9,13 168:10
169:7,13 170:17,18
171:25 172:11,12
172:13,15 173:16
175:7 176:9,21
177:14,17,24
178:12,16,20
179:11,15,24 180:2
180:11 181:10,15
181:19,23 182:11
182:14,19 183:14
183:18 184:8,14
185:16 186:3,8,19
190:19 192:20
194:23 196:8,14,21
200:12,14,15,19
205:2,4 208:3,7,16
210:17 211:11
212:2,5 213:20
217:19 220:22
224:23 227:17
229:21,25 232:3
**Magot (111)**
6:20 7:13,17,19 8:10

10:11,24 13:3 53:11
59:8 72:3 80:21,24
81:21,24 84:5,17
94:21 95:8 99:24
100:4 102:3 103:9
103:13,20 104:10
105:13 106:11
108:5,23 109:24
111:13 114:16
116:17 117:14,16
119:11,14 120:7
121:18 122:13
123:10 124:15
125:19 126:3
127:23 128:6,11
129:6,10 134:3,7
135:13 138:7,8
139:8,16 140:15
143:2,5,18 144:5,17
145:13,20 147:6
148:25 149:6,22
150:13,22,23
151:24 154:4,6
156:10 180:17,21
181:2,8 182:9 183:2
185:10,13,25
186:15 190:15,21
191:16,22 192:4,11
195:22 202:6 204:6
204:7,14 206:18,24
207:7,17,20,24
208:9 209:12
213:12 221:20
222:3 223:17,21
231:18
**Magot's (1)**
231:15
**main (1)**
144:3
**maintains (1)**
52:23
**major (1)**
126:13
**majority (1)**
41:14
**making (10)**
79:11 98:4 110:12
139:3,17 142:5
191:22 200:20
213:6 221:12
**manage (3)**
104:14 206:22,24
**Management (1)**
25:11
**managing (1)**
104:25
**Mandel (135)**
3:8 4:3 14:17 15:13

15:13 16:7,9 19:18
20:5,10,17 22:10
28:19 36:5,23 40:5
45:11,14,23 55:17
60:2 62:15 71:21
74:19 80:16 81:17
83:16,19 84:3,13
85:14 87:11 88:22
89:17 90:9 91:2,24
95:3 96:11,19,21
97:8 98:13 99:11
101:21 103:5 104:6
105:9 106:8 107:14
107:22 109:12
111:8 116:12 119:6
122:8 123:5 124:7
124:11 125:23
126:25 128:25
132:16,21 134:19
135:6 138:3 139:4
140:10 142:20
144:16 145:8
146:24 149:18
150:18 151:11
153:18 156:3,21
164:8 165:18
167:17 168:14
170:8 173:2,22
174:21 175:18
176:2 180:22
181:24 182:21
185:6 186:10 187:2
187:9,17 190:10
191:12 192:7
195:15,19 197:19
201:14 203:4,25
206:13 207:3,14
212:9,16,23 213:8
214:17 215:3,12
216:6 219:2 221:4
221:16 222:10
223:2 224:9,24
225:20 226:2
229:15 230:9
231:10 232:7,11,19
**manipulate (1)**
19:24
**manner (1)**
148:11
**manners (1)**
191:5
**manufacture (1)**
31:15
**manufactured (1)**
159:19
**manufacturing (1)**
31:13

**March (42)**
27:4 28:7,10 43:22
54:14 76:22,24 77:3
77:9 78:25 80:11
81:6 89:3,21 90:13
91:7 92:4 94:21
95:7 96:4,16 123:11
124:16 126:3 127:6
134:4 138:7 139:9
143:3 145:13
146:10,13,18
147:10,16 150:22
151:18 154:20
155:6,15 159:14
176:23
**Mariah (5)**
6:10 96:16,23,24
189:7
**mark (105)**
19:18 21:25 22:3
28:19 36:24 40:5
46:3 48:15 55:17
62:15 71:21 74:19
80:16 81:17 84:13
85:14 87:11 88:22
89:17 90:9 91:2,24
94:17 95:3 96:11
97:8 98:13 99:11
101:21 103:5 104:6
105:9 106:8 107:24
109:12 111:8
116:12 119:6 122:8
123:5 124:7 125:23
126:25 128:25
132:16 135:7 138:3
139:4 140:10
142:20,21,22 145:8
146:24 149:18
150:18 151:11
153:18 156:3,21
158:23 164:8
165:18 167:17
168:14 170:9 173:2
173:22 180:22
181:24 182:21
185:6 186:10 187:2
190:10 191:12
192:7 193:4 195:15
197:19 198:13
201:14 203:4,25
206:13 207:3,14
209:8,18 210:23
212:23 213:8
214:17 215:3,12
216:6 219:2 221:4
221:16 222:10
224:9,24 225:20
229:15 230:9

**marked (8)**
20:19 29:2 37:9 62:19
111:12 151:15
159:10 222:17
**market (9)**
38:25 39:8 44:20
149:4 155:14,20
160:10 195:9,10
**marketable (2)**
30:21 31:6
**marketplace (5)**
43:13,17,19 44:15,19
**markets (1)**
49:19
**marking (1)**
20:4
**match (2)**
223:17,18
**matching (1)**
222:8
**mathematical (1)**
50:15
**matter (6)**
14:21 179:20,21
193:25 194:22
195:3
**mattered (1)**
131:23
**McKea (1)**
108:21
**McKea.com (1)**
108:21
**mean (67)**
23:22 24:9 25:25 26:8
26:16,16 27:7 28:2
36:2 41:10,11 43:24
48:7 51:10,12 58:11
58:13,20 59:22
67:11 76:5,14,15
79:17 83:6 86:23
89:7 90:20 91:14
95:25 103:2 110:23
114:21 120:11,21
128:7 130:13 133:4
133:8 142:5 144:22
152:3,7,18 153:6
157:12 162:11,13
162:22 163:10
165:15 168:4 172:7
173:19 184:21
188:16 197:14
200:23 201:7 202:2
210:10 213:17
216:17 218:24
222:6,21 229:23
**Meaning (1)**
58:4
**means (20)**

23:24 29:20 41:12
43:15 50:12 64:21
65:12 89:8 91:22
98:23 103:24
104:25 110:7
117:14 119:20
123:18 158:12
177:7 181:11
200:16
**meant (11)**
29:15 30:9 43:14
167:11 172:24
189:19 198:20
199:21 200:21
214:4 215:20
**media (1)**
14:20
**medical (2)**
26:20,25
**medication (1)**
18:5
**meet (13)**
96:5,10 104:17 109:5
110:19 116:7 121:3
123:19 128:14
166:23 203:12
208:15 209:4
**meeting (5)**
4:14 28:23 65:19
123:12 217:10
**meetings (1)**
217:10
**member (2)**
74:25 75:5
**memory (1)**
161:23
**mention (1)**
219:16
**mentioned (1)**
25:17
**mentioning (1)**
125:8
**message (4)**
132:19,23 166:14
168:4
**messages (3)**
10:22 129:7 187:23
**met (5)**
112:10,14,16 113:18
115:18
**Microphase (1)**
35:5
**middle (2)**
165:22 166:7
**milestone (1)**
29:10
**Milestones (2)**
4:14 28:23

**military (1)**
34:4
**million (43)**
13:5 26:25 30:22 45:2
45:2 47:25 54:24
55:6 58:25 67:6,7,7
69:21 93:3 102:15
142:7 143:9,14,22
149:3,7,10,15
160:20 163:10
164:20,24 165:2,16
168:24 173:11
183:19,23 184:2
200:18 214:3
217:13,13,14,15
221:25 223:9,15
**Milton (227)**
1:15 2:10 4:3,23 14:1
14:21 15:1 16:1,2
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1

154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1,14 233:5
**mind (4)**
19:14 65:11 124:25
155:5
**mindful (1)**
133:17
**mine (2)**
52:7 73:22
**mined (4)**
48:8 52:20,24 53:17
**Mineola (1)**
3:18
**miner (3)**
47:5,5 50:13
**miners (21)**
50:8,10 51:10 54:12
56:25 57:16 58:3
95:17,20 100:23
113:22,25 114:14
114:24,25 115:2,17
129:22 145:25
159:23,24
**mines (2)**
50:24,24
**minimum (1)**
191:25
**mining (67)**
1:4,7 5:10 14:22,23
15:15 16:11 36:18
38:6 39:4 42:18
45:4 46:24 47:5,9
47:11 49:2 50:5,20

51:11,13,13 52:2,3
52:5,12,14,15,16,21
52:22 53:3,6 55:14
56:14 57:13 59:17
60:15,18,21 63:21
72:21 77:19 78:14
78:14,16 79:12
87:21 95:22 97:6
98:20 99:6 100:18
118:5,6,8,15 129:22
129:24,25 130:16
159:14 174:16,19
174:24 175:2
198:23
**minority (1)**
30:13
**minute (2)**
169:24 226:6
**minutes (3)**
83:18 107:10 212:10
**missed (1)**
49:20
**missing (1)**
228:11
**misspoke (3)**
99:19 109:22 124:12
**mistake (1)**
160:24
**model (2)**
30:4 163:2
**moment (1)**
227:20
**money (110)**
61:23,25 62:3 66:23
68:6,11,16,17 69:12
69:20,25 70:4,25
71:9 73:10 74:2,3
77:6 78:19 79:14
86:19 87:6,20 89:9
89:10 90:16,19,21
90:22,23 91:10,13
91:22 92:16,20,22
93:17 94:25 97:15
101:10,19 102:13
102:20,21,25 103:2
103:3,4 106:2 107:3
109:2 112:19,23
114:4,6 115:7 117:5
117:7,8,11 125:10
131:21 132:7
136:14,22 139:23
146:3 148:5,6,15,20
148:23 150:5 153:8
154:7 161:10,13,15
161:25 162:9 163:5
163:7,9 169:6
183:22 184:4 191:4
191:7 192:23,25

195:9 196:15,16
197:7,15 199:25
200:9,24,25 202:25
203:3 209:6,7
213:20 216:2
217:11 218:23
219:14 220:21
228:16
**month (3)**
54:16 75:16 176:25
**months (17)**
18:15 24:8 72:10
162:15,19 194:17
200:19 204:19
205:8 206:4 208:25
217:25 227:22
228:16,20 229:10
229:14
**mood (1)**
175:23
**morning (8)**
14:2 16:8 123:13
134:5,6 147:23
156:13 206:18
**move (4)**
19:24 76:22 154:22
209:14
**MTIX (1)**
31:13
**multiple (4)**
51:18 143:24 144:5
217:10

_____

**N**

**N (1)**
4:1
**n/k/a (5)**
1:8,8,18 2:12 4:10
**name (33)**
4:16 14:2 15:6 16:8
21:13,16 25:5 26:12
26:21 28:16 29:11
31:19,23 32:2 33:7
33:18 35:22 36:10
36:14,17,20 37:3,14
44:5,14 51:22 56:16
56:19,22 72:20
137:17 212:14
235:2
**named (2)**
28:4 45:4
**names (1)**
36:4
**national (2)**
93:13,15
**natural (1)**
155:19
**nature (6)**

26:18 27:21 33:15
34:3,15 48:25
**Navy (4)**
218:6,9,12,17
**NCRA (1)**
2:14
**nearly (1)**
145:7
**necessary (1)**
20:2
**need (21)**
17:17 74:2 90:3,19,21
90:21 92:20 97:11
107:10 110:23
119:17 124:18
134:18 156:19
188:10 190:24
199:13 200:2
201:22 218:8,10
**needed (6)**
78:21 91:19 106:21
107:2 126:14,14
**needs (4)**
90:23 95:10,13
128:24
**negative (1)**
67:6
**negatively (2)**
56:25 57:15
**negotiations (2)**
128:3,5
**Neither (1)**
172:9
**nervous (2)**
138:9,17
**net (2)**
24:19 223:15
**Nevada (3)**
1:19 2:14 233:2
**never (12)**
70:4,25 78:20 130:10
130:12 155:9,25
180:12 183:24
220:8,10 221:3
**new (14)**
1:2 3:7 14:25 15:9,9
27:9 42:24 43:12,18
141:12 190:25
198:18 214:11
216:21
**Newport (1)**
217:17
**news (1)**
129:18
**next-to-last (1)**
140:24
**night (1)**
133:18

**Nile (2)**
4:16 37:2
**Noise (2)**
18:2,9
**nominal (1)**
52:13
**non-individuals (1)**
23:24
**nonrefundable (1)**
177:18
**noon (1)**
171:6
**normal (1)**
139:3
**North (2)**
131:22 132:11
**Notary (1)**
235:25
**note (3)**
156:24 212:3 222:21
**noted (1)**
234:6
**notice (10)**
4:9 19:20 20:20 21:11
25:9 27:2 80:25
81:6,8 229:20
**noticed (2)**
211:6,20
**notices (1)**
81:9
**notification (2)**
11:11,11
**notified (1)**
168:25
**November (2)**
205:6 214:15
**number (94)**
1:23 4:8 5:2 6:2 7:2
8:2 10:2 12:2 13:2
14:25 25:22 33:2
55:2 56:25 57:15
67:6 75:14 81:5,18
84:14 85:15 87:13
88:24 89:18 90:10
91:3,25 94:18 95:4
96:12 97:9 98:14
99:12,15 103:6
105:10 106:9
109:13 111:9 119:7
123:6 125:24 129:2
132:17 138:4
146:25 149:19
150:19 151:12
153:19 164:9
165:19 170:10,21
175:18,19 184:7
185:7 187:24,25
188:2 190:11

