**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD.,<br><br>     Plaintiff,<br><br>     –against–<br><br>SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC.,<br><br>     Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# <u>EXHIBIT B</u>

**TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT**

**<u>OF PLAINTIFF'S MOTION FOR  SUMMARY JUDGMENT</u>**

1   UNITED STATES DISTRICT COURT

2   SOUTHERN DISTRICT OF NEW YORK

3

4   BLOCKCHAIN MINING SUPPLY AND  )
    SERVICES LTD.,                )
5                                 )
             Plaintiff,           )
6                                 ) Civil Action No.
    vs.                           ) 1:18-cv-11099-ALC
7                                 )
    SUPER CRYPTO MINING, INC.     )
8   n/k/a DIGITAL FARMS, INC. and )
    DPW HOLDING, INC. n/k/a AULT  )
9   GLOBAL HOLDINGS, INC.,        )
                                  )
10            Defendants.         )
    _____)
11

12

13

14

15     REMOTE VIDEOTAPED DEPOSITION OF DARREN MAGOT,

16     INDIVIDUALLY AND AS 30(b)(6) WITNESS FOR SUPER

17     CRYPTO MINING, INC. N/K/A DIGITAL FARMS, INC.

18             Costa Mesa, California

19            Friday, January 20, 2023

20

21

22

23  Stenographically Reported by:

24  Tami L. Le, CSR No. 8716, RPR

25  Job No. 220470

1

2

3

4              January 20, 2023

5              8:40 a.m.

6

7

8        Remote Videotaped Deposition of DARREN MAGOT,

9   INDIVIDUALLY AND AS 30(b)(6) WITNESS FOR SUPER

10  CRYPTO MINING, INC. N/K/A DIGITAL FARMS, INC., held

11  via Zoom video conference with all participants

12  appearing remotely, before Tami L. Le, Registered

13  Professional Reporter and Certified Shorthand

14  Reporter No. 8716 in the State of California.

15

16

17

18

19

20

21

22

23

24

25

1    R E M O T E   A P P E A R A N C E S:

2

3

4              COWAN, LIEBOWITZ & LATMAN,

5              Attorneys for Plaintiff

6                    114 West 47th Street

7                    New York, New York 10036

8         BY:   RICHARD MANDEL, ESQ.

9         BY:   DASHA CHESTUKHIN, ESQ.

10

11

12

13

14

15              WELTZ KAKOS GERBI WOLINETZ VOLYNSKY

16              Attorneys for Defendant

17                    170 Old Country Road

18                    Mineola, New York 11501

19         BY:   ROBERT VOLYNSKY, ESQ.

20

21

22

23

24              THE VIDEOGRAPHER:

25                    John M. Reidt

Page 4

```
 1                    I N D E X

 2    WITNESS:  DARREN MAGOT

 3    EXAMINATION                              PAGE

 4       BY MR. MANDEL                          19

 5

 6                    EXHIBITS

 7    FOR PLAINTIFF                            MARKED

 8    Exhibit 1 - First Amended Notice of       23
                   30(b)(6) Deposition of Super
 9                 Crypto Mining, Inc. n/k/a
                   Digital Farms, Inc.
10
      Exhibit 2 - February 22, 2018 email from  32
11                 Milton Ault III to Peter Fry
                   and Will Horne, Bates-stamped
12                 DEFENDANTS_004703 through
                   DEFENDANTS_004705
13
      Exhibit 3 - March 8, 2018 email from Willy 50
14                 Tencer to Darren Magot, with
                   attachment, Bates-stamped
15                 DEFENDANTS_001713 through
                   DEFENDANTS_001721
16
      Exhibit 4 - April 19, 2018 email from      56
17                 Darren Magot to Todd Ault and
                   will@dpwholdings.com, with
18                 attachments, Bates-stamped
                   DEFENDANTS_004313 through
19                 DEFENDANTS_004336

20    Exhibit 5 - April 24, 2018 email from      68
                   Darren Magot to Milton Ault
21                 III, with attachments,
                   Bates-stamped DEFENDANTS_004337
22                 through DEFENDANTS_004346

23    Exhibit 6 - May 2, 2018 email from Darren  71
                   Magot to Milton Ault III, with
24                 attachments, Bates-stamped
                   DEFENDANTS_004347 through
25                 DEFENDANTS_004355
```

**Mandel Exhibit HH**

**Mandel Exhibit PPP**

**Mandel Exhibit X**

**Mandel Exhibit Z**

```
 1                I N D E X  (Continued)

 2                EXHIBITS (Continued)

 3   FOR PLAINTIFF                                MARKED

 4   Exhibit 7 - May 4, 2018 email from Darren       75
                 Magot to Todd Ault and Olga
 5               Chupric, with attachment,
                 Bates-stamped DEFENDANTS_004356
 6               and DEFENDANTS_004357

 7   Exhibit 8 - Email string, top email dated       76
     Mandel Exhibit QQQ May 9, 2018 from Darren Magot
 8               to Kristine Ault, with
                 attachments, Bates-stamped
 9               DEFENDANTS_004359 through
                 DEFENDANTS_004362
10
     Exhibit 9 - July 3, 2018 email from Darren       77
11   Mandel Exhibit CC Magot to Milton Ault III, with
                 attachments, Bates-stamped
12               DEFENDANTS_004525 through
                 DEFENDANTS_004551
13
     Exhibit 10 - October 7, 2018 email from          80
14   Mandel Exhibit DD Darren Magot to Milton Ault
                 III, with attachments,
15               Bates-stamped DEFENDANTS_004689
                 through DEFENDANTS_004693
16
     Exhibit 11 - October 17, 2018 email from         83
17   Mandel Exhibit RRR Darren Magot to Milton Ault
                 III, with attachments,
18               Bates-stamped DEFENDANTS_004694
                 through DEFENDANTS_004698
19
     Exhibit 12 - LinkedIn communication between      85
20   Mandel Exhibit SSS Darren Magot and Joe Kalfa
                 beginning February 23, 2018,
21               Bates-stamped BMS001590 through
                 BMS1593
22
     Exhibit 13 - Email string, top email dated       87
23               February 25, 2018 from Darren
                 Magot to Todd Ault, with
24               attachment, Bates-stamped
                 DEFENDANTS_000958 through
25               DEFENDANTS_000975
```

```
 1              I N D E X  (Continued)

 2              EXHIBITS (Continued)

 3   FOR PLAINTIFF                              MARKED

 4   Exhibit 14 - Email string, top email dated    89
Mandel Exhibit TTT February 27, 2018 from Darren
 5              Magot to Todd Ault,
                Bates-stamped DEFENDANTS_000979
 6              and DEFENDANTS_000980

 7   Exhibit 15 - Email string, top email dated    90
                March 2, 2018 from Darren Magot
 8              to Joe Kalfa, Bates-stamped
                DEFENDANTS_001147 through
 9              DEFENDANTS_001153

10   Exhibit 16 - Email string, top email dated    91
 Mandel Exhibit EE March 2, 2018 from Darren Magot
11              to sales@timberlane-mldg.com
                and Joe Kalfa, Bates-stamped
12              DEFENDANTS_001185 through
                DEFENDANTS_001207
13
     Exhibit 17 - March 4, 2018 email from Darren   97
Mandel Exhibit FF Magot to Todd Ault,
14              Bates-stamped DEFENDANTS_001235
15
     Exhibit 18 - Email string, top email dated    99
16              March 4, 2018 from Darren Magot
                to Willy Tencer, Bates-stamped
17              DEFENDANTS_001245 through
                DEFENDANTS_001253
18
     Exhibit 19 - Email string, top email dated   102
19              March 4, 2018 from Darren Magot
                to Willy Tencer, Bates-stamped
20              through DEFENDANTS_001274
                through DEFENDANTS_001282
21
     Exhibit 20 - Email string, top email dated   103
22              March 5, 2018 from Willy Tencer
                to Darren Magot, Bates-stamped
23              through DEFENDANTS_001331
                through DEFENDANTS_001341
24

25
```

```
 1                I N D E X  (Continued)

 2                 EXHIBITS (Continued)

 3   FOR PLAINTIFF                              MARKED

 4   Exhibit 21 - Forwarded email string dated    104
                  March 6, 2018 from Darren Magot
 5                to Todd Ault, Bates-stamped
                  DEFENDANTS_001488 through
 6                DEFENDANTS_001500

 7   Exhibit 22 - Email string, top email dated   111
                  March 6, 2018 from Darren Magot
 8                to Joe Kalfa, Bates-stamped
                  DEFENDANTS_001501 through
 9                DEFENDANTS_001514

10   Exhibit 23 - Email string, top email dated   115
                  March 7, 2018 from Darren Magot
11                to Willy Tencer, Bates-stamped
                  DEFENDANTS_001543 through
12                DEFENDANTS_001556

13   Exhibit 24 - Email string, top email dated   116
                  March 7, 2018 from Willy Tencer
14                to Darren Magot, Bates-stamped
                  DEFENDANTS_001645 through
15                DEFENDANTS_001661

16   Exhibit 25 - Email string, top email dated   119
                  March 21, 2018 from Darren
17                Magot to Willy Tencer,
                  Bates-stamped DEFENDANTS_001806
18
     Exhibit 26 - Email string, top email dated   120
19                March 23, 2018 from Darren
                  Magot to Willy Tencer,
20                Bates-stamped DEFENDANTS_001919
                  through DEFENDANTS_001933
21
     Exhibit 27 - Email string, top email dated   121
22                March 23, 2018 from Darren
                  Magot to Willy Tencer,
23                Bates-stamped DEFENDANTS_001949
                  and DEFENDANTS_001950
24

25
```

**Mandel Exhibit GG**

**Mandel Exhibit UUU**

**Mandel Exhibit VVV**

**Mandel Exhibit II**

**Mandel Exhibit JJ**

Page 8

```
 1               I N D E X  (Continued)

 2               EXHIBITS (Continued)

 3    FOR PLAINTIFF                              MARKED

 4    Exhibit 28 - Email string, top email dated   124
      Mandel Exhibit KK March 26, 2018 from Darren
 5               Magot to Willy Tencer,
                 Bates-stamped DEFENDANTS_001958
 6               through DEFENDANTS_001960

 7    Exhibit 29 - Email string, top email dated   126
                 March 27, 2018 from Darren
 8               Magot to Willy Tencer,
                 Bates-stamped DEFENDANTS_001969
 9
      Exhibit 30 - Email string, top email dated   129
10               March 27, 2018 from Willy
                 Tencer to Darren Magot,
11               Bates-stamped DEFENDANTS_001970
                 and DEFENDANTS_001971
12
      Exhibit 31 - Email string, top email dated   130
13               March 28, 2018 from Darren
                 Magot to Willy Tencer,
14               Bates-stamped DEFENDANTS_001976
                 and DEFENDANTS_001977
15
      Exhibit 32 - Email string, top email dated   131
16    Mandel Exhibit OO March 28, 2018 from Darren
                 Magot to Willy Tencer,
17               Bates-stamped DEFENDANTS_001981
                 and DEFENDANTS_001982
18
      Exhibit 33 - Email string, top email dated   134
19    Mandel Exhibit PP March 30, 2018 from Darren
                 Magot to Willy Tencer,
20               Bates-stamped DEFENDANTS_001987

21    Exhibit 34 - Email string, top email dated   137
      Mandel Exhibit WWW April 2, 2018 from Darren Magot
22               to Willy Tencer,
                 DEFENDANTS_001990
23
      Exhibit 35 - Email string, top email dated   138
24    Mandel Exhibit XXX April 2, 2018 from Darren Magot
                 to Willy Tencer, Bates-stamped
25               DEFENDANTS_001991
```

Page 9

```
 1                  I N D E X  (Continued)

 2                    EXHIBITS (Continued)

 3     FOR PLAINTIFF                            MARKED

 4     Exhibit 36 - Email string, top email dated     139
                    April 4, 2018 from Joe Kalfa to
 5                  Willy Tencer, Bates-stamped
                    BMS 000707 through BMS 000714
 6
       Exhibit 37 - Forwarded email dated April 5,     141
 7                  2018 from Darren Magot to Todd
                    Ault, Bates-stamped
 8                  DEFENDANTS_002009

 9     Exhibit 38 - Email string, top email dated     142
Mandel Exhibit RR April 5, 2018 from Todd Ault to
10                  Willy Tencer, Bates-stamped
                    DEFENDANTS_002011 and
11                  DEFENDANTS_002012

12     Exhibit 39 - Email string, top email dated     144
Mandel Exhibit SS April 9, 2018 from Todd Ault to
13                  Willy Tencer, Bates-stamped
                    DEFENDANTS_002016 through
14                  DEFENDANTS_002018

15     Exhibit 40 - Email string, top email dated     154
Mandel Exhibit TT April 10, 2018 from Todd Ault
16                  to Willy Tencer, Bates-stamped
                    DEFENDANTS_002028 through
17                  DEFENDANTS_002032

18     Exhibit 41 - Email string, top email dated     158
Mandel Exhibit UU April 10, 2018 from Todd Ault
19                  to Henry Nisser, Thomas Rose
                    and Willy Tencer, Bates-stamped
20                  DEFENDANTS_002033 through
                    DEFENDANTS_002038
21
       Exhibit 42 - Email string, top email dated     159
Mandel Exhibit YYY April 15, 2018 from Todd Ault
22                  to Darren Magot, Bates-stamped
23                  DEFENDANTS_002053

24

25
```

```
 1               I N D E X  (Continued)

 2                 EXHIBITS (Continued)

 3    FOR PLAINTIFF                              MARKED

 4    Exhibit 43 - Email string, top email dated      161
      April 16, 2018 from Thomas Rose
 5              to Willy Tencer, Bates-stamped
                DEFENDANTS_002099 and
 6              DEFENDANTS_002100

 7    Exhibit 44 - April 17, 2018 email from           163
      Darren Magot to Thomas Rose,
 8              with attachments, Bates-stamped
                BMS 001323 through BMS 001339
 9
      Exhibit 45 - Email string, top email dated       165
10    April 19, 2018 from Darren
                Magot to Willy Tencer,
11              Bates-stamped DEFENDANTS_002234
                through DEFENDANTS_002243
12
      Exhibit 46 - Email string, top email dated       166
13    April 24, 2018 from Darren
                Magot to Willy Tencer,
14              Bates-stamped DEFENDANTS_002349

15    Exhibit 47 - Email string, top email dated       168
      April 24, 2018 from Willy
16              Tencer to Darren Magot,
                Bates-stamped DEFENDANTS_002350
17              and DEFENDANTS_002351

18    Exhibit 48 - Email string, top email dated       169
      April 27, 2018 from Darren
19              Magot to Willy Tencer,
                Bates-stamped DEFENDANTS_002364
20
      Exhibit 49 - Email string, top email dated       170
21    April 30, 2018 from Darren
                Magot to Willy Tencer,
22              Bates-stamped DEFENDANTS_002369
                and DEFENDANTS_002370
23
      Exhibit 50 - Email string, top email dated       172
24    May 1, 2018 from Darren Magot
                to Willy Tencer, Bates-stamped
25              DEFENDANTS_002377 through
                DEFENDANTS_002379
```

**Mandel Exhibit ZZZ**
**Mandel Exhibit AAAA**
**Mandel Exhibit XX**
**Mandel Exhibit YY**
**Mandel Exhibit BBBB**
**Mandel Exhibit CCCC**
**Mandel Exhibit DDDD**
**Mandel Exhibit ZZ**

Page 11

```
 1                    I N D E X  (Continued)

 2                    EXHIBITS (Continued)

 3    FOR PLAINTIFF                               MARKED

 4    Exhibit 51 - Email string, top email dated    173
      May 2, 2018 from Darren Magot
 5               to Willy Tencer, Bates-stamped
                 DEFENDANTS_002394
 6
      Exhibit 52 - Email string, top email dated    174
 7               May 9, 2018 from Darren Magot
                 to Milton Ault III,
 8               Bates-stamped DEFENDANTS_002518
                 through DEFENDANTS_002526
 9
      Exhibit 53 - Email string, top email dated    175
10               May 9, 2018 from Darren Magot
                 to Willy Tencer, Bates-stamped
11               DEFENDANTS_002527 through
                 DEFENDANTS_002535
12
      Exhibit 54 - Email string, top email dated    178
13               May 9, 2018 from Darren Magot
                 to Willy Tencer, Bates-stamped
14               DEFENDANTS_002563 through
                 DEFENDANTS_002571
15
      Exhibit 55 - Email string, top email dated    179
16               May 11, 2018 from Darren Magot
                 to Milton Ault III,
17               Bates-stamped DEFENDANTS_002599
                 through DEFENDANTS_002601
18
      Exhibit 56 - Email string, top email dated    180
19               May 14, 2018 from Darren Magot
                 to Willy Tencer, Bates-stamped
20               DEFENDANTS_002615 through
                 DEFENDANTS_002618
21
      Exhibit 57 - Email string, top email dated    181
22               May 14, 2018 from Todd Ault to
                 Darren Magot, Bates-stamped
23               DEFENDANTS_002619 through
                 DEFENDANTS_002623
24

25
```

**Mandel Exhibit EEEE**

**Mandel Exhibit FFFF**

**Mandel Exhibit AAA**

```
 1              I N D E X  (Continued)

 2                EXHIBITS (Continued)

 3   FOR PLAINTIFF                          MARKED

 4   Exhibit 58 - Email string, top email dated      182
                  May 15, 2018 from Willy Tencer
 5                to Darren Magot, Bates-stamped
                  through DEFENDANTS_002659
 6                through DEFENDANTS_002664

 7   Exhibit 59 - Email string, top email dated      183
     Mandel Exhibit CCC May 18, 2018 from Milton Todd
 8                Ault III to Kristine Ault and
                  Willy Tencer, Bates-stamped
 9                DEFENDANTS_002691 and
                  DEFENDANTS_002692
10
     Exhibit 60 - Email string, top email dated      187
     Mandel Exhibit GGGG May 22, 2018 from Darren Magot
11                to Willy Tencer and Milton Ault
                  III, Bates-stamped
12                DEFENDANTS_002708 through
13                DEFENDANTS_002711

14   Exhibit 61 - May 25, 2018 email from Willy       189
                  Tencer to Milton Ault III and
15                Darren Magot, Bates-stamped
                  DEFENDANTS_002736
16
     Exhibit 62 - Email string, top email dated      190
17                May 25, 2018 from Darren Magot
                  to Milton Ault III,
18                Bates-stamped DEFENDANTS_002737

19   Exhibit 63 - Email string, top email dated      195
     Mandel Exhibit EEE May 31, 2018 from Darren Magot
20                to Will Horne and Milton Ault
                  III, Bates-stamped
21                DEFENDANTS_002772 and
                  DEFENDANTS_002773
22
     Exhibit 64 - Forwarded email dated June 1,       197
23                2018 from Darren Magot to
                  Milton Ault III, Bates-stamped
24                DEFENDANTS_002790 through
                  DEFENDANTS_002792
25
```

```
 1              I N D E X  (Continued)

 2                EXHIBITS (Continued)

 3    FOR PLAINTIFF                          MARKED

 4    Exhibit 65 - Forwarded email dated June 1,    198
                   2018 from Darren Magot to
 5                 Milton Ault III, Bates-stamped
                   DEFENDANTS_002794
 6
      Exhibit 66 - June 1, 2018 email from Darren   199
 7    Mandel Exhibit FFF Magot to Willy Tencer and Joe
                   Kalfa, Bates-stamped
 8                 DEFENDANTS_002795

 9    Exhibit 67 - Email string, top email dated    203
      Mandel Exhibit HHHH June 4, 2018 from Willy Tencer
 10                to Darren Magot and Joe Kalfa,
                   Bates-stamped DEFENDANTS_002796
 11                and DEFENDANTS_002797

 12   Exhibit 68 - Email string, top email dated    205
      Mandel Exhibit IIII June 7, 2018 from Darren Magot
 13                to Willy Tencer and Milton Ault
                   III, Bates-stamped
 14                DEFENDANTS_002822 through
                   DEFENDANTS_002825
 15
      Exhibit 69 - Email string, top email dated    206
 16                June 13, 2018 from Willy Tencer
                   to Darren Magot and Milton Ault
 17                III, Bates-stamped
                   DEFENDANTS_002896 through
 18                DEFENDANTS_002900

 19   Exhibit 70 - Email string, top email dated    208
                   June 14, 2018 from Willy Tencer
 20                to Darren Magot and Milton Ault
                   III, Bates-stamped
 21                DEFENDANTS_002901 through
                   DEFENDANTS_002904
 22
      Exhibit 71 - Email string, top email dated    208
 23                July 17, 2018 from Milton Ault
                   III to Willy Tencer,
 24                Bates-stamped DEFENDANTS_003203

 25
```

```
 1                  I N D E X  (Continued)

 2                    EXHIBITS (Continued)

 3    FOR PLAINTIFF                            MARKED

 4    Exhibit 72 - Email string, top email dated     210
                   July 17, 2018 from Darren Magot
 5                 to Willy Tencer, Bates-stamped
                   DEFENDANTS_003208 and
 6                 DEFENDANTS_003209

 7    Exhibit 73 - Email string, top email dated     211
                   July 17, 2018 from Milton Ault
 8                 III to Darren Magot,
                   DEFENDANTS_003210 through
 9                 DEFENDANTS_003212

10    Exhibit 74 - Email string, top email dated     213
Mandel Exhibit JJJJ July 23, 2018 from Darren Magot
11                 to Milton Ault III,
                   Bates-stamped DEFENDANTS_003313
12                 through DEFENDANTS_003320

13    Exhibit 75 - Email string, top email dated     215
                   August 9, 2018 from Milton Ault
14                 III to Willy Tencer,
                   Bates-stamped DEFENDANTS_003528
15                 through DEFENDANTS_003532

16    Exhibit 76 - Forwarded email dated             216
Mandel Exhibit KKKK August 15, 2018 from Willy
17                 Tencer to Milton Ault III, with
                   attachment, Bates-stamped
18                 DEFENDANTS_003648 and
                   DEFENDANTS_003649
19
      Exhibit 77 - Email string, top email dated     220
Mandel Exhibit MMM September 7, 2018 from Milton
20                 Todd Ault III to Willy Tencer,
21                 Bates-stamped DEFENDANTS_003732
                   and DEFENDANTS_003733
22
      Exhibit 78 - Email string, top email dated     221
Mandel Exhibit NNN September 14, 2018 from Darren
                   Magot to Milton Ault III,
24                 Bates-stamped DEFENDANTS_003765
                   and DEFENDANTS_003766
25
```

Page 15

```
 1              I N D E X  (Continued)

 2                EXHIBITS (Continued)

 3     FOR PLAINTIFF                          MARKED

 4     Exhibit 79 - Email string, top email dated    223
Mandel Exhibit LLLL  October 7, 2018 from Darren
 5                  Magot to Willy Tencer and
                    Milton Ault III, Bates-stamped
 6                  DEFENDANTS_003796

 7     Exhibit 80 - Email string, top email dated    224
Mandel Exhibit MMMM  October 7, 2018 from Willy
 8                  Tencer to Milton Ault III and
                    Darren Magot, Bates-stamped
 9                  DEFENDANTS_003798 through
                    DEFENDANTS_003800
10
       Exhibit 81 - Email string, top email dated    227
11                  October 11, 2018 from Darren
                    Magot to Willy Tencer,
12                  Bates-stamped DEFENDANTS_003879
                    and DEFENDANTS_003880
13
       Exhibit 82 - Email string, top email dated    229
Mandel Exhibit NNNN  October 12, 2018 from Darren
14                  Magot to Willy Tencer,
15                  Bates-stamped DEFENDANTS_003911
                    through DEFENDANTS_003915
16
       Exhibit 83 - Email string, top email dated    230
17                  October 17, 2018 from Darren
                    Magot to Willy Tencer, Mariah
18                  Corbett and Milton Ault III,
                    Bates-stamped DEFENDANTS_004038
19                  through DEFENDANTS_004044

20     Exhibit 84 - October 19, 2018 email from      232
                    Darren Magot to Milton Ault III
21                  and Will Horne, with
                    attachments, Bates-stamped
22                  DEFENDANTS_004112 through
                    DEFENDANTS_004124
23

24

25
```

Page 16

1                    I N D E X  (Continued)

2                      EXHIBITS (Continued)

3    FOR PLAINTIFF                                    MARKED

4    Exhibit 85 - Email string, top email dated        233
**Mandel Exhibit OOOO** October 22, 2018 from Darren
5                 Magot to Will Horne and Milton
                  Ault III, Bates-stamped
6                 DEFENDANTS_004136 through
                  DEFENDANTS_004147
7
     Exhibit 86 - October 26, 2018 email from           235
**Mandel Exhibit PPPP** Willy Tencer to Milton Ault III
8                 and Darren Magot, Bates-stamped
9                 DEFENDANTS_004297

10   Exhibit 87 - Digital Farms, Inc. Balance           237
  **Mandel Exhibit G** Sheet As of December 31, 2018,
11                Bates-stamped DEFENDANTS_000001
                  and DEFENDANTS_000002
12
     Exhibit 88 - Email string, top email dated         240
13                April 23, 2018 from Darren
                  Magot to Olga Chupric and Will
14                Horne, Bates-stamped
                  DEFENDANTS_004965
15
     Exhibit 89 - April 18, 2018 email from             242
16 **Mandel Exhibit H** Darren Magot to Will Horne and
                  accounting@
17                avalanceinternationalcorp.com,
                  with attachments, Bates-stamped
18                DEFENDANTS_004885 through
                  DEFENDANTS_004897
19

20

21

22

23

24

25

1    by the SEC --

2         A.    Yes.

3         Q.    -- against BitNile?

4         A.    Yes.

5         Q.    And has that matter been resolved, to

6    your knowledge?

7         A.    I'm not aware.

8              MR. VOLYNSKY:   Objection; form.

9              You can answer.

10             THE DEPONENT:   I'm not aware.

11   BY MR. MANDEL:

12        Q.    Okay.  Now, are you aware that in

13   addition to testifying in your individual capacity

14   today, you're also today testifying as a designated

15   representative of Super Crypto?

16        A.    Yes.

17        Q.    And when I refer to Super Crypto, do you

18   understand that to be the company that I guess may

19   be now known as Digital Farms?  Is that correct?

20        A.    Correct.

21        Q.    If I refer to them as Super Crypto

22   throughout the day, you'll understand who I'm

23   referring to?

24        A.    Yes.

25        Q.    And that's a company that you were the

1    CEO for; correct?

2          A.    That is correct.

3          Q.    Are you still the CEO for that company?

4          A.    Yes.

5          Q.    And is that company operational as of

6    today?

7          A.    No.

8                MR. MANDEL:  I'm just going to mark as

9          Magot Exhibit 1 a copy of the amended 30(b)(6)

10         notice for today's deposition.

11               And we'll be sharing exhibits in the

12         chat room.  You can just click on them to

13         download them and manipulate them as you need

14         to to be able to review them.  If you look in

15         the chat room, it should now be there

16         indicated as Exhibit 1.

17               (Plaintiff's Exhibit 1 was subsequently

18         marked for identification.)

19    BY MR. MANDEL:

20         Q.    Have you been able to open Exhibit 1?

21         A.    Yes, it's open.

22         Q.    Have you ever seen it before?

23         A.    Let me look at it here.

24         Q.    Sure.

25         A.    Yeah, it looks somewhat familiar.

1    BY MR. MANDEL:

2        Q.    Were there other entities that he

3    mentioned at that time as well?

4        A.    There were.  I can't remember what

5    entities were held by the company at that time, but

6    Super Crypto was the most interesting to me.

7        Q.    And what was it that interested you

8    about Super Crypto?

9        A.    I was interested in the space, and I

10   felt that I was qualified to help develop this type

11   of business.

12       Q.    And when you say "the space," can you

13   explain what space you're referring to.

14       A.    Sure.  Just the leading-edge crypto

15   market that was evolving at the time.

16       Q.    Had you had any experience with

17   cryptocurrency prior to coming to work at

18   Super Crypto?

19       A.    As a hobby, I had interest in it.  I had

20   read --

21       Q.    As an investor?

22       A.    -- quite a bit.

23             Yes.

24       Q.    And when you began working for

25   Super Crypto, what was the nature of its business?

Page 30

1          A.     The nature of its business was to buy
2    crypto miners and get them running and producing
3    cryptocurrency.
4          Q.     And when you say "crypto miners," can
5    you just explain what a crypto miner is.
6          A.     Sure.  It's a small computer that solves
7    equations and earns bitcoin as a reward.
8          Q.     Now, I noticed on your LinkedIn profile,
9    it looks like you list your current company as
10   Ault & Company, Inc.; is that correct?
11         A.     My LinkedIn isn't very current.  I don't
12   update that, but that -- I think that is the last
13   entry I made years ago.
14         Q.     Just tell me what Ault & Company, Inc.,
15   is.
16         A.     Ault & Company is a privately held
17   holding company that I'm an investor in.
18         Q.     And is Ault & Company, Inc., a
19   shareholder in DPW?
20              MR. VOLYNSKY:  Objection; form.
21              THE DEPONENT:  I don't believe so.  Not
22         that I can recall.
23   BY MR. MANDEL:
24         Q.     Okay.  And when I say "DPW," I know the
25   company has changed names and, I guess, became

1    BitNile and maybe now Ault Alliance; is that right?

2         A.    Correct.

3         Q.    If I refer to them as "DPW," you'll

4    understand that I'm referring to the parent company?

5         A.    Right.  Yes.

6         Q.    And so your understanding is you don't

7    think that Ault & Company, Inc., actually owns any

8    stock in DPW?

9              MR. VOLYNSKY:  Objection; form.  That's

10         not what he said.

11    BY MR. MANDEL:

12         Q.    Well, does -- let me rephrase.

13              Does Ault & Company own any stock in

14    DPW?

15         A.    I don't recall.

16         Q.    And what's your position with

17    Ault & Company, Inc.?

18         A.    I'm a member of the board.

19         Q.    How many individuals are members of that

20    board?

21         A.    It varies.  I don't know exactly how

22    many.

23         Q.    Do you know approximately?

24         A.    I would say five, if I had to guess.

25         Q.    Do you know offhand who any of the other

1   members of the board of Ault & Company, Inc., are?

2          A.    Mr. Ault and Mr. Will Horne.

3          Q.    And Mr. Ault and Mr. Horne, are they

4   both members of the board of Super Crypto?

5          A.    Yes.

6          Q.    And you're also a member of the board of

7   Super Crypto; correct?

8          A.    Correct.

9          Q.    And Mr. Ault and Mr. Horne are also both

10  members of the board of DPW; correct?

11              MR. VOLYNSKY:  Objection; form.

12              THE DEPONENT:  Correct.

13  BY MR. MANDEL:

14         Q.    Are you a member of the board of DPW?

15         A.    No.

16              MR. MANDEL:  I'm going to mark as Magot

17         Exhibit 2 a document bearing Production

18         No. DEFENDANT_4703 through 4705.  And it's now

19         in the chat room.

20              (Plaintiff's Exhibit 2 was subsequently

21         marked for identification.)

22  BY MR. MANDEL:

23         Q.    Once you've had a chance to open it, my

24  first question is have you ever seen Exhibit 2

25  before?

Page 44

1  25,000, without guessing?

2        A.    Are we going to keep doing this?  I

3  don't -- I'm just going to say I don't know.  Let's

4  defer to a document.  You've requested one.

5        Q.    Okay.  Now, it's correct that the

6  company ceased operations in 2020; correct?

7        A.    Yes.

8        Q.    And the company never showed a profit;

9  correct?

10        A.    Correct.

11        Q.    It's fair to say that its expenses

12  exceeded its revenues throughout its existence;

13  correct?

14            MR. VOLYNSKY:  Objection; form.

15            THE DEPONENT:  Yes, I believe -- I

16        believe so.

17  BY MR. MANDEL:

18        Q.    Now, when the company ceased operations,

19  did it have any cash on hand as an asset?

20        A.    No.

21        Q.    Did the company ever have any cash as an

22  asset?

23        A.    I would say no.

24        Q.    Did the company have cryptocurrency as

25  an asset?

1         A.    Cryptocurrency was being produced, but

2    always used to pay bills, so there was no extra

3    balance on hand.

4         Q.    So whatever revenues were generated from

5    cryptocurrency were used to pay the expenses of the

6    company?

7         A.    Yes.

8         Q.    And when the company ceased operations,

9    it didn't have any cryptocurrency that remained on

10    hand as an asset; correct?

11         A.    Correct.

12         Q.    And the company owned machines; correct?

13         A.    Yes.

14         Q.    Were those machines eventually sold?

15         A.    Yes.

16         Q.    Do you know when they were sold?

17         A.    I don't recall the date.

18         Q.    Was it in the last year?

19         A.    No.

20         Q.    The last two years?

21         A.    It might have been the last two -- two

22    or three years ago.

23         Q.    And do you know to whom the machines

24    were sold?

25         A.    Yes.

1          MR. VOLYNSKY:  Objection; form.

2          THE DEPONENT:  You're asking me to

3      recall five years ago.  I'm guessing $200,000,

4      250,000, possibly.

5   BY MR. MANDEL:

6      Q.    And how, if at all, was that resolved?

7      A.    There were a number of letters and

8   threats of lawsuits, and eventually they dropped it.

9   So I think they decided it wasn't worth pursuing.

10     Q.    Okay.  So, as best as you know, that

11  matter is no longer active?

12     A.    I haven't heard from them, and I'm not

13  sure if they've sent anything to the company, but

14  I -- I'm not aware of anything.

15     Q.    Other than SMS, are you aware of any

16  other outstanding obligations that Super Crypto has?

17     A.    I can't recall.  I think I resolved all

18  the others.

19     Q.    Does Super Crypto currently have an

20  obligation, to your understanding, to our client,

21  Blockchain?

22     A.    I don't believe so, but that's why we're

23  here today.

24     Q.    So, as you sit here today, it's your

25  belief that Super Crypto itself doesn't owe any

Page 49

1   money to Blockchain?

2           MR. VOLYNSKY:  Objection; asked and

3       answered.

4   BY MR. MANDEL:

5       Q.    You can answer.

6       A.    I don't believe so.

7       Q.    And what's the reason why you believe

8   that?

9       A.    Because we had a contract with an out

10  clause, and I lost my deposit.

11      Q.    And is that a view that you ever

12  expressed to anybody at Blockchain during your

13  dealings with them?

14          MR. VOLYNSKY:  Objection; form.

15          THE DEPONENT:  I would imagine I have.

16  BY MR. MANDEL:

17      Q.    Well, I'm not asking you what you would

18  imagine.

19          Do you know whether you did express it?

20      A.    I don't recall.

21      Q.    Is that a view that you ever expressed

22  to anyone at DPW?

23      A.    Yes.  The contract states that, in my

24  mind.

                                    **Mandel Exhibit HH**

25          MR. MANDEL:  So let's mark as Exhibit 3

Page 50

1         a document bearing Production Nos.

2         DEFENDANTS_1713 through 1731.

**Mandel Exhibit HH**

3              (Plaintiff's Exhibit 3 was subsequently

4         marked for identification.)

5              MS. CHESTUKHIN:  I believe that ending

6         Bates number is 1721, for the record.

7              MR. MANDEL:  1721.  I'm sorry.

8    BY MR. MANDEL:

9         Q.    We've put in front of you, or in the

10   chat room, what's been marked as Exhibit 3.

11            And behind the cover email, you'll see

12   there's something called an Asset Purchase

13   Agreement, which then contains signatures on the

14   next-to-last page.

15            Do you recognize that as the agreement

16   that Super Crypto entered into with Blockchain?

17       A.    Yes, I do.

18       Q.    And is that your signature that appears

19   on the next-to-last page of Exhibit 3?

20       A.    Let me see.  I'm almost there.  Yes.

21       Q.    And are you able to point to a provision

22   in this contract that you believe provides the out

23   that you referred to in terms of only being

24   responsible for the deposit?

25       A.    Yes.  Section 3.

Page 53

1    BY MR. MANDEL:

2        Q.    Looking at sub (ii), it talks about

3    payment for the first 500 machines being made on or

4    before March 23rd, 2018.

5              Do you know whether that payment was

6    made on that schedule?

7        A.    I don't believe so.

8        Q.    Do you know when the payment was made?

9        A.    I don't recall.

10       Q.    How was an adjustment made to that

11   scheduled date?

12             MR. VOLYNSKY:  Objection; form.

13             MR. MANDEL:  Well, let me rephrase.

14   BY MR. MANDEL:

15       Q.    Was that date adjusted by the parties?

16             MR. VOLYNSKY:  Objection; form.

17             THE DEPONENT:  I would say that Willy

18         and I had a lot of communication back and

19         forth about concerns with cash flow and timing

20         of payments, and, ultimately, that's why this

21         agreement looks the way it looks, because he

22         was working with us to find a way to make it

23         easier.

24             But I was always struggling as a

25         subcompany to raise financing to support our

1          efforts, so this was the best way to set this

2          up that I hoped to be able to meet the

3          payments and the timing.

4     BY MR. MANDEL:

5          Q.    So what you're saying is the payments

6     were broken out in a certain way over time in order

7     to provide you more flexibility in terms of making

8     the payment; correct?

