UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT D

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Digital Power Corp. Achieves Corporate Milestones During
https://www.globenewswire.com/en/news-release/2017/12/29/1276525/23689/en/Digital-Power-Corp-Achieves-Corporate-Milestones-During-Annual-Meeting.html
01-09-2023

Exhibit 3


GlobeNewswire by notified

ESG NEWS    COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER


dpw HOLDINGS

# Digital Power Corp. Achieves Corporate Milestones During Annual Meeting

Shareholders Approve Reincorporation to Delaware and All Other Matters through Proxy Vote

December 29, 2017 04:00 ET | Source: **Digital Power Corporation**

FREMONT, Calif., Dec. 29, 2017 (GLOBE NEWSWIRE) -- Digital Power Corporation (NYSE American:DPW) ("**Digital Power**" or the "**Company**"), a company seeking to increase revenues through acquisitions and organic growth, announced that at its annual meeting that all 10 matters up for consideration by its shareholders were approved. Digital Power noted that one of the most significant proposals voted upon by its shareholders authorizes the reincorporation of the Company to the state of Delaware from California. The Company has achieved another milestone in its reorganization strategy, including the formal name

December 29, 2017 04:00 ET | Source: **Digital Power Corporation**

FREMONT, Calif., Dec. 29, 2017 (GLOBE NEWSWIRE) -- Digital Power Corporation (NYSE American:DPW) ("**Digital Power**" or the "**Company**"), a company seeking to increase revenues through acquisitions and organic growth, announced that at its annual meeting that all 10 matters up for consideration by its shareholders were approved. Digital Power noted that one of the most significant proposals voted upon by its shareholders authorizes the reincorporation of the Company to the state of Delaware from California. The Company has achieved another milestone in its reorganization strategy, including the formal name

December 29, 2017 04:00 ET | Source: **Digital Power Corporation**

FREMONT, Calif., Dec. 29, 2017 (GLOBE NEWSWIRE) -- Digital Power Corporation (NYSE American:DPW) ("**Digital Power**" or the "**Company**"), a company seeking to increase revenues through acquisitions and organic growth, announced that at its annual meeting that all 10 matters up for consideration by its shareholders were approved. Digital Power

Digital Power Corp. Achieves Corporate Milestones During
https://www.globenewswire.com/en/news-release/2017/12/29/1276525/23689/en/Digital-Power-Corp-Achieves-Corporate-Milestones-During-Annual-Meeting.html
01-09-2023



noted that one of the most significant proposals voted upon by its shareholders authorizes the reincorporation of the Company to the state of Delaware from California. The Company has achieved another milestone in its reorganization strategy, including the formal name

- Other investments, inclusive of the Company's investment in Avalanche International Corp of approximately $9 Million;
- A significant reduction in short-term debt during the month of December 2017 of approximately $4 million;
- The conversion of Series C Preferred Stock, a 10% dividend paying equity security, into Common Stock.

Additionally, the Company is announcing that it has developed a new web site scheduled to launch the morning of January 2, 2018 that will show the transition to a holding company business model displaying its new corporate structure.

The Company's annual meeting was held at its corporate headquarters located in Fremont CA and was open to shareholders only.

**ABOUT DIGITAL POWER**

Headquartered in Fremont, CA, Digital Power Corporation, through its subsidiaries, designs, manufactures and sells high-grade customized and off-the-shelf power system solutions. Our products are used in the most demanding communications, industrial, medical and military applications where customers demand high density, high efficiency and rugged power solutions. The Company's wholly owned subsidiary, Coolisys Technologies, Inc., is dedicated to providing world-class technology-based solutions where innovation is the main driver for mission-critical applications and lifesaving services. Coolisys' growth strategy targets core markets that are characterized by "high barriers to entry" and include specialized products and services not likely to be commoditized. Coolisys Technologies, Inc., a developer and manufacturer that services the defense, aerospace, medical and industrial sectors, has three subsidiaries including Digital Power Limited dba Gresham Power Ltd., www.GreshamPower.com, a manufacturer based in Salisbury, UK.; Microphase Corporation, www.MicroPhase.com with its headquarters in Shelton, CT 1- 203-866-8000; and Power-Plus Technical Distributors, www.Power-Plus.com, a wholesale distributor based in Sonora, CA 1-800-963-0066.

Digital Power Lending, LLC, is a wholly owned subsidiary of the Company, is based in Fremont, CA, and is a California private lending company dedicated to strategically providing capital to small and middle size businesses for an equity interest in addition to loan fees and interest, www.DigitalPowerLending.com.

Excelo, LLC, a wholly-owned subsidiary of the Company, is a national search firm specializing in fulfilling strategic executive, professional and hi-tech placements for businesses delivering world-class services, www.Excelo.com. Digital Power Corporation's headquarters is located at 48430 Lakeview Blvd., Fremont, California, 94538; 1-877-634-0982; www.DigiPwr.com.

Digital Power Corp. Achieves Corporate Milestones During
https://www.globenewswire.com/en/news-release/2017/12/29/1276525/23689/en/Digital-Power-Corp-Achieves-Corporate-Milestones-During-Annual-Meeting.html
01-09-2023

For Investor inquiries: IR@digipwr.com, www.DigitalPowerCorp.com or 1-888-753-2235.

**Forward-Looking Statements**

The foregoing release contains "forward looking statements" regarding future events or results within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements concerning the Company's current expectations regarding revenues for the remaining 2017 and thereafter from contracts and operations on a consolidated basis, the Company's ability to continue to finance its current operations, the ability of the Company to finance or complete the manufacturing of its new product line for the digital mining community, the ability of the Company to sell digital mining power systems or the ability to raise sufficient capital to establish digital mining farms or its ability to operate successfully those farms and be profitable. The Company cautions readers that such "forward looking statements" are, in fact, predictions that are subject to risks and uncertainties and that actual events or results may differ materially from those anticipated events or results expressed or implied by such forward- looking statements. The Company disclaims any current intention to update its "forward looking statements," and the estimates and assumptions within them, at any time or for any reason, unless required by applicable law. More information, including potential risk factors, that could affect the Company's business and financial results are included in the Company's filings with the U.S. Securities and Exchange Commission, including, but not limited to, the Company's Forms 10-K, 10-Q and 8-K. All filings are available at www.sec.gov and on the Company's website at www.DigitalPowerCorp.com.

**Tags**

DPW  Digital Power Corporation  Small Cap  Mid-Cap  Stocks  EARNINGS

Third Quarter  Microphase  MTIX  MLSE

## Explore



**Spectrum Equity Announces 2023 Promotions**

January 09, 2023 09:30 ET



**Genius Brands Premieres "Kidaverse Roblox Rumble" …**

January 09, 2023 09:30 ET



**New to The Street TV Announces Five Corporate Inte…**

January 09, 2023 09:30 ET

**Muscular Associati Br…**

January 09, 2

Captured by FireShot Pro: 09 January 2023, 09:56:20

Digital Power Corp. Achieves Corporate Milestones During
https://www.globenewswire.com/en/news-release/2017/12/29/1276525/23689/en/Digital-Power-Corp-Achieves-Corporate-Milestones-During-Annual-Meeting.html
01-09-2023



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media: 

**Newswire Distribution Network & Management**

- Home
- RSS Feeds
- Newsroom
- Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2023 GlobeNewswire, Inc. All Rights Reserved.

Captured by FireShot Pro: 09 January 2023, 09:56:20