**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BLOCKCHAIN MINING SUPPLY AND SERVICES LTD.,

    Plaintiff,

    –against–

SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC.,

    Defendants.

Civil Action No. 1:18-cv-11099-ALC

## **CONFIDENTIAL**
## **FILED UNDER SEAL**

## **EXHIBIT M**

**TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT**

**OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**