UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLOCKCHAIN MINING SUPPLY AND SERVICES LTD.,

    Plaintiff,

    –against–

SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC.,

    Defendants.

Civil Action No. 1:18-cv-11099-ALC

## CONFIDENTIAL
## FILED UNDER SEAL

## EXHIBIT BB

### TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT

### OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT