**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,

      Plaintiff,

      –against–

SUPER CRYPTO MINING, INC. n/k/a
DIGITAL FARMS, INC. and DPW
HOLDINGS, INC. n/k/a AULT ALLIANCE,
INC.,

      Defendants.

Civil Action No. 1:18-cv-11099-ALC

# CONFIDENTIAL
# FILED UNDER SEAL

# EXHIBIT DD

**TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT**

**OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

31592/000/4360304