UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT II

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Message

| | |
|---|---|
| **From**: | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent**: | 3/21/2018 12:49:47 PM |
| **To**: | 'Willy Tencer' [sales@timberlane-mldg.com] |
| **Subject**: | Super Crypto Mining |

Hi Willy,

I hope that all is well. I'm working with the CFO on the wire details for this week and want to ask for your help on a few questions:

1)      Our CEO is still nervous over the transfer process between when we send the wire and get the machines. Recognizing that this is overkill would you please help me find a way to satisfy to him that the machines will be secure after sending the wire? I think that the letter from the facility at the airport would satisfy any of his concerns. Can you help get something from them stating that they won't release the machines to anyone until X document is produced?
2)      We are planning to ship the 500 machines and power supplies as soon as possible after the wire is sent rather than storing them and waiting until the second payment is made. So we will take two loads, just fyi.

Thank you in advance for your help here.

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Thursday, March 8, 2018 4:17 PM
**To:** Darren Magot <darren@supercrypto.com>
**Subject:** Wire conf

Please send me copy of wire confirmation once wire has been sent tomorrow.
Keep me posted as to where you want these first 500 machines shipped.
I also need you correct billing address For invoicing purposes.
We will talk next week regarding your future needs.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

**Exhibit 46**