UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT KK

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT

## OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

| | |
|---|---|
| **Message** | |
| **From**: | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent**: | 3/26/2018 2:05:04 PM |
| **To**: | sales@timberlane-mldg.com |
| **CC**: | 'Joe Kalfa - NADW' [joekalfa@gmail.com] |
| **Subject**: | RE: shipment |

**Exhibit 50**

Hello Willy,

Sorry I missed your call. Scott and Lisa have been working with Nathan on shipping plans and have secured a truck to ship the product on April 2nd (earliest they could find after a lot of searching). The CEO of the parent company DPW would like to share with you the details around the timing of the release from escrow. Do you have time to talk this afternoon?

Let me know what time works and I'll make arrangements for the call.

Thanks,

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** darren@supercrypto.com <darren@supercrypto.com>
**Sent:** Monday, March 26, 2018 8:08 AM
**To:** sales@timberlane-mldg.com
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>; scott@supercrypto.com; 'Lisa' <lisa@stonegatelogistics.com>
**Subject:** RE: shipment

Good morning Willy,

I'm heading into the office with the my number one goal of identifying when the funds will be released. I'll updated you as I learn more from the CFO and Attorneys on the timeline.

Thank you,

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Friday, March 23, 2018 2:44 PM
**To:** darren@supercrypto.com
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>; scott@supercrypto.com; 'Lisa' <lisa@stonegatelogistics.com>
**Subject:** RE: shipment

Thanks for the update.
Let's get this wrapped up as per our agreement.
Please give us a firm date when our funds are in the escrow account so that we can advise Stonegate of next steps.


Willy Tencer

Timberlane Wood Products Inc.
200 - 345 Wilson Ave.,
Toronto, ON . CANADA
M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** March 23, 2018 5:06 PM
**To:** 'Willy Tencer' <sales@timberlane-mldg.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>; scott@supercrypto.com; 'Lisa' <lisa@stonegatelogistics.com>
**Subject:** RE: shipment

Hello Willy,

I just spoke with the CEO of DPW Holdings he confirmed that they sent $3.5 million into the escrow account however they have not yet determined how and when the distribution of funds will happen. Apparently there are multiple funding's going on at the parent company level which are being handled through the law firm within sub escrows to the main escrow. I'm surprised by this news and will continue to push for more information but I wanted to share this now as I just was told about this process. I know that the money is there but just can't confirm the timing of the transfer.

Scott is working with Nathan the Customs agent your referred as well as with Lisa at Stone Gate Logistics to coordinate the shipment. I understand that Lisa is identifying a Bonded trucking company so that the load can be properly insured. This sounds like we are looking at next week for the shipment to actually go out but I'm happy to cover the storage costs for the 500 machines from today until they ship.

I'll continue to provide updates as I gather more information.

Thank you,

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Friday, March 23, 2018 10:51 AM
**To:** darren@supercrypto.com
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>; scott@supercrypto.com; 'Lisa' <lisa@stonegatelogistics.com>
**Subject:** Re: shipment

Thanks.
Will wait to hear when funds are in the escrow account.  Then i'll Get Stonegate Involved.

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

DEFENDANTS_001959

On Fri, Mar 23, 2018 at 10:40 AM -0700, <darren@supercrypto.com> wrote:

Hello Willy,

Adding Scott and Lisa who are working on the shipping details. We will be using Stonegate's trucks as a way to keep this simple and as smooth as possible.

More to come,

Darren Magot
www.supercryptomining.com
714-887-6377

DEFENDANTS_001960