Case 1:18-cv-11099-ALC   Document 123-38   Filed 05/30/23   Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD.,<br><br>Plaintiff,<br><br>–against–<br><br>SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC.,<br><br>Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT LL

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

Message

| | |
|---|---|
| **From**: | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent**: | 3/27/2018 11:33:59 AM |
| **To**: | sales@timberlane-mldg.com |
| **CC**: | 'Joe Kalfa - NADW' [joekalfa@gmail.com] |
| **Subject**: | RE: wire |

**Exhibit 51**

Good morning Willy,

Thank you again for the time on the phone yesterday. Todd asked me to let you know that the wire for the $5 Million goes out today after market. He can then send a wire for the machines but it won't be until tomorrow. I was hoping for something sooner but I hope that you understand that the process is working as Todd described however it is never as fast as I expect.

I'll continue to provide updates as we get the wire ready to release.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Tuesday, March 27, 2018 10:16 AM
**To:** darren@supercrypto.com
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** wire

Please send me the conf for the $100k wire that is going out this morning.
Will wait to hear update on balance after 2:00 pm today.
Thanks.
Was great speaking with Todd yesterday.  He sounds like a sharp cookie.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com