**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br>        Plaintiff, <br><br>        –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br>        Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT NN

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT

## OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Message

| | |
|---|---|
| **From:** | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent:** | 3/28/2018 12:36:31 PM |
| **To:** | sales@timberlane-mldg.com |
| **Subject:** | RE: update |

**Exhibit 53**

Hello Willy,

I can confirm that the wire is going from Escrow to you today. Todd signed the approval to send the wire today. It is in their hands and I asked that they confirm with me once it is sent. I asked that they share the paperwork as I provided to you in the past.

I'll have an update this afternoon.

Thank you,

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Wednesday, March 28, 2018 12:01 PM
**To:** darren@supercrypto.com
**Subject:** update

Do you have an update on below request?
Thx.

Willy Tencer
Timberlane Wood Products Inc.
200 - 345 Wilson Ave.,
Toronto, ON . CANADA
M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** Willy Tencer [mailto:sales@timberlane-mldg.com]
**Sent:** March 28, 2018 12:13 PM
**To:** 'darren@supercrypto.com' <darren@supercrypto.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: wire


Good to speak to you and Todd this morning. Please send me the news release that Todd had mentioned.
Let me know when the $100K is officially released today from Escrow and please send me the wire conf.
I assume the Attorney has our Bank wiring details


Willy Tencer

DEFENDANTS_001976

Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** March 27, 2018 2:34 PM
**To:** sales@timberlane-mldg.com
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: wire

Good morning Willy,

Thank you again for the time on the phone yesterday. Todd asked me to let you know that the wire for the $5 Million goes out today after market. He can then send a wire for the machines but it won't be until tomorrow. I was hoping for something sooner but I hope that you understand that the process is working as Todd described however it is never as fast as I expect.

I'll continue to provide updates as we get the wire ready to release.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Tuesday, March 27, 2018 10:16 AM
**To:** darren@supercrypto.com
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** wire

Please send me the conf for the $100k wire that is going out this morning.
Will wait to hear update on balance after 2:00 pm today.
Thanks.
Was great speaking with Todd yesterday.  He sounds like a sharp cookie.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

DEFENDANTS_001977