UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT OO

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT

## OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

| Message | |
|---|---|
| From: | darren@supercrypto.com [darren@supercrypto.com] |
| Sent: | 3/28/2018 8:53:27 PM |
| To: | 'Willy Tencer' [sales@timberlane-mldg.com] |
| Subject: | RE: Wire |



**Exhibit 54**

Hello Willy,

I'm sorry for the delay but please find the confirmation details below for today's wire. I've asked for details on the next wire date but haven't heard back yet. I'll provide an update tomorrow.
Thank you,

| | |
|---|---|
| Source Account | ******1703 (Checking) |
| Amount | $100,000.00 |
| Beneficiary | Blockchain Mining Supply & Services Ltd. |
| Beneficiary Account | ▮▮▮▮▮ |
| Bank | BANQUE NATIONALE DU CANADA <br> 600 RUE DE LA GAUCHETIERE OUEST <br> MONTREAL <br> CANADA |
| SWIFT | ▮▮▮▮▮ |
| Intermediary Bank | JPMORGAN CHASE BANK, NA <br> ABA: ▮▮▮▮▮ |
| Special Instructions | DPW - Disbursement |
| Date | 03/28/2018 |
| Federal Reference Number | 20180328B1Q8021C039473 |
| Global Reference Number | G0180874020801 |
| Citibank Reference Number | 0872274196 |
| Customer Reference Number | DPWHolding |

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Wednesday, March 28, 2018 5:41 PM
**To:** Darren Magot <darren@supercrypto.com>
**Subject:** Wire

Can you follow up the $100K wire. I'm not sure of the procedure.
Also, when will we know timing of the next wire.
We should keep the warehouse in the loop.
Thx.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
<sales@timberlane-mldg.com>

DEFENDANTS_001982