**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,

      Plaintiff,

        –against–

SUPER CRYPTO MINING, INC. n/k/a
DIGITAL FARMS, INC. and DPW
HOLDINGS, INC. n/k/a AULT ALLIANCE,
INC.,

      Defendants.

Civil Action No. 1:18-cv-11099-ALC

# EXHIBIT PP

**TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT**

**OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

31592/000/4360303

Message
_____

**From**: darren@supercrypto.com [darren@supercrypto.com]
**Sent**: 3/30/2018 9:55:52 AM
**To**: sales@timberlane-mldg.com
**CC**: 'Joe Kalfa - NADW' [joekalfa@gmail.com]; scott@supercrypto.com
**Subject**: RE: wire

**Exhibit 55**

Hello Willy, (+ Scott for awareness)

Happy Friday. I am happy that you received the wire and I am told that I will have more money to send next week. I do not yet know if it will be enough to purchase just the first 500 or the total 1,100. I'm hoping for one transaction but will be able to share more early next week.

Scott has been working with Nathan (customs agent) and Lisa on the shipping plans. They will be adapting their plans based on the money transfer.

Have a great Easter Weekend.

Darren Magot
www.supercryptomining.com
714-887-6377

_____

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Thursday, March 29, 2018 10:24 AM
**To:** darren@supercrypto.com
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** wire

We received the wire for the $100K.
Thank you.
Please let me know when the next wire is coming and if it will be for 500 machines or the full 1100 machines.
Stonegate needs to be informed as they have ordered a truck for Monday.  There probably will be additional charges if the truck gets cancelled without proper notice.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

DEFENDANTS_001987