UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT RR

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

| | |
|---|---|
| **Message** | |
| From: | Todd Ault [Todd@ault.com] |
| Sent: | 4/5/2018 11:11:33 PM |
| To: | Willy Tencer [sales@timberlane-mldg.com] |
| CC: | Joe Spaziano [joe@supercrypto.com]; Scott Plantinga [scott@supercrypto.com]; darren@supercrypto.com |
| Subject: | Re: call |

Willie I'm sorry we did not talk today I do have conditional approval from our bank can I expect to sign tomorrow. This will allow us to pay the first 1.3 million+ that's owed I will check in with you tomorrow sometime to let you know when I expect the wire in escrow. It's a $10 million line of credit and I expect things to flow a little easier now. Thank you

Todd

On Thu, Apr 5, 2018 at 1:16 PM Willy Tencer <sales@timberlane-mldg.com> wrote:
Hi Todd. Are you able to call today?

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

On Apr 5, 2018, at 11:59 AM, <darren@supercrypto.com> <darren@supercrypto.com> wrote:

Good morning Willy, +Todd.

Todd planned to call you last night but something must have come up. I'm leaving him a message now as I'm heading out of town today. I know that he will reach out today with an update. I have the team in place to manage the pick up while I'm out once the payment is made (copied here for awareness Scott and Joe).

Sorry for the delay and the missed opportunity to connect last night.

Darren Magot

www.supercryptomining.com

714-887-6377

**Exhibit 59**

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Thursday, April 5, 2018 5:58 AM
**To:** darren@supercrypto.com
**Subject:** call

Surprised I didn't get your scheduled phone call or response to my email last night.
Please call asap.

Thanks.

Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

sales@timberlane-mldg.com

--

**Milton "Todd" Ault III**
Chairman/CEO/Founder

## Ault & Company, Inc

www.Ault.com

P: 714-916-8498
E: Todd@ault.com
www.linkedin.com/in/miltontoddault/

This email may contain privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify us immediately. Email is not a secure method of communication and we cannot accept responsibility for the accuracy or completeness of this message or any attachment(s). Please examine this email for virus infection, for which we accept no responsibility. If verification of this email is sought then please request a hard copy. Thank you.

DEFENDANTS_002012