**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br>　　　　Plaintiff, <br><br>　　　　–against– <br><br>SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br>　　　　Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# <u>EXHIBIT TT</u>

## <u>TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT</u>

## <u>OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>

31592/000/4360303

| | |
|---|---|
| Message | |
| From: | Todd Ault [Todd@ault.com] |
| Sent: | 4/10/2018 5:05:49 PM |
| To: | Willy Tencer [sales@timberlane-mldg.com] |
| CC: | Joe Spaziano [joe@supercrypto.com]; Scott Plantinga [scott@supercrypto.com]; William Corbett [bill@digitalpowerlending.com]; darren@supercrypto.com |
| Subject: | Re: update |

**Exhibit 61**

Willy

Please call me.

Here is the closing date

This Friday the 13th.

Then about 5 days later the balance

Todd

On Tue, Apr 10, 2018 at 5:00 PM Willy Tencer <sales@timberlane-mldg.com> wrote:
> Are you still planning on calling today?
>
> Willy Tencer
> Blockchain Mining Supply and Services Ltd
> 200-345 Wilson Ave.
> Toronto, On. Canada
> M3H 5W1
> Tel. 416 398 1198
> Fax. 416 398 0878
> sales@timberlane-mldg.com
>
> _____
> From: Todd Ault <todd@ault.com>
> Sent: Tuesday, April 10, 2018 5:12 PM
> Subject: Re: update
> To: Willy Tencer <sales@timberlane-mldg.com>
>
> Cc: Joe Spaziano <joe@supercrypto.com>, Scott Plantinga <scott@supercrypto.com>, William Corbett <bill@digitalpowerlending.com>, <darren@supercrypto.com>
>
>
> Loan is approved
>
> Can you chat today. I am awaiting the cleared funds in escrow
>
> How's 1 hour
>
> On Tue, Apr 10, 2018 at 2:11 PM Willy Tencer <sales@timberlane-mldg.com> wrote:
>> Will you be responding?
>>
>> Willy Tencer
>> Blockchain Mining Supply and Services Ltd

200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

On Apr 10, 2018, at 3:12 PM, Willy Tencer <sales@timberlane-mldg.com> wrote:

I haven't heard from anyone today.
Do we have a release date yet.
Please keep me informed with the latest.
Thx.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

On Apr 9, 2018, at 6:29 PM, Todd Ault <Todd@ault.com> wrote:

Willy

We are on a wrap up call with our lender in about 1 hour. Once I know when they will release escrow I will email you.

Stand by please

Todd

On Mon, Apr 9, 2018 at 5:22 AM Willy Tencer <sales@timberlane-mldg.com> wrote:
> Thanks for the update.
> I'm glad things are finally moving forward. We were quite disappointed last week that there was optimistic talk but, in essence, no forward movement on getting this deal completed.
> Our position is that we have no problem to work with you and hold the equipment beyond our agreed upon terms, as long as we know that you will honor your payment commitments within a reasonable time.
> The payment for the 1st batch has been substantially delayed and we are now approaching the due date for payment of the 2nd batch.
> Can you give us "Drop Dead" dates when we should expect both the 1st and 2nd payments?

Willy Tencer

DEFENDANTS_002029

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

sales@timberlane-mldg.com


**From:** Todd Ault [mailto:Todd@ault.com]
**Sent:** April 6, 2018 2:12 AM
**To:** Willy Tencer <sales@timberlane-mldg.com>
**Cc:** Joe Spaziano <joe@supercrypto.com>; Scott Plantinga <scott@supercrypto.com>; darren@supercrypto.com
**Subject:** Re: call

Willie I'm sorry we did not talk today I do have conditional approval from our bank can I expect to sign tomorrow. This will allow us to pay the first 1.3 million+ that's owed I will check in with you tomorrow sometime to let you know when I expect the wire in escrow. It's a $10 million line of credit and I expect things to flow a little easier now. Thank you

Todd

On Thu, Apr 5, 2018 at 1:16 PM Willy Tencer <sales@timberlane-mldg.com> wrote:

> Hi Todd. Are you able to call today?
>
> Willy Tencer
>
> Blockchain Mining Supply and Services Ltd
>
> 200-345 Wilson Ave.
>
> Toronto, On. Canada
>
> M3H 5W1
>
> Tel. 416 398 1198
>
> Fax. 416 398 0878
>
> sales@timberlane-mldg.com
>
> On Apr 5, 2018, at 11:59 AM, <darren@supercrypto.com> <darren@supercrypto.com> wrote:
>
>> Good morning Willy, +Todd.
>>
>> Todd planned to call you last night but something must have come up. I'm leaving him a message now as I'm heading out of town today. I know that he will reach out today with an update. I have the team in place to manage the pick up while I'm out once the payment is made (copied here for awareness Scott and Joe).
>>
>> Sorry for the delay and the missed opportunity to connect last night.

DEFENDANTS_002030

Darren Magot

www.supercryptomining.com

714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Thursday, April 5, 2018 5:58 AM
**To:** darren@supercrypto.com
**Subject:** call

Surprised I didn't get your scheduled phone call or response to my email last night.

Please call asap.

Thanks.

Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

sales@timberlane-mldg.com

--

**Milton "Todd" Ault III**
Chairman/CEO/Founder

**Ault & Company, Inc**

www.Ault.com

P: 714-916-8498
E: Todd@ault.com

www.linkedin.com/in/miltontoddault/

This email may contain privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify us immediately. Email is not a secure method of communication and we cannot accept responsibility for the accuracy or completeness of this message or any attachment(s). Please examine this email for virus infection, for which we accept no responsibility. If verification of this email is sought then please request a hard copy. Thank you.

--

**Milton "Todd" Ault III**
Chairman/CEO/Founder

**Ault & Company, Inc**
www.Ault.com

P: 714-916-8498
E: Todd@ault.com

www.linkedin.com/in/miltontoddault/

This email may contain privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify us immediately. Email is not a secure method of communication and we cannot accept responsibility for the accuracy or completeness of this message or any attachment(s). Please examine this email for virus infection, for which we accept no responsibility. If verification of this email is sought then please request a hard copy. Thank you.

--

**Milton "Todd" Ault III**
Chairman/CEO/Founder

## Ault & Company, Inc

www.Ault.com

P: 714-916-8498
E: Todd@ault.com

www.linkedin.com/in/miltontoddault/

This email may contain privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify us immediately. Email is not a secure method of communication and we cannot accept responsibility for the accuracy or completeness of this message or any attachment(s). Please examine this email for virus infection, for which we accept no responsibility. If verification of this email is sought then please request a hard copy. Thank you.

--

**Milton "Todd" Ault III**
Chairman/CEO/Founder

## Ault & Company, Inc

www.Ault.com

P: 714-916-8498
E: Todd@ault.com

www.linkedin.com/in/miltontoddault/

This email may contain privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify us immediately. Email is not a secure method of communication and we cannot accept responsibility for the accuracy or completeness of this message or any attachment(s). Please examine this email for virus infection, for which we accept no responsibility. If verification of this email is sought then please request a hard copy. Thank you.

DEFENDANTS_002032