**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,

     Plaintiff,

     –against–

SUPER CRYPTO MINING, INC. n/k/a
DIGITAL FARMS, INC. and DPW
HOLDINGS, INC. n/k/a AULT ALLIANCE,
INC.,

     Defendants.

Civil Action No. 1:18-cv-11099-ALC

# EXHIBIT WW

**TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT**

**OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

31592/000/4360303

3/12/2018            Internet Banking Solutions — Business

**Company:** | TIMBERLANE WOOD PRODUCTS INC. ▆▆▆ | ▼ |

🏛 WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC. ▆▆▆

## Transaction detail

**Wire transfer information**

Description: SWIFT MESSAGE MT103
Our reference: 023123742
Transaction reference number: 0941816
Value date: 2018-03-09
Amount: 80,000.00 USD
Charges: 15.00 USD
Total: 79,985.00 USD

---

**Exhibit 65**

---

**By order of**

▆▆▆▆▆

SUPER CRYPTO MINING, INC.
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA 92663-4452

**Beneficiary**

▆▆▆▆

BLOCKCHAIN MINING SUPPLY
345 WILSON AVENUE, SUITE 200
TORONTO, ON M3H 5W1
CANADA

**Beneficiary's institution**

BANQUE NATIONALE DU CANADA
MONTREAL CA

**Payment details**

SUPER CRYPTO MINING DEPOSIT

**Additional information**

/ACC//IBK/BANQUE NATIONALE DU CANAD
//MONTREAL H3B 4L3 CANADA

**Ordering institution**

WELLS FARGO BANK, N.A.
420 MONTGOMERY STREET
SAN FRANCISCO,CA
UNITED STATES

**Supplementary information**

Original amount: 80,000.00 USD

Valid on 2018-03-12 at 9:08 AM ET

BMS000554

3/14/2018                                    Internet Banking Solutions — Business

**Company:** | TIMBERLANE WOOD PRODUCTS INC. ▓▓▓                ▼ |                            👤 WILLIAM TENCER
                                                                                          TIMBERLANE WOOD PRODUCTS INC. ▓▓

**Transaction detail**

Wire transfer information

                        Description: SWIFT MESSAGE MT103
                     Our reference: 023136906
   Transaction reference number: 2018031300147252
                        Value date: 2018-03-13
                           Amount: 83,625.00 USD
                          Charges: 15.00 USD
                             Total: 83,610.00 USD

By order of

                        �full black bar▓▓▓
                        SUPER CRYPTO MINING, INC.
                        201 SHIPYARD WAY STE E
                        NEWPORT BEACH, CA 92663-4452

Beneficiary

                        ▓▓▓▓
                        BLOCKCHAIN MINING SUPPLY
                        345 WILSON AVE, SUITE 200
                        TORNOTO, ON M3H 5W1
                        CANADA

Beneficiary's institution

                        BANQUE NATIONALE DU CANADA
                        MONTREAL CA

Payment details

                        3-13 DEPOSIT

Ordering institution

                        WELLS FARGO BANK, N.A.
                        420 MONTGOMERY STREET
                        SAN FRANCISCO,CA
                        UNITED STATES

Supplementary information

                        Original amount: 83,625.00 USD

Valid on 2018-03-14 at 8:18 AM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000555

3/29/2018                                         Internet Banking Solutions — Business



**Company:** TIMBERLANE WOOD PRODUCTS INC. ▼                          👤 WILLIAM TENCER
                                                                      TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

Wire transfer information

            Description: SWIFT MESSAGE MT103
         Our reference: 023206519
Transaction reference number: 2864801
            Value date: 2018-03-29
               Amount: 100,000.00 USD
              Charges: 15.00 USD
                Total: 99,985.00 USD

By order of

            SICHENZIA ROSS FERENCE
            1185 AVENUE OF THE AMERICAS FL37 NE
            W YORK NY 100362603

Beneficiary

            BLOCKCHAIN MINING SUPPLY
            SERVICES LTD.

