**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT YY

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Message

| | |
|---|---|
| **From**: | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent**: | 4/24/2018 10:13:48 AM |
| **To**: | sales@timberlane-mldg.com |
| **CC**: | 'Joe Kalfa - NADW' [joekalfa@gmail.com]; 'Thomas Rose' [TRose@srfkllp.com]; 'Milton Ault III' [todd@dpwholdings.com] |
| **Subject**: | RE: payment |

Good morning Willy,

I'm flying to Indiana to ensure that the machines are being connected. I spoke with Todd yesterday and we are working on finalizing the financing timing for the last 600 machines. It appears that we are looking at later this week at the earliest. I will keep you updated as the timing becomes more clear.

We are anxious to make the payment so we can receive the machines and get them running.

Thank you,

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Tuesday, April 24, 2018 8:29 AM
**To:** darren@supercrypto.com
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>; 'Thomas Rose' <TRose@srfkllp.com>
**Subject:** payment

Do you know when the funds will be available to be released from Escrow? Last week you had said it would be Friday or early this week.
BTW, your 1st shipment delivered yesterday, as scheduled.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

**Exhibit 69**

DEFENDANTS_002349