**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT BBB

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT

## OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

Exhibit 77

| | |
|---|---|
| **From:** | U.S. Bank Notification |
| **To:** | sales@timberlane-mldg.com |
| **Subject:** | Notification of Account Transaction |
| **Date:** | Thursday, May 17, 2018 5:22:23 PM |

At the request of our customer, AULT & COMPANY, INC., we are providing you
notification that a wire transfer in the amount of $50000.00 has been
processed by AULT & COMPANY, INC. and will post to your account on May 17,
2018. If you have any questions regarding this transaction, please contact
AULT & COMPANY, INC..

Please do not respond to this message.
You are receiving this message as a courtesy at the request of the U.S. Bank
customer above. If you no longer wish to receive this notification, or if
you need to change your email address, please contact the customer listed
above.  We will never send you an email asking for personal information.
View the U.S. Bank Privacy Pledge: http://www.usbank.com/privacy. Learn more
at http://www.usbank.com.

To ensure that you continue to receive these email notifications, please add
us to your Address Book (notificationservice@usbank.com). Thank you.

U.S. Bank Treasury Management BC-MN-H20P, 800 Nicollet Mall, Minneapolis, MN
55402, USA
U.S. Bank National Association Member FDIC
© 2005 - 2018  U.S. Bank


U.S. BANCORP made the following annotations
---------------------------------------------------------------------
Electronic Privacy Notice. This e-mail, and any attachments, contains
information that is, or may be, covered by electronic communications privacy
laws, and is also confidential and proprietary in nature. If you are not the
intended recipient, please be advised that you are legally prohibited from
retaining, using, copying, distributing, or otherwise disclosing this
information in any manner. Instead, please reply to the sender that you have
received this communication in error, and then immediately delete it. Thank
you in advance for your cooperation.

---------------------------------------------------------------------