UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT CCC

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT

## OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

Message
---

| | |
|---|---|
| From: | Milton Todd Ault III [toddault@gmail.com] |
| Sent: | 5/18/2018 9:10:56 AM |
| To: | Kristine Ault [kristy@mckea.com]; sales@timberlane-mldg.com |
| CC: | Darren Magot [darren@supercrypto.com]; Joe Kalfa - NADW [joekalfa@gmail.com]; Milton Ault III [todd@dpwholdings.com] |
| Subject: | Re: FW: Notification of Account Transaction |

Willy

We used a new account because of a legal reason.

Kristy this was the Canada wire for $50000.

See below

Todd

On Fri, May 18, 2018 at 9:07 AM Willy Tencer <sales@timberlane-mldg.com> wrote:
> I received the below notification yesterday but still have not received the
> wire. Normally, we get our wires before noon EST.
> I noticed that you have used a different bank from the previously sent
> wires. Perhaps the bank has made a mistake on our wire info.
> Can you check with them and ask to obtain a proper bank wire confirmation
> which indicates all the particulars including wire conf number so that it
> can be tracked?
> Thanks.
> Are you sending another wire to be applied as additional deposit today? You
> had said that we would be getting $100K yesterday but the below notification
> states that only $50K was sent.
> Will you be sending daily wire deposits that you had offered or will you be
> closing this contract within the next few days?
>
>
>
> Willy Tencer
> Blockchain Mining Supply and Services Ltd.
> 200 - 345 Wilson Ave.,
> Toronto, ON M3H 5W1
> Tel. 416 398 1198
> Fax 416 398 0878
> sales@timberlane-mldg.com
>
> -----Original Message-----
> From: U.S. Bank Notification [mailto:notificationservice@usbank.com]
> Sent: May 17, 2018 5:22 PM
> To: sales@timberlane-mldg.com
> Subject: Notification of Account Transaction
>
> At the request of our customer, AULT & COMPANY, INC., we are providing you
> notification that a wire transfer in the amount of $50000.00 has been
> processed by AULT & COMPANY, INC. and will post to your account on May 17,

**Exhibit 78**

2018. If you have any questions regarding this transaction, please contact
AULT & COMPANY, INC..

Please do not respond to this message.
You are receiving this message as a courtesy at the request of the U.S. Bank
customer above. If you no longer wish to receive this notification, or if
you need to change your email address, please contact the customer listed
above.  We will never send you an email asking for personal information.
View the U.S. Bank Privacy Pledge: http://www.usbank.com/privacy. Learn more
at http://www.usbank.com.

To ensure that you continue to receive these email notifications, please add
us to your Address Book (notificationservice@usbank.com). Thank you.

U.S. Bank Treasury Management BC-MN-H20P, 800 Nicollet Mall, Minneapolis, MN
55402, USA U.S. Bank National Association Member FDIC C 2005 - 2018  U.S.
Bank


U.S. BANCORP made the following annotations
---------------------------------------------------------------------
Electronic Privacy Notice. This e-mail, and any attachments, contains
information that is, or may be, covered by electronic communications privacy
laws, and is also confidential and proprietary in nature. If you are not the
intended recipient, please be advised that you are legally prohibited from
retaining, using, copying, distributing, or otherwise disclosing this
information in any manner. Instead, please reply to the sender that you have
received this communication in error, and then immediately delete it. Thank
you in advance for your cooperation.


---------------------------------------------------------------------


--

Thanks,

Todd

Milton "Todd" Ault, III
D: 949-534-AULT (2858

This message may contain confidential and/or restricted information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. This information should only be forwarded or distributed on a "need to know basis". If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

DEFENDANTS_002692