UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT DDD

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT

## OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| **Message** | |
| **From**: | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent**: | 5/29/2018 11:16:59 AM |
| **To**: | sales@timberlane-mldg.com; 'Milton Ault III' [todd@dpwholdings.com] |
| **CC**: | 'Joe Kalfa - NADW' [joekalfa@gmail.com] |
| **Subject**: | RE: payments |

**Exhibit 80**

Good morning Willy,

Yes, Todd and I are in the office together and have this as an item to address today. We will be connecting this afternoon and will get back to you with an update.

Thank you and I hope that you had a great Memorial Day Weekend!

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Tuesday, May 29, 2018 11:08 AM
**To:** 'Milton Ault III' <todd@dpwholdings.com>; 'Darren Magot' <darren@supercrypto.com>
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** payments

Just following up.
We received the wire you sent last week. Wire was only for $5,000.00.   Hopefully today's wire will be larger so that we can meet your target of having it paid off within 10 day business days. let me know when you have details.
This new bank you are now using is charging us DPW wire fees.  Normally  senders look after their own wire fees.  We pay the receiving wire fees.  Please  take note of this for future wires.

Do you have a draft ready for the Security pledge?  Can I be of help offering your  Attorney wording to prepare this? Once this is completed, it will relieve a lot of pressure on both sides.
Thanks.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

DEFENDANTS_002739