**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD.,<br><br>    Plaintiff,<br><br>    –against–<br><br>SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC.,<br><br>    Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT FFF

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

| | |
|---|---|
| **Message** | |
| **From**: | AULT [darren@ault.com] |
| **Sent**: | 6/1/2018 7:42:15 PM |
| **To**: | sales@timberlane-mldg.com; 'Joe Kalfa - NADW' [joekalfa@gmail.com] |
| **CC**: | 'Milton Ault III' [todd@dpwholdings.com] |
| **Subject**: | SCM 600 machine update |

**Exhibit 84**

Hello Willy,

I'm emailing to make it clear that SCM will honor our obligation to finalize the purchase of the last 600 machines. We however had a number of transactions occur recently, at the parent company level, related to acquisitions and growth. These transactions created unexpected delays and approvals that have delayed our ability to meet the original timeline/plan. With that said, we still will purchase the machines and will honor our obligation with you.

We appreciate your understanding and willingness to think creatively on a solution. The attorneys and the board are unable to approve new agreements or special arrangements so we are going to have to hold to our original plan to pay as soon as feasibly possible. The circumstances change daily so I'm unable to provide an exact date at this time but will continue to provide updates as they come. Your payment is a priority for us.

If you so choose, we would be willing to place the 600 machines in our Indiana location and pay you in BTC every week on what we mine. This would simply be a way to speed up the payment if you where interested in this as an option. I'm estimating for example that those 600 machines could mine approximately .4 BTC per day. At $7,500 BTC that would be $3,000 USD per day or $21,000 USD per week. Our CFO has approved that we could transfer the roughly 2.8 BTC (.4 per day x 7 days) each week from our wallet to yours.

As you know, I wish I could have found a better solution but offer what I'm able to at this time.

Thank you,

Darren Magot
714-887-6377

DEFENDANTS_002795