UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD.,<br><br>    Plaintiff,<br><br>    –against–<br><br>SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC.,<br><br>    Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT HHH

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

| Message | |
|---|---|
| From: | Milton Ault III [todd@dpwholdings.com] |
| Sent: | 7/17/2018 2:46:54 PM |
| To: | Willy Tencer [wtencer@midcitycapital.ca] |
| CC: | darren@supercrypto.com; joe kalfa [joekalfa@gmail.com]; toddault@gmail.com |
| Subject: | Re: Call |

**Exhibit 88**

We started wiring today. I know it's small but will build.

Lawyers are on it


Todd

On Wed, Jul 18, 2018 at 6:18 AM Willy Tencer <wtencer@midcitycapital.ca> wrote:
> Will you be sending MOU and wire conf info today?
> If not please send me update as to where we stand and what is the holdup.
> Thx.
> Willy Tencer
> Blockchain Mining Supply and Services Ltd
> 200-345 Wilson Ave.
> Toronto, On. Canada
> M3H5W1
> Tel. 416 398 1198
> Fax. 416 398 0878
> wtencer@midcitycapital.ca

---

**From:** Willy Tencer <wtencer@midcitycapital.ca>
**Sent:** Monday, July 16, 2018 6:50 PM
**To:** todd@dpwholdings.com; joe kalfa; darren@supercrypto.com; toddault@gmail.com
**Subject:** Call

If you are not able to make he call after 6:45 PST, please email the basic details and include how much you will wire and when.
Although Todd is overseas we can't let that affect this situation to drag on without showing progress.
It was extremely worrisome when you said that there was no liquidity to wire a mere $27K.
Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H5W1
Tel. 416 398 1198
wtencer@midcitycapital.ca
--
Milton "Todd" Ault III
Chairman & CEO
DPW Holdings, Inc
714-916-8498 Cell

NYSE American (DPW)