UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT III

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

| | |
|---|---|
| **Message** | |
| From: | Milton Ault III [todd@dpwholdings.com] |
| Sent: | 7/17/2018 7:45:13 PM |
| To: | Darren Magot [darren@supercrypto.com] |
| CC: | Willy Tencer [wtencer@midcitycapital.ca]; joe kalfa [joekalfa@gmail.com]; toddault@gmail.com |
| Subject: | Re: Call |

Please don't laugh

$1000 today and it will increase daily.

Also I am very confident that the $2 million is underway

**Exhibit 89**

On Wed, Jul 18, 2018 at 11:44 AM Darren Magot <darren@supercrypto.com> wrote:
Yes but it was more of a gesture and only $1,000. He will continue to sent something as we finalize the plan.

Darren Magot
(714)887-6377

On Jul 17, 2018, at 7:34 PM, Willy Tencer <wtencer@midcitycapital.ca> wrote:

Thanks for the progress report.  Todd mentioned in an earlier email that you started wiring some funds today.  Can you confirm amount?
Thx.
Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H5W1
Tel. 416 398 1198
Fax. 416 398 0878
wtencer@midcitycapital.ca

---

**From:** darren@supercrypto.com
**Sent:** Tuesday, July 17, 2018 10:29 PM
**To:** Willy Tencer; todd@dpwholdings.com; 'joe kalfa'; toddault@gmail.com
**Subject:** RE: Call

Hello Willy,

I'm sorry for the lack of communication today. I just got off the road on a trip to LA. Todd spoke with the Attorney and they are working to get NYSE approval on the Note. I'm told we are making progress and Todd will be talking with Henry the attorney again tonight so I should have timing updates to share tomorrow. The price of bitcoin and the price of our stock both went up today so that brought us more cash. As a result we are working on the right strategy to get you paid faster on the Cash side of the equation.

DEFENDANTS_003210

Todd should have more information to me by mid day tomorrow which I'll update you on accordingly.

Thank you,

Darren Magot

www.supercryptomining.com

714-887-6377

**From:** Willy Tencer <wtencer@midcitycapital.ca>
**Sent:** Tuesday, July 17, 2018 2:18 PM
**To:** todd@dpwholdings.com; joe kalfa <joekalfa@gmail.com>; darren@supercrypto.com; toddault@gmail.com
**Subject:** Re: Call

Will you be sending MOU and wire conf info today?

If not please send me update as to where we stand and what is the holdup.

Thx.

Willy Tencer

Blockchain Mining Supply and Services Ltd

200-345 Wilson Ave.

Toronto, On. Canada

M3H5W1

Tel. 416 398 1198

Fax. 416 398 0878

wtencer@midcitycapital.ca

**From:** Willy Tencer <wtencer@midcitycapital.ca>
**Sent:** Monday, July 16, 2018 6:50 PM
**To:** todd@dpwholdings.com; joe kalfa; darren@supercrypto.com; toddault@gmail.com
**Subject:** Call

If you are not able to make he call after 6:45 PST, please email the basic details and include how much you will wire and when.
Although Todd is overseas we can't let that affect this situation to drag on without showing progress.
It was extremely worrisome when you said that there was no liquidity to wire a mere $27K.
Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H5W1

DEFENDANTS_003211

Tel. 416 398 1198
wtencer@midcitycapital.ca

--

Milton "Todd" Ault III
Chairman & CEO
DPW Holdings, Inc
714-916-8498 Cell

NYSE American (DPW)

DEFENDANTS_003212