UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT JJJ

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Message

| | |
|---|---|
| From: | Milton Ault III [todd@dpwholdings.com] |
| Sent: | 7/19/2018 6:49:44 PM |
| To: | Willy Tencer [wtencer@midcitycapital.ca] |
| CC: | darren@supercrypto.com; joe kalfa [joekalfa@gmail.com]; toddault@gmail.com |
| Subject: | Re: Payment |

**Exhibit 90**

You were sent $5000 today

On Fri, Jul 20, 2018 at 10:41 AM Willy Tencer <wtencer@midcitycapital.ca> wrote:
> Are we on track for the wire and to see the paperwork Friday?
> Another week has just flown by and all we've seen is $1000.00. Doesn't even cover storage.
> Willy Tencer
> Blockchain Mining Supply and Services Ltd
> 200-345 Wilson Ave.
> Toronto, On. Canada
> M3H5W1
> Tel. 416 398 1198
> Fax. 416 398 0878
> wtencer@midcitycapital.ca

---

**From:** Willy Tencer <wtencer@midcitycapital.ca>
**Sent:** Wednesday, July 18, 2018 10:56 PM
**To:** darren@supercrypto.com; 'Milton Ault III'
**Cc:** 'joe kalfa'; toddault@gmail.com
**Subject:** Re: Payment

Can you give me an Eta when our attorney will see some paperwork.
Seems like your attorneys have not made any progress this week.

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H5W1
Tel. 416 398 1198
Fax. 416 398 0878
wtencer@midcitycapital.ca

---

**From:** darren@supercrypto.com
**Sent:** Wednesday, July 18, 2018 2:34 PM
**To:** Willy Tencer; 'Milton Ault III'
**Cc:** 'joe kalfa'; toddault@gmail.com
**Subject:** RE: Call

Good morning Willy,

I will communicate what I learn after talking with Todd. I believe he should be getting up soon as we have yet to connect today.

DEFENDANTS_003262

Thank you,

Darren Magot

www.supercryptomining.com

714-887-6377

---

**From:** Willy Tencer <wtencer@midcitycapital.ca>
**Sent:** Wednesday, July 18, 2018 11:18 AM
**To:** 'Milton Ault III' <todd@dpwholdings.com>; 'Darren Magot' <darren@supercrypto.com>
**Cc:** 'joe kalfa' <joekalfa@gmail.com>; toddault@gmail.com
**Subject:** RE: Call

Can you send me a confirmation for the next wire that is going out (hopefully today)?

Would be best if you could send me a copy of the wiring instructions you send to the bank or some type of notice of what we should be expecting, so that we can monitor the account.

thx

Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

wtencer@midcitycapital.ca

---

**From:** Willy Tencer [mailto:wtencer@midcitycapital.ca]
**Sent:** July 18, 2018 11:13 AM
**To:** 'Milton Ault III' <todd@dpwholdings.com>; 'Darren Magot' <darren@supercrypto.com>
**Cc:** 'joe kalfa' <joekalfa@gmail.com>; 'toddault@gmail.com' <toddault@gmail.com>
**Subject:** RE: Call

We received your $1000.00 wire but again the senders charges ($7.50) were charged to our account.

Please advise your bank not to do this in the future.

Wire charges for sending should always be on Senders account not receivers account. We pay the wire charges for receiving funds.

We will apply this and next wires to storage invoice # BU18 -1006 ($27,000.00) until it is paid off and then we will start applying future payments towards the 600 machines.

Willy Tencer

Midcity Capital Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

wtencer@midcitycapital.ca

---

**From:** Willy Tencer [mailto:wtencer@midcitycapital.ca]
**Sent:** July 17, 2018 11:00 PM
**To:** Milton Ault III <todd@dpwholdings.com>; Darren Magot <darren@supercrypto.com>
**Cc:** joe kalfa <joekalfa@gmail.com>; toddault@gmail.com
**Subject:** Re: Call

What can I say?   I appreciate the effort.

