**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT KKK

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

| | |
|---|---|
| Message | |
| From: | Milton Ault III [todd@dpwholdings.com] |
| Sent: | 7/27/2018 3:15:08 PM |
| To: | Willy Tencer [wtencer@midcitycapital.ca] |
| CC: | Darren Magot [darren@supercrypto.com]; joe kalfa [joekalfa@gmail.com]; toddault@gmail.com |
| Subject: | Re: Update |

Wired you another $10000 today

Friday

On Fri, Jul 27, 2018 at 11:28 AM Willy Tencer <wtencer@midcitycapital.ca> wrote:
> Do you have any further updates?
>
> Willy Tencer
> Midcity Capital Ltd.
> 200-345 Wilson Ave.
> Toronto, On. Canada
> M3H5W1
> Tel. 416 398 1198
> wtencer@midcitycapital.ca

--
Milton "Todd" Ault III
Chairman & CEO
DPW Holdings, Inc
714-916-8498 Cell

NYSE American (DPW)

Exhibit 91

DEFENDANTS_003469