UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# <u>EXHIBIT LLL</u>

## <u>TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT</u>

## <u>OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>

31592/000/4360303

Message

| | |
|---|---|
| **From**: | Milton Ault III [todd@dpwholdings.com] |
| **Sent**: | 8/9/2018 11:24:36 AM |
| **To**: | Willy Tencer [wtencer@midcitycapital.ca] |
| **CC**: | Darren Magot [darren@supercrypto.com]; joe kalfa [joekalfa@gmail.com]; toddault@gmail.com |
| **Subject**: | Re: Update |

Why would I be wiring you if I intended not to pay.

Clearly I have been wiring

**Exhibit 92**

On Thu, Aug 9, 2018 at 2:23 PM Milton Ault III <todd@dpwholdings.com> wrote:
> I speak the truth.
>
> A lawsuit delays things a long time. Delay is a lawsuit.

On Thu, Aug 9, 2018 at 2:23 PM Willy Tencer <wtencer@midcitycapital.ca> wrote:
> You are a master of delay.
> Why did you not take the time to call when you said you would and instead just ignore us for 3 days?
> Why did you stop sending wires?
> Why should I believe you? accompany your size can do a lot more than what you've done.
> I am not calm. I am not accustomed to doing business this way.
> The end is here.
>
>
> Willy Tencer
> Blockchain Mining Supply and Services Ltd.
> 200 - 345 Wilson Ave.,
> Toronto, ON M3H 5W1
> Tel. 416 398 1198
> Fax 416 398 0878
> wtencer@midcitycapital.ca
>
>
> **From:** Milton Ault III [mailto:todd@dpwholdings.com]
> **Sent:** August 9, 2018 2:17 PM
> **To:** Willy Tencer <wtencer@midcitycapital.ca>
> **Cc:** darren@supercrypto.com; joe kalfa <joekalfa@gmail.com>; toddault@gmail.com
> **Subject:** Re: Update
>
> Willy I am in New York working on this.

DEFENDANTS_003528

Please be calm for a few days.

I am very close with my bankers

On Thu, Aug 9, 2018 at 2:15 PM Willy Tencer <wtencer@midcitycapital.ca> wrote:
> I'm sorry Todd, but since we have not heard from you all week, I have no choice but to move this up to the next level.
>
> We have to hand this over to our Attorney for collection.
>
> Our situation has changed and the our Bank will no longer ride this out. I held them off as long as possible but they are now putting pressure on us and will no longer consider this account an asset.
>
> They are really pushing.
>
> I'm sorry it's come to this but you must admit we have done everything in our power to be cooperative.
>
> I know you give us a few thousand here and there but it's not helping. It barely covers the storage and our legal fees.
>
> We agreed to work with you in regard to offering us a note to pay this account. We agreed to accept your corporate guarantee but nothing has come through.
>
> We obviously prefer to have this settled. We have been open and flexible and are still willing to be flexible but we need a concrete proposal from you that you are willing and able to stand by. Unless something 100% concrete is received by Monday, I am giving a free hand to the attorney to do what needs to be done.
>
> Be prepared, this will be an expensive ordeal.
>
> We will not back off.
>
>
>
> Willy Tencer
>
> Blockchain Mining Supply and Services Ltd.
>
> 200 - 345 Wilson Ave.,
>
> Toronto, ON M3H 5W1
>
> Tel. 416 398 1198
>
> Fax 416 398 0878
>
> wtencer@midcitycapital.ca

DEFENDANTS_003529

**From:** Willy Tencer [mailto:wtencer@midcitycapital.ca]
**Sent:** August 8, 2018 10:58 AM
**To:** 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'darren@supercrypto.com' <darren@supercrypto.com>; 'joe kalfa' <joekalfa@gmail.com>; 'toddault@gmail.com' <toddault@gmail.com>
**Subject:** RE: Update

Todd, we can't let this continue at this pace.

Let me know how this will be resolved.

I expect to hear from you today.


Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

wtencer@midcitycapital.ca


**From:** Willy Tencer [mailto:wtencer@midcitycapital.ca]
**Sent:** August 7, 2018 7:17 PM
**To:** Milton Ault III <todd@dpwholdings.com>
**Cc:** darren@supercrypto.com; joe kalfa <joekalfa@gmail.com>; toddault@gmail.com
**Subject:** Re: Update

I thought you were calling today. What happened?   I'm available.

Willy Tencer

Midcity Capital Ltd.

200-345 Wilson Ave.

Toronto, On. Canada

M3H5W1

Tel. 416 398 1198

Fax. 416 398 0878

wtencer@midcitycapital.ca


**From:** Willy Tencer <wtencer@midcitycapital.ca>
**Sent:** Sunday, July 29, 2018 2:52 PM
**To:** Milton Ault III

DEFENDANTS_003530

**Cc:** darren@supercrypto.com; joe kalfa; toddault@gmail.com
**Subject:** Re: Update

Todd, can you tell me what's going on regarding below request? (The note)


Willy Tencer

Blockchain Mining Supply and Services Ltd

200-345 Wilson Ave.

Toronto, On. Canada

M3H5W1

Tel. 416 398 1198

Fax. 416 398 0878

wtencer@midcitycapital.ca

---

**From:** Willy Tencer <wtencer@midcitycapital.ca>
**Sent:** Friday, July 27, 2018 6:40 PM
**To:** Milton Ault III
**Cc:** darren@supercrypto.com; joe kalfa; toddault@gmail.com
**Subject:** Re: Update

Thank you. Tell me what's going on regarding the note.

Willy Tencer

Midcity Capital Ltd.

200-345 Wilson Ave.

Toronto, On. Canada

M3H5W1

Tel. 416 398 1198

Fax. 416 398 0878

wtencer@midcitycapital.ca

---

**From:** Milton Ault III <todd@dpwholdings.com>
**Sent:** Friday, July 27, 2018 6:15 PM
**To:** Willy Tencer
**Cc:** darren@supercrypto.com; joe kalfa; toddault@gmail.com
**Subject:** Re: Update

Wired you another $10000 today

DEFENDANTS_003531

> Friday
>
> On Fri, Jul 27, 2018 at 11:28 AM Willy Tencer <wtencer@midcitycapital.ca> wrote:
>> Do you have any further updates?
>>
>> Willy Tencer
>> Midcity Capital Ltd.
>> 200-345 Wilson Ave.
>> Toronto, On. Canada
>> M3H5W1
>> Tel. 416 398 1198
>> wtencer@midcitycapital.ca
>
> --
> Milton "Todd" Ault III
> Chairman & CEO
> DPW Holdings, Inc
> 714-916-8498 Cell
>
> NYSE American (DPW)

--

Milton "Todd" Ault III

Chairman & CEO

DPW Holdings, Inc

714-916-8498 Cell

NYSE American (DPW)

--

Milton "Todd" Ault III
Chairman & CEO
DPW Holdings, Inc
714-916-8498 Cell

NYSE American (DPW)

--

Milton "Todd" Ault III
Chairman & CEO
DPW Holdings, Inc
714-916-8498 Cell

NYSE American (DPW)

DEFENDANTS_003532