**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,

     Plaintiff,

     –against–

SUPER CRYPTO MINING, INC. n/k/a
DIGITAL FARMS, INC. and DPW
HOLDINGS, INC. n/k/a AULT ALLIANCE,
INC.,

     Defendants.

Civil Action No. 1:18-cv-11099-ALC

# <u>EXHIBIT MMM</u>

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT

## OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

Message

| | |
|---|---|
| **From**: | Milton Todd Ault III [toddault@gmail.com] |
| **Sent**: | 9/7/2018 7:19:14 AM |
| **To**: | Willy Tencer [wtencer@midcitycapital.ca] |
| **CC**: | Darren Magot [darren@supercrypto.com]; Joe Kalfa - NADW [joekalfa@gmail.com]; Milton Ault III [todd@dpwholdings.com] |
| **Subject**: | Re: update |

Sorry

Let's talk today.

Every thing looks good to pay you down


Darren and I will call you

On Fri, Sep 7, 2018 at 10:18 AM Willy Tencer <wtencer@midcitycapital.ca> wrote:

> Surprisingly, I Still have not received any response.   What's the update?
> It's a simple question.
> I would a appreciate a response.
> thx
>
> Willy Tencer
> Blockchain Mining Supply and Services Ltd.
> 200 - 345 Wilson Ave.,
> Toronto, ON M3H 5W1
> Tel. 416 398 1198
> Fax 416 398 0878
> wtencer@midcitycapital.ca

---

**From:** Willy Tencer [mailto:wtencer@midcitycapital.ca]
**Sent:** September 5, 2018 10:40 AM

---

**To:** 'Milton Ault III' <todd@dpwholdings.com>; 'Darren Magot' <darren@supercrypto.com>
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** update


Can you respond and give me an update.
Thx.


Willy Tencer
Blockchain Mining Supply and Services Ltd.

Exhibit 95

DEFENDANTS_003732

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

wtencer@midcitycapital.ca

---

**From:** Willy Tencer [mailto:wtencer@midcitycapital.ca]
**Sent:** September 4, 2018 9:51 AM
**To:** 'Milton Ault III' <todd@dpwholdings.com>; 'Darren Magot' <darren@supercrypto.com>
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** update

Good morning Todd.

Did your financing deal close as anticipated last Friday?

Are you sending us a wire?

We are anxious to release these machines from the warehouse.

Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

wtencer@midcitycapital.ca

--

Thanks,

Todd

Milton "Todd" Ault, III
D: 949-534-AULT (2858

This message may contain confidential and/or restricted information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. This information should only be forwarded or distributed on a "need to know basis". If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

DEFENDANTS_003733