UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD.,<br><br>    Plaintiff,<br><br>    –against–<br><br>SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC.,<br><br>    Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT NNN

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

| | |
|---|---|
| **Message** | |
| From: | Darren Magot [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C91CBE764F384121B8288315EB0F3576-DARREN] |
| Sent: | 9/14/2018 12:47:34 PM |
| To: | Milton Ault III [todd@dpwholdings.com]; Willy Tencer [wtencer@midcitycapital.ca] |
| CC: | Joe Kalfa - NADW [joekalfa@gmail.com]; Will Horne [will@dpwholdings.com] |
| Subject: | RE: payment |

Hi Willy,

We wanted to be sure that you saw our announcement today where we got approval to raise $23.50 million and we have begun that process to repay all outstanding debts. https://finance.yahoo.com/news/dpw-holdings-announces-25-million-105000065.html

We would like to proceed by paying the current outstanding balance with the funds raised via the preferred outlined above. We expect funds to begin to become available as soon as next week so we expect to have a clearly outlined payment plan for both the machines as well as the storage invoice. It really just depends on the effectiveness of our marketing plan that will begin on Monday.

Thank you,

Darren Magot
714-887-6377

**From:** Milton Ault III <todd@dpwholdings.com>
**Sent:** Friday, September 14, 2018 12:19 PM
**To:** Willy Tencer <wtencer@midcitycapital.ca>
**Cc:** Darren Magot <darren@supercrypto.com>; Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** Re: payment

just got approved

On Fri, Sep 14, 2018 at 10:36 AM, Willy Tencer <wtencer@midcitycapital.ca> wrote:

> Are we done??
>
> Where do we go from here?
>
> Please give me the latest.
>
> thx
>
> Willy Tencer
>
> Blockchain Mining Supply and Services Ltd.
>
> 200 - 345 Wilson Ave.,
>
> Toronto, ON M3H 5W1
>
> Tel. 416 398 1198
>
> Fax 416 398 0878
>
> wtencer@midcitycapital.ca

Exhibit 96

DEFENDANTS_003765

--
Milton "Todd" Ault III
Chairman & CEO
DPW Holdings, Inc
714-916-8498 Cell

NYSE American (DPW)

DEFENDANTS_003766