**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT OOO

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

Message

| | |
|---|---|
| **From**: | Willy Tencer [wtencer@midcitycapital.ca] |
| **Sent**: | 7/12/2018 9:47:52 AM |
| **To**: | darren@supercrypto.com; 'Milton Ault III' [todd@dpwholdings.com]; 'Milton Todd Ault III' [toddault@gmail.com] |
| **CC**: | Joe Kalfa - NADW [joekalfa@gmail.com] |
| **Subject**: | supercrypto invoice |
| **Attachments**: | doc02695620180712124208.pdf |

You have told me on numerous occasions that although there was a delay in your payment, you would reimburse us for the warehouse charges,
I am attaching the storage bill.
Please show your good faith and pay this today.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
wtencer@midcitycapital.ca

**Exhibit 102**

DEFENDANTS_003171

# Blockchain Mining Supply & Services Ltd.

200 - 345 Wilson Avenue
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878

GST/HST # 78209 0518 RT0001

**DATE:**
July 13, 2018

**INVOICE #**
BU18-1006

**Currency**
USD Funds

**Terms**
Due upon receipt

**Bill To:**
Super Crypto Mining, Inc.
201 Shipyard Way, Suite E
Newport Beach, CA 92663-4452
USA

**Ship To:**
pick up

| QTY | STOCK # | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|---------|-------------|------------|-------|
| 1 | | warehouse storage charges for 600 Antminers April 13, 2018 - July 13, 2018<br><br>90 days @ $300 / day | $27,000.00 | $27,000.00 |
| | | Due upon receipt | | |

| | |
|---|---|
| Subtotal | $27,000.00 |
| HST | - |
| Total | $27,000.00 |