UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT SSS

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT

## OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

value


- 

  [Darren Magot](#)

  3rd degree connection· 3rd

  Developing undervalued assets and disruptive technologies

- FEB 23, 2018Joe Kalfa sent the following message at 12:34 PM

  [View Joe's profile](#) 

  [Joe Kalfa](#)  12:34 PM

  **Antminer S9's available**

  Hi Darren, Are you interested in purchasing Antminer S9's? I have 1,100 coming next week from Bitmain from the March Batch. Im looking to sell them for $3,250, Including the PSU, and delivery to Toronto Pearson Airport. Let me know if interested.

- Darren Magot sent the following message at 5:02 PM

  [View Darren's profile](#) 



D. Magot Exhibit 12
Tami L. Le, CSR 8716, RPR  1.20.23

Darren Magot  5:02 PM

It's nice to meet you Joe and thank you for reaching out. I am interested in the S9's. Are the PSU's bitmain as well?

- FEB 24, 2018 Joe Kalfa sent the following messages at 6:36 PM



View Joe's profile

Joe Kalfa  6:36 PM

Thanks. Yes they are Bitmain as well. I will provide you with all original paperwork from Bitmain including awb once it ships this week

- Let me know please



View Joe's profile

Joe Kalfa  6:43 PM

To keep things simple, assuming your ready to move forward, I can send a sale agreement, and you can wire funds to lawyer escrow account, only to be released after you pick up the goods.

- Darren Magot sent the following message at 9:52 PM



View Darren's profile

Darren Magot  9:52 PM

BMS001591

Hello Joe - I will need until Tuesday to confirm all the financing but I am very interested in making the purchase. I'll let you know if it comes together sooner but right now it appears to be Tuesday. You can reach me at darren@supercrypto.com if you would like to share a sales agreement that I can review. Thank you, Darren

- Joe Kalfa sent the following messages at 9:57 PM



View Joe's profile

Joe Kalfa  9:57 PM

Darren, thanks. I'll email it to you tomorrow.

- FEB 26, 2018



View Joe's profile

Joe Kalfa  10:37 PM

Darren, any news on your end. I need to finalize sale of these by tomorrow morning. On pricing, I can actually do $2,975usd Includes PSU. Delivered to Toronto, Pearson airport. I need to finalize by tomorrow am

- FEB 27, 2018Darren Magot sent the following message at 6:35 AM



View Darren's profile

Darren Magot  6:35 AM

**BMS001592**

Hi Joe - checking to be sure that you received my email reply?

- Joe Kalfa sent the following messages at 8:40 AM



View Joe's profile

Joe Kalfa  8:40 AM

Got it. Just replied

BMS001593