**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT WWW

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

Message
| | |
|---|---|
| **From**: | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent**: | 4/2/2018 10:37:44 AM |
| **To**: | sales@timberlane-mldg.com |
| **Subject**: | RE: shipment |

Good morning Willy,

Yes, I'm working on getting this information today and will provide these details as soon as I know.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, April 2, 2018 10:37 AM
**To:** darren@supercrypto.com
**Subject:** shipment

Can I get specifics as to what the issue is regarding payment?
We need to have a firm outside date of when payment and shipment will take place.
We are working with you to help you satisfy your obligation but we need to know when the transaction will be completed.
Look forward to your update.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com



D. Magot
**Exhibit 34**
Tami L. Le, CSR 8716, RPR  1.20.23

DEFENDANTS_001990