**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., |
|       Plaintiff, |
|       –against– |
| SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., |
|       Defendants. |

Civil Action No. 1:18-cv-11099-ALC

# <u>EXHIBIT XXX</u>

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT

## <u>OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>

Message

| | |
|---|---|
| **From**: | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent**: | 4/2/2018 4:37:41 PM |
| **To**: | sales@timberlane-mldg.com |
| **Subject**: | RE: shipment |

Hello Willy,

I know I owe you an update and Todd just confirmed that he is still working on this but doesn't have an answer for me yet. Again, it is a matter of timing of financing and he said that he will update me later tonight.

Sorry I don't have more to share but just trying to keep the communication open. I want you to know that this is top of mind and I will continue to push for the information that we need.

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, April 2, 2018 10:37 AM
**To:** darren@supercrypto.com
**Subject:** shipment

Can I get specifics as to what the issue is regarding payment?
We need to have a firm outside date of when payment and shipment will take place.
We are working with you to help you satisfy your obligation but we need to know when the transaction will be completed.
Look forward to your update.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com



D. Magot

**Exhibit 35**

Tami L. Le, CSR 8716, RPR  1.20.23