UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT ZZZ

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

Message

| | |
|---|---|
| **From**: | Thomas Rose [TRose@srfkllp.com] |
| **Sent**: | 4/16/2018 2:38:14 PM |
| **To**: | 'Willy Tencer' [sales@timberlane-mldg.com] |
| **CC**: | Milton Ault III (todd@dpwholdings.com) [todd@dpwholdings.com]; darren@supercrypto.com; Marc Ross [MRoss@srfkllp.com]; Henry Nisser [hnisser@srfkllp.com]; joe kalfa [joekalfa@gmail.com] |
| **Subject**: | RE: Re:DPW Escrow |

Willy – The funds are now available for release.

---

**From:** Willy Tencer [mailto:sales@timberlane-mldg.com]
**Sent:** Monday, April 16, 2018 5:11 PM
**To:** Thomas Rose
**Cc:** Milton Ault III (todd@dpwholdings.com); darren@supercrypto.com; Marc Ross; Henry Nisser; joe kalfa
**Subject:** Re:DPW Escrow

Let me know when you are in a position to release the funds, then I will send you the required exhibits to satisfy the Escrow agreement which will allow you to wire us the funds.
Thanks.

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

On Apr 16, 2018, at 5:01 PM, Thomas Rose <TRose@srfkllp.com> wrote:

Willy – Pursuant to the Escrow Agreement between Super Crypto Mining, Inc. and Blockchain Mining Supply & Services, Inc. dated as of March 22, 2018, we advise you pursuant to Section 1.4 of the Escrow Agreement that we have the $1,387,500 in our escrow account, subject to closing on the receipt of such funds which is scheduled to occur later today.


Thomas A. Rose
Sichenzia Ross Ference Kesner LLP
1185 Avenue of the Americas | 37th Floor | New York, NY 10036
T 212 930 9700  |  F 212 930 9725
trose@srfkllp.com www.srfkllp.com


<image001.png>

NOTICE:  The information contained in this communication is legally privileged and/or confidential information, which is intended only for use of recipient. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended (recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication by error, please immediately notify the sender by e-mail  and delete this email from your system. Nothing in this email should be construed as a legal opinion or tax advice.



D. Magot
**Exhibit 43**
Tami L. Le,  CSR 8716, RPR   1.20.23

DEFENDANTS_002099

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance.

DEFENDANTS_002100