**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,

      Plaintiff,

      –against–

SUPER CRYPTO MINING, INC. n/k/a
DIGITAL FARMS, INC. and DPW
HOLDINGS, INC. n/k/a AULT ALLIANCE,
INC.,

      Defendants.

Civil Action No. 1:18-cv-11099-ALC

# EXHIBIT BBBB

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT

## OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

Message

| | |
|---|---|
| **From:** | Willy Tencer [sales@timberlane-mldg.com] |
| **Sent:** | 4/24/2018 10:27:33 AM |
| **To:** | darren@supercrypto.com |
| **CC:** | 'Joe Kalfa - NADW' [joekalfa@gmail.com]; 'Thomas Rose' [TRose@srfkllp.com]; 'Milton Ault III' [todd@dpwholdings.com] |
| **Subject:** | RE: payment |

Ok.  Thanks for the update.
As I have indicated in the past, not to worry,  we will work with you in regards to the late payment.
Please let me know tomorrow when you expect to finalize.  This Friday will make your payment 2 weeks overdue, so we would expect that your payment should be made soon.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** April 24, 2018 1:14 PM
**To:** sales@timberlane-mldg.com
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>; 'Thomas Rose' <TRose@srfkllp.com>; 'Milton Ault III' <todd@dpwholdings.com>
**Subject:** RE: payment

Good morning Willy,

I'm flying to Indiana to ensure that the machines are being connected. I spoke with Todd yesterday and we are working on finalizing the financing timing for the last 600 machines. It appears that we are looking at later this week at the earliest. I will keep you updated as the timing becomes more clear.

We are anxious to make the payment so we can receive the machines and get them running.

Thank you,

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Tuesday, April 24, 2018 8:29 AM
**To:** darren@supercrypto.com
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>; 'Thomas Rose' <TRose@srfkllp.com>
**Subject:** payment

Do you know when the funds will be available to be released from Escrow?  Last week you had said it would be Friday or early this week.
BTW, your 1st shipment delivered yesterday, as scheduled.

D. Magot
**Exhibit 47**
Tami L. Le,  CSR 8716, RPR   1.20.23

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

DEFENDANTS_002351