**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT CCCC

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

Message

| | |
|---|---|
| **From**: | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent**: | 4/27/2018 6:28:23 AM |
| **To**: | 'Willy Tencer' [sales@timberlane-mldg.com]; 'Todd Ault' [todd@ault.com] |
| **CC**: | 'Joe Kalfa - NADW' [joekalfa@gmail.com] |
| **Subject**: | RE: Update |

Good morning Willy,

I'm am very sorry for the delayed reply. I have been in Indiana working to ensure that all the machines are unboxed and started. Todd has been at a Microcap convention in Las Vegas as a speaker this week so we both have been out of pocket. We expect to be able to talk today about the timing of the financing for the 600 machines. I have power and rack space to start them immediately so I want them right away. I expect that we are looking at early next week but please let me connect with Todd today and get back with our final plan.

Thank you again for understanding and I'm so sorry for the delay.

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Thursday, April 26, 2018 1:15 PM
**To:** 'Todd Ault' <todd@ault.com>
**Cc:** Darren Magot <darren@supercrypto.com>; 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** Update

Do you have the payment update?
Would like to get this shipped this week.

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com



D. Magot
**Exhibit 48**
Tami L. Le, CSR 8716, RPR  1.20.23

DEFENDANTS_002364