**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT DDDD

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

Message

| | |
|---|---|
| **From**: | Darren Magot [darren@supercrypto.com] |
| **Sent**: | 4/30/2018 7:07:40 AM |
| **To**: | sales@timberlane-mldg.com |
| **CC**: | Todd Ault [todd@ault.com]; Joe Kalfa - NADW [joekalfa@gmail.com] |
| **Subject**: | Re: Update |

Good morning Willy

I'm told that I won't have an update until tomorrow on the timeline. Once the month is closed however I do want the machines ASAP so will continue to push the payment for the last set of machines.

Darren Magot
(714)887-6377

On Apr 30, 2018, at 7:09 AM, Willy Tencer <sales@timberlane-mldg.com> wrote:

I didn't hear back from anyone on Friday.
Have you determined when the balance of the machines will be moving out?
I recall in previous discussions that you had said you must have these machines moved out by April 30th.
We need to move these machines. I would like to get a firm response as to why this is being delayed and when payment will be finalized.
It is unjust to request extension of payment without giving us information on a new ship date.
Please respond today.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** April 27, 2018 9:28 AM
**To:** 'Willy Tencer' <sales@timberlane-mldg.com>; 'Todd Ault' <todd@ault.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: Update

Good morning Willy,

I'm am very sorry for the delayed reply. I have been in Indiana working to ensure that all the machines are unboxed and started. Todd has been at a Microcap convention in Las Vegas as a speaker this week so we both have been out of pocket. We expect to be able to talk today about the timing of the financing for the 600 machines. I have power and rack space to start them immediately so I want them right away. I expect that we are looking at early next week but please let me connect with Todd today and get back with our final plan.

Thank you again for understanding and I'm so sorry for the delay.

Darren Magot
www.supercryptomining.com



D. Magot
**Exhibit 49**
Tami L. Le, CSR 8716, RPR  1.20.23

714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Thursday, April 26, 2018 1:15 PM
**To:** 'Todd Ault' <todd@ault.com>
**Cc:** Darren Magot <darren@supercrypto.com>; 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** Update

Do you have the payment update?
Would like to get this shipped this week.

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

DEFENDANTS_002370