**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT EEEE

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Message

| | |
|---|---|
| **From**: | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent**: | 5/2/2018 9:46:27 AM |
| **To**: | 'Willy Tencer' [sales@timberlane-mldg.com]; todd@ault.com |
| **CC**: | 'joe kalfa' [joekalfa@gmail.com] |
| **Subject**: | RE: Call |

Good morning Willy,

I haven't been able to reach Todd this am because he is in meetings. He did say that we will get the machines by the end of this week or early next week. That doesn't help much but I do expect to know more today.

Darren Magot
www.supercryptomining.com
714-887-6377

-----Original Message-----
From: Willy Tencer <sales@timberlane-mldg.com>
Sent: Wednesday, May 2, 2018 6:24 AM
To: darren@supercrypto.com; todd@ault.com
Cc: joe kalfa <joekalfa@gmail.com>
Subject: Call

We need to have a call this morning.
Let me know what works.
Thx

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

D. Magot
**Exhibit 51**
Tami L. Le, CSR 8716, RPR  1.20.23

DEFENDANTS_002394