UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT GGGG

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

| | |
|---|---|
| **Message** | |
| **From**: | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent**: | 5/22/2018 2:29:53 PM |
| **To**: | sales@timberlane-mldg.com; 'Milton Ault III' [todd@dpwholdings.com] |
| **CC**: | 'Todd Ault' [toddault@gmail.com]; 'Joe Kalfa - NADW' [joekalfa@gmail.com] |
| **Subject**: | RE: FW: Notification of Account Transaction |

Hello Willy,

I spoke with Todd who confirmed that you will receive another payment tomorrow. Todd will then have a plan for full payment finalized this Friday to discuss with you. They financing is working out so we are looking forward to sharing the details and getting the details worked out this week.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Tuesday, May 22, 2018 6:33 AM
**To:** 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Todd Ault' <toddault@gmail.com>; 'Darren Magot' <darren@supercrypto.com>; 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: FW: Notification of Account Transaction

**Todd, I'm very surprized that we have not received your response regarding payment.**

Will you be sending daily wire deposits that you had offered or will you be closing this contract within the next few days?

We're getting close to midweek again and still don't know when you plan to pick up.
We can't continue without communication.
Let's wrap this up.
Need to hear from you today.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** Willy Tencer [mailto:sales@timberlane-mldg.com]
**Sent:** May 18, 2018 2:18 PM
**To:** 'Kristine Ault' <Kristy@mckea.com>
**Cc:** 'Todd Ault' <toddault@gmail.com>; 'Darren Magot' <darren@supercrypto.com>; 'Joe Kalfa - NADW' <joekalfa@gmail.com>; 'Milton Ault III' <todd@dpwholdings.com>
**Subject:** RE: FW: Notification of Account Transaction

We just received the $50K.
Todd, can you respond on when we should expect the balance?



D. Magot
**Exhibit 60**
Tami L. Le,  CSR 8716, RPR   1.20.23

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

**From:** Kristine Ault [mailto:Kristy@mckea.com]
**Sent:** May 18, 2018 2:06 PM
**To:** sales@timberlane-mldg.com
**Cc:** Todd Ault <toddault@gmail.com>; Darren Magot <darren@supercrypto.com>; Joe Kalfa - NADW <joekalfa@gmail.com>; Milton Ault III <todd@dpwholdings.com>
**Subject:** Re: FW: Notification of Account Transaction

I will call the bank and figure out what happened. Will let you know as soon as I find out.

On Fri, May 18, 2018, 9:18 AM Willy Tencer <sales@timberlane-mldg.com> wrote:
> OK.   While Kristy tracks this down and lets us know, can you tell me what to expect regarding the balance owing.
>
>
>
> Willy Tencer
>
> Blockchain Mining Supply and Services Ltd.
>
> 200 - 345 Wilson Ave.,
>
> Toronto, ON M3H 5W1
>
> Tel. 416 398 1198
>
> Fax 416 398 0878
>
> sales@timberlane-mldg.com
>
>
>
> **From:** Milton Todd Ault III [mailto:toddault@gmail.com]
> **Sent:** May 18, 2018 12:11 PM
> **To:** Kristine Ault <kristy@mckea.com>; sales@timberlane-mldg.com
> **Cc:** Darren Magot <darren@supercrypto.com>; Joe Kalfa - NADW <joekalfa@gmail.com>; Milton Ault III <todd@dpwholdings.com>
> **Subject:** Re: FW: Notification of Account Transaction
>
>
>
> Willy
>
>
>
> We used a new account because of a legal reason.
>
>
>
> Kristy this was the Canada wire for $50000.
>
>
>
> See below

DEFENDANTS_002709

Todd

On Fri, May 18, 2018 at 9:07 AM Willy Tencer <sales@timberlane-mldg.com> wrote:

I received the below notification yesterday but still have not received the
wire.  Normally, we get our wires before noon EST.
I noticed that you have used a different bank from the previously sent
wires.  Perhaps the bank has made a mistake on our wire info.
Can you check with them and ask to obtain a proper bank wire confirmation
which indicates all the particulars including wire conf number so that it
can be tracked?
Thanks.
Are you sending another wire to be applied as additional deposit today?  You
had said that we would be getting $100K yesterday but the below notification
states that only $50K was sent.
Will you be sending daily wire deposits that you had offered or will you be
closing this contract within the next few days?


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

-----Original Message-----
From: U.S. Bank Notification [mailto:notificationservice@usbank.com]
Sent: May 17, 2018 5:22 PM
To: sales@timberlane-mldg.com
Subject: Notification of Account Transaction

At the request of our customer, AULT & COMPANY, INC., we are providing you
notification that a wire transfer in the amount of $50000.00 has been
processed by AULT & COMPANY, INC. and will post to your account on May 17,
2018. If you have any questions regarding this transaction, please contact
AULT & COMPANY, INC..

Please do not respond to this message.
You are receiving this message as a courtesy at the request of the U.S. Bank
customer above. If you no longer wish to receive this notification, or if
you need to change your email address, please contact the customer listed
above.  We will never send you an email asking for personal information.
View the U.S. Bank Privacy Pledge: http://www.usbank.com/privacy. Learn more
at http://www.usbank.com.

To ensure that you continue to receive these email notifications, please add
us to your Address Book (notificationservice@usbank.com). Thank you.

DEFENDANTS_002710

U.S. Bank Treasury Management BC-MN-H20P, 800 Nicollet Mall, Minneapolis, MN 55402, USA U.S. Bank National Association Member FDIC C 2005 - 2018  U.S. Bank

U.S. BANCORP made the following annotations
----------------------------------------------------------------------
Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.

----------------------------------------------------------------------

--

Thanks,

Todd

Milton "Todd" Ault, III

D: 949-534-AULT (2858

This message may contain confidential and/or restricted information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. This information should only be forwarded or distributed on a "need to know basis". If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.