**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT KKKK

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT

## OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Message | |
| **From**: | Willy Tencer [sales@timberlane-mldg.com] |
| **Sent**: | 8/15/2018 7:18:37 AM |
| **To**: | 'Milton Ault III' [todd@dpwholdings.com]; Darren Magot [darren@supercrypto.com] |
| **CC**: | Joe Kalfa - NADW [joekalfa@gmail.com] |
| **Subject**: | FW: super crypto statement |
| **Attachments**: | doc02802620180815100237.pdf |

Thanks for the call yesterday, it was encouraging and I look forward to getting the outstanding balance paid off.
In the meantime, please continue to show us good faith and send us wires to the best of your ability.
Attached you will find a statement showing your current balance.
As  can see, we applied some of your past wires to pay off the 1st Warehouse storage invoice and the balance has been applied to the Antminers.
Could you send us a wire as soon as possible to, at the very least, pay off the most recent Warehouse storage invoice?
Much appreciated.
Good luck with your upcoming funding closing.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
wtencer@midcitycapital.ca

D. Magot
**Exhibit 76**
Tami L. Le,  CSR 8716, RPR   1.20.23

DEFENDANTS_003648

# Blockchain Mining Supply & Services Ltd.   STATEMENT

345 Wilson Avenue
Suite 200
Toronto, Ontario M3H 5W1
Canada

| Statement Date |
|---|
| 08/13/2018 |

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| Statement Date |
|---|
| 08/13/2018 |

**Super Crypto Mining, Inc.**

**Super Crypto Mining, Inc.**
201 Shipyard Way
Suite E
Newport Beach, CA 62663-4452
USA

IF PAYING BY INVOICE, CHECK INDIVIDUAL INVOICES PAID

AMOUNT REMITTED _____

Page:  1

| Transaction Date | Transaction No. | Transaction Type | Amount | Balance | Invoice No. | Amount Due | ✓ |
|---|---|---|---|---|---|---|---|
| 03/09/2018 | BU18-1005 | Invoice | 3,272,500.00 | | | | |
| 03/09/2018 | 10 | Payment | -80,000.00 | | | | |
| 03/13/2018 | 11 | Payment | -83,625.00 | | | | |
| 03/29/2018 | 12 | Payment | -100,000.00 | | | | |
| 04/17/2018 | 15 | Payment | -1,387,500.00 | | | | |
| 05/18/2018 | 16 | Payment | -49,980.00 | | | | |
| 05/30/2018 | 17 | Payment | -5,000.00 | | | | |
| 06/14/2018 | 18 | Payment | -5,000.00 | | | | |
| 07/26/2018 | 24 | Payment | -2,500.00 | | | | |
| 07/30/2018 | 25 | Payment | -10,000.00 | | | | |
| 07/31/2018 | 26 | Payment | -5,000.00 | | | | |
| 08/02/2018 | 27 | Payment | -5,000.00 | | | | |
| 08/07/2018 | 28 | Payment | -5,000.00 | | | | |
| | | | | 1,533,895.00 | BU18-1005 | 1,533,895.00 | |
| 07/13/2018 | BU18-1006 | Invoice | 27,000.00 | | | | |
| 07/18/2018 | 19 | Payment | -1,000.00 | | | | |
| 07/19/2018 | 20 | Payment | -1,000.00 | | | | |
| 07/20/2018 | 21 | Payment | -5,000.00 | | | | |
| 07/23/2018 | 22 | Payment | -5,000.00 | | | | |
| 07/23/2018 | 23 | Payment | -7,500.00 | | | | |
| 07/26/2018 | 24 | Payment | -7,500.00 | | | | |
| | | | | 0.00 | BU18-1006 | 0.00 | |
| 08/13/2018 | BU18-1007 | Invoice | | 9,300.00 | BU18-1007 | 9,300.00 | |

| Age | Current | 31-60 | Over 60 | Total | Balance Due | Total | |
|---|---|---|---|---|---|---|---|
| Amount | 9,300.00 | 0.00 | 1,533,895.00 | 1,543,195.00 | < > | 1,543,195.00 | |

DEFENDANTS_003649