**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT LLLL

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

Message

| | |
|---|---|
| **From**: | Darren Magot [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C91CBE764F384121B8288315EB0F3576-DARREN] |
| **Sent**: | 10/7/2018 1:32:17 PM |
| **To**: | Willy Tencer [wtencer@midcitycapital.ca]; 'Milton Ault III' [todd@dpwholdings.com] |
| **CC**: | Joe Kalfa - NADW [joekalfa@gmail.com] |
| **Subject**: | RE: final email |

Hello Willy,

Can you please send me the total outstanding balance as of today including the storage costs?

Thank you,

Darren Magot
714-887-6377

---

**From:** Willy Tencer <wtencer@midcitycapital.ca>
**Sent:** Sunday, October 7, 2018 9:01 AM
**To:** 'Milton Ault III' <todd@dpwholdings.com>; Darren Magot <darren@supercrypto.com>
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** final email

I would like to encourage you to communicate. This will be my final email before reactivating the file with our Attorney tomorrow.
Quite surprised at your lack of mutual respect considering how we have cooperated with you from the very 1st time you had asked for a payment extension over 6 months ago.
I am available by email, phone, or text anytime.



Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
wtencer@midcitycapital.ca

D. Magot
**Exhibit 79**
Tami L. Le, CSR 8716, RPR  1.20.23

DEFENDANTS_003796