UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT MMMM

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

| | |
|---|---|
| Message | |
| From: | Willy Tencer [wtencer@midcitycapital.ca] |
| Sent: | 10/7/2018 3:03:36 PM |
| To: | 'Milton Ault III' [todd@dpwholdings.com]; Darren Magot [darren@supercrypto.com] |
| CC: | Joe Kalfa - NADW [joekalfa@gmail.com] |
| Subject: | FW: Super Crypto statement |
| Attachments: | invoice BU18-1008.pdf; supercrypto statement Sept 13 2018.pdf |

Here is the email sent on Sept. 13th. the balance due is still the same ($1,547,495.00) except for the additional Storage charges which will be $300.00 / day since Sept. 13th.
At this point, we have not added on our legal fees but that will be part of the claim which is being prepared tomorrow. (unless we receive a substantial wire).

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
wtencer@midcitycapital.ca

---

**From:** Willy Tencer [mailto:wtencer@midcitycapital.ca]
**Sent:** September 13, 2018 3:30 PM
**To:** 'Milton Ault III' <todd@dpwholdings.com>; 'darren@supercrypto.com' <darren@supercrypto.com>
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** Super Crypto statement

Attached please find your latest invoice for warehouse storage of the 600 machines.
Also attached is statement showing full history and total balance due for the release of the machines.
Looking forward to getting this finalized and moving on to the next chapter.
Let me know if you have any questions.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
wtencer@midcitycapital.ca



D. Magot
**Exhibit 80**
Tami L. Le, CSR 8716, RPR  1.20.23

DEFENDANTS_003798

# Blockchain Mining Supply & Services Ltd.

200 - 345 Wilson Avenue
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878

GST/HST # 78209 0518 RT0001

**DATE:**
September 13, 2018

**INVOICE #**
BU18-1008

**Currency**
USD Funds

**Terms**
Due upon receipt

**Bill To:**
Super Crypto Mining, Inc.
201 Shipyard Way, Suite E
Newport Beach, CA 92663-4452
USA

**Ship To:**
pick up

| QTY | STOCK # | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | | warehouse storage charges for 600 Antminers August 14, 2018 - September 13, 2018<br><br>31 days @ $300 / day | $9,300.00 | $9,300.00 |

Due upon receipt

Subtotal: $9,300.00
HST: -
Total: $9,300.00

DEFENDANTS_003799

**Blockchain Mining Supply & Services Ltd.**
**Customer Aged Detail As at 09/13/2018**

| | Source | Date | Transaction Type | | Balance |
|---|---|---|---|---:|---:|
| **Super Crypto Mining, Inc.** | | | | | |
| | BU18-1005 | 03/09/2018 | Invoice | 3,272,500.00 | |
| | 10 | 03/09/2018 | Payment | - 80,000.00 | |
| | 11 | 03/13/2018 | Payment | - 83,625.00 | |
| | 12 | 03/29/2018 | Payment | - 100,000.00 | |
| | 15 | 04/17/2018 | Payment | - 1,387,500.00 | |
| | 16 | 05/18/2018 | Payment | - 49,980.00 | |
| | 17 | 05/30/2018 | Payment | - 5,000.00 | |
| | 18 | 06/14/2018 | Payment | - 5,000.00 | |
| | 24 | 07/26/2018 | Payment | - 2,500.00 | |
| | 25 | 07/30/2018 | Payment | - 10,000.00 | |
| | 26 | 07/31/2018 | Payment | - 5,000.00 | |
| | 27 | 08/02/2018 | Payment | - 5,000.00 | |
| | 28 | 08/07/2018 | Payment | - 5,000.00 | 1,533,895.00 |
| | BU18-1006 | 07/13/2018 | Invoice | 27,000.00 | |
| | 19 | 07/18/2018 | Payment | - 1,000.00 | |
| | 20 | 07/19/2018 | Payment | - 1,000.00 | |
| | 21 | 07/20/2018 | Payment | - 5,000.00 | |
| | 22 | 07/23/2018 | Payment | - 5,000.00 | |
| | 23 | 07/23/2018 | Payment | - 7,500.00 | |
| | 24 | 07/26/2018 | Payment | - 7,500.00 | |
| | | | | | - |
| | BU18-1007 | 08/13/2018 | Invoice | 9,300.00 | |
| | 30 | 08/17/2018 | Payment | - 5,000.00 | |
| | | | | | 4,300.00 |
| | BU18-1008 | 09/13/2018 | Invoice | 9,300.00 | |
| | | | | | 9,300.00 |

**Total outstanding:**  $ 1,547,495.00

**Generated On: 09/13/2018**