UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD.,<br><br>Plaintiff,<br><br>–against–<br><br>SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC.,<br><br>Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT PPPP

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

Message

| | |
|---|---|
| **From**: | Willy Tencer [wtencer@midcitycapital.ca] |
| **Sent**: | 10/26/2018 5:37:34 AM |
| **To**: | 'Milton Ault III' [todd@dpwholdings.com]; Darren Magot [darren@supercrypto.com] |
| **CC**: | Joe Kalfa - NADW [joekalfa@gmail.com] |
| **Subject**: | notice |

This constitutes formal notice that Blockchain Mining Supply & Services Ltd. intends to resell all or some of the remaining 600 Bitmain Antminer S9 machines and 600 power supply units that are the subject of the March 8, 2018 Asset Purchase Agreement (the "Agreement"), for which you have defaulted in payment, and intends to recover the difference between the resale price and the contract price, together with incidental damages and attorney's fees as provided in the Agreement.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
wtencer@midcitycapital.ca



D. Magot
**Exhibit 86**
Tami L. Le, CSR 8716, RPR  1.20.23

DEFENDANTS_004297