UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT QQQQ

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT

## OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303



Exhibit 33 W. Tencer 1/10/2023

BMS 001444



BMS 001445

**Nicolas Bonta - Bitcoi...**
online

**Oct 31, 2018**

> Nico, let me know what will work here.
> 11:30 AM

joe i am pushing it internally but more that 280 per miner is imposible, we are receiving miners with profit share 65 35.... 280 with 3 allotments is the best i can get now..
12:52 PM

> So I understand. 280 with 3 allotments.
> Meaning paying 1/3rd with pickup. And 2 more payments each 2 months apart. Correct?
> 1:07 PM

yes   1:15 PM

> Ok. Let me discuss on my end and revert. It's a big loss so a bit painful :(
> 1:20 PM

i know but at the moment the industry is complicated   1:41 PM

> I understand. Will come back to you today
> 1:51 PM



BMS 001446

> I understand. Will come back to you today
> 1:51 PM

> Nico, ok we have a deal. Let me know if confirmed and I can send u agreement. Machines are ready on Toronto warehouse.
> 2:44 PM

Nov 4, 2018

> Hi Nico, u saw my email. Let me know?
> 9:08 AM

Nov 5, 2018

joe sorry for my non response, board is aking for 6 month allotment, if you give me the ok i send it internnally and close it
5:47 PM

> Hi Nico, it's too much. What I sent is what you proposed? It's spread out anyways.
> What we can do is still keep the 3 payments. But make the 3rd payment instead of in 4 months we will make that in 6 months.
> So 1st payment on pickup.
> 2nd payment , 60 days later
> 3rd payment , 6 months from closing

BMS 001447

**Nicolas Bonta - Bitcoi...**
online

> joe sorry for my non response, board is aking for 6 month allotment, if you give me the ok i send it internnally and close it
> 5:47 PM

> Hi Nico, it's too much. What I sent is what you proposed? It's spread out anyways.
> What we can do is still keep the 3 payments. But make the 3rd payment instead of in 4 months we will make that in 6 months.
> So 1st payment on pickup.
> 2nd payment, 60 days later
> 3rd payment, 6 months from closing date
> 6:01 PM

> Ok can you change the terms so I send it to the team please
> 6:24 PM

> I just emailed it to you revised.
> 6:26 PM

> Let me know
> 6:26 PM

**Nov 8, 2018**

> deal close anthony told me
> 12:20 AM

BMS 001448