UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD.,<br><br>    Plaintiff,<br><br>    –against–<br><br>SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC.,<br><br>    Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT XXXX

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC., and DPW HOLDINGS, INC. n/k/a AULT GLOBAL HOLDINGS, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# EXHIBIT R

**TO DECLARATION OF DASHA CHESTUKHIN
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS THE FIRST AMENDED COMPLAINT
PURSUANT TO FRCP 12(b)(2) AND 12(b)(6)**

| | |
|---|---|
| **Message** | |
| From: | Milton Ault III [todd@dpwholdings.com] |
| Sent: | 8/13/2018 8:08:36 AM |
| To: | Milton Todd Ault III [toddault@gmail.com] |
| CC: | Darren Magot [darren@supercrypto.com]; Mariah Corbett [mariah@dpwholdings.com]; Willy Tencer [wtencer@midcitycapital.ca]; joe kalfa [joekalfa@gmail.com] |
| Subject: | Re: Update |

Please use Todd@DPWholdings.com

Sorry

On Mon, Aug 13, 2018 at 8:08 AM Milton Todd Ault III <toddault@gmail.com> wrote:
> Willy flying to NYC today.
>
> As I suggested this would be the week we closed on funding.
>
> I suggest a 2 pm eastern call Tuesday.
>
> I am looking to close funding.
>
> Todd
>
> On Mon, Aug 13, 2018 at 5:28 AM Willy Tencer <wtencer@midcitycapital.ca> wrote:
>> Have not received any wires since last Monday.
>> Are we still talking?
>> Are you sending new wires?
>> What is the update with NYSE?
>> Are you sending corporate guarantee?
>> I need information. We are getting squeezed. I am doing my best to hold off but I need info today or you leave me no options.
>>
>> Willy Tencer
>> Blockchain Mining Supply and Services Ltd.
>> 200 - 345 Wilson Ave.,
>> Toronto, ON M3H 5W1
>> Tel. 416 398 1198
>> Fax 416 398 0878
>> wtencer@midcitycapital.ca
>>
>> **From:** Mariah Corbett [mailto:mariah@dpwholdings.com]
>> **Sent:** August 10, 2018 2:54 PM
>> **To:** Willy Tencer <wtencer@midcitycapital.ca>
>> **Cc:** Milton Ault III <todd@dpwholdings.com>; Darren Magot <darren@supercrypto.com>; joe kalfa <joekalfa@gmail.com>; Todd Ault <toddault@gmail.com>
>> **Subject:** Re: Update

DEFENDANTS_003570

I will let Todd know about your wire today. Thanks Willy

On Fri, Aug 10, 2018 at 6:21 AM, Willy Tencer <wtencer@midcitycapital.ca> wrote:

Any update? Did you send a wire?

Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

wtencer@midcitycapital.ca

**From:** Willy Tencer [mailto:wtencer@midcitycapital.ca]
**Sent:** August 9, 2018 2:34 PM
**To:** 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'darren@supercrypto.com' <darren@supercrypto.com>; 'joe kalfa' <joekalfa@gmail.com>; 'toddault@gmail.com' <toddault@gmail.com>
**Subject:** RE: Update

You know that we have always been cooperative and have done everything to avoid a laws suit. But you are leaving me with little manoeuverability.

Send us a reasonable wire today. Show me some good faith and we'll give you a few more days.

Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

wtencer@midcitycapital.ca

**From:** Milton Ault III [mailto:todd@dpwholdings.com]
**Sent:** August 9, 2018 2:24 PM
**To:** Willy Tencer <wtencer@midcitycapital.ca>
**Cc:** darren@supercrypto.com; joe kalfa <joekalfa@gmail.com>; toddault@gmail.com
**Subject:** Re: Update

I speak the truth.

DEFENDANTS_003571

A lawsuit delays things a long time. Delay is a lawsuit.

On Thu, Aug 9, 2018 at 2:23 PM Willy Tencer <wtencer@midcitycapital.ca> wrote:

You are a master of delay.

Why did you not take the time to call when you said you would and instead just ignore us for 3 days?

Why did you stop sending wires?

Why should I believe you? accompany your size can do a lot more than what you've done.

I am not calm. I am not accustomed to doing business this way.

The end is here.


Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

wtencer@midcitycapital.ca

**From:** Milton Ault III [mailto:todd@dpwholdings.com]
**Sent:** August 9, 2018 2:17 PM
**To:** Willy Tencer <wtencer@midcitycapital.ca>

**Cc:** darren@supercrypto.com; joe kalfa <joekalfa@gmail.com>; toddault@gmail.com
**Subject:** Re: Update

Willy I am in New York working on this.

Please be calm for a few days.

I am very close with my bankers

On Thu, Aug 9, 2018 at 2:15 PM Willy Tencer <wtencer@midcitycapital.ca> wrote:

DEFENDANTS_003572

I'm sorry Todd, but since we have not heard from you all week, I have no choice but to move this up to the next level.

We have to hand this over to our Attorney for collection.

