**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,

      Plaintiff,

       –against–

SUPER CRYPTO MINING, INC. n/k/a
DIGITAL FARMS, INC. and DPW
HOLDINGS, INC. n/k/a AULT ALLIANCE,
INC.,

      Defendants.

---

Civil Action No. 1:18-cv-11099-ALC

# EXHIBIT ZZZZ

## TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT

## OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

31592/000/4360303

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,

      Plaintiff,

        –against–

SUPER CRYPTO MINING, INC. n/k/a
DIGITAL FARMS, INC. and DPW
HOLDINGS, INC. n/k/a BITNILE
HOLDINGS, INC.,

      Defendants.

Civil Action No. 1:18-cv-11099-ALC

**PARTIES' JOINT STIPULATION REGARDING**
**AUTHENTICITY OF CERTAIN EMAIL COMMUNICATIONS**

      Plaintiff Blockchain Mining Supply and Services Inc. ("Plaintiff"), on one hand, and

Super Crypto Mining, Inc. n/k/a Digital Farms, Inc. ("Super Crypto" or "Digital Farms") and

DPW Holdings, Inc. n/k/a BitNile Holdings, Inc.("DPW" and, together with Super Crypto,

"Defendants" and each a "Defendant"), on the other hand, hereby jointly enter into a stipulation

regarding the authenticity of the email communications set forth herein.

      The parties hereby stipulate that the emails and/or email threads listed below and

attached as Exhibits A through Q are authentic pursuant to Rule 901 of the Federal Rules of

Evidence, but the parties do not waive and expressly reserve any other objections as to the

admissibility or relevance of such emails and/or email threads:

      1.     The email thread at Bates numbers DEFENDANTS_003892 to

DEFENDANTS_003893, a true and correct copy of which is attached as **Exhibit A**.

2.      The email at Bates number DEFENDANTS_002258, a true and correct copy of which is attached as **Exhibit B**.

3.      The email thread at Bates number DEFENDANTS_002349, a true and correct copy of which is attached as **Exhibit C**.

4.      The email at Bates number DEFENDANTS_002364, a true and correct copy of which is attached as **Exhibit D**.

5.      The email thread at Bates numbers DEFENDANTS_002377 to DEFENDANTS_002379, a true and correct copy of which is attached as **Exhibit E**.

6.      The email thread at Bates number DEFENDANTS_002394, a true and correct copy of which is attached as **Exhibit F**.

7.      The email thread at Bates numbers DEFENDANTS_002527 to DEFENDANTS_002535, a true and correct copy of which is attached as **Exhibit G**.

8.      The email at Bates number DEFENDANTS_002795, a true and correct copy of which is attached as **Exhibit H**.

9.      The email thread at Bates numbers DEFENDANTS_002905 to DEFENDANTS_002909, a true and correct copy of which is attached as **Exhibit I**.

10.     The email thread at Bates numbers DEFENDANTS_003131 to DEFENDANTS_003132, a true and correct copy of which is attached as **Exhibit K**.

11.     The email thread at Bates numbers DEFENDANTS_003210 to DEFENDANTS_003212, a true and correct copy of which is attached as **Exhibit L**.

12.     The email thread at Bates numbers DEFENDANTS_003247 to DEFENDANTS_003251, a true and correct copy of which is attached as **Exhibit M**.

13.     The email thread at Bates numbers DEFENDANTS_003528 to DEFENDANTS_003532, a true and correct copy of which is attached as **Exhibit N**.

14.     The email thread at Bates numbers DEFENDANTS_003657 to DEFENDANTS_003658, a true and correct copy of which is attached as **Exhibit O**.

15.     The email thread at Bates numbers DEFENDANTS_003767 to DEFENDANTS_003767, a true and correct copy of which is attached as **Exhibit P**.

16.     The email thread at Bates numbers DEFENDANTS_000341 to DEFENDANTS_000347, a true and correct copy of which is attached as **Exhibit Q**.


Further, Plaintiff's undersigned counsel represents that the email thread at Bates numbers BMS000280 to BMS000281, a true and correct copy of which is attached as **Exhibit J**, is part of its business records.  On that basis, Defendants agree not to dispute the authenticity thereof.

