UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD., <br><br> Plaintiff, <br><br> –against– <br><br> SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC., <br><br> Defendants. | Civil Action No. 1:18-cv-11099-ALC |

# **CONFIDENTIAL**
# **FILED UNDER SEAL**

# **EXHIBIT BBBBB**

## **TO THE DECLARATION OF RICHARD S. MANDEL IN SUPPORT**

## **OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

31592/000/4360304