**WELTZLAW**
WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP
170 OLD COUNTRY ROAD | SUITE 310
MINEOLA, NEW YORK 11501

T: (516) 320-6945
F: (516) 855-8776
WWW.WELTZ.LAW

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/12/2023

June 12, 2023

<u>Via ECF and Electronic Mail</u>
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

    Re:    Blockchain Mining Supply and Services, Ltd. v. Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and Ault Alliance, Inc. (f/k/a DPW Holdings, Inc.), <u>**No. 18-CV-11099-ALC-BCM**</u>

Dear Judge Carter:

    The undersigned represents Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) ("DF") and Ault Alliance, Inc. (f/k/a DPW Holdings, Inc.) ("DPW" and with "DF" collectively, "Defendants") in the above-referenced matter.

    The deadline for the parties to file their respective opposition papers to the summary judgment motions is presently scheduled for July 6, 2023 and the deadline for the parties to file their respective reply briefs in further support is presently scheduled for July 27, 2023. [DE 110].

    In light of, *inter alia*, the voluminous submissions filed in connection with the summary judgment motions, Defendants respectfully request an extension of time until July 27, 2023 for the parties to file their respective opposition papers to the summary judgment motions and an extension of time until August 17, 2023 for the parties to file their respective reply briefs in further support. [DE 113 (Defendants' motion) and DE 119 (Plaintiff's motion)].

    Defendants' counsel has conferred with Plaintiff's counsel regarding this request and Plaintiff's counsels inform that they consent to such extension.

    This is Defendants' second request for an adjournment of the briefing schedule and the first request for an adjournment of the deadline to file opposition papers and reply briefs.

    We thank the Court for its time and consideration.

                                           Respectfully submitted,
                                           /s/ Robert B. Volynsky

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: June 12, 2023