

July 9, 2023

<u>Via ECF and Electronic Mail</u>
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

      Re:    Blockchain Mining Supply and Services, Ltd. v. Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and Ault Alliance, Inc. (f/k/a DPW Holdings, Inc.),
             <u>**No. 18-CV-11099-ALC-BCM**</u>

Dear Judge Carter:

      The undersigned represents Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) ("DF") and Ault Alliance, Inc. (f/k/a DPW Holdings, Inc.) ("DPW" and with "DF" collectively, "Defendants") in the above-referenced matter.

      The deadline for the parties to file their respective opposition papers to the summary judgment motions is presently scheduled for July 27, 2023 and the deadline for the parties to file their respective reply briefs in further support is presently scheduled for August 17, 2023.

      In light of, *inter alia*, the voluminous submissions filed in connection with the summary judgment motions, Defendants respectfully request an extension of time until August 7, 2023 for the parties to file their respective opposition papers to the summary judgment motions and an extension of time until August 30, 2023 for the parties to file their respective reply briefs in further support.  [DE 113 (Defendants' motion) and DE 119 (Plaintiff's motion)].

      Defendants' counsel has conferred with Plaintiff's counsel regarding this request and Plaintiff's counsel informs that they consent to such extension.

      This is Defendants' second request for an adjournment of the deadline to file opposition papers and reply briefs.  The Court granted Defendants' prior request for an adjournment of the deadline to file opposition papers and reply briefs.  [DE 129].

      We thank the Court for its time and consideration.

                                                           Respectfully submitted,
                                                          */s/ Robert B. Volynsky*

cc:    All Counsel of Record

**SO ORDERED:**_____          Dated: July __, 2023
                Hon. Andrew L. Carter, Jr., U.S.D.J.