

July 19, 2023

<u>Via ECF and Electronic Mail</u>
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

  Re: Blockchain Mining Supply and Services, Ltd. v. Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and Ault Alliance, Inc. (f/k/a DPW Holdings, Inc.),
    **<u>No. 18-CV-11099-ALC-BCM</u>**

Dear Judge Carter:

  The undersigned represents Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) ("DF") and Ault Alliance, Inc. (f/k/a DPW Holdings, Inc.) ("DPW" and with "DF" collectively, "Defendants") in the above-referenced matter.

  On or about May 30, 2023, Plaintiff filed its motion for summary judgment ("Plaintiff's Motion") in this action and appended approximately 107 exhibits to the Declaration of Richard Mandel [DE 127], some which contain multiple additional exhibits within a single exhibit. *See, e.g.,* [DE 127-98] (Exhibit TTTT) and [DE 127-103] (Exhibit YYYYY).

  In light of same, and to afford Defendants an opportunity to adequately respond to Plaintiff's voluminous submission, Defendants respectfully request an enlargement of the page count to 30 pages (exclusive of signature block) for their memorandum of law in opposition to Plaintiff's Motion.

  We thank the Court for its time and consideration.

                Respectfully submitted,

                */s/ Robert B. Volynsky*

cc: All Counsel of Record

**SO ORDERED:**_____  Dated: July __, 2023
     Hon. Andrew L. Carter, Jr., U.S.D.J.