USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/31/2023__

**WELTZLAW**
WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP

MEMO ENDORSED

July 19, 2023

Via ECF and Electronic Mail
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

Re:    Blockchain Mining Supply and Services, Ltd. v. Digital Farms, Inc. (f/k/a Super
       Crypto Mining, Inc.) and Ault Alliance, Inc. (f/k/a DPW Holdings, Inc.),
       **No. 18-CV-11099-ALC-BCM**

Dear Judge Carter:

The undersigned represents Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining,
Inc.) ("DF") and Ault Alliance, Inc. (f/k/a DPW Holdings, Inc.) ("DPW" and with "DF"
collectively, "Defendants") in the above-referenced matter.

On or about May 30, 2023, Plaintiff filed its motion for summary judgment ("Plaintiff's
Motion") in this action and appended approximately 107 exhibits to the Declaration of Richard
Mandel [DE 127], some which contain multiple additional exhibits within a single exhibit. *See,
e.g.*, [DE 127-98] (Exhibit TTTT) and [DE 127-103] (Exhibit YYYYY).

In light of same, and to afford Defendants an opportunity to adequately respond to
Plaintiff's voluminous submission, Defendants respectfully request an enlargement of the page
count to 30 pages (exclusive of signature block) for their memorandum of law in opposition to
Plaintiff's Motion.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Robert B. Volynsky*

cc:    All Counsel of Record

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2023

1 OLD COUNTRY ROAD, SUITE 275 | CARLE PLACE, NEW YORK 11514
T: (212) 202-3171