USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/31/2023__



MEMO ENDORSED

July 28, 2023

<u>Via ECF and Electronic Mail</u>
Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

Re: Blockchain Mining Supply and Services, Ltd. v. Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) and Ault Alliance, Inc. (f/k/a DPW Holdings, Inc.), **No. 18-CV-11099-ALC-BCM**

Dear Judge Carter:

The undersigned represents Defendants Digital Farms, Inc. (f/k/a Super Crypto Mining, Inc.) ("DF") and Ault Alliance, Inc. (f/k/a DPW Holdings, Inc.) ("DPW" and with "DF" collectively, "Defendants") in the above-referenced matter.

On or about May 30, 2023, Plaintiff filed its motion for summary judgment ("Plaintiff's Motion") in this action and appended approximately 107 exhibits to the Declaration of Richard Mandel [DE 127], some which contain multiple additional exhibits within a single exhibit. *See, e.g.,* [DE 127-98] (Exhibit TTTT) and [DE 127-103] (Exhibit YYYYY). Plaintiff also appended approximately 286 pages of deposition testimony that it repeatedly cites to throughout its Statement of Undisputed Material Facts, without pincites.

On or about July 19, 2023, Defendants filed a letter motion seeking an enlargement of the page count for their memorandum of law in opposition to Plaintiff's Motion to 30 pages, exclusive of signature block. Plaintiff has not interposed an opposition to Defendants' letter motion. [DE 132].[1]

In light of same, Defendants respectfully request that the Court permit the requested enlargement in connection with Defendants' opposition papers.

We thank the Court for its time and consideration.

cc: All Counsel of Record

Respectfully submitted,
/s/ Robert B. Volynsky

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: July <u>31</u>, 2023
ugust 7, 2023.

1 OLD COUNTRY ROAD, SUITE 275 | CARLE PLACE, NEW YORK 11514
T: (212) 202-3171