

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

August 1, 2023

**VIA ECF**

Hon. Andrew L. Carter, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

    Re:    *Blockchain Mining Supply v. Super Crypto Mining, Inc. et ano.*,
              Case No. 1:18-CV-11099 (ALC)

Dear Judge Carter:

    We represent Plaintiff Blockchain Mining Supply and Services Ltd. ("Blockchain").  We write to seek the Court's confirmation that its order of today granting Defendants' adjournment request (ECF No. 137) also serves to extend Plaintiff's deadlines for its response to Defendants' pending summary judgment motion (and its reply in support of its own motion).

    We assume such was the intent inasmuch as the parties have filed simultaneous cross-motions for summary judgment, and the briefing schedule was accordingly set with matching deadlines for all submissions.  We also note that Defendants indicated in their adjournment request that "Defendants do not object to granting a similar adjournment to Plaintiff in connection with Defendants' motion for summary judgment."  ECF No. 136 at 1.

    However, since Plaintiff opposed Defendants' requested extension and did not technically ask for one on its own behalf, we write to clarify any potential ambiguity by formally seeking an extension from August 7, 2023 to August 15, 2023 for Plaintiff's opposition to Defendants' summary judgment motion and from August 30 to September 8 for Plaintiff's reply in support of its summary judgment motion.  Such an extension will preserve the simultaneous submissions on cross-motions originally set by the Court and ensure that neither side has the advantage of seeing the other side's response before filing its own.

    Plaintiff thanks the Court for its consideration.

                                                 Respectfully,

                                               */s/ Richard S. Mandel*
                                               Richard S. Mandel

cc: All Counsel of Record (Via ECF)