UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,                                                    Case No. 18-CV-11099-ALC

        Plaintiff,

  -against-

SUPER CRYPTO MINING, INC. (N/K/A DIGITAL
FARMS, INC. and DPW HOLDINGS, INC.
(N/K/A AULT AULLIANCE, INC.),

        Defendants.
------------------------------------------------------------X

# ==CONFIDENTIAL==

# FILED UNDER SEAL

## EXHIBIT 3

### TO THE SUPPLEMENTAL DECLARATION OF DARREN MAGOT, DATED AUGUST 12, 2023