UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,                                  Case No. 18-CV-11099-ALC

           Plaintiff,

   -against-

SUPER CRYPTO MINING, INC. (N/K/A DIGITAL
FARMS, INC. and DPW HOLDINGS, INC.
(N/K/A AULT AULLIANCE, INC.),

           Defendants.
------------------------------------------------------------------X

# CONFIDENTIAL

## FILED UNDER SEAL

## EXHIBIT 5

### TO THE SUPPLEMENTAL DECLARATION OF DARREN MAGOT, DATED AUGUST 12, 2023

1