| | |
|---|---|
| **Message** | |
| **From**: | Willy Tencer [wtencer@midcitycapital.ca] |
| **Sent**: | 7/14/2018 7:40:48 PM |
| **To**: | darren@supercrypto.com; 'Milton Ault III' [todd@dpwholdings.com]; 'Milton Todd Ault III' [toddault@gmail.com] |
| **CC**: | 'Joe Kalfa - NADW' [joekalfa@gmail.com] |
| **Subject**: | Re: supercrypto invoice |

Sorry I've been out of commission last night and today. I'm available anytime for a call. Probably best if you can email me with where we stand. Another week has gone by with nothing concrete. we need to see some progress.
Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H5W1
Tel. 416 398 1198
Fax. 416 398 0878
wtencer@midcitycapital.ca

---

**From:** darren@supercrypto.com
**Sent:** Friday, July 13, 2018 7:26 PM
**To:** Willy Tencer; 'Milton Ault III'; 'Milton Todd Ault III'
**Cc:** 'Joe Kalfa - NADW'
**Subject:** RE: supercrypto invoice

Hello Willy,

Do you have time for a call with Todd and I today? Todd has an update based on feedback from the attorneys and details on the first payment.

Please let us know if you are available and we will give you a call.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <wtencer@midcitycapital.ca>
**Sent:** Thursday, July 12, 2018 3:08 PM
**To:** darren@supercrypto.com; 'Milton Ault III' <todd@dpwholdings.com>; 'Milton Todd Ault III' <toddault@gmail.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: supercrypto invoice

Sounds like good progress.
I'll await a further update.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
wtencer@midcitycapital.ca

DEFENDANTS_003178

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** July 12, 2018 6:06 PM
**To:** 'Willy Tencer' <wtencer@midcitycapital.ca>; 'Milton Ault III' <todd@dpwholdings.com>; 'Milton Todd Ault III' <toddault@gmail.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: supercrypto invoice

Hello Willy,

Thank you again for the time on the phone. As discussed, we are working to gain NYSE approval and Board member approval for our plan. The idea is to provide you with a Note from DPW Holdings outlining the distribution of stock to your account at a pace that will allow you to sell while not negatively impacting the stock price. You will have the ability to sell the stock daily until the full value of the Note is reached.

We have a board meeting tomorrow and expect to hear back from the Attorneys on the NYSE. Once we get approval they will send over a Note for your review and approval. Todd and I will either call you today or email an update in the morning after we have news from the attorney's.

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <wtencer@midcitycapital.ca>
**Sent:** Thursday, July 12, 2018 9:48 AM
**To:** darren@supercrypto.com; 'Milton Ault III' <todd@dpwholdings.com>; 'Milton Todd Ault III' <toddault@gmail.com>
**Cc:** Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** supercrypto invoice

You have told me on numerous occasions that although there was a delay in your payment, you would reimburse us for the warehouse charges,
I am attaching the storage bill.
Please show your good faith and pay this today.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
wtencer@midcitycapital.ca

DEFENDANTS_003179