Message

| | |
|---|---|
| **From**: | Willy Tencer [wtencer@midcitycapital.ca] |
| **Sent**: | 7/16/2018 3:50:22 PM |
| **To**: | todd@dpwholdings.com; joe kalfa [joekalfa@gmail.com]; darren@supercrypto.com; toddault@gmail.com |
| **Subject**: | Call |

If you are not able to make  he call after 6:45 PST, please email the basic details and include how much
you will wire and when.
Although Todd is overseas we can't let that affect this situation to drag on without showing progress.
It was extremely worrisome when you said that there was no liquidity to wire a mere $27K.
Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H5W1
Tel. 416 398 1198
wtencer@midcitycapital.ca

DEFENDANTS_003198