Message

| | |
|---|---|
| **From**: | Willy Tencer [sales@timberlane-mldg.com] |
| **Sent**: | 8/15/2018 7:18:37 AM |
| **To**: | 'Milton Ault III' [todd@dpwholdings.com]; Darren Magot [darren@supercrypto.com] |
| **CC**: | Joe Kalfa - NADW [joekalfa@gmail.com] |
| **Subject**: | FW: super crypto statement |
| **Attachments**: | doc02802620180815100237.pdf |

Thanks for the call yesterday, it was encouraging and I look forward to getting the outstanding balance paid off.
In the meantime, please continue to show us good faith and send us wires to the best of your ability.
Attached you will find a statement showing your current balance.
As can see, we applied some of your past wires to pay off the 1st Warehouse storage invoice and the balance has been applied to the Antminers.
Could you send us a wire as soon as possible to, at the very least, pay off the most recent Warehouse storage invoice?
Much appreciated.
Good luck with your upcoming funding closing.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
wtencer@midcitycapital.ca

DEFENDANTS_003648