191:13 192:8 193:5
194:3,18 197:20
199:6 201:15 203:5
206:14 207:4,15
208:10 212:24
214:18 215:4,13
216:7 219:4,18,23
219:23,24 220:17
223:17 224:10,25
225:21 229:16
230:10 231:13
233:24
**numbered (2)**
14:20 159:8
**numbers (38)**
46:4 48:16 62:16
71:22 74:20 80:17
101:22 104:7 108:2
116:13 122:9 124:8
127:2 133:25 135:8
139:5 140:11
145:10 156:4
165:20 167:18
168:15 173:4,23
180:23 182:2,22
186:11 187:3
195:16 198:14
204:2 209:9,19
210:24 213:9 221:5
221:17
**numerous (1)**
230:19
**nuts (1)**
189:17
**NV (1)**
233:24
**NY (2)**
3:7,18
**NYC (2)**
216:12,15
**NYSE (5)**
4:16,17 37:2 139:14
190:18

——————
**O**
——————
**object (8)**
30:25 36:9 64:23
93:24 144:13
174:14 219:24
221:14
**objected (2)**
36:3,7
**objecting (2)**
174:22 202:17
**objection (242)**
19:5 23:15 25:24
27:23 31:22 32:17
34:20 37:24 38:11

38:15 40:24 42:8
43:4 46:11,19 47:3
47:10,14,20 53:19
54:21 55:3,11 57:5
57:20 58:9 59:11
61:8 63:14,23 64:14
64:18 65:5,17,22
66:16,21 67:2 69:15
70:12,18,21 71:3,11
71:16 73:6,12,12,21
75:24 77:21 78:3,9
78:18 79:15,25 80:7
80:14 84:11 85:13
86:16,21 87:5,22
88:13 89:11,25
91:15,21 92:11,17
93:11,25 94:10,12
95:14,23 96:7 97:22
97:24 98:5 100:13
100:22 101:5,9
102:12,23 103:23
104:4,19 105:7,23
106:5,22,25 107:6
108:11,15 109:3,8
109:11 110:15,20
111:6 112:17 113:4
114:7,10,12 116:8
119:21 120:14,19
121:7,13,24 122:6
122:16 123:20
124:3,22 126:10,18
127:18 128:16
130:8 131:8,13,19
132:2 134:14
135:21 136:20
138:14 139:19
142:4 143:20
145:22 148:3,13,18
149:16 150:6 151:4
151:9 152:2,16,24
153:4,15 154:10
155:2,8,24 156:18
158:9,20 161:18,22
162:17 163:16,21
164:2 166:17,20,24
167:10,14 168:11
173:18 177:6,25
178:23 179:12,18
180:3,15,19 183:11
183:15,20,25 184:9
184:15,20 185:2,21
186:7,20,25 188:5
188:13,23 189:13
189:20 190:3,8
192:5,24 193:13,19
194:20 195:6
196:22 199:23
201:9,11 203:22

204:11,21,25
205:10,14 206:6,8
207:12,22 208:4,21
209:5 210:12
211:12 212:3 216:3
216:16 217:7,21
218:21 220:9,13,23
220:25 222:5
223:24 227:24
228:18,24 229:7,7
229:12 230:5,25
**objections (1)**
21:8
**objective (2)**
131:21 193:24
**objectives (1)**
96:10
**obligated (3)**
101:15 196:21,23
**obligation (19)**
69:14,16,17 96:5
112:9,16 113:17
115:18 116:7 121:4
121:10 163:20,25
208:2,17 210:19
226:21 228:17
232:2
**obligations (7)**
65:20 104:17 105:21
106:4 109:6 110:19
191:5
**obviously (3)**
23:20 144:22 223:7
**occasion (2)**
135:25 136:17
**occasions (3)**
16:16,18 230:19
**occur (4)**
38:21 208:10 214:7
218:18
**occurred (4)**
60:14 161:2 183:19
214:9
**occurrence (1)**
92:15
**October (10)**
111:14 205:5 214:15
224:14 225:15
226:19 227:21
228:15 229:19,24
**offer (1)**
232:11
**offering (16)**
13:6 160:2,6,9,10,14
160:18 161:2,10
195:13 204:16,18
204:22 223:10
224:4,7

**offering' (2)**
160:16,17
**office (2)**
108:19,22
**officially (1)**
46:14
**oh (8)**
99:19 112:4 136:10
140:21 160:22
166:9 181:5 201:20
**okay (84)**
14:19 16:20 17:24
18:11 19:7,16 20:18
20:25 21:23 22:12
22:22 23:10 27:21
31:7 35:7 36:13,23
45:18 46:12 56:9
58:13 64:3 71:14
77:2 83:11,20 86:17
86:24 87:9,18 96:20
96:22 99:20,22
107:16 112:4
114:20,23 115:2
116:21 119:2,6
121:2 123:5 132:9
133:12 136:17,24
137:2,11,21 141:19
144:10 146:24
153:12,25 156:3,8
157:11 159:13
160:25 165:12
166:9 168:14
172:19 175:5,12,24
176:17 177:11
180:12 181:6,7,24
182:17 184:23
188:16 194:10,16
196:3 199:13
200:22 201:7 212:9
**old (3)**
3:17 61:2 67:16
**Olga (6)**
84:19 87:2,15 89:10
97:2 154:14
**once (10)**
22:7 44:18 52:19
122:13 139:18
141:21 163:12
168:24 171:8
183:18
**one-minute (1)**
169:25
**ones (1)**
26:2
**ongoing (3)**
30:4 107:4 159:25
**open (15)**
54:11 72:17 82:10,17

83:6 97:11 102:8,11
  135:11 139:2 181:6
  187:18 201:25
  202:10,15
**opened (2)**
  72:24 83:8
**opening (1)**
  82:22
**operated (4)**
  34:5,7 57:2,16
**operating (3)**
  31:14 70:15 88:10
**operational (4)**
  53:13,17 67:21,22
**operations (15)**
  38:7 39:20 42:18
  53:14,18 55:10
  56:10,15 57:13,23
  65:3 66:12 70:9
  71:7 88:11
**opportunity (3)**
  30:6 139:14 192:14
**order (7)**
  21:24 96:10 121:3,9
  122:4 175:2 227:13
**ordered (1)**
  132:24
**organization (1)**
  110:23
**original (3)**
  32:5,8 208:15
**originally (1)**
  139:24
**originated (3)**
  75:19 79:23 80:6
**out-clause (2)**
  126:14,23
**outlining (1)**
  95:12
**outside (4)**
  61:13,15 66:12,23
**outstanding (3)**
  109:5 111:18 222:2
**overall (2)**
  39:13 144:15
**overkill (1)**
  139:12
**owe (1)**
  200:8
**owed (15)**
  102:13 106:6,16
  111:24 112:3,4,6
  113:14 114:4,6,15
  115:16 148:5
  164:20 199:25
**owing (1)**
  220:5
**owned (16)**

26:19 31:16 33:21
  34:9,24 41:24 51:11
  52:19 60:15 67:17
  67:23,24,25 68:19
  68:23 159:15
**owns (10)**
  31:12 34:10,14,21,22
  35:4,5,8 41:13,15

———————
**P**
———————
**p.m (1)**
  232:21
**pace (1)**
  20:2
**Pacific (2)**
  15:5 133:16
**page (72)**
  4:2,8 5:2 6:2 7:2 8:2
  10:2 12:2 13:2
  16:21 22:17 23:9,9
  30:18 50:4 56:2,3,8
  72:3,18 74:23 75:13
  78:24 80:3,20 81:4
  99:23 100:3,17
  102:2 108:4 109:21
  109:23 111:12
  116:16 122:12
  134:2 135:12,18
  140:15,18,23
  141:13,14 143:2
  146:6,9 147:5 157:4
  159:7,7 160:8
  165:23 166:7
  170:14 174:6,7
  176:7,13,14,16,16
  180:25 181:7 182:8
  183:7 188:25 199:9
  199:10 216:10
  220:3 227:12
**pages (1)**
  140:24
**paid (46)**
  70:4,7 71:4,9 76:12
  76:13 78:5 96:2
  102:8,19 105:3,6
  106:21 110:11
  113:19,21 115:5,20
  115:21,22 116:6
  141:22 161:11,23
  162:2 163:20
  172:10 173:14
  177:18,24 179:22
  181:18,22 192:21
  192:22 194:24
  199:18,22 200:12
  200:14 201:8
  203:12 210:7
  225:13 226:21

228:17
**paragraph (10)**
  29:7 30:3 37:16 39:17
  56:24 57:10 129:6
  129:15 139:10,21
**parent (49)**
  36:20 42:24 60:10
  63:18 64:22,25
  65:14,20,23 66:5,9
  66:13,14,20,24
  68:15 69:4 88:4,5
  88:12,18 89:12 96:6
  96:9 104:20,21
  117:5,6,8 118:2
  124:5 125:4,8,13
  129:8 139:13
  143:25 145:15
  149:8,11 160:6
  162:22 196:25
  197:8,11,14 208:11
  208:19 226:13
**parent's (1)**
  90:16
**part (9)**
  32:11 40:2 55:13
  59:23 122:25,25
  147:25 175:13
  215:9
**partial (1)**
  152:14
**participants (1)**
  15:3
**parties (6)**
  14:11 177:4 233:15
  233:16,19,19
**party (3)**
  113:12 115:13 116:3
**patient (2)**
  26:6 226:17
**Paul (1)**
  61:19
**Pause (1)**
  194:5
**pay (71)**
  53:21,23 69:16 70:25
  71:15 77:25 78:7,11
  78:17 84:6 92:10,16
  102:22 103:14,24
  104:3 110:5 112:22
  112:23,25 113:2
  117:15,16 123:3
  126:15 128:22
  148:6 150:14
  159:21 161:8 162:4
  163:15,25 164:19
  165:17 171:24,25
  172:13,14,17
  181:14 197:6 200:2

200:4,6,24 201:2,6
  203:15,20,23
  204:16 205:22,24
  206:2,11 209:7
  215:19,23 216:2,5
  218:15 219:11,15
  220:21 221:10
  229:2,3,5,9 232:2
**paying (10)**
  76:8,9,16,18 155:21
  172:11 200:17,20
  205:20 210:11
**payment (58)**
  79:16 84:25 85:7
  104:14,22 110:14
  139:18 142:5,8,11
  144:19 146:10,18
  147:25 148:9
  152:15 153:3,14
  160:5 161:12,16
  162:6,16 164:22
  166:3,22 167:4,6
  173:15 174:10,15
  174:23 175:7,9
  176:8,22 177:5,8,15
  177:17 183:19
  186:2,23 191:25
  196:7 204:20,24
  205:3,9 210:15
  211:11,25 217:24
  223:16 227:17
  228:22 229:11
  230:21
**payments (24)**
  91:11,14,23 100:9,12
  146:8 170:17 174:4
  184:7,11,13 211:10
  211:24 212:7 220:5
  220:17 227:13,16,23
  228:2,2,3,8,10,13
**PDF (4)**
  56:3 146:6 159:7
  176:16
**penalty (1)**
  234:4
**pendency (1)**
  17:20
**pending (3)**
  14:16 19:7 60:21
**pension (1)**
  23:25
**people (8)**
  44:2 56:21 73:15 93:4
  110:4,8,13 169:2
**percent (16)**
  28:4 32:18 33:25
  34:14 35:4,6,8,21
  41:17,25 52:13

67:25 68:19,23
  125:18 223:10
**percentage (5)**
  32:14,21 33:24 35:2
  35:13
**percentages (1)**
  52:11
**perception (2)**
  39:4,14
**Perfect (1)**
  21:22
**period (17)**
  28:11 39:5 75:7,9
  98:4 102:10,19
  105:5 106:19 111:5
  130:18,19 166:16
  184:19 194:4,17
  206:4
**perjury (1)**
  234:4
**Perpetual (1)**
  13:6
**persistent (2)**
  218:4,7
**persistently (1)**
  218:14
**person (5)**
  82:25 189:3 204:8,12
  233:17
**personally (2)**
  86:19 157:23
**Peter (2)**
  48:20,23
**Pg (1)**
  235:5
**phone (7)**
  170:21 187:25 188:2
  192:15,17,18
  194:18
**photograph (3)**
  189:2,4,12
**physical (1)**
  44:4
**pick (1)**
  177:15
**picture (2)**
  189:22,24
**place (11)**
  37:22 38:18 51:21
  59:4 68:21,24 93:22
  160:18 198:2
  217:18 233:10
**places (1)**
  144:8
**Plains (1)**
  216:20
**plaintiff (6)**
  1:5 3:5 15:14,18

16:11 77:19
**plan (7)**
37:19 38:13 42:6
104:14,22 192:15
197:12
**planned (6)**
4:19 40:8 43:10
139:24 205:19
229:25
**plans (7)**
23:25 36:20 40:16,20
43:18,21 147:20
**platform (3)**
43:13,19,23
**play (1)**
108:14
**please (24)**
15:12,23 17:14,18
84:24 89:13 97:13
98:19 103:14
111:17 140:16
147:22 151:22
167:25 169:20
170:20 182:10
183:2 191:17 196:2
206:21 207:8
213:15 232:20
**point (64)**
30:20 31:9 40:15
41:19 48:15 49:6,9
49:12 60:14 67:19
81:15 85:23 105:22
119:20 120:5,9
121:2 126:17
127:17 129:11,20
133:12 134:12
135:25 138:17
139:16 142:3 144:6
144:11,25 145:2,6
148:2 149:25
150:13 152:23
154:20 156:17
157:9 170:16,23
172:16 173:11,15
186:18 188:12
191:3 192:17,23
193:9 196:20
198:24 204:10
206:25 210:14
215:25 218:18,24
220:6,24 223:21
226:10 229:9,10
**points (2)**
204:14 225:24
**portion (6)**
32:23,25 34:19 44:17
113:20 137:2
**position (8)**