9          A.    Yes.  Willy was working with us to set

10    that up to make it easier.

11         Q.    And that's reflected in dates that are
           **Mandel Exhibit HH**
12    shown in Exhibit 3; correct?

13         A.    Yes.

14         Q.    But notwithstanding that, even that

15    agreed time schedule, it's fair to say Super Crypto

16    was not able to meet; correct?

17              MR. VOLYNSKY:  Objection; form.

18              THE DEPONENT:  I recall there being

19         delays, yes.

20    BY MR. MANDEL:

21         Q.    And we talked about

22    subparagraph 2(a)(ii).  You indicated that even

23    though payment was required by March 23rd,

24    Super Crypto wasn't able to make that; right?

25              MR. VOLYNSKY:  Objection; form.

```
 1              THE DEPONENT:  Yeah.  I recall Willy
 2         giving us some flexibility and a lot of
 3         communication back and forth.  You know, he
 4         was leaning on us, making our best efforts to
 5         meet that commitment as quickly as we could.
 6    BY MR. MANDEL:
 7         Q.   So what you're saying is the parties,
 8    through communications back and forth, altered the
 9    date that's shown in 2(a)(ii); correct?
10              MR. VOLYNSKY:  Objection; form.
11              THE DEPONENT:  I believe so.  That's the
12         way I saw it.
13    BY MR. MANDEL:
14         Q.   Do you know what they altered it to?
15         A.   Not a specific date.  There was just
16    flexibility in allowing us to continue to pay when
17    we could.
18              MR. MANDEL:  Okay.  Why don't we take a
19         break for ten minutes, and let me try and
20         organize my next group of documents.
21              MR. VOLYNSKY:  That's fine.
22              THE DEPONENT:  Okay.
23              THE VIDEOGRAPHER:  We're going off the
24         record.  The time is 9:25.
25              (Recess taken.)
```

Page 56

```
 1                THE VIDEOGRAPHER:  We're going back on

 2        the record.  The time is 9:36.

 3                MR. MANDEL:  At this time we're going to
             Mandel Exhibit PPP
 4        mark as Exhibit 4 a document bearing

 5        Production No. DEFENDANT_4313 through 4321

 6        [sic].

 7                (Plaintiff's Exhibit 4 was subsequently

 8        marked for identification.)

 9   BY MR. MANDEL:

10        Q.    Mr. Magot, do you have Exhibit 4 open?

11        A.    Yes.

12        Q.    Is this an email you sent to Mr. Ault on

13   April 19th of 2018?

14        A.    It appears to be, yes.

15        Q.    And if you look down toward the bottom

16   of the page, do you see where it says:

17                "We also still owe the

18                following for machines and would

19                like to pay by Friday if

20                possible"?

21        A.    I do.

22        Q.    And then under "Machines," it lists as

23   the second entry:

24                "1,621,375 Blockchain Mining

25                Supply (Send to Escrow for next
```

Page 57

```
 1              600 machines and PSU's)."

 2              That's what you wrote at the time?

 3     A.    Yes.

 4     Q.    And so is it fair to say that as of

 5  April 19, 2018, you believe that Super Crypto owed

 6  $1.6 million to Blockchain for the purchase of the

 7  next 600 machines?

 8     A.    Yes, we were doing all we could to get

 9  more equipment.

10     Q.    Well -- and it's also correct that you

11  told Mr. Ault that you believed you owed that money

12  to Blockchain; correct?

13     A.    I see what you're saying.  I don't

14  believe I've used the word "owed."  There was an

15  opportunity to buy equipment from them, and I wanted

16  to buy it.

17     Q.    Right.  But you didn't say we have an

18  opportunity to buy.  You said, "We also still owe

19  the following"; correct?

20              That's the language you used at the

21  time; correct?

22              MR. VOLYNSKY:  Objection; form.

23              THE DEPONENT:  Did I say "owed"?  I

24     don't see where I say "owed."

25  ///
```

1    BY MR. MANDEL:

2        Q.    Well, if you go down --

3              (Simultaneous speaking.)

4        A.    Oh, "We still also owe" -- got it.

5              Yeah, the context of that is if we want

6    to buy them, we owe that.

7        Q.    Right.  But that's not what you said;

8    right?  You said you owe --

9              MR. VOLYNSKY:  Objection -- sorry.

10        Objection; form.

11              THE DEPONENT:  That's what I meant to

12        mean.

13    BY MR. MANDEL:

14        Q.    Okay.  And at the top of the entire

15    email, you say:

16              "Since the Super Crypto bank

17              account is shut down could you

18              help me make the following

19              payments that are due this week?"

20              Correct?

21        A.    Yes.

22        Q.    So what you were listing below were what

23    you're reporting to be obligations of Super Crypto;

24    correct?

25        A.    Correct.

1          Q.    Now, do you know, as of April 19th,

2    2018, what the fair market value of the 600 machines

3    was?

4          A.    I don't know the exact amount.

5          Q.    Well, separate and apart from whether

6    you know the exact amount, do you know whether it

7    was more or less than the amount that you had agreed

8    to pay Blockchain?

9                MR. VOLYNSKY:  Objection; form.

10               THE DEPONENT:  And I would say less.

11   BY MR. MANDEL:

12         Q.    And what's the basis for saying it's

13   less?

14         A.    The market had started to crash.

15         Q.    Do you know when it started to crash?

16         A.    I don't recall the -- no.

17         Q.    Do you recall whether the approximate

18   per-machine cost was around $2900 under the

19   Blockchain agreement?

20               MR. VOLYNSKY:  Objection; form.

21               THE DEPONENT:  I'd have to look back,

22         but it sounds familiar.  I think in that

23         range.

24   BY MR. MANDEL:

25         Q.    And do you have any sense of what the

1   range was of what you believe those machines were

2   worth as of April 19th, 2018?

3                MR. VOLYNSKY:  Objection; form.

4                THE DEPONENT:  You have to understand

5           there is no, like, store you go buy them at.

6           So there's an open market, and the price

7           varied.

8   BY MR. MANDEL:

9           Q.   And how are you able to determine what

10  the market bears at any particular time?

11               MR. VOLYNSKY:  Objection; form.

12               THE DEPONENT:  By what they're being

13          offered from the different suppliers and

14          different companies that make the equipment.

15  BY MR. MANDEL:

16          Q.   And how were you able to see that?  Is

17  that information that's presented on websites?

18          A.   Oh, yeah, some websites.  A lot of just

19  independent sellers.

20          Q.   And did you follow fairly closely the

21  market during the relevant time period of 2018?

22               MR. VOLYNSKY:  Objection; form.

23               THE DEPONENT:  Yes.

24  BY MR. MANDEL:

25          Q.   How did you go about doing that?

1        A.    I was connected to both the companies

2    that sell -- sold this equipment, as well as

3    different vendors that I would buy different things

4    from.

5        Q.    And would you look at any public

6    websites for pricing information?

7        A.    Sure.

8        Q.    Do you recall which websites at the time

9    you would review?

10        A.    Bitmain.  INNOSILICON was another

11    supplier.  Those are probably the two largest.

12        Q.    And did you also talk to various

13    contacts to ascertain pricing information from them?

14        A.    I would.

15        Q.    And how regularly were you doing that

16    during the period of April 2018?

17        A.    Probably at least weekly.  Information

18    would come across my desk.

19        Q.    So it's fair to say you had a pretty

20    good pulse on what the market was like at the time;

21    correct?

22        A.    I believe so.

**Mandel Exhibit HH**

23        Q.    And if we look back at Exhibit 3, you

24    know, you pointed to Clause No. 3, which said that

25    in the event you fail -- purchaser fails to pay the

1  balance to vendor on or before April 15, 2018, the

2  deposit funds shall be forfeited to the vendor.

3          So did you consider, as of April 15th,

4  2018, whether you should just walk away from the

5  last 600 machines?

6          MR. VOLYNSKY:  Objection; form.

7          THE DEPONENT:  Yes.

8  BY MR. MANDEL:

9      Q.   And did you actually discuss that with

10  anyone?

11     A.   I believe so.  We -- I believe.

12     Q.   Who did you discuss that with?

13     A.   Probably -- I don't know if I discussed

14  it with Willy, but I definitely discussed it with my

15  internal team.

16     Q.   And was anybody suggesting that you

17  should walk away from the last 600 machines?

18          MR. VOLYNSKY:  Objection; form.

19          I'm just going to instruct the witness,

20      to the extent there were discussions with

21      counsel, not to disclose those.

22  BY MR. MANDEL:

23     Q.   Other than counsel.  I'm not asking

24  about any conversations with lawyers.

25     A.   Yeah.  I would say at that time, we made

1  the business decision to try to continue purchasing

2  equipment.

3       Q.    And if the value of the machines had

4  declined as of April 15th, 2018, why would you want

5  to go forward and still purchase them at the price

6  shown in the Asset Purchase Agreement with

7  Blockchain?

8       A.    We were still trying to honor the

9  relationship the best we could, and it was hard to

10  predict how quickly it would drop.  You know, I

11  would say that the fluctuations in this new market

12  aren't predictable, so we were hopeful that they

13  would increase again and they weren't too far out of

14  whack at that point.

15       Q.    So you didn't think that, as of

16  April 15th, they were too far out of whack with what

17  you were paying, or agreeing to pay?

18            MR. VOLYNSKY:  Objection; form.

19            THE DEPONENT:  I believe so.

20  BY MR. MANDEL:

21       Q.    And when you say you were hopeful, you

22  had the expectation that prices might increase in

23  the future; correct?

24       A.    Yeah.  Always optimistic in that regard.

25       Q.    And it's fair to say that bitcoin is a

Page 64

1    very volatile asset; correct?

2         A.    Yes.

3         Q.    And that's true of all cryptocurrency;

4    correct?

5         A.    It seems to be.

6         Q.    That's its history; right?

7         A.    So far, yes.

8         Q.    And that was its history as of 2018;

9    correct?

10        A.    Yes.

11        Q.    And you knew that when you entered into

12   the business at Super Crypto; correct?

13        A.    Yes.  Anyone in this space I believe

14   knew that.

15        Q.    And you knew that when you entered into

16   the contract with Blockchain; correct?

17        A.    Yes.

18        Q.    And you made an assessment that the

19   prices you were agreeing to pay under that contract

20   were a reasonable business risk to take; correct?

21              MR. VOLYNSKY:  Objection; form.

22              THE DEPONENT:  Yeah, the key was having

23        an out.

24   BY MR. MANDEL:

25        Q.    Right.  The key was having an out,

1   you're saying, but you knew that the risk was that

2   the prices could go up or the prices could go down;

3   correct?

4               MR. VOLYNSKY:  Objection; form.

5               THE DEPONENT:  Yes.

6   BY MR. MANDEL:

7        Q.    Is that right?

8        A.    Yes.

9        Q.    And when the time came for what you're

10  referring to as an out, as of April 15, 2018, you

11  made an assessment as to whether to exercise what

12  you're calling as an out; correct?

13              MR. VOLYNSKY:  Objection; form.

14              THE DEPONENT:  I was still operating

15         under my -- as a CEO to do whatever I could to

16         keep the company running and buy equipment.

17  BY MR. MANDEL:

18        Q.    Well, that's the assessment you made as

19  the CEO; correct?

20        A.    Yes.

21        Q.    That it was in the best interest of the

22  company to do whatever it could to keep acquiring

23  machinery; correct?

24              MR. VOLYNSKY:  Objection; form.

25              THE DEPONENT:  Yes.

1  BY MR. MANDEL:

2      Q.    And you made that decision because you

3  had hopes and expectations that you would be able to

4  turn a profit eventually from owning more machines;

5  correct?

6              MR. VOLYNSKY:  Objection; form.

7              THE DEPONENT:  That's always the hope.

8  BY MR. MANDEL:

9      Q.    And when you made that assessment in

10 April 15 -- strike that.

11             When the date came that you're referring

12 to in the contract, as of April 15, you made an

13 informed decision that what you wanted to do was go

14 forward and have the machines; correct?

15             MR. VOLYNSKY:  Objection; form.

16             THE DEPONENT:  I didn't see that date as

17       a hard date.  I was looking at that as a

18       flexible date, the same way that Willy looked

19       at the other dates, as flexible dates.

20 BY MR. MANDEL:

21     Q.    Did you ever say that to Willy?

22     A.    No.

23     Q.    Did you ever even mention Clause 3 once

24 in your entire months of communications with Willy?

25             MR. VOLYNSKY:  Objection; form.

1          THE DEPONENT:  Yeah, I'm sure we

2     talked -- we talked about all the clauses in

3     the document.

4  BY MR. MANDEL:

5     Q.    After the contract was entered into and

6  finalized, did you ever once mention Clause 3 in a

7  discussion with Willy?

8     A.    I don't recall.

9     Q.    Are you aware of a single written

10  communication in which you ever indicated that you

11  had the ability to walk away from the 600 machines?

12          MR. VOLYNSKY:  Objection; form, asked

13     and answered.

14          THE DEPONENT:  I don't recall.

15  BY MR. MANDEL:

16     Q.    Isn't it true that any communication you

17  had regarding the 600 machines consistently

18  reiterated your desire to complete the purchase?

19          MR. VOLYNSKY:  Objection; form.

20          THE DEPONENT:  I don't recall.

21  BY MR. MANDEL:

22     Q.    Isn't it true that as of April 2015

23  [sic], you still wanted to buy the 600 machines?

24     A.    Yes.

25     Q.    And you were prepared to do it at the

Page 68

1  price shown in the Asset Purchase Agreement?

2          MR. VOLYNSKY:  Objection; form.

3          THE DEPONENT:  That was the only option

4     on this contract.

5  BY MR. MANDEL:

6     Q.    And did that view change at any point in

7  the ensuing six months?

8          MR. VOLYNSKY:  Objection; form.

9          THE DEPONENT:  I stayed focused on

10     trying to purchase the equipment from Willy.

11  BY MR. MANDEL:

12     Q.    And, in fact, you continued to make

13  payments, didn't you, toward the purchase of the 600

14  machines?

15     A.    I believe so.  We tried -- well, I don't

16  know if we made any payments.  I don't recall.

17     Q.    All right.  Well, we'll look at that,

18  then.

19     A.    Yeah.

                              **Mandel Exhibit X**

20          MR. MANDEL:  Let's mark as Exhibit 5 a

21     document bearing Production No. DEFENDANT_4337

22     through 4346.

23          (Plaintiff's Exhibit 5 was subsequently

24     marked for identification.)

25          MS. CHESTUKHIN:  For the record, that

1          goes up to 4346, just to note.

2               MR. MANDEL:  Yes.  I think that's what I

3          said.

4  BY MR. MANDEL:

**Mandel Exhibit X**

5          Q.    Do you recognize Exhibit 5 as an email

6  you sent to Mr. Ault on April 24th of 2018?

7          A.    Yes.

8          Q.    And you begin by saying:

9               "I thought it might be easiest

10               if I provided the list below of

11               what invoices are open and what

12               has been paid."

13               What did you mean by that?

14          A.    These are what I wanted to have paid, if

15  I could get advances.

16          Q.    And why were you providing that to

17  Mr. Ault?

18          A.    Because he's a board member of

19  Super Crypto.

20          Q.    And he's also the CEO of DPW; correct?

21               MR. VOLYNSKY:  Objection; form.

22               Strike that.  I withdraw the objection.

23               You can answer.

24               THE DEPONENT:  Yes.

25  ///

Page 70

1  BY MR. MANDEL:

2      Q.   And you were looking for DPW to fund

3  Super Crypto to make these payments; correct?

4          MR. VOLYNSKY:  Objection; form.

5          THE DEPONENT:  Yes.  We'd get advances

6      from DPW, and I was asking for an advance.

7  BY MR. MANDEL:

8      Q.   And as of this point in time,

9  April 24th, 2018, did Super Crypto have any ability

10  to meet these obligations without an advance from

11  DPW?

12          MR. VOLYNSKY:  Objection; form.

13          THE DEPONENT:  I don't recall the exact

14      details of our balance sheet at that time, but

15      most likely I would say no.

16  BY MR. MANDEL:

17      Q.   And one of the invoices that you list as

18  open is $1.6 million to Blockchain; correct?

19      A.   Yes.

20      Q.   So as of April 24th, now nine days past

21  the date in Clause 3 of the Asset Purchase

22  Agreement, you were indicating to Mr. Ault that

23  there was an invoice open to pay $1.6 million to

24  Blockchain; correct?

25      A.   Correct.

1           MR. MANDEL:  Let's mark as Exhibit 6 a

2       document bearing Production No. DEFENDANT_4347

3       through 4355.

4           (Plaintiff's Exhibit 6 was subsequently

5       marked for identification.)

6   BY MR. MANDEL:

7       Q.    Do you recognize Exhibit 6 as an email

8   that you sent to Mr. Ault and Ms. Chupric as of

9   May 2nd, 2018?

10      A.    I do.

11      Q.    You say in it:

12              "Thanks in advance for your

13          help with a payment plan so I can

14          manage these vendors."

15          Correct?

16      A.    I do.

17      Q.    What did you mean by that?

18      A.    I don't recall exactly, but it sounds

19  like there was --

20          MR. VOLYNSKY:  Don't guess.

21          THE DEPONENT:  Okay.  I don't recall.

22  BY MR. MANDEL:

23      Q.    Is it fair to say you were looking for

24  assistance from the parent in order to come up with

25  funds to meet these various obligations that you

1    list?

2         A.    That is fair.

3         Q.    And at the top of that list of

4    obligations is Blockchain Mining; correct?

5         A.    Yes.

6         Q.    And you list that as $1.6 million that

7    needs to be paid; correct?

8         A.    Yes.

9         Q.    You don't indicate that you can walk

10    away from that obligation, do you?

11              MR. VOLYNSKY:  Objection; form.

12              THE DEPONENT:  No.

13    BY MR. MANDEL:

14         Q.    Is it fair to say that as of May 2nd,

15    2018, you believed that Super Crypto owed Blockchain

16    Mining $1.6 million?

17              MR. VOLYNSKY:  Objection; form.

18              THE DEPONENT:  I wouldn't say it says we

19         owe them.  It shows that I wanted to buy

20         equipment still.

21    BY MR. MANDEL:

22         Q.    Well, my question is:  Is it fair to say

23    that you believed you owed it to them as of May 2nd,

24    2018?

25              MR. VOLYNSKY:  Objection; form.

1              THE DEPONENT:  No.  My mindset is that I

2         want to buy equipment, and if I want to buy

3         equipment, I need to pay this to get the

4         equipment from them.

5    BY MR. MANDEL:

6         Q.   And did you ever tell Willy at any point

7    that he should sell the machines to somebody else?

8         A.   I don't think I did.

9         Q.   In fact, wasn't one of your concerns

10   that if you didn't pay him, you might lose those

11   machines?

12        A.   Yes.

13        Q.   You didn't think that you could just

14   keep your, what you call as an out, open

15   indefinitely and expect Blockchain to just hold on

16   to the machines, did you?

17              MR. VOLYNSKY:  Objection; form.

18              Are you testifying for him?

19              THE DEPONENT:  I was surprised Willy

20        didn't sell the machines, but he chose to hang

21        on to them.

22   BY MR. MANDEL:

23        Q.   Because he chose to continue to deal

24   with you when you told him you were working on

25   payment for them; correct?

Page 74

1           MR. VOLYNSKY:  Objection; form.

2           THE DEPONENT:  We were trying to pay for

3      them.

4  BY MR. MANDEL:

5      Q.    And he took you at your word when you

6  said you were trying to pay for them; correct?

7           MR. VOLYNSKY:  Objection; form.

8           THE DEPONENT:  His actions demonstrated

9      that.

10  BY MR. MANDEL:

11      Q.    And his words; correct?  Didn't he keep

12  telling you that time and time again?

13           MR. VOLYNSKY:  Objection; form.

14           THE DEPONENT:  I don't know.  He would

15      ask for payment.

16  BY MR. MANDEL:

17      Q.    He asked for payment, but he continually

18  told you he was willing to work with you on the

19  timing of the payment; correct?

20           MR. VOLYNSKY:  Objection; form.

21           THE DEPONENT:  I believe so.

                                **Mandel Exhibit AA**

22           MR. MANDEL:  Let's mark as Exhibit 7 a

23      document bearing Production No. DEFENDANT_4356

24      to 4357.

25  ///

Page 75

1                   (Plaintiff's Exhibit 7 was subsequently

2          marked for identification.)

3    BY MR. MANDEL:

4          Q.    Is this an email that you sent to

5    Mr. Ault on May 4th of 2018?

6          A.    It looks to be, yes.

7          Q.    And in it, you say:

8                   "Todd asked me to provide this

9                   so he can then direct us on how

10                  much can be wired today and to

11                  whom."

12                  What's your understanding of what that

13   means?

14         A.    If I recall, I was asked to just show

15   my -- what I would want to be paid, and then they

16   could make decisions on what they would pay.

17         Q.    And who would make the decisions on what

18   could be paid?

19         A.    DPW.

20         Q.    And one of the vendors you were asking

21   to pay at that point was Blockchain Mining; correct?

22         A.    That is correct.

                        **Mandel Exhibit QQQ**

23              MR. MANDEL:  Let's mark as Exhibit 8 a

24         document bearing Production No. DEFENDANT_4359

25         to 4362.

Page 76

```
 1                    (Plaintiff's Exhibit 8 was subsequently

 2          marked for identification.)

 3    BY MR. MANDEL:

 4          Q.    Is this an email that you sent to

 5    Kristine Ault on May 9th of 2018?

 6          A.    Let me look at it.  Took me a minute to

 7    get it open.

 8          Q.    Sure.

 9          A.    Yes, it looks like that.

10          Q.    And who is Ms. Ault?

11          A.    Mr. Ault's wife.

12          Q.    And why were you emailing her?

13          A.    I believe at the time she helped make

14    payments as part of the accounting team.

15          Q.    And she's listed as being at McKea.

16                Do you know what McKea is?

17          A.    It's a -- I believe it's a company that

18    she's part owner of, but she had a number of

19    different emails.  That might have just been the one

20    that popped up.

21          Q.    And is it fair to say you were, as of

22    May 9th, 2018, still looking for funding to pay

23    Blockchain Mining $1.6 million for the 600 remaining

24    machines?

25                MR. VOLYNSKY:  Objection; form.
```

1          THE DEPONENT:  I do see them listed in

2     this email.

                                    **Mandel Exhibit CC**

3          MR. MANDEL:  Let's mark as Exhibit 9 a

4     document bearing Production No. DEFENDANT_4525

5     to 4533.

6          (Plaintiff's Exhibit 9 was subsequently

7     marked for identification.)

8          MR. VOLYNSKY:  What was the end range

9     you just said?  45 --

10         MR. MANDEL:  Oh, I may have the -- I'm

11    sorry.  I think I have the end wrong.  It's

12    4525 to 4551.  I apologize.

13         MR. VOLYNSKY:  Yeah, that's what we

14    have.

15 BY MR. MANDEL:

16    Q.   Is the first page of Exhibit 9 an email

17 that you sent to Mr. and Mrs. Ault on July 3rd of

18 2018?

19    A.   It looks like it.

20    Q.   And in it, you say:

21         "Here is the update for

22    today."

23         Were you providing almost daily updates

24 during this time period on the various obligations

25 of Super Crypto?

1          A.    I don't know the frequency, but this is

2     a normal routine, I recall.

3          Q.    And was it pretty standard practice at

4     this point in time that Super Crypto had a number of

5     debts beyond its ability to pay?

6               MR. VOLYNSKY:   Objection; form.

7               THE DEPONENT:   It appears that it's

8          growing, yes.

9     BY MR. MANDEL:

10         Q.    And in the email, you say:

11              "The loudest people today are

12              Ed, Roy, and Justin from SMS."

13              What do you mean by "the loudest people

14     today"?

15         A.    It sounds like I was joking with Kristy

16     about all the calls we were getting.

17         Q.    But did "the loudest people today" mean

18     the people who were perhaps complaining the most at

19     that point in time?

20         A.    Yes.

21         Q.    And would that be something you would

22     factor into your decisions as to who and what to

23     pay?

24         A.    To some extent.

25         Q.    And as of July 3rd, 2018, is it correct

1   that you're still listing a payment obligation to

2   Blockchain Mining that's shown at that point as

3   being 1,561,375?

4         A.    Yes.

5         Q.    Does the fact that the obligation has

6   gone down from the amount we've previously looked at

7   refresh your recollection at all as to whether

8   Super Crypto made any payments toward the 600

9   machines?

10        A.    It does.

11        Q.    And is it correct that Super Crypto did

12  make some payments?

13        A.    It appears that we did, yes.

14        Q.    And why was it making those payments?

15        A.    In order to buy the machines.

16        Q.    Was it doing it out of the goodness of

17  its heart?

18        A.    No.  We wanted the equipment.

19        Q.    And so you were making payments toward

20  buying the equipment; correct?

21        A.    Yes.

22              MR. VOLYNSKY:  Objection; form.

23              Let me get my --

24  BY MR. MANDEL:

25        Q.    At the price set out in the contract it

Page 80

1    had signed; correct?

2              MR. VOLYNSKY:  Objection; form.

3              THE DEPONENT:  That was the price in the

4         contract.

5    BY MR. MANDEL:

6         Q.    And in this email, after the amount

7    owed, it says:

8                   "After sending 5K on 6/14."

9              Does that indicate that a payment of

10   $5,000 had been made on June 14th?

11        A.    It appears so, yes.

                                    **Mandel Exhibit DD**

12             MR. MANDEL:  Let's mark as Exhibit 10 a

13        document bearing Production No.

14        DEFENDANT_4689.

15             (Plaintiff's Exhibit 10 was

16        subsequently marked for identification.)

17   BY MR. MANDEL:

18        Q.    Is Exhibit 10 an email that you sent to

19   Mr. Ault on October 7th of 2018?

20        A.    Let's see.  That's a strange email

21   address in the "from" line, but let me read it here.

22             It looks like an email I would send.

23        Q.    And in the first sentence, you say:

24                  "As requested, please find the

25                  details around the remaining

Page 81

1                      outstanding balances for SCM."

2              Is it fair to say you were summarizing

3    for Mr. Ault monies that you considered owed by

4    Super Crypto at that point in time?

5         A.    Yeah.  This shows what I'd like to pay.

6         Q.    Well, you refer to them as "outstanding

7    balances"; correct?

8         A.    Correct.

9         Q.    "Outstanding balances" means it's money

10   owed; correct?

11             MR. VOLYNSKY:  Objection; form.

12             THE DEPONENT:  It's semantics, but yes.

13   BY MR. MANDEL:

14        Q.    And if you look down, Blockchain Mining

15   is listed there as one of the outstanding balances;

16   correct?

17        A.    Correct.

18        Q.    So it's fair to say that as of

19   October 7th, 2018, at least, you believed that

20   Super Crypto owed more than a million and a half

21   dollars to Blockchain; correct?

22        A.    We were still trying to buy those

23   machines, yes.

24        Q.    And you still believe you owed that

25   money to Blockchain; correct?

Page 82

1        A.    Yes.

2        Q.    And so when you decided you didn't owe

3   the money to Blockchain was after they sued you for

4   it; correct?

5              MR. VOLYNSKY:  Objection; form.

6              THE DEPONENT:  No.

7   BY MR. MANDEL:

8        Q.    Well, when did you decide that they

9   didn't owe you [sic] the money?

10       A.    But your words --

11             MR. VOLYNSKY:  Object --

12             THE DEPONENT:  -- are owed.  This is --

13        again, I wanted to buy equipment, and I would

14        do what I can to make those payments to buy

15        the equipment since Willy still had the

16        machines available.

17  BY MR. MANDEL:

18       Q.    Well, you used the word "owed" and

19  "outstanding balances," didn't you?

20             MR. VOLYNSKY:  Objection; form.

21             THE DEPONENT:  I used the word

22        "outstanding balances."

23  BY MR. MANDEL:

24       Q.    And we previously looked at a document

25  where you used the word "owed"; correct?

Page 83

1        A.    Yeah, but I see what you're saying.

2    This isn't a contract.  This is just an email.  It's

3    a different context.

4        Q.    Mr. Magot, isn't it a fact that as of

5    October 7, 2018, you thought these were debts of

6    Super Crypto?

7              MR. VOLYNSKY:  Objection; form.

8              THE DEPONENT:  Yes.

9    BY MR. MANDEL:

10       Q.    Now, if you -- if you look at
   **Mandel Exhibit DD**
11   Exhibit 10, it makes reference to in addition to

12   more than a million and a half dollars storage at

13   300 per day since September 13th.

14             What's your understanding of what's

15   being referenced there?

16       A.    That was a storage fee that Willy was

17   getting to store them at a warehouse.

18       Q.    And had that been agreed to with

19   Blockchain?

20       A.    Yes, if I recall.
                              **Mandel Exhibit RRR**
21             MR. MANDEL:  Let's mark as Exhibit 11 a

22   document bearing Production No.

23   DEFENDANT_4694.

24             (Plaintiff's Exhibit 11 was

25             subsequently marked for identification.)

1    BY MR. MANDEL:
        **Mandel Exhibit RRR**
2        Q.    Is Exhibit 11 an email that you sent to

3    Mr. Ault on October 17th of 2018?

4        A.    It appears to be.

5        Q.    And here again, you refer to "remaining

6    outstanding balances" for the company; correct?

7        A.    Yes.

8        Q.    And, again, you list an obligation to

9    Blockchain there; correct?

10       A.    Correct.

11       Q.    And you considered that an obligation as

12   of October 17th, 2018; correct?

13       A.    Correct.

14             MR. VOLYNSKY:  Objection; form.  Let me

15       get my objection --

16             (Simultaneous speaking.)

17   BY MR. MANDEL:

18       Q.    What's the reason why in October of 2018

19   you were listing all the various outstanding

20   balances?

21       A.    For the same reason as before.

22       Q.    Do you recall whether at this point in

23   time there was discussion for how the various debts

24   of Super Crypto could be met?

25             MR. VOLYNSKY:  Objection; form.

1           THE DEPONENT:  I don't recall anything

2      changing at this period.  We're always asking

3      for advances to make payments.

**Mandel Exhibit SSS**

4           MR. MANDEL:  Let's mark as Exhibit 12 a

5      document bearing Production No. BMS 1590

6      through 1593.

7           (Plaintiff's Exhibit 12 was

8      subsequently marked for identification.)

9  BY MR. MANDEL:

10      Q.   And before we look at Exhibit 12, do you

11  remember how you first came into contact with

12  Blockchain?

13      A.   I did -- yeah, I recall, through Joe.

14      Q.   And when you say "Joe," you mean

15  Joe Kalfa?

16      A.   Yes.

17      Q.   And how did you have occasion to meet

18  Mr. Kalfa?

19      A.   I believe a LinkedIn connection.

20      Q.   And if you look at Exhibit 12, it looks

21  like it contains communications on LinkedIn between

22  you and Mr. Kalfa.

23           Do you recognize them as such?

24      A.   It does appear to be, yes.

25      Q.   Is this how you first began

1    communicating with Blockchain?

2         A.    I believe so.

3         Q.    If you look at the third page of
**Mandel Exhibit SSS**
4    Exhibit 12, 1592, BMS 1592, it appears to contain a

5    message from you -- it actually starts on the

6    previous page -- and says:

7              "I will need until Tuesday to

8              confirm all the financing but I am

9              very interested in making the

10             purchase."

11             What did you mean by confirming the

12   financing?

13             MR. VOLYNSKY:  Objection; form.

14             THE DEPONENT:  That I could get an

15        advance from the parent company to buy more

16        equipment.

17   BY MR. MANDEL:

18        Q.    Did you have any ability to buy the

19   equipment that Mr. Kalfa was offering without an

20   advance from the parent company at that point in

21   time?

22        A.    Not that I recall.

23             MR. MANDEL:  Let's mark as Exhibit 13 a

24        document bearing Production No. DEFENDANT_958

25        through 975.

1          Q.    Now, if you look down the thread toward

2    the bottom of the first page of Exhibit 14, in your

**Mandel Exhibit TTT**

3    message to Mr. Kalfa, you say:

4                    "We absolutely want the

5                    machines but would need more time

6                    to get board approval to purchase

7                    the machines."

8                    Who did you seek board approval from?

9          A.    Mr. Horne and Mr. Ault.

10         Q.    Did you actually discuss it with both of

11   them?

12         A.    I don't recall, but I would imagine.

13         Q.    And both of them are also board members

14   for DPW; correct?

15         A.    Yes.

16         Q.    And it was DPW again that you were

17   looking to fund this purchase; correct?

18                    MR. VOLYNSKY:  Objection; form.

19                    THE DEPONENT:  Ultimately, yes, from

20         DPW's funding advance.

21                    MR. MANDEL:  Let's mark as Exhibit 15 a

22         document bearing Production No. DEFENDANT_1147

23         to 1153.

24                    (Plaintiff's Exhibit 15 was

25         subsequently marked for identification.)

```
 1                    (Recess taken.)

 2                    THE VIDEOGRAPHER:  We're going back on

 3          the record.  The time is 10:30.

 4     BY MR. MANDEL:

 5          Q.    Mr. Magot, we've now put in the chat
```
                    **Mandel Exhibit EE**
```
 6     room the correct Exhibit 16 bearing Production Nos.

 7     DEFENDANT_1185 through 1207.

 8                    Do you have that in front of you?

 9          A.    Yes.

10          Q.    And at the top, that's an email that you

11     sent to Willy Tencer and Joe Kalfa on March 2nd,

12     2018; correct?

13          A.    It appears to be, yes.

14          Q.    In the first sentence, you say:

15                    "I've been working to get

16                    confirmations on when I'm getting

17                    the funding that I need to

18                    finalize the purchase."

19                    What did you mean by that?

20          A.    A cash advance from our parent company,

21     DPW.

22          Q.    And you say:

23                    "As you know, the money never

24                    becomes available as fast as you

25                    want.  With that said, our parent
```

1                    company is very supportive and

2                    wants us to make the purchase with

3                    you."

4          Is it correct that as of this point in

5    time, DPW wanted you to go forward with this

6    transaction?

7                    MR. VOLYNSKY:  Objection; form.

8                    THE DEPONENT:  It appears that I did get

9          approval from them for an advance to make this

10         transaction.

11   BY MR. MANDEL:

12         Q.    And was it correct that they wanted you

13   to do the purchase?

14                   MR. VOLYNSKY:  Objection; form.

15                   THE DEPONENT:  Yes, they were supportive

16         of our decision.

17   BY MR. MANDEL:

18         Q.    And what was the reason why you were

19   bringing up the parent company in your communication

20   with Mr. Tencer and Mr. Kalfa?

21         A.    Again, for communication purposes.  I

22   wanted to be very clear, and I was with Willy along

23   the whole process, that this would be dependent on

24   my funding.

25         Q.    And did you want him to have comfort

Page 95

1    from the fact that the parent company was

2    supportive?

3                    MR. VOLYNSKY:   Objection; form.

4                    THE DEPONENT:   Yes.

5    BY MR. MANDEL:

6         Q.    Now, you say:

7                    "I was just told that I can

8                    sign the agreement if we can agree

9                    that the deposit of 5 percent can

10                   be made by 3/7/18.  We would then

11                   be able to make the full payment

12                   by 3/16/18."

13                   Who had told you that?

14        A.    That was a decision we made at the

15   Super Crypto board level.

16        Q.    Well, when you say "at the Super Crypto

17   board level," was Will Horne involved in that

18   decision?

19        A.    I don't recall, but he is a board

20   member, so most likely.

21        Q.    Well, I'm not asking if he's a board

22   member.  I'm asking you if he was involved in the

23   decision.

24        A.    I don't recall.

25        Q.    But you do recall Mr. Ault was involved;

1      A.    Yes.

2      Q.    How frequently?

3      A.    I don't recall the frequency.

4      Q.    Are there any records of board of

5  director meetings relating to the approval of this

6  transaction?

7      A.    I don't recall.

8      Q.    If there were such documents, would they

9  have been provided to us in this litigation?

10         MR. VOLYNSKY:  Objection; form.

11         THE DEPONENT:  I don't -- yeah, I would

12     imagine.

**Mandel Exhibit FF**

13         MR. MANDEL:  Let's mark as Exhibit 17 a

14     document bearing Production No.

15     DEFENDANT_1235.

16         (Plaintiff's Exhibit 17 was

17     subsequently marked for identification.)

18  BY MR. MANDEL:

19     Q.    Do you recognize Exhibit 17 as an email

20  that you sent to Mr. Ault on March 4th of 2018?

21     A.    Yes, it appears to be.

22     Q.    And Mr. Horne is not copied on that, is

23  he?

24     A.    He is not.

25     Q.    In the email, you referenced just having

1  spoken with Willy, who is the CEO of the company in

2  Toronto.

3            That's a reference to Mr. Tencer;

4  correct?

5       A.    It is.

6       Q.    And you had discussed certain terms with

7  Mr. Tencer?

8       A.    Yes.

9       Q.    And then you ask Mr. Ault what he thinks

10 and if he's comfortable working under those terms;

11 correct?