Beneficiary's institution

            BNDCCAMMINT

Payment details

            DPW - DISBURSEMENT

Additional information

            /ACC/SICHENZIA ROSS FERENCE KESNER
            //LLP. INTEREST ON LAWYER ACCOUNT
            //INS/CITIBANK N A RETAIL WIRE SETT
            //TLEMENT/INS/CITIUS33/TIME/17.05
            //FEDREF/0328B1Q8021C0394733

Ordering institution

            CITIBANK NA NYBD CITICORP DATA SYS
            111 SYLVAN AVE 1ST FLOOR
            ENGLEWOOD CLIFFS NJ 07632 1514

Supplementary information

            Original amount: 100,000.00 USD

Valid on 2018-03-29 at 1:20 PM ET

https://commercial.bnc.ca/SBICamWeb/EventDispatch/statement

BMS000556

4/17/2018                                    Internet Banking Solutions — Business



**Company:** TIMBERLANE WOOD PRODUCTS INC. ▼                                    ⚓ WILLIAM TENCER
                                                                          TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

Wire transfer information
            Description: SWIFT MESSAGE MT103
          Our reference: 023290156
Transaction reference number: 7484800107FC
           Value date: 2018-04-17
              Amount: 1,387,500.00 USD
             Charges: 15.00 USD
               Total: 1,387,485.00 USD

By order of

            SICHENZIA ROSS FERENCE
            1185 AVENUE OF THE AMERICAS FL37 NE
            W YORK NY 100362603

Beneficiary

            BLOCKCHAIN MINING SUPPLY
            SERVICES LTD.
            416-398-1198

Payment details

            SUPERCRYPTO BLOCKCHAIN-CLOSING SICH
            ENZIA ROSS FERENCE KESNER LLP. INTE
            REST ON LAWYER ACCOUNT

Additional information

            /INS/CITIBANK N A RETAIL WIRE SETTL
            //EMENT/INS/CITIUS33
            ///CHPREF/0358574

Ordering institution

            CITIBANK NA NYBD CITICORP DATA SYS
            111 SYLVAN AVE 1ST FLOOR
            ENGLEWOOD CLIFFS NJ 07632 1514

Supplementary information
            Original amount: 1,387,500.00 USD

Valid on 2018-04-17 at 2:18 PM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000557

5/18/2018                                          Internet Banking Solutions — Business



**Company:** TIMBERLANE WOOD PRODUCTS INC. ▢       ▼

    👤 WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC. ▢

**Transaction detail**

**Wire transfer information**

              Description: SWIFT MESSAGE MT103
          Our reference: 023431955
  Transaction reference number: 1763691
            Value date: 2018-05-18
                Amount: 49,980.00 USD
               Charges: 15.00 USD
                  Total: 49,965.00 USD

**By order of**

←   �b   *Supercrypto*
DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

▢
BLOCKCHAIN MINING SUPPLY AND SVCS

**Beneficiary's institution**

BANQUE NATIONALE DU CANADA
(INTERNATIONAL DEPARTMENT)
MONTREAL CANADA

**Payment details**

/RFB/180517037871

**Additional information**

/ACC//INS/PNBPUS3NNYC/TIME/17.25
//FEDREF/0517B6B7001C009827

**Ordering institution**

U.S. BANK
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS,MN
UNITED STATES

**Supplementary information**

    Original amount: 49,980.00 USD

Valid on 2018-05-18 at 2:22 PM ET

BMS000558

5/29/2018                                    Internet Banking Solutions — Business



**Company:** TIMBERLANE WOOD PRODUCTS INC. ▼            ⚘ WILLIAM TENCER
                                                                          TIMBERLANE WOOD PRODUCTS INC.

**Transaction detail**

Wire transfer information
                  Description: SWIFT MESSAGE MT103
              Our reference: 023465898
Transaction reference number: 2571770
                 Value date: 2018-05-29
                    Amount: 4,985.00 USD
                   Charges: 15.00 USD
                     Total: 4,970.00 USD

By order of

                  DPW HOLDINGS INC
                  201 SHIPYARD WAY STE E
                  NEWPORT BEACH, CA, 92663

Beneficiary

                  BLOCKCHAIN MINING SUPPLY SERVICES

Beneficiary's institution

                  BNDCCAMMINT

Ordering institution

                  U.S. BANK
                  800 NICOLLET MALL BC-MN-H20I
                  MINNEAPOLIS,MN
                  UNITED STATES