Let's get to the finish line.

Hopefully 1 day when we meet we'll both have a good laugh about this.

Willy Tencer

Blockchain Mining Supply and Services Ltd

200-345 Wilson Ave.

Toronto, On. Canada

M3H5W1

Tel. 416 398 1198

Fax. 416 398 0878

wtencer@midcitycapital.ca

---

**From:** Milton Ault III <todd@dpwholdings.com>
**Sent:** Tuesday, July 17, 2018 10:45 PM
**To:** Darren Magot
**Cc:** Willy Tencer; joe kalfa; toddault@gmail.com
**Subject:** Re: Call

Please don't laugh

$1000 today and it will increase daily.

Also I am very confident that the $2 million is underway

DEFENDANTS_003264

On Wed, Jul 18, 2018 at 11:44 AM Darren Magot <darren@supercrypto.com> wrote:

Yes but it was more of a gesture and only $1,000. He will continue to sent something as we finalize the plan.


Darren Magot

(714)887-6377


On Jul 17, 2018, at 7:34 PM, Willy Tencer <wtencer@midcitycapital.ca> wrote:

Thanks for the progress report. Todd mentioned in an earlier email that you started wiring some funds today. Can you confirm amount?

Thx.

Willy Tencer

Blockchain Mining Supply and Services Ltd

200-345 Wilson Ave.

Toronto, On. Canada

M3H5W1

Tel. 416 398 1198

Fax. 416 398 0878

wtencer@midcitycapital.ca

---

**From:** darren@supercrypto.com
**Sent:** Tuesday, July 17, 2018 10:29 PM
**To:** Willy Tencer; todd@dpwholdings.com; 'joe kalfa'; toddault@gmail.com
**Subject:** RE: Call

Hello Willy,

I'm sorry for the lack of communication today. I just got off the road on a trip to LA. Todd spoke with the Attorney and they are working to get NYSE approval on the Note. I'm told we are making progress and Todd will be talking with Henry the attorney again tonight so I should have timing updates to share tomorrow. The price of bitcoin and the price of our stock both went up today so that brought us more cash. As a result we are working on the right strategy to get you paid faster on the Cash side of the equation.

Todd should have more information to me by mid day tomorrow which I'll update you on accordingly.

Thank you,

Darren Magot

www.supercryptomining.com

DEFENDANTS_003265

714-887-6377

**From:** Willy Tencer <wtencer@midcitycapital.ca>
**Sent:** Tuesday, July 17, 2018 2:18 PM
**To:** todd@dpwholdings.com; joe kalfa <joekalfa@gmail.com>; darren@supercrypto.com; toddault@gmail.com
**Subject:** Re: Call

Will you be sending MOU and wire conf info today?

If not please send me update as to where we stand and what is the holdup.

Thx.

Willy Tencer

Blockchain Mining Supply and Services Ltd

200-345 Wilson Ave.

Toronto, On. Canada

M3H5W1

Tel. 416 398 1198

Fax. 416 398 0878

wtencer@midcitycapital.ca

**From:** Willy Tencer <wtencer@midcitycapital.ca>
**Sent:** Monday, July 16, 2018 6:50 PM
**To:** todd@dpwholdings.com; joe kalfa; darren@supercrypto.com; toddault@gmail.com
**Subject:** Call

If you are not able to make he call after 6:45 PST, please email the basic details and include how much you will wire and when.
Although Todd is overseas we can't let that affect this situation to drag on without showing progress.
It was extremely worrisome when you said that there was no liquidity to wire a mere $27K.
Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H5W1
Tel. 416 398 1198
wtencer@midcitycapital.ca

--

Milton "Todd" Ault III

Chairman & CEO

DPW Holdings, Inc

714-916-8498 Cell

NYSE American (DPW)

--

Milton "Todd" Ault III
Chairman & CEO
DPW Holdings, Inc
714-916-8498 Cell

NYSE American (DPW)

DEFENDANTS_003267