Our situation has changed and the our Bank will no longer ride this out. I held them off as long as possible but they are now putting pressure on us and will no longer consider this account an asset.

They are really pushing.

I'm sorry it's come to this but you must admit we have done everything in our power to be cooperative.

I know you give us a few thousand here and there but it's not helping. It barely covers the storage and our legal fees.

We agreed to work with you in regard to offering us a note to pay this account. We agreed to accept your corporate guarantee but nothing has come through.

We obviously prefer to have this settled. We have been open and flexible and are still willing to be flexible but we need a concrete proposal from you that you are willing and able to stand by. Unless something 100% concrete is received by Monday, I am giving a free hand to the attorney to do what needs to be done.

Be prepared, this will be an expensive ordeal.

We will not back off.


Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

wtencer@midcitycapital.ca

---

**From:** Willy Tencer [mailto:wtencer@midcitycapital.ca]
**Sent:** August 8, 2018 10:58 AM
**To:** 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'darren@supercrypto.com' <darren@supercrypto.com>; 'joe kalfa' <joekalfa@gmail.com>; 'toddault@gmail.com' <toddault@gmail.com>
**Subject:** RE: Update


Todd, we can't let this continue at this pace.

Let me know how this will be resolved.

I expect to hear from you today.

Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

wtencer@midcitycapital.ca

**From:** Willy Tencer [mailto:wtencer@midcitycapital.ca]
**Sent:** August 7, 2018 7:17 PM
**To:** Milton Ault III <todd@dpwholdings.com>
**Cc:** darren@supercrypto.com; joe kalfa <joekalfa@gmail.com>; toddault@gmail.com
**Subject:** Re: Update

I thought you were calling today. What happened?   I'm available.

Willy Tencer

Midcity Capital Ltd.

200-345 Wilson Ave.

Toronto, On. Canada

M3H5W1

Tel. 416 398 1198

Fax. 416 398 0878

wtencer@midcitycapital.ca

**From:** Willy Tencer <wtencer@midcitycapital.ca>
**Sent:** Sunday, July 29, 2018 2:52 PM
**To:** Milton Ault III
**Cc:** darren@supercrypto.com; joe kalfa; toddault@gmail.com
**Subject:** Re: Update

Todd, can you tell me what's going on regarding below request? (The note)

Willy Tencer

Blockchain Mining Supply and Services Ltd

200-345 Wilson Ave.

DEFENDANTS_003574

Toronto, On. Canada

M3H5W1

Tel. 416 398 1198

Fax. 416 398 0878

wtencer@midcitycapital.ca

---

**From:** Willy Tencer <wtencer@midcitycapital.ca>
**Sent:** Friday, July 27, 2018 6:40 PM
**To:** Milton Ault III
**Cc:** darren@supercrypto.com; joe kalfa; toddault@gmail.com
**Subject:** Re: Update

Thank you.  Tell me what's going on regarding the note.

Willy Tencer

Midcity Capital Ltd.

200-345 Wilson Ave.

Toronto, On. Canada

M3H5W1

Tel. 416 398 1198

Fax. 416 398 0878

wtencer@midcitycapital.ca

---

**From:** Milton Ault III <todd@dpwholdings.com>
**Sent:** Friday, July 27, 2018 6:15 PM
**To:** Willy Tencer
**Cc:** darren@supercrypto.com; joe kalfa; toddault@gmail.com
**Subject:** Re: Update

Wired you another $10000 today

Friday

On Fri, Jul 27, 2018 at 11:28 AM Willy Tencer <wtencer@midcitycapital.ca> wrote:
> Do you have any further updates?
>
> Willy Tencer
> Midcity Capital Ltd.
> 200-345 Wilson Ave.
> Toronto, On. Canada

DEFENDANTS_003575

> M3H5W1
> Tel. 416 398 1198
> wtencer@midcitycapital.ca
>
> --
>
> Milton "Todd" Ault III
>
> Chairman & CEO
>
> DPW Holdings, Inc
>
> 714-916-8498 Cell
>
> NYSE American (DPW)
>
> --
>
> Milton "Todd" Ault III
>
> Chairman & CEO
>
> DPW Holdings, Inc
>
> 714-916-8498 Cell
>
> NYSE American (DPW)
>
> --
>
> Milton "Todd" Ault III
>
> Chairman & CEO
>
> DPW Holdings, Inc
>
> 714-916-8498 Cell
>
> NYSE American (DPW)
>
>
>
> --
> Best,
>
> Mariah Corbett
>
> Executive Assistant
>
> DPW Holdings, Inc.
>
> (415) 246-5596
>
> --
>
> Thanks,
>
> Todd
>
> Milton "Todd" Ault, III

DEFENDANTS_003576

D: 949-534-AULT (2858

This message may contain confidential and/or restricted information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. This information should only be forwarded or distributed on a "need to know basis". If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

--
Milton "Todd" Ault III
Chairman & CEO
DPW Holdings, Inc
714-916-8498 Cell

NYSE American (DPW)

DEFENDANTS_003577