Dated: December 6, 2022

> **COWAN, LIEBOWITZ & LATMAN, P.C.**
> *Attorneys for Plaintiff*
>
> By:    */s/ Dasha Chestukhin*
> Richard S. Mandel (rsm@cll.com)
> Dasha Chestukhin (dxc@cll.com)
> 114 West 47th Street
> New York, New York 10036
> Tel.:    (212) 790-9200
>
> **WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP**
> *Attorneys for Defendants*
>
> By:    */s/ Robert B. Volynsky*
> Robert B. Volynsky
> 170 Old Country Road, Suite 310
> Mineola, New York 11501
> Tel.:    (516) 320-6945
> E-mail: rvolynsky@weltz.law

# EXHIBIT B

## to December 6, 2022 Stipulation

Message

**From**:       darren@supercrypto.com [darren@supercrypto.com]
**Sent**:       4/20/2018 10:17:01 AM
**To**:         sales@timberlane-mldg.com
**Subject**:    600 miner update

Hi Willy,

Happy Friday. I just spoke with our CFO and it looks like we are a bit behind because of the filing earlier this week. He expects that we will have the funds to make the final purchase next week but I'll keep you updated.

Thank you,

Darren Magot
www.supercryptomining.com
714-887-6377

DEFENDANTS_002258

# EXHIBIT D

**to December 6, 2022 Stipulation**

Message

| | |
|---|---|
| **From**: | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent**: | 4/27/2018 6:28:23 AM |
| **To**: | 'Willy Tencer' [sales@timberlane-mldg.com]; 'Todd Ault' [todd@ault.com] |
| **CC**: | 'Joe Kalfa - NADW' [joekalfa@gmail.com] |
| **Subject**: | RE: Update |

Good morning Willy,

I'm am very sorry for the delayed reply. I have been in Indiana working to ensure that all the machines are unboxed and started. Todd has been at a Microcap convention in Las Vegas as a speaker this week so we both have been out of pocket. We expect to be able to talk today about the timing of the financing for the 600 machines. I have power and rack space to start them immediately so I want them right away. I expect that we are looking at early next week but please let me connect with Todd today and get back with our final plan.

Thank you again for understanding and I'm so sorry for the delay.

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Thursday, April 26, 2018 1:15 PM
**To:** 'Todd Ault' <todd@ault.com>
**Cc:** Darren Magot <darren@supercrypto.com>; 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** Update

Do you have the payment update?
Would like to get  this shipped this week.

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

DEFENDANTS_002364

# EXHIBIT F

## to December 6, 2022 Stipulation

Message

| | |
|---|---|
| **From:** | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent:** | 5/2/2018 9:46:27 AM |
| **To:** | 'Willy Tencer' [sales@timberlane-mldg.com]; todd@ault.com |
| **CC:** | 'joe kalfa' [joekalfa@gmail.com] |
| **Subject:** | RE: Call |

Good morning Willy,

I haven't been able to reach Todd this am because he is in meetings. He did
say that we will get the machines by the end of this week or early next
week. That doesn't help much but I do expect to know more today.

Darren Magot
www.supercryptomining.com
714-887-6377

-----Original Message-----
From: Willy Tencer <sales@timberlane-mldg.com>
Sent: Wednesday, May 2, 2018 6:24 AM
To: darren@supercrypto.com; todd@ault.com
Cc: joe kalfa <joekalfa@gmail.com>
Subject: Call

We need to have a call this morning.
Let me know what works.
Thx

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

DEFENDANTS_002394

# EXHIBIT G

**to December 6, 2022 Stipulation**

Message

| | |
|---|---|
| **From:** | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent:** | 5/9/2018 1:41:53 PM |
| **To:** | sales@timberlane-mldg.com |
| **CC:** | 'Milton Ault III' [todd@dpwholdings.com] |
| **Subject:** | RE: shipment |

Hi Willy,

Thank you again. I was just told that Todd landed in NY and is presenting right now. Not sure of the details but I'm being told that he won't be available until 5:00pm PST. I'm copying him here in hopes that we can give you an update when he is free.

I really want the machines and have open racks ready to take them asap.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Wednesday, May 9, 2018 7:39 AM
**To:** 'Darren Magot' <darren@supercrypto.com>
**Subject:** RE: shipment

Thanks.  I was planning on following up with today, as well.  Last week he texted me that funds would be released on Friday.
I need firm confirmation of this. We can let this go on much longer.
Please let me know after you speak with him.
Thanks.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** Darren Magot [mailto:darren@supercrypto.com]
**Sent:** May 9, 2018 9:47 AM
**To:** sales@timberlane-mldg.com
**Subject:** Re: shipment

Good morning Willy

Just I wanted to reach out to let you know that I'm working to get an update from Todd this morning. I believe he's on a plane flying from Florida New York but I should hear back as soon as he lands.