28:4 84:22 85:22,25
121:11 165:24
186:5 228:9
**positions (1)**
23:18
**positive (1)**
78:20
**possession (1)**
115:4
**possibility (2)**
82:22 103:22
**possible (1)**
128:12
**possibly (1)**
155:6
**potential (5)**
62:4 118:14 122:5,22
127:13
**potentially (2)**
122:19 132:10
**power (16)**
4:13 27:3,5,8,11,24
28:22 32:8,16 39:23
67:15,16 91:17
114:19 120:10
177:14
**powers (1)**
121:16
**practice (1)**
88:5
**prefer (1)**
212:6
**preferred (3)**
13:7 69:23 223:10
**preparation (1)**
136:7
**present (5)**
3:24 53:13 54:14
62:13 118:14
**president (3)**
86:2,4,9
**press (18)**
4:13,15,19 13:5 28:20
29:4 36:24 37:12,17
40:7,11 42:16 43:3
156:12 222:11,22
223:4,6
**pressing (2)**
110:13 153:3
**presume (2)**
79:16 152:18
**pretty (8)**
39:3 55:16 71:14
106:24 126:22
128:10 197:17
216:21
**preventing (1)**
202:24

**previously (1)**
86:15
**price (5)**
114:5,8 160:14,22
163:22
**primarily (1)**
93:22
**printed (1)**
22:11
**prior (7)**
131:3 177:20,23
201:22,24 223:15
233:4
**private (1)**
198:7
**privileged (1)**
38:23
**probably (40)**
24:9 29:22 35:20
53:25 54:6 59:23
69:2,9 71:18 89:12
91:16 105:3 107:8
109:4 111:22
112:15,19,25
117:21 123:21
124:5 137:10
145:25 158:14
162:12 165:10
170:24 171:16
184:22 189:21
191:8 193:13,25
197:2 198:11
215:24 221:3
225:14 229:13
230:7
**problem (8)**
50:16 162:5 163:4
165:24 199:17
201:21 202:19,24
**problems (3)**
166:23 208:23,25
**Procedures (1)**
14:15
**proceed (2)**
102:9,18
**proceedings (1)**
232:21
**proceeds (7)**
53:20 60:17 78:15,17
159:25 160:5
223:15
**process (5)**
133:20 138:10,18
161:20 222:2
**procured (1)**
115:17
**produced (6)**
22:9 62:21 72:2 174:3

187:22 228:6
**product (3)**
115:4 139:3 213:25
**production (94)**
46:4 48:16 62:16
71:22 74:20 80:17
81:5,18 84:14 85:15
87:12 88:23 89:18
90:10 91:3,25 94:18
95:4 96:12 97:9
98:14 99:12,15
101:22 103:6 104:7
105:10 106:9
107:25 109:13
111:9 116:13 119:7
122:9 123:6 124:8
125:24 127:2 129:2
132:17 135:8 138:4
139:5 140:11
145:10 146:25
149:19 150:19
151:12 153:19
156:4 164:9 165:19
167:18 168:15
170:10 173:3,23
180:23 181:25
182:22 185:7
186:11 187:3
190:11 191:13
192:8 193:5 195:16
197:20 198:14
201:15 203:5 204:2
206:14 207:4,15
209:9,19 210:24
212:24 213:9
214:18 215:4,13
216:7 219:3 221:5
221:17 224:10,25
225:21 229:16
230:10
**products (5)**
34:4 39:24 44:3
174:19 175:4
**Professional (2)**
2:15 233:1
**profile (9)**
4:12 22:2,15 24:3
25:10,22 26:5 27:2
31:10
**profitable (1)**
94:2
**program (2)**
160:16,18
**promise (2)**
188:19 218:20
**promised (2)**
205:25 206:11
**promises (6)**

162:16,19,20 205:9
205:12 206:2
**promising (1)**
217:24
**proof (1)**
204:14
**proposed (3)**
120:4 121:5 122:14
**proprietary (2)**
52:15,16
**provide (12)**
30:5 64:25 74:3 76:6
103:4 104:21
105:17 106:7 107:3
128:13 226:20,22
**provided (10)**
48:13 73:19 75:22
76:7 77:6,9,12,24
78:4 102:7
**provider (1)**
38:6
**provides (1)**
106:15
**providing (4)**
64:22 73:8 106:20
125:2
**Prudential (2)**
23:13 24:3
**PSUs (1)**
100:19
**public (17)**
4:20 13:6 27:8,14
33:6 37:19,23 40:8
40:16,23 41:4,5
65:10 71:5 223:9
224:3 235:25
**publicly (10)**
27:13,18 30:23 41:6,7
41:19 42:9,20,21
44:21
**pull (2)**
176:4 199:8
**pulled (1)**
36:24
**purchase (17)**
101:2 114:4,8 119:18
124:19 125:6
130:16 135:15,16
135:19,23 146:5
154:17 159:16
208:2,16 232:17
**purchased (1)**
114:2
**purchasing (2)**
95:22 154:22
**pure-play (1)**
38:5
**pursuant (4)**

68:18 141:16
159:17,21
**pursuing (1)**
37:20
**put (9)**
60:22 62:19 99:14
133:24 158:10
173:11 184:2,4
187:18
**puts (1)**
133:16

**Q**

**quarter (1)**
56:12
**que- (1)**
35:20
**question (40)**
17:20,21 31:3 60:12
61:22 66:7 73:17
78:10,12 88:14 96:8
100:2 124:24
147:13 152:3,3,4,6
152:7 163:2 169:20
171:25 172:7,9,12
177:21,22 180:5
181:17,20 205:18
211:14,15,17 218:3
218:16 225:24,25
228:4 231:21
**questioned (1)**
233:21
**questions (11)**
16:22,23 17:8 19:17
117:24 121:15
172:5,6,18 231:11
232:5
**quite (2)**
33:13 74:18

**R**

**R (1)**
234:1
**raise (9)**
117:11 128:20 161:10
161:15 190:24
191:4,7 195:8
221:25
**raised (8)**
93:12,17 144:8
161:13,25 163:10
217:11 224:6
**raising (6)**
117:5,6,8 200:17
202:25 203:3
**ran (2)**
23:20 86:10
**range (1)**

41:17
**rate (1)**
54:15
**reached (1)**
155:17
**read (10)**
19:25 30:3 51:14
136:22 137:2
158:12 211:15,16
234:4 235:5
**Reads (1)**
235:5
**reaffirm (1)**
157:17
**real (1)**
39:21
**realize (1)**
223:14
**really (16)**
67:11 70:6 111:7
119:5 124:4 138:24
148:14,19 161:3,7
168:12 174:18
179:13 188:24
224:6 226:5
**Realtime (2)**
2:16 233:2
**reason (28)**
17:24 31:23 35:25
36:17 38:17 44:13
48:22 63:4,18 77:14
79:6,8 88:8 105:25
130:10 140:2
146:22 163:19
166:12 192:22
198:18 203:17
215:11 216:4
219:25 221:14
224:17 235:5
**reasonable (8)**
166:4,19,21,25 204:8
204:12,15 218:25
**reasonably (1)**
233:20
**reasons (5)**
46:21 87:8 146:19
161:8 218:19
**recall (141)**
18:13,16,18 19:13,14
25:2 45:6 47:21
48:3 49:6 51:17,19
59:13 66:22 70:3
71:19 72:16 73:3,8
74:11,13 76:8,9,20
81:2,3,8,9 82:9,13
82:14 83:4,9 86:5
86:22 90:7 93:8
100:10 101:2,16

102:10 107:7 111:4
111:20 113:5 117:9
117:18,24 118:10
120:21 122:24
124:4 126:12 128:2
129:10,13 134:11
135:22 136:3
143:13,21 145:3
146:19 147:18,24
148:4,11,16 149:14
149:24 150:12,25
152:11 153:5 156:2
158:17 160:3 161:9
166:5,10 170:22
171:10,23 172:16
172:21,24 178:24
179:13 180:16
182:12,15 184:10
185:19,22 188:11
191:2,9 192:18,19
194:16 195:13
196:10,11,17
197:25 202:22
204:18,22 206:23
207:10,13,19,23
209:22 210:3 211:9
211:13,23 212:7
213:5,7 215:9,20
216:15,24 219:14
219:17,22,23 220:7
221:12 224:16
226:22 229:22,23
229:24 230:2,6,12
230:16 232:4
**receipt (1)**
198:17
**receivables (1)**
67:5
**receive (2)**
23:2 186:3
**received (9)**
48:13 96:15 126:2
154:5,6 165:2 203:9
211:7,21
**receiving (3)**
149:11 229:22 230:12
**recess (7)**
45:20 83:24 107:19
134:22 170:5
187:14 212:20
**recognize (18)**
20:21 22:15 29:4
37:12 40:11 55:22
62:22,24 80:20,23
81:20 89:2 91:6
159:2 185:9,12
189:3,5
**recollection (36)**

46:8 74:24 86:18
113:2 143:17 147:8
151:6 153:7 156:16
157:8,14 158:6,10
161:3 164:25 168:8
171:11 174:13
181:13 183:4
184:23 185:3
189:18,25 192:3,16
192:25 193:11,17
194:21 196:5
202:11 203:14
207:24 209:16
219:7
**reconciliation (1)**
221:2
**record (40)**
14:7 16:25 17:2,12
20:10,12,14,15,18
45:17,19,21 83:16
83:22,25 107:17,20
107:23 109:18
127:7 134:20,21
135:3 156:24 170:2
170:2,3,6 187:11,12
187:15,17 211:16
212:16,17,19,21
232:12,15,16
**recording (1)**
14:12
**records (1)**
228:5
**Redeemable (1)**
13:6
**refer (4)**
21:19 36:10 67:8
157:3
**reference (26)**
21:19 22:22 25:10
31:7 33:12 34:2
41:2,12,18 78:25
82:6 85:2 95:19
98:22,24 100:17,21
125:13 149:12,15
156:20 158:14,22
167:9,12 168:5
**referenced (3)**
42:16 63:19 126:17
**references (1)**
167:15
**referencing (3)**
31:4 143:18 144:17
**referred (9)**
21:11 41:21 43:3
50:19,21 52:10
160:9 168:9 222:12
**referring (40)**
26:2 27:6 32:4 39:6,9

39:12 47:15 50:9,10
57:7,7 62:25 73:23
73:25 102:15
103:20 117:3
119:24 123:16
130:22 136:10
138:12,15 144:5
149:6 151:5 164:17
164:21 165:8 169:4
174:8 190:21
201:10,12 202:12
208:20 213:22
222:3 223:21 224:2
**refers (2)**
42:17 141:15
**reflect (5)**
151:16 187:22 197:23
220:16 228:7
**reflected (2)**
121:4 140:7
**reflects (1)**
175:6
**refresh (9)**
74:24 86:18 164:25
171:10 174:13
183:4 189:25
193:11 196:5
**refreshes (1)**
46:8
**regarding (3)**
127:12 130:16 202:12
**registered (3)**
2:15 24:15 233:1
**regular (3)**
26:11 106:24 213:6
**regularly (1)**
92:21
**reimburse (2)**
230:21 231:4
**related (2)**
44:18 208:12
**relating (1)**
227:6
**relationship (5)**
49:2,4 82:3 144:15
233:18
**relative (3)**
106:6 233:13,15
**release (22)**
4:13,15,19 13:5 28:20
29:4 36:24 37:12,17
40:7,11 42:16 43:3
144:19 145:17,21
156:13 173:9
222:11,22 223:4,6
**released (4)**
141:23 168:9 171:7
183:18

**relevant (2)**
111:5 166:16
**relieved (1)**
163:24
**rely (3)**
121:18,21,22
**remaining (15)**
111:18 142:2 161:16
167:13 177:14
179:11 181:10,15
183:14,19 184:8
211:11,25 220:22
229:21
**remember (32)**
29:21,25 47:24 51:15
51:24 58:23 72:12
82:25 100:14
142:17 144:10
147:14,17 150:2,4
157:19 161:14
162:14,15 170:24
171:14,18,19
177:22 178:6
179:15 184:16,18
194:2,25 195:13
199:5
**remembered (1)**
45:25
**remind (2)**
111:24 112:3
**remote (5)**
1:14 2:9 3:2 14:5,12
**remotely (4)**
14:7,10 15:3 233:5
**rents (1)**
33:17
**reopen (1)**
202:3
**reorganization (2)**
29:10,15
**reorganize (3)**
29:16,18 36:21
**reorganized (1)**
27:10
**rep (1)**
24:15
**repay (2)**
69:14 222:2
**repeated (1)**
205:12
**repeatedly (2)**
179:17 205:25
**repeating (1)**
169:10
**rephrase (1)**
210:13
**replace (1)**
214:14

**reply (1)**
191:23
**Reported (1)**
1:24
**reporter (16)**
2:13,15,16 14:8 15:10
15:22 16:4,24 17:5
211:14,16 232:17
233:2,2,3,24
**Reporting (3)**
14:4 15:7,11
**represent (6)**
16:10 51:23 62:20
137:21 174:2
187:21
**representative (3)**
1:16 2:11 60:9
**represents (2)**
75:21 79:14
**request (3)**
92:6 198:4 209:15
**requested (2)**
97:20 111:17
**requesting (2)**
111:20,23
**requests (1)**
84:5
**require (4)**
88:20 96:9 120:5,6
**required (2)**
94:2 121:5
**requirement (2)**
90:6,7
**resell (2)**
229:21,25
**reseller (1)**
118:13
**reset (1)**
214:13
**resold (1)**
217:19
**respect (9)**
40:20 57:4 138:18
142:15 155:22
171:11 182:13
183:10 224:3
**respond (6)**
91:11 170:20 172:20
199:15 207:11
225:10
**responding (1)**
225:7
**response (4)**
97:12 154:5 193:9
230:4
**responsible (2)**
86:24 87:25
**rest (2)**