12      A.    Correct.

13      Q.    And do you know how he responded?

14      A.    No, I don't recall.

15      Q.    You also indicate:

16            "He is available to meet you

17            over the phone today as well if

18            you would like."

19            Do you recall why you were offering to

20 make Mr. Tencer available to Mr. Ault?

21      A.    I would imagine for transparency and to

22 help with communications.

23      Q.    Do you know whether they actually did

24 speak prior to the contract being signed?

25      A.    I don't recall if they did.

1  raised adding that provision to the contract;

2  correct?

3       A.    In this email, he lists it.  I don't

4  know if that shows he raised it.  I know we had

5  discussions about it.

6       Q.    And is it fair to say part of the

7  protection he expressed he was looking for was not

8  having to hold the machines indefinitely for you?

9            MR. VOLYNSKY:  Objection; form.

10            THE DEPONENT:  I'm not sure I understand

11       the question.  Could you repeat it.

12  BY MR. MANDEL:

13       Q.    Let me rephrase it.

14            The provision you're talking about as an

15  out works both ways; right?  It provides an out for

16  Blockchain also; correct?

17       A.    Correct.  They always had the right to

18  sell the machines to someone else.

19       Q.    It frees them up from having to hold the

20  machines so that they would be available for you;

21  correct?

22       A.    Yes.

23       Q.    And allows them to sell it to some other

24  purchaser.

25       A.    Correct.

1          Q.    And you had concerns that that could

2    happen; correct?

3               MR. VOLYNSKY:  Objection; form.

4               THE DEPONENT:  Yes.

5    BY MR. MANDEL:

6          Q.    At this point in time, it wasn't

7    necessarily the easiest thing to acquire these

8    machines; correct?

9               MR. VOLYNSKY:  Objection; form.

10              THE DEPONENT:  It's a small industry.  I

11         had different sources.  I've purchased from

12         different people, but...

13   BY MR. MANDEL:

14         Q.    Is it fair to say that your primary

15   concern at this point in time was that you might

16   actually lose these machines if you couldn't come up

17   with the financing?

18              MR. VOLYNSKY:  Objection; form.

19              THE DEPONENT:  I wouldn't say it's my

20         primary concern.  I did want the machines and

21         I asked for --

22   BY MR. MANDEL:

23         Q.    It was one of your concerns; right?

24         A.    I'm sorry.  I didn't hear that.

25         Q.    It was one of your concerns; right?

Page 109

1          A.     That's fair to say, yes.

2          Q.     Now, in the email at the top of
**Mandel Exhibit GG**
3     Exhibit 21, you say:

4                      "Could you review below and

5                      let me know if this sounds

6                      possible?"

7                      Do you recall whether you ever received

8     any indication back that it was possible?

9          A.     I would imagine so.  We entered into the

10     agreement with very similar terms.

11          Q.     And before entering into the agreement,

12     had you been assured that the funds would be

13     available to meet these obligations?

14          A.     I don't know about assured.  I was

15     comfortable enough to sign the agreement.

16          Q.     And I assume you wouldn't sign an

17     agreement if you thought there was no ability to

18     meet the terms; correct?

19          A.     Correct.

20          Q.     You wouldn't just enter into the

21     agreement on the assumption that if the parent

22     company can't come up with it, who cares, because

23     Super Crypto has no funds anyway; right?

24                      MR. VOLYNSKY:  Objection; form.

25                      THE DEPONENT:  Well, we'd work to raise

1  revenues itself from the other machines it had?

2       A.    I don't.  That goes back to our initial

3  discussion on revenues, I think.

4       Q.    But you do know that the revenues it was

5  generating would never have been anywhere near

6  enough to cover the kind of obligation being

7  undertaken in this agreement; correct?

8            MR. VOLYNSKY:  Objection; form.

9            THE DEPONENT:  Yes, I believe so.

10 BY MR. MANDEL:

11      Q.    You believe that's correct, my

12 statement; correct?

13      A.    I believe that's correct.

14            MR. VOLYNSKY:  Note my objection.
                          **Mandel Exhibit UUU**
15            MR. MANDEL:  Let's mark as Exhibit 22 a

16      document bearing Production No. DEFENDANT_1501

17      to 1514.

18            (Plaintiff's Exhibit 22 was

19      subsequently marked for identification.)

20 BY MR. MANDEL:

21      Q.    Is the top email in Exhibit 22 an email

22 that you sent to Mr. Tencer on March 6th of 2018?

23      A.    Appears to be.

24      Q.    And in it, you say:

25                 "I'm frustrated that we are

```
1                    here again at the end of the day

2                    without a signed agreement."

3                    And you go on to say:

4                         "Unfortunately, I'm held up by

5                    people and timing that I've done

6                    my best to control but have

7                    clearly failed to leverage

8                    according to our ideal plan."

9                    What did you mean by that?

10        A.    Let me read that again.

11              My idea of the plan was to buy the

12    equipment from Mr. Tencer.

13        Q.    And why -- well, strike that.

14              Who was holding you up?  What people are

15    you referring to?

16        A.    Well, I want to get a commitment from

17    our parent company that I can get an advance in

18    order to meet the commitments of the agreement.

19        Q.    And you hadn't been able to secure that

20    yet?

21        A.    It appears not at this stage.

22        Q.    And in the next paragraph, you say:

23                   "I have emails, voice

24               messages, and texts out to the CEO

25               of our parent asking for approval
```

1              to sign."

2              So it's fair to say that as of March 6,

3  2018, you believe you needed approval from the CEO

4  of DPW before entering into this agreement; correct?

5              MR. VOLYNSKY:  Objection; form.

6              THE DEPONENT:  I think you're reading it

7         too literally.  I mean, I could sign it.  I'm

8         the CEO of Super Crypto.  But I wouldn't be

9         comfortable signing it without knowing that I

10        would get the funding.  So that's the context

11        of that sentence.

12  BY MR. MANDEL:

13     Q.    So you might have the literal authority

14  to sign it as the CEO; correct?

15             MR. VOLYNSKY:  Objection; form.

16             THE DEPONENT:  That's what I'm saying,

17        yes.

18  BY MR. MANDEL:

19     Q.    But you personally wouldn't exercise

20  that authority without a commitment from DPW;

21  correct?

22             MR. VOLYNSKY:  Objection; form.

23             THE DEPONENT:  I could, but I personally

24        wouldn't be comfortable without knowing that I

25        could make the payments.

Page 114

1    BY MR. MANDEL:

2        Q.    And the reason you wouldn't be

3    comfortable is you wouldn't want to sign a contract

4    without knowing that the funding was there; correct?

5              MR. VOLYNSKY:  Objection; form.

6              THE DEPONENT:  I consider that good

7         business, yes.

8    BY MR. MANDEL:

9        Q.    Now, you go on to say in the email:

10                "I also want to be clear that

11             Todd (the CEO) wants to close this

12             deal as well so I expect good news

13             when we connect."

14             When you refer to Todd as the CEO, you

15   mean he's the CEO of DPW; correct?

16       A.    Yes.

17       Q.    And you say he wants to close this deal.

18             That was your understanding as of

19   March 6th, 2018; correct?

20       A.    Yes.

21       Q.    And that's based on your communications

22   with him; correct?

23       A.    I imagine.

**Mandel Exhibit VVV**

24             MR. MANDEL:  Let's mark as Exhibit 23 a

25         document bearing Production No. DEFENDANT_1543

1          through, I believe, 1556.
                    **Mandel Exhibit VVV**
2               (Plaintiff's Exhibit 23 was

3          subsequently marked for identification.)

4    BY MR. MANDEL:

5          Q.    Is the top of Exhibit 23 an email that

6    you sent to Mr. Tencer on March 7th of 2018?

7          A.    Appears to be.

8          Q.    And you say you expect to be able to

9    talk with Todd and the CFO this morning.

10               Who's the CFO you're referring to?

11         A.    Will Horne.

12         Q.    Was he the CFO of Super Crypto?

13         A.    He was.

14         Q.    And also of DPW?

15         A.    I don't recall his title at that time at

16   DPW.

17         Q.    And you say:

18               "Once I'm comfortable that we

19               can meet the financial commitment

20               on the timeline and I have

21               approval to sign today, I will."

22               How were you going to get comfortable

23   that you could meet the timeline's financial

24   commitment?

25               MR. VOLYNSKY:  Objection; form.

Page 116

1              THE DEPONENT:  "Meet the financial

2         commitment on the timeline."

3              Again, just my communications with the

4         parent company on how advances would arrive to

5         me.

6    BY MR. MANDEL:

7         Q.    And did you ultimately reach the

8    necessary level of comfort on that point?

9         A.    Yes.

10             MR. MANDEL:  Let's mark as Exhibit 24 a

11        document bearing Production No. DEFENDANT_1645

12        to 1661.

13             (Plaintiff's Exhibit 24 was

14        subsequently marked for identification.)

15   BY MR. MANDEL:

16        Q.    Do you recognize the email at the top of

17   Exhibit 24 as an email that Mr. Tencer sent to you

18   on March 7th of 2018?

19        A.    Yes, it appears to be.

20        Q.    And below that appears to be an email

21   that you had sent to Mr. Tencer earlier in the day;

22   is that correct?

23        A.    It looks like it.  Let me read this.

24             Okay.

25        Q.    Do you recognize the email at the bottom

1          the record.  The time is 11:15.

2               MR. MANDEL:  Mr. Magot, we're going to

**Mandel Exhibit II**

3          mark as Exhibit 25 a document bearing

4          Production No. DEFENDANT_1806.

5               (Plaintiff's Exhibit 25 was

6          subsequently marked for identification.)

7     BY MR. MANDEL:

8          Q.    Is the top email in Exhibit 25 an email

9     that you sent to Mr. Tencer on March 21st, 2018?

10         A.    It appears to be.

11         Q.    And in No. 1, you write:

12              "Our CEO is still nervous over

13              the transfer process."

14              Who are you referring to in this email

15    as "our CEO"?

16         A.    In that context, it would be Mr. Ault as

17    DPW CEO.

18         Q.    And do you recall that Mr. Ault was

19    expressing concern about making sure that the

20    machines would be properly released once the payment

21    was made?

22         A.    I do remember that that was a topic we

23    discussed, yes.

24         Q.    And is it correct that the way you ended

25    up dealing with that concern was doing an escrow

1  agreement?

2         A.    I believe so, yes.

**Mandel Exhibit JJ**

3         MR. MANDEL:  Let's mark as Exhibit 26 a

4    document bearing Production No. DEFENDANT_1919

5    through 1933.

6              (Plaintiff's Exhibit 26 was

7    subsequently marked for identification.)

8  BY MR. MANDEL:

9         Q.    In the email -- the second email from

10  the top is an email Mr. Tencer sent to you on

11  March 22nd, 2018; correct?

12        A.    It appears to be, yes.

13        Q.    And in it, he says:

14              "I believe your CEO will now

15              be comfortable."

16              Do you have any understanding of what's

17  being referenced by "your CEO" in this context?

18        A.    If I read my email below, I'm

19  referencing Todd Ault, the CEO of DPW, so I imagine

20  that's who Mr. Tencer is referencing as well.

21        Q.    And at the top, you say:

22              "Please find the fully

23              executed Escrow instructions."

24              And if you look toward the back of the

25  document starting at 1926 and ending at 1933, does

Page 121

1    that contain the Escrow Agreement that was

2    ultimately entered into with respect to the first

3    500 machines?

4         A.    Let me scroll down there.

5               It appears to be, yes.

6         Q.    And is that your signature that appears

7    on Page 1931 of the exhibit?

8         A.    Yes.

9         Q.    And did you understand that this escrow

10   agreement provided that once the balance for the

11   first 500 machines of 1,487,500 was paid, those 500

12   machines would be released to you?

13        A.    Yes.

14              MR. MANDEL:  Let's mark as Exhibit 27 a

15        document bearing Production No. DEFENDANT_1949

16        to 1950.

17              (Plaintiff's Exhibit 27 was

18        subsequently marked for identification.)

19   BY MR. MANDEL:

20        Q.    Is the top email in Exhibit 27 an email

21   that you sent to Mr. Tencer on March 23rd, 2018?

22        A.    It appears to be.

23        Q.    And do you recall that March 23rd is the

24   date when the payment of the balance on the first

25   500 machines was due?

1          document bearing Production No. DEFENDANT_1958

2          to 1960.

                    **Mandel Exhibit KK**

3               (Plaintiff's Exhibit 28 was

4          subsequently marked for identification.)

5    BY MR. MANDEL:

6          Q.    And if you look at the top of

7    Exhibit 28, it appears to be an email that you sent

8    to Mr. Tencer on March 26th of 2018; correct?

9          A.    It does appear to be that.

10         Q.    And in it you say:

11              "The CEO of the parent company

12              DPW would like to share with you

13              the details around the timing of

14              the release from escrow."

15              Do you have any understanding of why

16   Mr. Ault would be sharing details about this

17   information at this point in time?

18         A.    I think just to provide further clarity

19   on the timing of the advance they would be sending

20   Super Crypto.

21         Q.    And why would that information be coming

22   from him as opposed to you?

23         A.    I'm just involving him to be, again,

24   transparent as possible.

25         Q.    And in the email, you say:

1                    "The CEO of the parent company

2                    DPW would like to share with you

3                    the details."

4              Do you recall at the time that Mr. Ault

5     actually wanted to have a communication with

6     Mr. Tencer about this?

7                    MR. VOLYNSKY:  Objection; form.

8                    THE DEPONENT:  I'm sure I pushed for it.

9     BY MR. MANDEL:

10         Q.    Why would you push for it?

11         A.    Transparency in communication.

12         Q.    And what do you mean by "transparency in

13    communication"?

14         A.    Just be an open book to Mr. Willy Tencer

15    to have him, you know, understand the process.  It's

16    kind of hard to understand for someone outside the

17    organization.

18         Q.    Why do you say that?

19         A.    Not many people understand how parent

20    companies and subs operate unless you're in that

21    environment.

22         Q.    In your dealings, was it your experience

23    that Willy tended to treat DPW and Super Crypto as

24    being one and the same?

25                    MR. VOLYNSKY:  Objection; form.

1          A.    I don't recall.

2          Q.    In the email, Mr. Tencer says:

3                "Please send me the"

4          confirmation -- or "Please send me

5          the conf for the 100K wire that is

6          going out this morning."

7                Do you know whether Mr. Ault provided

8    any indication that they were going to be wiring

9    some portion of the balance due on the 500 machines

10   during that conversation?

11               MR. VOLYNSKY:  Object -- withdraw the

12        objection.

13               THE DEPONENT:  I do not recall.

14   BY MR. MANDEL:

15        Q.    As you sit here today, do you recall

16   whether the -- well, let me move back one.

17               You're aware that the payment for the

18   first 500 machines was made; correct?

19        A.    Yes.

20        Q.    And do you recall that it was made in

21   two portions?

22        A.    I don't recall that.

23        Q.    Okay.  If you look at the top email in

24   Exhibit 29, that's an email you sent to Mr. Tencer

25   on March 27th of 2018; right?

1   as to whether a wire payment of $100,000 was made on

2   or around March 28th of 2018?

3        A.    It doesn't.

         **Mandel Exhibit OO**

4             MR. MANDEL:  Let's mark as Exhibit 32 a

5        document bearing Production No. DEFENDANT_1981

6        through 1982.

7             (Plaintiff's Exhibit 32 was

8        subsequently marked for identification.)

9   BY MR. MANDEL:

10       Q.    Does Exhibit 32 contain an email that

11  you sent to Mr. Tencer on March 28th of 2018?

12       A.    Yes, it does.

13       Q.    And in it, you appear to provide

14  information for a wire in the amount of $100,000 to

15  Blockchain from DPW; is that correct?

16            MR. VOLYNSKY:  Objection; form.

17            THE DEPONENT:  It does appear to say

18       that.

19  BY MR. MANDEL:

20       Q.    Does that refresh your recollection as

21  to whether DPW made a payment for part of the

22  balance on the 500 machines in or around March of

23  2018?

24            MR. VOLYNSKY:  Objection; form.

25            THE DEPONENT:  This one does, yes.

1  BY MR. MANDEL:

2      Q.    And so is it correct that DPW did pay

3  first $100,000 towards the balance on the 500

4  machines?

5              MR. VOLYNSKY:  Objection; form.

6              THE DEPONENT:  Yes, appears to be.

7  BY MR. MANDEL:

8      Q.    And when it made that payment, that was

9  five days after it was supposed to have paid a full

10 $1.4 million; correct?

11             MR. VOLYNSKY:  Objection; form.

12             THE DEPONENT:  It appears to be.

13             MR. VOLYNSKY:  Are you -- hold on.

14             Are you saying -- I just want to make

15        sure I understand your question -- that after

16        it was required to pay the 1.4 million, is the

17        "it" referring to Super Crypto or DPW?

18 BY MR. MANDEL:

19     Q.    Well, the money was going to come from

20 DPW; correct?

21     A.    Yes, they were initiating the wire to

22 Super Crypto -- in Super Crypto's behalf.

23     Q.    And I'm correct that this is five days

24 after the contract would have required the full

25 1.4 million that was left owing on the 500 machines

1    to be paid; correct?

2                    MR. VOLYNSKY:  Objection; form.

3                    THE DEPONENT:  It is five days after the

4            23rd date, yes.

5    BY MR. MANDEL:

6        Q.    And $100,000 is only a small portion of

7    the balance that's due on those 500 machines;

8    correct?

9                    MR. VOLYNSKY:  Objection; form.

10                   THE DEPONENT:  Yes.

11   BY MR. MANDEL:

12       Q.    Why was Super Crypto or DPW or whoever

13   was paying that $100,000 only paying that amount as

14   of this point in time?

15                   MR. VOLYNSKY:  Objection; form.

16                   THE DEPONENT:  I do not recall.

17   BY MR. MANDEL:

18       Q.    Is it because that was the only money

19   that they could come up with at this point?

20                   MR. VOLYNSKY:  Objection; form.

21                   THE DEPONENT:  I don't remember.

22   BY MR. MANDEL:

23       Q.    Whatever the reason, it's fair to say

24   that Blockchain moved forward on that basis with

25   you; correct?

Page 134

1            MR. VOLYNSKY:  Objection; form.

2            THE DEPONENT:  Yes.

**Mandel Exhibit PP**

3            MR. MANDEL:  Let's mark as Exhibit 33 a

4       document bearing Production No.

5       DEFENDANT_1987.

6            (Plaintiff's Exhibit 33 was

7       subsequently marked for identification.)

8  BY MR. MANDEL:

9       Q.    Do you recognize the top email in

10  Exhibit 33 as an email you sent to Mr. Tencer on

11  March 30th of 2018?

12       A.    Yes.

13       Q.    And in it -- in it, you indicate:

14            "I am happy that you received

15            the wire and I am told that I will

16            have more money to send next

17            week."

18            Who told you that you would have more

19  money next week?

20       A.    DPW.

21       Q.    Does that refresh your recollection that

22  the reason only $100,000 was paid was because that

23  was all the money available to you at that point in

24  time?

25       A.    No.

Page 135

1          Q.    Would there be any other reason why you

2     would only pay a small portion of the amount that

3     was due?

4          A.    Again, I don't recall.

5          Q.    But, as you sit here today, can you

6     think of what other possible reasons there would be

7     for not honoring a contractual obligation at that

8     point?

9               MR. VOLYNSKY:  Objection; form.

10              THE DEPONENT:  No.

11    BY MR. MANDEL:

12         Q.    Now, you go on to say:

13              "I do not yet know if it will

14              be enough to purchase just the

15              first 500 or the total 1100.  I'm

16              hoping for one transaction but

17              will be able to share more early

18              next week."

19              Does that refresh your recollection that

20    you were actually contemplating the possibility that

21    you might do the full 1100 machines in one shipment

22    rather than breaking it into two?

23              MR. VOLYNSKY:  Objection; form.

24              THE DEPONENT:  Yeah, I wanted all the

25              machines at this time.

1  BY MR. MANDEL:

2      Q.    And you were hoping that you might have

3  enough funds available to just pay the full balance;

4  correct?

5          MR. VOLYNSKY:  Go ahead.

6          THE DEPONENT:  I was hopeful.

7  BY MR. MANDEL:

8      Q.    And had you discussed that with

9  Mr. Ault?

10     A.    I don't recall.

11     Q.    Do you know, as of March 30th, 2018,

12  which is about three-plus weeks after the contract

13  was signed, whether there had been any significant

14  fluctuation in the price of the machines that you

15  were purchasing in the -- in the market?

16          MR. VOLYNSKY:  Objection; form.

17          THE DEPONENT:  I don't remember specific

18      to the dates there.

19  BY MR. MANDEL:

20     Q.    Well, you know you still wanted all 1100

21  machines as of March 30th?

22     A.    It appears that I did.

                                    **Mandel Exhibit WWW**

23          MR. MANDEL:  Let's mark as Exhibit 34 a

24      document bearing Production No.

25      DEFENDANT_1990.

Page 137

```
 1                (Plaintiff's Exhibit 34 was

 2          subsequently marked for identification.)

 3   BY MR. MANDEL:

 4          Q.    In the bottom of the two emails that

 5   appear in Exhibit 34, Mr. Tencer sent you a

 6   communication on April 2nd of 2018; correct?

 7          A.    Yes.

 8          Q.    And in it, he's asking for specifics on

 9   when the payment is going to be made; correct?

10          A.    Yes.

11          Q.    And he says.

12                "We are working with you to

13                help you satisfy your obligation,

14                but we need to know when the

15                transaction will be completed."

16                Did you agree that Mr. Tencer at that

17   point in time was working with you to try to

18   accommodate your inability to meet the timeline set

19   out in the contract?

20                MR. VOLYNSKY:  Objection; form.

21                THE DEPONENT:  It appears to say that.

22   BY MR. MANDEL:

23          Q.    And was that what you believed he was

24   doing?

25          A.    Yes.
```

Page 138

1        Q.    And you respond to him:

2              "I'm working on getting this

3              information today and will provide

4              these details as soon as I know."

5              How were you working on getting that

6    information?

7        A.    Same as before, just communication with

8    the parent company that was advancing me the funds.

9        Q.    And that would be primarily through

10   Mr. Ault; correct?

11             MR. VOLYNSKY:  Objection; form.

12             THE DEPONENT:  Most likely.

                              **Mandel Exhibit XXX**
13             MR. MANDEL:  Let's mark as Exhibit 35 a

14       document bearing Production No.

15       DEFENDANT_1991.

16             (Plaintiff's Exhibit 35 was

17       subsequently marked for identification.)

18   BY MR. MANDEL:

19       Q.    Is the top email an email that you sent

20   to Mr. Tencer on April 2nd of 2018?

21       A.    It appears to be.

22       Q.    In it, you indicate:

23             "I know I owe you an update

24             and Todd just confirmed that he is

25             still working on this but doesn't

1            have an answer for me yet."

2            Do you know what Todd was doing to work

3    on this at this point in time?

4        A.    I don't.  Specifically, no.

5        Q.    It says in the next sentence:

6                "Again, it is a matter of

7                timing of financing and he said

8                that he will update me later

9                tonight."

10           What did you mean by it's "a matter of

11   timing of financing"?

12       A.    I was referring to when I'd get the

13   money to be able to send to him.

14           MR. MANDEL:  Let's mark as Exhibit 36 a

15       document bearing Production No. BMS 707

16       through 714.

17           (Plaintiff's Exhibit 36 was

18       subsequently marked for identification.)

19   BY MR. MANDEL:

20       Q.    Now, I recognize this is an internal

21   document to Blockchain, but I just want to direct

22   your attention down to the bottom of the first page,

23   in which Mr. Tencer is describing a call he had with

24   the CEO of DPW.  And I just want to ask you if you

25   have any knowledge about that call.

1   that on?

2        A.    Create awareness again.

3        Q.    Do you know whether you communicated

4   with Mr. Ault at that point about what to tell

5   Mr. Tencer?

6        A.    I don't recall.

                              **Mandel Exhibit RR**
7             MR. MANDEL:  Let's mark as Exhibit 38 a

8        document bearing Production No. DEFENDANT_2011

9        through 2012.

10            (Plaintiff's Exhibit 38 was

11       subsequently marked for identification.)

12  BY MR. MANDEL:

13       Q.    Do you recognize the email at the top of

14  Exhibit 38 as an email that Mr. Ault sent to

15  Mr. Tencer, copying you, on April 5th, 2018?

16       A.    It appears to be.

17       Q.    And in it, Mr. Ault says:

18            (As Read) "I do have

19            conditional approval from our

20            bank.  Can I expect to sign

21            tomorrow."

22            Do you have any understanding of what is

23  meant by conditional approval from the bank?

24       A.    No, I don't.

25       Q.    And then Mr. Ault says:

1                    "This will allow us to pay the

2                    first 1.3 million that's owed."

3           That's a reference to the amount that's

4      due on the first 500 machines; correct?

5                    MR. VOLYNSKY:  Objection; form.

6                    THE DEPONENT:  It's close to that

7           amount.  I would assume so.

8      BY MR. MANDEL:

9           Q.    And he goes on to say:

10                    "It's a $10 million line of

11                    credit and I expect things to flow

12                    a little easier now."

13           Do you have any recollection of DPW

14      obtaining a $10 million line of credit in or around

15      April of 2018?

16                    MR. VOLYNSKY:  Objection; form.

17                    THE DEPONENT:  I don't recall.

18      BY MR. MANDEL:

19           Q.    I take it Super Crypto never obtained a

20      $10 million line of credit; correct?

21                    MR. VOLYNSKY:  Objection; form.

22                    THE DEPONENT:  We did not.

23      BY MR. MANDEL:

24           Q.    Do you know whether it was accurate that

25      there was a $10 million line of credit that had been

1  obtained from the bank?

2           MR. VOLYNSKY:  Objection; form.

3           THE DEPONENT:  Again, I don't recall.
                                   **Mandel Exhibit SS**
4           MR. MANDEL:  Let's mark as Exhibit 39 a

5      document bearing Production No. DEFENDANT_2016

6      through 2018.

7           (Plaintiff's Exhibit 39 was

8      subsequently marked for identification.)

9  BY MR. MANDEL:

10      Q.    If you look at the email in the middle

11  of the page, that's a communication that Mr. Tencer

12  sent on April 9th of 2018; correct?

13      A.    April 9th?  Is that what you said?

14  Looks like it.

15      Q.    Yeah.  It says:

16           "On Monday, April 9th, 2018,

17           Willy Tencer wrote:"

18           And then you see the email below.  Do

19  you see that?

20      A.    I do see that.

21      Q.    And in it, he says:

22           "Our position is that we have

23           no problem to work with you and

24           hold the equipment beyond our

25           agreed upon terms, as long as we

1            know that you will honor your

2            payment commitments within a

3            reasonable time."

4            Do you recall him expressing that

5    viewpoint in April of 2018?

6        A.    Yes, I do.  The spirit of our

7    conversations throughout.

8        Q.    And did you agree to operate on that

9    basis?

10           MR. VOLYNSKY:  Objection; form.

11           THE DEPONENT:  On what basis?

12    BY MR. MANDEL:

13        Q.    The basis that's laid out in his email.

14        A.    Well, he's asking a question; right?

15        Q.    Well, he's saying he has no problem

16    working with you and holding the equipment beyond

17    the agreed-upon terms "as long as we know that you

18    will honor your payment commitments within a

19    reasonable time."

20           Did you ever communicate to him that you

21    were not willing or able to work with him under

22    those conditions?

23           MR. VOLYNSKY:  Objection; form.

24           THE DEPONENT:  Not that I recall.

25    ///

1   BY MR. MANDEL:

2        Q.    And were you attempting to work with him

3   under those conditions?

4             MR. VOLYNSKY:  Objection; form.

5             THE DEPONENT:  It appears we were.

6   BY MR. MANDEL:

7        Q.    You didn't tell him to release any of

8   the machines at that point; correct?

9             MR. VOLYNSKY:  Objection; form.

10            THE DEPONENT:  I do recall having

11        conversations with Willy about, look, I

12        understand if you have to sell them to someone

13        else.  I want this equipment.  And I was doing

14        everything I could to, you know, get an

15        advance to pay for them.  But, of course,

16        that's always his option, and I knew that was

17        a risk.

18  BY MR. MANDEL:

19       Q.    But you were trying to work with him so

20  that he wouldn't do that; correct?

21            MR. VOLYNSKY:  Objection; form.

22            THE DEPONENT:  Yes.

23  BY MR. MANDEL:

24       Q.    You wanted him to continue to hold it --

25  hold the machines for you; correct?

1                  MR. VOLYNSKY:  Objection; form.

2                  THE DEPONENT:  Yeah, I don't -- I didn't

3           want to start another process of buying

4           machines from someone else, even though I do

5           recall in this period of time prices were

6           dropping, so I could have gotten a better deal

7           somewhere else.

8    BY MR. MANDEL:

9           Q.    But yet, you still wanted to complete

10   your transaction with Willy?

11                 MR. VOLYNSKY:  Objection; form.

12                 THE DEPONENT:  We had a relationship I

13          wanted to honor.

14   BY MR. MANDEL:

15          Q.    And you understood that he was only

16   going to hold the equipment if you agreed to pay for

17   it; correct?

18          A.    I would -- yeah, I would assume so.

19   It's logical.

20          Q.    I mean, you didn't expect that you would

21   be able to obtain these machines without paying for

22   them; right?

23                 MR. VOLYNSKY:  Objection; form.

24                 THE DEPONENT:  Correct.

25   ///

1    BY MR. MANDEL:

2         Q.    Now, in his email, Mr. Tencer says:

3              "The payment for the 1st batch

4              has been substantially delayed."

5              By that, he means that it's now

6    April 9th, which is a few weeks after March 23rd,

7    and you still haven't completed the payment on the

8    first 500 machines; correct?

9              MR. VOLYNSKY:  Objection; form.

10              THE DEPONENT:  Sounds like that.

11    BY MR. MANDEL:

12         Q.    And when he says, "We are now

13    approaching the due date for the payment of the 2nd

14    batch," he's referring to the April 15th date, when

15    you would have to pay for the next 600 machines;

16    correct?

17              MR. VOLYNSKY:  Objection; form.

18              THE DEPONENT:  I would imagine.

19    BY MR. MANDEL:

20         Q.    And your responses were -- well, strike

21    that.

22              Mr. Ault's response is:

23              "We are on a wrap up call with

24              our lender in about 1 hour.  Once

25              I know when they will release

```
1                    escrow I will email you."
2              Correct?
3         A.    That's what that says, yes.
4         Q.    Why is Mr. Ault taking the lead in
5    responding at this point?
6              MR. VOLYNSKY:  Objection; form.
7              THE DEPONENT:  Well, I imagine because
8         he's following up from their phone
9         conversation we discussed earlier.
10   BY MR. MANDEL:
11        Q.    And is it also because he's the person
12   who's involved in arranging the funding that's going
13   to pay for these machines?
14             MR. VOLYNSKY:  Objection; form.
15             THE DEPONENT:  I would imagine.
16   BY MR. MANDEL:
17        Q.    And he's the person with the best
18   information as to what funds are going to be
19   available and when they're going to be available;
20   right?
21             MR. VOLYNSKY:  Objection; form.
22             THE DEPONENT:  He is the agent of DPW,
23        yes.
24   BY MR. MANDEL:
25        Q.    And he has more information on that than
```

1   you have; right?

2              MR. VOLYNSKY:  Objection; form.

3              THE DEPONENT:  Yes.

4   BY MR. MANDEL:

5        Q.   You have to look to him to know what

6   funds are going to be available to release; right?

7              MR. VOLYNSKY:  Objection; form.

8              THE DEPONENT:  Just like to any lender.

9   BY MR. MANDEL:

10       Q.   Do you consider DPW to be a lender?

11       A.   They provided me with financing.

12       Q.   Was that considered a loan?

13       A.   The terms of the deal weren't ironed out

14  in the beginning.  It's something that we'd work on

15  at the end.

16       Q.   And when you say it wasn't ironed out,

17  there was no formal written agreement with respect

18  to DPW providing advances to Super Crypto; correct?

19       A.   Yes.  That's correct.

20       Q.   And when you say it would be worked out

21  in the end, you mean that if the company got to the

22  point where it was financially viable, then you

23  might repay the funds that had been advanced;

24  correct?

25              MR. VOLYNSKY:  Objection; form.

1          THE DEPONENT:  No, it's not a matter of

2      might.  The company would, in some form.

3  BY MR. MANDEL:

4      Q.    So if the company became financially

5  viable, then you would pay back any advances that

6  had been made?

7      A.    Yes.

8      Q.    But there was no timing set on when that

9  would occur; right?

10      A.    There was no agreement.

11          MR. VOLYNSKY:  Objection; form.

12  BY MR. MANDEL:

13      Q.    I'm sorry.  You can answer.

14      A.    No agreement.

15      Q.    And you weren't paying any interest on

16  that; correct?

17      A.    There was no terms, so no.

18      Q.    And the money never was paid back;

19  correct?

20          MR. VOLYNSKY:  Objection; form.

21          THE DEPONENT:  Correct.

22  BY MR. MANDEL:

23      Q.    Did Super Crypto borrow money from any

24  other related entities apart from DPW?

25          MR. VOLYNSKY:  Objection; form.

1        Q.    Do you recall whether you actually did

2   pay Coolisys?

3        A.    I do not recall.

4        Q.    Do you know whether DPW might have

5   advanced the funds to Coolisys?

6             MR. VOLYNSKY:  Objection; form.

7             THE DEPONENT:  I can't imagine why they

8        would.

9   BY MR. MANDEL:

10       Q.    Well, they are related entities; right?

11            MR. VOLYNSKY:  Objection; form.

12            THE DEPONENT:  It wasn't DPW's debt.  It

13       was Super Crypto's debt.

14   BY MR. MANDEL:

15       Q.    Right.  But DPW was advancing funds to

16   other subsidiaries; correct?

17            MR. VOLYNSKY:  Objection; form.

18            THE DEPONENT:  DPW does advance funds to

19       other subsidiaries, yes.

20   BY MR. MANDEL:

21       Q.    And part of what Mr. Ault does is he

22   allocates capital among the various subsidiaries;

23   correct?

24            MR. VOLYNSKY:  Objection; form.

25            THE DEPONENT:  Correct.

Page 154

1   BY MR. MANDEL:

2        Q.    And determines what funds to make

3   available to what subsidiaries for what purposes;

4   correct?

5        A.    Yes.

                                    **Mandel Exhibit TT**

6              MR. MANDEL:  Let's mark as Exhibit 40 a

7        document bearing Production No. DEFENDANT_28

8        to 32.

9              (Plaintiff's Exhibit 40 was

10       subsequently marked for identification.)

11             MS. CHESTUKHIN:  Sorry.  What's the

12       starting Bates number?  28?

13             MR. MANDEL:  2028.  Sorry.

14   BY MR. MANDEL:

15       Q.    Let's take a look at the top email in

16   Exhibit 40.  That's an email that Mr. Ault sent to

17   Mr. Tencer on April 10th of 2018, with you as a CC;

18   correct?

19       A.    It does appear to be that, yes.

20       Q.    And in it, Mr. Ault says:

21             "Here is the closing date.

22             This Friday the 13th.  Then about

23             5 days later the balance."

24             Do you have any understanding of what's

25   meant by that?

1        I misspoke.

2                MR. VOLYNSKY:  Yeah.

**Mandel Exhibit UU**

3                MR. MANDEL:  We're marking as Exhibit 41

4        a document bearing Production No.

5        DEFENDANT_2033 to 2038.

6                (Plaintiff's Exhibit 41 was

7        subsequently marked for identification.)

8   BY MR. MANDEL:

9        Q.    The email at the top of Exhibit 41 is an

10   email sent from Mr. Ault to various individuals,

11   including Mr. Tencer, with you as a CC, and it's

12   about a half an hour after the email we just looked

**Mandel Exhibit TT**

13   at in Exhibit 40; correct?

14        A.    Correct.

15        Q.    And in it, he says:

16                "Here is the plans.  SRFK the

17                law firm will get a 1.3 plus

18                million wire Friday the 13th."

19                And then further down, it says:

20                "A week later the following

21                Friday we close on the last 600

22                repeating the same exercise."

23                And at the end, he says:

24                "Looking forward to wrapping

25                this up."

1              What's your understanding of what's

2    being communicated in that email?

3         A.    Yeah, now that's more clear.  It does

4    look like the remaining portion, he was referring to

5    the second tranche.

6         Q.    So your understanding was, as of

7    April 10th, that Mr. Ault was communicating to

8    Blockchain that they were about to make the payment

9    for the first 500 machines and expected to close on

10   the last 600 the following Friday; correct?

11             MR. VOLYNSKY:  Objection; form.

12             THE DEPONENT:  It does seem like that.

                            **Mandel Exhibit YYY**

13             MR. MANDEL:  Let's mark as Exhibit 42 a

14        document bearing Production No.

15        DEFENDANT_2053.

16             (Plaintiff's Exhibit 42 was

17        subsequently marked for identification.)

18   BY MR. MANDEL:

19        Q.    And if you look down underneath the

20   first email that appears in Exhibit 42, there's an

21   email that you sent to Mr. Ault on April 15th of

22   2018; correct?