Supplementary information
              Original amount: 5,000.00 USD
             Sender's charges: 15.00 USD

Valid on 2018-05-29 at 1:56 PM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement                                    1/1

BMS000559

**Company:** [ BLOCKCHAIN MINING SUPPLY SERV ████ ⌄ ]

                                                  chang rita
                                  TIMBERLANE WOOD PRODUCTS INC. ████

## Transaction detail

Wire transfer information

|  |  |
|---|---|
| Description: | SWIFT MESSAGE MT103 |
| Our reference: | 023544523 |
| Transaction reference number: | 6819200164HM |
| Value date: | 2018-06-13 |
| Amount: | 4,987.50 USD |
| Charges: | 15.00 USD |
| Total: | 4,972.50 USD |

By order of

    ████████████

    DPW HOLDINGS INC
    201 SHIPYARD WAY STE E
    NEWPORT BEACH CA 92663

Beneficiary

    ██████████

    BLOCKCHAIN MINING SUPPLY SERVICES
    345 WILSON AVE STE 200
    TORONTO ONTARIO CANADA

Payment details

    /RFB/180612032457

Additional information

    /ACC/INTERNATIONAL DEPARTMENT/INS/C
    //IBCCATT/INS/PNBPUS3NNYC CHPREF/03
    //93395/INS/844021519 CANADIAN IMPE
    //RIAL BANK OF COMMERCE TORONTO ON
    //M5L 1-A2
    ///BOOK/6819200164HM

Ordering institution

    USBKUS44IMT-U S BANK N A

Supplementary information

    Original amount: 5,000.00 USD
    Sender's charges: 12.50 USD

Valid on 2018-06-14 at 10:08 AM ET

BMS000560

7/18/2018                                    Internet Banking Solutions — Business

**Company:** | TIMBERLANE WOOD PRODUCTS INC. ▮▮▮ _____ ▼ |

                                                                        ⚘ WILLIAM TENCER
                                                                TIMBERLANE WOOD PRODUCTS INC. ▮▮▮

## Transaction detail

**Wire transfer information**

Description: SWIFT MESSAGE MT103
Our reference: 023701276
Transaction reference number: 4951400199HF
Value date: 2018-07-18
Amount: 992.50 USD
Charges: 15.00 USD
Total: 977.50 USD

**By order of**

▮▮▮▮▮▮▮▮
DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH CA 92663

**Beneficiary**

▮▮▮▮
BLOCKCHAIN MINING SUPPLY
345 WILSON AVE, STE 200
TORONTO ONTARIO CANADA

**Payment details**

/RFB/180717034484

**Additional information**

/INS/CIBCCATT/INS/PNBPUS3NNYC CHPRE
//F/0405195/INS/844021519 CANADIAN
//IMPERIAL BANK OF COMMERCE TORONTO
//ON M5L 1-A2
///BOOK/4951400199HF

**Ordering institution**

USBKUS44IMT-U S BANK N A

**Supplementary information**

Original amount: 1,000.00 USD
Sender's charges: 7.50 USD

Valid on 2018-07-18 at 11:03 AM ET

BMS000561

7/23/2018                                                Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC. █████████                     ▼                    ♔ WILLIAM TENCER
                                                                                        TIMBERLANE WOOD PRODUCTS INC. ████

## Transaction detail

**Wire transfer information**

|  |  |
|---|---|
| Description: | SWIFT MESSAGE MT103 |
| Our reference: | 023705648 |
| Transaction reference number: | 1861008 |
| Value date: | 2018-07-19 |
| Amount: | 992.50 USD |
| Charges: | 15.00 USD |
| Total: | 977.50 USD |

**By order of**

█████████████

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

███████████

BLOCKCHAIN MINING SUPPLY SERVICES
TORONTO ONTARIO CANADA

**Beneficiary's institution**

BNDCCAMM

**Payment details**

/RFB/180718035061

**Additional information**

/ACC//INS/PNBPUS3NNYC
//CHPREF/0403175

**Ordering institution**

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS,MN
UNITED STATES

**Supplementary information**

Original amount: 1,000.00 USD
Sender's charges: 7.50 USD

Valid on 2018-07-23 at 9:49 AM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement                                                    1/1