Darren Magot
(714)887-6377

DEFENDANTS_002527

On May 7, 2018, at 7:52 AM, Willy Tencer <sales@timberlane-mldg.com> wrote:

You should have 500 serial numbers for the 5500 S-9 machines and 500 serial numbers for the PSUs.  Total 1000 for the 1st shipment.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** scott@supercrypto.com [mailto:scott@supercrypto.com]
**Sent:** May 4, 2018 6:09 PM
**To:** sales@timberlane-mldg.com
**Cc:** 'Darren Magot' <darren@supercrypto.com>
**Subject:** FW: shipment

Hi Willy;

I have begun to work with the Packing slip serial #'s file (Packing slip AWB 695 Serial Numbers.xls) and have confirmed it holds 1,000 serial #'s and not 500.

Could we possibly have the wrong sheet forwarded to us?

Thanks, Scott

Scott Plantinga
Super Crypto Mining, Inc.
M# (661) 645-8730
O# (949) 614-0644
**www.supercryptomining.com**

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Wednesday, April 11, 2018 7:49 AM
**To:** 'Todd Ault' <Todd@ault.com>; 'Henry Nisser' <hnisser@srfkllp.com>; 'Marc Ross' <MRoss@srfkllp.com>; 'Thomas Rose' <TRose@srfkllp.com>
**Cc:** 'Joe Spaziano' <joe@supercrypto.com>; 'Scott Plantinga' <scott@supercrypto.com>; 'William Corbett' <bill@digitalpowerlending.com>; darren@supercrypto.com
**Subject:** RE: shipment

Attached are the serial numbers for all the machines that will be shipping.
The 1st attachment is for the 500 machines that  will be paid this Friday 4/13.  The 2nd attachment is for the 2nd shipment, being 600 machines.
Balance to be paid on 4/13 is $1,387,500.00
Said payment is to be released and wired to Blockchain Mining supply upon the Escrow Agent's receipt of signed Confirmation titled "Exhibit A" and release notice "Exhibit B".

DEFENDANTS_002528

Exhibit "A" will be sent to the Escrow agent once the agent confirms that funds are available.
Followed by "Exhibit B".
Could you and the Escrow agent both confirm that you are in agreement and that this is the process
to be followed.

Re 2nd shipment to be shipped on 4/20/18.
There is no Escrow agreement in place for this shipment.
Would you like to wire us the funds directly, so that we can have this shipment released to
you?  Otherwise, you will need to prepare another Escrow agreement to cover this shipment.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

**From:** Todd Ault [mailto:Todd@ault.com]
**Sent:** April 10, 2018 8:36 PM
**To:** Henry Nisser <hnisser@srfkllp.com>; Marc Ross <MRoss@srfkllp.com>; Thomas Rose <TRose@srfkllp.com>; Willy
Tencer <sales@timberlane-mldg.com>
**Cc:** Joe Spaziano <joe@supercrypto.com>; Scott Plantinga <scott@supercrypto.com>; William Corbett
<bill@digitalpowerlending.com>; darren@supercrypto.com
**Subject:** Re: update

Willy

Our law firm is on this email.

Here is the plans. SRFK the law firm will get a $1.3 Plus Million Wire Friday the 13th.

Once they get it you will be notified.

The warehouse people and your team takes it from there. On first 500 S9's

A week later the following Friday we close on the last 600 repeating the same excerise.

You will be updated by me Wednesday at 11 am my time.

All wires and all closing through SRFK which is all in place per the escrow.

Thanks for calling me.

Looking forward to wrapping this up.

Todd

On Tue, Apr 10, 2018 at 5:18 PM Willy Tencer <sales@timberlane-mldg.com> wrote:

 What number would you like me to call on?

DEFENDANTS_002529

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com


On Tue, Apr 10, 2018 at 8:06 PM -0400, "Todd Ault" <Todd@ault.com> wrote:

Willy

Please call me.

Here is the closing date

This Friday the 13th.

Then about 5 days later the balance

Todd

On Tue, Apr 10, 2018 at 5:00 PM Willy Tencer <sales@timberlane-mldg.com> wrote:
Are you still planning on calling today?