79:18 136:15
**retain (1)**
43:11
**reveal (1)**
118:23
**revenue (5)**
35:10,21 52:3 54:15
55:6
**revenues (10)**
32:15,22 35:14 47:8
47:13,19 51:25 52:6
52:11 55:2
**review (5)**
118:2,17 135:19,25
136:13
**reviewed (4)**
117:20 118:3 136:4
136:11
**revision (1)**
134:5
**revisions (2)**
122:15,23
**rewarded (1)**
50:16
**Rich (1)**
133:14
**Richard (12)**
3:8 15:13 16:8 96:17
107:12 132:18
133:2 187:6 201:22
212:13,14 225:25
**Ride (1)**
132:14
**ridiculous (1)**
205:20
**right (51)**
21:18 35:9 40:21
41:22 42:4,12 53:13
66:18 70:10,11,15
76:15 80:12 85:5
91:20 93:15 102:16
109:17 113:15
122:20 124:10
139:4 140:21
141:10 142:6 143:7
146:12 154:2
163:15 166:23
167:13 173:2
176:14,17,19 179:5
183:19,24 202:4
205:4,6,9 206:3,5,7
206:11 212:13
217:25 225:4
231:10 232:9
**Road (1)**
3:17
**Rob (7)**
36:5 60:2 61:18,21

97:23 132:22
231:15
**Robert (2)**
3:19 15:19
**role (1)**
108:14
**room (12)**
14:6,9 19:23 20:8
22:6 28:24 37:5
40:9 46:5 48:19
133:23 187:19
**Rose (11)**
10:7 137:10,14,15
141:6,8 173:7 181:2
181:8 182:10 183:2
**Ross (7)**
137:16,17 141:9
174:12,16,24,25
**routine (1)**
17:11
**Roy (1)**
110:4
**RPR (1)**
1:24
**Rule (1)**
14:14
**rules (9)**
14:14,15 16:21
199:17,21 201:8,10
210:22 214:12
**run (3)**
53:9 54:15 59:20
**running (2)**
99:16 186:4
**runs (6)**
50:15 53:10 111:10
224:19 216:8 225:2

---

S

**S (1)**
4:7
**S9 (2)**
50:8,22
**S9's (1)**
169:3
**S9s (2)**
50:11 159:18
**Safety (1)**
26:6
**sale (2)**
60:17 179:24
**sales (2)**
52:4 160:12
**satisfy (1)**
106:3
**saw (3)**
86:14 191:22 221:23
**saying (21)**

86:22 135:13 137:3
160:25 162:2 163:6
178:3 179:9 180:16
182:10 183:2
189:22 191:22
193:10,14,23
198:17 214:22
222:22 225:8 228:5
**says (107)**
26:5 27:2 28:9 29:8
30:4 37:17 38:3
39:17 40:15 43:9
50:7 54:13,23 56:8
56:11 57:11 63:11
67:5 77:8,11,13
79:5,13 80:2,15
81:24 91:13,22
95:10,16 100:6
102:5,17 103:13
104:13 105:16
106:14,18 110:3
111:16 113:16
116:21 117:14
123:11 124:16
125:15 126:5
127:11 129:6,15
134:4 138:8 139:10
139:21 140:16
143:5,23 145:14
147:6,21 148:25
149:22 150:23
151:22 153:11,17
154:4,6,15 156:11
157:25 159:13,20
160:10,22 166:6,8
169:9 170:15 171:2
173:8 174:18,25
175:2 177:12 183:6
185:13,25 186:24
190:16 192:12
195:24 196:9 198:4
199:13 202:6 203:8
206:19 207:8 208:9
209:15 211:5,19
221:22 223:13
224:14 230:18
**scenes (1)**
215:23
**schedule (6)**
133:14 136:6 146:8
166:22 176:8 177:5
**school (2)**
22:19,24
**SCM (4)**
111:19 159:17,21
207:25
**SCM's (1)**
159:23

**Scout (2)**
198:25 199:2
**screen (2)**
133:23 227:8
**scroll (1)**
151:19
**SEC (5)**
9:18 158:2,8,12,22
**second (27)**
18:10 20:3,11 22:17
30:18 37:16 42:12
50:3 72:18 81:4
97:13 155:7 167:12
167:15 170:18
175:21 176:10,15
181:22 182:11,13
182:19 185:4
191:17 194:5
196:17 220:3
**section (2)**
136:21 169:4
**sector (2)**
55:15 56:14
**secured (1)**
118:11
**securities (9)**
23:12,13 24:3,4,11,14
25:7 30:21 31:6
**security (1)**
69:18
**see (39)**
20:7 24:4 29:2 46:12
50:5 75:14,17 76:3
76:23 79:2,21 106:6
121:11 135:11
139:22 140:19,20
140:21,25 141:14
141:19 143:3,4
146:7,9 151:20
152:10 153:12
156:19 157:4
159:10 166:7,9
173:20 174:7
175:11 176:13
183:12 213:14
**seeing (3)**
81:8 127:13 220:7
**seek (5)**
66:19,22 120:15,17
121:22
**seeking (2)**
66:12 126:8
**seen (8)**
20:23 21:2 62:23 72:6
157:2 220:8,10
228:5
**segregated (2)**
60:25 61:4

**sell (16)**
44:3 53:25 115:5,8
145:24 160:13
178:5,11 180:13
200:11,14 205:4
210:16 212:6
215:23 230:7
**selling (2)**
130:2 230:3
**send (23)**
89:10,24 92:15,22
94:23 100:18
108:24 116:19
123:14 138:10
139:23 147:22,25
149:4,24 150:9,23
154:7 189:22
193:21 196:16
206:21 224:17
**sending (7)**
148:5 149:22 213:18
213:19 218:23
224:16 226:10
**sends (1)**
202:5
**sense (5)**
17:22 52:10 54:19
121:10 155:13
**sent (66)**
48:20 80:21,25 81:20
84:16 85:17 87:15
89:3,6,8,20 90:12
90:14,16 92:3 94:20
95:8 96:23 98:16
99:24 100:4 102:3
103:9 104:10
105:13 106:11
108:5 109:24
111:13 116:17
117:19 119:11
123:10 124:15
127:5 134:3 139:9
143:9,21 151:21
164:12 167:22
168:19 185:10
186:15 193:18
196:15 203:9 204:6
207:17,20 209:12
211:3,17 213:2,12
214:22,22 215:7,17
219:6 221:9 224:20
225:11 226:5
229:18
**sentence (7)**
30:2,3 56:23 57:10
117:3 124:16
143:23
**sentiment (1)**

158:18
**separate (12)**
20:25 41:3,5 42:22
65:13 75:15 82:10
101:3,11 142:14,18
210:18
**September (6)**
40:6,12 221:9,13,21
223:8
**sequence (1)**
162:11
**Series (2)**
13:6 223:10
**seriously (1)**
188:9
**served (1)**
19:20
**server (1)**
50:18
**services (7)**
1:4 14:22 15:15 16:12
44:3 110:24 118:6
**Session (2)**
4:4 135:2
**set (7)**
30:12 50:14 82:2
128:14 144:11
181:22 233:11
**sets (2)**
146:7 176:8
**settle (9)**
175:13 179:20,21
191:5 192:19
194:22 195:3
196:12,14
**settled (2)**
19:11 232:10
**seven (2)**
120:25 133:15
**shakes (1)**
17:15
**share (5)**
19:23 145:16 154:19
156:12 192:14
**shareholder (4)**
28:3 66:6 198:8,9
**shareholder-centric...**
30:6
**shareholders (1)**
158:12
**shares (4)**
160:13 190:23,25
191:3
**sharp (1)**
147:12
**sheet (7)**
5:5 30:20 63:8,19
64:6 67:4 235:1

**sheets (2)**
62:24 63:5
**Shelf (1)**
214:12
**shipments (3)**
101:3,8 150:11
**shit (3)**
115:5 124:24 205:22
**shoes (1)**
138:25
**shot (2)**
150:15 194:11
**shoulder (1)**
17:14
**show (3)**
136:5 216:5 227:5
**showing (4)**
173:20 174:3 220:4
222:24
**shown (6)**
80:4 112:5 113:14
115:15 189:4,12
**shows (2)**
79:11 174:23
**shrugs (1)**
17:14
**shut (5)**
82:11 100:8 103:14
103:25 198:24
**shutting (2)**
103:21 198:22
**sic (8)**
94:5 96:13 99:16
109:14,19 124:9
156:5 195:17
**Sichenzia (7)**
137:16,17 141:9
174:12,16,24,25
**sick (1)**
162:13
**sign (4)**
123:14 125:16 129:9
151:2
**Signature (2)**
234:18 235:21
**signatures (2)**
135:17 183:8
**signed (9)**
134:12 136:9,12
141:2,5 150:23
155:15 175:19
183:5
**significant (2)**
43:16 132:3
**Silicon (3)**
82:2,16,22
**simplistic (1)**
165:4

**single (1)**
93:5
**sit (1)**
171:17
**situation (3)**
127:16 202:9,13
**six (6)**
18:15 34:7 205:8
206:4 229:10,14
**small (7)**
50:17 108:18 163:14
213:4 214:5,12
224:6
**smart (1)**
121:25
**smoother (1)**
17:10
**SMS (12)**
103:14,16,18 110:5
113:14,24,25
114:14,15,18,25
115:10
**software (1)**
34:16
**sold (26)**
26:23,24,24 54:3,4
58:20,22 70:23
113:22 115:2
161:19,24,25 162:6
162:10,13 163:12
163:13,14,18,23
164:6 200:15 205:2
205:5 224:23
**solutions (4)**
1:23 10:9 39:23
233:25
**solve (1)**
193:24
**solves (1)**
50:16
**somebody (3)**
178:5,12 180:13
**somebody's (1)**
120:9
**sophistication (1)**
30:7
**sorry (48)**
18:3,21 29:17 36:5
49:20 53:5 60:2
82:18 86:3 94:11
96:19 97:23,23 98:7
99:19 101:25
107:24 109:10,21
111:25 124:11
131:9 132:21
136:10 142:21
147:13 148:21
152:6 153:23 156:8

160:22 175:17
  181:5 191:14,19,20
  194:6 195:19
  198:12 201:20,23
  210:25 212:13
  215:14 226:8,11,15
  231:2
**sort (13)**
  30:13 50:9 60:23
  68:21 69:18 78:21
  101:12,18 133:19
  137:4 202:14,17
  206:20
**sotto (10)**
  107:11 127:7 141:18
  166:6 175:22 182:7
  187:11 191:19
  194:8 201:21
**sounds (3)**
  29:24 128:12 147:12
**source (1)**
  118:14
**sources (2)**
  51:18,19
**Southern (2)**
  1:2 14:24
**Spartan (1)**
  49:19
**speak (2)**
  17:3 121:16
**speaking (6)**
  24:17 147:7,11,11
  165:4 202:7
**speaks (1)**
  31:2
**special (1)**
  153:10
**specialist (1)**
  15:7
**specific (6)**
  50:15 62:9 81:12
  134:11 184:23
  185:3
**specifically (10)**
  47:2 48:10 50:8 71:13
  74:17 117:12
  130:23 144:10
  149:14 183:13
**specifics (6)**
  50:2 58:7 71:19 76:10
  100:15 150:2
**speculate (2)**
  58:12 71:12
**speculating (1)**
  149:8
**speculation (2)**
  53:22 126:21
**speculative (1)**

29:24
**spell (2)**
  18:23 51:4
**spent (1)**
  64:5
**spin (3)**
  36:20 42:6,9
**spin-off (5)**
  37:20 38:4,8,14,21
**spin-offs (1)**
  4:20 40:8 43:11
**split (1)**
  37:19
**splitting (1)**
  37:22
**spoke (11)**
  83:2 118:19 119:4
  127:12 128:8 143:6
  185:14 190:17
  194:21,24,25
**spoken (1)**
  128:7
**sponge (2)**
  26:19,19
**spun (5)**
  41:4,6,8 42:3,22
**SRFK (1)**
  168:23
**stage (1)**
  116:22
**stages (1)**
  69:9
**stake (2)**
  41:14,15
**stalling (1)**
  199:13
**stamps (1)**
  109:19
**start (3)**
  14:19 76:4 155:12
**started (6)**
  23:11 155:18 198:22
  213:3,6,17
**starting (2)**
  140:18 214:12
**state (3)**
  2:14 23:25 39:14
**state's (1)**
  14:15
**stated (3)**
  57:18 63:6 70:19
**statement (22)**
  30:11 48:14 64:24
  72:19 76:3,5,24
  77:11,14,23 79:5,7
  79:8 80:2,15 203:19
  220:4 221:12,15
  222:4 230:23 231:3

**statements (3)**
  57:3 72:5,7
**States (2)**
  1:1 14:24
**status (3)**
  19:10 40:19 43:21
**stay (1)**
  43:16
**stenographically (1)**
  233:10
**step (1)**
  17:9
**Stephan (3)**
  3:25 14:3 15:6
**stipulate (2)**
  14:11 231:13
**stipulated (1)**
  14:17
**stipulation (1)**
  231:16
**stock (12)**
  4:16 13:7 27:9 37:3
  44:24,25 160:5,14
  190:25 195:11,14
  223:11
**stockholders (1)**
  37:21
**stop (3)**
  93:6 107:10 205:18
**stopped (1)**
  161:5
**storage (8)**
  184:12,13 213:22,24
  219:12,15,17
  230:14
**story (1)**
  158:2
**strategy (2)**
  29:10,15
**streamline (1)**
  212:11
**Street (2)**
  3:6 15:8
**StreetInsider.com (1)**
  222:25
**stretch (1)**
  222:15
**strike (7)**
  32:20 67:13 74:12
  115:23 155:12
  193:2 225:5
**Strome (4)**
  24:4,11,13 25:3
**structure (4)**
  29:16,19 30:5,10
**struggling (1)**
  162:10
**Stryker (1)**