23        A.    Yes.

24        Q.    And in it, you say:

25                  "In accordance with the

Page 160

1              attached agreement for the

2              purchase of 1100 S9's from

3              Blockchain Mining Services LTD, we

4              have made the following payments:"

5              And then you list various payments;

6    correct?

7        A.    Yes.

8        Q.    And then you say:

9              "Remaining due on the first

10             500 machines is 1,387,500."

11             That's the amount shown in the contract

12    less the 100,000 that had been wired; correct?

13       A.    It appears to be, yes.

14       Q.    And then you say:

15             "Remaining due on the final

16             600 machines is 1,621,375."

17             Correct?

18       A.    Correct.

19       Q.    So it was your understanding, as of

20    April 15, 2018, that Super Crypto owed 1,621,375 for

21    the final 600 machines; right?

22       A.    Yeah.  I'm restating the contract terms

23    in this email.

24       Q.    And you say "remaining due," meaning

25    that's what you consider to be owed; correct?

1             MR. VOLYNSKY:  Objection; form.

2             THE DEPONENT:  Yeah.  If we wanted those

3        machines, that's what we'd have to pay.

4    BY MR. MANDEL:

5        Q.    That's what you had agreed to pay;

6    correct?

7             MR. VOLYNSKY:  Objection; form.

8             THE DEPONENT:  Correct.

**Mandel Exhibit ZZZ**

9             MR. MANDEL:  Let's mark as Exhibit 43 a

10        document bearing Production No. DEFENDANT_2099

11        through 2100.

12             (Plaintiff's Exhibit 43 was

13        subsequently marked for identification.)

14    BY MR. MANDEL:

15        Q.    If you look at the top of Exhibit 43,

16    there's an email from Thomas Rose to Mr. Tencer with

17    various CC's on it, including you and Mr. Ault.

18             Who is Mr. Rose?

19        A.    He's with the law firm that held the

20    escrow.

21        Q.    And is that a law firm that Super Crypto

22    has used for advice?

23        A.    I don't recall.

24             MR. VOLYNSKY:  Objection; form.

25             But you can answer.

Page 162

```
 1                    THE DEPONENT:  I don't recall.

 2   BY MR. MANDEL:

 3        Q.    Do you know if it's a law firm that DPW

 4   has used?

 5        A.    I believe so, yes.

 6        Q.    And in this email at the top of
```
**Mandel Exhibit ZZZ**
```
 7   Exhibit 43, Mr. Rose indicates that the funds are

 8   now available for release.

 9              He's referring to the remaining balance

10   on the first 500 machines; correct?

11                   MR. VOLYNSKY:  Objection; form.

12                   THE DEPONENT:  Let me look below to look

13        at the amount.

14              Yes, looks like 1,387,500 he was

15        referring to in this email.

16   BY MR. MANDEL:

17        Q.    And to -- sorry.

18              And, to your understanding, that amount,

19   1,387,500, was paid on or around April 16th of 2018;

20   correct?

21        A.    This email appears to say that, yes.

22        Q.    And the funds that were used to make

23   that payment originated from DPW; correct?

24        A.    Correct.

25                   MR. MANDEL:  Okay.  Why don't we take a
```

1          break.  Let's go off the record.

2               THE VIDEOGRAPHER:  We're going off the

3          record.  The time is 12:07.

4               (Lunch recess taken.)

5               THE VIDEOGRAPHER:  We're going back on

6          the record.  The time is 12:46.

7               MR. MANDEL:  We're going to mark as
   **Mandel Exhibit AAAA**
8          Exhibit 44 a document bearing Production Nos.

9          BMS 1323 through 1339.

10              (Plaintiff's Exhibit 44 was

11         subsequently marked for identification.)

12    BY MR. MANDEL:

13         Q.    Mr. Magot, if you look at the email on

14    the first page of Exhibit 44, it looks like it's an

15    email that you sent to Thomas Rose, cc'g Mr. Tencer,

16    on April 17th, 2018; is that correct?

17         A.    It does appear to be that, yes.

18         Q.    And in it, you ask for him to:

19                   "...draft a second set of

20              escrow instructions for the

21              remaining 600 machines, which we

22              expect to fun by" --

23         A.    Yeah.

24         Q.    -- "Friday this week or early next

25              week."

 1                    Was the "fun" a typo that was meant to

 2    mean "fund"?

 3         A.    It appears to be, yes.

 4         Q.    And so as of April 17, right after you

 5    completed the payment for the first 500 machines, it

 6    was your intention within the next week to buy the

 7    remaining machines; correct?

 8         A.    It does appear to be that way, yes.

 9         Q.    And you say, "We plan to follow the

10    exact same process as the first 500 machines which I

11    attached as well," and indicate the amount that's

12    remaining due; right?

13         A.    Yes.

14         Q.    And what did you mean by following the

15    exact same process?

16         A.    Probably the same way they wired over

17    from the escrow to Digital -- I almost said

18    Digital Farms.  To -- remind me the name.

19         Q.    I'm sorry.  Who are you referring to?

20         A.    To Willy.  To Willy's company.

21         Q.    It's called Blockchain,

22    Blockchain Mining.

23         A.    Blockchain.  Thank you.

24                    MR. MANDEL:  Okay.  Let's mark as
      **Mandel Exhibit XX**
25         Exhibit 45 a document bearing Production No.

1          DEFENDANT_2234 to 2243.

          **Mandel Exhibit XX**

2               (Plaintiff's Exhibit 45 was

3     subsequently marked for identification.)

4  BY MR. MANDEL:

5          Q.    And if you look at the top of

6  Exhibit 45, it looks like you're attaching the fully

7  executed escrow agreement for the remaining 600

8  machines on April 19th, 2018; is that right?

9          A.    Yes.

10          Q.    And if you look toward the back of the

11 document, starting on Page 2239 and finishing on

12 2243, does that, in fact, contain the escrow

13 agreement that was signed with respect to the

14 remaining 600 machines?

15          A.    I'm looking at it.  Yes.

16          Q.    And that's your signature that appears

17 on the last page of Exhibit 45?

18          A.    It is.

19          Q.    Now, this escrow agreement was supposed

20 to be funded with $1.6 million, approximately;

21 correct?

22          A.    Yes.

23          Q.    And I take it that never happened;

24 right?

25               MR. VOLYNSKY:  Objection; form.

1                THE DEPONENT:  Correct.  Did not happen.

2    BY MR. MANDEL:

3         Q.    Do you know why it didn't happen?

4         A.    I didn't get advanced the funds.

5         Q.    As of April 17 or April 19, when you

6    entered into this escrow agreement, you were

7    expecting to be advanced those funds; correct?

8                MR. VOLYNSKY:  Objection; form.

9                THE DEPONENT:  I hoped to get them, yes.

**Mandel Exhibit YY**

10               MR. MANDEL:  Let's mark as Exhibit 46 a

11   document bearing Production No.

12   DEFENDANT_2349.

13               (Plaintiff's Exhibit 46 was

14   subsequently marked for identification.)

15   BY MR. MANDEL:

16        Q.    Is the top email in Exhibit 46 an email

17   that you sent to Mr. Tencer on April 24th, 2018?

18        A.    It appears to be, yes.

19        Q.    And in the second sentence of the second

20   paragraph, you say:

21               "I spoke with Todd yesterday

22                and we are working on finalizing

23                the financing timing for the last

24                600 machines.  It appears that we

25                are looking at later this week at

1                    the earliest."

2          Do you recall how you were working on

3    finalizing the financing at that point?

4          A.    I don't recall.

5          Q.    Were you involved in that process of

6    trying to get the financing?

7                MR. VOLYNSKY:  Objection; form.

8                THE DEPONENT:  From the perspective of

9          Super Crypto, I was always trying to

10         communicate to understand when the funds would

11         be advanced to us; but where the funds came

12         from within DPW, I was not involved.

13   BY MR. MANDEL:

14         Q.    So your involvement was communicating

15   with Mr. Ault as to when the parent would have funds

16   to release to you; correct?

17         A.    That is correct.

18         Q.    In the last paragraph, or the third

**Mandel Exhibit YY**

19   paragraph, of this email in Exhibit 46, you say:

20               "We are anxious to make the

21               payment so we can receive the

22               machines and get them running."

23               That was your viewpoint as of

24   April 24th, 2018; correct?

25               MR. VOLYNSKY:  Objection; form.

1          THE DEPONENT:  Yes.

**Mandel Exhibit BBBB**

2          MR. MANDEL:  Let's mark as Exhibit 47 a

3      document bearing Production No. DEFENDANT_2350

4      to 2351.

5          (Plaintiff's Exhibit 47 was

6      subsequently marked for identification.)

7  BY MR. MANDEL:

8      Q.    The top email in Exhibit 47 is an email

9  Mr. Tencer sent to you on April 24, 2018; right?

10      A.    It does appear to be, yes.

11      Q.    And in it, he says:

12              "As I have indicated in the

13              past, not to worry, we will work

14              with you in regards to the late

15              payment.  Please let me know

16              tomorrow when you expect to

17              finalize."

18          Is that consistent with the approach

19  that Blockchain had adopted previously with respect

20  to late payments under the contract?

21          MR. VOLYNSKY:  Objection; form.

22          THE DEPONENT:  Yes.

**Mandel Exhibit CCCC**

23          MR. MANDEL:  Let's mark as Exhibit 48 a

24      document bearing Production No.

25      DEFENDANT 2364.

1                    (Plaintiff's Exhibit 48 was

2           subsequently marked for identification.)

3                    MS. CHESTUKHIN:  Just to confirm, that

4           was 2364?

5                    MR. MANDEL:  Yes.

6      BY MR. MANDEL:

7           Q.    And the top email in Exhibit 48 is an

8      email that you sent to Mr. Tencer on April 27th of

9      2018; correct?

10          A.    Yes.

11          Q.    In it, you say:

12                    "We expect to be able to talk

13                    today about the timing of the

14                    financing for the 600 machines."

15                    Do you know whether you had any

16     discussions with Mr. Ault at or around April 27,

17     2018, regarding the financing for the 600 machines?

18          A.    I don't recall.

19          Q.    You say:

20                    "I have power and rack space

21                    to start them immediately so I

22                    want them right away."

23                    What did you mean by that?

24          A.    I remember in the previous email, I was

25     in Indiana at this time, so I was referring to the

Page 170

1    Indiana site having more room to take on more

2    equipment.

3         Q.    And you say:

4               "I expect that we are looking

5               at early next week but please let

6               me connect with Todd today and get

7               back with our final plan."

8               As of April 27th, your expectation was

9    that you would be able to close the transaction

10   within the next week; correct?

11              MR. VOLYNSKY:  Objection; form.

12              THE DEPONENT:  It looked like I hoped

13         for that in this email.

14   BY MR. MANDEL:

15        Q.    Well, you said:

16              "I expect that we are looking

17              at early next week."

18              Was that your expectation at the time?

19        A.    It appears to be, yes.

                            **Mandel Exhibit DDDD**

20              MR. MANDEL:  Let's mark as Exhibit 49 a

21        document bearing Production No. DEFENDANT_2369

22        to 2370.

23              (Plaintiff's Exhibit 49 was

24         subsequently marked for identification.)

25   ///

1    BY MR. MANDEL:

2         Q.    And at the top of this email thread in
**Mandel Exhibit DDDD**
3    Exhibit 49, that's an email that you sent to

4    Mr. Tencer on April 30th of 2018; correct?

5         A.    It appears to be.

6         Q.    And at this point, in the second

7    sentence, you say:

8               "Once the month is closed,

9               however, I do want the machines

10              ASAP, so we will continue to push

11              the payment for the last set of

12              machines."

13              By the month closing, are you talking

14   about the April month?

15        A.    It appears I am, yes.

16        Q.    And when you say you'll continue to push

17   the payment, what do you actually mean by that?

18        A.    Continue to talk with the parent company

19   about when I can get funding or if I can get

20   funding.

21        Q.    And were you pushing the parent company

22   for funding during this time period?

23        A.    Yes.

24        Q.    Do you recall what kind of response you

25   were getting?

1        A.    I don't recall.

**Mandel Exhibit ZZ**

2             MR. MANDEL:  Let's mark as Exhibit 50 a

3        document bearing Production No.

4        DEFENDANTS_2377 to 2379.

5             (Plaintiff's Exhibit 50 was

6        subsequently marked for identification.)

7    BY MR. MANDEL:

8        Q.    If you look at the second email from the

9    top in this exhibit, Mr. Tencer indicates in an

10   email to you:

11             "We want to work with you to

12             help you fulfill your obligation,

13             but we need to understand the

14             situation to see if we can help."

15        Do you recall him expressing that

16   sentiment during this time frame?

17             MR. VOLYNSKY:  Objection; form.

18             THE DEPONENT:  I can read that here.

19        Yeah, I don't recall.

20   BY MR. MANDEL:

21        Q.    Do you recall generally during this time

22   frame that Mr. Tencer was looking for information as

23   to when the remaining machines would be paid for?

24        A.    Yes.

25        Q.    And did you ever during those

1    communications say, "We are no longer interested in

2    going forward on the 600 machines"?

3         A.    No.

**Mandel Exhibit ZZ**

4         Q.    And at the top of Exhibit 50 is an email

5    that you sent to Mr. Tencer on May 1st of 2018;

6    correct?

7         A.    It is, yes.

8         Q.    And in it, you say:

9              "We are working on the

10             financing and hope to make the

11             final payment this week."

12             So as of May 1st, 2018, you were still

13    hopeful that you'd be able to pay for the remaining

14    600 machines in early May; correct?

15        A.    Yes.

**Mandel Exhibit EEEE**

16             MR. MANDEL:  Let's mark as Exhibit 51 a

17    document bearing Production No.

18    DEFENDANT_2394.

19             (Plaintiff's Exhibit 51 was

20        subsequently marked for identification.)

21    BY MR. MANDEL:

22        Q.    Is Exhibit 51 an email that you sent to

23    Mr. Tencer on May 2nd of 2018?

24        A.    It appears to be, yes.

25        Q.    And in it, you say that:

1              Mr. Ault "did say that we will

2              get the machines by the end of

3              this week or early next week."

4              Do you recall discussing the timing with

5    which you would be able to get the 600 machines with

6    Mr. Ault in early May?

7         A.    I don't recall that discussion.

8         Q.    If you made that statement to

9    Mr. Tencer, would that have been based on a

10   conversation that you had actually had with

11   Mr. Ault?

12              MR. VOLYNSKY:  Objection; form.

13              THE DEPONENT:  I would assume so.

14   BY MR. MANDEL:

15        Q.    You wouldn't attribute statements to

16   Mr. Ault that he hadn't made, would you?

17              MR. VOLYNSKY:  Objection; form.

18              THE DEPONENT:  No.

19              MR. MANDEL:  Let's mark as Exhibit 52 a

20         document bearing Production No. DEFENDANT_2518

21         through 2526.

22              (Plaintiff's Exhibit 52 was

23         subsequently marked for identification.)

24   BY MR. MANDEL:

25        Q.    At the top of this email thread in

1   Exhibit 52, you send an email to Mr. Ault on May 9th

2   of 2018; correct?

3        A.    Correct.

4        Q.    And you say:

5              "What can I tell Willy about

6              the timing?  We owe him an update

7              today."

8              Correct?

9        A.    Yes.

10       Q.    Do you recall whether you got any

11  feedback from Mr. Ault?

12       A.    I do not.

13       Q.    Do you recall generally during this

14  period whether you did have discussions with

15  Mr. Ault about how you should be dealing with Willy?

16            MR. VOLYNSKY:  Objection; form.

17            THE DEPONENT:  I do not.

                        **Mandel Exhibit FFFF**

18            MR. MANDEL:  Let's mark as Exhibit 53 a

19       document bearing Production No. DEFENDANT_2527

20       through 2535.

21            (Plaintiff's Exhibit 53 was

22       subsequently marked for identification.)

23  BY MR. MANDEL:

24       Q.    If you look at the top of Exhibit 53,

25  this is an email that you sent to Mr. Tencer within

1    a couple of hours of the email that we just looked

2    at cc'g Mr. Ault; is that correct?

3         A.    It does appear to be, yes.

4         Q.    Do you know whether, between the time of
                 **Mandel Exhibit FFFF**
5    Exhibit 52 and Exhibit 53, you received any input

6    from Mr. Ault on what kind of communication you

7    should convey to Mr. Tencer?

8              MR. VOLYNSKY:  Objection; form.

9              THE DEPONENT:  I don't recall.

10   BY MR. MANDEL:

11        Q.    Would it have been your practice to seek

12   such input?

13             MR. VOLYNSKY:  Objection; form.

14             THE DEPONENT:  Yes.

15   BY MR. MANDEL:

16        Q.    And if you look at Exhibit 53, towards

17   the bottom of the top email, you say:

18                  "I really want the machines

19                  and have open racks ready to take

20                  them ASAP."

21             So you're continuing to express to

22   Mr. Tencer the fact that you want those 600

23   machines; correct?

24        A.    Yes.

25        Q.    And you cc'd Mr. Ault on that

1    BY MR. MANDEL:

2        Q.    And if Mr. Ault had expressed to you at

3    any point during this process that he was no longer

4    interested in funding these machines, would you have

5    kept telling Willy you wanted them?

6              MR. VOLYNSKY:  Objection; form.

7              THE DEPONENT:  No.

                                     **Mandel Exhibit AAA**

8              MR. MANDEL:  Let's mark as Exhibit 54 a

9        document bearing Production No. DEFENDANT_2563

10       to 2571.

11             (Plaintiff's Exhibit 54 was

12        subsequently marked for identification.)

13   BY MR. MANDEL:

14       Q.    Is the top email an email you sent to

15   Mr. Tencer on May 9th, 2018?

16       A.    It appears to be.

17       Q.    And in it, you indicate:

18             "I just spoke with Todd who is

19             working with the NYSE to finalize

20             approval of funds to buy the

21             machines."

22             Correct?

23       A.    Correct.

24       Q.    And do you have any reason to believe

25   that you didn't just speak to Todd before sending

1    that email?

2          A.    I do not.

3          Q.    Do you have any recollection of what

4    your discussion with Mr. Ault was?

5          A.    No.

6          Q.    Do you have any understanding of what's

7    meant by "working with the NYSE to finalize approval

8    of funds"?

9          A.    I don't recall the specifics, but I

10   would assume the parent company was trying to get

11   approval for some sort of transaction from the NYSE.

12         Q.    But you don't remember what specific

13   transaction?

14         A.    I do not.

15              MR. MANDEL:  Let's mark as Exhibit 55 a

16         document bearing Production No. DEFENDANT_2599

17         through 2607.

18              (Plaintiff's Exhibit 55 was

19         subsequently marked for identification.)

20              MR. MANDEL:  I'm sorry.  It just looks

21         like it's 2599 to 2601.  I misspoke.

22   BY MR. MANDEL:

23         Q.    And at the top of Exhibit 55, you send

24   an email to Mr. Ault in which you say:

25                    "Making sure you saw this.

1                at this word.  This is a must."

2                Do you recall there being a discussion

3      about funds being wired toward payment of the

4      remaining 600 machines?

5           A.    No.

6           Q.    Do you recall that at this point in time

7      DPW did begin wiring funds toward payment of the

8      remaining 600 machines?

9           A.    I don't recall.

**Mandel Exhibit CCC**

10               MR. MANDEL:  Let's mark as Exhibit 59 a

11          document bearing Production No.

12          DEFENDANTS_2691 to 2692.

13               (Plaintiff's Exhibit 59 was

14          subsequently marked for identification.)

15     BY MR. MANDEL:

16          Q.    If you look at the email in the middle

17     of the page underneath the first email, that

18     contains a communication that Mr. Tencer sent on

19     May 18th, 2018; correct?

20          A.    It appears, yes.

21          Q.    And in it, he says:

22               "Are you sending another wire

23               to be applied as additional

24               deposit today?  You had said that

25               we would be getting 100K

1                    yesterday, but the below

2                    notification states that only 50K

3                    was sent."

4                    Does that refresh your recollection as

5     to whether $50,000 was paid by DPW toward the

6     remaining 600 machines on or around May 18th of

7     2018?

8                    MR. VOLYNSKY:  Objection; form.

9                    THE DEPONENT:  It does appear that we

10        did wire that.

11    BY MR. MANDEL:

12        Q.    And why was DPW wiring money at that

13    point in time?

14                    MR. VOLYNSKY:  Objection; form.

15                    THE DEPONENT:  In the interest of

16        acquiring equipment.

17    BY MR. MANDEL:

18        Q.    So it's fair to say you were still

19    looking to purchase the equipment as of May 18th,

20    2018; correct?

21        A.    Yes.

22        Q.    Now, do you know at that point, as of

23    May 18th, had any consideration being given to

24    simply telling Willy, "You can sell the machines,

25    and we'll just lose our deposit"?

1          Q.     And that was something you think you
2    said orally?
3          A.     Yes.   I believe I said that to Willy on
4    the phone, but I also clearly also said, "I really
5    want the machines."   You know, we had made a
6    business decision to try to move forward and still
7    acquire the equipment.
8          Q.     Now, if the price of the machines had
9    declined so dramatically as of May 18, 2018, why did
10   you still want them at that point?
11         A.     That was a business decision we made.
12   It's a small community, and we wanted to maintain
13   relationships.   And we were also, again, optimistic
14   that the market could turn around.
15         Q.     And I know you said that you told Willy
16   orally he could resell the machines, but in all the
17   communications we've looked at since the closing on
18   the first 500 machines, is there any written
19   communication where you ever stated to Willy that he
20   could go ahead and sell the machines?
21         A.     I don't recall.
22         Q.     And was your hope in sending the $50,000
23   toward payment of the 600 machines to show to Willy
24   that you were still serious about purchasing them?
25                MR. VOLYNSKY:   Objection; form.

1               THE DEPONENT:  The 50,000, yeah.  I

2        believe so, yeah.

3    BY MR. MANDEL:

4        Q.   You would have no reason to send him

5    $50,000 if you didn't want to acquire the machines;

6    correct?

7        A.   That is correct.

8        Q.   And you were also trying to show that

9    you had the ability to raise funds to eventually pay

10   for the full balance; correct?

11              MR. VOLYNSKY:  Objection; form.

12              THE DEPONENT:  Yes.

13   BY MR. MANDEL:

14       Q.   In the top email, it says:

15              "We used a new account because

16              of a legal reason."

17              Do you have any understanding of what

18   that's a reference to?

19              MR. VOLYNSKY:  Objection; form.

20              THE DEPONENT:  I do not.

**Mandel Exhibit GGGG**

21              MR. MANDEL:  Let's mark as Exhibit 60 a

22       document bearing Production No. DEFENDANT_2708

23       to 2711.

24              (Plaintiff's Exhibit 60 was

25       subsequently marked for identification.)

1    BY MR. MANDEL:

2         Q.    If you look at the second email from the
      **Mandel Exhibit GGGG**
3    top in Exhibit 60, it's an email from Mr. Tencer to

4    Mr. Ault.  You're shown as a CC.

5         A.    Uh-huh.

6         Q.    And in it, he says:

7                   "Will you be sending daily

8              wire deposits that you had

9              offered?"

10             Do you have any recollection that in

11   your communications with Mr. Tencer at this point in

12   time, you indicated that you would make daily wire

13   payments?

14        A.    I don't remember being that specific,

15   no.

16        Q.    And in your response, you don't correct

17   Mr. Tencer and say, "We never indicated that we

18   would make daily deposits," do you?

19             MR. VOLYNSKY:  Objection; form.

20             THE DEPONENT:  No.

21   BY MR. MANDEL:

22        Q.    And what you do say is:

23                  (As Read) "Todd will have a

24              plan for full payment finalized

25              this Friday to discuss with you."

1                   Correct?

2          A.    Yes.

3          Q.    And, presumably, you made that statement

4   based on communications you had with Mr. Ault?

5          A.    Presumably, yes.

6                 MR. MANDEL:  Let's mark as Exhibit 61 a

7          document bearing Production No.

8          DEFENDANT_2736.

9                 (Plaintiff's Exhibit 61 was

10         subsequently marked for identification.)

11  BY MR. MANDEL:

12         Q.    Exhibit 61 contains an email that

13  Mr. Tencer sent to you and Mr. Ault on May 25th of

14  2018; correct?

15         A.    Correct.

16         Q.    And in it, he says:

17                "Great speaking with both of

18                you yesterday.  I feel I now have

19                a true understanding of your

20                situation.  I appreciate your

21                willingness to open up."

22                Do you have any understanding or

23  recollection of what was discussed in this

24  conversation?

25         A.    I don't recall.

1          Q.    And at that point in time, did you

2    indicate to Mr. Tencer that given that drop in

3    price, you no longer wanted the machines?

4          A.    Not that I can recall.

5          Q.    Do you recall whether you actually even

6    still believed that was an option as of May 25th,

7    2018?

8                    MR. VOLYNSKY:  Objection; form.

9                    THE DEPONENT:  That what was an option?

10   BY MR. MANDEL:

11         Q.    Just walking away and having no further

12   liability or debt to Blockchain.

13         A.    I believed that was still an option.

14                   MR. VOLYNSKY:  Objection; form.

15   BY MR. MANDEL:

16         Q.    Even after you had paid an additional

17   $50,000, as we had just seen, toward the payment of

18   the machines?

19                   MR. VOLYNSKY:  Objection; form.

20                   THE DEPONENT:  Yes.

21   BY MR. MANDEL:

22         Q.    So your interpretation of the contract

23   is you can keep paying whatever you can come up with

24   toward the machines and still walk away at any point

25   without any further obligation?

1          MR. VOLYNSKY:  Objection; form.  I think

2      you're misstating his testimony.

3          MR. MANDEL:  I'm asking.

4  BY MR. MANDEL:

5      Q.    Is that your understanding?

6          MR. VOLYNSKY:  No.  You're saying you're

7      stating under the -- whatever.

8          Go ahead.  You can answer.

9          Object -- note my objection.

10          THE DEPONENT:  Yeah.  Let me make sure I

11      understand your question.  I got a little

12      confused, but --

13          MR. VOLYNSKY:  Do you want the court

14      reporter to read it back?

15          THE DEPONENT:  No, I think -- let me --

16      give me one sec.

17          I think this is the point where we

18      decided maybe we don't want to buy these

19      machines or maybe we are unable to.

20  BY MR. MANDEL:

21      Q.    So you think --

22      A.    But I don't recall.

23      Q.    -- as of May 25th is when you started

24  seriously thinking about that?

25      A.    I don't recall.

1        Q.    Would you agree that if that was your

2   decision, you needed to communicate that at some

3   point to Blockchain?

4               MR. VOLYNSKY:  Objection; form.

5               THE DEPONENT:  I'm not saying that's our

6         decision.  I don't recall it.

7   BY MR. MANDEL:

8        Q.    I know.  But I'm saying -- you know,

9   you're telling me that you believed, as of this

10  point in time, you had the ability to just walk away

11  and limit your losses to whatever the deposit was on

12  the 600 machines.

13              And I'm asking you:  Did you understand

14  that in order to have that option, you had to

15  affirmatively communicate at some point a decision

16  to Blockchain that you no longer wanted the

17  machines?

18              MR. VOLYNSKY:  Objection; form, calls

19        for a legal conclusion.

20              THE DEPONENT:  Yeah, I don't know.  I

21        would have communicated eventually, I imagine,

22        if that decision was made.

23  BY MR. MANDEL:

24        Q.    But it never was made, was it?

25              MR. VOLYNSKY:  Objection; form.

```
 1                THE DEPONENT:  Not that I can recall.
```
**Mandel Exhibit EEE**
```
 2                MR. MANDEL:  Let's mark as Exhibit 63 a

 3        document bearing Production No. DEFENDANT_2772

 4        to 2773.

 5                (Plaintiff's Exhibit 63 was

 6        subsequently marked for identification.)

 7   BY MR. MANDEL:

 8        Q.    At the top of Exhibit 63 is an email

 9   that you sent to Mr. Ault and to -- to Mr. -- I'm

10   sorry.  What's Will -- Will --

11                MR. VOLYNSKY:  Horne.

12                MR. MANDEL:  Horne.  Right.  Sorry.

13   BY MR. MANDEL:

14        Q.    At the top of Exhibit 63 is an email you

15   sent to Mr. Ault and Mr. Horne on May 31st, 2018;

16   correct?

17        A.    It does appear to be, yes.

18        Q.    And in it, you indicate:

19                "I just spoke with Willy again

20                this morning."

21        Do you believe you would have had a

22   conversation with Willy before sending this email?

23        A.    I imagine I would have, yes.

24        Q.    And in the email, you say:

25                "He is a very reasonable
```

1              person."

2              Do you -- did you believe as of May 31st

3    that Willy was acting reasonably with respect to

4    what he was asking of you in this transaction?

5              MR. VOLYNSKY:  Objection; form.

6              THE DEPONENT:  I do.

7    BY MR. MANDEL:

8         Q.    And you go on to say:

9                 "When I say he is reasonable,

10                it is evident by the fact that we

11                are under contract to pay by 4/30

12                and he is offering the extension

13                to July 15th below."

14             Do you know why you said 4/30 as opposed

15    to the 4/15 date that's in the contract?

16        A.    I don't.

17        Q.    Was that just an error?

18        A.    I don't recall.

19        Q.    And when you say, we were under contract

20    to pay by 4/30, it was your understanding as of

21    May 31st that Super Crypto was contractually

22    obligated to pay for the remaining 600 machines;

23    correct?

24             MR. VOLYNSKY:  Objection; form.

25             THE DEPONENT:  Under the agreement,

 1          yeah.

 2     BY MR. MANDEL:

 3          Q.     And you go on to say:

 4                 "Let's think about how we can

 5                 satisfy this company giving us

 6                 time to create cash."

 7                 What did you mean by that?

 8          A.     Well, that I didn't have financing, and

 9     so I needed a way to get financing.

10          Q.     But what did you mean by Blockchain

11     giving you time to create cash?

12          A.     Just getting more time to find a way to

13     purchase the equipment.

14          Q.     Okay.  And do you recall what kind of

15     response, if any, you got from either Mr. Horne or

16     Mr. Ault?

17          A.     I do not recall.

18                 MR. MANDEL:  Let's mark as Exhibit 64 a

19          document bearing Production No. DEFENDANT_2790

20          to 2792.

21                 (Plaintiff's Exhibit 64 was

22          subsequently marked for identification.)

23     BY MR. MANDEL:

24          Q.     At the top of Exhibit 64 is an email

25     that you sent to Mr. Ault on June 1st, 2018;

1      Q.    And in it, you ask him to "Please

2   advise."

3             What did you mean by that?

4             MR. VOLYNSKY:  Objection; form.

5             THE DEPONENT:  I think, again, just

6         creating awareness, giving them the

7         opportunity to comment.

8   BY MR. MANDEL:

9      Q.    Now, if you look in Mr. Tencer's email

10  below yours, it says:

11              "On the last call Todd was

12              projecting the daily wires would

13              pay the machines off in about 10

14              banking days."

15            Do you have any recollection of Mr. Ault

16  expressing that point of view?

17      A.    I don't recall.

**Mandel Exhibit FFF**

18            MR. MANDEL:  Let's mark as Exhibit 66 a

19         document bearing Production No.

20         DEFENDANT_2795.

21            (Plaintiff's Exhibit 66 was

22         subsequently marked for identification.)

23  BY MR. MANDEL:

24      Q.    Is Exhibit 66 an email that you sent to

25  Mr. Tencer and Mr. Kalfa on the evening of June 1st,

Page 200

1    2018?

2          A.    It appears to be.

3          Q.    And that email follows later in the day,

4    after you had sent two emails to Mr. Ault seeking

5    his input on how to communicate with Blockchain;

6    correct?

7                MR. VOLYNSKY:  Objection; form.

8                THE DEPONENT:  It appears that way.

9    BY MR. MANDEL:
                              **Mandel Exhibit FFF**
10         Q.    And in the email, Exhibit 66, you say:

11               "I'm emailing to make it clear

12               that SCM will honor our obligation

13               to finalize the purchase of the

14               last 600 machines."

15               Is it fair to say that you had received

16    input from Mr. Ault before making that

17    communication?

18         A.    Sure.  Yes.

19         Q.    And that Mr. Ault was in agreement with

20    providing that communication?

21               MR. VOLYNSKY:  Objection; form.

22               THE DEPONENT:  I don't recall.

23    BY MR. MANDEL:

24         Q.    Do you think it's likely that you would

25    have sent an email reaffirming your desire to

1   finalize the purchase if Mr. Ault had told you he

2   didn't want you to finalize the purchase?

3              MR. VOLYNSKY:  Objection; form.

4              THE DEPONENT:  Yeah.

5   BY MR. MANDEL:

6        Q.    I'm sorry.  You think it is likely?

7        A.    No.  I'm sorry.  No.

8        Q.    I'm assuming that you would have wanted

9   Mr. Ault to be aligned with your indication that you

10  still wanted to purchase the 600 machines; correct?

11             MR. VOLYNSKY:  Objection; form.

12             THE DEPONENT:  Yes, if we could come to

13        some terms.

14  BY MR. MANDEL:

15       Q.    Well, when you say "come to some terms,"

16  did you ever communicate in any of these discussions

17  anything other than timing concerns?

18             MR. VOLYNSKY:  Objection; form.

19             THE DEPONENT:  Towards the bottom of

20        this email, we recommend a solution, an option

21        for a different term.

22  BY MR. MANDEL:

23       Q.    Where the machines would be released to

24  you so they could start earning?

25       A.    Yes, and we pay them back as they

1  activity at the parent company level delayed the

2  ability to make payments under the contract with

3  Blockchain?

4           MR. VOLYNSKY:  Objection; form.

5           THE DEPONENT:  Well, there were delays

6      in funding.

7  BY MR. MANDEL:

8      Q.   And do you have any understanding of why

9  there were those delays?

10     A.   I don't recall.

11     Q.   And then you end that first paragraph by

12 saying:

13           "With that said, we will still

14           purchase the machine and will

15           honor our obligation with you."

16           That is what you communicated to

17 Mr. Tencer at that time; right?

18     A.   Yes.

19     Q.   And that was your intention?

20     A.   Yes.

                              **Mandel Exhibit HHHH**
21           MR. MANDEL:  Let's mark as Exhibit 67 a

22     document bearing Production No. DEFENDANT_2796

23     to 2797.

24           (Plaintiff's Exhibit 67 was

25     subsequently marked for identification.)

1    BY MR. MANDEL:

2        Q.    This is an email that Mr. Tencer sent to

3    you on June 4th, 2018; correct?

4        A.    It appears to be, yes.

5        Q.    And he thanks you for your stated

6    commitment to honor your obligation regarding the

7    last 600 machines; correct?

8        A.    Yes.

9        Q.    And then he says:

10            "We will continue to work with

11            you to find a mutually acceptable

12            resolution."

13            Correct?

14        A.    Yes.

15        Q.    Does that refresh your recollection that

16    in June of 2018, Blockchain attempted to continue to

17    work with you on coming up with a timing -- a

18    timeline that you could meet with regard to

19    completing payment on the 600 machines?

20            MR. VOLYNSKY:  Objection; form.

21            THE DEPONENT:  I would say yes.  We were

22        all clearly under water, and he had no other

23        solution, so we agreed to try to work this

24        out.

25    ///

 1    BY MR. MANDEL:

 2         Q.    And when you say you're under -- were

 3    under water, what do you mean?

 4         A.    Well, everyone in this space lost a lot

 5    of money.  He experienced losses.  We experienced

 6    losses.

 7               And, as I mentioned before, it's a small

 8    community.  We tried to honor the obligations and

 9    tried to work through it.  I'm sure we all felt

10    optimistic that it could turn around, so...

                        **Mandel Exhibit IIII**

11               MR. MANDEL:  Let's mark as Exhibit 68 a

12         document bearing Production No. DEFENDANT_2822

13         to 2825.

14               (Plaintiff's Exhibit 68 was

15         subsequently marked for identification.)

16    BY MR. MANDEL:

17         Q.    Is this an email that you sent to

18    Mr. Tencer and Mr. Ault on June 7th of 2018?

19         A.    It appears to be, yes.

20         Q.    And in it, you ask whether you can move

21    the total due from July 31st to August 15th;

22    correct?

23         A.    Yes.

24         Q.    And you say:

25                    "This should be the last

1              request as we get this inked."

2              Correct?

3    A.    I do say that.

4    Q.    Is that what you believed at the time?

5    A.    Yes.

6              MR. MANDEL:  Let's mark as Exhibit 69 a

7    document bearing Production No. DEFENDANT_2896

8    to 2900.

9              (Plaintiff's Exhibit 69 was

10   subsequently marked for identification.)

11 BY MR. MANDEL:

12   Q.    Now, do you recognize the top email in

13 Exhibit 69 as an email that Mr. Tencer sent to you

14 and Mr. Ault on June 13th of 2018?

15   A.    Yes.

16   Q.    And in it, he indicates:

17              "We granted you many

18              extensions to your payment

19              obligations arising under the

20              agreement, which are now months

21              overdue."