BMS000562

1/23/2018

Internet Banking Solutions — Business

**Company:** [TIMBERLANE WOOD PRODUCTS INC. ████] ▼

👤 WILLIAM TENCER
TIMBERLANE WOOD PRODUCTS INC. ████

## Transaction detail

### Wire transfer information

Description: SWIFT MESSAGE MT103
Our reference: 023712942
Transaction reference number: 1963416
Value date: 2018-07-20
Amount: 5,000.00 USD
Charges: 15.00 USD
Total: 4,985.00 USD

### By order of

████████████
DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

### Beneficiary

██████████
BLOCKCHAIN MINING SUPPLY SERVICES

### Beneficiary's institution

BNDCCAMMINT

### Payment details

/RFB/180719036640

### Additional information

/ACC//INS/PNBPUS3NNYC/TIME/17.13
//FEDREF/0719B6B7001C008772

### Ordering institution

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS,MN
UNITED STATES

### Supplementary information

Original amount: 5,000.00 USD

Valid on 2018-07-23 at 9:50 AM ET

BMS000563



7/25/2018                                                        Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC. [redacted] ▼

                                  WILLIAM TENCER
                        TIMBERLANE WOOD PRODUCTS INC. [redacted]

## Transaction detail

**Wire transfer information**

|  |  |
|---|---|
| Description: | SWIFT MESSAGE MT103 |
| Our reference: | 023719571 |
| Transaction reference number: | 2068108 |
| Value date: | 2018-07-23 |
| Amount: | 7,500.00 USD |
| Charges: | 15.00 USD |
| Total: | 7,485.00 USD |

**By order of**

[redacted]

DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

[redacted]

BLOCKCHAIN MINING SUPPLY SERVICES

**Beneficiary's institution**

BNDCCAMMINT

**Payment details**

/RFB/180720042989

**Additional information**

/ACC//INS/PNBPUS3NNYC/TIME/17.17
//FEDREF/0720B6B7001C009108

**Ordering institution**

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS,MN
UNITED STATES

**Supplementary information**

Original amount: 7,500.00 USD

Valid on 2018-07-25 at 9:27 AM ET

BMS000564

7/25/2018                              Internet Banking Solutions — Business



**Company:**  | TIMBERLANE WOOD PRODUCTS INC. ▮▮▮ ▼ |                     WILLIAM TENCER
                                                                       TIMBERLANE WOOD PRODUCTS INC. ▮▮

**Transaction detail**

**Wire transfer information**
                    Description:  SWIFT MESSAGE MT103
                 Our reference:  023722966
Transaction reference number:  2348486
                    Value date:  2018-07-23
                        Amount:  5,000.00 USD
                       Charges:  15.00 USD
                          Total:  4,985.00 USD

**By order of**

                    ▮▮▮▮▮▮▮
                    DPW HOLDINGS INC
                    201 SHIPYARD WAY STE E
                    NEWPORT BEACH, CA, 92663

**Beneficiary**

                    ▮▮▮▮
                    BLOCKCHAIN MINING SUPPLY SERVICES

**Beneficiary's institution**

                    BNDCCAMM

**Payment details**

                    /RFB/180723022248

**Additional information**

                    /ACC//INS/PNBPUS3NNYC
                    //CHPREF/0470793

**Ordering institution**

                    U.S. BANK N.A.
                    800 NICOLLET MALL BC-MN-H20I
                    MINNEAPOLIS,MN
                    UNITED STATES

**Supplementary information**
                    Original amount:  5,000.00 USD

Valid on 2018-07-25 at 9:30 AM ET

BMS000565

7/27/2018                                    Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC. ▮                    ▼          🛉 WILLIAM TENCER
                                                                  TIMBERLANE WOOD PRODUCTS INC. ▮

**Transaction detail**

**Wire transfer information**
                   Description: SWIFT MESSAGE MT103
                Our reference: 023737234
Transaction reference number: 2562163
                   Value date: 2018-07-26
                       Amount: 10,000.00 USD
                      Charges: 15.00 USD
                        Total: 9,985.00 USD