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

From: Todd Ault <todd@ault.com>
Sent: Tuesday, April 10, 2018 5:12 PM
Subject: Re: update
To: Willy Tencer <sales@timberlane-mldg.com>

Cc: Joe Spaziano <joe@supercrypto.com>, Scott Plantinga <scott@supercrypto.com>, William Corbett <bill@digitalpowerlending.com>, <darren@supercrypto.com>

Loan is approved

Can you chat today. I am awaiting the cleared funds in escrow

How's 1 hour

On Tue, Apr 10, 2018 at 2:11 PM Willy Tencer <sales@timberlane-mldg.com> wrote:

DEFENDANTS_002530

Will you be responding?

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

On Apr 10, 2018, at 3:12 PM, Willy Tencer <sales@timberlane-mldg.com> wrote:

I haven't heard from anyone today.
Do we have a release date yet.
Please keep me informed with the latest.
Thx.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

On Apr 9, 2018, at 6:29 PM, Todd Ault <Todd@ault.com> wrote:

Willy

We are on a wrap up call with our lender in about 1 hour. Once I know when they will release escrow I will email you.

Stand by please

Todd

On Mon, Apr 9, 2018 at 5:22 AM Willy Tencer <sales@timberlane-mldg.com> wrote:

Thanks for the update.

I'm glad things are finally moving forward. We were quite disappointed last week that there was optimistic talk but, in essence, no forward movement on getting this deal completed.

Our position is that we have no problem to work with you and hold the equipment beyond our agreed upon terms, as long as we know that you will honor your payment commitments within a reasonable time.

The payment for the 1st batch has been substantially delayed and we are now approaching the due date for payment of the 2nd batch.

Can you give us "Drop Dead" dates when we should expect both the 1st and 2nd payments?

DEFENDANTS_002531

Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

sales@timberlane-mldg.com


**From:** Todd Ault [mailto:Todd@ault.com]
**Sent:** April 6, 2018 2:12 AM
**To:** Willy Tencer <sales@timberlane-mldg.com>
**Cc:** Joe Spaziano <joe@supercrypto.com>; Scott Plantinga <scott@supercrypto.com>; darren@supercrypto.com
**Subject:** Re: call


Willie I'm sorry we did not talk today I do  have conditional approval from our bank can I expect to sign tomorrow. This will allow us to pay the first 1.3 million+ that's owed I will check in with you tomorrow sometime to let you know when I expect the wire in escrow. It's a $10 million line of credit and I expect things to flow a little easier now. Thank you


Todd


On Thu, Apr 5, 2018 at 1:16 PM Willy Tencer <sales@timberlane-mldg.com> wrote:

Hi Todd.  Are you able to call today?

Willy Tencer

Blockchain Mining Supply and Services Ltd

200-345 Wilson Ave.

Toronto, On. Canada

M3H 5W1

Tel. 416 398 1198

Fax. 416 398 0878

sales@timberlane-mldg.com

On Apr 5, 2018, at 11:59 AM, <darren@supercrypto.com> <darren@supercrypto.com> wrote:

Good morning Willy, +Todd.


Todd planned to call you last night but something must have come up. I'm leaving him a message now as I'm heading out of town today. I know that he will reach out today with an update. I have the team in place to manage the pick up while I'm out once the payment is made (copied here for awareness Scott and Joe).

DEFENDANTS_002532

Sorry for the delay and the missed opportunity to connect last night.

Darren Magot

www.supercryptomining.com

714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Thursday, April 5, 2018 5:58 AM
**To:** darren@supercrypto.com
**Subject:** call

Surprised I didn't get your scheduled phone call or response to my email last night.

Please call asap.

Thanks.

Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

sales@timberlane-mldg.com

--

**Milton "Todd" Ault III**
Chairman/CEO/Founder

**Ault & Company, Inc**

www.Ault.com

P: 714-916-8498
E: Todd@ault.com

www.linkedin.com/in/miltontoddault/

This email may contain privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify us immediately. Email is not a secure method of communication and we cannot accept responsibility for the accuracy or completeness of this message or any attachment(s). Please examine this email for virus infection, for which we accept no responsibility. If verification of this email is sought then please request a hard copy. Thank you.

--

DEFENDANTS_002533

**Milton "Todd" Ault III**
Chairman/CEO/Founder

## Ault & Company, Inc

www.Ault.com

**P: 714-916-8498**
**E: Todd@ault.com**

www.linkedin.com/in/miltontoddault/

This email may contain privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify us immediately. Email is not a secure method of communication and we cannot accept responsibility for the accuracy or completeness of this message or any attachment(s). Please examine this email for virus infection, for which we accept no responsibility. If verification of this email is sought then please request a hard copy. Thank you.