26:24
**stuff (1)**
  63:25
**sub (4)**
  144:2 146:9 176:21
  177:12
**sub-escrows (3)**
  144:11 145:4,6
**subject (3)**
  21:7,10 73:19
**SUBSCRIBED (1)**
  235:22
**subsequent (1)**
  83:12
**subsidiaries (16)**
  30:14 34:7,8 36:21
  68:16 88:2,7,9,15
  92:16,19 93:20
  107:2 191:6,7
  226:13
**subsidiary (19)**
  33:5,9,21 34:6 45:4
  46:23 67:17 68:3
  69:20 85:21 86:10
  93:5,19 117:25
  159:15 162:23,23
  162:25 194:23
**substance (6)**
  27:7 83:4 137:12
  148:4 191:9 207:20
**substantially (1)**
  167:5
**successful (2)**
  70:10 82:13
**sue (1)**
  215:23
**sufficient (6)**
  43:11 78:16,19 88:10
  128:21 150:14
**suggest (1)**
  195:4
**suggested (3)**
  195:7,11 216:13
**suggesting (2)**
  145:20 193:21
**Suite (1)**
  15:9
**summer (1)**
  161:21
**Super (135)**
  1:7 5:10 14:23 45:4
  45:25 46:9,25 47:16
  47:19 49:2 50:4
  51:10 52:2,6,21,22
  53:3,6 54:6,8,10
  55:9 56:16,22 59:20
  60:15,21 61:7,24
  62:12 63:2,17,20

64:12 65:15 68:2,6
  68:12,22 69:5 70:2
  71:6 72:6,9,20 73:3
  73:19,24 74:6,14
  75:2,22 76:16,18,25
  77:25 78:10 79:11
  79:20 80:11 81:2,7
  81:11 82:10,23 84:6
  84:10,22,25 86:12
  86:20 87:21 89:14
  89:24 90:17 92:7,9
  94:25 95:11,13 96:5
  97:6,16 98:20 99:6
  100:7 102:11 103:3
  103:18 104:16
  105:4,21 106:20
  109:2 110:18
  112:19,23,24 113:8
  114:2 115:11,25
  116:7 118:6 119:25
  120:3,6,8,16 121:3
  123:22 127:17,25
  128:21 130:2,6,13
  130:15 132:10
  137:20,22 141:23
  142:10 152:8
  154:21 159:14
  179:8 183:9 186:6
  197:6 208:6 209:4,7
  210:5,19
**supplied (1)**
  90:24
**supplies (2)**
  27:24 177:14
**supply (13)**
  1:4 14:22 15:15 16:11
  32:8,16 67:15,16
  100:18 118:5
  174:20,24 175:3
**support (5)**
  66:9 78:17 88:11
  121:5,11
**supportive (3)**
  65:24 66:5 125:5
**supposed (4)**
  141:22 142:2 163:15
  229:11
**sure (46)**
  24:25 26:17 33:13
  45:11 49:11 68:13
  70:14 73:16 76:8
  77:22 83:16 86:17
  104:20 105:8,24
  124:23 126:22
  128:3,10 129:14,23
  130:9 134:19
  138:15 139:3,17
  153:8 157:24 167:2

176:12 183:6 184:5
185:4 187:9,20
191:18,22 196:10
203:23 205:11
210:9 213:20
221:23 223:23
224:2 230:17
**surgical (1)**
26:19
**SurgiCount (1)**
26:20
**surprise (2)**
211:6,20
**swear (2)**
14:9 15:23
**swearing (1)**
14:12
**sworn (3)**
16:3 233:5 235:22
**symbol (4)**
4:17 26:12 32:6 37:3
**syndication (1)**
23:21

**T**

**T (2)**
4:7 234:1
**tactics (1)**
34:16
**take (32)**
17:17,19 37:22 38:17
39:25 42:3 45:10,11
59:2,4 70:4 82:6
83:15,17 101:17
107:15 110:21
134:19 157:16,18
157:22 160:18
169:13,21,23,25
177:8 195:4,11
212:9 222:17 228:9
**taken (13)**
14:13 16:13 45:20
83:24 93:22 107:19
170:5 187:14 196:3
212:20 231:16
233:9 234:5
**takes (1)**
169:2
**talk (6)**
134:6,18 163:13
169:21 177:11
223:9
**talked (5)**
32:9 69:4 93:9 118:23
148:14
**talking (18)**
17:4 25:12 60:5,6
63:13,21 98:11

122:24 136:7
144:14 146:22
172:11 188:11,14
190:5 216:24
223:18 226:25
**talks (5)**
30:20 51:25 56:24
103:21 149:7
**tanking (1)**
195:10
**target (2)**
203:12,15
**team (2)**
93:4 169:2
**tech (1)**
82:4
**technical (1)**
65:8
**technically (2)**
22:21 25:19
**Technologies (1)**
26:6
**technology (1)**
43:25
**tell (7)**
24:11 38:20 46:8
49:25 51:22 91:19
203:17
**telling (10)**
143:21 147:19 179:14
189:21 196:10
197:12 202:22
203:14 215:22
230:2
**Tencer (84)**
8:12 9:4 11:9,15 12:7
12:9,21 13:14,15
127:10 135:12
138:7 140:15 143:3
145:14 146:21
147:6,9,16,21,24
148:8 149:21 150:8
150:22 153:2 154:4
156:11 157:5,10,13
157:23 158:7,18
164:13 165:23
166:8 167:22
168:20 169:18
170:14,23 171:2,12
179:9,16 182:9
185:10 186:15
188:4 191:24
192:12 194:4,19
195:21 196:6,20
198:16 201:18
202:5,21 203:8,15
203:18 207:8
209:22 211:5,19

213:2 214:22 215:7
215:17 216:11
219:6,21 220:4
221:9 224:13 225:6
226:5 229:18
230:13,23 231:24
**term (2)**
65:8 210:7
**terminated (4)**
160:19 161:2 164:4
177:9
**terminating (1)**
123:2
**termination (4)**
134:16 136:5,14,21
**terms (11)**
35:10 59:25 65:2
93:10 126:7 165:5
166:2 183:24
188:21 224:15,19
**test (1)**
191:19
**testified (3)**
16:4 18:12,16
**testify (3)**
18:6 21:6 233:6
**testifying (2)**
21:3 60:7
**testimony (8)**
16:25 17:6,25 19:13
71:5,10 233:9 234:7
**Teterboro (1)**
216:20
**Texas (1)**
32:24
**text (5)**
10:22 187:23 188:19
196:9 199:4
**texted (1)**
189:2
**textile (3)**
31:12,14,15
**texts (2)**
129:8 188:4
**Thank (6)**
94:16 99:21 175:8
176:13,20 232:8
**thanks (2)**
104:13 175:22
**thing (9)**
17:19 126:13 140:21
155:19 178:2
199:25 200:8
218:25 231:12
**things (12)**
23:25 39:11,12 53:21
110:21,24 116:24
138:25 144:18,21

155:20 165:13
**think (128)**
18:15 25:6 26:9 28:12
28:14 35:5 36:3,11
40:21 48:13,24 49:3
53:3,6 54:22 55:4
55:12 56:18,21
57:21 58:11,16,17
59:12,15 61:10
62:14 64:15,19
65:18,19,23 66:4
69:17 74:15 76:17
77:14 82:12 84:23
86:4,9 87:23 92:18
95:20 100:23
101:18 102:24
103:24 109:16,22
113:13,19,22
114:16,18 115:5,5
117:25 120:15,15
120:20,20,25
121:25 123:4,22
125:22 126:6,11,19
126:20 128:7
129:21 130:9,9
131:21 134:10
136:9 137:10,16,19
138:22 142:17,18
148:14,22 154:24
155:17 160:20,24
161:11,19 163:24
164:3,6,23 165:5
166:21 178:4
179:19 183:21
184:5,11 189:17
191:4 195:10
196:23 197:3,12,13
199:18 201:24
202:2,15 210:19
214:5,8,15 215:21
216:18 219:18
220:15 224:6 226:2
226:23 228:25
229:8 232:4
**thinking (2)**
81:25 185:20
**third (5)**
42:15 75:13 129:6
146:6 199:9
**this' (1)**
196:4
**Thomas (2)**
10:7 173:7
**thorough (1)**
182:6
**thought (11)**
24:9 36:19 59:12
102:6 130:3 146:2

155:5,9 173:13
220:2 225:8
**thread (1)**
119:14
**threatening (1)**
215:21
**three (9)**
16:19 18:13 35:14
40:21,23 75:15
79:19 146:14
225:24
**three-minute (1)**
187:7
**Thursday (1)**
1:20
**Ticker (2)**
4:17 37:3
**till (2)**
213:21
**Timberlane (2)**
174:19 175:3
**time (147)**
15:5,5 17:4,17 19:18
20:13,16 22:3 24:2
27:19 28:8,18,20
29:22 36:23 39:5
45:3,15,19,22 46:3
46:20 49:8 51:13,20
53:16 55:17,23
68:16 69:9 75:7,10
75:13 78:22 81:15
83:23 84:2 92:19
93:8,10 94:4 96:25
98:3,9 99:10 101:16
102:10,19 105:5
106:19 107:7,9,18
107:21 111:5,21
116:24 117:9,14,15
117:15,16,18 118:8
118:11 119:17
120:9,13 121:2,20
123:13 127:17
129:11,20 130:18
130:19 131:12
133:16,18,20
134:12 135:4,25
136:3 138:17 142:3
144:12 149:25
150:13 154:20
155:15,22 156:17
157:2,9,18 160:3,15
160:15 161:4,7
163:8 166:4,11,16
168:7 169:16 170:4
170:7 173:12,15
175:17 177:19
179:24 184:19
187:13,16 189:9

190:2 191:3 192:17
194:4,16 197:13
198:9 200:18
201:13 204:10
205:21 210:14,16
210:17 212:19,22
214:5,25 218:18
220:11 223:22
226:10 231:11,17
231:18,24 232:8,15
233:10
**timeline (4)**
209:4 214:10 224:22
225:17
**timeline/plan (1)**
208:15
**timelines (1)**
222:8
**timely (1)**
146:18
**times (13)**
18:13 76:11 130:25
131:2 172:12 180:4
194:13,21,24
205:17,19 218:2
225:24
**timetable (2)**
128:14 226:20
**timing (9)**
90:6,7 144:19 145:17
148:9,16,22 185:16
185:19
**tired (1)**
164:6
**titled (8)**
4:13,15,19 10:9 13:5
36:25 40:7 135:16
**today (41)**
15:10 16:14,23 17:25
18:7 21:3 29:13
30:15 31:16 32:12
32:15,22 60:7 84:25
92:14,23 93:2
103:14 105:18
106:15,19 108:24
110:4,8 133:15
149:3,23 150:24
171:6,17 172:23
196:2 206:21 211:6
211:20 213:3,16
214:23 215:8
216:13 221:24
**today's (3)**
15:4 151:23 203:11
**Todd (268)**
1:15 2:10 4:3,12 5:16
5:18,19,21,22,24
6:5,6,12,13 9:20,22

9:24 10:3,5 11:7,13
12:10,12,14,16,18
12:20,24 13:8,10,12
14:1 15:1 16:1,2
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1,25 82:1,6 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
105:17 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1,16 130:1
131:1 132:1 133:1
134:1,6 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1,7,12
148:1 149:1,2,23
150:1,23 151:1
152:1 153:1 154:1
155:1 156:1,12,15
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1,14
186:1 187:1 188:1
189:1 190:1,17

191:1 192:1 193:1
194:1 195:1,25
196:1,4 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:5
**told (25)**
73:15 118:19 125:16
125:19 126:12,13
154:7,9 158:21
179:25 180:10,12
196:16,25 197:7,10
200:4,12 202:11
208:6 212:5 218:15
219:22 222:6
230:19
**Tom (1)**
137:10
**tomorrow (3)**
95:11 149:5 196:3
**tonight (1)**
224:15
**top (83)**
6:3,20 7:5,7,10,12,14
7:17,19,21,23 8:5,7
8:10,16,18,21,23
9:2,4,6,8,11,13,15
9:19,21,23 10:3,5,7
10:13,15,18,20,24
11:2,4,7,9,13,16,18
11:21,23 12:6,8,12
12:14,17,19,23 13:3
13:8,10,12 95:16
103:13 119:11
123:9 129:5 148:24
149:21 150:21
151:22 156:10
167:21 168:18
172:22 173:6
182:25 186:14
188:7 190:14
191:16,21 192:11
213:2 215:16 221:8
221:20 224:12
225:7
**topics (1)**
21:7
**Toronto (2)**
95:17,20

**total (5)**
52:3 102:15 154:17
184:2 220:18
**tough (1)**
35:20
**track (1)**
69:3
**traded (10)**
27:13,18 30:23 41:6,7
41:19 42:20,21
44:21 139:13
**transact (1)**
44:2
**transaction (16)**
69:13 121:12,23
122:5,19 129:12
131:25 140:4
144:15 154:18
155:23 156:2 174:5
174:8 197:11,25
**transactions (3)**
208:10,13,19
**transcript (3)**
232:18 233:9 234:5
**transfer (9)**
11:11 69:12 77:18
79:10,11 90:22
138:10,18 197:23
**transferred (1)**
141:16
**transfers (2)**
79:19 227:7
**transformation (1)**
93:9
**transition (1)**
30:4
**treated (1)**
70:2
**tried (9)**
66:22 82:12 164:5
166:22,25 179:19
179:21 194:12
226:22
**Trimmer (6)**
1:24 2:13 14:8 15:10
233:1,24
**trivial (1)**
163:18
**trouble (6)**
105:6 158:15 161:5
195:9 202:23 203:3
**true (5)**
36:16 42:13 184:6
202:8 234:8
**trust (4)**
60:19,20 131:16,25
**trustee (3)**
61:7,9,12