22              Correct?

23   A.    Yes.

24   Q.    And he says:

25              "You have delayed us more than

1           MS. CHESTUKHIN:  Yeah.  I mean, I think

2       there were California, some were in Israel,

3       some were in Canada.  So I think it might --

4           THE DEPONENT:  Okay.

5           MR. MANDEL:  Yeah, I don't know.  I

6       mean, it was produced in this form by

7       defendant.

8           MR. VOLYNSKY:  And to us.

9           MR. MANDEL:  Let's mark as Exhibit 72 a

10      document bearing Production No. DEFENDANT_3208

11      to 3209.

12          (Plaintiff's Exhibit 72 was

13      subsequently marked for identification.)

14  BY MR. MANDEL:

15      Q.   And at the top of Exhibit 72 appears to

16  be an email that you sent to Mr. Tencer on July 17,

17  2018; correct?

18      A.   It appears to be, yes.

19      Q.   And in it, you say:

20              "It was more of a gesture and

21              only $1,000.  He will continue to

22              sent something."

23          I assume that was supposed to say "send"

24  something; correct?

25      A.   I assume so, yes.

Page 211

1          Q.    And by "he," I assume you're referring
2    to Mr. Ault; is that right?
3          A.    I believe so.
4          Q.    And when you say, "It was more of a
5    gesture," what do you mean by that?
6          A.    I'm recognizing that it wasn't what he
7    expected.
8          Q.    And it was a small payment relative to
9    the outstanding balance; correct?
10               MR. VOLYNSKY:  Objection; form.
11               THE DEPONENT:  Yes.
12   BY MR. MANDEL:
13         Q.    Was it the intention, by continuing to
14   make payments, however small, to show that there was
15   still a commitment to finalize the payment on the
16   remaining 600 machines?
17               MR. VOLYNSKY:  Objection; form.
18               THE DEPONENT:  Yes.
19               MR. MANDEL:  Let's mark as Exhibit 73 a
20         document bearing Production Nos.
21         DEFENDANT_3210 to 3212.
22               (Plaintiff's Exhibit 73 was
23         subsequently marked for identification.)
24   BY MR. MANDEL:
25         Q.    Do you recognize the email at the top of

1                   (Plaintiff's Exhibit 74 was

2           subsequently marked for identification.)

3    BY MR. MANDEL:

4           Q.    If you look down at the second email

5    from the top in Exhibit 74, it's an email that

6    Mr. Tencer sent to you and Mr. Ault on July 23rd,

7    2018; correct?

8           A.    It appears to be, yes.

9           Q.    And in it, he makes reference to

10   receiving three wires on July 18th, 19th, and 20th;

11   correct?

12          A.    Yes.

13          Q.    Does that indicate that as of mid-July

14   in 2018, DPW had started wiring at least with some

15   degree of more frequency?

16                  MR. VOLYNSKY:   Objection; form.

17                  THE DEPONENT:   It appears to.

18   BY MR. MANDEL:

19          Q.    And Mr. Tencer says, "We will apply all

20   of the above to warehouse storage charges," and

21   gives an invoice number.

22                  Did you have any understanding of what

23   he was referring to there?

24          A.    Yes, I believe I recall he was invoicing

25   us for storage of those miners in Canada.

1  machines at that point in time?

2         A.    I don't recall.

3         Q.    And in the email, Mr. Tencer says:

4               "Please continue to show us

5               good faith and send us wires to

6               the best of your ability."

7               Is it your understanding that Blockchain

8  considered the payment of wires to be a good-faith

9  effort to pay down the 600-machine balance?

10              MR. VOLYNSKY:  Objection; form.

11              THE DEPONENT:  I don't know.

12 BY MR. MANDEL:

13        Q.    Was it a good-faith effort on your part

14 to pay down the machines?

15              MR. VOLYNSKY:  Objection; form.

16              THE DEPONENT:  I don't know what "good

17        faith" means in your mind.  Again, we're just

18        trying to purchase the machines still.

19 BY MR. MANDEL:

20        Q.    And in it, Mr. -- in the email that
                **Mandel Exhibit KKKK**
21 Mr. Tencer sent in Exhibit 76, he says:

22              (As Read) "As you can see, we

23              applied some of your past wires to

24              pay off the first warehouse

25              storage and the balance has been

1                   applied to the Antminers."

2                   Do you have any recollection of

3    reviewing the enclosure that showed how the account

4    stood?

5         A.    I don't recall, but I can see it here.

6         Q.    Would you have likely looked at the

7    statement at the time to see what the account stood

8    at?

9                   MR. VOLYNSKY:  Objection; form.

10                  THE DEPONENT:  That would be likely.

11   BY MR. MANDEL:

12        Q.    And if you look at the second page, it

13   reflects a number of payments between May 18th,

14   2018, and August 7th, 2018, that were being applied

15   toward the payment of the final 600 machines;

16   correct?

17                  MR. VOLYNSKY:  Objection; form.

18                  THE DEPONENT:  I'm not sure where

19        they're applied.  They're applied to a couple

20        invoices here.

21   BY MR. MANDEL:

22        Q.    Well, if you look at the first invoice,

23   that's the -- strike that.

24                  If you look at the entry at the top,

25   that's an invoice for 3,272,500.  That was the

1  purchase price for the total 1100 machines; correct?

2          A.    Correct.

3          Q.    And the first four payments listed under

4  that reflect the deposit and then the payment of the

5  balance for the first 500 machines; correct?

6          A.    Yes.

7          Q.    And that was paid off as of April 17th,

8  2018; correct?

9          A.    Appears to, yes.

10         Q.    So all of the payments under that,

11 starting on May 18th and continuing through

12 August 7th, would have been toward the remaining 600

13 machines; correct?

14               MR. VOLYNSKY:  Objection; form.

15               THE DEPONENT:  Appears to be.

16 BY MR. MANDEL:

17         Q.    And you don't have any reason to dispute

18 that those payments were made; correct?

19         A.    No.

20         Q.    And you don't have any reason to dispute

21 the accuracy of the accounting that Mr. Tencer

22 provided in this document, do you?

23               MR. VOLYNSKY:  Objection; form.

24               THE DEPONENT:  I don't.

25 ///

1  BY MR. MANDEL:

2      Q.    And he's showing the balance owing as of

3  this date, August 13th, 2018, to be a little over a

4  million and a half dollars with respect to the

5  machines; correct?

6      A.    I see that number here.

7      Q.    And did you ever write to object to that

8  number?

9      A.    No.

10      Q.    Did you ever dispute it in any way?

11      A.    Not that I can recall.

**Mandel Exhibit MMM**

12          MR. MANDEL:  Let's mark as Exhibit 77 a

13      document bearing Production No.

14      DEFENDANT_03732 to 3733.

15          (Plaintiff's Exhibit 77 was

16      subsequently marked for identification.)

17          MR. VOLYNSKY:  Rich, can we take five

18      for the bathroom --

19          MR. MANDEL:  Yeah, absolutely.

20          MR. VOLYNSKY:  -- bathroom break?  Yeah.

21          MR. MANDEL:  Sure.  Why don't we take a

22      five- to ten-minute break.

23          THE VIDEOGRAPHER:  We're going off the

24      record.  The time is 2:00 o'clock.

25          (Recess taken.)

1              THE VIDEOGRAPHER:  We're going back on

2         the record.  The time is 2:07.

3    BY MR. MANDEL:

4         Q.    Focusing you to what we marked as
**Mandel Exhibit MMM**
5    Exhibit 77, at the top of that email thread is an

6    email that Mr. Ault sent to Mr. Tencer with you as a

7    CC on September 7, 2018.

8              And in it, he says:

9              "Everything looks good to pay

10         you down."

11             Do you have any understanding of what

12    Mr. Ault was basing that on?

13        A.    I don't.
                                **Mandel Exhibit NNN**
14             MR. MANDEL:  Let's mark as Exhibit 78 a

15         document bearing Production No. DEFENDANT_3765

16         through 3766.

17             (Plaintiff's Exhibit 78 was

18         subsequently marked for identification.)

19    BY MR. MANDEL:

20        Q.    At the top of Exhibit 78 is an email

21    that you sent to Mr. Tencer and Mr. Ault on

22    September 14, 2018; correct?

23        A.    Yes.

24        Q.    And in it, you say:

25             (As Read) "We wanted to be

1                    sure you saw our announcement

2                    today where we got approval to

3                    raise 23.5 million, and we have

4                    begun the process to repay all

5                    outstanding debts."

6                    When you're referring to "our

7        announcement today," was that an announcement by

8        DPW?

9            A.    Yeah.   That's kind of a miswording.

10       That would have been a DPW announcement.

11       Super Crypto did not make an announcement like that.

12           Q.    But by "our" in that instance, you were

13       referring to DPW; correct?

14           A.    Correct.

15           Q.    And when you say, "We got approval to

16       raise 23.5 million," you mean that DPW got that

17       approval; right?

18           A.    Saying, yes.

19           Q.    And when you're talking about beginning

20       the process of repaying all outstanding debts, whose

21       debts are those?  Are those debts of DPW?

22       Super Crypto?  Both?

23                    MR. VOLYNSKY:  Objection; form.

24                    THE DEPONENT:  Yeah, I would just be

25           speaking to Super Crypto.

```
 1   BY MR. MANDEL:

 2       Q.   And as of this point, you write that:

 3            "We expect funds to begin to

 4            become available as soon as next

 5            week."

 6            Was that your expectation at that time?

 7       A.   I don't recall, but it sounds like it

 8   was.

 9       Q.   And do you recall how DPW was raising

10   the 23.5 million?

11            MR. VOLYNSKY:  Objection; form.

12            THE DEPONENT:  I don't.

13   BY MR. MANDEL:

14       Q.   Do you recall that there was a preferred

15   share stock offering?

16       A.   I do --

17            MR. VOLYNSKY:  Objection; form.

18            THE DEPONENT:  I do not recall.
```

**Mandel Exhibit LLLL**

```
19            MR. MANDEL:  Let's mark as Exhibit 79 a

20       document bearing Production No.

21       DEFENDANT_3796.

22            (Plaintiff's Exhibit 79 was

23       subsequently marked for identification.)

24   BY MR. MANDEL:

25       Q.   At the top of Exhibit 79 is an email
```

1  that you sent to Mr. Tencer and Mr. Ault on

2  October 7, 2018; correct?

3      A.    Yes.

4      Q.    And in it, you say:

5            "Can you please send me the

6            total outstanding balance as of

7            today, including the storage

8            costs?"

9            Do you have any recollection of why you

10  were asking for the outstanding balance as of

11  October 7th, 2018?

12     A.    I don't recall, but since I read Willy's

13  email, he's saying he's going to go back to the

14  attorney.  So I'm just asking him to confirm what he

15  feels he is due.

**Mandel Exhibit MMMM**

16           MR. MANDEL:  Let's mark as Exhibit 80 a

17      document bearing Production No. DEFENDANT_3798

18      to 3800.

19           (Plaintiff's Exhibit 80 was

20      subsequently marked for identification.)

21  BY MR. MANDEL:

22     Q.    Do you have Exhibit 80 in front of you?

23     A.    Yes, I do.

24     Q.    And Exhibit 80 appears to be an email

25  that Mr. Tencer sent to you about an hour and a half

Page 225

1   after the time of the email we just looked at; is

2   that right?

3        A.    Yes.

4        Q.    And in it, he says:

5              "Here is the email sent on

6              September 13th.  The balance due

7              is still the same" -- he gives a

8              figure -- "except for the

9              additional storage charges, which

10             will be $300 a day since

11             September 13th."

12             Does that refresh your recollection that

13   the storage charges as of that point in time were

14   $300 a day?

15       A.    Yes.

16       Q.    And do you recall reviewing the

17   attachments to this email at the time?

18       A.    I don't recall.

19       Q.    Is it likely you would have reviewed

20   them?

21             MR. VOLYNSKY:  Objection; form.

22             THE DEPONENT:  It is.

23   BY MR. MANDEL:

24       Q.    And do you recall having any objection

25   to any aspect of the accounting that was provided by

1    Mr. Tencer at the time?

2              MR. VOLYNSKY:  Objection; form.

3              THE DEPONENT:  No.

4    BY MR. MANDEL:

5         Q.    Did you ever write back to him and say,

6    "This is inaccurate; we don't owe you this amount of

7    money"?

8         A.    No.

9              MR. VOLYNSKY:  Objection; form.

10              THE DEPONENT:  Oh, sorry.

11              MR. VOLYNSKY:  Objection; form.

12              You can answer.

13              THE DEPONENT:  No.

14    BY MR. MANDEL:

15         Q.    To the best of your recollection, at the

16    time, did you believe you did owe the amount shown

17    in the attachment?

18              MR. VOLYNSKY:  Objection; form.

19              THE DEPONENT:  Yes.

20              MR. MANDEL:  Let's mark as Exhibit 81 a

21         document bearing Production Nos.

22         DEFENDANTS_515 to 516.

23              Let me just -- I'm sorry.  Can we just

24         go off the record for a minute.

25              THE VIDEOGRAPHER:  We're going off the

1                MR. VOLYNSKY:  Objection; form.

2                THE DEPONENT:  I don't recall.

3    BY MR. MANDEL:

4        Q.   At the end of the second paragraph of

5    the email, you say:

6                 "We are anxious to receive the

7                 machines so we can place them to

8                 work."

9           Is it fair to say as of October 11th,

10   2018, you still were looking to acquire these

11   machines?

12       A.   Yes.  Right here, "We would like to

13   arrange"?

14                MR. VOLYNSKY:  Where does it say

15       "anxious?"

16                MR. MANDEL:  At the end of the second

17       paragraph.

18                THE DEPONENT:  Oh, right here.

19                MR. MANDEL:  Last sentence.

20                MR. VOLYNSKY:  Oh, okay.

21                (Simultaneous speaking.)

22   BY MR. MANDEL:

23       Q.   Is that consistent with your

24   understanding at the time?

25       A.   Yes.

1                    MR. MANDEL:  Let's mark as Exhibit 82 a

2          document bearing Production No.

3          DEFENDANTS_3911 to 3915.

4                    (Plaintiff's Exhibit 82 was

5          subsequently marked for identification.)

6    BY MR. MANDEL:

7          Q.    Is Exhibit 82 at the top an email that

8    you sent to Mr. Tencer on October 12th of 2018?

9          A.    It appears to be.

10         Q.    And if you look in the middle of the

11   second line, it says that:

12                    "The machine value has dropped

13               to 411 with PSU on the Bitmain

14               website."

15               Is it your understanding that as of

16   October 12, 2018, Bitmain was showing the market

17   price of these machines to be 411 per machine?

18         A.    It does sound like that, yes.

19         Q.    And that's significantly below what

20   price had been set in the agreement between the

21   parties; correct?

22         A.    Significantly, yes.

23         Q.    And you indicate after that:

24                    "We just can't afford to pay

25               legal and interest fees and need

1    October 17, 2018?

2         A.    Yes, it appears to be.

3         Q.    And so that's about five days after the

4    email we just looked at; right?

5         A.    Yes.

6         Q.    And in it, you say:

7              (As Read) "We want to make you

8              whole on the original agreement as

9              we work to minimize our incredible

10             losses."

11             It actually says "loses," but I assume

12   that means "losses"; correct?

13        A.    Yes.

14        Q.    And by "making whole on the original

15   agreement," you meant paying the full contract price

16   for the 600 machines; right?

17        A.    I believe so.

18             MR. VOLYNSKY:  Objection --

19             THE DEPONENT:  Oh, sorry.

20             MR. VOLYNSKY:  Objection; form.

21             You can answer.

22             THE DEPONENT:  I believe so.

23             MR. MANDEL:  Let's mark as Exhibit 84 a

24        document bearing Production No. DEFENDANT_4112

25        through 4135 [sic].

```
 1                    (Plaintiff's Exhibit 85 was

 2           subsequently marked for identification.)

 3    BY MR. MANDEL:

 4           Q.    Is the top email another email you sent

 5    to Mr. Horne and Mr. Ault on October 22nd, 2018?

 6           A.    It appears to be, yes.

 7           Q.    And that's about three days after the

 8    email we just looked at, Exhibit 84.

 9                    In this email, Exhibit 85, you ask:

10                        "Any thoughts on my email from

11                    last week?  Below you will see

12                    that Willy said he is giving this

13                    to his attorney if we don't have a

14                    signed agreement to him today.

15                    Let me know how I can help us

16                    avoid additional legal fees and

17                    penalties."

18                    Were you still looking for input on

19    Exhibit 84 that you had forwarded to Mr. Ault and

20    Mr. Horne?

21           A.    Yes.

22           Q.    And is it fair to say at this point

23    you're looking to avoid the potential of being

24    charged with legal fees and penalties under the

25    agreement?
```

1             MR. VOLYNSKY:  Objection; form.

2             THE DEPONENT:  I'd say I'm looking to

3       resolve it still, yes.

4   BY MR. MANDEL:

5       Q.    But what you say in particular is:

6             "Let me know how I can help us

7             avoid additional legal fees and

8             penalties."

9             Correct?

10      A.    Yes.

11      Q.    You don't say:

12            "Let me know how I can avoid

13            responsibility for the payment."

14            Correct?

15      A.    Correct.

16      Q.    You don't suggest that you're not

17  responsible for the payment, do you?

18            MR. VOLYNSKY:  Objection; form.

19            THE DEPONENT:  Not in this email.

20  BY MR. MANDEL:

21      Q.    Or in any email that we've looked at to

22  date; correct?

23            MR. VOLYNSKY:  Objection; form.

24            THE DEPONENT:  Not that I can recall.

                             **Mandel Exhibit PPPP**

25            MR. MANDEL:  Let's mark as Exhibit 86 a

1          document bearing production

2          No. DEFENDANT_4297.

                        **Mandel Exhibit PPPP**
3                  (Plaintiff's Exhibit 86 was

4          subsequently marked for identification.)

5    BY MR. MANDEL:

6          Q.    Do you recall receiving this email from

7    Mr. Tencer on or around October 26, 2018?

8          A.    I don't recall.

9          Q.    Separate and apart from whether you can

10   recall this specific email, do you recall at some

11   point around this time becoming aware that

12   Blockchain had indicated it was going to resell the

13   machines?

14         A.    Yes.

15         Q.    And did you have any communications with

16   Mr. Tencer about that after they communicated that

17   intention?

18         A.    I don't recall.

19         Q.    Now, are you aware of what price

20   Blockchain resold the 600 machines for?

21         A.    I'm not.

22         Q.    If I represent to you that the price

23   that it received was approximately $316.40 per

24   machine for a total of $189,840, do you have any

25   understanding of whether that price represents

1    accurately the fair market value of those machines

2    as of that time?

3        A.    I wouldn't be able to answer that

4    accurately, no.

5        Q.    I mean, we had looked at an email from

6    just a couple of weeks earlier where you talked

7    about the price being in the range of $400 a machine

8    on the Bitmain website; correct?

9        A.    Yes.

10       Q.    Does it strike you, based on that, that

11   the $316 price seems to be in the general ballpark

12   of what the market was offering at that point in

13   time?

14               MR. VOLYNSKY:  Objection; form.

15               THE DEPONENT:  Generally.  Seems low,

16       but generally.

17   BY MR. MANDEL:

18       Q.    It's not like you think the machines

19   were worth anything close to what you had agreed to

20   pay for them; right?

21               MR. VOLYNSKY:  Objection; form.

22               THE DEPONENT:  Right.

23   BY MR. MANDEL:

24       Q.    Do you have any reason to believe that

25   the resale price that Blockchain achieved on the

Page 237

1    sale of the machines was unreasonable given

2    marketplace conditions?

3              MR. VOLYNSKY:  Objection; form.

4              THE DEPONENT:  No.        **Mandel Exhibit G**

5              MR. MANDEL:  Let's mark as Exhibit 87

6         the document bearing Production Nos.

7         DEFENDANTS_1 to 2.

8              (Plaintiff's Exhibit 87 was

9         subsequently marked for identification.)

10   BY MR. MANDEL:

11        Q.    Have you ever seen Exhibit 87 before?

12        A.    Yes, it looks familiar.

13        Q.    Is this, to your understanding, accurate

14   balance sheets for Super Crypto for the years 2018

15   and 2019?

16        A.    I believe so.

17        Q.    Is there anything in this -- in these

18   documents that assists you in providing further

19   information about the level of revenues that were

20   achieved by Super Crypto in 2018?

21             MR. VOLYNSKY:  Objection; form.

22             THE DEPONENT:  Do I see a revenues line?

23   BY MR. MANDEL:

24        Q.    Well, it's a balance sheet, so I

25   don't --

1        A.    Yeah.

2        Q.    I don't think there is.  I mean, it

3   shows assets.  It doesn't seem to be an income

4   statement --

5        A.    Yeah.

6        Q.    -- but you would know better than me.

7              I'm just asking whether anything in it

8   assists you in any way in estimating more accurately

9   the level of revenue.

10       A.    No.

11             MR. VOLYNSKY:  Objection; form.

12             THE DEPONENT:  No.

13   BY MR. MANDEL:

14       Q.    Would you need to see an income

15   statement to do that?

16             MR. VOLYNSKY:  Objection; form.

17             THE DEPONENT:  Ideally.

18   BY MR. MANDEL:

19       Q.    If you look at the balance sheet on the
                    **Mandel Exhibit G**
20   first page of Exhibit 87, it reflects what's

21   referred to as intercompany receivables and a

22   negative $11 million.

23             Are you able to explain what those

24   entries mean?

25       A.    Those are advances.

1          Q.    So does this indicate that Coolisys had

2    advanced more than $9 million to Super Crypto?

3          A.    I believe so.

4          Q.    And do you know what that $9 million was

5    used for?

6          A.    Purchase of bitcoin miners.

7          Q.    And then there's an entry for negative

8    2,160,000 DPW.

9                Does that indicate that DPW also

10   advanced an additional $2 million?

11         A.    Yes.

12         Q.    And is Coolisys a wholly owned

13   subsidiary of DPW?

14         A.    I believe so.

15         Q.    I assume it's correct to say that

16   Super Crypto never paid any dividends to anyone;

17   correct?

18         A.    That would be correct.

19         Q.    And it never earned any profits;

20   correct?

21         A.    Correct.

22         Q.    Do you recall that Super Crypto had a

23   bank account for a short period of time during 2018?

24         A.    Yes.

25         Q.    And that account was ultimately closed

1    down by the bank?

2         A.    Correct.

3         Q.    And do you know why the bank closed it

4    down?

5         A.    Yes.

6         Q.    Why was that?

7         A.    Because of the name Super Crypto.  Banks

8    were very sensitive of anything crypto-related.

9              MR. MANDEL:  Let's mark as Exhibit 88 a

10             document bearing Production No.

11             DEFENDANTS_4965.

12             (Plaintiff's Exhibit 88 was

13             subsequently marked for identification.)

14   BY MR. MANDEL:

15        Q.    Do you recall sending this email to

16   Ms. Chupric and Mr. Horne in April of 2018?

17        A.    Yes.

18        Q.    And the first sentence seems to

19   reference what we were just talking about with the

20   bank shutting down Super Crypto's bank account;

21   correct?

22        A.    It does.

23        Q.    And then you say:

24             "Todd and I were thinking that

25             we could set up an account with

1                   Silicon Valley Bank because of the

2                   existing relationship and because

3                   they are more familiar with tech

4                   companies.  Could you help me

5                   establish an account with SVB for

6                   Super Crypto Mining?"

7             Do you know, were any efforts ever made

8    to try to set up an account with Silicon Valley

9    Bank?

10                  MR. VOLYNSKY:  Objection; form.

11                  THE DEPONENT:  Yes.

12   BY MR. MANDEL:

13        Q.    What efforts were made?

14        A.    I spoke with them.  I spoke to a number

15   of banks, just trying to find other bank accounts,

16   but always got rejected for the same reason.

17        Q.    So you made attempts in April 2018 to

18   open a separate account?

19        A.    Yes.

20        Q.    And were unsuccessful?

21        A.    Correct.

22        Q.    So after the two-month period, or

23   approximately two-plus months, when Super Crypto had

24   a bank account, it never had one after that?

25        A.    Correct.  Did not.

Page 242

1      Q.    And all the funding in the bank account

2  during the period it had it was advanced by DPW;

3  correct?

4           MR. VOLYNSKY:  Objection; form.

5           THE DEPONENT:  They were advances from

6      DPW or Coolisys.                    **Mandel Exhibit H**

7           MR. MANDEL:  Let's mark as Exhibit 89 a

8      document bearing Production No.

9      DEFENDANTS_4885 through 4897.

10           (Plaintiff's Exhibit 89 was

11      subsequently marked for identification.)

12  BY MR. MANDEL:

13      Q.    If you look at the document behind the

14  cover email in Exhibit 89, do those appear to

15  reflect statements from Wells Fargo for the

16  Super Crypto bank account?

17      A.    Yes.

18      Q.    And if you look at the third page of the

19  document, Page 4887, you'll see there there are

20  shown about $50,000 in deposits during the month of

21  February 2018; correct?

22      A.    I see that.

23      Q.    And all of those are shown as

24  originating with DPC; correct?

25      A.    Yes.

Page 243

1      Q.    I'm sorry.  And is that -- that's DPW;

2  correct?  That's the entity?

3      A.    That is correct.

4      Q.    And then if you look, jumping ahead to

5  4891, you see there's a deposit there for 150,000

6  and another one for 70,000 during March of 2018.

7            Those both originated with DPW as well;

8  correct?

9      A.    Correct.

10     Q.    And that's the same, if you turn to the

11  next page, 4892, all of the deposits shown there

12  totaling $250,000 all originated with DPW as well;

13  correct?

14     A.    Correct.

15     Q.    And turning to the next page, 4893, the

16  30,000 deposit that's shown there also originated

17  with DPW; correct?

18     A.    Correct.

19     Q.    Do you know whether there was any money

20  left in the DP- -- I'm sorry -- in the Super Crypto

21  bank account as of April, when you were closing it

22  out?

23     A.    I don't recall.

24     Q.    Do you know what would have happened to

25  any funds that still remained?

Page 246

1           C E R T I F I C A T E

2

3    STATE OF CALIFORNIA )

4                       ) ss.:

5    COUNTY OF ORANGE    )

6

7           I, TAMI L. LE, Certified Shorthand

8    Reporter within and for the State of

9    California, do hereby certify:

10          That DARREN MAGOT, the witness whose

11   deposition is hereinbefore set forth, was duly

12   sworn by me and that such deposition is a true

13   record of the testimony given by such witness.

14          I further certify that I am not related

15   to any of the parties to this action by blood

16   or marriage; and that I am in no way

17   interested in the outcome of this matter.

18          IN WITNESS WHEREOF, I have hereunto set

19   my hand this 26th day of January, 2023.

20   _____

21          TAMI L. LE, CSR NO. 8716, RPR

22

23

24

25

**$**

**$1,000** 210:21

**$1.4** 132:10

**$1.6** 57:6 70:18,23
72:6,16 76:23 165:20

**$10** 143:10,14,20,25

**$100,000** 129:18
131:1,14 132:3
133:6,13 134:22

**$11** 238:22

**$189,840** 235:24

**$2** 212:18 239:10

**$200,000** 48:3

**$250,000** 243:12

**$2900** 59:18

**$300** 123:20,22 214:4
225:10,14

**$316** 236:11

**$316.40** 235:23

**$400** 236:7

**$400,000** 46:14

**$5,000** 80:10

**$50,000** 184:5
186:22 187:5 192:17
242:20

**$700,000** 40:12

**$9** 239:2,4

**1**

**1** 18:4 23:9,16,17,20
119:11 148:24

**1,387,500** 160:10
162:14,19

**1,487,500** 121:11

**1,561,375** 79:3

**1,566,375** 227:22

**1,621,375** 56:24
160:16,20

**1.3** 143:2 158:17

**1.4** 128:25 132:16,25

**10** 80:12,15,18 83:11
199:13

**10,000** 43:22

**100,000** 160:12

**1000** 212:5

**10017** 18:16

**100K** 127:5 129:15
183:25

**10:18** 92:25

**10:30** 92:23 93:3

**10th** 154:17 159:7

**11** 83:21,24 84:2

**1100** 106:12 129:23
130:2 135:15,21
136:20 160:2 219:1

**1153** 90:23

**11:00** 118:23

**11:15** 119:1

**11th** 227:18 228:9

**12** 85:4,7,10,20 86:4
229:16

**1207** 91:22 93:7

**1253** 99:3

**1282** 102:7

**12:07** 163:3

**12:46** 163:6

**12th** 229:8

**13** 86:23 87:1,5

**1323** 163:9

**1339** 163:9

**1341** 103:15

**13th** 83:13 117:9
154:22 155:4,18
158:18 206:14 220:3
225:6,11 227:23

**14** 89:13,16,19 90:2
221:22

**1400** 33:9,20

**14th** 80:10 208:7

**15** 62:1 65:10 66:10,
12 90:21,24 91:3
156:12 160:20

**150,000** 243:5

**1500** 104:12

**1514** 111:17

**1556** 115:1

**1590** 85:5

**1592** 86:4

**1593** 85:6

**15th** 62:3 63:4,16
148:14 159:21
182:18 196:13
205:21 216:16

**16** 91:20,23 93:6

**1661** 116:12

**16th** 162:19

**17** 97:13,16,19 164:4
166:5 210:16 231:1

**1721** 50:6,7

**1731** 50:2

**17th** 84:3,12 163:16
209:2,15 212:2 219:7

**18** 99:1,4,7 186:9

**18th** 183:19 184:6,19,
23 209:14 213:10
218:13 219:11

**19** 57:5 102:5,8,11
166:5

**1926** 120:25

**1931** 121:7

**1933** 120:5,25

**1950** 121:16

**1960** 124:2

**1971** 129:6

**1977** 130:8

**1982** 131:6

**1991** 25:13

**19th** 56:13 59:1 60:2
165:8 213:10 232:8

**1:18-cv-11099-alc**
18:10

**1st** 148:3 173:5,12
197:25 199:25

**2**

**2** 32:17,20,24 33:3
40:6,8 52:2 122:13
129:24 237:7

**2(a)(i)** 52:6

**2(a)(ii)** 54:22 55:9
122:14

**2,160,000** 239:8

**20** 17:1 103:13,16,20

**2012** 142:9

**2015** 67:22

**2017** 27:7

**2018** 28:8 33:18
40:22 43:2 53:4
56:13 57:5 59:2 60:2,
21 61:16 62:1,4 63:4
64:8 65:10 69:6 70:9
71:9 72:15,24 75:5
76:5,22 77:18 78:25
80:19 81:19 83:5
84:3,12,18 87:6 91:4
93:12 97:20 99:10
102:13 103:21
104:18 110:25
111:22 113:3 114:19
115:6 116:18 119:9
120:11 121:21
122:20 124:8 126:12
127:25 129:12
130:13 131:2,11,23
134:11 136:11 137:6
138:20 141:17
142:15 143:15 144:6,
12,16 145:5 154:17
159:22 160:20
162:19 163:16 165:8
166:17 167:24 168:9
169:9,17 171:4
173:5,12,23 175:2
178:15 182:19
183:19 184:7,20
186:9 189:14 191:17
192:7 195:15 197:25
200:1 204:3,16
205:18 206:14

**2019** 237:15

**2020** 44:6

**2023** 17:1 18:12

**2028** 154:13

**2038** 156:22 157:13
158:5

**2041** 157:17

**20th** 18:12 213:10

**21** 104:10,13,16
109:3

**2100** 161:11

**21st** 119:9

**22** 111:15,18,21

**2239** 165:11

**2243** 165:1,12

**228** 18:15

**22nd** 33:18 120:11
233:5

**23** 114:24 115:2,5

**23.5** 222:3,16 223:10

**2351** 168:4

**2364** 168:25 169:4

**2370** 170:22

**2379** 172:4

**23rd** 53:4 54:23
121:21,23 122:2,15,
20 129:1 133:4 148:6
156:12 213:6 214:24

**24** 116:10,13,17
168:9

**24th** 69:6 70:9,20
166:17 167:24

**207:13 208:7 209:2,9
210:17 212:2 213:7,
14 214:24 215:7,18
216:3,16 218:14
219:8 220:3 221:7,22
224:2,11 227:18
228:10 229:8,16
231:1 232:8 233:5
235:7 237:14,20
239:23 240:16
241:17 242:21 243:6**

**25** 119:3,5,8

**25,000** 44:1

**250,000** 48:4

**2526** 174:21

**2535** 175:20

**2571** 178:10

**2599** 179:21

**25th** 87:6 189:13 191:17 192:6 193:23

**26** 120:3,6 235:7

**2601** 179:21

**2607** 179:17

**2618** 180:14

**2623** 181:20

**2664** 182:12

**2668** 182:9

**2692** 183:12

**26th** 124:8

**27** 121:14,17,20 126:12 169:16

**2711** 187:23

**2773** 195:4

**2792** 197:20

**2797** 203:23

**27th** 127:25 129:11 169:8 170:8

**28** 123:25 124:3,7 154:12

**2825** 205:13

**28th** 130:13 131:2,11

**29** 126:3,6,9 127:24

**2900** 206:8

**2903** 207:24

**2904** 207:24,25 208:1

**2:00** 220:24

**2:07** 221:2

**2:15** 227:1

**2:16** 227:4

**2:40** 244:21,25

**2nd** 71:9 72:14,23 91:4 93:11 137:6 138:20 148:13 173:23

---

**3**

**3** 49:25 50:3,10,19,25 51:2,5,11,19,23 52:2, 13 54:12 61:23,24 66:23 67:6 70:21 122:3

**3,272,500** 218:25

**3-** 46:14

**3.5** 123:1 128:13

**3/16/18** 95:12

**3/7/18** 95:10

**30** 17:20 129:5,7,10

**30(b)(6)** 23:9

**30,000** 243:16

**300** 83:13 227:22

**300,000** 46:10

**3080** 227:7

**30th** 134:11 136:11, 21 171:4

**31** 130:6,9,12

**31st** 195:15 196:2,21 205:21

**32** 131:4,7,10 154:8

**3209** 210:11

**3212** 211:21

**33** 134:3,6,10

**3320** 212:24

**34** 136:23 137:1,5

**35** 25:24 138:13,16

**3532** 215:12

**36** 139:14,17

**3649** 216:10

**37** 141:10,13,16

**3733** 220:14

**3766** 221:16

**38** 142:7,10,14

**3800** 224:18

**3879** 227:11

**3880** 227:10,11,12

**39** 144:4,7

**3915** 229:3

**3rd** 77:17 78:25

---

**4**

**4** 56:4,7,10

**4/15** 196:15

**4/30** 196:11,14,20

**40** 154:6,9,16 156:16 158:13

**400,000** 46:11

**4044** 230:20

**41** 156:20 157:15,20, 24 158:3,6,9

**411** 229:13,17

**4124** 232:4,5

**4135** 231:25

**4147** 232:24

**42** 157:11,23 159:13, 16,20

**43** 161:9,12,15 162:7

**4321** 56:5

**4346** 68:22 69:1

**4355** 71:3

**4357** 74:24

**4362** 75:25

**44** 163:8,10,14

**45** 77:9 164:25 165:2, 6,17

**4525** 77:12

**4533** 77:5

**4551** 77:12

**45th** 18:15

**46** 166:10,13,16 167:19

**47** 168:2,5,8

**4705** 32:18

**48** 168:23 169:1,7

**4887** 242:19

**4891** 243:5

**4892** 243:11

**4893** 243:15

**4897** 242:9

**49** 170:20,23 171:3

**4th** 75:5 97:20 99:10 102:12 204:3

---

**5**

**5** 68:20,23 69:5 95:9 128:4 154:23 155:9

**5,000** 208:12

**50** 172:2,5 173:4

**50,000** 187:1

**500** 53:3 106:13 121:3,11,25 122:17 123:17 127:9,18 129:1 130:20 131:22 132:3,25 133:7 135:15 143:4 148:8 155:3 157:4 159:9 160:10 162:10 164:5, 10 186:18 219:5

**500-machine** 156:4

**50K** 184:2

**51** 173:16,19,22

**516** 226:22

**52** 174:19,22 175:1 176:5

**53** 175:18,21,24 176:5,16

**54** 178:8,11

**55** 179:15,18,23

**56** 180:12,15,18

**57** 181:18,21,25

**58** 182:7,14,17

**59** 183:10,13

**5K** 80:8

**5th** 103:21 141:17 142:15

---

**6**

**6** 71:1,4,7 113:2

**6.3** 40:21

**6/14** 80:8

**60** 187:21,24 188:3

**600** 57:1,7 59:2 62:5, 17 67:11,17,23 68:13 76:23 79:8 106:14,23 148:15 155:22 156:5 158:21 159:10 160:16,21 163:21 165:7,14 166:24 169:14,17 173:2,14 174:5 176:22 180:8 183:4,8 184:6 186:23 194:12 196:22 200:14 201:10 204:7, 19 211:16 216:5,25 218:15 219:12 231:16 235:20