**By order of**

                   ▮▮▮▮▮▮▮
                   DPW HOLDINGS INC
                   201 SHIPYARD WAY STE E
                   NEWPORT BEACH, CA, 92663

**Beneficiary**

                   ▮▮▮▮▮▮
                   BLOCKCHAIN MINING SUPPLY SERVICES
                   TORONTO ONTARIO CANADA

**Beneficiary's institution**

                   BNDCCAMMINT

**Payment details**

                   /RFB/180725038987

**Additional information**

                   /ACC/(INTERNATIONAL DEPARTMENT)
                   //INS/PNBPUS3NNYC/TIME/17.14
                   //FEDREF/0725B6B7001C008864

**Ordering institution**

                   U.S. BANK N.A.
                   800 NICOLLET MALL BC-MN-H20I
                   MINNEAPOLIS,MN
                   UNITED STATES

**Supplementary information**
                   Original amount: 10,000.00 USD

Valid on 2018-07-27 at 8:47 AM ET



https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement                                    1/1

BMS000566

7/30/2018                                    Internet Banking Solutions — Business

**Company:** TIMBERLANE WOOD PRODUCTS INC. ▓▓▓▓ ▼                    ⚘ WILLIAM TENCER
                                                                TIMBERLANE WOOD PRODUCTS INC. ▓

**Transaction detail**

Wire transfer information
            Description: SWIFT MESSAGE MT103          .
         Our reference: 023750164
Transaction reference number: 2769211
           Value date: 2018-07-30
               Amount: 10,000.00 USD
              Charges: 15.00 USD
                Total: 9,985.00 USD

By order of

            ▓▓▓▓▓▓▓▓▓▓
            DPW HOLDINGS INC
            201 SHIPYARD WAY STE E
            NEWPORT BEACH, CA, 92663

Beneficiary

            ▓▓▓▓▓▓
            BLOCKCHAIN MINING SUPPLY SERVICES

Beneficiary's institution

            BNDCCAMMINT

Payment details

            /RFB/180727045317

Additional information

            /ACC//INS/PNBPUS3NNYC/TIME/17.24
            //FEDREF/0727B6B7001C010077

Ordering institution

            U.S. BANK N.A.
            800 NICOLLET MALL BC-MN-H20I
            MINNEAPOLIS,MN
            UNITED STATES

Supplementary information
            Original amount: 10,000.00 USD

Valid on 2018-07-30 at 2:42 PM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000567

8/2/2018                                    Internet Banking Solutions — Business



**Company:** TIMBERLANE WOOD PRODUCTS INC. ████████          ▼          🐎 WILLIAM TENCER
**Transaction detail**                                            TIMBERLANE WOOD PRODUCTS INC. ████

Wire transfer information
                Description: SWIFT MESSAGE MT103
              Our reference: 023762661
Transaction reference number: 8168809212FF
                 Value date: 2018-07-31.
                     Amount: 5,000.00 USD
                    Charges: 15.00 USD
                      Total: 4,985.00 USD

By order of

                    ████████████████
                    DPW HOLDINGS INC
                    201 SHIPYARD WAY STE E
                    NEWPORT BEACH, CA, 92663

Beneficiary

                    ██████████
                    BLOCKCHAIN MINING SUPPLY SERVICES
                    MONTREAL CANADA

Beneficiary's institution

                    BNDCCAMMINT

Payment details

                    /RFB/180731114464

Additional information

                    /ACC/(INTERNATIONAL DEPARTMENT)
                    ///INS/PNBPUS3NNYC/TIME/17.11
                    ///FEDREF/0731B6B7001C009927

Ordering institution

                    U.S. BANK N.A.
                    800 NICOLLET MALL BC-MN-H20I
                    MINNEAPOLIS,MN
                    UNITED STATES

Valid on 2018-08-02 at 10:42 AM ET

BMS000568

8/7/2018                                          Internet Banking Solutions — Business



**Company:** TIMBERLANE WOOD PRODUCTS INC. ▮▮▮                                    ▼                    🦅 WILLIAM TENCER
**Transaction detail**                                                          TIMBERLANE WOOD PRODUCTS INC. ▮▮▮