--

**Milton "Todd" Ault III**
Chairman/CEO/Founder

## Ault & Company, Inc

www.Ault.com

**P: 714-916-8498**
**E: Todd@ault.com**

www.linkedin.com/in/miltontoddault/

This email may contain privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify us immediately. Email is not a secure method of communication and we cannot accept responsibility for the accuracy or completeness of this message or any attachment(s). Please examine this email for virus infection, for which we accept no responsibility. If verification of this email is sought then please request a hard copy. Thank you.

--

**Milton "Todd" Ault III**
Chairman/CEO/Founder

## Ault & Company, Inc

www.Ault.com

**P: 714-916-8498**
**E: Todd@ault.com**

www.linkedin.com/in/miltontoddault/

This email may contain privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify us immediately. Email is not a secure method of communication and we cannot accept responsibility for the accuracy or completeness of this message or any attachment(s). Please examine this email for virus infection, for which we accept no responsibility. If verification of this email is sought then please request a hard copy. Thank you.

--

**Milton "Todd" Ault III**
**Chairman/CEO/Founder**

## Ault & Company, Inc

**www.Ault.com**

**P:  714-916-8498**
**E:  Todd@ault.com**

**www.linkedin.com/in/miltontoddault/**

This email may contain privileged and confidential information intended only for the use of the individual or entity to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this email is strictly prohibited.  If you have received this email in error, please notify us immediately.  Email is not a secure method of communication and we cannot accept responsibility for the accuracy or completeness of this message or any attachment(s).  Please examine this email for virus infection, for which we accept no responsibility.  If verification of this email is sought then please request a hard copy.  Thank you.

DEFENDANTS_002535

# EXHIBIT I

**to December 6, 2022 Stipulation**

Message

| | |
|---|---|
| **From:** | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent:** | 6/14/2018 8:34:47 AM |
| **To:** | sales@timberlane-mldg.com; 'Milton Ault III' [todd@dpwholdings.com] |
| **CC:** | 'Joe Kalfa - NADW' [joekalfa@gmail.com]; 'Doyle, Kieran' [KGD@cll.com] |
| **Subject:** | RE: default notice. |

Hello Willy,

Thank you for your email and for working with us. We still plan to honor the agreement and will continue to work to get back with timing.

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Wednesday, June 13, 2018 7:17 AM
**To:** darren@supercrypto.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>; 'Doyle, Kieran' <KGD@cll.com>
**Subject:** default notice.

Obviously very disappointed not to have received a response.
We have given our best efforts to work with you in good faith. With an understanding of your financial difficulties, we granted you many extensions to your payment obligations arising under the agreement, which are now months overdue. However despite your repeated assurances for payment, you continue to fail to satisfy the outstanding balance owed to us.
We maintain that you have not demonstrated any good faith in return, (other than the $5000.00), since our telephone conversation of 2 weeks ago where you stated that the machines will be paid off in 10 business days from that time. We note that this has not occurred.
We have agreed to your proposed guarantee, yet you still failed to present any further financial plan and commitment. Understandably, we needed to see that you are liquid if we were to continue to enter into any payment arrangement with you.
You have delayed us more than commercially reasonable. Unfortunately these extensions of time have come to an end.

We must now  declare you in default of our contract and will be handing this over to our U.S. Attorney. Be advised that once legal action will commence, we will be seeking our full damages in addition to pre and post judgement interest as well as our full legal fees.
We apologize that it has come to this, however without action from you, you have given us no other choice than to commence suit.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

DEFENDANTS_002905

**From:** Willy Tencer [mailto:sales@timberlane-mldg.com]
**Sent:** June 12, 2018 9:37 AM
**To:** 'darren@supercrypto.com' <darren@supercrypto.com>; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

Very disheartening to receive your last email!
I have agreed to your version of the guarantee without changes, and you still can't send it back signed?!
I have given endless extensions, and been assured of payment from your side countless times, but this is pushing things...
**I need the guarantee along with your new proposed payment plan signed this morning from you.**
I'm willing to work with you one last time to get this resolved.
I will accept a maximum extension of that first payment by Tuesday next week, so you can adjust that in the contract if absolutely needed on your end.