**truth (3)**
233:6,6,7
**truthful (1)**
17:25
**truthfully (1)**
18:6
**try (4)**
17:3 127:14 193:24
212:10
**trying (18)**
117:10 132:5 144:16
144:20,22,24 148:6
161:21 162:9
185:24 187:10
191:4 192:19
194:22 196:12
201:6 214:6 225:14
**TSG (3)**
14:4 15:7,11
**turn (1)**
35:7
**TurnOnGreen (4)**
41:3,14 42:6 67:24
**two (19)**
16:19 18:13 37:19,23
50:22 52:2,9 72:10
101:3,7,11 136:15
140:24 147:5
174:17 204:19
227:22 228:16,20
**two-minute (2)**
134:17,19
**typical (2)**
199:24 200:8

___

**U**

**U (1)**
234:1
**U.S (1)**
11:11
**Uh-huh (2)**
29:3 75:18
**uh-huhs (1)**
17:14
**ultimately (9)**
73:18 140:6 214:8
217:5,9,11,16,16
224:21
**unable (1)**
204:23
**unaware (1)**
227:18
**unbanking (1)**
81:13
**uncomfortable (1)**
131:14
**underneath (1)**
189:16

**understand (19)**
21:2 53:12 114:3
132:5 137:13
139:12 142:14
144:17,20,24
152:22 156:16
163:14 167:8
192:13 210:13
218:22 223:2 225:9
**understanding (58)**
27:24 29:14 30:9
46:13 60:13,24 61:2
61:3,5,24 64:20
65:10,11 67:10,12
81:10 90:5 95:18
98:21 100:20
104:24 110:7,10
117:2,13 119:19
123:15 125:7 140:2
141:21 144:4,21
145:19 146:17
152:8 154:21 171:3
171:5 173:10,13
175:5,9 178:10,17
183:17 188:3
190:20 198:19
199:20 202:9 203:2
208:18 210:4
220:20 225:11
226:9 231:5,25
**understood (6)**
96:22 142:9 153:2
210:11,16 231:25
**undertake (2)**
121:10,23
**underway (1)**
214:3
**underwritten (1)**
224:7
**unexpected (1)**
208:13
**unfold (1)**
116:25
**ungodly (1)**
219:18
**unhappy (1)**
197:4
**United (2)**
1:1 14:24
**university (3)**
22:23,23 23:3
**update (2)**
106:14,18
**updates (2)**
106:20 107:3
**upset (1)**
192:20
**use (8)**

41:13 52:4,7 53:17
54:23 74:3 88:17
144:7
**usually (2)**
68:19,20

_____
**V**
_____
**vaguely (4)**
72:12 73:8 82:24
195:13
**validity (1)**
14:11
**Valley (3)**
82:2,16,22
**value (4)**
39:9 44:23 155:14,20
**various (18)**
21:6 31:24 42:19 43:7
57:17 72:3,4 73:15
80:21 81:21 84:17
88:6 92:16 104:17
106:15 146:8
168:19 174:4
**Vegas (1)**
1:19
**vehicle (1)**
39:24
**vendor (1)**
103:18
**vendors (4)**
104:15,18,25 105:4
**verbatim (1)**
233:9
**version (1)**
146:5
**versus (2)**
14:22 224:23
**video (3)**
14:12 15:7 232:13
**video-recorded (3)**
1:14 2:9 14:20
**videographer (22)**
3:25 14:2,3,19 15:22
20:12,15 45:18,21
83:22,25 107:17,20
134:20 135:3 170:3
170:6 187:12,15
212:18,21 232:13
**videotaped (1)**
14:7
**view (3)**
166:5,10,13
**viewpoint (2)**
196:19 197:5
**voce (10)**
107:11 127:7 141:18
166:6 175:22 182:7
187:11 191:19

194:8 201:21
**voice (1)**
129:7
**Volynsky (315)**
3:15,19 4:5 14:18
15:19,19,20 18:3
19:5 22:8,12 23:15
25:24 27:23 29:24
30:25 31:22 32:17
34:20 36:2,7 37:24
38:11,15,22 40:24
42:8 43:4 45:9,13
45:16 46:11,19 47:3
47:10,14,20 53:19
53:22 54:21 55:3,11
57:5,20 58:9,12,14
59:11,22 60:4,12
61:8,22 63:14,23
64:14,18 65:5,17,22
66:16,21 67:2 69:15
70:12,18,21 71:3,11
71:16 73:6,12,21
75:7,24 77:21 78:3
78:9,18 79:15,25
80:7,14 83:18,21
84:11 85:13 86:16
86:21 87:5,22 88:13
89:11,25 91:15,21
92:11,17 93:11,24
94:10,12 95:14,23
96:7,17,20,22 97:22
97:24 98:5 100:13
100:22 101:5,9
102:12,23 103:23
104:4,19 105:7,23
106:5,22,25 107:6
107:12,16 108:11
108:15 109:3,8,11
110:15,20 111:6
112:17 113:4 114:7
114:10,12 116:8
118:21,24 119:21
120:14,19 121:7,13
121:24 122:6,16
123:20 124:3,22
125:21 126:10,18
126:21 127:18,20
128:16 130:8 131:8
131:13,19 132:2,18
132:23 133:6,9,11
134:14 135:21
136:20 137:25
138:14 139:19
142:4 143:20
144:13 145:22
148:3,13,18 149:16
150:6,16 151:4,9
152:2,5,16,24 153:4

153:15 154:10
155:2,8,24 156:18
158:9,20 161:18,22
162:17 163:16,21
164:2 165:11
166:17,20,24
167:10,14 168:11
169:25 172:4,18,20
173:18 174:14,22
175:15 176:5 177:6
177:25 178:23,25
179:12,18 180:3,7
180:15,19 182:4,7
183:11,15,20,25
184:9,15,20 185:2
185:21 186:7,20,25
187:6,10 188:5,13
188:23 189:13,20
190:3,8 192:5,24
193:13,19 194:20
195:6 196:22
199:23 201:9,11
203:22 204:11,21
204:25 205:10,14
206:6,8,10 207:12
207:22 208:4,21
209:5 210:12
211:12 212:3,15,17
216:3,16 217:7,21
218:2,5,8,10,21
220:9,13,23,25
222:5,20 223:24
227:24 228:18,24
229:7,12 230:5,25
231:20,23 232:5,12
232:20
**vs (1)**
1:6

_____
**W**
_____
**Wainwright (9)**
48:24 49:4 158:16
160:13 161:5
165:10 202:15
214:11,14
**Wainwright's (1)**
48:25
**wait (4)**
17:7 99:18,18 193:19
**waiting (2)**
129:10,13
**walk (1)**
178:4
**wallet (2)**
52:23 53:8
**want (41)**
21:23 31:25 44:16
52:4 59:14,16 83:17

107:12 110:11
118:22 119:16
129:16 132:18,25
132:25 133:2,11,13
133:17 137:13
150:10 157:3,7
158:13,23 159:6
169:21,23,23
178:15 196:13
199:3,9,17,18 200:5
200:10 201:8 210:8
227:5 232:17
**wanted (31)**
32:6 36:18 46:23 60:4
118:20 129:19,21
129:22 140:4 146:2
148:19,23 152:21
154:21 178:16
179:22 180:2,10
189:22 192:20
194:23,23 196:13
199:21 202:16,18
208:7,7 221:23
229:2,3
**wanting (1)**
179:15
**wants (4)**
125:5 129:17 133:3,4
**war (1)**
34:16
**warehouse (4)**
169:2 219:11 230:22
231:6
**wasn't (11)**
33:13 86:22 106:24
114:17,24 146:18
196:21,23 221:15
226:15 228:2
**waste (3)**
175:16 231:17,18
**wasting (1)**
205:20
**Watching (1)**
138:22
**way (17)**
53:18 54:19 66:6 68:8
71:8 83:11 100:14
102:8 112:18
120:12 139:22
151:6 160:20
184:24 193:17
214:6 223:20
**ways (3)**
76:6,7 210:18
**we'll (3)**
172:3,6 222:13
**we're (19)**
20:3,18 22:3 23:8

36:3 88:8 93:12
107:23 145:12
146:14 158:13
170:2,9,16 172:11
179:10 195:9
212:18 232:14
**we've (12)**
20:19 29:2 62:19,25
63:13,21 133:23
145:3 208:8 222:16
222:17 228:5
**Web (1)**
44:3
**weeds (1)**
114:17
**week (12)**
100:9 116:23 154:8
154:19 169:9,14
181:12,12 185:17
186:23 203:10
216:13
**weekly (1)**
107:8
**Weil (1)**
61:18
**Wells (5)**
72:12 80:25 81:7,11
82:11
**Weltz (2)**
3:15 15:19
**went (2)**
27:14 60:19
**weren't (8)**
86:19 93:20 101:15
120:23 161:8 163:4
184:13 205:12
**West (3)**
3:6 23:21 51:21
**White (1)**
216:20
**wholly (6)**
33:21 34:8,23 67:17
67:23 159:15
**wholly-own (1)**
34:13
**wholly-owned (3)**
33:9 44:10 68:2
**wife (1)**
108:8
**wife's (1)**
198:25
**will' (1)**
92:13
**Will's (1)**
124:4
**William (1)**
74:24
**willingness (1)**

202:10
**Willy (45)**
8:12 9:4 11:9,15 12:7
12:9,21 13:14,15
128:3,8 150:4
152:21 161:19,23
164:6 166:8 167:25
172:22 173:7,8
177:8 178:18
179:25 180:16,18
181:3,9 183:2
184:11 190:15
195:12 199:12
200:4 204:7,12,18
206:20,24 207:18
209:7,13 213:13
216:12 221:21
**Wilson (1)**
217:12
**wire (43)**
11:11 89:13 92:14
95:16 97:15 98:19
109:2 132:7 138:11
147:23,25 149:3,4,7
150:9,24 151:2,17
151:20,21,23,25
153:10 154:5,6
168:24 196:3,11
197:23 201:5 203:9
203:10,11 206:20
211:7,10,21,24
213:17 214:24
215:25 216:4 227:6
**wired (12)**
86:12 90:3 92:6
105:18 152:9,19
169:6 171:8 185:4
200:25 201:2 215:7
**wires (9)**
86:25 108:13,24
184:19 213:6
215:10 219:11
227:15,20
**wiring (11)**
108:19 131:14,16,21
132:4 150:3 196:7
213:3 215:18,19
219:15
**wish (1)**
226:16
**withdraw (1)**
93:24
**witness (35)**
4:2 14:6,10 15:23
16:3 38:23 57:6
60:7 97:23 109:10
119:2 127:8 133:2,7
133:10 144:20

151:19 165:12
172:19 175:16,22
179:2 180:8 182:6
194:9 195:18 218:4
218:6,9,12 222:15
225:23 231:2 232:9
234:18
**Witter (1)**
23:12
**Wolinetz (2)**
3:15 15:20
**wondering (1)**
189:3
**Wood (2)**
174:19 175:3
**word (4)**
88:17 196:4 200:13
205:17
**wording (1)**
112:18
**work (7)**
70:13 93:2 148:8
165:25 166:25
192:15 231:14
**worked (3)**
177:4,7 208:24
**working (13)**
23:12 124:17 126:7
181:14,18,21
185:15,22 186:19
189:21,23 190:17
226:15
**Worldwide (2)**
41:19 42:13
**worth (2)**
24:19 80:10
**wouldn't (15)**
29:25 58:7 63:15,24
63:24 66:7 69:16
70:6 73:8 75:25
117:4 131:23
151:20 161:24
194:25
**wrap (1)**
188:19
**write (1)**
193:14
**writes (2)**
91:10 119:15
**written (4)**
16:25 17:2,12 113:10
**wrong (1)**
139:15
**wrote (1)**
166:8

---

**X**

**X (2)**

4:1,7

---

**Y**

**yeah (142)**
19:6 24:6,9,10 25:14
25:18 26:16,24 27:7
27:12,17 28:8,14,18
29:6 31:21 45:16
48:6,7 50:6,24
52:15,25 53:21
55:12,16 56:18
57:21,25 58:11 61:2
62:2 63:11 64:10,15
67:18,22 70:15,23
72:13,17 73:22 74:7
75:20 76:5,15 77:5
77:8,11,22 81:3
82:24 83:18 87:23
92:25 93:17 95:9
96:20,23 100:5
102:13,24 103:3
107:9,14 109:4
110:16,24 111:22
112:3,20 113:9,11
113:16 114:3 118:9
118:19 119:13
120:10,25 122:2
132:15 134:10
136:2 137:8 140:21
140:22 142:13
143:4,8 146:16,23
147:14,17 148:10
153:12,16 158:21
159:10,12,12,12
162:4,18,21 163:18
164:14,23 166:9,9
166:21 167:2,11,16
173:14 176:5,13,14
178:8 182:20
183:22 186:8,9
190:9 194:11
196:25 197:7
198:11 205:7 208:6
213:7,14 214:8
217:22 219:9,16
220:15 227:5
228:20 229:14
230:3 231:20
**year (6)**
5:3 55:18,24 131:2,3
159:3
**years (19)**
24:8,10 47:23 49:25
58:19 59:5 69:22
75:11 88:16 101:16
112:15 145:7
149:12 184:22
191:7 194:11 195:2

200:21 217:2
**yep (12)**
17:23 21:22 31:18
37:11 38:16 76:15
77:5 80:12 112:11
175:8 219:9 231:3
**yesterday (6)**
147:7 163:17 185:14
202:8 211:7,21
**York (9)**
1:2 3:7 14:25 15:9,9
27:9 141:12 190:25
216:21