**600-machine** 217:9

**61** 189:6,9,12

**62** 190:15,18

**63** 195:2,5,8,14

**64** 197:18,21,24

**65** 198:16,19,22

**66** 199:18,21,24 200:10 202:11

**67** 203:21,24

**68** 205:11,14

**69** 206:6,9,13

**6th** 104:18 111:22 114:19

---

**7**

**7** 74:22 75:1 83:5 221:7 224:2

**70** 207:22 208:2

**70,000** 243:6

**707** 139:15

**71** 208:19,22 209:1

**714** 139:16

**72** 210:9,12,15

**73** 211:19,22 212:1

**74** 212:22 213:1,5 214:23

**75** 215:11,13

**76** 216:8,11,15 217:21

**77** 220:12,15 221:5

**78** 221:14,17,20

**79** 223:19,22,25

**7th** 80:19 81:19 115:6 116:18 117:1 205:18 218:14 219:12 224:11

---

**8**

**8** 75:23 76:1

**80** 224:16,19,22,24

**81** 226:20 227:6,8

**810** 18:16

**82** 229:1,4,7

**83** 230:18,21,25

**84** 231:23 232:1,7 233:8,19

**85** 232:22 233:1,9

**86** 234:25 235:3

**87** 237:5,8,11 238:20

**88** 240:9,12

**89** 242:7,10,14

**8:40** 17:2,5

---

**9**

**9** 77:3,6,16

**975** 86:25

**980** 89:15

**9:25** 55:24

**9:36** 56:2

**9th** 76:5,22 117:9 144:12,13,16 148:6 175:1 178:15 215:18

---

**A**

**a.m.** 17:2,5 118:23

**ability** 21:2 67:11 70:9 78:5 86:18 109:17 180:5 187:9 194:10 202:20 203:2 217:6

**absolutely** 90:4 117:18 220:19

**absorbing** 230:1

**Abstract** 38:9,12,13

**acceptable** 204:11

**access** 103:3 110:15

**accommodate** 20:17 105:17 137:18

**accordance** 52:12 159:25

**account** 47:1 58:17 123:2 187:15 218:3,7 239:23,25 240:20,25 241:5,8,18,24 242:1, 16 243:21

**accounting** 76:14 219:21 225:25 232:13

**accounts** 241:15

**accuracy** 219:21

**accurate** 33:16,19 143:24 198:15 237:13

**accurately** 20:4 236:1,4 238:8

**achieve** 41:9

**achieved** 40:15 236:25 237:20

**acquire** 108:7 186:7 187:5 228:10

**acquired** 33:11 34:23,24

**acquiring** 65:22 184:16

**acquisitions** 202:17

**acting** 196:3

**actions** 74:8

**active** 48:11

**activity** 203:1

**adding** 107:1

**addition** 22:13 83:11

**additional** 183:23 192:16 225:9 233:16 234:7 239:10 244:4

**address** 80:21

**adjusted** 53:15

**adjustment** 53:10

**admissible** 17:18

**adopted** 168:19

**advance** 39:15,18 70:6,10 71:12 86:15, 20 90:20 93:20 94:9 112:17 124:19 146:15 152:16 153:18

**advanced** 150:23 152:3,6 153:5 166:4, 7 167:11 239:2,10 242:2

**advances** 39:9 40:1 69:15 70:5 85:3 106:1 110:12 116:4 150:18 151:5 238:25 242:5

**advancing** 138:8 153:15

**advice** 47:12 161:22

**advise** 199:2

**affirmatively** 194:15

**afford** 229:24 230:7

**agent** 149:22 152:21

**agree** 95:8 137:16 145:8 194:1 202:5

**agreed** 54:15 59:7 83:18 129:15,17 144:25 147:16 161:5 202:2 204:23 236:19

**agreed-upon** 145:17

**agreeing** 63:17 64:19

**agreement** 50:13,15 51:8 53:21 59:19 63:6 68:1 70:22 87:14 88:4,9,17 91:10 95:8 109:10, 11,15,17,21 111:7 112:2,18 113:4 117:20 118:4,16 120:1 121:1,10 122:14 150:17 151:10,14 160:1 165:7,13,19 166:6 185:21 196:25 200:19 206:20 229:20 231:8,15 233:14,25

**ahead** 136:5 155:13 177:17 186:20 193:8 243:4

**air** 37:8

**airport** 103:2 214:10, 22

**Alabama** 46:4

**aligned** 177:13 201:9

**Alliance** 31:1

**allocates** 153:22

**allowing** 55:16

**altered** 55:8,14

**ambiguous** 20:14

**amended** 23:9

**amendment** 232:11, 16,21

**amount** 41:16 47:24 59:4,6,7 79:6 80:6 123:21 131:14 133:13 135:2 143:3,7 160:11 162:13,18 164:11 226:6,16

**and/or** 105:8

**Angeles** 39:2

**announcement** 222:1,7,10,11

**answering** 19:23 20:7

**answers** 20:8

**Antminers** 218:1

**anxious** 167:20 228:6,15

**anything's** 42:3

**apologize** 77:12 91:25

**appears** 50:18 56:14 78:7 79:13 80:11 84:4 86:4 87:7,8 91:5 93:13 94:8 97:21 99:9 102:14 103:22 104:19 105:7,12 111:23 112:21 115:7 116:19,20 117:2 119:10 120:12 121:5, 6,22 124:7 126:10,13 128:1 132:6,12 136:22 137:21 138:21 141:21 142:16 146:5 159:20 160:13 162:21 164:3 165:16 166:18,24 170:19 171:5,15 173:24 178:16 182:20 183:20 190:24 191:6,7 198:2,25 200:2,8 204:4 205:19 210:15, 18 212:3 213:8,17 216:17 219:9,15 224:24 227:19 229:9 231:2 232:9 233:6

**applied** 183:23 217:23 218:1,14,19

**apply** 213:19

**approach** 168:18

**approaching** 148:13 155:22 156:5

**approval** 90:6,8 94:9 97:5 106:3 112:25 113:3 115:21 130:17 142:19,23 178:20

179:7,11 222:2,15,17

**approvals** 202:19

**approve** 88:17 89:7

**approving** 96:6

**approximate** 59:17

**approximately**
19:15 24:19,21 31:23
33:17,18 40:20,23
46:6 140:22 165:20
191:23 227:22
235:23 241:23

**April** 56:13 57:5 59:1
60:2 61:16 62:1,3
63:4,16 65:10 66:10,
12 67:22 69:6 70:9,
20 137:6 138:20
141:17 142:15
143:15 144:12,13,16
145:5 148:6,14
154:17 155:4 156:12
159:7,21 160:20
162:19 163:16 164:4
165:8 166:5,17
167:24 168:9 169:8,
16 170:8 171:4,14
219:7 240:16 241:17
243:21

**arising** 206:19

**arrange** 38:23
228:13

**arranged** 152:18

**arrangement** 39:16

**arranging** 149:12

**arrive** 116:4

**ASAP** 171:10 176:20

**ascertain** 61:13

**asks** 129:14

**aspect** 225:25

**assessment** 64:18
65:11,18 66:9

**asset** 44:19,22,25
45:10 50:12 63:6
64:1 68:1 70:21

**assets** 238:3

**assistance** 71:24

**assists** 237:18 238:8

**association** 17:8
18:18

**assume** 21:1 41:6
43:23 109:16 143:7
147:18 174:13
179:10 210:23,25
211:1 231:11 239:15

**assuming** 201:8
244:5

**assumption** 109:21

**assurances** 103:4

**assured** 109:12,14

**attached** 160:1
164:11

**attaching** 165:6

**attachment** 226:17

**attachments** 92:2,9
225:17

**attempted** 204:16

**attempting** 146:2

**attempts** 241:17

**attend** 25:18

**attending** 26:5

**attention** 139:22

**attorney** 24:11
103:25 207:11
224:14 233:13

**attribute** 174:15

**audibly** 20:12

**August** 205:21
215:18 216:3,16
218:14 219:12 220:3

**Ault** 25:4,23,24 27:2,
6,11,23 28:12 30:10,
14,16,18 31:1,7,13,
17 32:1,2,3,9 33:4
42:8 51:16 56:12
57:11 69:6,17 70:22
71:8 75:5 76:5,10
77:17 80:19 81:3
84:3 87:5,16 88:17
89:7,21 90:9 91:14
95:25 96:5,11,19,22
97:20 98:9,20 99:23

102:20 103:8 104:17
105:8 119:16,18
120:19 124:16 125:4
126:20 127:7 129:17
136:9 138:10 140:12,
13,17,23 141:23
142:4,14,17,25 149:4
153:21 154:16,20
158:10 159:7,21
161:17 167:15
169:16 174:1,6,11,16
175:1,11,15 176:2,6,
25 177:5,13,19 178:2
179:4,24 181:25
182:18 188:4 189:4,
13 190:6,22 191:9
195:9,15 197:16,25
198:23 199:15 200:4,
16,19 201:1,9 205:18
206:14 207:18 208:6
209:1,15 211:2 212:1
213:6 214:24 215:4,
17,20 216:16,24
221:6,12,21 224:1
232:8 233:5,19

**Ault's** 25:7 76:11
148:22 177:8

**authority** 113:13,20

**avoid** 233:16,23
234:7,12

**aware** 22:7,10,12
37:13 48:14,15 67:9
89:12 127:17 235:11,
19

**awareness** 142:2
199:6

**B**

**back** 40:6 46:9 51:8
53:18 55:3,8 56:1
59:21 61:23 92:21
93:2 109:8 111:2
118:25 120:24 122:3
127:16 151:5,18
163:5 165:10 170:7
193:14 201:25 221:1
224:13 226:5 227:3

**back-and-forth**
51:12 118:5,7

**background** 25:10

**balance** 45:3 62:1
70:14 121:10,24
122:16 127:9 131:22
132:3 133:7 136:3
154:23 155:9,17,20
162:9 187:10 211:9
217:9,25 219:5 220:2
224:6,10 225:6
227:21 237:14,24
238:19

**balances** 81:1,7,9,15
82:19,22 84:6,20

**ballpark** 42:10
236:11

**bank** 58:16 142:20,
23 144:1 239:23
240:1,3,20 241:1,9,
15,24 242:1,16
243:21

**banking** 26:20
199:14

**banks** 140:5 240:7
241:15

**based** 34:8 42:25
114:21 174:9 189:4
236:10

**basic** 42:6 140:17

**basically** 128:15
191:13

**basing** 221:12

**basis** 59:12 133:24
145:9,11,13

**bat** 34:19

**batch** 148:3,14

**Bates** 50:6 154:12

**bathroom** 220:18,20

**bearing** 32:17 50:1
56:4 68:21 71:2
74:23 75:24 77:4
80:13 83:22 85:5
86:24 89:14 90:22
91:21 93:6 97:14
99:2 102:6 103:14
104:11 111:16
114:25 116:11 119:3
120:4 121:15 124:1
126:4 129:5 130:7
131:5 134:4 136:24

138:14 139:15
141:11 142:8 144:5
154:7 156:21 157:12
158:4 159:14 161:10
163:8 164:25 166:11
168:3,24 170:21
172:3 173:17 174:20
175:19 178:9 179:16
180:13 181:19 182:8
183:11 187:22 189:7
190:16 195:3 197:19
198:17 199:19
203:22 205:12 206:7
207:23 208:20
210:10 211:20
212:23 215:11 216:9
220:13 221:15
223:20 224:17
226:21 227:6 229:2
230:19 231:24
232:23 235:1 237:6
240:10 242:8

**bears** 60:10

**began** 29:24 39:6
85:25 209:10

**begin** 20:7 25:9
27:17 69:8 183:7
223:3

**beginning** 18:3
150:14 222:19

**begins** 207:7

**begun** 222:4

**behalf** 17:23,25
132:22

**belief** 48:25

**believed** 57:11
72:15,23 81:19
137:23 192:6,13
194:9 206:4

**Bend** 37:3

**big** 140:3

**bills** 45:2 110:12

**Billy** 104:17

**bit** 29:22

**bitcoin** 30:7 38:18
40:18 63:25 239:6

**Bitmain** 61:10
229:13,16 236:8

**Bitnile** 21:21 22:3 31:1

**Blockchain** 18:5 19:11 48:21 49:1,12 50:16 56:24 57:6,12 59:8,19 63:7 64:16 70:18,24 72:4,15 73:15 75:21 76:23 79:2 81:14,21,25 82:3 83:19 84:9 85:12 86:1 107:16 117:17 131:15 133:24 139:21 159:8 160:3 164:21,22,23 168:19 192:12 194:3, 16 197:10 200:5 202:3 203:3 204:16 207:14 209:10 214:8 216:4 217:7 232:12 235:12,20 236:25

**BMS** 85:5 86:4 139:15 163:9

**board** 31:18,20 32:1, 4,6,10,14 69:18 88:10,19 89:4 90:6,8, 13 91:8,13 95:15,17, 19,21 96:24 97:4 104:25

**bold** 182:1

**book** 125:14

**borrow** 151:23

**bother** 244:6

**bottom** 56:15 90:2 102:15 103:23 116:25 126:10 137:4 139:22 140:6 176:17 201:19

**bought** 38:25 46:3,5

**break** 20:15,19 55:19 92:20 118:19 156:25 157:5 163:1 220:20, 22

**breaking** 106:13 130:3 135:22

**briefly** 19:19 25:9

**bringing** 94:19

**broke** 106:21

**broken** 54:6 117:8

**brought** 21:25

**BS** 25:15

**build** 209:6

**build-out** 37:4,9,10

**business** 26:11 29:11,25 30:1 34:25 36:1,4 63:1 64:12,20 114:7 123:13 186:6, 11 230:2

**buy** 30:1 38:22 39:8, 19,22 57:15,16,18 58:6 60:5 61:3 65:16 67:23 72:19 73:2 79:15 81:22 82:13,14 86:15,18 87:25 106:22 110:8 112:11 140:9 164:6 178:20 185:15,17 193:18

**buying** 79:20 88:3 106:12 147:3

---

**C**

**California** 17:1 25:16 34:4,10,16 37:24 210:2

**call** 42:4,12 73:14 126:24 139:23,25 140:3 141:19 148:23 191:7 199:11 216:19

**called** 19:2 50:12 164:21

**calling** 65:12

**calls** 78:16 140:12, 16,23 177:15 194:18

**Canada** 210:3 213:25 214:2

**capacity** 22:13 25:25 26:24

**capital** 106:3 128:24 153:22

**career** 26:17

**cares** 109:22

**case** 17:22 18:9 19:10 21:9,19 51:25 87:19

**cash** 44:19,21 53:19 93:20 105:17,22 106:3 190:7,12 197:6,11

**cc'd** 176:25

**cc'g** 163:15 176:2 177:10

**CC's** 161:17

**ceased** 44:6,18 45:8

**center** 35:2,5,9 36:13,22 37:5,14,15, 17,23 38:7 46:3 47:19

**centers** 37:9

**CEO** 23:1,3 41:6 65:15,19 69:20 88:22 98:1 99:15,17 100:4, 14 101:25 103:25 104:6,22 112:24 113:3,8,14 114:11, 14,15 119:12,15,17 120:14,17,19 122:24 124:11 125:1 139:24 140:3

**certified** 17:7

**CFO** 115:9,10,12

**chance** 32:23

**change** 68:6

**changed** 30:25 35:22

**changing** 27:24 85:2

**charged** 36:22 233:24

**charges** 213:20 214:7 225:9,13

**chat** 23:12,15 32:19 50:10 93:5 122:6

**check** 39:12

**Chestukhin** 19:10 50:5 68:25 91:25 154:11 157:14,19 169:3 182:10 207:25 209:20 210:1 232:3

**Chico** 25:16

**chose** 73:20,23

**Chupric** 71:8 240:16

**Civil** 17:21

**claims** 47:24 140:8

**clarification** 43:13 101:18

**clarity** 124:18

**clause** 49:10 51:16 61:24 66:23 67:6 70:21

**clauses** 52:2 67:2

**clear** 42:22 94:22 114:10 159:3 200:11

**click** 23:12

**client** 26:15 48:20

**clips** 244:20

**close** 114:11,17 143:6 155:3 158:21 159:9 170:9 236:19

**closed** 171:8 239:25 240:3

**closely** 60:20

**closing** 154:21 171:13 186:17 243:21

**college** 25:13 26:2,4, 18

**comfort** 94:25 116:8

**comfortable** 43:16, 21 88:5 89:6 98:10 101:6 109:15 113:9, 24 114:3 115:18,22 120:15

**comment** 199:7

**commercially** 207:1

**commitment** 55:5 112:16 113:20 115:19,24 116:2 204:6 211:15

**commitments** 112:18 145:2,18

**communicate** 145:20 167:10 185:18 194:2,15 200:5 201:16

**communicated** 126:19 142:3 159:2 194:21 203:16 235:16

**communicates** 140:14 180:18

**communicating** 86:1 122:19 159:7 167:14 180:4

**communication** 24:13 53:18 55:3 67:10,16 87:9 89:11 94:19,21 99:9 100:13 125:5,11,13 137:6 138:7 144:11 176:6 177:1 183:18 186:19 200:17,20 207:18

**communications** 55:8 66:24 85:21 89:21 98:22 114:21 116:3 173:1 177:22 186:17 188:11 189:4 190:4 235:15

**community** 186:12 205:8

**companies** 27:1 60:14 61:1 125:20 241:4

**company** 21:10 22:18,25 23:3,5 27:5, 8,11,25 28:18 29:5 33:8,11 36:7,8 39:9, 10,13 41:7,8 42:10 44:6,8,18,21,24 45:6, 8,12 48:13 65:16,22 76:17 84:6 86:15,20 93:20 94:1,19 95:1 98:1 106:5 109:22 112:17 116:4 123:8 124:11 125:1 128:20, 23 138:8 150:21 151:2,4 164:20 171:18,21 179:10 191:4 197:5 202:16 203:1

**compensate** 36:18

**compensated** 37:10

**compensating** 37:16

**complaining** 78:18

**complete** 67:18
147:9

**completed** 137:15
148:7 164:5

**completely** 181:5

**completeness**
92:12

**completing** 204:19

**computer** 30:6

**concern** 103:8
108:15,20 119:19,25

**concerned** 191:8

**concerns** 53:19 73:9
104:1 108:1,23,25
201:17

**concludes** 244:18

**conclusion** 194:19

**conditional** 142:19,
23

**conditions** 145:22
146:3 237:2

**conf** 127:5

**confident** 212:17

**confirm** 86:8 169:3
182:24 224:14

**confirmation** 127:4

**confirmations**
93:16

**confirmed** 122:25
138:24

**confirming** 86:11

**confused** 193:12

**confusing** 20:14

**connect** 114:13
170:6

**connected** 36:10
61:1

**connection** 21:9
27:6 85:19

**consideration** 117:6
184:23

**considered** 81:3
84:11 150:12 217:8

**consisted** 36:8

**consistent** 28:9
168:18 228:23

**consistently** 67:17

**contact** 27:23 85:11

**contacts** 61:13

**contemplating**
135:20

**context** 58:5 83:3
113:10 119:16
120:17 155:15,25
156:14

**continually** 74:17

**continue** 55:16 63:1
73:23 146:24 171:10,
16,18 202:5 204:10,
16 210:21 217:4

**continued** 68:12
215:6

**continues** 47:2

**continuing** 89:20
176:21 211:13 216:4
219:11

**contract** 39:14 49:9,
23 50:22 64:16,19
66:12 67:5 68:4
79:25 80:4 83:2 89:8
98:24 107:1 114:3
132:24 136:12
137:19 156:11
160:11,22 168:20
192:22 196:11,15,19
203:2 207:5,9,15
231:15

**contractual** 135:7

**contractually**
196:21

**control** 112:6

**controls** 103:1

**convenient** 157:5

**conversation** 87:13
127:10 149:9 174:10
180:25 182:22
185:10 189:24

195:22

**conversations** 25:3
62:24 141:8 145:7
146:11 185:4

**convey** 176:7

**cookie** 126:17

**Coolisys** 34:3,9
152:11,17,18,19,22
153:2,5 239:1,12
242:6

**copied** 97:22

**copy** 23:9 244:23

**copying** 142:15

**Corbett** 104:17,20,
21,25

**correct** 22:19,20
23:1,2 30:10 31:2
32:7,8,10,12 35:19,
22 36:16 38:21 44:5,
6,9,10,13 45:10,11,
12 47:14 54:8,12,16
55:9 57:10,12,19,21
58:20,24,25 61:21
63:23 64:1,4,9,12,16,
20 65:3,12,19,23
66:5,14 69:20 70:3,
18,24,25 71:15 72:4,
7 73:25 74:6,11,19
75:21,22 78:25
79:11,20 80:1 81:7,8,
10,16,17,21,25 82:4,
25 84:6,9,10,12,13
87:10 88:22,24 89:3,
8,22 90:14,17 93:6,
12 94:4,12 96:1,12,
19 98:4,11,12 99:23
100:4,5,7 105:11
106:5,14,18 107:2,
16,17,21,25 108:2,8
109:18,19 110:16,18,
22,23 111:7,11,12,13
113:4,14,21 114:4,
15,19,22 116:22
118:13,17 119:24
120:11 124:8 127:18
130:14 131:15 132:2,
10,20,23 133:1,8,25
136:4 137:6,9 138:10
141:20,23,24 143:4,
20 144:12 146:8,20,
25 147:17,24 148:8,

16 149:2 150:18,19,
24 151:16,19,21
153:16,23,25 154:4,
18 156:12,13 157:25
158:13,14 159:10,22
160:6,12,17,18,25
161:6,8 162:10,20,
23,24 163:16 164:7
165:21 166:1,7
167:16,17,24 169:9
170:10 171:4 173:6,
14 175:2,3,8 176:2,
23 178:22,23 180:2
181:2 182:2,19
183:19 184:20 187:6,
7,10 188:16 189:1,
14,15 190:23 195:16
196:23 198:1,24
200:6 201:10 202:3,4
204:3,7,13 205:22
206:2,22 207:2,5
209:7 210:17,24
211:9 212:8 213:7,11
215:18 218:16 219:1,
2,5,8,13,18 220:5
221:22 222:13,14
224:2 227:18 229:21
230:9 231:12 234:9,
14,15,22 236:8
239:15,17,18,20,21
240:2,21 241:21,25
242:3,21,24 243:2,3,
8,9,13,14,17,18

**correctly** 96:22

**cost** 59:18

**COSTA** 17:1

**costs** 123:17,19
224:8

**counsel** 18:2 24:4
25:1 62:21,23 92:7,
17 244:10,17

**Counselors** 17:6

**count** 33:21

**County** 37:24

**couple** 176:1 218:19
236:6

**court** 18:8,17,21
193:13

**courtroom** 17:19

**cover** 50:11 111:6
123:16 242:14

**Cowan** 19:8

**crash** 59:14,15

**create** 142:2 197:6,
11

**created** 202:18

**creates** 110:9

**creating** 19:23 199:6

**credit** 143:11,14,20,
25

**crypto** 18:7 22:15,17,
21 24:2 27:9,12,17
28:3,13,22 29:6,8,14,
18,25 30:2,4,5 32:4,7
33:5,19 34:12,25
35:5,21,25 36:4,9
37:6,25 39:6,15,21
40:14,24 41:17 43:1
46:7,22,25 47:16
48:16,19,25 50:16
54:15,24 57:5 58:16,
23 64:12 69:19 70:3,
9 72:15 77:25 78:4
79:8,11 81:4,20 83:6
84:24 87:23 88:10,
13,20 91:13 95:15,16
96:25 100:4 105:1,4
109:23 110:1,4,10,25
113:8 115:12 124:20
125:23 132:17,22
133:12 140:4 143:19
150:18 151:23 152:7,
16 160:20 161:21
167:9 196:21 222:11,
22,25 237:14,20
239:2,16,22 240:7
241:6,23 242:16
243:20

**Crypto's** 132:22
153:13 240:20

**crypto-related**
240:8

**cryptocurrency**
29:17 30:3 44:24
45:1,5,9 64:3

**current** 30:9,11

**customer** 35:12,14
38:2

**D**

**daily** 77:23 188:7,12, 18 199:12 212:7

**Darren** 18:5 19:1 244:19

**Dasha** 19:9

**data** 35:2,5,9 36:12, 22 37:4,9,14,16,23 38:7 46:2 47:19

**date** 45:17 53:11,15 55:9,15 66:11,16,17, 18 70:21 121:24 122:1,16 133:4 148:13,14 154:21 155:21 196:15 220:3 234:22

**dated** 126:11

**dates** 52:17 54:11 66:19 136:18 156:12

**day** 18:12 19:22 20:16 22:22 24:11 83:13 105:11 112:1 116:21 123:20 200:3 214:4 225:10,14 227:22

**days** 34:12 70:20 132:9,23 133:3 154:23 155:9,16 199:14 231:3 233:7

**deadline** 156:5

**deal** 52:3 73:23 114:12,17 147:6 150:13

**dealing** 119:25 175:15

**dealings** 26:11 49:13 125:22

**debt** 47:20 153:12,13 192:12

**debts** 78:5 83:5 84:23 222:5,20,21

**decide** 82:8 89:4

**decided** 48:9 82:2 88:13 193:18

**decision** 63:1 66:2, 13 88:1,7,8,11 94:16 95:14,18,23 186:6,11 194:2,6,15,22

**decisions** 75:16,17 78:22

**declare** 207:4,8

**declaring** 207:14

**declined** 63:4 186:9

**default** 207:5,9,15 208:16

**defendant** 21:19 168:25 210:7

**DEFENDANT_03732** 220:14

**DEFENDANT_1147** 90:22

**DEFENDANT_1185** 91:21 93:7

**DEFENDANT_1235** 97:15

**DEFENDANT_1245** 99:3

**DEFENDANT_1274** 102:6

**DEFENDANT_1331** 103:14

**DEFENDANT_1488** 104:11

**DEFENDANT_1501** 111:16

**DEFENDANT_1543** 114:25

**DEFENDANT_1645** 116:11

**DEFENDANT_1806** 119:4

**DEFENDANT_1919** 120:4

**DEFENDANT_1949** 121:15

**DEFENDANT_1958** 124:1

**DEFENDANT_1969**

126:5

**DEFENDANT_1970** 129:6

**DEFENDANT_1976** 130:7

**DEFENDANT_1981** 131:5

**DEFENDANT_1987** 134:5

**DEFENDANT_1990** 136:25

**DEFENDANT_1991** 138:15

**DEFENDANT_2009** 141:12

**DEFENDANT_2011** 142:8

**DEFENDANT_2016** 144:5

**DEFENDANT_2033** 156:21 157:12 158:5

**DEFENDANT_2053** 159:15

**DEFENDANT_2099** 161:10

**DEFENDANT_2234** 165:1

**DEFENDANT_2349** 166:12

**DEFENDANT_2350** 168:3

**DEFENDANT_2369** 170:21

**DEFENDANT_2394** 173:18

**DEFENDANT_2518** 174:20

**DEFENDANT_2527** 175:19

**DEFENDANT_2563** 178:9

**DEFENDANT_2599** 179:16

**DEFENDANT_2615**

180:13

**DEFENDANT_2619** 181:19

**DEFENDANT_2659** 182:8

**DEFENDANT_2708** 187:22

**DEFENDANT_2736** 189:8

**DEFENDANT_2737** 190:17

**DEFENDANT_2772** 195:3

**DEFENDANT_2790** 197:19

**DEFENDANT_2794** 198:18

**DEFENDANT_2795** 199:20

**DEFENDANT_2796** 203:22

**DEFENDANT_28** 154:7

**DEFENDANT_2822** 205:12

**DEFENDANT_2896** 206:7

**DEFENDANT_2901** 207:23

**DEFENDANT_3203** 208:21

**DEFENDANT_3208** 210:10

**DEFENDANT_3210** 211:21

**DEFENDANT_3528** 215:12

**DEFENDANT_3648** 216:9

**DEFENDANT_3765** 221:15

**DEFENDANT_3796** 223:21

**DEFENDANT_3798**

224:17

**DEFENDANT_4038** 230:19

**DEFENDANT_4112** 231:24

**DEFENDANT_4136** 232:23

**DEFENDANT_4297** 235:2

**DEFENDANT_4313** 56:5

**DEFENDANT_4337** 68:21

**DEFENDANT_4347** 71:2

**DEFENDANT_4356** 74:23

**DEFENDANT_4359** 75:24

**DEFENDANT_4525** 77:4

**DEFENDANT_4689** 80:14

**DEFENDANT_4694** 83:23

**DEFENDANT_4703** 32:18

**DEFENDANT_958** 86:24

**DEFENDANT_979** 89:14

**defendants** 18:1 215:9

**DEFENDANTS_1** 237:7

**DEFENDANTS_1713** 50:2

**DEFENDANTS_2377** 172:4

**DEFENDANTS_2664** 182:11

**DEFENDANTS_2691** 183:12

**DEFENDANTS_ 3313** 212:24

**DEFENDANTS_ 3879** 227:7

**DEFENDANTS_ 3911** 229:3

**DEFENDANTS_ 4885** 242:9

**DEFENDANTS_ 4965** 240:11

**DEFENDANTS_515** 226:22

**defer** 44:4

**degree** 213:15

**degrees** 25:20

**delayed** 148:4 156:4 202:20 203:1 206:25

**delays** 54:19 202:19 203:5,9

**demonstrated** 74:8

**dependent** 94:23

**DEPONENT** 21:14, 21 22:10 24:14 28:16 30:21 32:12 34:15 35:7 39:18,25 41:11, 20 44:15 46:9 47:7,9, 19 48:2 49:15 52:16, 22 53:17 54:18 55:1, 11,22 57:23 58:11 59:10,21 60:4,12,23 62:7 63:19 64:22 65:5,14,25 66:7,16 67:1,14,20 68:3,9 69:24 70:5,13 71:21 72:12,18 73:1,19 74:2,8,14,21 77:1 78:7 80:3 81:12 82:6, 12,21 83:8 85:1 86:14 88:13,19,24 89:10 90:19 94:8,15 95:4 96:8,14,21 97:11 99:19,25 100:10 101:11,19 102:4,22 103:11 106:7,20 107:10 108:4,10,19 109:25 110:7,18 111:9 113:6,16,23 114:6 116:1 122:10 125:8

126:1,22 127:13 129:3 130:23 131:17, 25 132:6,12 133:3, 10,16,21 134:2 135:10,24 136:6,17 137:21 138:12 140:20 141:3 143:6, 17,22 144:3 145:11, 24 146:5,10,22 147:2,12,24 148:10, 18 149:7,15,22 150:3,8 151:1,21 153:7,12,18,25 155:6,14,24 156:9,19 159:12 161:2,8 162:1,12 166:1,9 167:8 168:1,22 170:12 172:18 174:13,18 175:17 176:9,14 177:7,18,25 178:7 180:11 184:9, 15 185:2 187:1,12,20 188:20 190:9,14 192:9,20 193:10,15 194:5,20 195:1 196:6,25 199:5 200:8,22 201:4,12,19 202:9 203:5 204:21 207:21 208:18 209:12,19,24 210:4 211:11,18 212:14 213:17 216:7 217:11, 16 218:10,18 219:15, 24 222:24 223:12,18 225:22 226:3,10,13, 19 227:14 228:2,18 230:14 231:19,22 234:2,19,24 236:15, 22 237:4,22 238:12, 17 241:11 242:5 244:2

**deposed** 21:6

**deposit** 49:10 50:24 51:24 52:7,11 62:2 95:9 106:23 117:8 183:24 184:25 185:2, 12,15 194:11 219:4 243:5,16

**deposition** 17:10,13 18:4,11 19:12 23:10 24:8 25:7 215:10 244:18

**deposits** 188:8,18 242:20 243:11

**describe** 21:16 28:12 34:1

**describing** 139:23

**designated** 22:14

**desire** 67:18 177:4,7 200:25

**desk** 61:18

**details** 70:14 80:25 124:13,16 125:3 138:4 181:7,14,16 182:5 190:6 214:20

**determine** 60:9

**determined** 123:3

**determines** 154:2

**develop** 29:10

**developing** 89:12

**Diego** 34:18

**Digital** 22:19 35:22, 25 36:3,5 37:17 38:4, 16 164:17,18

**direct** 38:3 75:9 139:21

**direction** 215:3

**directly** 38:3 39:14 126:20

**director** 97:5

**directors** 96:24

**disappointment** 117:14 118:1

**disbursements** 128:18

**disclose** 62:21

**discuss** 24:12 51:5 62:9,12 90:10 104:2 180:1 188:25 244:13

**discussed** 24:25 62:13,14 98:6 119:23 136:8 149:9 185:22 189:23

**discussing** 174:4

**discussion** 52:7 67:7 84:23 105:21 111:3 130:1 157:10

174:7 179:4 183:2 191:2 227:2

**discussions** 51:15 62:20 107:5 169:16 175:14 201:16 207:17 214:12,15

**dispute** 219:17,20 220:10

**distribution** 123:4

**District** 18:8,9

**divided** 52:7

**dividends** 239:16

**document** 32:17 41:14 42:1 44:4 50:1 52:23 56:4 67:3 68:21 71:2 74:23 75:24 77:4 80:13 82:24 83:22 85:5 86:24 89:14 90:22 91:21 97:14 99:2 102:6 103:14 104:11 111:16 114:25 116:11 119:3 120:4, 25 121:15 124:1 126:4 129:5 130:7 131:5 134:4 136:24 138:14 139:15,21 141:11 142:8 144:5 154:7 156:21 157:12 158:4 159:14 161:10 163:8 164:25 165:11 166:11 168:3,24 170:21 172:3 173:17 174:20 175:19 178:9 179:16 180:13 181:19 182:8 183:11 187:22 189:7 190:16 195:3 197:19 198:17 199:19 203:22 205:12 206:7 207:23 208:20 210:10 211:20 212:23 215:11 216:9 219:22 220:13 221:15 223:20 224:17 226:21 227:6 229:2 230:19 231:24 232:23 235:1 237:6 240:10 242:8,13,19 244:4,14

**documents** 28:6 41:25 43:5 46:15,19

55:20 97:8 118:21 237:18

**dollars** 41:23 43:1,8, 15 81:21 83:12 220:4

**download** 23:13

**DP** 104:22,23

**DP-** 243:20

**DPC** 242:24

**DPW** 30:19,24 31:3, 8,14 32:10,14 49:22 51:6 69:20 70:2,6,11 75:19 87:23 88:11,22 89:2 90:14,16 93:21 94:5 104:24 113:4,20 114:15 115:14,16 119:17 120:19 122:25 123:13 124:12 125:2,23 128:20 131:15,21 132:2,17,20 133:12 134:20 139:24 140:4 143:13 149:22 150:10,18 151:24 152:3,8 153:4,15,18 162:3,23 167:12 183:7 184:5,12 190:7,11 208:12 209:9 213:14 215:6 216:4 222:8,10,13, 16,21 223:9 239:8,9, 13 242:2,6 243:1,7, 12,17

**DPW's** 89:4 90:20 153:12

**draft** 87:14 163:19

**dramatically** 185:7 186:9 191:21

**drop** 63:10 192:2

**dropped** 48:8 191:20 229:12

**dropping** 147:6

**due** 58:19 121:25 122:16 127:9 133:7 135:3 143:4 148:13 155:21 156:12 160:9, 15,24 164:12 205:21 224:15 225:6

**duly** 19:2

**E**

**earlier** 105:11,24 106:21 116:21 149:9 152:10 182:23 236:6

**earliest** 167:1

**early** 34:12 135:17 163:24 170:5,17 173:14 174:3,6

**earned** 42:10 43:1,7, 21,25 202:1 239:19

**earning** 201:24

**earns** 30:7

**easier** 53:23 54:10 143:12

**easiest** 69:9 108:7

**East** 18:15

**Ed** 78:12

**educational** 25:10

**effort** 217:9,13

**efforts** 54:1 55:4 241:7,13

**electric** 37:11

**email** 33:3 50:11 56:12 58:15 69:5 71:7 75:4 76:4 77:2, 16 78:10 80:6,18,20, 22 83:2 84:2 87:4,5, 16 91:2,3 93:10 97:19,25 99:8 101:9 102:12,16 103:19,20, 24 104:7,16,17 105:6,9,10 106:11 107:3 109:2 111:21 114:9 115:5 116:16, 17,20,25 117:1 118:12 119:8,14 120:9,10,18 121:20 122:2,21 124:7,25 126:10,11 127:2,23, 24 129:11 130:12 131:10 134:9,10 138:19 140:1,14 141:17,19 142:13,14 144:10,18 145:13 148:2 149:1 154:15, 16 155:15 156:15

**emailing** 76:12 200:11

**emails** 76:19 96:12, 15,17 112:23 123:22 128:12,13 137:4 156:2 200:4

**emphasized** 106:22

**enclosure** 218:3

**encouragement** 216:24

**encouraging** 216:19

**end** 40:8,10 77:8,11 99:13 112:1 150:15, 21 158:23 174:2 203:11 228:4,16

**ended** 28:23 119:24

**ending** 50:5 120:25

**ends** 182:10 232:3

**ensuing** 68:7

158:9,10,12 159:2, 20,21 160:23 161:16 162:6,15,21 163:13, 15 166:16 167:19 168:8 169:7,8,24 170:13 171:2,3 172:8,10 173:4,22 174:25 175:1,25 176:1,17 178:14 179:1,24 180:24 181:1,24,25 182:17 183:16,17 187:14 188:2,3 189:12 190:21,22,23 195:8, 14,22,24 197:24 198:3,11,22,23 199:9,24 200:3,10,25 201:20 202:11 204:2 205:17 206:12,13 208:5,6,25 209:1,13 210:16 211:25 212:1 213:4,5 214:24 215:16,17 216:1,14, 15 217:3,20 221:5,6, 20 223:25 224:13,24 225:1,5,17 227:17 228:5 229:7 230:24, 25 231:4 232:7 233:4,8,9,10 234:19, 21 235:6,10 236:5 240:15 242:14