Wire transfer information
                    Description: SWIFT MESSAGE MT103
                  Our reference: 023769708
Transaction reference number: 0167936
                     Value date: 2018-08-02
                        Amount: 5,000.00 USD
                       Charges: 15.00 USD
                         Total: 4,985.00 USD


By order of

                    ▮▮▮▮▮▮▮▮▮▮▮
                    DPW HOLDINGS INC
                    201 SHIPYARD WAY STE E
                    NEWPORT BEACH, CA, 92663


Beneficiary

                    ▮▮▮▮▮▮
                    BLOCKCHAIN MINING SUPPLY SERVICES
                    TORONTO ONTARIO CANADA


Beneficiary's institution

                    BNDCCAMM


Payment details

                    /RFB/180801050215


Additional information

                    /ACC//INS/PNBPUS3NNYC
                    //CHPREF/0421237


Ordering institution

                    U.S. BANK N.A.
                    800 NICOLLET MALL BC-MN-H20I
                    MINNEAPOLIS,MN
                    UNITED STATES


Supplementary information
                    Original amount: 5,000.00 USD


Valid on 2018-08-07 at 9:23 AM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement                                    . . .

BMS000569

8/7/2018                                      Internet Banking Solutions — Business

**Company:** | TIMBERLANE WOOD PRODUCTS INC. ▮▮▮▮ ▼ |                         ⚥ WILLIAM TENCER
                                                                    TIMBERLANE WOOD PRODUCTS INC. ▮▮▮▮

**Transaction detail**

Wire transfer information

              Description: SWIFT MESSAGE MT103
           Our reference: 023788318
Transaction reference number: 8734800219HE
              Value date: 2018-08-07
                  Amount: 5,000.00 USD
                 Charges: 15.00 USD
                   Total: 4,985.00 USD

By order of

                    ▮▮▮▮▮▮▮▮
                    DPW HOLDINGS INC
                    201 SHIPYARD WAY STE E
                    NEWPORT BEACH CA 92663

Beneficiary

                    ▮▮▮▮▮
                    BLOCKCHAIN MINING SUPPLY SERVICES
                    345 WILSON AVE STE 200
                    TORRONTO ONTARIO CANADA

Beneficiary's institution

                    NATIONAL BANK OF CANADA
                    MONTREAL

Payment details

                    /RFB/180806035389

Additional information

                    /INS/CIBCCATT/INS/PNBPUS3NNYC 17.25
                    //FEDREF/0806B6B7001C008653/INS/844
                    //021519 CANADIAN IMPERIAL BANK OF
                    //COMMERCE TORONTO ON M5L 1-A2
                    ///BOOK/8734800219HE

Ordering institution

                    USBKUS44IMT-U S BANK N A

Supplementary information

              Original amount: 5,000.00 USD

Valid on 2018-08-07 at 1:24 PM ET

BMS000570

8/21/20.8                                        Internet Banking Solutions — Business

Company:  [TIMBERLANE WOOD PRODUCTS INC. ▮       ▼]                              🛧 WILLIAM TENCER
                                                                          TIMBERLANE WOOD PRODUCTS INC. ▮

## Transaction detail

**Wire transfer information**

Description: SWIFT MESSAGE MT103
Our reference: 023838618
Transaction reference number: 1758070
Value date: 2018-08-17
Amount: 5,000.00 USD
Charges: 15.00 USD
Total: 4,985.00 USD

*Apply to LAST storage invoice. BU P-1007.* (handwritten)

**By order of**

▮
DPW HOLDINGS INC
201 SHIPYARD WAY STE E
NEWPORT BEACH, CA, 92663

**Beneficiary**

▮
BLOCKCHAIN MINING SUPPLY SERVICES
TORONTO ONTARIO CANADA

**Beneficiary's institution**

BNDCCAMM

**Payment details**

/RFB/180817031772

**Additional information**

/ACC//INS/PNBPUS3NNYC
//CHPREF/0380927

**Ordering institution**

U.S. BANK N.A.
800 NICOLLET MALL BC-MN-H20I
MINNEAPOLIS,MN
UNITED STATES

**Supplementary information**

Original amount: 5,000.00 USD

Valid on 2018-08-21 at 8:34 AM ET

https://commercial.bnc.ca/SBIComWeb/EventDispatch/statement

BMS000571