**But I reiterate, I must have the guarantee signed from your side this morning.**


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** June 11, 2018 6:12 PM
**To:** sales@timberlane-mldg.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

Thank you Willy,

I'm being told that the funding is coming but that I can't yet commit to the full payment today or this week. I know that you want something that you can count on and that is clearly outlined. I believe that had some money wired today and I'll find out how much from his banking manager. I have to find out more  and will do so in order to finalize the agreement in a way that outlines feasible terms that will be met. I'm sure you agree that we can't have anymore missed commitments.

More to come.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, June 11, 2018 12:08 PM
**To:** darren@supercrypto.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

DEFENDANTS_002906

Ok. We're with you.  we want to move this forward. We'll agree to your attorney's guarantee. Please sign the guarantee and the  amended Purchase agreement today. Please confirm that you are sending the agreed upon wire today. And we'll make arrangements to have the machines released.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** June 11, 2018 1:47 PM
**To:** sales@timberlane-mldg.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

Hi Willy,

I know and struggle with it as well. I'm told that it's a matter of being consistent across the board with any guaranty. They won't consider any changes because of this objective to not customize or deviate from a standard previously approved document.

I hope that after reading it again that we can move forward.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, June 11, 2018 10:39 AM
**To:** darren@supercrypto.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

That's surprising.
Which clause of the guarantee are they objecting to?
It seemed pretty straight forward to me.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** June 11, 2018 1:16 PM
**To:** sales@timberlane-mldg.com; 'Milton Ault III' <todd@dpwholdings.com>

DEFENDANTS_002907

**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

Hello Willy,

I hope that this isn't a deal breaker but I'm not being given approval for any alterations to the Guaranty. The attorneys and Board are saying that our only option is to accept the attached as is. I'm sorry that I couldn't help with the changes.

If you are willing to move forward with the attached in it's current form I will continue to work to get approval on the Amendment.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, June 11, 2018 8:40 AM
**To:** darren@supercrypto.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

Thanks.
Please make sure this gets signed today.
We can not let this go on any longer.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** June 11, 2018 11:28 AM
**To:** sales@timberlane-mldg.com; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: agreement amendment

Good morning and thank you Willy.

I'm reviewing and will reply today after sharing with the attorneys.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Monday, June 11, 2018 8:25 AM
**To:** 'Darren Magot' <darren@supercrypto.com>; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** agreement amendment

DEFENDANTS_002908

The agreement amendment is fine but for some reason the attorney repeated only  the boiler plate terms but left out some other terms.
Just to be clear we have simplified / modified it so that all is clear.
In addition, Your version had final payment date as July 31/18 but previously you had requested it to be Aug. 15/18.  So we have inserted that change.
The amendment now states the new payment terms and that you will be able to pick up the machines once the 1st payment is received.
All other terms and conditions remain the same as original agreement.
Please sign the attached agreement and return to me today along with the guarantee.
This should finally bring your pick up of the machines to a close.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

DEFENDANTS_002909

# EXHIBIT O

## to December 6, 2022 Stipulation

Message

| | |
|---|---|
| **From:** | Darren Magot [darren@supercrypto.com] |
| **Sent:** | 8/17/2018 9:35:22 AM |
| **To:** | Willy Tencer [wtencer@midcitycapital.ca] |
| **CC:** | Milton Ault III [todd@dpwholdings.com]; Joe Kalfa - NADW [joekalfa@gmail.com] |
| **Subject:** | Re: storage invoice |

Good morning Willy

Todd wired $5k that can be applied as you see fit and will have more to share next week.

Darren Magot
(714)887-6377

On Aug 17, 2018, at 8:40 AM, Willy Tencer <wtencer@midcitycapital.ca> wrote:

Did you send the wire to cover the latest Warehouse storage invoice?
Haven't seen it yet.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
wtencer@midcitycapital.ca

---

**From:** Darren Magot [mailto:darren@supercrypto.com]
**Sent:** August 14, 2018 3:27 PM
**To:** Willy Tencer <wtencer@midcitycapital.ca>; 'Milton Ault III' <todd@dpwholdings.com>
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** RE: storage invoice

Thank you Willy,

I appreciate you sharing this detail.

Darren Magot
714-887-6377

---

**From:** Willy Tencer <wtencer@midcitycapital.ca>
**Sent:** Tuesday, August 14, 2018 5:52 AM
**To:** 'Milton Ault III' <todd@dpwholdings.com>; Darren Magot <darren@supercrypto.com>
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** storage invoice

Attached please find the monthly warehouse storage invoice for your equipment.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1

DEFENDANTS_003657

Tel. 416 398 1198
Fax 416 398 0878
wtencer@midcitycapital.ca

DEFENDANTS_003658