---

**Z**

**zero (1)**
72:24
**zones (1)**
133:20
**Zoom (3)**
15:2 137:4,5

---

**0**

**000002 (1)**
5:6
**000005 (1)**
5:11
**000028 (1)**
4:22
**000034 (1)**
4:22
**0000571 (1)**
10:10
**000707 (1)**
9:16
**000714 (1)**
9:17
**000975 (1)**
7:16
**000980 (1)**
7:18
**001111 (1)**
7:20
**001153 (1)**
7:22
**001192 (1)**
7:25
**001323 (1)**
10:12
**001339 (1)**
10:12
**001340 (1)**
10:22
**001344 (1)**
10:23
**001500 (1)**
8:6
**001514 (1)**

| | | | | |
|---|---|---|---|---|
| 8:9 | 11:24 | 233:13 | 13:12 35:4 48:4,5,7 | 123:7 |
| **001556 (1)** | **002825 (1)** | **1,000 (2)** | 68:19,23 152:19 | **116 (1)** |
| 8:11 | 12:5 | 213:16,18 | 182:4 222:15 | 7:14 |
| **001731 (1)** | **002904 (1)** | **1,387,485 (1)** | 225:20,22 226:4 | **118 (2)** |
| 8:13 | 12:9 | 174:10 | **100,000 (4)** | 56:3,5 |
| **001806 (1)** | **003212 (1)** | **1,487,000 (1)** | 149:25 151:17 152:9 | **1185 (4)** |
| 138:4 | 12:13 | 152:22 | 152:11 | 124:8,10,11,12 |
| **001814 (1)** | **003267 (1)** | **1,487,500 (4)** | **10017 (1)** | **119 (1)** |
| 8:17 | 12:15 | 95:17 96:6 141:22 | 15:9 | 7:17 |
| **001933 (1)** | **003532 (1)** | 146:10 | **10036 (1)** | **1192 (1)** |
| 8:20 | 12:18 | **1,621,375 (2)** | 3:7 | 124:12 |
| **001950 (1)** | **003569 (1)** | 100:18 177:16 | **100K (3)** | **12 (8)** |
| 8:22 | 12:20 | **1.3 (2)** | 147:22 149:23 154:5 | 1:20 2:4 5:12 80:16 |
| **001960 (1)** | **003649 (1)** | 164:20 173:11 | **101 (5)** | 80:19,20 81:5 |
| 8:25 | 12:22 | **1.3-plus (1)** | 6:17 13:14 229:15,17 | 230:13 |
| **001971 (1)** | **003733 (1)** | 168:24 | 229:18 | **12-31-2020 (1)** |
| 9:5 | 12:24 | **1.4 (1)** | **102 (3)** | 5:4 |
| **001977 (1)** | **003766 (1)** | 142:7 | 13:15 230:9,11 | **12:25 (1)** |
| 9:7 | 13:4 | **1.6 (3)** | **103 (1)** | 134:20 |
| **001982 (1)** | **004261 (1)** | 183:19,23 184:2 | 6:20 | **12:45 (1)** |
| 9:10 | 13:11 | **1:05 (1)** | **104 (1)** | 45:14 |
| **002004 (1)** | **004312 (1)** | 135:4 | 6:22 | **120 (1)** |
| 9:14 | 6:9 | **1:59 (1)** | **105 (1)** | 26:25 |
| **002012 (1)** | **004336 (1)** | 170:4 | 7:3 | **1207 (1)** |
| 9:20 | 6:16 | **10 (21)** | **106 (1)** | 124:9 |
| **002018 (1)** | **004346 (1)** | 5:7 32:18 45:13 52:13 | 7:5 | **122 (1)** |
| 9:22 | 6:19 | 69:21 71:21,24,25 | **108 (1)** | 7:19 |
| **002032 (1)** | **004355 (1)** | 72:18 75:12 78:24 | 7:7 | **123 (1)** |
| 9:24 | 6:24 | 80:9 83:19 164:24 | **109 (1)** | 7:21 |
| **002038 (1)** | **004357 (1)** | 165:2,16 203:13,16 | 7:10 | **1235 (1)** |
| 10:4 | 7:4 | 203:20 212:10 | **10th (4)** | 125:24 |
| **002069 (1)** | **004412 (1)** | 223:10 | 167:22 168:20 169:12 | **124 (1)** |
| 10:6 | 7:9 | **10- (1)** | 224:14 | 7:23 |
| **002100 (1)** | **004551 (1)** | 107:11 | **11 (4)** | **125 (1)** |
| 10:8 | 7:11 | **10-10-18 (1)** | 5:9 74:19,22,23 | 8:3 |
| **002132 (1)** | **004693 (1)** | 13:8 | **11:26 (1)** | **125,000 (2)** |
| 10:14 | 7:13 | **10-23-18 (2)** | 107:18 | 78:25 115:16 |
| **002243 (1)** | **004705 (1)** | 13:10,12 | **11:47 (1)** | **127 (1)** |
| 10:17 | 4:24 | **10-26-18 (1)** | 107:21 | 8:5 |
| **002379 (1)** | **004725 (1)** | 13:14 | **1100 (8)** | **129 (1)** |
| 10:21 | 6:3 | **10-7-18 (1)** | 128:22,24 150:9,14 | 8:7 |
| **002571 (1)** | **004726 (1)** | 7:13 | 154:18,22 159:18 | **12th (1)** |
| 10:25 | 6:4 | **10-K (6)** | 176:8 | 15:4 |
| **002601 (1)** | **004847 (1)** | 5:3 9:18 55:18,22 | **1105 (1)** | **13 (7)** |
| 11:3 | 5:13 | 158:24 159:3 | 122:9 | 5:14 36:25 81:17,19 |
| **002618 (1)** | **004897 (1)** | **10-minute (3)** | **111 (1)** | 81:20 98:17 210:6 |
| 11:6 | 5:8 | 45:10,11 83:17 | 7:12 | **132 (1)** |
| **002623 (1)** | **004987 (1)** | **10% (1)** | **1111 (1)** | 8:10 |
| 11:8 | 6:21 | 13:6 | 122:10 | **1323 (1)** |
| **002664 (1)** | **008F (2)** | **10,000 (1)** | **1127 (1)** | 180:23 |
| 11:10 | 1:23 233:24 | 215:8 | 97:14 | **1339 (1)** |
| **002692 (1)** | **01-18-2023 (1)** | **10:26 (1)** | **114 (1)** | 180:23 |
| 11:14 | 233:25 | 206:18 | 3:6 | **1340 (1)** |
| **002773 (1)** | ——————— | **10:36 (1)** | **1147 (1)** | 187:3 |
| 11:20 | **1** | 83:23 | 123:6 | **1341 (1)** |
| **002792 (1)** | **1 (9)** | **10:48 (1)** | **11501 (1)** | 188:25 |
| 11:22 | 4:9 14:20 19:19 20:4 | 84:2 | 3:18 | **1342 (1)** |
| **002794 (1)** | 20:6,7,19 62:16 | **100 (13)** | **1153 (1)** | 199:9 |

**1344 (1)**
187:4
**135 (2)**
4:4 8:12
**138 (1)**
8:14
**139 (1)**
8:16
**13th (8)**
78:25 168:2,24
169:14 171:12
209:23 216:12
217:23
**14 (6)**
5:16 84:13,15,16
90:13 221:21
**140 (1)**
8:18
**1400 (3)**
50:8 51:10,11
**142 (1)**
8:21
**145 (1)**
8:23
**147 (1)**
9:2
**148 (2)**
159:7,9
**1488 (1)**
127:2
**149 (1)**
9:4
**14th (1)**
223:8
**15 (6)**
5:18 85:14,16,17 93:4
133:8
**15-minute (3)**
107:11,12,15
**150 (2)**
9:6 217:15
**150,000 (1)**
77:4
**1500 (1)**
127:3
**1501 (1)**
129:2
**150K (2)**
89:7,8
**151 (1)**
9:8
**1514 (1)**
129:3
**153 (1)**
9:11
**1543 (2)**
132:17 133:25
**1556 (1)**

133:25
**156 (2)**
9:13,15
**158 (1)**
9:18
**15th (14)**
164:4 177:10,16
178:3,9,18 179:8,24
196:11 204:17,24
205:5 209:14 219:7
**16 (6)**
4:3 5:19 87:12,14,15
173:21
**164 (1)**
9:19
**165 (1)**
9:21
**167 (1)**
9:23
**168 (1)**
10:3
**16th (2)**
92:4 173:16
**17 (11)**
5:21 45:7 88:23,25
89:2 177:23 213:3
213:13 227:21
228:8,14
**170 (2)**
3:17 10:5
**1713 (1)**
135:8
**1715 (1)**
146:7
**173 (2)**
10:7,9
**1731 (1)**
135:9
**17th (9)**
174:10 175:10 177:2
177:20 181:13
184:6 197:24
227:14,16
**18 (7)**
5:22 45:7 89:17,19,20
92:19 155:17
**18-CV-11099 (1)**
14:25
**18-cv-11099-ALC (1)**
1:6
**180 (1)**
10:11
**1813 (1)**
139:5
**1814 (1)**
139:6
**182 (2)**
10:13,15

**185 (1)**
10:18
**186 (1)**
10:20
**186,000 (1)**
224:6
**187 (1)**
10:22
**18th (2)**
108:6 220:17
**19 (3)**
5:24 90:9,11
**190 (1)**
10:24
**191 (1)**
11:2
**1919 (1)**
140:11
**192 (1)**
11:4
**1926 (4)**
140:18 141:13,18,18
**193 (1)**
11:7
**1931 (1)**
140:24
**1932 (1)**
140:23
**1933 (2)**
140:12,19
**1949 (2)**
142:21,23
**195 (1)**
11:9
**1950 (1)**
142:23
**1956 (1)**
26:10
**1958 (1)**
145:10
**1960 (1)**
145:10
**1969 (1)**
147:2
**197 (1)**
11:11
**1970 (1)**
149:19
**1976 (1)**
150:19
**198 (1)**
11:13
**1981 (1)**
151:12
**1982 (1)**
151:13
**1987 (1)**
153:19

**1988 (1)**
22:19
**1990s (1)**
23:13
**1996 (4)**
27:15,16,17,22
**1999 (2)**
156:4,8
**19th (2)**
99:25 100:4
**1st (6)**
43:22 167:4 186:16
206:17 207:18
219:11

---

**2**

**2 (17)**
4:12 22:2,4,5,13
62:17 67:7,7 102:15
146:9 150:10 176:7
176:13,14,16,21
214:3
**2-20-18 (2)**
5:17,18
**2-22-18 (2)**
4:23 5:20
**2-25-18 (1)**
7:15
**2-27-18 (1)**
7:17
**2.5 (1)**
30:22
**2:10 (1)**
170:7
**2:35 (1)**
187:13
**2:43 (1)**
187:16
**20 (4)**
4:9 6:3 91:5 133:8
**20,000 (3)**
75:16 86:12 155:17
**200 (2)**
200:18 217:14
**2001 (2)**
156:5,7
**2004 (3)**
156:7,8,9
**2005 (1)**
24:24
**2007 (1)**
25:12
**201 (1)**
11:15
**2011 (1)**
164:9
**2012 (1)**
164:10

**2013 (1)**
26:25
**2017 (13)**
9:18 27:4,4 28:7,10
28:10,11,17,21 29:5
46:2 158:24 159:4
**2018 (134)**
5:5 46:2,10,15 47:19
48:21 49:7 54:24
55:6 64:7 72:11,15
72:21 73:2,5 74:14
75:23 76:22 80:11
80:22 81:6,22 82:11
84:4,17 85:18,24
87:17 89:4,21 90:8
90:13 91:7 92:4,24
93:16,19 94:22 95:7
96:4,16 98:17 99:25
100:4 102:3 103:11
104:11,16 105:14
106:12 108:6,17
109:25 111:14
116:18 117:10
119:12 123:11
124:16 126:3 127:6
134:4 138:8 139:9
143:3 146:11
147:10,16 150:22
151:18 154:21
155:6,15 157:10
159:14 160:11
161:21 164:13
165:20 167:22
168:20 169:13
171:13 173:17,21
174:11 175:10
176:23 177:2,17,20
177:24 178:18
179:9 184:6 185:11
185:20 186:6,16
188:8 190:4 191:10
194:17 197:24
199:12 201:18
204:7 205:6 206:17
207:18,25 209:13
209:23 210:6
211:10,25 213:3,5
213:13 215:6,17
216:12 217:24
219:7 221:10,13,21
223:8 224:14
226:19 227:14,17
229:19 230:13
**2019 (1)**
64:7
**2020 (5)**
55:10,19,24 56:12
57:13

**2021 (6)**
31:20 35:23 36:15,25
37:13 38:13
**2022 (4)**
39:7 40:6,13 94:15
**2023 (5)**
1:20 2:4 15:4 234:10
235:23
**203 (1)**
11:16
**2032 (1)**
167:19
**2038 (1)**
168:16
**204 (1)**
11:18
**206 (1)**
11:21
**2069 (1)**
170:11
**207 (2)**
11:23 12:3
**209 (2)**
12:4,6
**20th (3)**
84:17 85:18,24
**21 (5)**
6:5 91:24 92:2,3 95:7
**2100 (1)**
173:4
**211 (1)**
12:8
**212 (1)**
12:10
**2124 (1)**
182:2
**2127 (1)**
182:17
**213 (1)**
12:12
**2132 (2)**
182:2,18
**214 (1)**
12:14
**215 (2)**
12:16,17
**216 (1)**
12:19
**219 (1)**
12:21
**21st (2)**
94:21 138:7
**22 (5)**
4:12 6:6 94:17,19,20
**221 (2)**
12:23 13:3
**221153 (1)**
1:25

**222 (1)**
13:5
**2234 (1)**
182:22
**224 (2)**
13:8 197:20
**2243 (1)**
182:23
**225 (2)**
13:10,12
**228 (1)**
15:8
**22nd (4)**
48:21 87:16 96:4
139:9
**23 (4)**
6:8 95:3,6,7
**23.5 (2)**
221:25 223:15
**230 (2)**
13:14,15
**231 (1)**
4:5
**2349 (1)**
185:7
**2377 (1)**
186:11
**2379 (1)**
186:12
**23rd (9)**
27:15 143:3 146:10
146:18 176:23
225:15 226:19
227:22 228:15
**24 (6)**
6:10 96:11,14,15
97:11 186:6
**243,000 (1)**
113:15
**24th (4)**
102:3 185:10,20
199:12
**25 (7)**
6:12 13:5 76:3 97:8
97:10,12 223:9
**25,000 (5)**
75:16 79:20 90:16
98:19 99:7
**2563 (1)**
190:11
**2571 (1)**
190:12
**2599 (1)**
191:14
**25th (2)**
116:18 201:18
**26 (6)**
6:13 98:13,15,16