**enter** 88:9 109:20

**entered** 39:16 50:16 64:11,15 67:5 109:9 121:2 166:6

**entering** 109:11 113:4

**entire** 58:14 66:24

**entities** 28:21,23 29:2,5 34:11 39:14 46:2 151:24 152:4,7 153:10

**entity** 28:3 34:21 35:20,24 36:3 37:19 38:24 39:3 243:2

**entries** 238:24

**entry** 30:13 56:21 218:24 239:7

**environment** 125:21

**envisioning** 117:16

**equations** 30:7

**equipment** 39:19,22 57:9,15 60:14 61:2 63:2 65:16 68:10 72:20 73:2,3,4 79:18, 20 82:13,15 86:16,19 110:8 112:12 144:24 145:16 146:13 147:16 152:21 170:2 184:16,19 186:7 191:20 197:13

**error** 196:17

**escrow** 46:24 47:1,5 56:25 119:25 120:23 121:1,9 123:2 124:14 128:17 149:1 161:20 163:20 164:17 165:7, 12,19 166:6

**establish** 241:5

**estimate** 41:2 42:10 46:13,21

**estimates** 40:21

**estimating** 238:8

**et al** 18:7

**evening** 199:25

**event** 61:25

**eventually** 45:14 48:8 66:4 187:9 194:21

**evident** 196:10

**evolving** 28:19 29:15

**exact** 33:21 42:11 52:23 59:4,6 70:13 123:21 164:10,15

**EXAMINATION** 19:5

**examined** 19:3

**exceeded** 44:12

**exclamation** 182:1

**executed** 91:10 120:23 165:7

**exercise** 65:11 113:19 158:22

**exhibit** 23:9,16,17,20 32:17,20,24 33:3 40:6,8 49:25 50:3,10, 19 52:13 54:12 56:4, 7,10 61:23 68:20,23 69:5 71:1,4,7 74:22 75:1,23 76:1 77:3,6, 16 80:12,15,18 83:11,21,24 84:2 85:4,7,10,20 86:4,23 87:1,5 89:13,16,19 90:2,21,24 91:3,20, 23 92:1,21 93:6 97:13,16,19 99:1,4,7 102:5,8,11 103:13, 16,20 104:10,13,16 109:3 111:15,18,21 114:24 115:2,5 116:10,13,17 119:3, 5,8 120:3,6 121:7,14, 17,20 122:3 123:25 124:3,7 126:3,6,9 127:24 129:5,7,10 130:6,9,12 131:4,7, 10 134:3,6,10 136:23 137:1,5 138:13,16 139:14,17 141:10,13, 16 142:7,10,14 144:4,7 154:6,9,16 156:16,20 157:11,20 158:3,6,9,13 159:13, 16,20 161:9,12,15 162:7 163:8,10,14 164:25 165:2,6,17 166:10,13,16 167:19

168:2,5,8,23 169:1,7 170:20,23 171:3 172:2,5,9 173:4,16, 19,22 174:19,22 175:1,18,21,24 176:5,16 178:8,11 179:15,18,23 180:12, 15,18 181:18,21,25 182:7,14,17 183:10, 13 187:21,24 188:3 189:6,9,12 190:15,18 195:2,5,8,14 197:18, 21,24 198:16,19,22 199:18,21,24 200:10 202:11 203:21,24 205:11,14 206:6,9,13 207:22 208:2,19,22 209:1 210:9,12,15 211:19,22 212:1,22 213:1,5 214:23 215:11,13 216:8,11, 15 217:21 220:12,15 221:5,14,17,20 223:19,22,25 224:16, 19,22,24 226:20 227:6,8 229:1,4,7 230:18,21,25 231:23 232:1,7,22 233:1,8,9, 19 234:25 235:3 237:5,8,11 238:20 240:9,12 242:7,10,14

**exhibits** 23:11 96:18

**exist** 28:3

**existence** 44:12

**existing** 241:2

**expansion** 37:5

**expect** 40:11 73:15 91:9 114:12 115:8 142:20 143:11 147:20 163:22 168:16 169:12 170:4, 16 223:3

**expectation** 63:22 170:8,18 223:6

**expectations** 66:3

**expected** 159:9 211:7

**expecting** 42:11 166:7 198:4,8

**expenses** 44:11 45:5

**expensive** 214:10, 11,21,22

**experience** 29:16 125:22

**experienced** 205:5

**explain** 29:13 30:5 238:23

**express** 49:19 176:21

**expressed** 49:12,21 107:7 140:13 178:2

**expressing** 119:19 145:4 172:15 177:4 199:16

**extension** 196:12

**extensions** 206:18

**extent** 62:20 78:24

**extra** 45:2

**F**

**fact** 68:12 73:9 79:5 83:4 95:1 106:22 110:4 118:6 156:3 165:12 176:22 196:10

**factor** 78:22

**factors** 40:17

**fail** 61:25

**failed** 112:7

**fails** 61:25

**fair** 26:23 44:11 54:15 57:4 59:2 61:19 63:25 71:23 72:2,14, 22 76:21 81:2,18 88:16 100:3 107:6 108:14 109:1 113:2 133:23 180:7 184:18 200:15 228:9 233:22 236:1

**fairly** 60:20 141:1

**faith** 217:5,17

**familiar** 19:17 23:25 37:19 59:22 237:12 241:3

**Fargo** 242:15

**Farms** 22:19 35:22, 25 36:3,5 37:17 38:4, 16 164:18

**fast** 93:24

**February** 33:18 87:6 242:21

**Federal** 17:20

**fee** 37:11 83:16

**feedback** 175:11

**feel** 189:18

**feels** 224:15

**fees** 208:13 214:13 229:25 230:8 233:16, 24 234:7

**felt** 29:10 205:9

**field** 26:19

**figure** 225:8

**figures** 42:12

**file** 18:9 92:4

**filings** 140:6

**final** 160:15,21 170:7 173:11 218:15

**finalize** 93:18 118:16 168:17 178:19 179:7 200:13 201:1,2 211:15

**finalized** 67:6 188:24

**finalizing** 166:22 167:3

**finance** 25:15

**finances** 105:14,22

**financial** 115:19,23 116:1

**financially** 150:22 151:4

**financing** 53:25 86:8,12 87:19,22,23 89:3 106:1 108:17 128:21 139:7,11 150:11 166:23 167:3, 6 169:14,17 173:10 197:8,9

**find** 36:14 53:22 80:24 120:22 197:12 204:11 241:15

**finding** 36:9

**fine** 20:16 46:17 47:15 55:21 92:13,14 244:11

**finish** 157:3

**finished** 20:6

**finishing** 165:11

**firm** 19:8 158:17 161:19,21 162:3

**five-** 220:22

**flexibility** 54:7 55:2, 16

**flexible** 66:18,19 180:19

**flow** 37:8 53:19 89:25 105:18,22 143:11 190:7,12

**fluctuation** 136:14

**fluctuations** 63:11

**focused** 26:21 36:9 68:9

**focusing** 28:24 221:4

**follow** 60:20 164:9

**forfeited** 62:2

**form** 21:12,20 22:8 27:14,18 28:15 30:20 31:9 32:11 33:13 34:14 35:6 39:17,24 41:10,18 43:19 44:14 46:8 47:6,18 48:1 49:14 52:15,21 53:12,16 54:17,25 55:10 57:22 58:10 59:9,20 60:3,11,22 62:6,18 63:18 64:21 65:4,13,24 66:6,15, 25 67:12,19 68:2,8 69:21 70:4,12 72:11, 17,25 73:17 74:1,7, 13,20 76:25 78:6 79:22 80:2 81:11 82:5,20 83:7 84:14, 25 86:13 88:12,18,23

89:9 90:18 94:7,14 95:3 96:3,7,13,20 97:10 99:19,8,24 100:8,17 102:3,21 103:10 106:6,19 107:9 108:3,9,18 109:24 110:6,17 111:8 113:5,15,22 114:5 115:25 125:7, 25 126:21 129:2 130:22 131:16,24 132:5,11 133:2,9,15, 20 134:1 135:9,23 136:16 137:20 138:11 140:19 141:2 143:5,16,21 144:2 145:10,23 146:4,9,21 147:1,11,23 148:9,17 149:6,14,21 150:2,7, 25 151:2,11,20,25 153:6,11,17,24 155:5,12,23 156:8,17 159:11 161:1,7,24 162:11 165:25 166:8 167:7,25 168:21 170:11 172:17 174:12,17 175:16 176:8,13 177:6,24 178:6 180:10 184:8, 14 185:1 186:25 187:11,19 188:19 190:8,13 192:8,14,19 193:1 194:4,18,25 196:5,24 199:4 200:7,21 201:3,11,18 202:8 203:4 204:20 207:20 208:17 209:11 210:6 211:10, 17 212:13 213:16 216:6 217:10,15 218:9,17 219:14,23 222:23 223:11,17 225:21 226:2,9,11,18 228:1 230:13 231:20 234:1,18,23 236:14, 21 237:3,21 238:11, 16 241:10 242:4 244:1

**formal** 96:25 150:17

**formation** 34:13

**formed** 28:7

**forward** 63:5 66:14 89:20 94:5 133:24 158:24 173:2 186:6

**forwarded** 233:19

**forwarding** 87:9 105:10 141:22 190:22

**found** 36:11 37:3

**frame** 130:1 140:18 172:16,22

**frees** 107:19

**frequency** 78:1 97:3 213:15

**frequently** 97:2 141:1

**Friday** 17:1 56:19 154:22 158:18,21 159:10 163:24 188:25

**friends** 26:7

**front** 50:9 93:8 224:22

**frustrated** 111:25

**fulfill** 89:8 172:12

**full** 95:11 132:9,24 135:21 136:3 187:10 188:24 231:15

**fully** 120:22 165:6

**fun** 163:22 164:1

**fund** 70:2 90:17 164:2 180:6

**funded** 37:10 40:1 165:20

**funding** 34:8 51:25 76:22 90:20 93:17 94:24 113:10 114:4 128:17 149:12 171:19,20,22 178:4 203:6 242:1

**fundings** 123:7,11

**funds** 39:7,22 51:21 62:2 71:25 89:7 105:8 106:17 109:12, 23 123:4 136:3 138:8 149:18 150:6,23 152:6,16 153:5,15,18 154:2 162:7,22 166:4,7 167:10,11,15 178:20 179:8 182:25

183:3,7 187:9 223:3 243:25

**future** 63:23 105:16 117:17

## G

**gave** 25:4 51:24

**general** 41:7 236:11

**generally** 172:21 175:13 236:15,16

**generate** 110:11,21

**generated** 40:24 41:17,22 45:4 46:23

**generating** 110:25 111:5

**gentlemen** 34:4 36:8

**gesture** 210:20 211:5

**give** 20:23 51:20 106:16 193:16

**giving** 55:2 88:4 197:5,11 199:6 202:6 233:12

**good** 17:6 19:7 61:20 105:23 114:6,12 217:5,16 221:9

**good-faith** 217:8,13

**goodness** 79:16

**graduate** 25:18

**graduated** 25:12

**granted** 206:17

**gravitate** 28:21

**great** 126:15 189:17

**ground** 19:20

**group** 34:17,18 38:13 46:4 55:20

**growing** 28:18 78:8

**growth** 202:17

**guess** 22:18 30:25 31:24 41:4,6,24 43:3, 10 71:20 152:24,25 244:13

**guessing** 43:17,22 44:1 48:3

**guidance** 177:11

## H

**half** 81:20 83:12 158:12 191:24 220:4 224:25

**hand** 44:19 45:3,10

**handing** 207:10

**hang** 73:20

**happen** 108:2 123:5 166:1,3

**happened** 165:23 243:24

**happy** 123:16 134:14

**hard** 63:9 66:17 125:16

**head** 20:13

**headquartered** 18:15

**hear** 108:24

**heard** 48:12

**heart** 79:17

**held** 18:11 26:23 27:5 29:5 30:16 47:4 112:4 161:19 227:2

**helped** 76:13

**helping** 152:21

**hesitate** 110:7

**high** 51:22

**highlighting** 118:6

**history** 64:6,8

**hobby** 29:19

**hold** 73:15 96:25 105:3 107:8,19 132:13 144:24 146:24,25 147:16

**holding** 28:18 30:17 112:14 145:16

**Holdings** 122:25

**honestly** 43:23

**honor** 63:8 145:1,18 147:13 200:12 203:15 204:6 205:8

**honoring** 135:7

**hope** 66:7 110:10 173:10 186:22

**hoped** 51:25 54:2 166:9 170:12

**hopeful** 63:12,21 136:6 173:13

**hopes** 66:3

**hoping** 135:16 136:2

**Horne** 32:2,3,9 90:9 91:15 95:17 97:22 115:11 195:11,12,15 197:15 232:8 233:5, 20 240:16

**hour** 92:19 148:24 158:12 198:24 224:25

**hours** 24:21 176:1

**huh-uhs** 20:13

## I

**idea** 41:16 42:9 100:15 101:7 112:11

**ideal** 112:8

**Ideally** 238:17

**identification** 23:18 32:21 50:4 56:8 68:24 71:5 75:2 76:2 77:7 80:16 83:25 85:8 87:2 89:17 90:25 91:24 97:17 99:5 102:9 103:17 104:14 111:19 115:3 116:14 119:6 120:7 121:18 124:4 126:7 129:8 130:10 131:8 134:7 137:2 138:17 139:18 141:14 142:11 144:8 154:10 158:7 159:17 161:13 163:11 165:3 166:14 168:6 169:2 170:24 172:6 173:20 174:23

175:22 178:12 179:19 180:16 181:22 182:15 183:14 187:25 189:10 190:19 195:6 197:22 198:20 199:22 203:25 205:15 206:10 208:3, 23 210:13 211:23 213:2 215:14 216:12 220:16 221:18 223:23 224:20 227:9 229:5 230:22 232:2 233:2 235:4 237:9 240:13 242:11

**identify** 34:6 38:14

**ii** 53:2

**imagine** 37:1 41:25 49:15,18 89:5 90:12 97:12 98:21 109:9 114:23 120:19 122:22 148:18 149:7, 15 153:7 194:21 195:23

**immediately** 128:24 169:21

**important** 20:1,12

**impossible** 20:3

**inability** 137:18

**inaccurate** 226:6

**including** 158:11 161:17 224:7

**income** 42:5,13 238:3,14

**inconsistent** 177:4

**Incorporated** 17:9 18:7,15,18

**increase** 63:13,22 212:6

**incredible** 231:9

**indefinitely** 73:15 107:8

**independent** 60:19

**Indiana** 34:21,22 35:1,2 36:11 37:4,17 46:3 169:25 170:1

**indicating** 70:22 141:18

**indication** 109:8 127:8 201:9

**individual** 22:13 34:9

**individuals** 31:19 158:10

**industry** 108:10

**information** 33:4 42:7 60:17 61:6,13, 17 89:25 124:17,21 131:14 138:3,6 149:18,25 172:22 198:14 237:19

**informed** 66:13 89:25

**initial** 111:2 129:18

**initially** 39:25

**initiating** 132:21

**inked** 206:1

**INNOSILICON** 61:10

**input** 176:5,12 200:5, 16 233:18

**inquiry** 215:4

**instance** 222:12

**instruct** 62:19

**instructions** 120:23 163:20

**intend** 110:3

**intended** 215:22

**intention** 164:6 203:19 211:13 235:17

**intercompany** 238:21

**interest** 27:11 29:19 65:21 151:15 184:15 229:25 230:8

**interested** 29:7,9 86:9 173:1 178:4

**interesting** 29:6

**interfere** 21:2

**internal** 62:15 139:20

**interpretation** 192:22

**investing** 26:13

**investor** 29:21 30:17

**invoice** 70:23 213:21 218:22,25

**invoices** 69:11 70:17 214:7 218:20

**invoicing** 213:24 214:3

**involved** 27:2 88:11 95:17,22,25 96:6 149:12 167:5,12

**involvement** 167:14

**involving** 124:23

**ironed** 150:13,16

**Israel** 210:2

**issues** 102:19

**J**

**January** 17:1 18:12 28:7 33:17

**Joe** 85:13,14,15 93:11 105:15 191:6

**John** 17:7 18:13

**joking** 78:15

**July** 77:17 78:25 196:13 205:21 209:2, 9,14 210:16 212:2 213:6,10 214:24 215:7

**jumbled** 209:16

**jumping** 243:4

**June** 80:10 197:25 199:25 204:3,16 205:18 206:14 207:13 208:7

**Justin** 78:12

**K**

**Kalfa** 85:15,18,22 86:19 87:9,12 89:21 90:3 91:3 93:11 94:20 199:25 212:2

**keeping** 89:25

**key** 64:22,25

**kind** 26:11 35:4 37:25 110:5 111:6 125:16 171:24 176:6 197:14 222:9

**knew** 64:11,14,15 65:1 106:7 146:16 185:19

**knowing** 113:9,24 114:4

**knowledge** 22:6 42:25 139:25

**Kristine** 76:5

**Kristy** 78:15

**L**

**L.A.** 34:17

**L3** 33:10

**laid** 145:13

**language** 57:20

**largest** 61:11

**late** 168:14,20 209:24

**Latman** 19:9

**laugh** 212:5

**law** 19:8 158:17 161:19,21 162:3

**lawsuit** 21:17

**lawsuits** 48:8

**lawyers** 47:7 62:24

**Le** 17:13 18:17

**lead** 149:4

**leading-edge** 29:14

**leaning** 55:4

**left** 132:25 243:20

**legal** 17:7 18:14 47:12 187:16 194:19 229:25 230:8 233:16, 24 234:7

**lender** 148:24 150:8, 10

**Lending** 104:22,23

**letters** 48:7

**level** 40:15 41:8 95:15,17 116:8 202:16 203:1 237:19 238:9

**leverage** 112:7

**liability** 192:12

**Liebowitz** 19:9

**likewise** 20:7

**limit** 194:11

**Linkedin** 25:12 30:8, 11 85:19,21 87:13

**list** 30:9 69:10 70:17 72:1,3,6 84:8 160:5

**listed** 24:3 76:15 77:1 81:15 102:24 219:3

**listing** 58:22 79:1 84:19

**lists** 56:22 107:3

**literal** 113:13

**literally** 41:16 42:9 100:15 113:7

**litigation** 97:9

**live** 118:12

**loan** 150:12

**local** 34:4

**locate** 38:17

**located** 36:7 37:23 39:1

**location** 34:22 35:7 36:11 37:3

**locations** 36:9,14

**logical** 147:19

**long** 24:19 92:15 140:5 144:25 145:17 157:8

**longer** 48:11 157:2 173:1 178:3 192:3 194:16

**looked** 66:18 79:6 82:24 96:17 118:16 158:12 170:12 176:1 186:17 198:24 208:16 218:6 225:1 231:4 233:8 234:21 236:5

**Lord** 38:9,12,13

**Los** 39:2

**lose** 51:23 73:10 106:23 108:16 184:25 185:15

**loses** 231:11

**losses** 194:11 205:5, 6 230:6 231:10,12

**lost** 49:10 185:3,13 205:4

**lot** 20:9 37:7 53:18 55:2 60:18 118:5 205:4

**loudest** 78:11,13,17

**low** 236:15

**lower** 185:7

**lump** 130:2

**lunch** 156:24 163:4

**M**

**machine** 203:14 229:12,17 235:24 236:7

**machinery** 65:23

**machines** 35:8,17 36:15 37:3 38:6,19, 22,25 39:8,11 40:2,3 45:12,14,23 51:21,22 53:3 56:18,22 57:1,7 59:2 60:1 62:5,17 63:3 66:4,14 67:11, 17,23 68:14 73:7,11, 16,20 76:24 79:9,15

81:23 82:16 90:5,7 103:1,5 106:12,14,23 107:8,18,20 108:8, 16,20 110:15,21 111:1 119:20 121:3, 11,12,25 122:17 123:17 127:9,18 128:7 129:1,23 130:2,20 131:22 132:4,25 133:7 135:21,25 136:14,21 140:7 143:4 146:8,25 147:4,21 148:8,15 149:13 155:3,22 156:5 157:4 159:9 160:10,16,21 161:3 162:10 163:21 164:5, 7,10 165:8,14 166:24 167:22 169:14,17 171:9,12 172:23 173:2,14 174:2,5 176:18,23 178:4,21 180:9 183:4,8 184:6, 24 185:6,7 186:5,8, 16,18,20,23 187:5 191:15,16 192:3,18, 24 193:19 194:12,17 196:22 199:13 200:14 201:10,23 204:7,19 211:16 216:5 217:1,14,18 218:15 219:1,5,13 220:5 228:7,11 229:17 231:16 235:13,20 236:1,18 237:1

**made** 24:4 30:13 33:23 39:23 52:11,17 53:3,6,8,10 62:25 64:18 65:11,18 66:2, 9,12 68:16 79:8 80:10 95:10,14 119:21 127:18,20 130:20 131:1,21 132:8 137:9 151:6 160:4 174:8,16 186:5,11 189:3 194:22,24 208:15 212:12 214:8 219:18 241:7,13,17

**Magot** 18:5 19:1,7 23:9 32:16 42:8,22 56:10 83:4 93:5 119:2 163:13 244:19

**maintain** 186:12

**make** 20:20 33:22 53:22 54:10,24 58:18 60:14 68:12 70:3 75:16,17 76:13 79:12 82:14 85:3 88:1,6,8 89:11 94:2,9 95:11 98:20 101:5 106:1 110:5 113:25 129:18 132:14 154:2 159:8 162:22 167:20 173:10 188:12,18 193:10 200:11 202:6 203:2 211:14 215:7 216:4 222:11 231:7 232:13,19

**makes** 83:11 213:9

**making** 54:7 55:4 79:14,19 86:9 117:7 119:19 155:17 179:25 200:16 231:14

**manage** 71:14 198:7

**managed** 26:22 36:12 37:4,9,14

**Management** 36:5

**managing** 198:12

**Mandel** 17:23 19:6,8 21:15,22 22:11 23:8, 19 24:16 27:15,20 29:1 30:23 31:11 32:13,16,22 33:14 34:20 35:10 39:20 40:4 41:12,21 42:4, 14,18,20,21 43:20 44:17 46:12 47:10,21 48:5 49:4,16,25 50:7, 8 52:19 53:1,13,14 54:4,20 55:6,13,18 56:3,9 58:1,13 59:11, 24 60:8,15,24 62:8, 22 63:20 64:24 65:6, 17 66:1,8,20 67:4,15, 21 68:5,11,20 69:2,4 70:1,7,16 71:1,6,22 72:13,21 73:5,22 74:4,10,16,22 75:3, 23 76:3 77:3,10,15 78:9 79:24 80:5,12, 17 81:13 82:7,17,23 83:9,21 84:1,17 85:4, 9 86:17,23 87:3

88:15,21 89:1,13,18 90:21 91:1,20 92:5, 11,15,18 93:4 94:11, 17 95:5 96:4,10,16, 23 97:13,18 99:1,6, 21 100:2,11,20 101:1,5,14,21 102:5, 10,23 103:13,18 104:10,15 106:10,24 107:12 108:5,13,22 110:2,13,19 111:10, 15,20 113:12,18 114:1,8,24 115:4 116:6,10,15 118:19 119:2,7 120:3,8 121:14,19 122:12 123:25 124:5 125:9 126:3,8,23 127:14 129:4,9 130:6,11,24 131:4,9,19 132:1,7, 18 133:5,11,17,22 134:3,8 135:11 136:1,7,19,23 137:3, 22 138:13,18 139:14, 19 140:21 141:4,10, 15 142:7,12 143:8, 18,23 144:4,9 145:12 146:1,6,18,23 147:8, 14 148:1,11,19 149:10,16,24 150:4,9 151:3,12,22 152:1 153:9,14,20 154:1,6, 13,14 155:7,19 156:1,10,20 157:1,8, 11,17,22,25 158:3,8 159:13,18 161:4,9,14 162:2,16,25 163:7,12 164:24 165:4 166:2, 10,15 167:13 168:2, 7,23 169:5,6 170:14, 20 171:1 172:2,7,20 173:16,21 174:14,19, 24 175:18,23 176:10, 15 177:9,21 178:1,8, 13 179:15,20,22 180:12,17 181:18,23 182:7,12,16 183:10, 15 184:11,17 185:11 187:3,13,21 188:1,21 189:6,11 190:10,15, 20 192:10,15,21 193:3,4,20 194:7,23 195:2,7,12,13 196:7 197:2,18,23 198:16, 21 199:8,18,23 200:9,23 201:5,14,22

202:10 203:7,21 204:1 205:1,11,16 206:6,11 207:22 208:1,4,19,24 209:17 210:5,9,14 211:12, 19,24 212:15,22 213:3,18 215:9,15 216:8,13 217:12,19 218:11,21 219:16 220:1,12,19,21 221:3,14,19 223:1, 13,19,24 224:16,21 225:23 226:4,14,20 227:5,11,16 228:3, 16,19,22 229:1,6 230:15,18,23 231:23 232:5,6,22 233:3 234:4,20,25 235:5 236:17,23 237:5,10, 23 238:13,18 240:9, 14 241:12 242:7,12 244:3

**manipulate** 23:13

**March** 40:11 53:4 54:23 91:4 93:11 97:20 99:10 102:12 103:21 104:18 110:25 111:22 113:2 114:19 115:6 116:18 117:1,9 119:9 120:11 121:21,23 122:2,15, 20 124:8 126:12 127:25 129:1,11 130:13 131:2,11,22 134:11 136:11,21 148:6 156:12 243:6

**mark** 23:8 32:16 49:25 56:4 68:20 71:1 74:22 75:23 77:3 80:12 83:21 85:4 86:23 89:13 90:21 91:20 97:13 99:1 102:5 103:13 104:10 111:15 114:24 116:10 119:3 120:3 121:14 123:25 126:3 129:4 130:6 131:4 134:3 136:23 138:13 139:14 141:10 142:7 144:4 154:6 156:20 157:11 159:13 161:9 163:7 164:24 166:10 168:2, 23 170:20 172:2

173:16 174:19 175:18 178:8 179:15 180:12 181:18 182:7 183:10 187:21 189:6 190:15 195:2 197:18 198:16 199:18 203:21 205:11 206:6 207:22 208:19 210:9 211:19 212:22 215:9, 10 216:8 220:12 221:14 223:19 224:16 226:20 227:5 229:1 230:18 231:23 232:22 234:25 237:5 240:9 242:7

**marked** 23:18 32:21 50:4,10 56:8 68:24 71:5 75:2 76:2 77:7 80:16 83:25 85:8 87:2 89:17 90:25 91:24 96:18 97:17 99:5 102:9 103:17 104:14 111:19 115:3 116:14 119:6 120:7 121:18 122:4 124:4 126:7 129:8 130:10 131:8 134:7 137:2 138:17 139:18 141:14 142:11 144:8 154:10 157:14,19 158:7 159:17 161:13 163:11 165:3 166:14 168:6 169:2 170:24 172:6 173:20 174:23 175:22 178:12 179:19 180:16 181:22 182:15 183:14 187:25 189:10 190:19 195:6 197:22 198:20 199:22 203:25 205:15 206:10 208:3, 23 210:13 211:23 213:2 215:14 216:12 220:16 221:4,18 223:23 224:20 227:9 229:5 230:22 232:2 233:2 235:4 237:9 240:13 242:11

**market** 29:15 59:2,14 60:6,10,21 61:20 63:11 128:5 136:15 186:14 191:19,22 229:16 236:1,12

**marketplace** 230:5 237:2

**marking** 157:24 158:3

**marks** 18:3

**match** 52:24

**matter** 18:5 21:18,24, 25 22:5 25:4 48:11 139:6,10 151:1

**Mckea** 76:15,16

**meaning** 160:24

**means** 75:13 81:9 110:4,9,11 146:8 217:17 231:12

**meant** 58:11 142:23 154:25 155:8 164:1 179:7 215:25 231:15 232:19

**media** 18:3 244:19

**medication** 21:1

**meet** 24:20 25:23 54:2,16 55:5 70:10 71:25 85:17 98:16 109:13,18 112:18 115:19,23 116:1 137:18 202:20 204:18 216:25

**meeting** 24:23 91:7, 11

**meetings** 96:25 97:5

**member** 31:18 32:6, 14 69:18 88:19 95:20,22

**members** 31:19 32:1,4,10 90:13

**memory** 46:18

**mention** 66:23 67:6

**mentioned** 21:5 28:17 29:3 34:16 105:24 106:20 185:23 205:7

**MESA** 17:1

**message** 86:5 90:3

**messages** 112:24

**met** 25:24,25 26:2 84:24 91:17

**mid-july** 213:13

**middle** 144:10 183:16 229:10

**million** 40:21 57:6 70:18,23 72:6,16 76:23 81:20 83:12 123:1 128:4,13,25 132:10,16,25 143:2, 10,14,20,25 158:18 165:20 212:18 220:4 222:3,16 223:10 238:22 239:2,4,10

**mind** 34:19 49:24 51:20 157:2 185:3 217:17

**mindset** 73:1

**miner** 30:5

**miners** 30:2,4 33:9, 12,20,22 34:3,5,12, 23,24 35:3 36:10 38:14,18 39:7 152:11,17,19,20 213:25 239:6

**minimize** 231:9

**mining** 18:6,7 19:11 33:5 37:7 40:18 56:24 72:4,16 75:21 76:23 79:2 81:14 160:3 164:22 241:6

**minute** 76:6 92:4 226:24

**minutes** 55:19 92:22 118:20

**missed** 21:11

**missing** 92:1

**misspoke** 158:1 179:21

**misstating** 193:2

**miswording** 222:9

**moment** 34:11

**Monday** 144:16

**money** 39:15,18 46:23,25 47:4 49:1 57:11 81:9,25 82:3,9

93:23 103:6 110:1 132:19 133:18 134:16,19,23 139:13 151:18,23 152:3 184:12 205:5 226:7 243:19

**monies** 81:3

**month** 40:13 171:8, 13,14 242:20

**monthly** 37:11

**months** 66:24 68:7 206:20 241:23

**morning** 17:6 19:7 91:8 115:9 127:6 195:20

**move** 118:20 127:16 186:6 205:20

**moved** 133:24 214:11

**moving** 40:16

**multiple** 20:2 123:6

**mutually** 204:11

---

**N**

**Nah** 47:8

**named** 34:21 37:20

**names** 30:25

**naturally** 28:21

**nature** 21:16 29:25 30:1

**necessarily** 108:7

**needed** 28:19 88:17 89:6 105:25 113:3 128:25 194:2 197:9

**negative** 238:22 239:7

**nervous** 119:12

**news** 114:12

**next-to-last** 50:14, 19

**night** 26:2

**normal** 78:2

**Nos** 50:1 93:6 99:2 163:8 211:20 212:23 226:21 237:6

**note** 42:16,19 69:1 101:10 111:14 193:9 244:12

**noted** 18:19 244:25

**notice** 23:10 24:3 208:16

**noticed** 30:8 208:10

**notification** 184:2

**notwithstanding** 54:14

**number** 33:25 34:3 37:2 48:7 50:6 76:18 78:4 154:12 202:14 209:20 213:21 218:13 220:6,8 241:14 244:19

**NYSE** 178:19 179:7, 11

---

**O**

**oath** 41:15 42:15,23 101:2,7

**object** 82:11 127:11 193:9 220:7

**objecting** 214:6

**objection** 21:12,20 22:8 27:14,18 28:15 30:20 31:9 32:11 33:13 34:14 35:6 39:17,24 41:10,18 43:19 44:14 46:8 47:6,18 48:1 49:2,14 52:15,21 53:12,16 54:17,25 55:10 57:22 58:9,10 59:9,20 60:3, 11,22 62:6,18 63:18 64:21 65:4,13,24 66:6,15,25 67:12,19 68:2,8 69:21,22 70:4, 12 72:11,17,25 73:17 74:1,7,13,20 76:25 78:6 79:22 80:2 81:11 82:5,20 83:7 84:14,15,25 86:13 88:12,18,23 89:9

90:18 94:7,14 95:3 96:3,7,13,20 97:10 99:18,24 100:8,17 101:10 102:3,21 103:10 106:6,19 107:9 108:3,9,18 109:24 110:6,17 111:8,14 113:5,15,22 114:5 115:25 125:7, 25 126:21 127:12 129:2 130:22 131:16, 24 132:5,11 133:2,9, 15,20 134:1 135:9,23 136:16 137:20 138:11 140:19 141:2 143:5,16,21 144:2 145:10,23 146:4,9,21 147:1,11,23 148:9,17 149:6,14,21 150:2,7, 25 151:11,20,25 153:6,11,17,24 155:5,12,23 156:8,17 159:11 161:1,7,24 162:11 165:25 166:8 167:7,25 168:21 170:11 172:17 174:12,17 175:16 176:8,13 177:6,15,24 178:6 180:10 184:8, 14 185:1 186:25 187:11,19 188:19 190:8,13 192:8,14,19 193:1,9 194:4,18,25 196:5,24 199:4 200:7,21 201:3,11,18 202:8 203:4 204:20 207:20 208:17 209:11 211:10,17 212:13 213:16 216:6 217:10,15 218:9,17 219:14,23 222:23 223:11,17 225:21,24 226:2,9,11,18 228:1 230:13 231:18,20 234:1,18,23 236:14, 21 237:3,21 238:11, 16 241:10 242:4 244:1

**objections** 24:4

**obligated** 196:22

**obligation** 48:20 72:10 79:1,5 84:8,11 111:6 135:7 137:13 172:12 192:25

200:12 203:15 204:6 216:25 227:25

**obligations** 47:17 48:16 58:23 70:10 71:25 72:4 77:24 109:13 205:8 206:19

**obtain** 147:21

**obtained** 143:19 144:1

**obtaining** 128:20 143:14

**occasion** 25:23 27:16 85:17

**occasions** 19:15

**occur** 151:9 202:15

**October** 80:19 81:19 83:5 84:3,12,18 224:2,11 227:18 228:9 229:8,16 231:1 232:8 233:5 235:7

**off-airport** 214:11

**off-site** 214:21

**offered** 60:13 188:9

**offering** 86:19 98:19 196:12 223:15 236:12

**offhand** 31:25

**officially** 28:7

**online** 25:11

**open** 23:20,21 32:23 56:10 60:6 69:11 70:18,23 73:14 76:7 89:10 122:9 125:14 176:19 189:21 241:18

**opening** 190:2

**operate** 37:2 125:20 145:8

**operated** 35:3

**operating** 65:14

**operation** 40:25 41:17

**operational** 23:5

**operations** 26:22 44:6,18 45:8

**opportunities** 28:17,19

**opportunity** 28:1,14 57:15,18 181:6,13 199:7

**opposed** 124:22 196:14

**optimistic** 63:24 186:13 205:10

**option** 68:3 146:16 185:14,16 192:6,9,13 194:14 201:20

**orally** 186:2,16

**Orange** 37:24

**order** 54:6 71:24 79:15 112:18 157:4 194:14 209:13,19

**organization** 125:17

**organize** 55:20

**original** 202:21 231:8,14

**originated** 162:23 243:7,12,16

**originating** 242:24

**outlined** 118:11

**outstanding** 47:17 48:16 81:1,6,9,15 82:19,22 84:6,19 211:9 222:5,20 224:6,10 227:21

**overdue** 206:21

**overpriced** 191:15, 17

**owe** 48:25 56:17 57:18 58:4,6,8 72:19 82:2,9 138:23 175:6 226:6,16

**owed** 47:25 57:5,11, 14,23,24 72:15,23 80:7 81:3,10,20,24 82:12,18,25 143:2 160:20,25 227:25

**owing** 132:25 220:2

**owned** 27:11 35:17 45:12 239:12

**owner** 76:18

**ownership** 230:4

**owning** 66:4

**owns** 31:7 140:4

———

**P**

**p.m.** 244:25

**paid** 69:12,14 72:7 75:15,18 110:15,22 121:11 132:9 133:1 134:22 151:18 152:19,23 162:19 172:23 184:5 192:16 219:7 239:16

**pain** 117:22

**paragraph** 40:9 112:22 123:15 166:20 167:18,19 202:12 203:11 207:7 228:4,17

**paragraphs** 117:3

**parent** 31:4 39:9,10, 13,23 40:1 71:24 86:15,20 93:20,25 94:19 95:1 106:5 109:21 112:17,25 116:4 123:7 124:11 125:1,19 128:19,23 138:8 167:15 171:18, 21 179:10 191:3 202:16 203:1