145:13 147:16
**2601 (1)**
191:14
**2607 (1)**
191:14
**2615 (1)**
192:8
**2618 (1)**
192:9
**2619 (1)**
193:5
**2623 (1)**
193:5
**2659 (2)**
195:16,19
**2664 (1)**
195:19
**2673 (1)**
195:17
**2691 (1)**
198:14
**2692 (1)**
198:14
**26th (3)**
146:13 147:10 229:19
**27 (8)**
6:15 99:11,13,14,23
100:3 160:11 215:6
**2736 (1)**
201:15
**2772 (1)**
204:2
**2790 (1)**
206:15
**2791 (1)**
206:15
**2792 (1)**
206:15
**2794 (1)**
207:4
**27th (1)**
119:12
**28 (7)**
4:13 6:17 46:5 101:21
101:24 102:2,2
**2825 (1)**
209:10
**2899 (2)**
12:7 209:20
**28th (2)**
150:22 151:18
**29 (4)**
6:20 103:5,8,9
**2903 (1)**
210:25
**2904 (1)**
210:25
**29th (3)**

28:21 96:16 203:7
**2nd (4)**
104:11 123:11 124:16
167:7

_____
**3**
_____

**3 (9)**
4:13 28:20,25 29:2,8
30:18 74:20 176:16
177:12
**3-1-18 (1)**
7:19
**3-1/2 (1)**
143:22
**3-14-18 (2)**
5:24 6:3
**3-16-18 (1)**
6:5
**3-2-18 (2)**
7:22,24
**3-21-18 (3)**
6:7,9 8:15
**3-22-18 (1)**
8:17
**3-23-18 (2)**
8:19,22
**3-26-18 (1)**
8:24
**3-27-18 (2)**
9:3,4
**3-28-18 (2)**
9:7,9
**3-29-18 (2)**
6:11,12
**3-30-18 (1)**
9:12
**3-4-18 (1)**
8:4
**3-6-18 (2)**
8:6,8
**3-7-18 (2)**
5:21 8:10
**3-8-18 (1)**
8:12
**3-9-18 (1)**
5:23
**3,200,000 (1)**
159:22
**3.5 (2)**
143:9,14
**3/7/18 (1)**
125:18
**3:21 (1)**
212:19
**3:39 (1)**
212:22
**30 (6)**
6:22 14:14 104:6,9,10

194:13
**30(b)(6) (8)**
1:16 2:10 4:9 19:20
20:20 21:3 59:25
60:7
**30,000 (2)**
80:4 97:16
**300 (2)**
219:19 231:6
**305,000 (1)**
112:6
**30th (4)**
46:9 103:11 155:6
164:5
**31 (6)**
5:5 7:3 105:9,12,13
159:4
**3171 (1)**
230:10
**31st (4)**
55:19,24 204:6
209:14
**32 (4)**
7:5 106:8,10,11
212:24
**3203 (1)**
212:24
**3212 (1)**
213:10
**3267 (1)**
214:19
**33 (4)**
7:7 107:25 108:3,4
**33,000 (1)**
85:3
**34 (7)**
7:10 26:11 46:5
109:12,15,22,23
**35 (5)**
7:12 109:19 111:8,11
111:13
**3528 (1)**
215:14
**3532 (1)**
215:14
**3562 (1)**
216:7
**3569 (1)**
216:8
**36 (4)**
7:14 116:12,15,16
**3649 (1)**
219:4
**37 (6)**
4:15 7:17 119:6,9,10
122:3
**3733 (1)**
221:6
**3766 (1)**

221:18
**38 (4)**
7:19 122:8,11,12
**39 (4)**
7:21 123:5,8,9
**3rd (3)**
109:24 188:8,17

**4**

**4 (6)**
4:15 36:24 37:7,9
39:16 157:10
**4-1/2 (1)**
217:12
**4-10-18 (2)**
9:24 10:3
**4-13-18 (1)**
6:14
**4-16-18 (2)**
10:5,7
**4-17-18 (1)**
10:11
**4-18-18 (2)**
5:8 10:14
**4-19-18 (2)**
6:16 10:16
**4-23-18 (1)**
5:15
**4-24-18 (2)**
6:18 10:19
**4-3-18 (2)**
5:13 9:14
**4-30-18 (1)**
6:20
**4-4-18 (1)**
9:16
**4-5-18 (1)**
9:20
**4-9-18 (1)**
9:22
**4.10 (1)**
232:21
**4/30 (1)**
204:16
**4:08 (1)**
232:15
**40 (9)**
4:19 7:23 28:4 45:2
124:7,13,14 172:12
217:13
**40,000 (1)**
97:5
**41 (4)**
8:3 125:23,25 126:2
**42 (4)**
8:5 126:25 127:4,5
**4248 (2)**
224:25 225:2

**4261 (1)**
225:2
**43 (4)**
8:7 128:25 129:4,5
**4310 (1)**
95:4
**4312 (1)**
95:5
**4313 (2)**
99:12,15
**4336 (2)**
99:18,21
**4337 (1)**
101:22
**4345 (1)**
99:16
**4346 (1)**
101:23
**4347 (2)**
6:23 104:7
**4355 (1)**
104:8
**4356 (1)**
105:10
**4357 (1)**
105:11
**4358 (1)**
106:9
**44 (5)**
8:10 132:16 133:22
133:24 134:3
**4400 (1)**
108:2
**4412 (1)**
108:2
**45 (8)**
8:12 135:7,10,24
146:4 175:25 176:3
176:7
**4525 (1)**
109:13,20
**4533 (1)**
109:14
**4551 (2)**
109:16,20
**45th (1)**
15:8
**46 (5)**
4:21 8:14 138:3,5,6
**4689 (2)**
111:9,10
**4693 (1)**
111:10
**4699 (1)**
84:14
**47 (5)**
8:16 101:25 139:4,7,8
**4700 (1)**

85:15
**4702 (1)**
87:13
**4703 (1)**
48:16
**4705 (1)**
48:17
**4709 (1)**
88:24
**4715 (1)**
89:18
**4721 (1)**
90:10
**4725 (2)**
91:2,3
**4726 (1)**
91:4
**4764 (1)**
91:25
**4787 (1)**
94:18
**47th (1)**
3:6
**48 (5)**
4:23 8:18 140:10,13
140:14
**4824 (3)**
96:12,18,19
**4825 (2)**
96:13,18
**4826 (1)**
97:9
**4846 (1)**
80:17
**4847 (2)**
80:18 81:6
**4868 (1)**
98:14
**4885 (1)**
71:22
**4887 (1)**
75:14
**4890 (1)**
80:9
**4891 (1)**
76:23
**4892 (2)**
78:24 79:19
**4893 (1)**
80:3
**4897 (1)**
71:23
**49 (4)**
8:21 142:22,24,25
**4965 (1)**
81:18
**4986 (1)**
103:6

**4987 (1)**
103:7
**4th (2)**
105:14 126:3

**5**

**5 (13)**
4:19 23:9 40:5,10,11
74:21 125:18 149:3
149:7,10,15 168:3
217:13
**5-1-18 (1)**
10:21
**5-11-18 (1)**
11:3
**5-14-18 (2)**
11:5,7
**5-15-18 (1)**
11:9
**5-17-18 (1)**
11:12
**5-18-18 (1)**
11:13
**5-2-18 (1)**
6:23
**5-25-18 (1)**
11:15
**5-29-18 (1)**
11:17
**5-31-18 (1)**
11:19
**5-4-18 (1)**
7:4
**5-8-18 (1)**
7:6
**5-9-18 (1)**
10:24
**5,000 (5)**
75:16 87:20 203:10
211:8 214:22
**5,000.' (1)**
211:22
**50 (6)**
8:23 145:9,11 146:14
160:20 205:17
**50,000 (12)**
72:25 73:4 79:20,21
92:6 94:25 160:15
160:21,23 197:23
198:17 201:5
**500 (23)**
95:17 96:2 101:4
141:15,22 154:17
163:10 164:22
167:9 168:10 169:3
169:7 170:17
171:24 172:10,12
172:13,15 173:16

175:7 176:21 177:8
177:24
**500,000 (2)**
80:10,12
**51 (5)**
9:2 146:25 147:3,4
148:24
**52 (3)**
9:4 149:18,20
**53 (4)**
9:6 150:18,20,21
**54 (5)**
9:8 151:11,14,16
153:9
**55 (6)**
5:3 9:11 153:18,20,21
154:3
**554 (1)**
173:23
**557 (1)**
174:6
**56 (3)**
9:13 156:3,6
**57 (4)**
9:15 156:21,23 157:4
**571 (1)**
173:24
**58 (4)**
9:18 158:23,25 159:2
**59 (4)**
9:19 164:8,11,12
**5th (1)**
164:13

**6**

**6 (4)**
4:21 24:8 46:4,6
**6-1-18 (3)**
11:22,24 12:3
**6-13-18 (1)**
12:7
**6-14-18 (1)**
12:9
**6-18-18 (1)**
7:8
**6-7-18 (1)**
12:5
**6.3 (1)**
54:24
**60 (6)**
9:21 35:21 45:2
165:19,21,23
**600 (36)**
100:19 101:4 142:2,9
142:15 155:7
161:16 167:13,16
169:10,13 170:18
177:14,17 178:19

179:11 181:10,14
181:23 182:11,13
182:19 183:14
184:8,14 185:4,16
186:19 196:7,17
208:2 211:11 212:2
220:22 227:17
229:21
**61 (4)**
9:23 167:17,20,21
**62 (5)**
5:5 10:3 168:14,17,18
**63 (5)**
10:5 88:16 170:9,12
170:14
**64 (4)**
10:7 173:3,5,6
**65 (9)**
10:9 33:25 173:22,25
174:2 227:2,4,8,12
**650 (1)**
93:3
**66 (5)**
10:11 180:22,24,25
181:8
**67 (4)**
10:13 181:25 182:3,8
**68 (3)**
10:15 182:21,24
**69 (4)**
10:18 185:6,8,9
**6th (1)**
127:6

_____
**7**
**7 (10)**
4:23 48:15,18,19 50:3
51:25 52:10 54:13
111:14 221:13
**7-12-18 (1)**
13:16
**7-17-18 (2)**
12:11,12
**7-19-18 (1)**
12:14
**7-27-18 (1)**
12:16
**7-3-18 (1)**
7:11
**70 (7)**
10:20 34:14 35:8
41:25 186:10,13,14
**70,000 (3)**
77:9,17 89:24
**700,000 (2)**
54:16 58:25
**707 (1)**
156:22

**71 (7)**
5:7 10:22 187:2,5,19
199:7,8
**714 (1)**
156:22
**7149168498 (1)**
187:24
**72 (4)**
10:24 190:10,13,15
**73 (5)**
11:2 191:12,15,21
204:3
**74 (4)**
5:9 11:4 192:8,10
**75 (4)**
11:7 193:4,7,8
**76 (3)**
11:9 195:15,20
**77 (4)**
11:11 197:19,21,22
**776 (1)**
195:18
**78 (4)**
11:13 198:13,15,16
**79 (4)**
11:15 201:14,16,17
**7th (6)**
77:3 89:3 134:4
209:13 220:18
221:9

_____
**8**
**8 (8)**
5:3 24:8 33:20 55:18
55:21,22 106:12
159:14
**8-13-18 (1)**
12:20
**8-15-18 (1)**
12:22
**8-9-18 (1)**
12:18
**8:00 (1)**
133:18
**8:50 (2)**
2:5 15:5
**8:59 (1)**
20:13
**80 (6)**
5:12 11:16 35:6 67:25
203:4,6
**80,000 (2)**
77:18,25
**80s (1)**
41:16
**81 (4)**
5:14 11:18 203:25
204:4

**810 (1)**
15:9
**82 (3)**
11:21 206:13,16
**83 (3)**
11:23 207:3,5
**83,625 (1)**
79:12
**84 (4)**
5:16 12:3 207:14,16
**85 (5)**
5:18 12:4 209:8,11,12
**86 (3)**
12:6 209:18,21
**864 (2)**
233:3,24
**87 (4)**
5:19 12:8 210:24
211:2
**87,000 (1)**
220:18
**88 (4)**
5:21 12:10 212:23,25
**89 (5)**
5:22 12:12 22:21
213:8,11
**8th (1)**
81:6

_____
**9**
**9 (5)**
5:5 62:15,18,20 67:6
**9-14-18 (1)**
13:3
**9-7-18 (1)**
12:24
**9:00 (1)**
20:16
**9:33 (1)**
45:19
**9:44 (1)**
45:22
**9:45 (1)**
45:14
**90 (6)**
5:24 12:14 41:17
214:17,20,21
**91 (4)**
6:3 12:16 215:3,5
**92 (5)**
6:5 12:17 215:12,15
215:16
**93 (3)**
12:19 216:6,9
**94 (5)**
6:6 12:21 219:3,5
220:3
**95 (4)**

6:8 12:23 221:4,7
**958 (1)**
116:13
**96 (8)**
6:10 13:3 27:9 32:5
221:16,19 222:22
222:22
**97 (5)**
6:12 13:5 222:10,14
222:18
**975 (1)**
116:14
**979 (1)**
119:7
**98 (5)**
6:13 13:8 25:11 224:9
224:11
**980 (1)**
119:8
**99 (4)**
6:15 13:10 224:24
225:3
**9th (4)**
40:6 77:9 89:21
215:17