**parentheses** 117:25 118:3

**part** 34:6 51:7,11 76:14,18 107:6 131:21 153:21 217:13

**parties** 17:16 33:25 53:15 55:7 118:15 229:21

**parts** 130:21

**past** 70:20 168:13 217:23

**pay** 39:10 45:2,5

55:16 56:19 59:8 61:25 63:17 64:19 70:23 73:3,10 74:2,6 75:16,21 76:22 78:5, 23 81:5 103:3 110:12 132:2,16 135:2 136:3 143:1 146:15 147:16 148:15 149:13 151:5 152:17,22 153:2 161:3,5 173:13 187:9 191:25 196:11,20,22 199:13 201:25 214:16 215:22 217:9, 14,24 221:9 229:24 230:8 236:20

**paying** 63:17 133:13 147:21 151:15 191:14 192:23 231:15

**payment** 52:3 53:3, 5,8 54:8,23 71:13 73:25 74:15,17,19 79:1 80:9 95:11 110:5 119:20 121:24 122:16 127:17 129:1 130:20 131:1,21 132:8 137:9 145:2,18 148:3,7,13 155:18,21 156:4 157:3 159:8 162:23 164:5 167:21 168:15 171:11,17 173:11 183:3,7 186:23 188:24 192:17 204:19 206:18 208:14 211:8, 15 216:5 217:8 218:15 219:4 234:13, 17

**payments** 52:8,11 53:20 54:3,5 58:19 68:13,16 70:3 76:14 79:8,12,14,19 82:14 85:3 113:25 117:8 160:4,5 168:20 180:8 188:13 202:7 203:2 211:14 218:13 219:3, 10,18

**PDF** 122:14

**penalties** 233:17,24 234:8

**pending** 17:22 20:18

**people** 20:2 78:11,

13,17,18 108:12 112:5,14 125:19

**per-machine** 59:18

**percent** 95:9

**perform** 38:15

**period** 26:21 60:21 61:16 77:24 85:2 147:5 171:22 175:14 190:5 239:23 241:22 242:2

**person** 28:20 106:25 149:11,17 196:1

**personal** 26:7 42:25

**personally** 113:19, 23

**perspective** 167:8

**phone** 98:17 141:19 149:8 181:7,14 186:4

**place** 35:8 36:15 38:6 228:7

**plaintiff** 17:24 19:10 21:23

**plaintiff's** 23:17 32:20 50:3 56:7 68:23 71:4 75:1 76:1 77:6 80:15 83:24 85:7 87:1 89:16 90:24 91:23 97:16 99:4 102:8 103:16 104:13 111:18 115:2 116:13 119:5 120:6 121:17 124:3 126:6 129:7 130:9 131:7 134:6 137:1 138:16 139:17 141:13 142:10 144:7 154:9 158:6 159:16 161:12 163:10 165:2 166:13 168:5 169:1 170:23 172:5 173:19 174:22 175:21 178:11 179:18 180:15 181:21 182:14 183:13 187:24 189:9 190:18 195:5 197:21 198:19 199:21 203:24 205:14 206:9 208:2,22 210:12 211:22 213:1 215:13 216:11 220:15

221:17 223:22 224:19 227:8 229:4 230:21 232:1 233:1 235:3 237:8 240:12 242:10

**plan** 71:13 112:8,11 164:9 170:7 181:8, 10,12 188:24 232:13, 19

**planning** 51:7

**plans** 158:16

**pledge** 191:3

**point** 20:15 35:21 50:21 63:14 68:6 70:8 73:6 75:21 78:4, 19 79:2 81:4 84:22 86:20 91:12 92:20 94:4 105:21 108:6,15 116:8 117:16 124:17 128:21 133:14,19 134:23 135:8 137:17 139:3 142:4 146:8 149:5 150:22 157:5 167:3 171:6 177:14 178:3 182:2 183:6 184:13,22 185:3,8 186:10 188:11 190:12 191:1,23 192:1,24 193:17 194:3,10,15 199:16 217:1 223:2 225:13 227:25 233:22 235:11 236:12

**pointed** 61:24

**popped** 76:20

**portion** 46:3,5 127:9 133:6 135:2 159:4

**portions** 127:21

**position** 27:5 31:16 105:3,25 144:22

**positions** 26:24 27:24

**possibility** 135:20 191:2

**possibly** 48:4

**potential** 105:16 117:17 233:23

**power** 169:20

**practice** 78:3 176:11

**predict** 63:10

**predictable** 63:12

**preferred** 223:14

**prepare** 24:7

**prepared** 24:1 67:25

**present** 18:19 24:22 40:10

**presented** 28:13 60:17

**presenting** 87:13

**pressing** 180:8

**pretty** 61:19 78:3 157:4,5

**previous** 86:6 128:11 169:24

**previously** 79:6 82:24 122:4 168:19

**price** 34:7 52:3 60:6 63:5 68:1 79:25 80:3 123:23 136:14 185:6 186:8 191:19,22 192:3 214:3,5,16 219:1 229:17,20 230:12 231:15 235:19,22,25 236:7, 11,25

**prices** 63:22 64:19 65:2 147:5

**pricing** 61:6,13

**primarily** 138:9

**primary** 108:14,20

**prior** 29:17 98:24

**privately** 30:16

**privy** 123:12

**problem** 144:23 145:15

**problems** 190:7,12

**Procedures** 17:21

**proceed** 18:22 215:2 244:15

**proceeded** 118:15

**proceeds** 207:4

**process** 94:23 117:20 119:13 125:15 147:3 164:10, 15 167:5 177:23 178:3 222:4,20

**produce** 40:3

**produced** 40:6 42:3 45:1 210:6 244:6

**produces** 110:8

**producing** 30:2

**production** 32:17 42:5,12 50:1 56:5 68:21 71:2 74:23 75:24 77:4 80:13 83:22 85:5 86:24 89:14 90:22 91:21 93:6 97:14 99:2 102:6 103:14 104:11 111:16 114:25 116:11 119:4 120:4 121:15 124:1 126:4 129:5 130:7 131:5 134:4 136:24 138:14 139:15 141:11 142:8 144:5 154:7 156:21 157:12 158:4 159:14 161:10 163:8 164:25 166:11 168:3,24 170:21 172:3 173:17 174:20 175:19 178:9 179:16 180:13 181:19 182:8 183:11 187:22 189:7 190:16 195:3 197:19 198:17 199:19 203:22 205:12 206:7 207:23 208:20 210:10 211:20 212:23 215:11 216:9 220:13 221:15 223:20 224:17 226:21 227:6 229:2 230:19 231:24 232:23 235:1 237:6 240:10 242:8 244:3

**professional** 26:11, 17

**profile** 25:12 30:8

**profit** 37:1 44:8 66:4

**profits** 239:19

**projecting** 199:12

**proper** 92:4

**properly** 119:20

**protection** 107:7

**provide** 42:8 54:7 75:8 124:18 131:13 138:3 156:14 198:14

**provided** 69:10 97:9 121:10 127:7 150:11 216:24 219:22 225:25

**providing** 69:16 77:23 89:7 150:18 190:6 200:20 237:18

**provision** 50:21 107:1,14

**PSU** 229:13

**PSU'S** 57:1

**public** 61:5

**pull** 92:3

**pulse** 61:20

**purchase** 34:8 38:14,18,19,23 50:12 51:21 52:3 57:6 63:5, 6 67:18 68:1,10,13 70:21 86:10 88:14 90:6,17 93:18 94:2, 13 135:14 152:18 160:2 184:19 197:13 200:13 201:1,2,10 203:14 217:18 219:1 230:12 239:6

**purchased** 34:12 108:11

**purchaser** 61:25 107:24

**purchases** 33:22,23 40:2 106:2

**purchasing** 39:7 63:1 136:15 152:11 186:24

**purpose** 51:19 89:24 141:25

**purposes** 94:21 154:3

**pursuing** 48:9

**push** 125:10 171:10, 16

**pushed** 125:8

**pushing** 171:21

**put** 36:9 50:9 93:5

---

## Q

**qualified** 28:20 29:10

**qualify** 26:14

**quantities** 34:7

**question** 20:7,18,19 28:5 32:24 72:22 100:19 101:4 102:25 103:12 107:11 132:15 145:14 193:11

**questions** 19:21 99:15 102:17,18 244:8,9

**quick** 157:4

**quickly** 55:5 63:10

---

## R

**rack** 169:20

**racks** 176:19

**raise** 51:21 53:25 106:3 109:25 187:9 222:3,16

**raised** 102:20 107:1, 4

**raising** 106:4,8 223:9

**ran** 41:8

**range** 46:14 59:23 60:1 77:8 118:21 236:7

**rapidly** 155:22 156:4

**rate** 40:12 110:25

**reach** 116:7

**read** 29:20 80:21 87:25 112:10 116:23

117:13 120:18 142:18 155:14 172:18 180:22,24 188:23 190:24 193:14 216:1 217:22 221:25 224:12 231:7 232:20

**reading** 113:6

**ready** 176:19

**reaffirming** 200:25

**realized** 92:1

**reason** 20:23 49:7 84:18,21 94:18 114:2 133:23 134:22 135:1 177:3 178:24 187:4, 16 219:17,20 236:24 241:16

**reasonable** 64:20 145:3,19 195:25 196:9 207:1 214:12

**reasons** 135:6

**recall** 25:25 30:22 31:15 33:1,11,21,23 40:16 41:1,11,20,24 43:23 45:17 48:3,17 49:20 51:1,14,15,18 52:9,16,18,20 53:9 54:18 55:1 59:16,17 61:8 67:8,14,20 68:16 70:13 71:18,21 75:14 78:2 83:20 84:22 85:1,13 86:22 87:12,15 90:12 91:11,19 95:19,24,25 96:2,5,22 97:3,7 98:14,19,25 102:22 103:7,11 109:7 115:15 117:7,10 119:18 121:23 122:1 123:6 125:4 126:22 127:1,13,15,20,22 128:22 129:3,25 133:16 135:4 136:10 140:15,16,22 141:3,7 142:6 143:17 144:3 145:4,24 146:10 147:5 152:9,12,15,24 153:1,3 161:23 162:1 167:2,4 169:18 171:24 172:1,15,19, 21 174:4,7 175:10,13 176:9 179:9 180:21,

22,24 182:4,6 183:2,
6,9 186:21 189:25
190:4,9,11 191:1,22
192:4,5 193:22,25
194:6 195:1 196:18
197:14,17 199:17
200:22 202:9,24
203:10 207:13,21
208:18 209:9,12
213:24 214:5,6,15,
18,20 215:3,8 216:7,
23 217:2 218:5
220:11 223:7,9,14,18
224:12 225:16,18,24
228:2 230:17 232:17,
21 234:24 235:6,8,
10,18 239:22 240:15
243:23 244:2

**receivables** 238:21

**receive** 46:7 167:21
228:6

**received** 25:15 47:13
100:13 109:7 134:14
152:20 176:5 200:15
208:11 215:4 235:23

**receiving** 213:10
235:6

**recently** 21:7 202:15

**recess** 55:25 93:1
118:24 163:4 220:25

**recognize** 50:15
69:5 71:7 85:23 87:4
91:2 97:19 103:19
116:16,25 134:9
139:20 141:6 142:13
206:12 208:5,25
211:25 216:14
230:24

**recognizing** 211:6

**recollection** 79:7
122:15 129:16
130:19,25 131:20
134:21 135:19
140:11 143:13 179:3
181:9 184:4 188:10
189:23 199:15
204:15 218:2 224:9
225:12 226:15

**recommend** 201:20

**recommendation**

191:6

**record** 17:4,12
19:24,25 20:11 50:6
55:24 56:2 68:25
92:7,17,25 93:3
118:23 119:1 163:1,
3,6 220:24 221:2
226:24 227:1,2,4
244:12,14,21

**recording** 17:17

**records** 97:4

**recruited** 27:25 28:2

**refer** 22:17,21 31:3
43:5 81:6 84:5
114:14 191:16

**reference** 83:11 98:3
143:3 187:18 212:20
213:9 240:19

**referenced** 83:15
97:25 120:17 126:25
208:15

**references** 128:11
216:18

**referencing** 99:17
120:19,20

**referred** 50:23
100:14 101:8 238:21

**referring** 22:23
29:13 31:4 65:10
66:11 100:1,15
101:12 102:19 104:5,
9 112:15 115:10
119:14 128:10
132:17 139:12
148:14 159:4 162:9,
15 164:19 169:25
190:2 202:23 211:1
212:11 213:23
216:21 222:6,13

**refers** 181:11

**reflect** 219:4 242:15

**reflected** 52:12
54:11

**reflects** 218:13
238:20

**refresh** 46:16 79:7
122:15 129:16
130:19,25 131:20

134:21 135:19 184:4
204:15 225:12

**regard** 63:24 204:18
214:19

**regular** 177:22

**regularly** 61:15
96:12

**Reidt** 17:7 18:13

**reiterated** 67:18

**rejected** 241:16

**related** 151:24 152:7
153:10 202:16
214:13

**relates** 42:2

**relating** 97:5

**relation** 214:17

**relationship** 27:6
35:4 36:12 37:13,15
38:1,2 63:9 147:12
241:2

**relationships**
186:13

**relative** 211:8

**release** 124:14 146:7
148:25 150:6 162:8
167:16

**released** 119:20
121:12 201:23

**relevant** 60:21

**rely** 110:3

**remained** 45:9
243:25

**remaining** 76:23
80:25 84:5 159:4
160:9,15,24 162:9
163:21 164:7,12
165:7,14 172:23
173:13 183:4,8 184:6
196:22 211:16 216:5,
25 219:12

**remember** 29:4
34:10 85:11 91:17
119:22 123:10,21
133:21 136:17 156:6
169:24 179:12
188:14 191:5 214:9

**remind** 164:18

**remote** 17:10,17

**remotely** 17:13,15
18:11

**renting** 35:15

**repay** 150:23 222:4

**repaying** 222:20

**repeat** 107:11

**repeating** 158:22

**rephrase** 31:12
53:13 107:13 152:2

**reply** 180:1

**reporter** 17:13
18:17,21 19:23 20:3
43:13 101:18 193:14
244:22

**reporting** 17:9
18:14,18 58:23

**represent** 19:10
235:22

**representative**
22:15 24:2

**represents** 235:25

**request** 42:17,19
106:1 117:5,7 206:1

**requested** 44:4
80:24 244:5

**requesting** 87:22,23
105:7

**required** 54:23
132:16,24

**requirements** 37:7

**resale** 236:25

**resell** 186:16 235:12

**resold** 235:20

**resolution** 204:12

**resolve** 234:3

**resolved** 22:5 47:20
48:6,17

**respect** 24:2 121:2
150:17 165:13
168:19 196:3 220:4

**respond** 21:13
101:22 138:1 181:1

**responded** 98:13

**responding** 149:5

**responds** 118:8

**response** 141:19
148:22 171:24
188:16 197:15
208:15

**responses** 148:20

**responsibility**
234:13

**responsible** 50:24
234:17

**restate** 101:11

**restating** 160:22

**result** 207:18

**revealing** 47:12

**revenue** 40:3,11,18,
24 41:17 42:2,9 46:6
110:9,11 238:9

**revenues** 40:5,15
41:8 44:12 45:4
110:21 111:1,3,4
237:19,22

**review** 23:14 61:9
88:4 109:4

**reviewed** 25:6 51:2
225:19

**reviewing** 218:3
225:16

**reward** 30:7

**Rich** 220:17

**Richard** 19:8 92:8
156:23

**risk** 51:22 64:20 65:1
146:17 230:2

**Rob** 24:11

**role** 34:6

**room** 17:11,14 23:12,
15 32:19 50:10 93:6
122:7 170:1

**Rose** 161:16,18

162:7 163:15

**routine** 78:2

**Roy** 78:12

**Rule** 17:20

**rules** 17:20,21 19:20

**run** 28:20 37:11 40:11

**running** 30:2 65:16 167:22

**runs** 182:13

**S**

**S9** 33:9

**S9's** 160:2

**sale** 237:1

**sales** 26:22,24 46:7, 23

**San** 34:18

**satisfy** 137:13 197:5

**schedule** 52:12 53:6 54:15

**scheduled** 53:11 141:19

**school** 25:18

**SCM** 81:1 200:12

**scroll** 121:4 122:7

**sec** 21:24 22:1 140:5 193:16

**SEC-RELATED** 21:18

**Section** 50:25 51:2, 5,11,19,23 52:2

**secure** 112:19

**security** 180:20 191:3

**seek** 90:8 176:11

**seeking** 177:11,13 200:4

**seeks** 43:13 101:18

**sell** 61:2 73:7,20 107:18,23 146:12

184:24 185:5,24,25 186:20

**sellers** 60:19

**semantics** 81:12

**send** 56:25 80:22 91:10 127:3,4 128:6 129:22 130:18 134:16 139:13 175:1 179:23 187:4 198:6 210:23 217:5 224:5

**sender** 208:13

**sending** 80:8 124:19 129:15 141:25 178:25 183:22 186:22 188:7 195:22 240:15

**sends** 181:25

**sense** 20:20 41:7 59:25

**sensitive** 240:8

**sentence** 33:7 80:23 93:14 113:11 122:23 123:9,14 139:5 166:19 171:7 202:12 228:19 240:18

**sentiment** 140:13 172:16

**separate** 59:5 106:13 117:8 235:9 241:18

**separately** 37:17

**September** 83:13 221:7,22 225:6,11 227:23

**service** 38:15

**Services** 18:6 160:3

**set** 37:6 46:24 54:1,9 79:25 137:18 151:8 163:19 171:11 229:20 240:25 241:8

**shakes** 20:13

**share** 124:12 125:2 135:17 181:7,14,16 182:5 223:15 230:6

**shareholder** 30:19

**shares** 191:3

**sharing** 23:11 124:16

**sharp** 126:16

**sheet** 70:14 237:24 238:19

**sheets** 237:14

**ship** 123:18

**shipment** 135:21

**shipments** 106:13 129:24 130:4

**short** 239:23

**show** 75:14 186:23 187:8 211:14 217:4 227:21

**showed** 44:8 218:3

**showing** 220:2 229:16

**shown** 54:12 55:9 63:6 68:1 79:2 160:11 188:4 226:16 242:20,23 243:11,16

**shows** 72:19 81:5 107:4 238:3

**shut** 58:17

**shutting** 240:20

**sic** 56:6 67:23 82:9 227:7 231:25

**sign** 91:9 95:8 109:15,16 113:1,7,14 114:3 115:21 142:20

**signature** 50:18 121:6 165:16

**signatures** 50:13

**signed** 51:3 80:1 98:24 112:2 130:17 136:13 165:13 233:14

**significant** 136:13

**significantly** 229:19,22

**signing** 113:9

**Silicon** 241:1,8

**similar** 38:15 109:10 128:12

**simply** 184:24

**simultaneous** 58:3 84:16 122:11 209:22 228:21

**single** 67:9

**sit** 41:15 42:15,23 47:2 48:24 127:15 135:5 141:5

**site** 37:12 170:1 214:11,22

**sits** 46:25

**situation** 172:14 189:20

**sizes** 212:11

**small** 30:6 108:10 133:6 135:2 186:12 205:7 209:6 211:8,14

**smoother** 20:9

**SMS** 37:20,22,23 47:19,22,24 48:15 78:12

**sold** 34:3,5 45:14,16, 24 46:1 61:2

**solution** 201:20 204:23 214:14

**solves** 30:6

**sort** 118:4 179:11 198:4

**sotto** 157:10

**sound** 229:18

**sounds** 28:11 59:22 71:18 78:15 104:7 109:5 126:16 148:10 212:14 223:7

**source** 39:21

**sources** 108:11

**South** 37:3

**Southern** 18:8

**space** 29:9,12,13 35:15 64:13 169:20 205:4

**spacing** 34:4

**speak** 20:1 98:24 99:14 100:14 177:8, 18 178:25

**speaking** 20:2 58:3 84:16 122:11 126:15 189:17 209:22 222:25 228:21

**specialist** 18:14

**specific** 37:6 52:22 55:15 136:17 179:12 188:14 235:10

**specifically** 33:9 51:10 139:4 214:18 230:8

**specifics** 137:8 179:9 202:24

**speculate** 99:25 156:18

**speculation** 177:16

**spent** 24:11

**spirit** 145:6

**spoke** 105:15 122:24 166:21 178:18 195:19 241:14

**spoken** 98:1

**spread** 36:19,24

**SRFK** 158:16

**stage** 87:18 112:21 180:20

**standard** 78:3

**start** 147:3 169:21 201:24

**started** 26:13 59:14, 15 193:23 209:5 213:14

**starting** 120:25 154:12 165:11 219:11

**starts** 86:5

**State** 25:16

**state's** 17:21

**stated** 186:19 204:5

**statement** 42:5,13
101:13 111:12 174:8
189:3 218:7 238:4,15

**statements** 174:15
242:15

**states** 18:8 49:23
184:2

**stating** 193:7

**stayed** 68:9

**stipulate** 17:16

**stock** 31:8,13 223:15

**stockbroker** 26:12

**stood** 218:4,7

**storage** 83:12,16
123:17,19 213:20,25
214:7,13,16 217:25
224:7 225:9,13
227:22

**store** 60:5 83:17

**storing** 214:9

**story** 140:5

**strange** 80:20
209:14

**Street** 18:16

**strike** 33:17 35:20
36:17 66:10 69:22
112:13 148:20 152:4
218:23 236:10

**struggling** 53:24

**student** 26:4

**subcompany** 53:25

**subject** 24:3 244:3

**subparagraph** 52:6
54:22

**subs** 125:20

**subsequently** 23:17
32:20 50:3 56:7
68:23 71:4 75:1 76:1
77:6 80:16 83:25
85:8 87:2 89:17
90:25 91:24 97:17
99:5 102:9 103:17
104:14 111:19 115:3
116:14 119:6 120:7

121:18 124:4 126:7
129:8 130:10 131:8
134:7 137:2 138:17
139:18 141:14
142:11 144:8 154:10
158:7 159:17 161:13
163:11 165:3 166:14
168:6 169:2 170:24
172:6 173:20 174:23
175:22 178:12
179:19 180:16
181:22 182:15
183:14 187:25
189:10 190:19 195:6
197:22 198:20
199:22 203:25
205:15 206:10 208:3,
23 210:13 211:23
213:2 215:14 216:12
220:16 221:18
223:23 224:20 227:9
229:5 230:22 232:2
233:2 235:4 237:9
240:13 242:11

**subsidiaries** 34:2
153:16,19,22 154:3

**subsidiary** 104:24
239:13

**substance** 141:7

**substantially** 148:4

**substitute** 92:21

**sued** 82:3

**sufficient** 128:24

**suggest** 230:11
234:16

**suggesting** 62:16
106:16

**suggests** 106:12

**Suite** 18:16

**sum** 130:3

**summarizing** 81:2

**Super** 18:6 22:15,17,
21 24:2 27:9,12,17
28:3,13,22 29:6,8,18,
25 32:4,7 33:5,19
34:12,25 35:5,21,25
36:4 37:25 39:6,15,
21 40:14,24 41:17
43:1 46:7,22,25

47:16 48:16,19,25
50:16 54:15,24 57:5
58:16,23 64:12 69:19
70:3,9 72:15 77:25
78:4 79:8,11 81:4,20
83:6 84:24 87:23
88:10,13,20 91:13
95:15,16 96:25 100:4
105:1,4 109:23
110:1,4,10,25 113:8
115:12 124:20
125:23 132:17,22
133:12 140:4 143:19
150:18 151:23 152:7,
16 153:13 160:20
161:21 167:9 196:21
222:11,22,25 237:14,
20 239:2,16,22
240:7,20 241:6,23
242:16 243:20

**supplier** 61:11

**suppliers** 60:13

**Supply** 18:6 56:25

**support** 53:25 230:1

**supportive** 94:1,15
95:2

**supposed** 132:9
165:19 210:23

**surprise** 208:10

**surprised** 73:19
141:18

**SVB** 241:5

**swear** 18:21

**swearing** 17:15,18

**sworn** 19:2 42:24

---

**T**

**taking** 26:3 149:4
232:15

**talk** 40:5 61:12 115:9
169:12 171:18
227:20

**talked** 28:16 54:21
67:2 185:24 236:6

**talking** 100:6 102:1
107:14 171:13

222:19 240:19
244:14

**talks** 53:2 156:3
190:2

**Tami** 17:13 18:17

**target** 40:17

**team** 62:15 76:14

**teams** 26:22

**tech** 241:3

**telling** 43:8 74:12
178:5 184:24 194:9

**ten** 55:19 92:22
118:20

**ten-minute** 220:22

**Tencer** 91:4 93:11
94:20 98:3,7,20 99:9
100:9,13 102:12
103:20 104:5 105:10,
13,21 111:22 112:12
115:6 116:17,21
117:1 118:8 119:9
120:10,20 121:21
122:20 124:8 125:6,
14 126:11,19 127:2,
24 129:11,20 130:13
131:11 134:10 137:5,
16 138:20 139:23
140:1,12,14,17,24
141:17 142:5,15
144:11,17 148:2
154:17 156:3 158:11
161:16 163:15
166:17 168:9 169:8
171:4 172:9,22
173:5,23 174:9
175:25 176:7,22
178:15 180:7,18
181:2 182:5,18
183:18 188:3,11,17
189:13 190:6 192:2
199:25 203:17 204:2
205:18 206:13
207:19 208:6 209:2
210:16 213:6,19
215:17 216:15 217:3,
21 219:21 221:6,21
224:1,25 226:1
227:18 229:8 230:25
235:7,16

**Tencer's** 106:11

190:1,23 199:9

**tended** 125:23

**term** 201:21

**terms** 26:17 34:23
50:23 54:7 98:6,10
109:10,18 144:25
145:17 150:13
151:17 152:14,15
160:22 201:13,15

**testified** 19:3 152:10

**testify** 21:2 24:1

**testifying** 22:13,14
42:23 73:18 100:9
101:6

**testimony** 20:24
24:25 25:4,7 41:15
42:24 100:12,22
193:2

**texts** 112:24

**thing** 20:17 108:7

**things** 61:3 88:1,7
143:11

**thinking** 39:3 126:2
177:19 193:24
240:24

**thinks** 98:9

**Thomas** 161:16
163:15

**thought** 42:6 69:9
83:5 109:17

**thoughts** 233:10

**thousand** 41:23
43:1,8,9,14

**thread** 90:1 126:10
171:2 174:25 181:24
182:13 221:5

**threats** 48:8

**three-plus** 136:12

**time** 17:5 20:3 25:22
26:10,12,21 27:4,10
28:2 29:3,5,15 42:4
51:1,6 54:6,15 55:24
56:2,3 57:2,21 60:10,
21 61:8,20 62:25
65:9 70:8,14 74:12
76:13 77:24 78:4,19

81:4 84:23 86:21
87:25 88:3,4 90:5
91:8 92:25 93:3 94:5
99:22 101:8 104:5,21
106:17 108:6,15
115:15 118:23 119:1
123:7,23 124:17
125:4 126:19 128:21
130:1 133:14 134:24
135:25 137:17 139:3
140:17 145:3,19
147:5 152:5 163:3,6
169:25 170:18
171:22 172:16,21
176:4 177:20 183:6
184:13 188:12 190:5,
12 191:1,23 192:1
194:10 197:6,11,12
202:6 203:17 206:4
209:21,23 217:1
218:7 220:24 221:2
223:6 225:1,13,17
226:1,16 227:1,4,25
228:24 235:11 236:2,
13 239:23 244:8,21,
25

**timeline** 115:20
116:2 137:18 204:18

**timeline's** 115:23

**timeline/plan**
202:21

**times** 100:18

**timing** 53:19 54:3
74:19 112:5 124:13,
19 139:7,11 151:8
166:23 169:13 174:4
175:6 180:5 201:17
204:17

**title** 115:15

**today** 19:13,22 20:24
22:14 23:6 24:8,25
41:16 42:15,23 47:2
48:23,24 75:10 77:22
78:11,14,17 98:17
115:21 123:18
127:15 128:5 129:15
130:18 135:5 138:3
141:5 169:13 170:6
175:7 182:23 183:24
198:5 208:11 209:5
212:6 222:2,7 224:7
233:14

**today's** 23:10

**Todd** 75:8 114:11,14
115:9 120:19 126:15
128:3 129:15 130:17
138:24 139:2 166:21
170:6 178:18,25
182:23,25 188:23
199:11 240:24

**told** 57:11 73:24
74:18 95:7,13
134:15,18 186:15
201:1

**tomorrow** 128:8
142:21 168:16
182:25

**tonight** 139:9

**top** 58:14 72:3 87:4
89:19 91:2 93:10
99:8 102:11 103:19
104:16 109:2 111:21
115:5 116:16 118:8
119:8 120:10,21
121:20 122:6 124:6
127:23 129:10
130:12 134:9 138:19
142:13 154:15 158:9
161:15 162:6 165:5
166:16 168:8 169:7
171:2 172:9 173:4
174:25 175:24
176:17 178:14
179:23 181:1,24
182:17 187:14 188:3
190:21 195:8,14
197:24 198:22
206:12 208:5,25
210:15 211:25 213:5
214:23 215:16
218:24 221:5,20
223:25 229:7 230:24
233:4

**topic** 119:22

**topics** 24:3,5

**Toronto** 98:2

**total** 135:15 205:21
219:1 224:6 235:24

**totaling** 243:12

**traditional** 37:8

**tranche** 159:5

**transaction** 94:6,10
96:6 97:6 103:9
117:15 118:2 135:16
137:15 147:10
152:14 170:9 179:11,
13 196:4

**transactions** 117:17
202:15,18,23

**transcript** 18:20
25:6 244:23

**transfer** 119:13

**transparency** 98:21
125:11,12

**transparent** 105:24
124:24

**treat** 125:23

**trip** 20:8

**true** 64:3 67:16,22
189:19

**truthful** 20:24 100:22

**truthfully** 21:3

**TSG** 17:8 18:14,18

**Tuesday** 86:7

**turn** 66:4 186:14
205:10 243:10

**turning** 243:15

**two-month** 241:22

**two-plus** 241:23

**type** 29:10

**typo** 164:1

**U**

**U.S.** 207:10

**Uh-huh** 105:19 188:5

**uh-huhs** 20:14

**ultimately** 53:20
90:19 116:7 121:2
239:25

**unable** 193:19

**underneath** 159:19
183:17

**understand** 22:18,
22 31:4 41:5 60:4
100:21 107:10 121:9
123:19 125:15,16,19
132:15 146:12 155:2,
11 156:15 167:10
172:13 180:5 181:5
185:24 193:11
194:13 212:10

**understanding**
28:10 31:6 48:20
75:12 83:14 99:16
104:4 105:20 110:24
114:18 120:16
124:15 128:9 142:22
154:24 159:1,6
160:19 162:18
177:12 179:6 181:15
187:17 189:19,22
193:5 196:20 202:22,
25 203:8 212:19
213:22 215:24
216:20 217:7 221:11
227:24 228:24
229:15 232:18
235:25 237:13

**understood** 20:21
99:22 106:2,4 147:15

**undertake** 35:1

**undertaken** 111:7

**underway** 212:18

**unexpected** 202:18

**unfold** 88:2,7

**unique** 35:8 37:7

**Unit** 18:4

**United** 18:8

**units** 244:19

**University** 25:16

**unreasonable** 237:1

**unsuccessful**
241:20

**update** 30:12 77:21
96:14 138:23 139:8
175:6

**updated** 232:12

**updates** 77:23

**updating** 96:12

**urgency** 104:3

**V**

**Vaguely** 140:20

**validity** 17:16

**Valley** 241:1,8

**varied** 60:7

**varies** 31:21

**variety** 26:20

**varying** 214:15

**vendor** 62:1,2

**vendors** 61:3 71:14
75:20

**versus** 18:6

**viable** 150:22 151:5

**video** 17:17 18:14
244:20

**video-recorded**
18:4

**view** 49:11,21 68:6
199:16

**viewpoint** 145:5
167:23

**voce** 157:10

**voice** 112:23

**volatile** 64:1

**volatility** 230:5

**Volynsky** 17:25
21:12,20 22:8 24:12,
15,20 27:14,18 28:15
30:20 31:9 32:11
33:13 34:14 35:6
39:17,24 41:10,18
42:16,19 43:19 44:14
46:8 47:6,8,18 48:1
49:2,14 52:15,21
53:12,16 54:17,25
55:10,21 57:22 58:9
59:9,20 60:3,11,22
62:6,18 63:18 64:21
65:4,13,24 66:6,15,
25 67:12,19 68:2,8
69:21 70:4,12 71:20

72:11,17,25 73:17
74:1,7,13,20 76:25
77:8,13 78:6 79:22
80:2 81:11 82:5,11,
20 83:7 84:14,25
86:13 88:12,18,23
89:9 90:18 92:8,13,
23 94:7,14 95:3 96:3,
7,13,20 97:10 99:18,
24 100:8,17,23
101:3,10 102:3,21
103:10 106:6,19
107:9 108:3,9,18
109:24 110:6,17
111:8,14 113:5,15,22
114:5 115:25 122:8
125:7,25 126:21
127:11 129:2 130:22
131:16,24 132:5,11,
13 133:2,9,15,20
134:1 135:9,23
136:5,16 137:20
138:11 140:19 141:2
143:5,16,21 144:2
145:10,23 146:4,9,21
147:1,11,23 148:9,17
149:6,14,21 150:2,7,
25 151:11,20,25
153:6,11,17,24
155:5,12,23 156:8,
17,23 157:7,9,15,18,
21,23 158:2 159:11
161:1,7,24 162:11
165:25 166:8 167:7,
25 168:21 170:11
172:17 174:12,17
175:16 176:8,13
177:6,15,24 178:6
180:10 184:8,14
185:1 186:25 187:11,
19 188:19 190:8,13
192:8,14,19 193:1,6,
13 194:4,18,25
195:11 196:5,24
199:4 200:7,21
201:3,11,18 202:8
203:4 204:20 207:20
208:17 209:11,23
210:8 211:10,17
212:13 213:16 216:6
217:10,15 218:9,17
219:14,23 220:17,20
222:23 223:11,17
225:21 226:2,9,11,18
227:10,13,15 228:1,
14,20 230:13 231:18,
20 234:1,18,23
236:14,21 237:3,21
238:11,16 241:10
242:4 244:1,11,22,24

**W**

**wait** 20:6 92:17
155:12

**walk** 62:4,17 67:11
72:9 192:24 194:10

**walking** 192:11

**wanted** 34:7 51:22
57:15 66:13 67:23
69:14 72:19 79:18
82:13 94:5,12,22
125:5 135:24 136:20
146:24 147:9,13
161:2 177:5 178:5
181:16 186:12 192:3
194:16 201:8,10
221:25

**warehouse** 83:17
213:20 217:24

**water** 204:22 205:3

**ways** 107:15

**website** 229:14
236:8

**websites** 60:17,18
61:6,8

**week** 58:19 87:20
134:17,19 135:18
158:20 163:24,25
164:6 166:25 170:5,
10,17 173:11 174:3
223:5 233:11

**weekly** 61:17

**weeks** 136:12 148:6
236:6

**Wells** 242:15

**whack** 63:14,16

**wholly** 239:12

**whomever** 110:1

**wife** 76:11

**willingness** 189:21

**Willy** 51:9 53:17 54:9
55:1 62:14 66:18,21,
24 67:7 68:10 73:6,
19 82:15 83:16 93:11
94:22 98:1 99:20
100:1 101:12,20
125:14,23 126:2
144:17 146:11
147:10 164:20 175:5,
15 178:5 182:1
184:24 185:4,18,19,
22 186:3,15,19,23
191:6 195:19,22
196:3 198:4,8 212:2
215:2 233:12

**Willy's** 104:8 164:20
224:12

**wire** 103:6 127:5
128:4,6 129:18,22
130:18 131:1,14
132:21 134:15
158:18 182:24
183:22 184:10 188:8,
12 198:5,9 208:11

**wired** 75:10 160:12
164:16 183:3

**wires** 199:12 212:11
213:10 215:7 216:4
217:5,8,23

**wiring** 127:8 183:7
184:12 209:5,10
213:14 215:21,23

**withdraw** 69:22
127:11

**word** 57:14 74:5
82:18,21,25 183:1

**words** 74:11 82:10

**work** 21:10 29:17
39:13 74:18 109:25
139:2 144:23 145:21
146:2,19 150:14
168:13 172:11 181:8
204:10,17,23 205:9
228:8 231:9

**worked** 26:20 27:1,
11,12 150:20

**working** 27:17 29:24
53:22 54:9 73:24
93:15 98:10 128:20
137:12,17 138:2,5,25

145:16 166:22 167:2
173:9 178:19 179:7
181:10 202:5

**works** 19:18 107:15

**worry** 168:13

**worth** 48:9 60:2
236:19

**wrap** 148:23

**wrapping** 158:24

**write** 39:12 119:11
220:7 223:2 226:5

**writes** 103:24

**written** 19:24,25
20:11 67:9 150:17
186:18

**wrong** 77:11

**wrote** 57:2 144:17

**Y**

**year** 21:8 40:24 45:18

**years** 25:24 26:24
30:13 41:3 45:20,22
48:3 141:6 237:14

**yesterday** 24:17
126:16 166:21 184:1
189:18 208:12
216:19

**York** 18:9,16

**Z**

**zones** 209:21,23

**Zoom** 18:12