1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3

4    BLOCKCHAIN MINING SUPPLY AND   )
     SERVICES LTD.,                 )
5                                   )
                 Plaintiff,         )
6                                   ) Civil Action No.
     vs.                            ) 1:18-cv-11099-ALC
7                                   )
     SUPER CRYPTO MINING, INC.      )
8    n/k/a DIGITAL FARMS, INC. and  )
     DPW HOLDING, INC. n/k/a AULT   )
9    GLOBAL HOLDINGS, INC.,         )
                                    )
10               Defendants.        )
     _____)

11

12

13

14

15       REMOTE VIDEOTAPED DEPOSITION OF DARREN MAGOT,

16       INDIVIDUALLY AND AS 30(b)(6) WITNESS FOR SUPER

17       CRYPTO MINING, INC. N/K/A DIGITAL FARMS, INC.

18                   Costa Mesa, California

19                   Friday, January 20, 2023

20

21

22

23   Stenographically Reported by:

24   Tami L. Le, CSR No. 8716, RPR

25   Job No. 220470

1

2

3

4          January 20, 2023

5          8:40 a.m.

6

7

8          Remote Videotaped Deposition of DARREN MAGOT,

9   INDIVIDUALLY AND AS 30(b)(6) WITNESS FOR SUPER

10  CRYPTO MINING, INC. N/K/A DIGITAL FARMS, INC., held

11  via Zoom video conference with all participants

12  appearing remotely, before Tami L. Le, Registered

13  Professional Reporter and Certified Shorthand

14  Reporter No. 8716 in the State of California.

15

16

17

18

19

20

21

22

23

24

25

```
 1   R E M O T E   A P P E A R A N C E S:

 2

 3

 4              COWAN, LIEBOWITZ & LATMAN,

 5           Attorneys for Plaintiff

 6                  114 West 47th Street

 7                  New York, New York 10036

 8           BY:  RICHARD MANDEL, ESQ.

 9           BY:  DASHA CHESTUKHIN, ESQ.

10

11

12

13

14

15           WELTZ KAKOS GERBI WOLINETZ VOLYNSKY

16           Attorneys for Defendant

17                  170 Old Country Road

18                  Mineola, New York 11501

19           BY:  ROBERT VOLYNSKY, ESQ.

20

21

22

23

24           THE VIDEOGRAPHER:

25                  John M. Reidt
```

```
1                    I N D E X

2   WITNESS:  DARREN MAGOT

3   EXAMINATION                              PAGE

4      BY MR. MANDEL                         19

5

6                    EXHIBITS

7   FOR PLAINTIFF                            MARKED

8   Exhibit 1 - First Amended Notice of        23
                 30(b)(6) Deposition of Super
9                Crypto Mining, Inc. n/k/a
                 Digital Farms, Inc.
10
    Exhibit 2 - February 22, 2018 email from    32
11               Milton Ault III to Peter Fry
                 and Will Horne, Bates-stamped
12               DEFENDANTS_004703 through
                 DEFENDANTS_004705
13
    Exhibit 3 - March 8, 2018 email from Willy  50
14               Tencer to Darren Magot, with
                 attachment, Bates-stamped
15               DEFENDANTS_001713 through
                 DEFENDANTS_001721
16
    Exhibit 4 - April 19, 2018 email from       56
17               Darren Magot to Todd Ault and
                 will@dpwholdings.com, with
18               attachments, Bates-stamped
                 DEFENDANTS_004313 through
19               DEFENDANTS_004336

20  Exhibit 5 - April 24, 2018 email from       68
                 Darren Magot to Milton Ault
21               III, with attachments,
                 Bates-stamped DEFENDANTS_004337
22               through DEFENDANTS_004346

23  Exhibit 6 - May 2, 2018 email from Darren   71
                 Magot to Milton Ault III, with
24               attachments, Bates-stamped
                 DEFENDANTS_004347 through
25               DEFENDANTS_004355
```

```
 1                 I N D E X  (Continued)

 2                 EXHIBITS (Continued)

 3   FOR PLAINTIFF                                  MARKED

 4   Exhibit 7 - May 4, 2018 email from Darren          75
                 Magot to Todd Ault and Olga
 5               Chupric, with attachment,
                 Bates-stamped DEFENDANTS_004356
 6               and DEFENDANTS_004357

 7   Exhibit 8 - Email string, top email dated          76
                 May 9, 2018 from Darren Magot
 8               to Kristine Ault, with
                 attachments, Bates-stamped
 9               DEFENDANTS_004359 through
                 DEFENDANTS_004362
10
     Exhibit 9 - July 3, 2018 email from Darren          77
11               Magot to Milton Ault III, with
                 attachments, Bates-stamped
12               DEFENDANTS_004525 through
                 DEFENDANTS_004551
13
     Exhibit 10 - October 7, 2018 email from             80
14                Darren Magot to Milton Ault
                  III, with attachments,
15                Bates-stamped DEFENDANTS_004689
                  through DEFENDANTS_004693
16
     Exhibit 11 - October 17, 2018 email from            83
17                Darren Magot to Milton Ault
                  III, with attachments,
18                Bates-stamped DEFENDANTS_004694
                  through DEFENDANTS_004698
19
     Exhibit 12 - LinkedIn communication between         85
20                Darren Magot and Joe Kalfa
                  beginning February 23, 2018,
21                Bates-stamped BMS001590 through
                  BMS1593
22
     Exhibit 13 - Email string, top email dated          87
23                February 25, 2018 from Darren
                  Magot to Todd Ault, with
24                attachment, Bates-stamped
                  DEFENDANTS_000958 through
25                DEFENDANTS_000975
```

```
 1              I N D E X  (Continued)

 2              EXHIBITS (Continued)

 3   FOR PLAINTIFF                              MARKED

 4   Exhibit 14 - Email string, top email dated    89
                  February 27, 2018 from Darren
 5                Magot to Todd Ault,
                  Bates-stamped DEFENDANTS_000979
 6                and DEFENDANTS_000980

 7   Exhibit 15 - Email string, top email dated    90
                  March 2, 2018 from Darren Magot
 8                to Joe Kalfa, Bates-stamped
                  DEFENDANTS_001147 through
 9                DEFENDANTS_001153

10   Exhibit 16 - Email string, top email dated    91
                  March 2, 2018 from Darren Magot
11                to sales@timberlane-mldg.com
                  and Joe Kalfa, Bates-stamped
12                DEFENDANTS_001185 through
                  DEFENDANTS_001207
13
     Exhibit 17 - March 4, 2018 email from Darren   97
14                Magot to Todd Ault,
                  Bates-stamped DEFENDANTS_001235
15
     Exhibit 18 - Email string, top email dated    99
16                March 4, 2018 from Darren Magot
                  to Willy Tencer, Bates-stamped
17                DEFENDANTS_001245 through
                  DEFENDANTS_001253
18
     Exhibit 19 - Email string, top email dated   102
19                March 4, 2018 from Darren Magot
                  to Willy Tencer, Bates-stamped
20                through DEFENDANTS_001274
                  through DEFENDANTS_001282
21
     Exhibit 20 - Email string, top email dated   103
22                March 5, 2018 from Willy Tencer
                  to Darren Magot, Bates-stamped
23                through DEFENDANTS_001331
                  through DEFENDANTS_001341
24

25
```

Page 7

1              I N D E X   (Continued)

2               EXHIBITS (Continued)

3    FOR PLAINTIFF                              MARKED

4    Exhibit 21 - Forwarded email string dated      104
                  March 6, 2018 from Darren Magot
5                 to Todd Ault, Bates-stamped
                  DEFENDANTS_001488 through
6                 DEFENDANTS_001500

7    Exhibit 22 - Email string, top email dated     111
                  March 6, 2018 from Darren Magot
8                 to Joe Kalfa, Bates-stamped
                  DEFENDANTS_001501 through
9                 DEFENDANTS_001514

10   Exhibit 23 - Email string, top email dated     115
                  March 7, 2018 from Darren Magot
11                to Willy Tencer, Bates-stamped
                  DEFENDANTS_001543 through
12                DEFENDANTS_001556

13   Exhibit 24 - Email string, top email dated     116
                  March 7, 2018 from Willy Tencer
14                to Darren Magot, Bates-stamped
                  DEFENDANTS_001645 through
15                DEFENDANTS_001661

16   Exhibit 25 - Email string, top email dated     119
                  March 21, 2018 from Darren
17                Magot to Willy Tencer,
                  Bates-stamped DEFENDANTS_001806
18
     Exhibit 26 - Email string, top email dated     120
19                March 23, 2018 from Darren
                  Magot to Willy Tencer,
20                Bates-stamped DEFENDANTS_001919
                  through DEFENDANTS_001933
21
     Exhibit 27 - Email string, top email dated     121
22                March 23, 2018 from Darren
                  Magot to Willy Tencer,
23                Bates-stamped DEFENDANTS_001949
                  and DEFENDANTS_001950

24

25

```
 1              I N D E X   (Continued)

 2               EXHIBITS  (Continued)

 3    FOR PLAINTIFF                             MARKED

 4    Exhibit 28 - Email string, top email dated   124
                   March 26, 2018 from Darren
 5                 Magot to Willy Tencer,
                   Bates-stamped DEFENDANTS_001958
 6                 through DEFENDANTS_001960

 7    Exhibit 29 - Email string, top email dated   126
                   March 27, 2018 from Darren
 8                 Magot to Willy Tencer,
                   Bates-stamped DEFENDANTS_001969
 9
      Exhibit 30 - Email string, top email dated   129
10                 March 27, 2018 from Willy
                   Tencer to Darren Magot,
11                 Bates-stamped DEFENDANTS_001970
                   and DEFENDANTS_001971
12
      Exhibit 31 - Email string, top email dated   130
13                 March 28, 2018 from Darren
                   Magot to Willy Tencer,
14                 Bates-stamped DEFENDANTS_001976
                   and DEFENDANTS_001977
15
      Exhibit 32 - Email string, top email dated   131
16                 March 28, 2018 from Darren
                   Magot to Willy Tencer,
17                 Bates-stamped DEFENDANTS_001981
                   and DEFENDANTS_001982
18
      Exhibit 33 - Email string, top email dated   134
19                 March 30, 2018 from Darren
                   Magot to Willy Tencer,
20                 Bates-stamped DEFENDANTS_001987

21    Exhibit 34 - Email string, top email dated   137
                   April 2, 2018 from Darren Magot
22                 to Willy Tencer,
                   DEFENDANTS_001990
23
      Exhibit 35 - Email string, top email dated   138
24                 April 2, 2018 from Darren Magot
                   to Willy Tencer, Bates-stamped
25                 DEFENDANTS_001991
```

```
 1                    I N D E X   (Continued)

 2                    EXHIBITS  (Continued)

 3   FOR PLAINTIFF                                    MARKED

 4   Exhibit 36 - Email string, top email dated      139
                  April 4, 2018 from Joe Kalfa to
 5                Willy Tencer, Bates-stamped
                  BMS 000707 through BMS 000714
 6
     Exhibit 37 - Forwarded email dated April 5,      141
 7                2018 from Darren Magot to Todd
                  Ault, Bates-stamped
 8                DEFENDANTS_002009

 9   Exhibit 38 - Email string, top email dated      142
                  April 5, 2018 from Todd Ault to
10                Willy Tencer, Bates-stamped
                  DEFENDANTS_002011 and
11                DEFENDANTS_002012

12   Exhibit 39 - Email string, top email dated      144
                  April 9, 2018 from Todd Ault to
13                Willy Tencer, Bates-stamped
                  DEFENDANTS_002016 through
14                DEFENDANTS_002018

15   Exhibit 40 - Email string, top email dated      154
                  April 10, 2018 from Todd Ault
16                to Willy Tencer, Bates-stamped
                  DEFENDANTS_002028 through
17                DEFENDANTS_002032

18   Exhibit 41 - Email string, top email dated      158
                  April 10, 2018 from Todd Ault
19                to Henry Nisser, Thomas Rose
                  and Willy Tencer, Bates-stamped
20                DEFENDANTS_002033 through
                  DEFENDANTS_002038
21
     Exhibit 42 - Email string, top email dated      159
22                April 15, 2018 from Todd Ault
                  to Darren Magot, Bates-stamped
23                DEFENDANTS_002053

24

25
```

```
 1              I N D E X  (Continued)

 2              EXHIBITS (Continued)

 3   FOR PLAINTIFF                              MARKED

 4   Exhibit 43 - Email string, top email dated    161
                  April 16, 2018 from Thomas Rose
 5                to Willy Tencer, Bates-stamped
                  DEFENDANTS_002099 and
 6                DEFENDANTS_002100

 7   Exhibit 44 - April 17, 2018 email from         163
                  Darren Magot to Thomas Rose,
 8                with attachments, Bates-stamped
                  BMS 001323 through BMS 001339
 9
     Exhibit 45 - Email string, top email dated     165
10                April 19, 2018 from Darren
                  Magot to Willy Tencer,
11                Bates-stamped DEFENDANTS_002234
                  through DEFENDANTS_002243
12
     Exhibit 46 - Email string, top email dated     166
13                April 24, 2018 from Darren
                  Magot to Willy Tencer,
14                Bates-stamped DEFENDANTS_002349

15   Exhibit 47 - Email string, top email dated     168
                  April 24, 2018 from Willy
16                Tencer to Darren Magot,
                  Bates-stamped DEFENDANTS_002350
17                and DEFENDANTS_002351

18   Exhibit 48 - Email string, top email dated     169
                  April 27, 2018 from Darren
19                Magot to Willy Tencer,
                  Bates-stamped DEFENDANTS_002364
20
     Exhibit 49 - Email string, top email dated     170
21                April 30, 2018 from Darren
                  Magot to Willy Tencer,
22                Bates-stamped DEFENDANTS_002369
                  and DEFENDANTS_002370
23
     Exhibit 50 - Email string, top email dated     172
24                May 1, 2018 from Darren Magot
                  to Willy Tencer, Bates-stamped
25                DEFENDANTS_002377 through
                  DEFENDANTS_002379
```

```
 1              I N D E X   (Continued)

 2                EXHIBITS (Continued)

 3   FOR PLAINTIFF                              MARKED

 4   Exhibit 51 - Email string, top email dated    173
                  May 2, 2018 from Darren Magot
 5                to Willy Tencer, Bates-stamped
                  DEFENDANTS_002394
 6
     Exhibit 52 - Email string, top email dated    174
 7                May 9, 2018 from Darren Magot
                  to Milton Ault III,
 8                Bates-stamped DEFENDANTS_002518
                  through DEFENDANTS_002526
 9
     Exhibit 53 - Email string, top email dated    175
10                May 9, 2018 from Darren Magot
                  to Willy Tencer, Bates-stamped
11                DEFENDANTS_002527 through
                  DEFENDANTS_002535
12
     Exhibit 54 - Email string, top email dated    178
13                May 9, 2018 from Darren Magot
                  to Willy Tencer, Bates-stamped
14                DEFENDANTS_002563 through
                  DEFENDANTS_002571
15
     Exhibit 55 - Email string, top email dated    179
16                May 11, 2018 from Darren Magot
                  to Milton Ault III,
17                Bates-stamped DEFENDANTS_002599
                  through DEFENDANTS_002601
18
     Exhibit 56 - Email string, top email dated    180
19                May 14, 2018 from Darren Magot
                  to Willy Tencer, Bates-stamped
20                DEFENDANTS_002615 through
                  DEFENDANTS_002618
21
     Exhibit 57 - Email string, top email dated    181
22                May 14, 2018 from Todd Ault to
                  Darren Magot, Bates-stamped
23                DEFENDANTS_002619 through
                  DEFENDANTS_002623
24

25
```

1              I N D E X   (Continued)

2                EXHIBITS (Continued)

3    FOR PLAINTIFF                                    MARKED

4    Exhibit 58 - Email string, top email dated        182
                  May 15, 2018 from Willy Tencer
5                 to Darren Magot, Bates-stamped
                  through DEFENDANTS_002659
6                 through DEFENDANTS_002664

7    Exhibit 59 - Email string, top email dated        183
                  May 18, 2018 from Milton Todd
8                 Ault III to Kristine Ault and
                  Willy Tencer, Bates-stamped
9                 DEFENDANTS_002691 and
                  DEFENDANTS_002692
10
     Exhibit 60 - Email string, top email dated        187
11                May 22, 2018 from Darren Magot
                  to Willy Tencer and Milton Ault
12                III, Bates-stamped
                  DEFENDANTS_002708 through
13                DEFENDANTS_002711

14   Exhibit 61 - May 25, 2018 email from Willy         189
                  Tencer to Milton Ault III and
15                Darren Magot, Bates-stamped
                  DEFENDANTS_002736
16
     Exhibit 62 - Email string, top email dated        190
17                May 25, 2018 from Darren Magot
                  to Milton Ault III,
18                Bates-stamped DEFENDANTS_002737

19   Exhibit 63 - Email string, top email dated        195
                  May 31, 2018 from Darren Magot
20                to Will Horne and Milton Ault
                  III, Bates-stamped
21                DEFENDANTS_002772 and
                  DEFENDANTS_002773
22
     Exhibit 64 - Forwarded email dated June 1,         197
23                2018 from Darren Magot to
                  Milton Ault III, Bates-stamped
24                DEFENDANTS_002790 through
                  DEFENDANTS_002792
25

Page 13

```
 1              I N D E X  (Continued)

 2              EXHIBITS (Continued)

 3  FOR PLAINTIFF                              MARKED

 4  Exhibit 65 - Forwarded email dated June 1,   198
                 2018 from Darren Magot to
 5               Milton Ault III, Bates-stamped
                 DEFENDANTS_002794
 6
    Exhibit 66 - June 1, 2018 email from Darren   199
 7               Magot to Willy Tencer and Joe
                 Kalfa, Bates-stamped
 8               DEFENDANTS_002795

 9  Exhibit 67 - Email string, top email dated   203
                 June 4, 2018 from Willy Tencer
10               to Darren Magot and Joe Kalfa,
                 Bates-stamped DEFENDANTS_002796
11               and DEFENDANTS_002797

12  Exhibit 68 - Email string, top email dated   205
                 June 7, 2018 from Darren Magot
13               to Willy Tencer and Milton Ault
                 III, Bates-stamped
14               DEFENDANTS_002822 through
                 DEFENDANTS_002825
15
    Exhibit 69 - Email string, top email dated   206
16               June 13, 2018 from Willy Tencer
                 to Darren Magot and Milton Ault
17               III, Bates-stamped
                 DEFENDANTS_002896 through
18               DEFENDANTS_002900

19  Exhibit 70 - Email string, top email dated   208
                 June 14, 2018 from Willy Tencer
20               to Darren Magot and Milton Ault
                 III, Bates-stamped
21               DEFENDANTS_002901 through
                 DEFENDANTS_002904
22
    Exhibit 71 - Email string, top email dated   208
23               July 17, 2018 from Milton Ault
                 III to Willy Tencer,
24               Bates-stamped DEFENDANTS_003203

25
```

```
 1              I N D E X  (Continued)

 2              EXHIBITS (Continued)

 3   FOR PLAINTIFF                              MARKED

 4   Exhibit 72 - Email string, top email dated    210
                  July 17, 2018 from Darren Magot
 5                to Willy Tencer, Bates-stamped
                  DEFENDANTS_003208 and
 6                DEFENDANTS_003209

 7   Exhibit 73 - Email string, top email dated    211
                  July 17, 2018 from Milton Ault
 8                III to Darren Magot,
                  DEFENDANTS_003210 through
 9                DEFENDANTS_003212

10   Exhibit 74 - Email string, top email dated    213
                  July 23, 2018 from Darren Magot
11                to Milton Ault III,
                  Bates-stamped DEFENDANTS_003313
12                through DEFENDANTS_003320

13   Exhibit 75 - Email string, top email dated    215
                  August 9, 2018 from Milton Ault
14                III to Willy Tencer,
                  Bates-stamped DEFENDANTS_003528
15                through DEFENDANTS_003532

16   Exhibit 76 - Forwarded email dated            216
                  August 15, 2018 from Willy
17                Tencer to Milton Ault III, with
                  attachment, Bates-stamped
18                DEFENDANTS_003648 and
                  DEFENDANTS_003649
19
     Exhibit 77 - Email string, top email dated    220
20                September 7, 2018 from Milton
                  Todd Ault III to Willy Tencer,
21                Bates-stamped DEFENDANTS_003732
                  and DEFENDANTS_003733
22
     Exhibit 78 - Email string, top email dated    221
23                September 14, 2018 from Darren
                  Magot to Milton Ault III,
24                Bates-stamped DEFENDANTS_003765
                  and DEFENDANTS_003766
25
```

```
 1                I N D E X   (Continued)

 2                  EXHIBITS (Continued)

 3    FOR PLAINTIFF                            MARKED

 4    Exhibit 79 - Email string, top email dated    223
                   October 7, 2018 from Darren
 5                 Magot to Willy Tencer and
                   Milton Ault III, Bates-stamped
 6                 DEFENDANTS_003796

 7    Exhibit 80 - Email string, top email dated    224
                   October 7, 2018 from Willy
 8                 Tencer to Milton Ault III and
                   Darren Magot, Bates-stamped
 9                 DEFENDANTS_003798 through
                   DEFENDANTS_003800
10
      Exhibit 81 - Email string, top email dated    227
11                 October 11, 2018 from Darren
                   Magot to Willy Tencer,
12                 Bates-stamped DEFENDANTS_003879
                   and DEFENDANTS_003880
13
      Exhibit 82 - Email string, top email dated    229
14                 October 12, 2018 from Darren
                   Magot to Willy Tencer,
15                 Bates-stamped DEFENDANTS_003911
                   through DEFENDANTS_003915
16
      Exhibit 83 - Email string, top email dated    230
17                 October 17, 2018 from Darren
                   Magot to Willy Tencer, Mariah
18                 Corbett and Milton Ault III,
                   Bates-stamped DEFENDANTS_004038
19                 through DEFENDANTS_004044

20    Exhibit 84 - October 19, 2018 email from       232
                   Darren Magot to Milton Ault III
21                 and Will Horne, with
                   attachments, Bates-stamped
22                 DEFENDANTS_004112 through
                   DEFENDANTS_004124
23

24

25
```

```
 1                     I N D E X  (Continued)

 2                     EXHIBITS (Continued)

 3   FOR PLAINTIFF                               MARKED

 4   Exhibit 85 - Email string, top email dated    233
                  October 22, 2018 from Darren
 5                Magot to Will Horne and Milton
                  Ault III, Bates-stamped
 6                DEFENDANTS_004136 through
                  DEFENDANTS_004147
 7
     Exhibit 86 - October 26, 2018 email from      235
 8                Willy Tencer to Milton Ault III
                  and Darren Magot, Bates-stamped
 9                DEFENDANTS_004297

10   Exhibit 87 - Digital Farms, Inc. Balance      237
                  Sheet As of December 31, 2018,
11                Bates-stamped DEFENDANTS_000001
                  and DEFENDANTS_000002
12
     Exhibit 88 - Email string, top email dated    240
13                April 23, 2018 from Darren
                  Magot to Olga Chupric and Will
14                Horne, Bates-stamped
                  DEFENDANTS_004965
15
     Exhibit 89 - April 18, 2018 email from        242
16                Darren Magot to Will Horne and
                  accounting@
17                avalanceinternationalcorp.com,
                  with attachments, Bates-stamped
18                DEFENDANTS_004885 through
                  DEFENDANTS_004897
19

20

21

22

23

24

25
```

1    BY MR. MANDEL:

2        Q.    Were there other entities that he

3    mentioned at that time as well?

4        A.    There were.  I can't remember what

5    entities were held by the company at that time, but

6    Super Crypto was the most interesting to me.

7        Q.    And what was it that interested you

8    about Super Crypto?

9        A.    I was interested in the space, and I

10   felt that I was qualified to help develop this type

11   of business.

12       Q.    And when you say "the space," can you

13   explain what space you're referring to.

14       A.    Sure.  Just the leading-edge crypto

15   market that was evolving at the time.

16       Q.    Had you had any experience with

17   cryptocurrency prior to coming to work at

18   Super Crypto?

19       A.    As a hobby, I had interest in it.  I had

20   read --

21       Q.    As an investor?

22       A.    -- quite a bit.

23             Yes.

24       Q.    And when you began working for

25   Super Crypto, what was the nature of its business?

1          A.     The nature of its business was to buy

2    crypto miners and get them running and producing

3    cryptocurrency.

4          Q.     And when you say "crypto miners," can

5    you just explain what a crypto miner is.

6          A.     Sure.  It's a small computer that solves

7    equations and earns bitcoin as a reward.

8          Q.     Now, I noticed on your LinkedIn profile,

9    it looks like you list your current company as

10   Ault & Company, Inc.; is that correct?

11         A.     My LinkedIn isn't very current.  I don't

12   update that, but that -- I think that is the last

13   entry I made years ago.

14         Q.     Just tell me what Ault & Company, Inc.,

15   is.

16         A.     Ault & Company is a privately held

17   holding company that I'm an investor in.

18         Q.     And is Ault & Company, Inc., a

19   shareholder in DPW?

20              MR. VOLYNSKY:  Objection; form.

21              THE DEPONENT:  I don't believe so.  Not

22        that I can recall.

23   BY MR. MANDEL:

24         Q.     Okay.  And when I say "DPW," I know the

25   company has changed names and, I guess, became

1   BitNile and maybe now Ault Alliance; is that right?

2        A.    Correct.

3        Q.    If I refer to them as "DPW," you'll

4   understand that I'm referring to the parent company?

5        A.    Right.  Yes.

6        Q.    And so your understanding is you don't

7   think that Ault & Company, Inc., actually owns any

8   stock in DPW?

9              MR. VOLYNSKY:  Objection; form.  That's

10        not what he said.

11   BY MR. MANDEL:

12        Q.    Well, does -- let me rephrase.

13              Does Ault & Company own any stock in

14   DPW?

15        A.    I don't recall.

16        Q.    And what's your position with

17   Ault & Company, Inc.?

18        A.    I'm a member of the board.

19        Q.    How many individuals are members of that

20   board?

21        A.    It varies.  I don't know exactly how

22   many.

23        Q.    Do you know approximately?

24        A.    I would say five, if I had to guess.

25        Q.    Do you know offhand who any of the other

1  members of the board of Ault & Company, Inc., are?

2          A.    Mr. Ault and Mr. Will Horne.

3          Q.    And Mr. Ault and Mr. Horne, are they

4  both members of the board of Super Crypto?

5          A.    Yes.

6          Q.    And you're also a member of the board of

7  Super Crypto; correct?

8          A.    Correct.

9          Q.    And Mr. Ault and Mr. Horne are also both

10  members of the board of DPW; correct?

11              MR. VOLYNSKY:  Objection; form.

12              THE DEPONENT:  Correct.

13  BY MR. MANDEL:

14          Q.    Are you a member of the board of DPW?

15          A.    No.

16              MR. MANDEL:  I'm going to mark as Magot

17          Exhibit 2 a document bearing Production

18          No. DEFENDANT_4703 through 4705.  And it's now

19          in the chat room.

20              (Plaintiff's Exhibit 2 was subsequently

21          marked for identification.)

22  BY MR. MANDEL:

23          Q.    Once you've had a chance to open it, my

24  first question is have you ever seen Exhibit 2

25  before?

1        A.    I don't recall seeing it.

2        Q.    Okay.  Well, I'm -- let's take a look at

3   the second page of Exhibit 2.  And in this email

4   from Mr. Ault, there's certain information about

5   Super Crypto Mining.  I just want to ask you about

6   it.

7             In the second sentence, it says:

8                  "The company already has over

9             1400 miners specifically S9 and

10            L3."

11            Do you recall how the company acquired

12  those miners?

13            MR. VOLYNSKY:  Objection; form.

14  BY MR. MANDEL:

15       Q.    Well, let me -- let me actually first

16  ask you, do you know if it's accurate that, as of

17  approximately January -- strike that.

18            As of approximately February 22nd, 2018,

19  do you know whether it's accurate that Super Crypto

20  had over 1400 miners?

21       A.    I don't recall the exact count, but we

22  did make purchases of those -- of miners, so...

23       Q.    And do you recall who you made purchases

24  from?

25       A.    I do.  A number of different parties.

1          Q.    Can you describe them.

2          A.    Sure.  One of the subsidiaries,

3    Coolisys, sold us a number of miners.  There were

4    some local gentlemen in California.  I'm spacing on

5    their name right now.  But they sold us miners.

6               Part of my role was just to identify the

7    best price and the quantities that we wanted to

8    purchase based on funding we had.

9          Q.    Other than Coolisys and the individual

10   in California whose name you can't remember at the

11   moment, were there any other entities from which

12   Super Crypto had purchased miners in the early days

13   of its formation?

14               MR. VOLYNSKY:  Objection; form.

15               THE DEPONENT:  Yeah, I think -- there

16          was one other -- I mentioned California.  I

17          believe there was a group in L.A., and there

18          was a group in San Diego.  So maybe right off

19          the bat, those three come to mind.

20   BY MR. MANDEL:

21         Q.    And what about an entity named Indiana

22   or a location in Indiana?  Does that mean anything

23   in terms of miners that were acquired?

24         A.    Not miners that were acquired.

25         Q.    What, if any, business did Super Crypto

1  undertake in Indiana?

2         A.    We had a data center in Indiana, where

3  we placed miners and operated miners.

4         Q.    And what kind of relationship, if any,

5  did Super Crypto have with the data center?

6               MR. VOLYNSKY:  Objection; form.

7               THE DEPONENT:  They were a location that

8         would take these unique machines and place

9         them in their data -- in their data center.

10  BY MR. MANDEL:

11        Q.    And did you take --

12        A.    We're a customer.

13        Q.    I'm sorry?

14        A.    We were a customer to them.

15        Q.    And were you renting space from them?

16        A.    Yes.

17        Q.    But the machines were actually owned by

18  you?

19        A.    Correct.

20        Q.    And I know the entity -- strike that.

21              I know that at some point Super Crypto

22  changed its name to Digital Farms; is that correct?

23        A.    Yes.

24        Q.    Was there also another entity that had

25  Digital Farms in its name that Super Crypto did

1   business with?

2          A.    Yes.

3          Q.    Who is that entity that Digital Farms --

4   that Super Crypto did business with?

5          A.    Digital Farms Management.  Is that the

6   name?

7          Q.    And where was that company located?

8          A.    That company consisted of two gentlemen

9   that focused on finding locations to put crypto

10  miners, and I connected with them, and they were the

11  ones that found the location in Indiana for us.  And

12  so they managed that relationship with the data

13  center.

14         Q.    So they would find locations where you

15  could place these machines?

16         A.    Correct.

17         Q.    And how would they -- well, strike that.

18               Did you compensate them from that?

19         A.    Yes, they took a spread from whatever

20  their --

21         Q.    When you say -- I'm sorry.

22         A.    -- the data center charged them.

23         Q.    Sorry about that.

24               When you say "took a spread," what does

25  that mean?

1        A.    Well, I imagine they had a profit.  So

2    they -- you know, I had a need to operate X number

3    of machines.  They found a location in South Bend,

4    Indiana.  They managed a build-out of that data

5    center, an expansion.

6            And it was set up specific to crypto

7    mining because of the unique requirements of a lot

8    of air flow, something that's not traditional for

9    most data centers.  They managed that build-out and

10   funded that build-out, and we compensated them.

11   It's a monthly fee for electric and a fee to run

12   that site.

13           I'm not aware of the relationship they

14   had with the data center, but they managed that data

15   center relationship.

16       Q.    Were you also compensating the data

17   center in Indiana separately from Digital Farms?

18       A.    No.

19       Q.    And are you familiar with an entity

20   named SMS?

21       A.    Yes.

22       Q.    And what is SMS?

23       A.    SMS is a data center located in

24   Orange County, California.

25       Q.    And did Super Crypto have any kind of

1   relationship with them?

2        A.    Customer relationship.

3        Q.    And was that direct -- directly with

4   them rather than through Digital Farms?

5        A.    It was.

6        Q.    And you would place the machines at

7   their data center?

8        A.    Exactly, yes.

9        Q.    What about Lord Abstract?  Does that

10  mean anything to you?

11       A.    Yes.

12       Q.    What is Lord Abstract?

13       A.    Lord Abstract is a group that would help

14  us identify miners to purchase.

15       Q.    Did they perform a similar service to

16  what Digital Farms did?

17       A.    No.  They -- they would help us locate

18  and purchase bitcoin miners.

19       Q.    Oh, actually purchase the machines

20  themselves?

21       A.    Correct.

22       Q.    And would you buy machines from them, or

23  they would arrange for the purchase with some other

24  entity?

25       A.    We bought machines from them.

1      Q.    Where were they located?

2      A.    Los Angeles.

3      Q.    Is that the entity you were thinking of

4  before?

5      A.    It is, yes.

6      Q.    Okay.  Now, when Super Crypto began

7  purchasing the miners, where did it get the funds

8  from to buy those machines?

9      A.    Advances from our parent company.

10     Q.    Did the parent company actually pay for

11  the machines?

12     A.    You mean write the check?

13     Q.    How did it work?  Did the parent company

14  directly contract with the entities, or did they

15  advance money to Super Crypto and then Super Crypto

16  entered into the arrangement?

17            MR. VOLYNSKY:  Objection; form.

18            THE DEPONENT:  They would advance money

19        to us, and we would buy the equipment.

20  BY MR. MANDEL:

21     Q.    Did Super Crypto have any source of

22  funds with which to buy equipment other than what

23  was made available to it by the parent?

24            MR. VOLYNSKY:  Objection; form.

25            THE DEPONENT:  The -- initially,

1          advances from the parent were how we funded

2          purchases of the machines, but then we did

3          produce revenue from those machines.

4    BY MR. MANDEL:

5          Q.    And let's talk about the revenues that

6    were produced.  If you'd look back at Exhibit 2, the

7    page we were looking at, the second page of

8    Exhibit 2, it says at the end of that first

9    paragraph:

10               "At present by the end of

11               March, we expect the revenue run

12               rate to be about $700,000 a

13               month."

14          Do you know whether Super Crypto ever

15    achieved that level of revenues?

16          A.    I don't recall.  It's such a moving

17    target because of all the factors that go into it,

18    bitcoin mining revenue.

19          Q.    If you look below that, it says:

20               "We use approximately

21               6.3 million as our estimates for

22               2018."

23          Do you know approximately how much

24    revenue Super Crypto generated during its first year

25    of operation?

1    25,000, without guessing?

2         A.    Are we going to keep doing this?  I

3    don't -- I'm just going to say I don't know.  Let's

4    defer to a document.  You've requested one.

5         Q.    Okay.  Now, it's correct that the

6    company ceased operations in 2020; correct?

7         A.    Yes.

8         Q.    And the company never showed a profit;

9    correct?

10        A.    Correct.

11        Q.    It's fair to say that its expenses

12   exceeded its revenues throughout its existence;

13   correct?

14             MR. VOLYNSKY:  Objection; form.

15             THE DEPONENT:  Yes, I believe -- I

16        believe so.

17   BY MR. MANDEL:

18        Q.    Now, when the company ceased operations,

19   did it have any cash on hand as an asset?

20        A.    No.

21        Q.    Did the company ever have any cash as an

22   asset?

23        A.    I would say no.

24        Q.    Did the company have cryptocurrency as

25   an asset?

Page 45

1          A.      Cryptocurrency was being produced, but

2    always used to pay bills, so there was no extra

3    balance on hand.

4          Q.      So whatever revenues were generated from

5    cryptocurrency were used to pay the expenses of the

6    company?

7          A.      Yes.

8          Q.      And when the company ceased operations,

9    it didn't have any cryptocurrency that remained on

10   hand as an asset; correct?

11         A.      Correct.

12         Q.      And the company owned machines; correct?

13         A.      Yes.

14         Q.      Were those machines eventually sold?

15         A.      Yes.

16         Q.      Do you know when they were sold?

17         A.      I don't recall the date.

18         Q.      Was it in the last year?

19         A.      No.

20         Q.      The last two years?

21         A.      It might have been the last two -- two

22   or three years ago.

23         Q.      And do you know to whom the machines

24   were sold?

25         A.      Yes.

1        Q.    Who were they sold to?

2        A.    To two entities.  One was the data

3    center in Indiana bought a portion of them, and the

4    other one was a group out of, I believe, Alabama

5    that bought a portion of them.

6        Q.    And approximately how much in revenue

7    did Super Crypto receive from those sales?

8            MR. VOLYNSKY:  Objection; form.

9            THE DEPONENT:  I have to look back.  I

10        want to say a little over 300,000.  Maybe

11        400,000.

12    BY MR. MANDEL:

13        Q.    So your best estimate is somewhere in

14    the range of 3- to $400,000?

15        A.    Yes.  I'd like to look at the documents

16    again to refresh my --

17        Q.    That's fine.

18        A.    -- memory.

19        Q.    I don't have any of those documents, so

20    that's why, for now, I'm just asking for your best

21    estimate.

22            And what did Super Crypto do with the

23    money that was generated from those sales?

24        A.    An escrow was set up in the name of

25    Super Crypto, and the money sits there in that

```
 1   escrow account.
 2        Q.    And it continues to sit there today?
 3        A.    Yes.
 4        Q.    And why is that money being held in
 5   escrow?
 6              MR. VOLYNSKY:  Objection; form.
 7              THE DEPONENT:  The lawyers --
 8              MR. VOLYNSKY:  Nah --
 9              THE DEPONENT:  Oh.
10   BY MR. MANDEL:
11        Q.    Okay.  You aren't able to answer that
12   without revealing legal advice that you may have
13   received?
14        A.    Correct.
15        Q.    Okay.  That's fine.  Thank you.
16              Does Super Crypto currently have any
17   outstanding obligations?
18              MR. VOLYNSKY:  Objection; form.
19              THE DEPONENT:  SMS data center, we had a
20        debt to them, and it was never resolved.
21   BY MR. MANDEL:
22        Q.    I'm sorry.  That's with SMS, you said?
23        A.    Yes.
24        Q.    And what is the amount that SMS claims
25   that is owed?
```

1          MR. VOLYNSKY:  Objection; form.

2          THE DEPONENT:  You're asking me to

3      recall five years ago.  I'm guessing $200,000,

4      250,000, possibly.

5  BY MR. MANDEL:

6      Q.    And how, if at all, was that resolved?

7      A.    There were a number of letters and

8  threats of lawsuits, and eventually they dropped it.

9  So I think they decided it wasn't worth pursuing.

10     Q.    Okay.  So, as best as you know, that

11 matter is no longer active?

12     A.    I haven't heard from them, and I'm not

13 sure if they've sent anything to the company, but

14 I -- I'm not aware of anything.

15     Q.    Other than SMS, are you aware of any

16 other outstanding obligations that Super Crypto has?

17     A.    I can't recall.  I think I resolved all

18 the others.

19     Q.    Does Super Crypto currently have an

20 obligation, to your understanding, to our client,

21 Blockchain?

22     A.    I don't believe so, but that's why we're

23 here today.

24     Q.    So, as you sit here today, it's your

25 belief that Super Crypto itself doesn't owe any

Page 49

1  money to Blockchain?

2           MR. VOLYNSKY:  Objection; asked and

3     answered.

4  BY MR. MANDEL:

5     Q.    You can answer.

6     A.    I don't believe so.

7     Q.    And what's the reason why you believe

8  that?

9     A.    Because we had a contract with an out

10  clause, and I lost my deposit.

11     Q.    And is that a view that you ever

12  expressed to anybody at Blockchain during your

13  dealings with them?

14           MR. VOLYNSKY:  Objection; form.

15           THE DEPONENT:  I would imagine I have.

16  BY MR. MANDEL:

17     Q.    Well, I'm not asking you what you would

18  imagine.

19           Do you know whether you did express it?

20     A.    I don't recall.

21     Q.    Is that a view that you ever expressed

22  to anyone at DPW?

23     A.    Yes.  The contract states that, in my

24  mind.

25           MR. MANDEL:  So let's mark as Exhibit 3

Page 51

1       Q.    Do you recall when the first time that
2   you ever reviewed Section 3 was?
3       A.    It would have been before we signed
4   this.
5       Q.    And did you discuss Section 3 at the
6   time with anybody at DPW?
7       A.    Yeah, it was part of our planning for
8   this -- this agreement and back and forth with
9   Willy.
10      Q.    Well, I'm asking you specifically about
11  Section 3, you're saying was part of the
12  back-and-forth?
13      A.    Yes.
14      Q.    Okay.  And do you recall -- did you --
15  do you recall whether you had discussions with --
16  about that clause with Mr. Ault?
17      A.    I'm sure I did.
18      Q.    And what do you recall saying about it?
19      A.    Well, the purpose of Section 3, in my
20  mind, was to give us an out if we weren't able to
21  raise the funds to purchase all the machines.  I
22  wanted all the machines.  There was high risk in
23  that Section 3, though, because I would lose my
24  deposit, but it gave me the out that I would need in
25  case funding didn't come in as I had hoped.

1          600 machines and PSU's)."

2          That's what you wrote at the time?

3     A.    Yes.

4     Q.    And so is it fair to say that as of

5 April 19, 2018, you believe that Super Crypto owed

6 $1.6 million to Blockchain for the purchase of the

7 next 600 machines?

8     A.    Yes, we were doing all we could to get

9 more equipment.

10    Q.    Well -- and it's also correct that you

11 told Mr. Ault that you believed you owed that money

12 to Blockchain; correct?

13    A.    I see what you're saying.  I don't

14 believe I've used the word "owed."  There was an

15 opportunity to buy equipment from them, and I wanted

16 to buy it.

17    Q.    Right.  But you didn't say we have an

18 opportunity to buy.  You said, "We also still owe

19 the following"; correct?

20          That's the language you used at the

21 time; correct?

22          MR. VOLYNSKY:  Objection; form.

23          THE DEPONENT:  Did I say "owed"?  I

24     don't see where I say "owed."

25 ///

1   BY MR. MANDEL:

2          Q.    Well, if you go down --

3                (Simultaneous speaking.)

4          A.    Oh, "We still also owe" -- got it.

5                Yeah, the context of that is if we want

6   to buy them, we owe that.

7          Q.    Right.  But that's not what you said;

8   right?  You said you owe --

9                MR. VOLYNSKY:  Objection -- sorry.

10         Objection; form.

11               THE DEPONENT:  That's what I meant to

12         mean.

13  BY MR. MANDEL:

14         Q.    Okay.  And at the top of the entire

15  email, you say:

16               "Since the Super Crypto bank

17               account is shut down could you

18               help me make the following

19               payments that are due this week?"

20               Correct?

21         A.    Yes.

22         Q.    So what you were listing below were what

23  you're reporting to be obligations of Super Crypto;

24  correct?

25         A.    Correct.

1        Q.    Now, do you know, as of April 19th,

2   2018, what the fair market value of the 600 machines

3   was?

4        A.    I don't know the exact amount.

5        Q.    Well, separate and apart from whether

6   you know the exact amount, do you know whether it

7   was more or less than the amount that you had agreed

8   to pay Blockchain?

9             MR. VOLYNSKY:  Objection; form.

10            THE DEPONENT:  And I would say less.

11  BY MR. MANDEL:

12       Q.    And what's the basis for saying it's

13  less?

14       A.    The market had started to crash.

15       Q.    Do you know when it started to crash?

16       A.    I don't recall the -- no.

17       Q.    Do you recall whether the approximate

18  per-machine cost was around $2900 under the

19  Blockchain agreement?

20            MR. VOLYNSKY:  Objection; form.

21            THE DEPONENT:  I'd have to look back,

22       but it sounds familiar.  I think in that

23       range.

24  BY MR. MANDEL:

25       Q.    And do you have any sense of what the

1    range was of what you believe those machines were

2    worth as of April 19th, 2018?

3              MR. VOLYNSKY:  Objection; form.

4              THE DEPONENT:  You have to understand

5         there is no, like, store you go buy them at.

6         So there's an open market, and the price

7         varied.

8    BY MR. MANDEL:

9         Q.    And how are you able to determine what

10   the market bears at any particular time?

11             MR. VOLYNSKY:  Objection; form.

12             THE DEPONENT:  By what they're being

13        offered from the different suppliers and

14        different companies that make the equipment.

15   BY MR. MANDEL:

16        Q.    And how were you able to see that?  Is

17   that information that's presented on websites?

18        A.    Oh, yeah, some websites.  A lot of just

19   independent sellers.

20        Q.    And did you follow fairly closely the

21   market during the relevant time period of 2018?

22             MR. VOLYNSKY:  Objection; form.

23             THE DEPONENT:  Yes.

24   BY MR. MANDEL:

25        Q.    How did you go about doing that?

1          A.    I was connected to both the companies

2    that sell -- sold this equipment, as well as

3    different vendors that I would buy different things

4    from.

5          Q.    And would you look at any public

6    websites for pricing information?

7          A.    Sure.

8          Q.    Do you recall which websites at the time

9    you would review?

10         A.    Bitmain.  INNOSILICON was another

11   supplier.  Those are probably the two largest.

12         Q.    And did you also talk to various

13   contacts to ascertain pricing information from them?

14         A.    I would.

15         Q.    And how regularly were you doing that

16   during the period of April 2018?

17         A.    Probably at least weekly.  Information

18   would come across my desk.

19         Q.    So it's fair to say you had a pretty

20   good pulse on what the market was like at the time;

21   correct?

22         A.    I believe so.

23         Q.    And if we look back at Exhibit 3, you

24   know, you pointed to Clause No. 3, which said that

25   in the event you fail -- purchaser fails to pay the

1  balance to vendor on or before April 15, 2018, the

2  deposit funds shall be forfeited to the vendor.

3            So did you consider, as of April 15th,

4  2018, whether you should just walk away from the

5  last 600 machines?

6            MR. VOLYNSKY:  Objection; form.

7            THE DEPONENT:  Yes.

8  BY MR. MANDEL:

9      Q.    And did you actually discuss that with

10  anyone?

11     A.    I believe so.  We -- I believe.

12     Q.    Who did you discuss that with?

13     A.    Probably -- I don't know if I discussed

14  it with Willy, but I definitely discussed it with my

15  internal team.

16     Q.    And was anybody suggesting that you

17  should walk away from the last 600 machines?

18            MR. VOLYNSKY:  Objection; form.

19            I'm just going to instruct the witness,

20        to the extent there were discussions with

21        counsel, not to disclose those.

22  BY MR. MANDEL:

23     Q.    Other than counsel.  I'm not asking

24  about any conversations with lawyers.

25     A.    Yeah.  I would say at that time, we made

1   the business decision to try to continue purchasing

2   equipment.

3        Q.    And if the value of the machines had

4   declined as of April 15th, 2018, why would you want

5   to go forward and still purchase them at the price

6   shown in the Asset Purchase Agreement with

7   Blockchain?

8        A.    We were still trying to honor the

9   relationship the best we could, and it was hard to

10  predict how quickly it would drop.  You know, I

11  would say that the fluctuations in this new market

12  aren't predictable, so we were hopeful that they

13  would increase again and they weren't too far out of

14  whack at that point.

15       Q.    So you didn't think that, as of

16  April 15th, they were too far out of whack with what

17  you were paying, or agreeing to pay?

18            MR. VOLYNSKY:  Objection; form.

19            THE DEPONENT:  I believe so.

20  BY MR. MANDEL:

21       Q.    And when you say you were hopeful, you

22  had the expectation that prices might increase in

23  the future; correct?

24       A.    Yeah.  Always optimistic in that regard.

25       Q.    And it's fair to say that bitcoin is a

```
 1   very volatile asset; correct?

 2        A.    Yes.

 3        Q.    And that's true of all cryptocurrency;

 4   correct?

 5        A.    It seems to be.

 6        Q.    That's its history; right?

 7        A.    So far, yes.

 8        Q.    And that was its history as of 2018;

 9   correct?

10        A.    Yes.

11        Q.    And you knew that when you entered into

12   the business at Super Crypto; correct?

13        A.    Yes.  Anyone in this space I believe

14   knew that.

15        Q.    And you knew that when you entered into

16   the contract with Blockchain; correct?

17        A.    Yes.

18        Q.    And you made an assessment that the

19   prices you were agreeing to pay under that contract

20   were a reasonable business risk to take; correct?

21              MR. VOLYNSKY:  Objection; form.

22              THE DEPONENT:  Yeah, the key was having

23        an out.

24   BY MR. MANDEL:

25        Q.    Right.  The key was having an out,
```

1  you're saying, but you knew that the risk was that

2  the prices could go up or the prices could go down;

3  correct?

4          MR. VOLYNSKY:  Objection; form.

5          THE DEPONENT:  Yes.

6  BY MR. MANDEL:

7      Q.    Is that right?

8      A.    Yes.

9      Q.    And when the time came for what you're

10 referring to as an out, as of April 15, 2018, you

11 made an assessment as to whether to exercise what

12 you're calling as an out; correct?

13         MR. VOLYNSKY:  Objection; form.

14         THE DEPONENT:  I was still operating

15     under my -- as a CEO to do whatever I could to

16     keep the company running and buy equipment.

17 BY MR. MANDEL:

18     Q.    Well, that's the assessment you made as

19 the CEO; correct?

20     A.    Yes.

21     Q.    That it was in the best interest of the

22 company to do whatever it could to keep acquiring

23 machinery; correct?

24         MR. VOLYNSKY:  Objection; form.

25         THE DEPONENT:  Yes.

1  BY MR. MANDEL:

2       Q.    And you made that decision because you

3  had hopes and expectations that you would be able to

4  turn a profit eventually from owning more machines;

5  correct?

6            MR. VOLYNSKY:  Objection; form.

7            THE DEPONENT:  That's always the hope.

8  BY MR. MANDEL:

9       Q.    And when you made that assessment in

10 April 15 -- strike that.

11            When the date came that you're referring

12 to in the contract, as of April 15, you made an

13 informed decision that what you wanted to do was go

14 forward and have the machines; correct?

15            MR. VOLYNSKY:  Objection; form.

16            THE DEPONENT:  I didn't see that date as

17        a hard date.  I was looking at that as a

18        flexible date, the same way that Willy looked

19        at the other dates, as flexible dates.

20 BY MR. MANDEL:

21       Q.    Did you ever say that to Willy?

22       A.    No.

23       Q.    Did you ever even mention Clause 3 once

24 in your entire months of communications with Willy?

25            MR. VOLYNSKY:  Objection; form.

1          THE DEPONENT:  Yeah, I'm sure we

2     talked -- we talked about all the clauses in

3     the document.

4  BY MR. MANDEL:

5     Q.    After the contract was entered into and

6  finalized, did you ever once mention Clause 3 in a

7  discussion with Willy?

8     A.    I don't recall.

9     Q.    Are you aware of a single written

10 communication in which you ever indicated that you

11 had the ability to walk away from the 600 machines?

12          MR. VOLYNSKY:  Objection; form, asked

13     and answered.

14          THE DEPONENT:  I don't recall.

15 BY MR. MANDEL:

16     Q.    Isn't it true that any communication you

17 had regarding the 600 machines consistently

18 reiterated your desire to complete the purchase?

19          MR. VOLYNSKY:  Objection; form.

20          THE DEPONENT:  I don't recall.

21 BY MR. MANDEL:

22     Q.    Isn't it true that as of April 2015

23 [sic], you still wanted to buy the 600 machines?

24     A.    Yes.

25     Q.    And you were prepared to do it at the

1    price shown in the Asset Purchase Agreement?

2                MR. VOLYNSKY:  Objection; form.

3                THE DEPONENT:  That was the only option

4        on this contract.

5    BY MR. MANDEL:

6        Q.    And did that view change at any point in

7    the ensuing six months?

8                MR. VOLYNSKY:  Objection; form.

9                THE DEPONENT:  I stayed focused on

10       trying to purchase the equipment from Willy.

11   BY MR. MANDEL:

12       Q.    And, in fact, you continued to make

13   payments, didn't you, toward the purchase of the 600

14   machines?

15       A.    I believe so.  We tried -- well, I don't

16   know if we made any payments.  I don't recall.

17       Q.    All right.  Well, we'll look at that,

18   then.

19       A.    Yeah.

20                MR. MANDEL:  Let's mark as Exhibit 5 a

21       document bearing Production No. DEFENDANT_4337

22       through 4346.

23                (Plaintiff's Exhibit 5 was subsequently

24       marked for identification.)

25                MS. CHESTUKHIN:  For the record, that

1    list?

2         A.    That is fair.

3         Q.    And at the top of that list of

4    obligations is Blockchain Mining; correct?

5         A.    Yes.

6         Q.    And you list that as $1.6 million that

7    needs to be paid; correct?

8         A.    Yes.

9         Q.    You don't indicate that you can walk

10   away from that obligation, do you?

11              MR. VOLYNSKY:  Objection; form.

12              THE DEPONENT:  No.

13   BY MR. MANDEL:

14        Q.    Is it fair to say that as of May 2nd,

15   2018, you believed that Super Crypto owed Blockchain

16   Mining $1.6 million?

17              MR. VOLYNSKY:  Objection; form.

18              THE DEPONENT:  I wouldn't say it says we

19         owe them.  It shows that I wanted to buy

20         equipment still.

21   BY MR. MANDEL:

22        Q.    Well, my question is:  Is it fair to say

23   that you believed you owed it to them as of May 2nd,

24   2018?

25              MR. VOLYNSKY:  Objection; form.

1            THE DEPONENT:  No.  My mindset is that I

2        want to buy equipment, and if I want to buy

3        equipment, I need to pay this to get the

4        equipment from them.

5   BY MR. MANDEL:

6        Q.    And did you ever tell Willy at any point

7   that he should sell the machines to somebody else?

8        A.    I don't think I did.

9        Q.    In fact, wasn't one of your concerns

10  that if you didn't pay him, you might lose those

11  machines?

12       A.    Yes.

13       Q.    You didn't think that you could just

14  keep your, what you call as an out, open

15  indefinitely and expect Blockchain to just hold on

16  to the machines, did you?

17            MR. VOLYNSKY:  Objection; form.

18            Are you testifying for him?

19            THE DEPONENT:  I was surprised Willy

20        didn't sell the machines, but he chose to hang

21        on to them.

22  BY MR. MANDEL:

23       Q.    Because he chose to continue to deal

24  with you when you told him you were working on

25  payment for them; correct?

1                    MR. VOLYNSKY:  Objection; form.

2                    THE DEPONENT:  We were trying to pay for

3          them.

4     BY MR. MANDEL:

5          Q.    And he took you at your word when you

6     said you were trying to pay for them; correct?

7                    MR. VOLYNSKY:  Objection; form.

8                    THE DEPONENT:  His actions demonstrated

9          that.

10    BY MR. MANDEL:

11         Q.    And his words; correct?  Didn't he keep

12    telling you that time and time again?

13                   MR. VOLYNSKY:  Objection; form.

14                   THE DEPONENT:  I don't know.  He would

15         ask for payment.

16    BY MR. MANDEL:

17         Q.    He asked for payment, but he continually

18    told you he was willing to work with you on the

19    timing of the payment; correct?

20                   MR. VOLYNSKY:  Objection; form.

21                   THE DEPONENT:  I believe so.

22                   MR. MANDEL:  Let's mark as Exhibit 7 a

23         document bearing Production No. DEFENDANT_4356

24         to 4357.

25    ///

Page 80

1    had signed; correct?

2                    MR. VOLYNSKY:  Objection; form.

3                    THE DEPONENT:  That was the price in the

4         contract.

5    BY MR. MANDEL:

6         Q.    And in this email, after the amount

7    owed, it says:

8                    "After sending 5K on 6/14."

9                    Does that indicate that a payment of

10   $5,000 had been made on June 14th?

11        A.    It appears so, yes.

12                   MR. MANDEL:  Let's mark as Exhibit 10 a

13        document bearing Production No.

14        DEFENDANT_4689.

15                   (Plaintiff's Exhibit 10 was

16        subsequently marked for identification.)

17   BY MR. MANDEL:

18        Q.    Is Exhibit 10 an email that you sent to

19   Mr. Ault on October 7th of 2018?

20        A.    Let's see.  That's a strange email

21   address in the "from" line, but let me read it here.

22                   It looks like an email I would send.

23        Q.    And in the first sentence, you say:

24                   "As requested, please find the

25                   details around the remaining

1                   outstanding balances for SCM."

2                   Is it fair to say you were summarizing

3    for Mr. Ault monies that you considered owed by

4    Super Crypto at that point in time?

5         A.    Yeah.  This shows what I'd like to pay.

6         Q.    Well, you refer to them as "outstanding

7    balances"; correct?

8         A.    Correct.

9         Q.    "Outstanding balances" means it's money

10   owed; correct?

11                  MR. VOLYNSKY:  Objection; form.

12                  THE DEPONENT:  It's semantics, but yes.

13   BY MR. MANDEL:

14        Q.    And if you look down, Blockchain Mining

15   is listed there as one of the outstanding balances;

16   correct?

17        A.    Correct.

18        Q.    So it's fair to say that as of

19   October 7th, 2018, at least, you believed that

20   Super Crypto owed more than a million and a half

21   dollars to Blockchain; correct?

22        A.    We were still trying to buy those

23   machines, yes.

24        Q.    And you still believe you owed that

25   money to Blockchain; correct?

```
 1        A.    Yes.

 2        Q.    And so when you decided you didn't owe

 3   the money to Blockchain was after they sued you for

 4   it; correct?

 5              MR. VOLYNSKY:  Objection; form.

 6              THE DEPONENT:  No.

 7   BY MR. MANDEL:

 8        Q.    Well, when did you decide that they

 9   didn't owe you [sic] the money?

10        A.    But your words --

11              MR. VOLYNSKY:  Object --

12              THE DEPONENT:  -- are owed.  This is --

13         again, I wanted to buy equipment, and I would

14         do what I can to make those payments to buy

15         the equipment since Willy still had the

16         machines available.

17   BY MR. MANDEL:

18        Q.    Well, you used the word "owed" and

19   "outstanding balances," didn't you?

20              MR. VOLYNSKY:  Objection; form.

21              THE DEPONENT:  I used the word

22         "outstanding balances."

23   BY MR. MANDEL:

24        Q.    And we previously looked at a document

25   where you used the word "owed"; correct?
```

1          A.    Yeah, but I see what you're saying.

2    This isn't a contract.  This is just an email.  It's

3    a different context.

4          Q.    Mr. Magot, isn't it a fact that as of

5    October 7, 2018, you thought these were debts of

6    Super Crypto?

7              MR. VOLYNSKY:  Objection; form.

8              THE DEPONENT:  Yes.

9    BY MR. MANDEL:

10         Q.    Now, if you -- if you look at

11   Exhibit 10, it makes reference to in addition to

12   more than a million and a half dollars storage at

13   300 per day since September 13th.

14              What's your understanding of what's

15   being referenced there?

16         A.    That was a storage fee that Willy was

17   getting to store them at a warehouse.

18         Q.    And had that been agreed to with

19   Blockchain?

20         A.    Yes, if I recall.

21              MR. MANDEL:  Let's mark as Exhibit 11 a

22         document bearing Production No.

23         DEFENDANT_4694.

24              (Plaintiff's Exhibit 11 was

25         subsequently marked for identification.)

1  BY MR. MANDEL:

2      Q.    Is Exhibit 11 an email that you sent to

3  Mr. Ault on October 17th of 2018?

4      A.    It appears to be.

5      Q.    And here again, you refer to "remaining

6  outstanding balances" for the company; correct?

7      A.    Yes.

8      Q.    And, again, you list an obligation to

9  Blockchain there; correct?

10     A.    Correct.

11     Q.    And you considered that an obligation as

12 of October 17th, 2018; correct?

13     A.    Correct.

14          MR. VOLYNSKY:  Objection; form.  Let me

15     get my objection --

16          (Simultaneous speaking.)

17 BY MR. MANDEL:

18     Q.    What's the reason why in October of 2018

19 you were listing all the various outstanding

20 balances?

21     A.    For the same reason as before.

22     Q.    Do you recall whether at this point in

23 time there was discussion for how the various debts

24 of Super Crypto could be met?

25          MR. VOLYNSKY:  Objection; form.

1    communicating with Blockchain?

2         A.    I believe so.

3         Q.    If you look at the third page of

4    Exhibit 12, 1592, BMS 1592, it appears to contain a

5    message from you -- it actually starts on the

6    previous page -- and says:

7                    "I will need until Tuesday to

8                confirm all the financing but I am

9                very interested in making the

10               purchase."

11        What did you mean by confirming the

12   financing?

13               MR. VOLYNSKY:  Objection; form.

14               THE DEPONENT:  That I could get an

15          advance from the parent company to buy more

16          equipment.

17   BY MR. MANDEL:

18        Q.    Did you have any ability to buy the

19   equipment that Mr. Kalfa was offering without an

20   advance from the parent company at that point in

21   time?

22        A.    Not that I recall.

23               MR. MANDEL:  Let's mark as Exhibit 13 a

24          document bearing Production No. DEFENDANT_958

25          through 975.

1          Q.    Now, if you look down the thread toward

2    the bottom of the first page of Exhibit 14, in your

3    message to Mr. Kalfa, you say:

4                    "We absolutely want the

5                    machines but would need more time

6                    to get board approval to purchase

7                    the machines."

8                    Who did you seek board approval from?

9          A.    Mr. Horne and Mr. Ault.

10         Q.    Did you actually discuss it with both of

11   them?

12         A.    I don't recall, but I would imagine.

13         Q.    And both of them are also board members

14   for DPW; correct?

15         A.    Yes.

16         Q.    And it was DPW again that you were

17   looking to fund this purchase; correct?

18                MR. VOLYNSKY:  Objection; form.

19                THE DEPONENT:  Ultimately, yes, from

20         DPW's funding advance.

21                MR. MANDEL:  Let's mark as Exhibit 15 a

22         document bearing Production No. DEFENDANT_1147

23         to 1153.

24                (Plaintiff's Exhibit 15 was

25         subsequently marked for identification.)

1             company is very supportive and

2             wants us to make the purchase with

3             you."

4             Is it correct that as of this point in

5    time, DPW wanted you to go forward with this

6    transaction?

7             MR. VOLYNSKY:  Objection; form.

8             THE DEPONENT:  It appears that I did get

9        approval from them for an advance to make this

10       transaction.

11   BY MR. MANDEL:

12       Q.    And was it correct that they wanted you

13   to do the purchase?

14            MR. VOLYNSKY:  Objection; form.

15            THE DEPONENT:  Yes, they were supportive

16       of our decision.

17   BY MR. MANDEL:

18       Q.    And what was the reason why you were

19   bringing up the parent company in your communication

20   with Mr. Tencer and Mr. Kalfa?

21       A.    Again, for communication purposes.  I

22   wanted to be very clear, and I was with Willy along

23   the whole process, that this would be dependent on

24   my funding.

25       Q.    And did you want him to have comfort

1    from the fact that the parent company was

2    supportive?

3                MR. VOLYNSKY:  Objection; form.

4                THE DEPONENT:  Yes.

5    BY MR. MANDEL:

6        Q.    Now, you say:

7                "I was just told that I can

8                sign the agreement if we can agree

9                that the deposit of 5 percent can

10               be made by 3/7/18.  We would then

11               be able to make the full payment

12               by 3/16/18."

13               Who had told you that?

14       A.    That was a decision we made at the

15   Super Crypto board level.

16       Q.    Well, when you say "at the Super Crypto

17   board level," was Will Horne involved in that

18   decision?

19       A.    I don't recall, but he is a board

20   member, so most likely.

21       Q.    Well, I'm not asking if he's a board

22   member.  I'm asking you if he was involved in the

23   decision.

24       A.    I don't recall.

25       Q.    But you do recall Mr. Ault was involved;

1    Super Crypto?

2          A.    No.

3          Q.    Did he hold any position in

4    Super Crypto?

5          A.    No.

6          Q.    Why was he being sent this email?

7          A.    Because it appears that I'm requesting

8    funds from either him and/or Mr. Ault.

9          Q.    And in the email that you are

10   forwarding, that's an email that Mr. Tencer sent to

11   you earlier that same day; correct?

12         A.    It appears to be, yes.

13         Q.    And in it, Mr. Tencer says:

14               "Regarding your finances, I

15               spoke with Joe and seeing the

16               future potential, we would like to

17               try and accommodate your cash

18               flow."

19         A.    Uh-huh.

20         Q.    Do you have any understanding of what

21   discussion you had had at that point with Mr. Tencer

22   about your finances or cash flow?

23         A.    Yes.  This is a good example of what I

24   mentioned earlier, where I was very transparent with

25   him that I was in a position where I needed to

1    request advances, to get financing to make

2    purchases, so he understood that I didn't have the

3    cash.  I had to get approval and raise the capital.

4        Q.    And he understood you were raising it

5    from the parent company; correct?

6            MR. VOLYNSKY:  Objection; form.

7            THE DEPONENT:  I don't know if he knew

8        where I was raising it.  This is an example

9        where I didn't even know.

10   BY MR. MANDEL:

11       Q.    If you look at Mr. Tencer's email, he

12   suggests buying the 1100 machines now and then

13   breaking it into two separate shipments for 500 and

14   600 machines; correct?

15       A.    That's right, yes.

16       Q.    And so he was suggesting that to give

17   you more time to come up with the necessary funds;

18   correct?

19           MR. VOLYNSKY:  Objection; form.

20           THE DEPONENT:  Yes.  As mentioned

21       earlier, he not only broke them up, but then

22       he emphasized the fact that if I didn't buy

23       the 600 machines, I'd lose the deposit.

24   BY MR. MANDEL:

25       Q.    And he's the person, then, who actually

1  raised adding that provision to the contract;

2  correct?

3       A.    In this email, he lists it.  I don't

4  know if that shows he raised it.  I know we had

5  discussions about it.

6       Q.    And is it fair to say part of the

7  protection he expressed he was looking for was not

8  having to hold the machines indefinitely for you?

9            MR. VOLYNSKY:  Objection; form.

10            THE DEPONENT:  I'm not sure I understand

11       the question.  Could you repeat it.

12  BY MR. MANDEL:

13       Q.    Let me rephrase it.

14            The provision you're talking about as an

15  out works both ways; right?  It provides an out for

16  Blockchain also; correct?

17       A.    Correct.  They always had the right to

18  sell the machines to someone else.

19       Q.    It frees them up from having to hold the

20  machines so that they would be available for you;

21  correct?

22       A.    Yes.

23       Q.    And allows them to sell it to some other

24  purchaser.

25       A.    Correct.

1       A.    That's fair to say, yes.

2       Q.    Now, in the email at the top of

3  Exhibit 21, you say:

4               "Could you review below and

5               let me know if this sounds

6               possible?"

7       Do you recall whether you ever received

8  any indication back that it was possible?

9       A.    I would imagine so.  We entered into the

10  agreement with very similar terms.

11      Q.    And before entering into the agreement,

12  had you been assured that the funds would be

13  available to meet these obligations?

14      A.    I don't know about assured.  I was

15  comfortable enough to sign the agreement.

16      Q.    And I assume you wouldn't sign an

17  agreement if you thought there was no ability to

18  meet the terms; correct?

19      A.    Correct.

20      Q.    You wouldn't just enter into the

21  agreement on the assumption that if the parent

22  company can't come up with it, who cares, because

23  Super Crypto has no funds anyway; right?

24               MR. VOLYNSKY:  Objection; form.

25               THE DEPONENT:  Well, we'd work to raise

1          money from whomever we could at Super Crypto.

2     BY MR. MANDEL:

3          Q.    Right.  You didn't intend to rely on the

4     fact that Super Crypto itself didn't have the means

5     to make this kind of payment?

6               MR. VOLYNSKY:  Objection; form.

7               THE DEPONENT:  Well, I hesitate on that

8          one because when we buy equipment, it produces

9          revenue, so it creates means.

10              So it was my hope that Super Crypto

11         would have means to generate its own revenue

12         and pay its own bills without advances.

13    BY MR. MANDEL:

14         Q.    But you weren't going to be able to take

15    access to the machines until they were paid for;

16    correct?

17              MR. VOLYNSKY:  Objection; form.

18              THE DEPONENT:  Correct.

19    BY MR. MANDEL:

20         Q.    So you weren't going to be able to

21    generate any revenues from these machines until they

22    were paid for; correct?

23         A.    Correct.

24         Q.    Do you have any understanding as of

25    March 2018 at what rate Super Crypto was generating

1    revenues itself from the other machines it had?

2        A.    I don't.  That goes back to our initial

3    discussion on revenues, I think.

4        Q.    But you do know that the revenues it was

5    generating would never have been anywhere near

6    enough to cover the kind of obligation being

7    undertaken in this agreement; correct?

8            MR. VOLYNSKY:  Objection; form.

9            THE DEPONENT:  Yes, I believe so.

10   BY MR. MANDEL:

11       Q.    You believe that's correct, my

12   statement; correct?

13       A.    I believe that's correct.

14           MR. VOLYNSKY:  Note my objection.

15           MR. MANDEL:  Let's mark as Exhibit 22 a

16       document bearing Production No. DEFENDANT_1501

17       to 1514.

18           (Plaintiff's Exhibit 22 was

19       subsequently marked for identification.)

20   BY MR. MANDEL:

21       Q.    Is the top email in Exhibit 22 an email

22   that you sent to Mr. Tencer on March 6th of 2018?

23       A.    Appears to be.

24       Q.    And in it, you say:

25               "I'm frustrated that we are

```
 1                  here again at the end of the day

 2                  without a signed agreement."

 3             And you go on to say:

 4                  "Unfortunately, I'm held up by

 5                  people and timing that I've done

 6                  my best to control but have

 7                  clearly failed to leverage

 8                  according to our ideal plan."

 9             What did you mean by that?

10        A.   Let me read that again.

11             My idea of the plan was to buy the

12   equipment from Mr. Tencer.

13        Q.   And why -- well, strike that.

14             Who was holding you up?  What people are

15   you referring to?

16        A.   Well, I want to get a commitment from

17   our parent company that I can get an advance in

18   order to meet the commitments of the agreement.

19        Q.   And you hadn't been able to secure that

20   yet?

21        A.   It appears not at this stage.

22        Q.   And in the next paragraph, you say:

23                  "I have emails, voice

24                  messages, and texts out to the CEO

25                  of our parent asking for approval
```

1              to sign."

2              So it's fair to say that as of March 6,

3    2018, you believe you needed approval from the CEO

4    of DPW before entering into this agreement; correct?

5              MR. VOLYNSKY:  Objection; form.

6              THE DEPONENT:  I think you're reading it

7         too literally.  I mean, I could sign it.  I'm

8         the CEO of Super Crypto.  But I wouldn't be

9         comfortable signing it without knowing that I

10        would get the funding.  So that's the context

11        of that sentence.

12   BY MR. MANDEL:

13        Q.   So you might have the literal authority

14   to sign it as the CEO; correct?

15             MR. VOLYNSKY:  Objection; form.

16             THE DEPONENT:  That's what I'm saying,

17        yes.

18   BY MR. MANDEL:

19        Q.   But you personally wouldn't exercise

20   that authority without a commitment from DPW;

21   correct?

22             MR. VOLYNSKY:  Objection; form.

23             THE DEPONENT:  I could, but I personally

24        wouldn't be comfortable without knowing that I

25        could make the payments.

1    BY MR. MANDEL:

2         Q.    And the reason you wouldn't be

3    comfortable is you wouldn't want to sign a contract

4    without knowing that the funding was there; correct?

5                   MR. VOLYNSKY:  Objection; form.

6                   THE DEPONENT:  I consider that good

7         business, yes.

8    BY MR. MANDEL:

9         Q.    Now, you go on to say in the email:

10                    "I also want to be clear that

11                    Todd (the CEO) wants to close this

12                    deal as well so I expect good news

13                    when we connect."

14                    When you refer to Todd as the CEO, you

15    mean he's the CEO of DPW; correct?

16        A.    Yes.

17        Q.    And you say he wants to close this deal.

18                    That was your understanding as of

19    March 6th, 2018; correct?

20        A.    Yes.

21        Q.    And that's based on your communications

22    with him; correct?

23        A.    I imagine.

24                    MR. MANDEL:  Let's mark as Exhibit 23 a

25         document bearing Production No. DEFENDANT_1543

1          the record.  The time is 11:15.

2              MR. MANDEL:  Mr. Magot, we're going to

3          mark as Exhibit 25 a document bearing

4          Production No. DEFENDANT_1806.

5              (Plaintiff's Exhibit 25 was

6          subsequently marked for identification.)

7    BY MR. MANDEL:

8          Q.    Is the top email in Exhibit 25 an email

9    that you sent to Mr. Tencer on March 21st, 2018?

10         A.    It appears to be.

11         Q.    And in No. 1, you write:

12              "Our CEO is still nervous over

13              the transfer process."

14              Who are you referring to in this email

15   as "our CEO"?

16         A.    In that context, it would be Mr. Ault as

17   DPW CEO.

18         Q.    And do you recall that Mr. Ault was

19   expressing concern about making sure that the

20   machines would be properly released once the payment

21   was made?

22         A.    I do remember that that was a topic we

23   discussed, yes.

24         Q.    And is it correct that the way you ended

25   up dealing with that concern was doing an escrow

Page 120

```
 1   agreement?

 2        A.    I believe so, yes.

 3              MR. MANDEL:  Let's mark as Exhibit 26 a

 4        document bearing Production No. DEFENDANT_1919

 5        through 1933.

 6              (Plaintiff's Exhibit 26 was

 7        subsequently marked for identification.)

 8   BY MR. MANDEL:

 9        Q.    In the email -- the second email from

10   the top is an email Mr. Tencer sent to you on

11   March 22nd, 2018; correct?

12        A.    It appears to be, yes.

13        Q.    And in it, he says:

14              "I believe your CEO will now

15              be comfortable."

16        Do you have any understanding of what's

17   being referenced by "your CEO" in this context?

18        A.    If I read my email below, I'm

19   referencing Todd Ault, the CEO of DPW, so I imagine

20   that's who Mr. Tencer is referencing as well.

21        Q.    And at the top, you say:

22              "Please find the fully

23              executed Escrow instructions."

24              And if you look toward the back of the

25   document starting at 1926 and ending at 1933, does
```

1           document bearing Production No. DEFENDANT_1958

2           to 1960.

3                   (Plaintiff's Exhibit 28 was

4           subsequently marked for identification.)

5   BY MR. MANDEL:

6           Q.    And if you look at the top of

7   Exhibit 28, it appears to be an email that you sent

8   to Mr. Tencer on March 26th of 2018; correct?

9           A.    It does appear to be that.

10          Q.    And in it you say:

11                  "The CEO of the parent company

12                  DPW would like to share with you

13                  the details around the timing of

14                  the release from escrow."

15          Do you have any understanding of why

16  Mr. Ault would be sharing details about this

17  information at this point in time?

18          A.    I think just to provide further clarity

19  on the timing of the advance they would be sending

20  Super Crypto.

21          Q.    And why would that information be coming

22  from him as opposed to you?

23          A.    I'm just involving him to be, again,

24  transparent as possible.

25          Q.    And in the email, you say:

1  obtained from the bank?

2                MR. VOLYNSKY:  Objection; form.

3                THE DEPONENT:  Again, I don't recall.

4                MR. MANDEL:  Let's mark as Exhibit 39 a

5        document bearing Production No. DEFENDANT_2016

6        through 2018.

7                (Plaintiff's Exhibit 39 was

8        subsequently marked for identification.)

9  BY MR. MANDEL:

10        Q.    If you look at the email in the middle

11  of the page, that's a communication that Mr. Tencer

12  sent on April 9th of 2018; correct?

13        A.    April 9th?  Is that what you said?

14  Looks like it.

15        Q.    Yeah.  It says:

16                "On Monday, April 9th, 2018,

17                Willy Tencer wrote:"

18                And then you see the email below.  Do

19  you see that?

20        A.    I do see that.

21        Q.    And in it, he says:

22                "Our position is that we have

23                no problem to work with you and

24                hold the equipment beyond our

25                agreed upon terms, as long as we

1          know that you will honor your

2          payment commitments within a

3          reasonable time."

4          Do you recall him expressing that

5    viewpoint in April of 2018?

6          A.    Yes, I do.  The spirit of our

7    conversations throughout.

8          Q.    And did you agree to operate on that

9    basis?

10          MR. VOLYNSKY:  Objection; form.

11          THE DEPONENT:  On what basis?

12    BY MR. MANDEL:

13          Q.    The basis that's laid out in his email.

14          A.    Well, he's asking a question; right?

15          Q.    Well, he's saying he has no problem

16    working with you and holding the equipment beyond

17    the agreed-upon terms "as long as we know that you

18    will honor your payment commitments within a

19    reasonable time."

20          Did you ever communicate to him that you

21    were not willing or able to work with him under

22    those conditions?

23          MR. VOLYNSKY:  Objection; form.

24          THE DEPONENT:  Not that I recall.

25    ///

1    BY MR. MANDEL:

2        Q.    And were you attempting to work with him

3    under those conditions?

4                MR. VOLYNSKY:  Objection; form.

5                THE DEPONENT:  It appears we were.

6    BY MR. MANDEL:

7        Q.    You didn't tell him to release any of

8    the machines at that point; correct?

9                MR. VOLYNSKY:  Objection; form.

10               THE DEPONENT:  I do recall having

11           conversations with Willy about, look, I

12           understand if you have to sell them to someone

13           else.  I want this equipment.  And I was doing

14           everything I could to, you know, get an

15           advance to pay for them.  But, of course,

16           that's always his option, and I knew that was

17           a risk.

18   BY MR. MANDEL:

19       Q.    But you were trying to work with him so

20   that he wouldn't do that; correct?

21               MR. VOLYNSKY:  Objection; form.

22               THE DEPONENT:  Yes.

23   BY MR. MANDEL:

24       Q.    You wanted him to continue to hold it --

25   hold the machines for you; correct?

1            MR. VOLYNSKY:  Objection; form.

2            THE DEPONENT:  Yeah, I don't -- I didn't

3       want to start another process of buying

4       machines from someone else, even though I do

5       recall in this period of time prices were

6       dropping, so I could have gotten a better deal

7       somewhere else.

8   BY MR. MANDEL:

9       Q.    But yet, you still wanted to complete

10  your transaction with Willy?

11           MR. VOLYNSKY:  Objection; form.

12           THE DEPONENT:  We had a relationship I

13      wanted to honor.

14  BY MR. MANDEL:

15      Q.    And you understood that he was only

16  going to hold the equipment if you agreed to pay for

17  it; correct?

18      A.    I would -- yeah, I would assume so.

19  It's logical.

20      Q.    I mean, you didn't expect that you would

21  be able to obtain these machines without paying for

22  them; right?

23           MR. VOLYNSKY:  Objection; form.

24           THE DEPONENT:  Correct.

25  ///

1    BY MR. MANDEL:

2        Q.    Now, in his email, Mr. Tencer says:

3              "The payment for the 1st batch

4              has been substantially delayed."

5              By that, he means that it's now

6    April 9th, which is a few weeks after March 23rd,

7    and you still haven't completed the payment on the

8    first 500 machines; correct?

9              MR. VOLYNSKY:  Objection; form.

10             THE DEPONENT:  Sounds like that.

11   BY MR. MANDEL:

12       Q.    And when he says, "We are now

13   approaching the due date for the payment of the 2nd

14   batch," he's referring to the April 15th date, when

15   you would have to pay for the next 600 machines;

16   correct?

17             MR. VOLYNSKY:  Objection; form.

18             THE DEPONENT:  I would imagine.

19   BY MR. MANDEL:

20       Q.    And your responses were -- well, strike

21   that.

22             Mr. Ault's response is:

23             "We are on a wrap up call with

24             our lender in about 1 hour.  Once

25             I know when they will release

```
 1                   escrow I will email you."

 2                   Correct?

 3         A.    That's what that says, yes.

 4         Q.    Why is Mr. Ault taking the lead in

 5   responding at this point?

 6                   MR. VOLYNSKY:  Objection; form.

 7                   THE DEPONENT:  Well, I imagine because

 8         he's following up from their phone

 9         conversation we discussed earlier.

10   BY MR. MANDEL:

11         Q.    And is it also because he's the person

12   who's involved in arranging the funding that's going

13   to pay for these machines?

14                   MR. VOLYNSKY:  Objection; form.

15                   THE DEPONENT:  I would imagine.

16   BY MR. MANDEL:

17         Q.    And he's the person with the best

18   information as to what funds are going to be

19   available and when they're going to be available;

20   right?

21                   MR. VOLYNSKY:  Objection; form.

22                   THE DEPONENT:  He is the agent of DPW,

23         yes.

24   BY MR. MANDEL:

25         Q.    And he has more information on that than
```

1  you have; right?

2              MR. VOLYNSKY:  Objection; form.

3              THE DEPONENT:  Yes.

4  BY MR. MANDEL:

5       Q.    You have to look to him to know what

6  funds are going to be available to release; right?

7              MR. VOLYNSKY:  Objection; form.

8              THE DEPONENT:  Just like to any lender.

9  BY MR. MANDEL:

10      Q.    Do you consider DPW to be a lender?

11      A.    They provided me with financing.

12      Q.    Was that considered a loan?

13      A.    The terms of the deal weren't ironed out

14  in the beginning.  It's something that we'd work on

15  at the end.

16      Q.    And when you say it wasn't ironed out,

17  there was no formal written agreement with respect

18  to DPW providing advances to Super Crypto; correct?

19      A.    Yes.  That's correct.

20      Q.    And when you say it would be worked out

21  in the end, you mean that if the company got to the

22  point where it was financially viable, then you

23  might repay the funds that had been advanced;

24  correct?

25              MR. VOLYNSKY:  Objection; form.

```
 1                    THE DEPONENT:  No, it's not a matter of

 2          might.  The company would, in some form.

 3   BY MR. MANDEL:

 4          Q.    So if the company became financially

 5   viable, then you would pay back any advances that

 6   had been made?

 7          A.    Yes.

 8          Q.    But there was no timing set on when that

 9   would occur; right?

10          A.    There was no agreement.

11                    MR. VOLYNSKY:  Objection; form.

12   BY MR. MANDEL:

13          Q.    I'm sorry.  You can answer.

14          A.    No agreement.

15          Q.    And you weren't paying any interest on

16   that; correct?

17          A.    There was no terms, so no.

18          Q.    And the money never was paid back;

19   correct?

20                    MR. VOLYNSKY:  Objection; form.

21                    THE DEPONENT:  Correct.

22   BY MR. MANDEL:

23          Q.    Did Super Crypto borrow money from any

24   other related entities apart from DPW?

25                    MR. VOLYNSKY:  Objection; form.
```

1         A.    I don't recall.

2               MR. MANDEL:  Let's mark as Exhibit 50 a

3         document bearing Production No.

4         DEFENDANTS_2377 to 2379.

5               (Plaintiff's Exhibit 50 was

6         subsequently marked for identification.)

7    BY MR. MANDEL:

8         Q.    If you look at the second email from the

9    top in this exhibit, Mr. Tencer indicates in an

10   email to you:

11               "We want to work with you to

12               help you fulfill your obligation,

13               but we need to understand the

14               situation to see if we can help."

15         Do you recall him expressing that

16   sentiment during this time frame?

17               MR. VOLYNSKY:  Objection; form.

18               THE DEPONENT:  I can read that here.

19         Yeah, I don't recall.

20   BY MR. MANDEL:

21         Q.    Do you recall generally during this time

22   frame that Mr. Tencer was looking for information as

23   to when the remaining machines would be paid for?

24         A.    Yes.

25         Q.    And did you ever during those

1  communications say, "We are no longer interested in

2  going forward on the 600 machines"?

3      A.    No.

4      Q.    And at the top of Exhibit 50 is an email

5  that you sent to Mr. Tencer on May 1st of 2018;

6  correct?

7      A.    It is, yes.

8      Q.    And in it, you say:

9              "We are working on the

10             financing and hope to make the

11             final payment this week."

12             So as of May 1st, 2018, you were still

13  hopeful that you'd be able to pay for the remaining

14  600 machines in early May; correct?

15     A.    Yes.

16             MR. MANDEL:  Let's mark as Exhibit 51 a

17        document bearing Production No.

18        DEFENDANT_2394.

19             (Plaintiff's Exhibit 51 was

20        subsequently marked for identification.)

21  BY MR. MANDEL:

22     Q.    Is Exhibit 51 an email that you sent to

23  Mr. Tencer on May 2nd of 2018?

24     A.    It appears to be, yes.

25     Q.    And in it, you say that:

1                        Mr. Ault "did say that we will

2                        get the machines by the end of

3                        this week or early next week."

4                        Do you recall discussing the timing with

5    which you would be able to get the 600 machines with

6    Mr. Ault in early May?

7              A.    I don't recall that discussion.

8              Q.    If you made that statement to

9    Mr. Tencer, would that have been based on a

10   conversation that you had actually had with

11   Mr. Ault?

12                   MR. VOLYNSKY:  Objection; form.

13                   THE DEPONENT:  I would assume so.

14   BY MR. MANDEL:

15             Q.    You wouldn't attribute statements to

16   Mr. Ault that he hadn't made, would you?

17                   MR. VOLYNSKY:  Objection; form.

18                   THE DEPONENT:  No.

19                   MR. MANDEL:  Let's mark as Exhibit 52 a

20             document bearing Production No. DEFENDANT_2518

21             through 2526.

22                   (Plaintiff's Exhibit 52 was

23             subsequently marked for identification.)

24   BY MR. MANDEL:

25             Q.    At the top of this email thread in

1  a couple of hours of the email that we just looked

2  at cc'g Mr. Ault; is that correct?

3      A.    It does appear to be, yes.

4      Q.    Do you know whether, between the time of

5  Exhibit 52 and Exhibit 53, you received any input

6  from Mr. Ault on what kind of communication you

7  should convey to Mr. Tencer?

8              MR. VOLYNSKY:  Objection; form.

9              THE DEPONENT:  I don't recall.

10 BY MR. MANDEL:

11     Q.    Would it have been your practice to seek

12 such input?

13             MR. VOLYNSKY:  Objection; form.

14             THE DEPONENT:  Yes.

15 BY MR. MANDEL:

16     Q.    And if you look at Exhibit 53, towards

17 the bottom of the top email, you say:

18                 "I really want the machines

19                 and have open racks ready to take

20                 them ASAP."

21             So you're continuing to express to

22 Mr. Tencer the fact that you want those 600

23 machines; correct?

24     A.    Yes.

25     Q.    And you cc'd Mr. Ault on that

1  communication?

2          A.    I did.

3          Q.    Do you have any reason to believe that

4  you would have been expressing a desire inconsistent

5  with what Mr. Ault wanted?

6              MR. VOLYNSKY:  Objection; form.

7              THE DEPONENT:  This is my desire.  I

8          can't speak to Mr. Ault's.

9  BY MR. MANDEL:

10         Q.    Right.  But you are cc'g him on it, and

11  you were seeking his guidance.

12             Isn't it your understanding that

13  Mr. Ault was aligned with what you were seeking at

14  that point?

15             MR. VOLYNSKY:  Objection; calls for

16         speculation.

17             But go ahead, if you can answer it.

18             THE DEPONENT:  No, I can't speak to

19         that.  I don't know what Mr. Ault was thinking

20         at that time.

21  BY MR. MANDEL:

22         Q.    Well, you were in regular communications

23  with him during this process; right?

24             MR. VOLYNSKY:  Objection; form.

25             THE DEPONENT:  Yes.

1  BY MR. MANDEL:

2      Q.    And if Mr. Ault had expressed to you at

3  any point during this process that he was no longer

4  interested in funding these machines, would you have

5  kept telling Willy you wanted them?

6              MR. VOLYNSKY:  Objection; form.

7              THE DEPONENT:  No.

8              MR. MANDEL:  Let's mark as Exhibit 54 a

9      document bearing Production No. DEFENDANT_2563

10     to 2571.

11             (Plaintiff's Exhibit 54 was

12     subsequently marked for identification.)

13  BY MR. MANDEL:

14     Q.    Is the top email an email you sent to

15  Mr. Tencer on May 9th, 2018?

16     A.    It appears to be.

17     Q.    And in it, you indicate:

18             "I just spoke with Todd who is

19             working with the NYSE to finalize

20             approval of funds to buy the

21             machines."

22             Correct?

23     A.    Correct.

24     Q.    And do you have any reason to believe

25  that you didn't just speak to Todd before sending

Page 179

1  that email?

2       A.    I do not.

3       Q.    Do you have any recollection of what

4  your discussion with Mr. Ault was?

5       A.    No.

6       Q.    Do you have any understanding of what's

7  meant by "working with the NYSE to finalize approval

8  of funds"?

9       A.    I don't recall the specifics, but I

10  would assume the parent company was trying to get

11  approval for some sort of transaction from the NYSE.

12       Q.    But you don't remember what specific

13  transaction?

14       A.    I do not.

15            MR. MANDEL:  Let's mark as Exhibit 55 a

16       document bearing Production No. DEFENDANT_2599

17       through 2607.

18            (Plaintiff's Exhibit 55 was

19       subsequently marked for identification.)

20            MR. MANDEL:  I'm sorry.  It just looks

21       like it's 2599 to 2601.  I misspoke.

22  BY MR. MANDEL:

23       Q.    And at the top of Exhibit 55, you send

24  an email to Mr. Ault in which you say:

25                 "Making sure you saw this.

1                yesterday, but the below

2                notification states that only 50K

3                was sent."

4         Does that refresh your recollection as

5    to whether $50,000 was paid by DPW toward the

6    remaining 600 machines on or around May 18th of

7    2018?

8              MR. VOLYNSKY:  Objection; form.

9              THE DEPONENT:  It does appear that we

10         did wire that.

11   BY MR. MANDEL:

12        Q.    And why was DPW wiring money at that

13   point in time?

14              MR. VOLYNSKY:  Objection; form.

15              THE DEPONENT:  In the interest of

16         acquiring equipment.

17   BY MR. MANDEL:

18        Q.    So it's fair to say you were still

19   looking to purchase the equipment as of May 18th,

20   2018; correct?

21        A.    Yes.

22        Q.    Now, do you know at that point, as of

23   May 18th, had any consideration being given to

24   simply telling Willy, "You can sell the machines,

25   and we'll just lose our deposit"?

1          MR. VOLYNSKY:  Objection; form.

2          THE DEPONENT:  Well, I think our deposit

3       was already lost at this point, in my mind.

4       And I know that I had conversations with Willy

5       that, you know, if you have to, you can sell

6       the machines.  I think the price of the

7       machines were dramatically lower at this

8       point.

9          So, yeah, I'm sure we had that

10      conversation.

11   BY MR. MANDEL:

12      Q.    When you say the deposit was already

13   lost, what do you mean by that?

14      A.    Well, that I still had the option not to

15   have to buy these, but I'd lose the deposit.

16      Q.    And you say you still had the option not

17   to buy these.

18          Did you ever communicate that to Willy?

19      A.    I think Willy knew that as well.

20      Q.    Well, why do you say that?

21      A.    Because it was in our agreement.

22      Q.    Had you ever discussed that with Willy?

23      A.    Yeah, we did -- I mean, as I mentioned,

24   we talked about, "I understand if you have to sell

25   these and not sell them to us."

1    Q.    And that was something you think you
2  said orally?
3    A.    Yes.  I believe I said that to Willy on
4  the phone, but I also clearly also said, "I really
5  want the machines."  You know, we had made a
6  business decision to try to move forward and still
7  acquire the equipment.
8    Q.    Now, if the price of the machines had
9  declined so dramatically as of May 18, 2018, why did
10  you still want them at that point?
11    A.    That was a business decision we made.
12  It's a small community, and we wanted to maintain
13  relationships.  And we were also, again, optimistic
14  that the market could turn around.
15    Q.    And I know you said that you told Willy
16  orally he could resell the machines, but in all the
17  communications we've looked at since the closing on
18  the first 500 machines, is there any written
19  communication where you ever stated to Willy that he
20  could go ahead and sell the machines?
21    A.    I don't recall.
22    Q.    And was your hope in sending the $50,000
23  toward payment of the 600 machines to show to Willy
24  that you were still serious about purchasing them?
25          MR. VOLYNSKY:  Objection; form.

1            THE DEPONENT:  The 50,000, yeah.  I

2      believe so, yeah.

3  BY MR. MANDEL:

4      Q.    You would have no reason to send him

5  $50,000 if you didn't want to acquire the machines;

6  correct?

7      A.    That is correct.

8      Q.    And you were also trying to show that

9  you had the ability to raise funds to eventually pay

10  for the full balance; correct?

11            MR. VOLYNSKY:  Objection; form.

12            THE DEPONENT:  Yes.

13  BY MR. MANDEL:

14      Q.    In the top email, it says:

15                "We used a new account because

16                of a legal reason."

17            Do you have any understanding of what

18  that's a reference to?

19            MR. VOLYNSKY:  Objection; form.

20            THE DEPONENT:  I do not.

21            MR. MANDEL:  Let's mark as Exhibit 60 a

22        document bearing Production No. DEFENDANT_2708

23        to 2711.

24            (Plaintiff's Exhibit 60 was

25        subsequently marked for identification.)

Page 188

1    BY MR. MANDEL:

2        Q.    If you look at the second email from the

3    top in Exhibit 60, it's an email from Mr. Tencer to

4    Mr. Ault.  You're shown as a CC.

5        A.    Uh-huh.

6        Q.    And in it, he says:

7              "Will you be sending daily

8              wire deposits that you had

9              offered?"

10             Do you have any recollection that in

11   your communications with Mr. Tencer at this point in

12   time, you indicated that you would make daily wire

13   payments?

14       A.    I don't remember being that specific,

15   no.

16       Q.    And in your response, you don't correct

17   Mr. Tencer and say, "We never indicated that we

18   would make daily deposits," do you?

19             MR. VOLYNSKY:  Objection; form.

20             THE DEPONENT:  No.

21   BY MR. MANDEL:

22       Q.    And what you do say is:

23             (As Read) "Todd will have a

24             plan for full payment finalized

25             this Friday to discuss with you."

1                      Correct?

2          A.    Yes.

3          Q.    And, presumably, you made that statement

4    based on communications you had with Mr. Ault?

5          A.    Presumably, yes.

6                MR. MANDEL:  Let's mark as Exhibit 61 a

7          document bearing Production No.

8          DEFENDANT_2736.

9                (Plaintiff's Exhibit 61 was

10         subsequently marked for identification.)

11   BY MR. MANDEL:

12         Q.    Exhibit 61 contains an email that

13   Mr. Tencer sent to you and Mr. Ault on May 25th of

14   2018; correct?

15         A.    Correct.

16         Q.    And in it, he says:

17               "Great speaking with both of

18               you yesterday.  I feel I now have

19               a true understanding of your

20               situation.  I appreciate your

21               willingness to open up."

22               Do you have any understanding or

23   recollection of what was discussed in this

24   conversation?

25         A.    I don't recall.

1        Q.    Would you agree that if that was your

2   decision, you needed to communicate that at some

3   point to Blockchain?

4             MR. VOLYNSKY:  Objection; form.

5             THE DEPONENT:  I'm not saying that's our

6        decision.  I don't recall it.

7   BY MR. MANDEL:

8        Q.    I know.  But I'm saying -- you know,

9   you're telling me that you believed, as of this

10  point in time, you had the ability to just walk away

11  and limit your losses to whatever the deposit was on

12  the 600 machines.

13            And I'm asking you:  Did you understand

14  that in order to have that option, you had to

15  affirmatively communicate at some point a decision

16  to Blockchain that you no longer wanted the

17  machines?

18            MR. VOLYNSKY:  Objection; form, calls

19        for a legal conclusion.

20            THE DEPONENT:  Yeah, I don't know.  I

21        would have communicated eventually, I imagine,

22        if that decision was made.

23  BY MR. MANDEL:

24        Q.    But it never was made, was it?

25            MR. VOLYNSKY:  Objection; form.

1            person."

2            Do you -- did you believe as of May 31st

3    that Willy was acting reasonably with respect to

4    what he was asking of you in this transaction?

5            MR. VOLYNSKY:  Objection; form.

6            THE DEPONENT:  I do.

7    BY MR. MANDEL:

8        Q.    And you go on to say:

9            "When I say he is reasonable,

10            it is evident by the fact that we

11            are under contract to pay by 4/30

12            and he is offering the extension

13            to July 15th below."

14            Do you know why you said 4/30 as opposed

15    to the 4/15 date that's in the contract?

16        A.    I don't.

17        Q.    Was that just an error?

18        A.    I don't recall.

19        Q.    And when you say, we were under contract

20    to pay by 4/30, it was your understanding as of

21    May 31st that Super Crypto was contractually

22    obligated to pay for the remaining 600 machines;

23    correct?

24            MR. VOLYNSKY:  Objection; form.

25            THE DEPONENT:  Under the agreement,

1      yeah.

2   BY MR. MANDEL:

3      Q.    And you go on to say:

4            "Let's think about how we can

5            satisfy this company giving us

6            time to create cash."

7            What did you mean by that?

8      A.    Well, that I didn't have financing, and

9   so I needed a way to get financing.

10     Q.    But what did you mean by Blockchain

11   giving you time to create cash?

12     A.    Just getting more time to find a way to

13   purchase the equipment.

14     Q.    Okay.  And do you recall what kind of

15   response, if any, you got from either Mr. Horne or

16   Mr. Ault?

17     A.    I do not recall.

18            MR. MANDEL:  Let's mark as Exhibit 64 a

19         document bearing Production No. DEFENDANT_2790

20         to 2792.

21            (Plaintiff's Exhibit 64 was

22         subsequently marked for identification.)

23   BY MR. MANDEL:

24     Q.    At the top of Exhibit 64 is an email

25   that you sent to Mr. Ault on June 1st, 2018;

1    correct?

2         A.    It appears to be, yes.

3         Q.    And in the email, you say:

4               "Willy is expecting some sort

5               of wire today.  If we aren't going

6               to send one, please let me know so

7               I can manage him accordingly."

8               How do you know that Willy was expecting

9    a wire?

10        A.    I think it says it in the next -- the

11   email below.

12        Q.    And what did you mean by managing him

13   accordingly?

14        A.    That I could provide him information

15   that was accurate.

16              MR. MANDEL:  Let's mark as Exhibit 65 a

17        document bearing Production No.

18        DEFENDANT_2794.

19              (Plaintiff's Exhibit 65 was

20        subsequently marked for identification.)

21   BY MR. MANDEL:

22        Q.    The top email in Exhibit 65 seems to be

23   another email that you sent to Mr. Ault within about

24   an hour of the one we just looked at; correct?

25        A.    It appears to be, yes.

1    2018?

2         A.    It appears to be.

3         Q.    And that email follows later in the day,

4    after you had sent two emails to Mr. Ault seeking

5    his input on how to communicate with Blockchain;

6    correct?

7              MR. VOLYNSKY:  Objection; form.

8              THE DEPONENT:  It appears that way.

9    BY MR. MANDEL:

10        Q.    And in the email, Exhibit 66, you say:

11             "I'm emailing to make it clear

12             that SCM will honor our obligation

13             to finalize the purchase of the

14             last 600 machines."

15             Is it fair to say that you had received

16   input from Mr. Ault before making that

17   communication?

18        A.    Sure.  Yes.

19        Q.    And that Mr. Ault was in agreement with

20   providing that communication?

21             MR. VOLYNSKY:  Objection; form.

22             THE DEPONENT:  I don't recall.

23   BY MR. MANDEL:

24        Q.    Do you think it's likely that you would

25   have sent an email reaffirming your desire to

1  finalize the purchase if Mr. Ault had told you he

2  didn't want you to finalize the purchase?

3              MR. VOLYNSKY:  Objection; form.

4              THE DEPONENT:  Yeah.

5  BY MR. MANDEL:

6        Q.    I'm sorry.  You think it is likely?

7        A.    No.  I'm sorry.  No.

8        Q.    I'm assuming that you would have wanted

9  Mr. Ault to be aligned with your indication that you

10 still wanted to purchase the 600 machines; correct?

11             MR. VOLYNSKY:  Objection; form.

12             THE DEPONENT:  Yes, if we could come to

13       some terms.

14 BY MR. MANDEL:

15       Q.    Well, when you say "come to some terms,"

16 did you ever communicate in any of these discussions

17 anything other than timing concerns?

18             MR. VOLYNSKY:  Objection; form.

19             THE DEPONENT:  Towards the bottom of

20       this email, we recommend a solution, an option

21       for a different term.

22 BY MR. MANDEL:

23       Q.    Where the machines would be released to

24 you so they could start earning?

25       A.    Yes, and we pay them back as they

Page 202

1    earned.

2         Q.    And that was never agreed to by

3    Blockchain; correct?

4         A.    It was not.  Correct.

5         Q.    But they did agree to continue working

6    with you on giving you more time to make the

7    payments; right?

8              MR. VOLYNSKY:  Objection; form.

9              THE DEPONENT:  I don't recall.

10   BY MR. MANDEL:

11        Q.    If you look at your email, Exhibit 66,

12   in the second sentence of the first paragraph, you

13   say:

14                  "We however have had a number

15              of transactions occur recently, at

16              the parent company level, related

17              to acquisitions and growth.  These

18              transactions created unexpected

19              delays and approvals that have

20              delayed our ability to meet the

21              original timeline/plan."

22        Do you have any understanding of what

23   you're referring to in those transactions?

24        A.    I do not recall specifics, no.

25        Q.    Do you have any understanding of whether

1    BY MR. MANDEL:

2        Q.    This is an email that Mr. Tencer sent to

3    you on June 4th, 2018; correct?

4        A.    It appears to be, yes.

5        Q.    And he thanks you for your stated

6    commitment to honor your obligation regarding the

7    last 600 machines; correct?

8        A.    Yes.

9        Q.    And then he says:

10            "We will continue to work with

11            you to find a mutually acceptable

12            resolution."

13            Correct?

14        A.    Yes.

15        Q.    Does that refresh your recollection that

16    in June of 2018, Blockchain attempted to continue to

17    work with you on coming up with a timing -- a

18    timeline that you could meet with regard to

19    completing payment on the 600 machines?

20            MR. VOLYNSKY:  Objection; form.

21            THE DEPONENT:  I would say yes.  We were

22        all clearly under water, and he had no other

23        solution, so we agreed to try to work this

24        out.

25    ///

1    BY MR. MANDEL:

2         Q.    And when you say you're under -- were

3    under water, what do you mean?

4         A.    Well, everyone in this space lost a lot

5    of money.  He experienced losses.  We experienced

6    losses.

7               And, as I mentioned before, it's a small

8    community.  We tried to honor the obligations and

9    tried to work through it.  I'm sure we all felt

10   optimistic that it could turn around, so...

11              MR. MANDEL:  Let's mark as Exhibit 68 a

12         document bearing Production No. DEFENDANT_2822

13         to 2825.

14              (Plaintiff's Exhibit 68 was

15         subsequently marked for identification.)

16   BY MR. MANDEL:

17        Q.    Is this an email that you sent to

18   Mr. Tencer and Mr. Ault on June 7th of 2018?

19        A.    It appears to be, yes.

20        Q.    And in it, you ask whether you can move

21   the total due from July 31st to August 15th;

22   correct?

23        A.    Yes.

24        Q.    And you say:

25                   "This should be the last

1        Q.    And by "he," I assume you're referring

2   to Mr. Ault; is that right?

3        A.    I believe so.

4        Q.    And when you say, "It was more of a

5   gesture," what do you mean by that?

6        A.    I'm recognizing that it wasn't what he

7   expected.

8        Q.    And it was a small payment relative to

9   the outstanding balance; correct?

10            MR. VOLYNSKY:  Objection; form.

11            THE DEPONENT:  Yes.

12   BY MR. MANDEL:

13        Q.    Was it the intention, by continuing to

14   make payments, however small, to show that there was

15   still a commitment to finalize the payment on the

16   remaining 600 machines?

17            MR. VOLYNSKY:  Objection; form.

18            THE DEPONENT:  Yes.

19            MR. MANDEL:  Let's mark as Exhibit 73 a

20       document bearing Production Nos.

21       DEFENDANT_3210 to 3212.

22            (Plaintiff's Exhibit 73 was

23       subsequently marked for identification.)

24   BY MR. MANDEL:

25        Q.    Do you recognize the email at the top of

1    machines at that point in time?

2         A.    I don't recall.

3         Q.    And in the email, Mr. Tencer says:

4               "Please continue to show us

5               good faith and send us wires to

6               the best of your ability."

7               Is it your understanding that Blockchain

8    considered the payment of wires to be a good-faith

9    effort to pay down the 600-machine balance?

10              MR. VOLYNSKY:  Objection; form.

11              THE DEPONENT:  I don't know.

12   BY MR. MANDEL:

13        Q.    Was it a good-faith effort on your part

14   to pay down the machines?

15              MR. VOLYNSKY:  Objection; form.

16              THE DEPONENT:  I don't know what "good

17        faith" means in your mind.  Again, we're just

18        trying to purchase the machines still.

19   BY MR. MANDEL:

20        Q.    And in it, Mr. -- in the email that

21   Mr. Tencer sent in Exhibit 76, he says:

22              (As Read) "As you can see, we

23              applied some of your past wires to

24              pay off the first warehouse

25              storage and the balance has been

1                      applied to the Antminers."

2              Do you have any recollection of

3    reviewing the enclosure that showed how the account

4    stood?

5         A.    I don't recall, but I can see it here.

6         Q.    Would you have likely looked at the

7    statement at the time to see what the account stood

8    at?

9              MR. VOLYNSKY:  Objection; form.

10             THE DEPONENT:  That would be likely.

11   BY MR. MANDEL:

12        Q.    And if you look at the second page, it

13   reflects a number of payments between May 18th,

14   2018, and August 7th, 2018, that were being applied

15   toward the payment of the final 600 machines;

16   correct?

17             MR. VOLYNSKY:  Objection; form.

18             THE DEPONENT:  I'm not sure where

19        they're applied.  They're applied to a couple

20        invoices here.

21   BY MR. MANDEL:

22        Q.    Well, if you look at the first invoice,

23   that's the -- strike that.

24             If you look at the entry at the top,

25   that's an invoice for 3,272,500.  That was the

1    purchase price for the total 1100 machines; correct?

2         A.    Correct.

3         Q.    And the first four payments listed under

4    that reflect the deposit and then the payment of the

5    balance for the first 500 machines; correct?

6         A.    Yes.

7         Q.    And that was paid off as of April 17th,

8    2018; correct?

9         A.    Appears to, yes.

10        Q.    So all of the payments under that,

11   starting on May 18th and continuing through

12   August 7th, would have been toward the remaining 600

13   machines; correct?

14             MR. VOLYNSKY:  Objection; form.

15             THE DEPONENT:  Appears to be.

16   BY MR. MANDEL:

17        Q.    And you don't have any reason to dispute

18   that those payments were made; correct?

19        A.    No.

20        Q.    And you don't have any reason to dispute

21   the accuracy of the accounting that Mr. Tencer

22   provided in this document, do you?

23             MR. VOLYNSKY:  Objection; form.

24             THE DEPONENT:  I don't.

25   ///

Page 220

1    BY MR. MANDEL:

2         Q.    And he's showing the balance owing as of

3    this date, August 13th, 2018, to be a little over a

4    million and a half dollars with respect to the

5    machines; correct?

6         A.    I see that number here.

7         Q.    And did you ever write to object to that

8    number?

9         A.    No.

10        Q.    Did you ever dispute it in any way?

11        A.    Not that I can recall.

12             MR. MANDEL:  Let's mark as Exhibit 77 a

13        document bearing Production No.

14        DEFENDANT_03732 to 3733.

15             (Plaintiff's Exhibit 77 was

16        subsequently marked for identification.)

17             MR. VOLYNSKY:  Rich, can we take five

18        for the bathroom --

19             MR. MANDEL:  Yeah, absolutely.

20             MR. VOLYNSKY:  -- bathroom break?  Yeah.

21             MR. MANDEL:  Sure.  Why don't we take a

22        five- to ten-minute break.

23             THE VIDEOGRAPHER:  We're going off the

24        record.  The time is 2:00 o'clock.

25             (Recess taken.)

1          document bearing production

2          No. DEFENDANT_4297.

3               (Plaintiff's Exhibit 86 was

4          subsequently marked for identification.)

5    BY MR. MANDEL:

6          Q.    Do you recall receiving this email from

7    Mr. Tencer on or around October 26, 2018?

8          A.    I don't recall.

9          Q.    Separate and apart from whether you can

10   recall this specific email, do you recall at some

11   point around this time becoming aware that

12   Blockchain had indicated it was going to resell the

13   machines?

14         A.    Yes.

15         Q.    And did you have any communications with

16   Mr. Tencer about that after they communicated that

17   intention?

18         A.    I don't recall.

19         Q.    Now, are you aware of what price

20   Blockchain resold the 600 machines for?

21         A.    I'm not.

22         Q.    If I represent to you that the price

23   that it received was approximately $316.40 per

24   machine for a total of $189,840, do you have any

25   understanding of whether that price represents

1    accurately the fair market value of those machines

2    as of that time?

3         A.    I wouldn't be able to answer that

4    accurately, no.

5         Q.    I mean, we had looked at an email from

6    just a couple of weeks earlier where you talked

7    about the price being in the range of $400 a machine

8    on the Bitmain website; correct?

9         A.    Yes.

10        Q.    Does it strike you, based on that, that

11   the $316 price seems to be in the general ballpark

12   of what the market was offering at that point in

13   time?

14             MR. VOLYNSKY:  Objection; form.

15             THE DEPONENT:  Generally.  Seems low,

16        but generally.

17   BY MR. MANDEL:

18        Q.    It's not like you think the machines

19   were worth anything close to what you had agreed to

20   pay for them; right?

21             MR. VOLYNSKY:  Objection; form.

22             THE DEPONENT:  Right.

23   BY MR. MANDEL:

24        Q.    Do you have any reason to believe that

25   the resale price that Blockchain achieved on the

1          Q.    So does this indicate that Coolisys had

2    advanced more than $9 million to Super Crypto?

3          A.    I believe so.

4          Q.    And do you know what that $9 million was

5    used for?

6          A.    Purchase of bitcoin miners.

7          Q.    And then there's an entry for negative

8    2,160,000 DPW.

9                Does that indicate that DPW also

10   advanced an additional $2 million?

11         A.    Yes.

12         Q.    And is Coolisys a wholly owned

13   subsidiary of DPW?

14         A.    I believe so.

15         Q.    I assume it's correct to say that

16   Super Crypto never paid any dividends to anyone;

17   correct?

18         A.    That would be correct.

19         Q.    And it never earned any profits;

20   correct?

21         A.    Correct.

22         Q.    Do you recall that Super Crypto had a

23   bank account for a short period of time during 2018?

24         A.    Yes.

25         Q.    And that account was ultimately closed

1  down by the bank?

2       A.    Correct.

3       Q.    And do you know why the bank closed it

4  down?

5       A.    Yes.

6       Q.    Why was that?

7       A.    Because of the name Super Crypto.  Banks

8  were very sensitive of anything crypto-related.

9             MR. MANDEL:  Let's mark as Exhibit 88 a

10        document bearing Production No.

11        DEFENDANTS_4965.

12             (Plaintiff's Exhibit 88 was

13        subsequently marked for identification.)

14  BY MR. MANDEL:

15       Q.    Do you recall sending this email to

16  Ms. Chupric and Mr. Horne in April of 2018?

17       A.    Yes.

18       Q.    And the first sentence seems to

19  reference what we were just talking about with the

20  bank shutting down Super Crypto's bank account;

21  correct?

22       A.    It does.

23       Q.    And then you say:

24             "Todd and I were thinking that

25             we could set up an account with

1           C E R T I F I C A T E

2

3    STATE OF CALIFORNIA )

4                       ) ss.:

5    COUNTY OF ORANGE    )

6

7           I, TAMI L. LE, Certified Shorthand

8    Reporter within and for the State of

9    California, do hereby certify:

10          That DARREN MAGOT, the witness whose

11   deposition is hereinbefore set forth, was duly

12   sworn by me and that such deposition is a true

13   record of the testimony given by such witness.

14          I further certify that I am not related

15   to any of the parties to this action by blood

16   or marriage; and that I am in no way

17   interested in the outcome of this matter.

18          IN WITNESS WHEREOF, I have hereunto set

19   my hand this 26th day of January, 2023.

20   _____

21          TAMI L. LE, CSR NO. 8716, RPR

22

23

24

25

Index: $1,000..24th

**$**

**$1,000** 210:21

**$1.4** 132:10

**$1.6** 57:6 70:18,23
72:6,16 76:23 165:20

**$10** 143:10,14,20,25

**$100,000** 129:18
131:1,14 132:3
133:6,13 134:22

**$11** 238:22

**$189,840** 235:24

**$2** 212:18 239:10

**$200,000** 48:3

**$250,000** 243:12

**$2900** 59:18

**$300** 123:20,22 214:4
225:10,14

**$316** 236:11

**$316.40** 235:23

**$400** 236:7

**$400,000** 46:14

**$5,000** 80:10

**$50,000** 184:5
186:22 187:5 192:17
242:20

**$700,000** 40:12

**$9** 239:2,4

**1**

**1** 18:4 23:9,16,17,20
119:11 148:24

**1,387,500** 160:10
162:14,19

**1,487,500** 121:11

**1,561,375** 79:3

**1,566,375** 227:22

**1,621,375** 56:24
160:16,20

**1.3** 143:2 158:17

**1.4** 128:25 132:16,25

**10** 80:12,15,18 83:11
199:13

**10,000** 43:22

**100,000** 160:12

**1000** 212:5

**10017** 18:16

**100K** 127:5 129:15
183:25

**10:18** 92:25

**10:30** 92:23 93:3

**10th** 154:17 159:7

**11** 83:21,24 84:2

**1100** 106:12 129:23
130:2 135:15,21
136:20 160:2 219:1

**1153** 90:23

**11:00** 118:23

**11:15** 119:1

**11th** 227:18 228:9

**12** 85:4,7,10,20 86:4
229:16

**1207** 91:22 93:7

**1253** 99:3

**1282** 102:7

**12:07** 163:3

**12:46** 163:6

**12th** 229:8

**13** 86:23 87:1,5

**1323** 163:9

**1339** 163:9

**1341** 103:15

**13th** 83:13 117:9
154:22 155:4,18
158:18 206:14 220:3
225:6,11 227:23

**14** 89:13,16,19 90:2
221:22

**1400** 33:9,20

**14th** 80:10 208:7

**15** 62:1 65:10 66:10,
12 90:21,24 91:3
156:12 160:20

**150,000** 243:5

**1500** 104:12

**1514** 111:17

**1556** 115:1

**1590** 85:5

**1592** 86:4

**1593** 85:6

**15th** 62:3 63:4,16
148:14 159:21
182:18 196:13
205:21 216:16

**16** 91:20,23 93:6

**1661** 116:12

**16th** 162:19

**17** 97:13,16,19 164:4
166:5 210:16 231:1

**1721** 50:6,7

**1731** 50:2

**17th** 84:3,12 163:16
209:2,15 212:2 219:7

**18** 99:1,4,7 186:9

**18th** 183:19 184:6,19,
23 209:14 213:10
218:13 219:11

**19** 57:5 102:5,8,11
166:5

**1926** 120:25

**1931** 121:7

**1933** 120:5,25

**1950** 121:16

**1960** 124:2

**1971** 129:6

**1977** 130:8

**1982** 131:6

**1991** 25:13

**19th** 56:13 59:1 60:2
165:8 213:10 232:8

**1:18-cv-11099-alc**
18:10

**1st** 148:3 173:5,12
197:25 199:25

**2**

**2** 32:17,20,24 33:3
40:6,8 52:2 122:13
129:24 237:7

**2(a)(i)** 52:6

**2(a)(ii)** 54:22 55:9
122:14

**2,160,000** 239:8

**20** 17:1 103:13,16,20

**2012** 142:9

**2015** 67:22

**2017** 27:7

**2018** 28:8 33:18
40:22 43:2 53:4
56:13 57:5 59:2 60:2,
21 61:16 62:1,4 63:4
64:8 65:10 69:6 70:9
71:9 72:15,24 75:5
76:5,22 77:18 78:25
80:19 81:19 83:5
84:3,12,18 87:6 91:4
93:12 97:20 99:10
102:13 103:21
104:18 110:25
111:22 113:3 114:19
115:6 116:18 119:9
120:11 121:21
122:20 124:8 126:12
127:25 129:12
130:13 131:2,11,23
134:11 136:11 137:6
138:20 141:17
142:15 143:15 144:6,
12,16 145:5 154:17
159:22 160:20
162:19 163:16 165:8
166:17 167:24 168:9
169:9,17 171:4
173:5,12,23 175:2
178:15 182:19
183:19 184:7,20
186:9 189:14 191:17
192:7 195:15 197:25
200:1 204:3,16
205:18 206:14

**207**:13 208:7 209:2,9
210:17 212:2 213:7,
14 214:24 215:7,18
216:3,16 218:14
219:8 220:3 221:7,22
224:2,11 227:18
228:10 229:8,16
231:1 232:8 233:5
235:7 237:14,20
239:23 240:16
241:17 242:21 243:6

**2019** 237:15

**2020** 44:6

**2023** 17:1 18:12

**2028** 154:13

**2038** 156:22 157:13
158:5

**2041** 157:17

**20th** 18:12 213:10

**21** 104:10,13,16
109:3

**2100** 161:11

**21st** 119:9

**22** 111:15,18,21

**2239** 165:11

**2243** 165:1,12

**228** 18:15

**22nd** 33:18 120:11
233:5

**23** 114:24 115:2,5

**23.5** 222:3,16 223:10

**2351** 168:4

**2364** 168:25 169:4

**2370** 170:22

**2379** 172:4

**23rd** 53:4 54:23
121:21,23 122:2,15,
20 129:1 133:4 148:6
156:12 213:6 214:24

**24** 116:10,13,17
168:9

**24th** 69:6 70:9,20
166:17 167:24

**25** 119:3,5,8

**25,000** 44:1

**250,000** 48:4

**2526** 174:21

**2535** 175:20

**2571** 178:10

**2599** 179:21

**25th** 87:6 189:13 191:17 192:6 193:23

**26** 120:3,6 235:7

**2601** 179:21

**2607** 179:17

**2618** 180:14

**2623** 181:20

**2664** 182:12

**2668** 182:9

**2692** 183:12

**26th** 124:8

**27** 121:14,17,20 126:12 169:16

**2711** 187:23

**2773** 195:4

**2792** 197:20

**2797** 203:23

**27th** 127:25 129:11 169:8 170:8

**28** 123:25 124:3,7 154:12

**2825** 205:13

**28th** 130:13 131:2,11

**29** 126:3,6,9 127:24

**2900** 206:8

**2903** 207:24

**2904** 207:24,25 208:1

**2:00** 220:24

**2:07** 221:2

**2:15** 227:1

**2:16** 227:4

**2:40** 244:21,25

**2nd** 71:9 72:14,23 91:4 93:11 137:6 138:20 148:13 173:23

---

**3**

**3** 49:25 50:3,10,19,25 51:2,5,11,19,23 52:2, 13 54:12 61:23,24 66:23 67:6 70:21 122:3

**3,272,500** 218:25

**3-** 46:14

**3.5** 123:1 128:13

**3/16/18** 95:12

**3/7/18** 95:10

**30** 17:20 129:5,7,10

**30(b)(6)** 23:9

**30,000** 243:16

**300** 83:13 227:22

**300,000** 46:10

**3080** 227:7

**30th** 134:11 136:11, 21 171:4

**31** 130:6,9,12

**31st** 195:15 196:2,21 205:21

**32** 131:4,7,10 154:8

**3209** 210:11

**3212** 211:21

**33** 134:3,6,10

**3320** 212:24

**34** 136:23 137:1,5

**35** 25:24 138:13,16

**3532** 215:12

**36** 139:14,17

**3649** 216:10

**37** 141:10,13,16

**3733** 220:14

**3766** 221:16

**38** 142:7,10,14

**3800** 224:18

**3879** 227:11

**3880** 227:10,11,12

**39** 144:4,7

**3915** 229:3

**3rd** 77:17 78:25

---

**4**

**4** 56:4,7,10

**4/15** 196:15

**4/30** 196:11,14,20

**40** 154:6,9,16 156:16 158:13

**400,000** 46:11

**4044** 230:20

**41** 156:20 157:15,20, 24 158:3,6,9

**411** 229:13,17

**4124** 232:4,5

**4135** 231:25

**4147** 232:24

**42** 157:11,23 159:13, 16,20

**43** 161:9,12,15 162:7

**4321** 56:5

**4346** 68:22 69:1

**4355** 71:3

**4357** 74:24

**4362** 75:25

**44** 163:8,10,14

**45** 77:9 164:25 165:2, 6,17

**4525** 77:12

**4533** 77:5

**4551** 77:12

**45th** 18:15

**46** 166:10,13,16 167:19

**47** 168:2,5,8

**4705** 32:18

**48** 168:23 169:1,7

**4887** 242:19

**4891** 243:5

**4892** 243:11

**4893** 243:15

**4897** 242:9

**49** 170:20,23 171:3

**4th** 75:5 97:20 99:10 102:12 204:3

---

**5**

**5** 68:20,23 69:5 95:9 128:4 154:23 155:9

**5,000** 208:12

**50** 172:2,5 173:4

**50,000** 187:1

**500** 53:3 106:13 121:3,11,25 122:17 123:17 127:9,18 129:1 130:20 131:22 132:3,25 133:7 135:15 143:4 148:8 155:3 157:4 159:9 160:10 162:10 164:5, 10 186:18 219:5

**500-machine** 156:4

**50K** 184:2

**51** 173:16,19,22

**516** 226:22

**52** 174:19,22 175:1 176:5

**53** 175:18,21,24 176:5,16

**54** 178:8,11

**55** 179:15,18,23

**56** 180:12,15,18

**57** 181:18,21,25

**58** 182:7,14,17

**59** 183:10,13

**5K** 80:8

**5th** 103:21 141:17 142:15

---

**6**

**6** 71:1,4,7 113:2

**6.3** 40:21

**6/14** 80:8

**60** 187:21,24 188:3

**600** 57:1,7 59:2 62:5, 17 67:11,17,23 68:13 76:23 79:8 106:14,23 148:15 155:22 156:5 158:21 159:10 160:16,21 163:21 165:7,14 166:24 169:14,17 173:2,14 174:5 176:22 180:8 183:4,8 184:6 186:23 194:12 196:22 200:14 201:10 204:7, 19 211:16 216:5,25 218:15 219:12 231:16 235:20

**600-machine** 217:9

**61** 189:6,9,12

**62** 190:15,18

**63** 195:2,5,8,14

**64** 197:18,21,24

**65** 198:16,19,22

**66** 199:18,21,24 200:10 202:11

**67** 203:21,24

**68** 205:11,14

**69** 206:6,9,13

**6th** 104:18 111:22 114:19

---

**7**

**7** 74:22 75:1 83:5 221:7 224:2

Index: 70..approval

**70** 207:22 208:2

**70,000** 243:6

**707** 139:15

**71** 208:19,22 209:1

**714** 139:16

**72** 210:9,12,15

**73** 211:19,22 212:1

**74** 212:22 213:1,5 214:23

**75** 215:11,13

**76** 216:8,11,15 217:21

**77** 220:12,15 221:5

**78** 221:14,17,20

**79** 223:19,22,25

**7th** 80:19 81:19 115:6 116:18 117:1 205:18 218:14 219:12 224:11

**8**

**8** 75:23 76:1

**80** 224:16,19,22,24

**81** 226:20 227:6,8

**810** 18:16

**82** 229:1,4,7

**83** 230:18,21,25

**84** 231:23 232:1,7 233:8,19

**85** 232:22 233:1,9

**86** 234:25 235:3

**87** 237:5,8,11 238:20

**88** 240:9,12

**89** 242:7,10,14

**8:40** 17:2,5

**9**

**9** 77:3,6,16

**975** 86:25

**980** 89:15

**9:25** 55:24

**9:36** 56:2

**9th** 76:5,22 117:9 144:12,13,16 148:6 175:1 178:15 215:18

**A**

**a.m.** 17:2,5 118:23

**ability** 21:2 67:11 70:9 78:5 86:18 109:17 180:5 187:9 194:10 202:20 203:2 217:6

**absolutely** 90:4 117:18 220:19

**absorbing** 230:1

**Abstract** 38:9,12,13

**acceptable** 204:11

**access** 103:3 110:15

**accommodate** 20:17 105:17 137:18

**accordance** 52:12 159:25

**account** 47:1 58:17 123:2 187:15 218:3,7 239:23,25 240:20,25 241:5,8,18,24 242:1, 16 243:21

**accounting** 76:14 219:21 225:25 232:13

**accounts** 241:15

**accuracy** 219:21

**accurate** 33:16,19 143:24 198:15 237:13

**accurately** 20:4 236:1,4 238:8

**achieve** 41:9

**achieved** 40:15 236:25 237:20

**acquire** 108:7 186:7 187:5 228:10

**acquired** 33:11 34:23,24

**acquiring** 65:22 184:16

**acquisitions** 202:17

**acting** 196:3

**actions** 74:8

**active** 48:11

**activity** 203:1

**adding** 107:1

**addition** 22:13 83:11

**additional** 183:23 192:16 225:9 233:16 234:7 239:10 244:4

**address** 80:21

**adjusted** 53:15

**adjustment** 53:10

**admissible** 17:18

**adopted** 168:19

**advance** 39:15,18 70:6,10 71:12 86:15, 20 90:20 93:20 94:9 112:17 124:19 146:15 152:16 153:18

**advanced** 150:23 152:3,6 153:5 166:4, 7 167:11 239:2,10 242:2

**advances** 39:9 40:1 69:15 70:5 85:3 106:1 110:12 116:4 150:18 151:5 238:25 242:5

**advancing** 138:8 153:15

**advice** 47:12 161:22

**advise** 199:2

**affirmatively** 194:15

**afford** 229:24 230:7

**agent** 149:22 152:21

**agree** 95:8 137:16 145:8 194:1 202:5

**agreed** 54:15 59:7 83:18 129:15,17 144:25 147:16 161:5 202:2 204:23 236:19

**agreed-upon** 145:17

**agreeing** 63:17 64:19

**agreement** 50:13,15 51:8 53:21 59:19 63:6 68:1 70:22 87:14 88:4,9,17 91:10 95:8 109:10, 11,15,17,21 111:7 112:2,18 113:4 117:20 118:4,16 120:1 121:1,10 122:14 150:17 151:10,14 160:1 165:7,13,19 166:6 185:21 196:25 200:19 206:20 229:20 231:8,15 233:14,25

**ahead** 136:5 155:13 177:17 186:20 193:8 243:4

**air** 37:8

**airport** 103:2 214:10, 22

**Alabama** 46:4

**aligned** 177:13 201:9

**Alliance** 31:1

**allocates** 153:22

**allowing** 55:16

**altered** 55:8,14

**ambiguous** 20:14

**amended** 23:9

**amendment** 232:11, 16,21

**amount** 41:16 47:24 59:4,6,7 79:6 80:6 123:21 131:14 133:13 135:2 143:3,7 160:11 162:13,18 164:11 226:6,16

**and/or** 105:8

**Angeles** 39:2

**announcement** 222:1,7,10,11

**answering** 19:23 20:7

**answers** 20:8

**Antminers** 218:1

**anxious** 167:20 228:6,15

**anything's** 42:3

**apologize** 77:12 91:25

**appears** 50:18 56:14 78:7 79:13 80:11 84:4 86:4 87:7,8 91:5 93:13 94:8 97:21 99:9 102:14 103:22 104:19 105:7,12 111:23 112:21 115:7 116:19,20 117:2 119:10 120:12 121:5, 6,22 124:7 126:10,13 128:1 132:6,12 136:22 137:21 138:21 141:21 142:16 146:5 159:20 160:13 162:21 164:3 165:16 166:18,24 170:19 171:5,15 173:24 178:16 182:20 183:20 190:24 191:6,7 198:2,25 200:2,8 204:4 205:19 210:15, 18 212:3 213:8,17 216:17 219:9,15 224:24 227:19 229:9 231:2 232:9 233:6

**applied** 183:23 217:23 218:1,14,19

**apply** 213:19

**approach** 168:18

**approaching** 148:13 155:22 156:5

**approval** 90:6,8 94:9 97:5 106:3 112:25 113:3 115:21 130:17 142:19,23 178:20

179:7,11 222:2,15,17

**approvals** 202:19

**approve** 88:17 89:7

**approving** 96:6

**approximate** 59:17

**approximately**
19:15 24:19,21 31:23
33:17,18 40:20,23
46:6 140:22 165:20
191:23 227:22
235:23 241:23

**April** 56:13 57:5 59:1
60:2 61:16 62:1,3
63:4,16 65:10 66:10,
12 67:22 69:6 70:9,
20 137:6 138:20
141:17 142:15
143:15 144:12,13,16
145:5 148:6,14
154:17 155:4 156:12
159:7,21 160:20
162:19 163:16 164:4
165:8 166:5,17
167:24 168:9 169:8,
16 170:8 171:4,14
219:7 240:16 241:17
243:21

**arising** 206:19

**arrange** 38:23
228:13

**arranged** 152:18

**arrangement** 39:16

**arranging** 149:12

**arrive** 116:4

**ASAP** 171:10 176:20

**ascertain** 61:13

**asks** 129:14

**aspect** 225:25

**assessment** 64:18
65:11,18 66:9

**asset** 44:19,22,25
45:10 50:12 63:6
64:1 68:1 70:21

**assets** 238:3

**assistance** 71:24

**assists** 237:18 238:8

**association** 17:8
18:18

**assume** 21:1 41:6
43:23 109:16 143:7
147:18 174:13
179:10 210:23,25
211:1 231:11 239:15

**assuming** 201:8
244:5

**assumption** 109:21

**assurances** 103:4

**assured** 109:12,14

**attached** 160:1
164:11

**attaching** 165:6

**attachment** 226:17

**attachments** 92:2,9
225:17

**attempted** 204:16

**attempting** 146:2

**attempts** 241:17

**attend** 25:18

**attending** 26:5

**attention** 139:22

**attorney** 24:11
103:25 207:11
224:14 233:13

**attribute** 174:15

**audibly** 20:12

**August** 205:21
215:18 216:3,16
218:14 219:12 220:3

**Ault** 25:4,23,24 27:2,
6,11,23 28:12 30:10,
14,16,18 31:1,7,13,
17 32:1,2,3,9 33:4
42:8 51:16 56:12
57:11 69:6,17 70:22
71:8 75:5 76:5,10
77:17 80:19 81:3
84:3 87:5,16 88:17
89:7,21 90:9 91:14
95:25 96:5,11,19,22
97:20 98:9,20 99:23

102:20 103:8 104:17
105:8 119:16,18
120:19 124:16 125:4
126:20 127:7 129:17
136:9 138:10 140:12,
13,17,23 141:23
142:4,14,17,25 149:4
153:21 154:16,20
158:10 159:7,21
161:17 167:15
169:16 174:1,6,11,16
175:1,11,15 176:2,6,
25 177:5,13,19 178:2
179:4,24 181:25
182:18 188:4 189:4,
13 190:6,22 191:9
195:9,15 197:16,25
198:23 199:15 200:4,
16,19 201:1,9 205:18
206:14 207:18 208:6
209:1,15 211:2 212:1
213:6 214:24 215:4,
17,20 216:16,24
221:6,12,21 224:1
232:8 233:5,19

**Ault's** 25:7 76:11
148:22 177:8

**authority** 113:13,20

**avoid** 233:16,23
234:7,12

**aware** 22:7,10,12
37:13 48:14,15 67:9
89:12 127:17 235:11,
19

**awareness** 142:2
199:6

___

**B**

**back** 40:6 46:9 51:8
53:18 55:3,8 56:1
59:21 61:23 92:21
93:2 109:8 111:2
118:25 120:24 122:3
127:16 151:5,18
163:5 165:10 170:7
193:14 201:25 221:1
224:13 226:5 227:3

**back-and-forth**
51:12 118:5,7

**background** 25:10

**balance** 45:3 62:1
70:14 121:10,24
122:16 127:9 131:22
132:3 133:7 136:3
154:23 155:9,17,20
162:9 187:10 211:9
217:9,25 219:5 220:2
224:6,10 225:6
227:21 237:14,24
238:19

**balances** 81:1,7,9,15
82:19,22 84:6,20

**ballpark** 42:10
236:11

**bank** 58:16 142:20,
23 144:1 239:23
240:1,3,20 241:1,9,
15,24 242:1,16
243:21

**banking** 26:20
199:14

**banks** 140:5 240:7
241:15

**based** 34:8 42:25
114:21 174:9 189:4
236:10

**basic** 42:6 140:17

**basically** 128:15
191:13

**basing** 221:12

**basis** 59:12 133:24
145:9,11,13

**bat** 34:19

**batch** 148:3,14

**Bates** 50:6 154:12

**bathroom** 220:18,20

**bearing** 32:17 50:1
56:4 68:21 71:2
74:23 75:24 77:4
80:13 83:22 85:5
86:24 89:14 90:22
91:21 93:6 97:14
99:2 102:6 103:14
104:11 111:16
114:25 116:11 119:3
120:4 121:15 124:1
126:4 129:5 130:7
131:5 134:4 136:24

138:14 139:15
141:11 142:8 144:5
154:7 156:21 157:12
158:4 159:14 161:10
163:8 164:25 166:11
168:3,24 170:21
172:3 173:17 174:20
175:19 178:9 179:16
180:13 181:19 182:8
183:11 187:22 189:7
190:16 195:3 197:19
198:17 199:19
203:22 205:12 206:7
207:23 208:20
210:10 211:20
212:23 215:11 216:9
220:13 221:15
223:20 224:17
226:21 227:6 229:2
230:19 231:24
232:23 235:1 237:6
240:10 242:8

**bears** 60:10

**began** 29:24 39:6
85:25 209:10

**begin** 20:7 25:9
27:17 69:8 183:7
223:3

**beginning** 18:3
150:14 222:19

**begins** 207:7

**begun** 222:4

**behalf** 17:23,25
132:22

**belief** 48:25

**believed** 57:11
72:15,23 81:19
137:23 192:6,13
194:9 206:4

**Bend** 37:3

**big** 140:3

**bills** 45:2 110:12

**Billy** 104:17

**bit** 29:22

**bitcoin** 30:7 38:18
40:18 63:25 239:6

**Bitmain** 61:10
229:13,16 236:8

**Bitnile** 21:21 22:3 31:1

**Blockchain** 18:5 19:11 48:21 49:1,12 50:16 56:24 57:6,12 59:8,19 63:7 64:16 70:18,24 72:4,15 73:15 75:21 76:23 79:2 81:14,21,25 82:3 83:19 84:9 85:12 86:1 107:16 117:17 131:15 133:24 139:21 159:8 160:3 164:21,22,23 168:19 192:12 194:3, 16 197:10 200:5 202:3 203:3 204:16 207:14 209:10 214:8 216:4 217:7 232:12 235:12,20 236:25

**BMS** 85:5 86:4 139:15 163:9

**board** 31:18,20 32:1, 4,6,10,14 69:18 88:10,19 89:4 90:6,8, 13 91:8,13 95:15,17, 19,21 96:24 97:4 104:25

**bold** 182:1

**book** 125:14

**borrow** 151:23

**bother** 244:6

**bottom** 56:15 90:2 102:15 103:23 116:25 126:10 137:4 139:22 140:6 176:17 201:19

**bought** 38:25 46:3,5

**break** 20:15,19 55:19 92:20 118:19 156:25 157:5 163:1 220:20, 22

**breaking** 106:13 130:3 135:22

**briefly** 19:19 25:9

**bringing** 94:19

**broke** 106:21

**broken** 54:6 117:8

**brought** 21:25

**BS** 25:15

**build** 209:6

**build-out** 37:4,9,10

**business** 26:11 29:11,25 30:1 34:25 36:1,4 63:1 64:12,20 114:7 123:13 186:6, 11 230:2

**buy** 30:1 38:22 39:8, 19,22 57:15,16,18 58:6 60:5 61:3 65:16 67:23 72:19 73:2 79:15 81:22 82:13,14 86:15,18 87:25 106:22 110:8 112:11 140:9 164:6 178:20 185:15,17 193:18

**buying** 79:20 88:3 106:12 147:3

**C**

**California** 17:1 25:16 34:4,10,16 37:24 210:2

**call** 42:4,12 73:14 126:24 139:23,25 140:3 141:19 148:23 191:7 199:11 216:19

**called** 19:2 50:12 164:21

**calling** 65:12

**calls** 78:16 140:12, 16,23 177:15 194:18

**Canada** 210:3 213:25 214:2

**capacity** 22:13 25:25 26:24

**capital** 106:3 128:24 153:22

**career** 26:17

**cares** 109:22

**case** 17:22 18:9 19:10 21:9,19 51:25 87:19

**cash** 44:19,21 53:19 93:20 105:17,22 106:3 190:7,12 197:6,11

**cc'd** 176:25

**cc'g** 163:15 176:2 177:10

**CC's** 161:17

**ceased** 44:6,18 45:8

**center** 35:2,5,9 36:13,22 37:5,14,15, 17,23 38:7 46:3 47:19

**centers** 37:9

**CEO** 23:1,3 41:6 65:15,19 69:20 88:22 98:1 99:15,17 100:4, 14 101:25 103:25 104:6,22 112:24 113:3,8,14 114:11, 14,15 119:12,15,17 120:14,17,19 122:24 124:11 125:1 139:24 140:3

**certified** 17:7

**CFO** 115:9,10,12

**chance** 32:23

**change** 68:6

**changed** 30:25 35:22

**changing** 27:24 85:2

**charged** 36:22 233:24

**charges** 213:20 214:7 225:9,13

**chat** 23:12,15 32:19 50:10 93:5 122:6

**check** 39:12

**Chestukhin** 19:10 50:5 68:25 91:25 154:11 157:14,19 169:3 182:10 207:25 209:20 210:1 232:3

**Chico** 25:16

**chose** 73:20,23

**Chupric** 71:8 240:16

**Civil** 17:21

**claims** 47:24 140:8

**clarification** 43:13 101:18

**clarity** 124:18

**clause** 49:10 51:16 61:24 66:23 67:6 70:21

**clauses** 52:2 67:2

**clear** 42:22 94:22 114:10 159:3 200:11

**click** 23:12

**client** 26:15 48:20

**clips** 244:20

**close** 114:11,17 143:6 155:3 158:21 159:9 170:9 236:19

**closed** 171:8 239:25 240:3

**closely** 60:20

**closing** 154:21 171:13 186:17 243:21

**college** 25:13 26:2,4, 18

**comfort** 94:25 116:8

**comfortable** 43:16, 21 88:5 89:6 98:10 101:6 109:15 113:9, 24 114:3 115:18,22 120:15

**comment** 199:7

**commercially** 207:1

**commitment** 55:5 112:16 113:20 115:19,24 116:2 204:6 211:15

**commitments** 112:18 145:2,18

**communicate** 145:20 167:10 185:18 194:2,15 200:5 201:16

**communicated** 126:19 142:3 159:2 194:21 203:16 235:16

**communicates** 140:14 180:18

**communicating** 86:1 122:19 159:7 167:14 180:4

**communication** 24:13 53:18 55:3 67:10,16 87:9 89:11 94:19,21 99:9 100:13 125:5,11,13 137:6 138:7 144:11 176:6 177:1 183:18 186:19 200:17,20 207:18

**communications** 55:8 66:24 85:21 89:21 98:22 114:21 116:3 173:1 177:22 186:17 188:11 189:4 190:4 235:15

**community** 186:12 205:8

**companies** 27:1 60:14 61:1 125:20 241:4

**company** 21:10 22:18,25 23:3,5 27:5, 8,11,25 28:18 29:5 30:9,10,14,16,17,18, 25 31:4,7,13,17 32:1 33:8,11 36:7,8 39:9, 10,13 41:7,8 42:10 44:6,8,18,21,24 45:6, 8,12 48:13 65:16,22 76:17 84:6 86:15,20 93:20 94:1,19 95:1 98:1 106:5 109:22 112:17 116:4 123:8 124:11 125:1 128:20, 23 138:8 150:21 151:2,4 164:20 171:18,21 179:10 191:4 197:5 202:16 203:1

**compensate** 36:18

**compensated** 37:10

**compensating** 37:16

**complaining** 78:18

**complete** 67:18 147:9

**completed** 137:15 148:7 164:5

**completely** 181:5

**completeness** 92:12

**completing** 204:19

**computer** 30:6

**concern** 103:8 108:15,20 119:19,25

**concerned** 191:8

**concerns** 53:19 73:9 104:1 108:1,23,25 201:17

**concludes** 244:18

**conclusion** 194:19

**conditional** 142:19, 23

**conditions** 145:22 146:3 237:2

**conf** 127:5

**confident** 212:17

**confirm** 86:8 169:3 182:24 224:14

**confirmation** 127:4

**confirmations** 93:16

**confirmed** 122:25 138:24

**confirming** 86:11

**confused** 193:12

**confusing** 20:14

**connect** 114:13 170:6

**connected** 36:10 61:1

**connection** 21:9 27:6 85:19

**consideration** 117:6 184:23

**considered** 81:3 84:11 150:12 217:8

**consisted** 36:8

**consistent** 28:9 168:18 228:23

**consistently** 67:17

**contact** 27:23 85:11

**contacts** 61:13

**contemplating** 135:20

**context** 58:5 83:3 113:10 119:16 120:17 155:15,25 156:14

**continually** 74:17

**continue** 55:16 63:1 73:23 146:24 171:10, 16,18 202:5 204:10, 16 210:21 217:4

**continued** 68:12 215:6

**continues** 47:2

**continuing** 89:20 176:21 211:13 216:4 219:11

**contract** 39:14 49:9, 23 50:22 64:16,19 66:12 67:5 68:4 79:25 80:4 83:2 89:8 98:24 107:1 114:3 132:24 136:12 137:19 156:11 160:11,22 168:20 192:22 196:11,15,19 203:2 207:5,9,15 231:15

**contractual** 135:7

**contractually** 196:21

**control** 112:6

**controls** 103:1

**convenient** 157:5

**conversation** 87:13 127:10 149:9 174:10 180:25 182:22 185:10 189:24

195:22

**conversations** 25:3 62:24 141:8 145:7 146:11 185:4

**convey** 176:7

**cookie** 126:17

**Coolisys** 34:3,9 152:11,17,18,19,22 153:2,5 239:1,12 242:6

**copied** 97:22

**copy** 23:9 244:23

**copying** 142:15

**Corbett** 104:17,20, 21,25

**correct** 22:19,20 23:1,2 30:10 31:2 32:7,8,10,12 35:19, 22 36:16 38:21 44:5, 6,9,10,13 45:10,11, 12 47:14 54:8,12,16 55:9 57:10,12,19,21 58:20,24,25 61:21 63:23 64:1,4,9,12,16, 20 65:3,12,19,23 66:5,14 69:20 70:3, 18,24,25 71:15 72:4, 7 73:25 74:6,11,19 75:21,22 78:25 79:11,20 80:1 81:7,8, 10,16,17,21,25 82:4, 25 84:6,9,10,12,13 87:10 88:22,24 89:3, 8,22 90:14,17 93:6, 12 94:4,12 96:1,12, 19 98:4,11,12 99:23 100:4,5,7 105:11 106:5,14,18 107:2, 16,17,21,25 108:2,8 109:18,19 110:16,18, 22,23 111:7,11,12,13 113:4,14,21 114:4, 15,19,22 116:22 118:13,17 119:24 120:11 124:8 127:18 130:14 131:15 132:2, 10,20,23 133:1,8,25 136:4 137:6,9 138:10 141:20,23,24 143:4, 20 144:12 146:8,20, 25 147:17,24 148:8,

16 149:2 150:18,19, 24 151:16,19,21 153:16,23,25 154:4, 18 156:12,13 157:25 158:13,14 159:10,22 160:6,12,17,18,25 161:6,8 162:10,20, 23,24 163:16 164:7 165:21 166:1,7 167:16,17,24 169:9 170:10 171:4 173:6, 14 175:2,3,8 176:2, 23 178:22,23 180:2 181:2 182:2,19 183:19 184:20 187:6, 7,10 188:16 189:1, 14,15 190:23 195:16 196:23 198:1,24 200:6 201:10 202:3,4 204:3,7,13 205:22 206:2,22 207:2,5 209:7 210:17,24 211:9 212:8 213:7,11 215:18 218:16 219:1, 2,5,8,13,18 220:5 221:22 222:13,14 224:2 227:18 229:21 230:9 231:12 234:9, 14,15,22 236:8 239:15,17,18,20,21 240:2,21 241:21,25 242:3,21,24 243:2,3, 8,9,13,14,17,18

**correctly** 96:22

**cost** 59:18

**COSTA** 17:1

**costs** 123:17,19 224:8

**counsel** 18:2 24:4 25:1 62:21,23 92:7, 17 244:10,17

**Counselors** 17:6

**count** 33:21

**County** 37:24

**couple** 176:1 218:19 236:6

**court** 18:8,17,21 193:13

**courtroom** 17:19

**cover** 50:11 111:6 123:16 242:14

**Cowan** 19:8

**crash** 59:14,15

**create** 142:2 197:6, 11

**created** 202:18

**creates** 110:9

**creating** 19:23 199:6

**credit** 143:11,14,20, 25

**crypto** 18:7 22:15,17, 21 24:2 27:9,12,17 28:3,13,22 29:6,8,14, 18,25 30:2,4,5 32:4,7 33:5,19 34:12,25 35:5,21,25 36:4,9 37:6,25 39:6,15,21 40:14,24 41:17 43:1 46:7,22,25 47:16 48:16,19,25 50:16 54:15,24 57:5 58:16, 23 64:12 69:19 70:3, 9 72:15 77:25 78:4 79:8,11 81:4,20 83:6 84:24 87:23 88:10, 13,20 91:13 95:15,16 96:25 100:4 105:1,4 109:23 110:1,4,10,25 113:8 115:12 124:20 125:23 132:17,22 133:12 140:4 143:19 150:18 151:23 152:7, 16 160:20 161:21 167:9 196:21 222:11, 22,25 237:14,20 239:2,16,22 240:7 241:6,23 242:16 243:20

**Crypto's** 132:22 153:13 240:20

**crypto-related** 240:8

**cryptocurrency** 29:17 30:3 44:24 45:1,5,9 64:3

**current** 30:9,11

**customer** 35:12,14 38:2

**D**

**daily** 77:23 188:7,12, 18 199:12 212:7

**Darren** 18:5 19:1 244:19

**Dasha** 19:9

**data** 35:2,5,9 36:12, 22 37:4,9,14,16,23 38:7 46:2 47:19

**date** 45:17 53:11,15 55:9,15 66:11,16,17, 18 70:21 121:24 122:1,16 133:4 148:13,14 154:21 155:21 196:15 220:3 234:22

**dated** 126:11

**dates** 52:17 54:11 66:19 136:18 156:12

**day** 18:12 19:22 20:16 22:22 24:11 83:13 105:11 112:1 116:21 123:20 200:3 214:4 225:10,14 227:22

**days** 34:12 70:20 132:9,23 133:3 154:23 155:9,16 199:14 231:3 233:7

**deadline** 156:5

**deal** 52:3 73:23 114:12,17 147:6 150:13

**dealing** 119:25 175:15

**dealings** 26:11 49:13 125:22

**debt** 47:20 153:12,13 192:12

**debts** 78:5 83:5 84:23 222:5,20,21

**decide** 82:8 89:4

**decided** 48:9 82:2 88:13 193:18

**decision** 63:1 66:2, 13 88:1,7,8,11 94:16 95:14,18,23 186:6,11 194:2,6,15,22

**decisions** 75:16,17 78:22

**declare** 207:4,8

**declaring** 207:14

**declined** 63:4 186:9

**default** 207:5,9,15 208:16

**defendant** 21:19 168:25 210:7

**DEFENDANT_ 03732** 220:14

**DEFENDANT_1147** 90:22

**DEFENDANT_1185** 91:21 93:7

**DEFENDANT_1235** 97:15

**DEFENDANT_1245** 99:3

**DEFENDANT_1274** 102:6

**DEFENDANT_1331** 103:14

**DEFENDANT_1488** 104:11

**DEFENDANT_1501** 111:16

**DEFENDANT_1543** 114:25

**DEFENDANT_1645** 116:11

**DEFENDANT_1806** 119:4

**DEFENDANT_1919** 120:4

**DEFENDANT_1949** 121:15

**DEFENDANT_1958** 124:1

**DEFENDANT_1969**

126:5

**DEFENDANT_1970** 129:6

**DEFENDANT_1976** 130:7

**DEFENDANT_1981** 131:5

**DEFENDANT_1987** 134:5

**DEFENDANT_1990** 136:25

**DEFENDANT_1991** 138:15

**DEFENDANT_2009** 141:12

**DEFENDANT_2011** 142:8

**DEFENDANT_2016** 144:5

**DEFENDANT_2033** 156:21 157:12 158:5

**DEFENDANT_2053** 159:15

**DEFENDANT_2099** 161:10

**DEFENDANT_2234** 165:1

**DEFENDANT_2349** 166:12

**DEFENDANT_2350** 168:3

**DEFENDANT_2369** 170:21

**DEFENDANT_2394** 173:18

**DEFENDANT_2518** 174:20

**DEFENDANT_2527** 175:19

**DEFENDANT_2563** 178:9

**DEFENDANT_2599** 179:16

**DEFENDANT_2615**

180:13

**DEFENDANT_2619** 181:19

**DEFENDANT_2659** 182:8

**DEFENDANT_2708** 187:22

**DEFENDANT_2736** 189:8

**DEFENDANT_2737** 190:17

**DEFENDANT_2772** 195:3

**DEFENDANT_2790** 197:19

**DEFENDANT_2794** 198:18

**DEFENDANT_2795** 199:20

**DEFENDANT_2796** 203:22

**DEFENDANT_28** 154:7

**DEFENDANT_2822** 205:12

**DEFENDANT_2896** 206:7

**DEFENDANT_2901** 207:23

**DEFENDANT_3203** 208:21

**DEFENDANT_3208** 210:10

**DEFENDANT_3210** 211:21

**DEFENDANT_3528** 215:12

**DEFENDANT_3648** 216:9

**DEFENDANT_3765** 221:15

**DEFENDANT_3796** 223:21

**DEFENDANT_3798**

224:17

**DEFENDANT_4038** 230:19

**DEFENDANT_4112** 231:24

**DEFENDANT_4136** 232:23

**DEFENDANT_4297** 235:2

**DEFENDANT_4313** 56:5

**DEFENDANT_4337** 68:21

**DEFENDANT_4347** 71:2

**DEFENDANT_4356** 74:23

**DEFENDANT_4359** 75:24

**DEFENDANT_4525** 77:4

**DEFENDANT_4689** 80:14

**DEFENDANT_4694** 83:23

**DEFENDANT_4703** 32:18

**DEFENDANT_958** 86:24

**DEFENDANT_979** 89:14

**defendants** 18:1 215:9

**DEFENDANTS_1** 237:7

**DEFENDANTS_ 1713** 50:2

**DEFENDANTS_ 2377** 172:4

**DEFENDANTS_ 2664** 182:11

**DEFENDANTS_ 2691** 183:12

**DEFENDANTS_3313** 212:24

**DEFENDANTS_3879** 227:7

**DEFENDANTS_3911** 229:3

**DEFENDANTS_4885** 242:9

**DEFENDANTS_4965** 240:11

**DEFENDANTS_515** 226:22

**defer** 44:4

**degree** 213:15

**degrees** 25:20

**delayed** 148:4 156:4 202:20 203:1 206:25

**delays** 54:19 202:19 203:5,9

**demonstrated** 74:8

**dependent** 94:23

**DEPONENT** 21:14, 21 22:10 24:14 28:16 30:21 32:12 34:15 35:7 39:18,25 41:11, 20 44:15 46:9 47:7,9, 19 48:2 49:15 52:16, 22 53:17 54:18 55:1, 11,22 57:23 58:11 59:10,21 60:4,12,23 62:7 63:19 64:22 65:5,14,25 66:7,16 67:1,14,20 68:3,9 69:24 70:5,13 71:21 72:12,18 73:1,19 74:2,8,14,21 77:1 78:7 80:3 81:12 82:6, 12,21 83:8 85:1 86:14 88:13,19,24 89:10 90:19 94:8,15 95:4 96:8,14,21 97:11 99:19,25 100:10 101:11,19 102:4,22 103:11 106:7,20 107:10 108:4,10,19 109:25 110:7,18 111:9 113:6,16,23 114:6 116:1 122:10 125:8 126:1,22 127:13 129:3 130:23 131:17, 25 132:6,12 133:3, 10,16,21 134:2 135:10,24 136:6,17 137:21 138:12 140:20 141:3 143:6, 17,22 144:3 145:11, 24 146:5,10,22 147:2,12,24 148:10, 18 149:7,15,22 150:3,8 151:1,21 153:7,12,18,25 155:6,14,24 156:9,19 159:12 161:2,8 162:1,12 166:1,9 167:8 168:1,22 170:12 172:18 174:13,18 175:17 176:9,14 177:7,18,25 178:7 180:11 184:9, 15 185:2 187:1,12,20 188:20 190:9,14 192:9,20 193:10,15 194:5,20 195:1 196:6,25 199:5 200:8,22 201:4,12,19 202:9 203:5 204:21 207:21 208:18 209:12,19,24 210:4 211:11,18 212:14 213:17 216:7 217:11, 16 218:10,18 219:15, 24 222:24 223:12,18 225:22 226:3,10,13, 19 227:14 228:2,18 230:14 231:19,22 234:2,19,24 236:15, 22 237:4,22 238:12, 17 241:11 242:5 244:2

**deposed** 21:6

**deposit** 49:10 50:24 51:24 52:7,11 62:2 95:9 106:23 117:8 183:24 184:25 185:2, 12,15 194:11 219:4 243:5,16

**deposition** 17:10,13 18:4,11 19:12 23:10 24:8 25:7 215:10 244:18

**deposits** 188:8,18 242:20 243:11

**describe** 21:16 28:12 34:1

**describing** 139:23

**designated** 22:14

**desire** 67:18 177:4,7 200:25

**desk** 61:18

**details** 70:14 80:25 124:13,16 125:3 138:4 181:7,14,16 182:5 190:6 214:20

**determine** 60:9

**determined** 123:3

**determines** 154:2

**develop** 29:10

**developing** 89:12

**Diego** 34:18

**Digital** 22:19 35:22, 25 36:3,5 37:17 38:4, 16 164:17,18

**direct** 38:3 75:9 139:21

**direction** 215:3

**directly** 38:3 39:14 126:20

**director** 97:5

**directors** 96:24

**disappointment** 117:14 118:1

**disbursements** 128:18

**disclose** 62:21

**discuss** 24:12 51:5 62:9,12 90:10 104:2 180:1 188:25 244:13

**discussed** 24:25 62:13,14 98:6 119:23 136:8 149:9 185:22 189:23

**discussing** 174:4

**discussion** 52:7 67:7 84:23 105:21 111:3 130:1 157:10

174:7 179:4 183:2 191:2 227:2

**discussions** 51:15 62:20 107:5 169:16 175:14 201:16 207:17 214:12,15

**dispute** 219:17,20 220:10

**distribution** 123:4

**District** 18:8,9

**divided** 52:7

**dividends** 239:16

**document** 32:17 41:14 42:1 44:4 50:1 52:23 56:4 67:3 68:21 71:2 74:23 75:24 77:4 80:13 82:24 83:22 85:5 86:24 89:14 90:22 91:21 97:14 99:2 102:6 103:14 104:11 111:16 114:25 116:11 119:3 120:4, 25 121:15 124:1 126:4 129:5 130:7 131:5 134:4 136:24 138:14 139:15,21 141:11 142:8 144:5 154:7 156:21 157:12 158:4 159:14 161:10 163:8 164:25 165:11 166:11 168:3,24 170:21 172:3 173:17 174:20 175:19 178:9 179:16 180:13 181:19 182:8 183:11 187:22 189:7 190:16 195:3 197:19 198:17 199:19 203:22 205:12 206:7 207:23 208:20 210:10 211:20 212:23 215:11 216:9 219:22 220:13 221:15 223:20 224:17 226:21 227:6 229:2 230:19 231:24 232:23 235:1 237:6 240:10 242:8,13,19 244:4,14

**documents** 28:6 41:25 43:5 46:15,19

55:20 97:8 118:21 237:18

**dollars** 41:23 43:1,8, 15 81:21 83:12 220:4

**download** 23:13

**DP** 104:22,23

**DP-** 243:20

**DPC** 242:24

**DPW** 30:19,24 31:3, 8,14 32:10,14 49:22 51:6 69:20 70:2,6,11 75:19 87:23 88:11,22 89:2 90:14,16 93:21 94:5 104:24 113:4,20 114:15 115:14,16 119:17 120:19 122:25 123:13 124:12 125:2,23 128:20 131:15,21 132:2,17,20 133:12 134:20 139:24 140:4 143:13 149:22 150:10,18 151:24 152:3,8 153:4,15,18 162:3,23 167:12 183:7 184:5,12 190:7,11 208:12 209:9 213:14 215:6 216:4 222:8,10,13, 16,21 223:9 239:8,9, 13 242:2,6 243:1,7, 12,17

**DPW's** 89:4 90:20 153:12

**draft** 87:14 163:19

**dramatically** 185:7 186:9 191:21

**drop** 63:10 192:2

**dropped** 48:8 191:20 229:12

**dropping** 147:6

**due** 58:19 121:25 122:16 127:9 133:7 135:3 143:4 148:13 155:21 156:12 160:9, 15,24 164:12 205:21 224:15 225:6

**duly** 19:2

**E**

**earlier** 105:11,24
106:21 116:21 149:9
152:10 182:23 236:6

**earliest** 167:1

**early** 34:12 135:17
163:24 170:5,17
173:14 174:3,6

**earned** 42:10 43:1,7,
21,25 202:1 239:19

**earning** 201:24

**earns** 30:7

**easier** 53:23 54:10
143:12

**easiest** 69:9 108:7

**East** 18:15

**Ed** 78:12

**educational** 25:10

**effort** 217:9,13

**efforts** 54:1 55:4
241:7,13

**electric** 37:11

**email** 33:3 50:11
56:12 58:15 69:5
71:7 75:4 76:4 77:2,
16 78:10 80:6,18,20,
22 83:2 84:2 87:4,5,
16 91:2,3 93:10
97:19,25 99:8 101:9
102:12,16 103:19,20,
24 104:7,16,17
105:6,9,10 106:11
107:3 109:2 111:21
114:9 115:5 116:16,
17,20,25 117:1
118:12 119:8,14
120:9,10,18 121:20
122:2,21 124:7,25
126:10,11 127:2,23,
24 129:11 130:12
131:10 134:9,10
138:19 140:1,14
141:17,19 142:13,14
144:10,18 145:13
148:2 149:1 154:15,
16 155:15 156:15

**emailing** 76:12
200:11

**emails** 76:19 96:12,
15,17 112:23 123:22
128:12,13 137:4
156:2 200:4

**emphasized** 106:22

**enclosure** 218:3

**encouragement**
216:24

**encouraging** 216:19

**end** 40:8,10 77:8,11
99:13 112:1 150:15,
21 158:23 174:2
203:11 228:4,16

**ended** 28:23 119:24

**ending** 50:5 120:25

**ends** 182:10 232:3

**ensuing** 68:7

158:9,10,12 159:2,
20,21 160:23 161:16
162:6,15,21 163:13,
15 166:16 167:19
168:8 169:7,8,24
170:13 171:2,3
172:8,10 173:4,22
174:25 175:1,25
176:1,17 178:14
179:1,24 180:24
181:1,24,25 182:17
183:16,17 187:14
188:2,3 189:12
190:21,22,23 195:8,
14,22,24 197:24
198:3,11,22,23
199:9,24 200:3,10,25
201:20 202:11 204:2
205:17 206:12,13
208:5,6,25 209:1,13
210:16 211:25 212:1
213:4,5 214:24
215:16,17 216:1,14,
15 217:3,20 221:5,6,
20 223:25 224:13,24
225:1,5,17 227:17
228:5 229:7 230:24,
25 231:4 232:7
233:4,8,9,10 234:19,
21 235:6,10 236:5
240:15 242:14

**enter** 88:9 109:20

**entered** 39:16 50:16
64:11,15 67:5 109:9
121:2 166:6

**entering** 109:11
113:4

**entire** 58:14 66:24

**entities** 28:21,23
29:2,5 34:11 39:14
46:2 151:24 152:4,7
153:10

**entity** 28:3 34:21
35:20,24 36:3 37:19
38:24 39:3 243:2

**entries** 238:24

**entry** 30:13 56:23
218:24 239:7

**environment** 125:21

**envisioning** 117:16

**equations** 30:7

**equipment** 39:19,22
57:9,15 60:14 61:2
63:2 65:16 68:10
72:20 73:2,3,4 79:18,
20 82:13,15 86:16,19
110:8 112:12 144:24
145:16 146:13
147:16 152:21 170:2
184:16,19 186:7
191:20 197:13

**error** 196:17

**escrow** 46:24 47:1,5
56:25 119:25 120:23
121:1,9 123:2 124:14
128:17 149:1 161:20
163:20 164:17 165:7,
12,19 166:6

**establish** 241:5

**estimate** 41:2 42:10
46:13,21

**estimates** 40:21

**estimating** 238:8

**et al** 18:7

**evening** 199:25

**event** 61:25

**eventually** 45:14
48:8 66:4 187:9
194:21

**evident** 196:10

**evolving** 28:19 29:15

**exact** 33:21 42:11
52:23 59:4,6 70:13
123:21 164:10,15

**EXAMINATION** 19:5

**examined** 19:3

**exceeded** 44:12

**exclamation** 182:1

**executed** 91:10
120:23 165:7

**exercise** 65:11
113:19 158:22

**exhibit** 23:9,16,17,20
32:17,20,24 33:3
40:6,8 49:25 50:3,10,
19 52:13 54:12 56:4,
7,10 61:23 68:20,23
69:5 71:1,4,7 74:22
75:1,23 76:1 77:3,6,
16 80:12,15,18
83:11,21,24 84:2
85:4,7,10,20 86:4,23
87:1,5 89:13,16,19
90:2,21,24 91:3,20,
23 92:1,21 93:6
97:13,16,19 99:1,4,7
102:5,8,11 103:13,
16,20 104:10,13,16
109:3 111:15,18,21
114:24 115:2,5
116:10,13,17 119:3,
5,8 120:3,6 121:7,14,
17,20 122:3 123:25
124:3,7 126:3,6,9
127:24 129:5,7,10
130:6,9,12 131:4,7,
10 134:3,6,10 136:23
137:1,5 138:13,16
139:14,17 141:10,13,
16 142:7,10,14
144:4,7 154:6,9,16
156:16,20 157:11,20
158:3,6,9,13 159:13,
16,20 161:9,12,15
162:7 163:8,10,14
164:25 165:2,6,17
166:10,13,16 167:19

168:2,5,8,23 169:1,7
170:20,23 171:3
172:2,5,9 173:4,16,
19,22 174:19,22
175:1,18,21,24
176:5,16 178:8,11
179:15,18,23 180:12,
15,18 181:18,21,25
182:7,14,17 183:10,
13 187:21,24 188:3
189:6,9,12 190:15,18
195:2,5,8,14 197:18,
21,24 198:16,19,22
199:18,21,24 200:10
202:11 203:21,24
205:11,14 206:6,9,13
207:22 208:2,19,22
209:1 210:9,12,15
211:19,22 212:1,22
213:1,5 214:23
215:11,13 216:8,11,
15 217:21 220:12,15
221:5,14,17,20
223:19,22,25 224:16,
19,22,24 226:20
227:6,8 229:1,4,7
230:18,21,25 231:23
232:1,7,22 233:1,8,9,
19 234:25 235:3
237:5,8,11 238:20
240:9,12 242:7,10,14

**exhibits** 23:11 96:18

**exist** 28:3

**existence** 44:12

**existing** 241:2

**expansion** 37:5

**expect** 40:11 73:15
91:9 114:12 115:8
142:20 143:11
147:20 163:22
168:16 169:12 170:4,
16 223:3

**expectation** 63:22
170:8,18 223:6

**expectations** 66:3

**expected** 159:9
211:7

**expecting** 42:11
166:7 198:4,8

**expenses** 44:11 45:5

Index: expensive..funds

**expensive** 214:10, 11,21,22

**experience** 29:16 125:22

**experienced** 205:5

**explain** 29:13 30:5 238:23

**express** 49:19 176:21

**expressed** 49:12,21 107:7 140:13 178:2

**expressing** 119:19 145:4 172:15 177:4 199:16

**extension** 196:12

**extensions** 206:18

**extent** 62:20 78:24

**extra** 45:2

**F**

**fact** 68:12 73:9 79:5 83:4 95:1 106:22 110:4 118:6 156:3 165:12 176:22 196:10

**factor** 78:22

**factors** 40:17

**fail** 61:25

**failed** 112:7

**fails** 61:25

**fair** 26:23 44:11 54:15 57:4 59:2 61:19 63:25 71:23 72:2,14, 22 76:21 81:2,18 88:16 100:3 107:6 108:14 109:1 113:2 133:23 180:7 184:18 200:15 228:9 233:22 236:1

**fairly** 60:20 141:1

**faith** 217:5,17

**familiar** 19:17 23:25 37:19 59:22 237:12 241:3

**Fargo** 242:15

**Farms** 22:19 35:22, 25 36:3,5 37:17 38:4, 16 164:18

**fast** 93:24

**February** 33:18 87:6 242:21

**Federal** 17:20

**fee** 37:11 83:16

**feedback** 175:11

**feel** 189:18

**feels** 224:15

**fees** 208:13 214:13 229:25 230:8 233:16, 24 234:7

**felt** 29:10 205:9

**field** 26:19

**figure** 225:8

**figures** 42:12

**file** 18:9 92:4

**filings** 140:6

**final** 160:15,21 170:7 173:11 218:15

**finalize** 93:18 118:16 168:17 178:19 179:7 200:13 201:1,2 211:15

**finalized** 67:6 188:24

**finalizing** 166:22 167:3

**finance** 25:15

**finances** 105:14,22

**financial** 115:19,23 116:1

**financially** 150:22 151:4

**financing** 53:25 86:8,12 87:19,22,23 89:3 106:1 108:17 128:21 139:7,11 150:11 166:23 167:3, 6 169:14,17 173:10 197:8,9

**find** 36:14 53:22 80:24 120:22 197:12 204:11 241:15

**finding** 36:9

**fine** 20:16 46:17 47:15 55:21 92:13,14 244:11

**finish** 157:3

**finished** 20:6

**finishing** 165:11

**firm** 19:8 158:17 161:19,21 162:3

**five-** 220:22

**flexibility** 54:7 55:2, 16

**flexible** 66:18,19 180:19

**flow** 37:8 53:19 89:25 105:18,22 143:11 190:7,12

**fluctuation** 136:14

**fluctuations** 63:11

**focused** 26:21 36:9 68:9

**focusing** 28:24 221:4

**follow** 60:20 164:9

**forfeited** 62:2

**form** 21:12,20 22:8 27:14,18 28:15 30:20 31:9 32:11 33:13 34:14 35:6 39:17,24 41:10,18 43:19 44:14 46:8 47:6,18 48:1 49:14 52:15,21 53:12,16 54:17,25 55:10 57:22 58:10 59:9,20 60:3,11,22 62:6,18 63:18 64:21 65:4,13,24 66:6,15, 25 67:12,19 68:2,8 69:21 70:4,12 72:11, 17,25 73:17 74:1,7, 13,20 76:25 78:6 79:22 80:2 81:11 82:5,20 83:7 84:14, 25 86:13 88:12,18,23 89:9 90:18 94:7,14 95:3 96:3,7,13,20 97:10 99:18,24 100:8,17 102:3,21 103:10 106:6,19 107:9 108:3,9,18 109:24 110:6,17 111:8 113:5,15,22 114:5 115:25 125:7, 25 126:21 129:2 130:22 131:16,24 132:5,11 133:2,9,15, 20 134:1 135:9,23 136:16 137:20 138:11 140:19 141:2 143:5,16,21 144:2 145:10,23 146:4,9,21 147:1,11,23 148:9,17 149:6,14,21 150:2,7, 25 151:2,11,20,25 153:6,11,17,24 155:5,12,23 156:8,17 159:11 161:1,7,24 162:11 165:25 166:8 167:7,25 168:21 170:11 172:17 174:12,17 175:16 176:8,13 177:6,24 178:6 180:10 184:8, 14 185:1 186:25 187:11,19 188:19 190:8,13 192:8,14,19 193:1 194:4,18,25 196:5,24 199:4 200:7,21 201:3,11,18 202:8 203:4 204:20 207:20 208:17 209:11 210:6 211:10, 17 212:13 213:16 216:6 217:10,15 218:9,17 219:14,23 222:23 223:11,17 225:21 226:2,9,11,18 228:1 230:13 231:20 234:1,18,23 236:14, 21 237:3,21 238:11, 16 241:10 242:4 244:1

**formal** 96:25 150:17

**formation** 34:13

**formed** 28:7

**forward** 63:5 66:14 89:20 94:5 133:24 158:24 173:2 186:6

**forwarded** 233:19

**forwarding** 87:9 105:10 141:22 190:22

**found** 36:11 37:3

**frame** 130:1 140:18 172:16,22

**frees** 107:19

**frequency** 78:1 97:3 213:15

**frequently** 97:2 141:1

**Friday** 17:1 56:19 154:22 158:18,21 159:10 163:24 188:25

**friends** 26:7

**front** 50:9 93:8 224:22

**frustrated** 111:25

**fulfill** 89:8 172:12

**full** 95:11 132:9,24 135:21 136:3 187:10 188:24 231:15

**fully** 120:22 165:6

**fun** 163:22 164:1

**fund** 70:2 90:17 164:2 180:6

**funded** 37:10 40:1 165:20

**funding** 34:8 51:25 76:22 90:20 93:17 94:24 113:10 114:4 128:17 149:12 171:19,20,22 178:4 203:6 242:1

**fundings** 123:7,11

**funds** 39:7,22 51:21 62:2 71:25 89:7 105:8 106:17 109:12, 23 123:4 136:3 138:8 149:18 150:6,23 152:6,16 153:5,15,18 154:2 162:7,22 166:4,7 167:10,11,15 178:20 179:8 182:25

183:3,7 187:9 223:3
243:25

**future** 63:23 105:16
117:17

---

**G**

**gave** 25:4 51:24

**general** 41:7 236:11

**generally** 172:21
175:13 236:15,16

**generate** 110:11,21

**generated** 40:24
41:17,22 45:4 46:23

**generating** 110:25
111:5

**gentlemen** 34:4 36:8

**gesture** 210:20
211:5

**give** 20:23 51:20
106:16 193:16

**giving** 55:2 88:4
197:5,11 199:6 202:6
233:12

**good** 17:6 19:7 61:20
105:23 114:6,12
217:5,16 221:9

**good-faith** 217:8,13

**goodness** 79:16

**graduate** 25:18

**graduated** 25:12

**granted** 206:17

**gravitate** 28:21

**great** 126:15 189:17

**ground** 19:20

**group** 34:17,18
38:13 46:4 55:20

**growing** 28:18 78:8

**growth** 202:17

**guess** 22:18 30:25
31:24 41:4,6,24 43:3,
10 71:20 152:24,25
244:13

**guessing** 43:17,22
44:1 48:3

**guidance** 177:11

---

**H**

**half** 81:20 83:12
158:12 191:24 220:4
224:25

**hand** 44:19 45:3,10

**handing** 207:10

**hang** 73:20

**happen** 108:2 123:5
166:1,3

**happened** 165:23
243:24

**happy** 123:16 134:14

**hard** 63:9 66:17
125:16

**head** 20:13

**headquartered**
18:15

**hear** 108:24

**heard** 48:12

**heart** 79:17

**held** 18:11 26:23 27:5
29:5 30:16 47:4
112:4 161:19 227:2

**helped** 76:13

**helping** 152:21

**hesitate** 110:7

**high** 51:22

**highlighting** 118:6

**history** 64:6,8

**hobby** 29:19

**hold** 73:15 96:25
105:3 107:8,19
132:13 144:24
146:24,25 147:16

**holding** 28:18 30:17
112:14 145:16

**Holdings** 122:25

**honestly** 43:23

**honor** 63:8 145:1,18
147:13 200:12
203:15 204:6 205:8

**honoring** 135:7

**hope** 66:7 110:10
173:10 186:22

**hoped** 51:25 54:2
166:9 170:12

**hopeful** 63:12,21
136:6 173:13

**hopes** 66:3

**hoping** 135:16 136:2

**Horne** 32:2,3,9 90:9
91:15 95:17 97:22
115:11 195:11,12,15
197:15 232:8 233:5,
20 240:16

**hour** 92:19 148:24
158:12 198:24
224:25

**hours** 24:21 176:1

**huh-uhs** 20:13

---

**I**

**idea** 41:16 42:9
100:15 101:7 112:11

**ideal** 112:8

**Ideally** 238:17

**identification** 23:18
32:21 50:4 56:8
68:24 71:5 75:2 76:2
77:7 80:16 83:25
85:8 87:2 89:17
90:25 91:24 97:17
99:5 102:9 103:17
104:14 111:19 115:3
116:14 119:6 120:7
121:18 124:4 126:7
129:8 130:10 131:8
134:7 137:2 138:17
139:18 141:14
142:11 144:8 154:10
158:7 159:17 161:13
163:11 165:3 166:14
168:6 169:2 170:24
172:6 173:20 174:23

175:22 178:12
179:19 180:16
181:22 182:15
183:14 187:25
189:10 190:19 195:6
197:22 198:20
199:22 203:25
205:15 206:10 208:3,
23 210:13 211:23
213:2 215:14 216:12
220:16 221:18
223:23 224:20 227:9
229:5 230:22 232:2
233:2 235:4 237:9
240:13 242:11

**identify** 34:6 38:14

**ii** 53:2

**imagine** 37:1 41:25
49:15,18 89:5 90:12
97:12 98:21 109:9
114:23 120:19
122:22 148:18 149:7,
15 153:7 194:21
195:23

**immediately** 128:24
169:21

**important** 20:1,12

**impossible** 20:3

**inability** 137:18

**inaccurate** 226:6

**including** 158:11
161:17 224:7

**income** 42:5,13
238:3,14

**inconsistent** 177:4

**Incorporated** 17:9
18:7,15,18

**increase** 63:13,22
212:6

**incredible** 231:9

**indefinitely** 73:15
107:8

**independent** 60:19

**Indiana** 34:21,22
35:1,2 36:11 37:4,17
46:3 169:25 170:1

**indicating** 70:22
141:18

**indication** 109:8
127:8 201:9

**individual** 22:13
34:9

**individuals** 31:19
158:10

**industry** 108:10

**information** 33:4
42:7 60:17 61:6,13,
17 89:25 124:17,21
131:14 138:3,6
149:18,25 172:22
198:14 237:19

**informed** 66:13
89:25

**initial** 111:2 129:18

**initially** 39:25

**initiating** 132:21

**inked** 206:1

**INNOSILICON** 61:10

**input** 176:5,12 200:5,
16 233:18

**inquiry** 215:4

**instance** 222:12

**instruct** 62:19

**instructions** 120:23
163:20

**intend** 110:3

**intended** 215:22

**intention** 164:6
203:19 211:13
235:17

**intercompany**
238:21

**interest** 27:11 29:19
65:21 151:15 184:15
229:25 230:8

**interested** 29:7,9
86:9 173:1 178:4

**interesting** 29:6

**interfere** 21:2

**internal** 62:15 139:20

**interpretation** 192:22

**investing** 26:13

**investor** 29:21 30:17

**invoice** 70:23 213:21 218:22,25

**invoices** 69:11 70:17 214:7 218:20

**invoicing** 213:24 214:3

**involved** 27:2 88:11 95:17,22,25 96:6 149:12 167:5,12

**involvement** 167:14

**involving** 124:23

**ironed** 150:13,16

**Israel** 210:2

**issues** 102:19

**J**

**January** 17:1 18:12 28:7 33:17

**Joe** 85:13,14,15 93:11 105:15 191:6

**John** 17:7 18:13

**joking** 78:15

**July** 77:17 78:25 196:13 205:21 209:2, 9,14 210:16 212:2 213:6,10 214:24 215:7

**jumbled** 209:16

**jumping** 243:4

**June** 80:10 197:25 199:25 204:3,16 205:18 206:14 207:13 208:7

**Justin** 78:12

**K**

**Kalfa** 85:15,18,22 86:19 87:9,12 89:21 90:3 91:3 93:11 94:20 199:25 212:2

**keeping** 89:25

**key** 64:22,25

**kind** 26:11 35:4 37:25 110:5 111:6 125:16 171:24 176:6 197:14 222:9

**knew** 64:11,14,15 65:1 106:7 146:16 185:19

**knowing** 113:9,24 114:4

**knowledge** 22:6 42:25 139:25

**Kristine** 76:5

**Kristy** 78:15

**L**

**L.A.** 34:17

**L3** 33:10

**laid** 145:13

**language** 57:20

**largest** 61:11

**late** 168:14,20 209:24

**Latman** 19:9

**laugh** 212:5

**law** 19:8 158:17 161:19,21 162:3

**lawsuit** 21:17

**lawsuits** 48:8

**lawyers** 47:7 62:24

**Le** 17:13 18:17

**lead** 149:4

**leading-edge** 29:14

**leaning** 55:4

**left** 132:25 243:20

**legal** 17:7 18:14 47:12 187:16 194:19 229:25 230:8 233:16, 24 234:7

**lender** 148:24 150:8, 10

**Lending** 104:22,23

**letters** 48:7

**level** 40:15 41:8 95:15,17 116:8 202:16 203:1 237:19 238:9

**leverage** 112:7

**liability** 192:12

**Liebowitz** 19:9

**likewise** 20:7

**limit** 194:11

**Linkedin** 25:12 30:8, 11 85:19,21 87:13

**list** 30:9 69:10 70:17 72:1,3,6 84:8 160:5

**listed** 24:3 76:15 77:1 81:15 102:24 219:3

**listing** 58:22 79:1 84:19

**lists** 56:22 107:3

**literal** 113:13

**literally** 41:16 42:9 100:15 113:7

**litigation** 97:9

**live** 118:12

**loan** 150:12

**local** 34:4

**locate** 38:17

**located** 36:7 37:23 39:1

**location** 34:22 35:7 36:11 37:3

**locations** 36:9,14

**logical** 147:19

**long** 24:19 92:15 140:5 144:25 145:17 157:8

**longer** 48:11 157:2 173:1 178:3 192:3 194:16

**looked** 66:18 79:6 82:24 96:17 118:16 158:12 170:12 176:1 186:17 198:24 208:16 218:6 225:1 231:4 233:8 234:21 236:5

**Lord** 38:9,12,13

**Los** 39:2

**lose** 51:23 73:10 106:23 108:16 184:25 185:15

**loses** 231:11

**losses** 194:11 205:5, 6 230:6 231:10,12

**lost** 49:10 185:3,13 205:4

**lot** 20:9 37:7 53:18 55:2 60:18 118:5 205:4

**loudest** 78:11,13,17

**low** 236:15

**lower** 185:7

**lump** 130:2

**lunch** 156:24 163:4

**M**

**machine** 203:14 229:12,17 235:24 236:7

**machinery** 65:23

**machines** 35:8,17 36:15 37:3 38:6,19, 22,25 39:8,11 40:2,3 45:12,14,23 51:21,22 53:3 56:18,22 57:1,7 59:2 60:1 62:5,17 63:3 66:4,14 67:11, 17,23 68:14 73:7,11, 16,20 76:24 79:9,15

81:23 82:16 90:5,7 103:1,5 106:12,14,23 107:8,18,20 108:8, 16,20 110:15,21 111:1 119:20 121:3, 11,12,25 122:17 123:17 127:9,18 128:7 129:1,23 130:2,20 131:22 132:4,25 133:7 135:21,25 136:14,21 140:7 143:4 146:8,25 147:4,21 148:8,15 149:13 155:3,22 156:5 157:4 159:9 160:10,16,21 161:3 162:10 163:21 164:5, 7,10 165:8,14 166:24 167:22 169:14,17 171:9,12 172:23 173:2,14 174:2,5 176:18,23 178:4,21 180:9 183:4,8 184:6, 24 185:6,7 186:5,8, 16,18,20,23 187:5 191:15,16 192:3,18, 24 193:19 194:12,17 196:22 199:13 200:14 201:10,23 204:7,19 211:16 216:5 217:1,14,18 218:15 219:1,5,13 220:5 228:7,11 229:17 231:16 235:13,20 236:1,18 237:1

**made** 24:4 30:13 33:23 39:23 52:11,17 53:3,6,8,10 62:25 64:18 65:11,18 66:2, 9,12 68:16 79:8 80:10 95:10,14 119:21 127:18,20 130:20 131:1,21 132:8 137:9 151:6 160:4 174:8,16 186:5,11 189:3 194:22,24 208:15 212:12 214:8 219:18 241:7,13,17

**Magot** 18:5 19:1,7 23:9 32:16 42:8,22 56:10 83:4 93:5 119:2 163:13 244:19

**maintain** 186:12

**make** 20:20 33:22
53:22 54:10,24 58:18
60:14 68:12 70:3
75:16,17 76:13 79:12
82:14 85:3 88:1,6,8
89:11 94:2,9 95:11
98:20 101:5 106:1
110:5 113:25 129:18
132:14 154:2 159:8
162:22 167:20
173:10 188:12,18
193:10 200:11 202:6
203:2 211:14 215:7
216:4 222:11 231:7
232:13,19

**makes** 83:11 213:9

**making** 54:7 55:4
79:14,19 86:9 117:7
119:19 155:17
179:25 200:16
231:14

**manage** 71:14 198:7

**managed** 26:22
36:12 37:4,9,14

**Management** 36:5

**managing** 198:12

**Mandel** 17:23 19:6,8
21:15,22 22:11 23:8,
19 24:16 27:15,20
29:1 30:23 31:11
32:13,16,22 33:14
34:20 35:10 39:20
40:4 41:12,21 42:4,
14,18,20,21 43:20
44:17 46:12 47:10,21
48:5 49:4,16,25 50:7,
8 52:19 53:1,13,14
54:4,20 55:6,13,18
56:3,9 58:1,13 59:11,
24 60:8,15,24 62:8,
22 63:20 64:24 65:6,
17 66:1,8,20 67:4,15,
21 68:5,11,20 69:2,4
70:1,7,16 71:1,6,22
72:13,21 73:5,22
74:4,10,16,22 75:3,
23 76:3 77:3,10,15
78:9 79:24 80:5,12,
17 81:13 82:7,17,23
83:9,21 84:1,17 85:4,
9 86:17,23 87:3

88:15,21 89:1,13,18
90:21 91:1,20 92:5,
11,15,18 93:4 94:11,
17 95:5 96:4,10,16,
23 97:13,18 99:1,6,
21 100:2,11,20
101:1,5,14,21 102:5,
10,23 103:13,18
104:10,15 106:10,24
107:12 108:5,13,22
110:2,13,19 111:10,
15,20 113:12,18
114:1,8,24 115:4
116:6,10,15 118:19
119:2,7 120:3,8
121:14,19 122:12
123:25 124:5 125:9
126:3,8,23 127:14
129:4,9 130:6,11,24
131:4,9,19 132:1,7,
18 133:5,11,17,22
134:3,8 135:11
136:1,7,19,23 137:3,
22 138:13,18 139:14,
19 140:21 141:4,10,
15 142:7,12 143:8,
18,23 144:4,9 145:12
146:1,6,18,23 147:8,
14 148:1,11,19
149:10,16,24 150:4,9
151:3,12,22 152:1
153:9,14,20 154:1,6,
13,14 155:7,19
156:1,10,20 157:1,8,
11,17,22,25 158:3,8
159:13,18 161:4,9,14
162:2,16,25 163:7,12
164:24 165:4 166:2,
10,15 167:13 168:2,
7,23 169:5,6 170:14,
20 171:1 172:2,7,20
173:16,21 174:14,19,
24 175:18,23 176:10,
15 177:9,21 178:1,8,
13 179:15,20,22
180:12,17 181:18,23
182:7,12,16 183:10,
15 184:11,17 185:11
187:3,13,21 188:1,21
189:6,11 190:10,15,
20 192:10,15,21
193:3,4,20 194:7,23
195:2,7,12,13 196:7
197:2,18,23 198:16,
21 199:8,18,23
200:9,23 201:5,14,22

202:10 203:7,21
204:1 205:1,11,16
206:6,11 207:22
208:1,4,19,24 209:17
210:5,9,14 211:12,
19,24 212:15,22
213:3,18 215:9,15
216:8,13 217:12,19
218:11,21 219:16
220:1,12,19,21
221:3,14,19 223:1,
13,19,24 224:16,21
225:23 226:4,14,20
227:5,11,16 228:3,
16,19,22 229:1,6
230:15,18,23 231:23
232:5,6,22 233:3
234:4,20,25 235:5
236:17,23 237:5,10,
23 238:13,18 240:9,
14 241:12 242:7,12
244:3

**manipulate** 23:13

**March** 40:11 53:4
54:23 91:4 93:11
97:20 99:10 102:12
103:21 104:18
110:25 111:22 113:2
114:19 115:6 116:18
117:1,9 119:9 120:11
121:21,23 122:2,15,
20 124:8 126:12
127:25 129:1,11
130:13 131:2,11,22
134:11 136:11,21
148:6 156:12 243:6

**mark** 23:8 32:16
49:25 56:4 68:20
71:1 74:22 75:23
77:3 80:12 83:21
85:4 86:23 89:13
90:21 91:20 97:13
99:1 102:5 103:13
104:10 111:15
114:24 116:10 119:3
120:3 121:14 123:25
126:3 129:4 130:6
131:4 134:3 136:23
138:13 139:14
141:10 142:7 144:4
154:6 156:20 157:11
159:13 161:9 163:7
164:24 166:10 168:2,
23 170:20 172:2

173:16 174:19
175:18 178:8 179:15
180:12 181:18 182:7
183:10 187:21 189:6
190:15 195:2 197:18
198:16 199:18
203:21 205:11 206:6
207:22 208:19 210:9
211:19 212:22 215:9,
10 216:8 220:12
221:14 223:19
224:16 226:20 227:5
229:1 230:18 231:23
232:22 234:25 237:5
240:9 242:7

**marked** 23:18 32:21
50:4,10 56:8 68:24
71:5 75:2 76:2 77:7
80:16 83:25 85:8
87:2 89:17 90:25
91:24 96:18 97:17
99:5 102:9 103:17
104:14 111:19 115:3
116:14 119:6 120:7
121:18 122:4 124:4
126:7 129:8 130:10
131:8 134:7 137:2
138:17 139:18
141:14 142:11 144:8
154:10 157:14,19
158:7 159:17 161:13
163:11 165:3 166:14
168:6 169:2 170:24
172:6 173:20 174:23
175:22 178:12
179:19 180:16
181:22 182:15
183:14 187:25
189:10 190:19 195:6
197:22 198:20
199:22 203:25
205:15 206:10 208:3,
23 210:13 211:23
213:2 215:14 216:12
220:16 221:4,18
223:23 224:20 227:9
229:5 230:22 232:2
233:2 235:4 237:9
240:13 242:11

**market** 29:15 59:2,14
60:6,10,21 61:20
63:11 128:5 136:15
186:14 191:19,22
229:16 236:1,12

**marketplace** 230:5
237:2

**marking** 157:24
158:3

**marks** 18:3

**match** 52:24

**matter** 18:5 21:18,24,
25 22:5 25:4 48:11
139:6,10 151:1

**Mckea** 76:15,16

**meaning** 160:24

**means** 75:13 81:9
110:4,9,11 146:5
217:17 231:12

**meant** 58:11 142:23
154:25 155:8 164:1
179:7 215:25 231:15
232:19

**media** 18:3 244:19

**medication** 21:1

**meet** 24:20 25:23
54:2,16 55:5 70:10
71:25 85:17 98:16
109:13,18 112:18
115:19,23 116:1
137:18 202:20
204:18 216:25

**meeting** 24:23 91:7,
11

**meetings** 96:25 97:5

**member** 31:18 32:6,
14 69:18 88:19
95:20,22

**members** 31:19
32:1,4,10 90:13

**memory** 46:18

**mention** 66:23 67:6

**mentioned** 21:5
28:17 29:3 34:16
105:24 106:20
185:23 205:7

**MESA** 17:1

**message** 86:5 90:3

**messages** 112:24

**met** 25:24,25 26:2 84:24 91:17

**mid-july** 213:13

**middle** 144:10 183:16 229:10

**million** 40:21 57:6 70:18,23 72:6,16 76:23 81:20 83:12 123:1 128:4,13,25 132:10,16,25 143:2, 10,14,20,25 158:18 165:20 212:18 220:4 222:3,16 223:10 238:22 239:2,4,10

**mind** 34:19 49:24 51:20 157:2 185:3 217:17

**mindset** 73:1

**miner** 30:5

**miners** 30:2,4 33:9, 12,20,22 34:3,5,12, 23,24 35:3 36:10 38:14,18 39:7 152:11,17,19,20 213:25 239:6

**minimize** 231:9

**mining** 18:6,7 19:11 33:5 37:7 40:18 56:24 72:4,16 75:21 76:23 79:2 81:14 160:3 164:22 241:6

**minute** 76:6 92:4 226:24

**minutes** 55:19 92:22 118:20

**missed** 21:11

**missing** 92:1

**misspoke** 158:1 179:21

**misstating** 193:2

**miswording** 222:9

**moment** 34:11

**Monday** 144:16

**money** 39:15,18 46:23,25 47:4 49:1 57:11 81:9,25 82:3,9

93:23 103:6 110:1 132:19 133:18 134:16,19,23 139:13 151:18,23 152:3 184:12 205:5 226:7 243:19

**monies** 81:3

**month** 40:13 171:8, 13,14 242:20

**monthly** 37:11

**months** 66:24 68:7 206:20 241:23

**morning** 17:6 19:7 91:8 115:9 127:6 195:20

**move** 118:20 127:16 186:6 205:20

**moved** 133:24 214:11

**moving** 40:16

**multiple** 20:2 123:6

**mutually** 204:11

---

**N**

**Nah** 47:8

**named** 34:21 37:20

**names** 30:25

**naturally** 28:21

**nature** 21:16 29:25 30:1

**necessarily** 108:7

**needed** 28:19 88:17 89:6 105:25 113:3 128:25 194:2 197:9

**negative** 238:22 239:7

**nervous** 119:12

**news** 114:12

**next-to-last** 50:14, 19

**night** 26:2

**normal** 78:2

**Nos** 50:1 93:6 99:2 163:8 211:20 212:23 226:21 237:6

**note** 42:16,19 69:1 101:10 111:14 193:9 244:12

**noted** 18:19 244:25

**notice** 23:10 24:3 208:16

**noticed** 30:8 208:10

**notification** 184:2

**notwithstanding** 54:14

**number** 33:25 34:3 37:2 48:7 50:6 76:18 78:4 154:12 202:14 209:20 213:21 218:13 220:6,8 241:14 244:19

**NYSE** 178:19 179:7, 11

---

**O**

**oath** 41:15 42:15,23 101:2,7

**object** 82:11 127:11 193:9 220:7

**objecting** 214:6

**objection** 21:12,20 22:8 27:14,18 28:15 30:20 31:9 32:11 33:13 34:14 35:6 39:17,24 41:10,18 43:19 44:14 46:8 47:6,18 48:1 49:2,14 52:15,21 53:12,16 54:17,25 55:10 57:22 58:9,10 59:9,20 60:3, 11,22 62:6,18 63:18 64:21 65:4,13,24 66:6,15,25 67:12,19 68:2,8 69:21,22 70:4, 12 72:11,17,25 73:17 74:1,7,13,20 76:25 78:6 79:22 80:2 81:11 82:5,20 83:7 84:14,15,25 86:13 88:12,18,23 89:9

90:18 94:7,14 95:3 96:3,7,13,20 97:10 99:18,24 100:8,17 101:10 102:3,21 103:10 106:6,19 107:9 108:3,9,18 109:24 110:6,17 111:8,14 113:5,15,22 114:5 115:25 125:7, 25 126:21 127:12 129:2 130:22 131:16, 24 132:5,11 133:2,9, 15,20 134:1 135:9,23 136:16 137:20 138:11 140:19 141:2 143:5,16,21 144:2 145:10,23 146:4,9,21 147:1,11,23 148:9,17 149:6,14,21 150:2,7, 25 151:11,20,25 153:6,11,17,24 155:5,12,23 156:8,17 159:11 161:1,7,24 162:11 165:25 166:8 167:7,25 168:21 170:11 172:17 174:12,17 175:16 176:8,13 177:6,15,24 178:6 180:10 184:8, 14 185:1 186:25 187:11,19 188:19 190:8,13 192:8,14,19 193:1,9 194:4,18,25 196:5,24 199:4 200:7,21 201:3,11,18 202:8 203:4 204:20 207:20 208:17 209:11 211:10,17 212:13 213:16 216:6 217:10,15 218:9,17 219:14,23 222:23 223:11,17 225:21,24 226:2,9,11,18 228:1 230:13 231:18,20 234:1,18,23 236:14, 21 237:3,21 238:11, 16 241:10 242:4 244:1

**objections** 24:4

**obligated** 196:22

**obligation** 48:20 72:10 79:1,5 84:8,11 111:6 135:7 137:13 172:12 192:25

200:12 203:15 204:6 216:25 227:25

**obligations** 47:17 48:16 58:23 70:10 71:25 72:4 77:24 109:13 205:8 206:19

**obtain** 147:21

**obtained** 143:19 144:1

**obtaining** 128:20 143:14

**occasion** 25:23 27:16 85:17

**occasions** 19:15

**occur** 151:9 202:15

**October** 80:19 81:19 83:5 84:3,12,18 224:2,11 227:18 228:9 229:8,16 231:1 232:8 233:5 235:7

**off-airport** 214:11

**off-site** 214:21

**offered** 60:13 188:9

**offering** 86:19 98:19 196:12 223:15 236:12

**offhand** 31:25

**officially** 28:7

**online** 25:11

**open** 23:20,21 32:23 56:10 60:6 69:11 70:18,23 73:14 76:7 89:10 122:9 125:14 176:19 189:21 241:18

**opening** 190:2

**operate** 37:2 125:20 145:8

**operated** 35:3

**operating** 65:14

**operation** 40:25 41:17

**operational** 23:5

**operations** 26:22
44:6,18 45:8

**opportunities**
28:17,19

**opportunity** 28:1,14
57:15,18 181:6,13
199:7

**opposed** 124:22
196:14

**optimistic** 63:24
186:13 205:10

**option** 68:3 146:16
185:14,16 192:6,9,13
194:14 201:20

**orally** 186:2,16

**Orange** 37:24

**order** 54:6 71:24
79:15 112:18 157:4
194:14 209:13,19

**organization** 125:17

**organize** 55:20

**original** 202:21
231:8,14

**originated** 162:23
243:7,12,16

**originating** 242:24

**outlined** 118:11

**outstanding** 47:17
48:16 81:1,6,9,15
82:19,22 84:6,19
211:9 222:5,20
224:6,10 227:21

**overdue** 206:21

**overpriced** 191:15,
17

**owe** 48:25 56:17
57:18 58:4,6,8 72:19
82:2,9 138:23 175:6
226:6,16

**owed** 47:25 57:5,11,
14,23,24 72:15,23
80:7 81:3,10,20,24
82:12,18,25 143:2
160:20,25 227:25

**owing** 132:25 220:2

**owned** 27:11 35:17
45:12 239:12

**owner** 76:18

**ownership** 230:4

**owning** 66:4

**owns** 31:7 140:4

---

**P**

**p.m.** 244:25

**paid** 69:12,14 72:7
75:15,18 110:15,22
121:11 132:9 133:1
134:22 151:18
152:19,23 162:19
172:23 184:5 192:16
219:7 239:16

**pain** 117:22

**paragraph** 40:9
112:22 123:15
166:20 167:18,19
202:12 203:11 207:7
228:4,17

**paragraphs** 117:3

**parent** 31:4 39:9,10,
13,23 40:1 71:24
86:15,20 93:20,25
94:19 95:1 106:5
109:21 112:17,25
116:4 123:7 124:11
125:1,19 128:19,23
138:8 167:15 171:18,
21 179:10 191:3
202:16 203:1

**parentheses** 117:25
118:3

**part** 34:6 51:7,11
76:14,18 107:6
131:21 153:21
217:13

**parties** 17:16 33:25
53:15 55:7 118:15
229:21

**parts** 130:21

**past** 70:20 168:13
217:23

**pay** 39:10 45:2,5

**56:15 56:19 59:8
61:25 63:17 64:19
70:23 73:3,10 74:2,6
75:16,21 76:22 78:5,
23 81:5 103:3 110:12
132:2,16 135:2 136:3
143:1 146:15 147:16
148:15 149:13 151:5
152:17,22 153:2
161:3,5 173:13 187:9
191:25 196:11,20,22
199:13 201:25
214:16 215:22 217:9,
14,24 221:9 229:24
230:8 236:20

**paying** 63:17 133:13
147:21 151:15
191:14 192:23
231:15

**payment** 52:3 53:3,
5,8 54:8,23 71:13
73:25 74:15,17,19
79:1 80:9 95:11
110:5 119:20 121:24
122:16 127:17 129:1
130:20 131:1,21
132:8 137:9 145:2,18
148:3,7,13 155:18,21
156:4 157:3 159:8
162:23 164:5 167:21
168:15 171:11,17
173:11 183:3,7
186:23 188:24
192:17 204:19
206:18 208:14 211:8,
15 216:5 217:8
218:15 219:4 234:13,
17

**payments** 52:8,11
53:20 54:3,5 58:19
68:13,16 70:3 76:14
79:8,12,14,19 82:14
85:3 113:25 117:8
160:4,5 168:20 180:8
188:13 202:7 203:2
211:14 218:13 219:3,
10,18

**PDF** 122:14

**penalties** 233:17,24
234:8

**pending** 17:22 20:18

**people** 20:2 78:11,

**13,17,18 108:12
112:5,14 125:19

**per-machine** 59:18

**percent** 95:9

**perform** 38:15

**period** 26:21 60:21
61:16 77:24 85:2
147:5 171:22 175:14
190:5 239:23 241:22
242:2

**person** 28:20 106:25
149:11,17 196:1

**personal** 26:7 42:25

**personally** 113:19,
23

**perspective** 167:8

**phone** 98:17 141:19
149:8 181:7,14 186:4

**place** 35:8 36:15 38:6
228:7

**plaintiff** 17:24 19:10
21:23

**plaintiff's** 23:17
32:20 50:3 56:7
68:23 71:4 75:1 76:1
77:6 80:15 83:24
85:7 87:1 89:16
90:24 91:23 97:16
99:4 102:8 103:16
104:13 111:18 115:2
116:13 119:5 120:6
121:17 124:3 126:6
129:7 130:9 131:7
134:6 137:1 138:16
139:17 141:13
142:10 144:7 154:9
158:6 159:16 161:12
163:10 165:2 166:13
168:5 169:1 170:23
172:5 173:19 174:22
175:21 178:11
179:18 180:15
181:21 182:14
183:13 187:24 189:9
190:18 195:5 197:21
198:19 199:21
203:24 205:14 206:9
208:2,22 210:12
211:22 213:1 215:13
216:11 220:15

**13,17,18 108:12
112:5,14 125:19
(duplicate)**

**221:17 223:22
224:19 227:8 229:4
230:21 232:1 233:1
235:3 237:8 240:12
242:10

**plan** 71:13 112:8,11
164:9 170:7 181:8,
10,12 188:24 232:13,
19

**planning** 51:7

**plans** 158:16

**pledge** 191:3

**point** 20:15 35:21
50:21 63:14 68:6
70:8 73:6 75:21 78:4,
19 79:2 81:4 84:22
86:20 91:12 92:20
94:4 105:21 108:6,15
116:8 117:16 124:17
128:21 133:14,19
134:23 135:8 137:17
139:3 142:4 146:8
149:5 150:22 157:5
167:3 171:6 177:14
178:3 182:2 183:6
184:13,22 185:3,8
186:10 188:11
190:12 191:1,23
192:1,24 193:17
194:3,10,15 199:16
217:1 223:2 225:13
227:25 233:22
235:11 236:12

**pointed** 61:24

**popped** 76:20

**portion** 46:3,5 127:9
133:6 135:2 159:4

**portions** 127:21

**position** 27:5 31:16
105:3,25 144:22

**positions** 26:24
27:24

**possibility** 135:20
191:2

**possibly** 48:4

**potential** 105:16
117:17 233:23

**power** 169:20

**practice** 78:3 176:11

**predict** 63:10

**predictable** 63:12

**preferred** 223:14

**prepare** 24:7

**prepared** 24:1 67:25

**present** 18:19 24:22 40:10

**presented** 28:13 60:17

**presenting** 87:13

**pressing** 180:8

**pretty** 61:19 78:3 157:4,5

**previous** 86:6 128:11 169:24

**previously** 79:6 82:24 122:4 168:19

**price** 34:7 52:3 60:6 63:5 68:1 79:25 80:3 123:23 136:14 185:6 186:8 191:19,22 192:3 214:3,5,16 219:1 229:17,20 230:12 231:15 235:19,22,25 236:7, 11,25

**prices** 63:22 64:19 65:2 147:5

**pricing** 61:6,13

**primarily** 138:9

**primary** 108:14,20

**prior** 29:17 98:24

**privately** 30:16

**privy** 123:12

**problem** 144:23 145:15

**problems** 190:7,12

**Procedures** 17:21

**proceed** 18:22 215:2 244:15

**proceeded** 118:15

**proceeds** 207:4

**process** 94:23 117:20 119:13 125:15 147:3 164:10, 15 167:5 177:23 178:3 222:4,20

**produce** 40:3

**produced** 40:6 42:3 45:1 210:6 244:6

**produces** 110:8

**producing** 30:2

**production** 32:17 42:5,12 50:1 56:5 68:21 71:2 74:23 75:24 77:4 80:13 83:22 85:5 86:24 89:14 90:22 91:21 93:6 97:14 99:2 102:6 103:14 104:11 111:16 114:25 116:11 119:4 120:4 121:15 124:1 126:4 129:5 130:7 131:5 134:4 136:24 138:14 139:15 141:11 142:8 144:5 154:7 156:21 157:12 158:4 159:14 161:10 163:8 164:25 166:11 168:3,24 170:21 172:3 173:17 174:20 175:19 178:9 179:16 180:13 181:19 182:8 183:11 187:22 189:7 190:16 195:3 197:19 198:17 199:19 203:22 205:12 206:7 207:23 208:20 210:10 211:20 212:23 215:11 216:9 220:13 221:15 223:20 224:17 226:21 227:6 229:2 230:19 231:24 232:23 235:1 237:6 240:10 242:8 244:3

**professional** 26:11, 17

**profile** 25:12 30:8

**profit** 37:1 44:8 66:4

**profits** 239:19

**projecting** 199:12

**proper** 92:4

**properly** 119:20

**protection** 107:7

**provide** 42:8 54:7 75:8 124:18 131:13 138:3 156:14 198:14

**provided** 69:10 97:9 121:10 127:7 150:11 216:24 219:22 225:25

**providing** 69:16 77:23 89:7 150:18 190:6 200:20 237:18

**provision** 50:21 107:1,14

**PSU** 229:13

**PSU'S** 57:1

**public** 61:5

**pull** 92:3

**pulse** 61:20

**purchase** 34:8 38:14,18,19,23 50:12 51:21 52:3 57:6 63:5, 6 67:18 68:1,10,13 70:21 86:10 88:14 90:6,17 93:18 94:2, 13 135:14 152:18 160:2 184:19 197:13 200:13 201:1,2,10 203:14 217:18 219:1 230:12 239:6

**purchased** 34:12 108:11

**purchaser** 61:25 107:24

**purchases** 33:22,23 40:2 106:2

**purchasing** 39:7 63:1 136:15 152:11 186:24

**purpose** 51:19 89:24 141:25

**purposes** 94:21 154:3

**pursuing** 48:9

**push** 125:10 171:10, 16

**pushed** 125:8

**pushing** 171:21

**put** 36:9 50:9 93:5

**Q**

**qualified** 28:20 29:10

**qualify** 26:14

**quantities** 34:7

**question** 20:7,18,19 28:5 32:24 72:22 100:19 101:4 102:25 103:12 107:11 132:15 145:14 193:11

**questions** 19:21 99:15 102:17,18 244:8,9

**quick** 157:4

**quickly** 55:5 63:10

**R**

**rack** 169:20

**racks** 176:19

**raise** 51:21 53:25 106:3 109:25 187:9 222:3,16

**raised** 102:20 107:1, 4

**raising** 106:4,8 223:9

**ran** 41:8

**range** 46:14 59:23 60:1 77:8 118:21 236:7

**rapidly** 155:22 156:4

**rate** 40:12 110:25

**reach** 116:7

**read** 29:20 80:21 87:25 112:10 116:23

117:13 120:18 142:18 155:14 172:18 180:22,24 188:23 190:24 193:14 216:1 217:22 221:25 224:12 231:7 232:20

**reading** 113:6

**ready** 176:19

**reaffirming** 200:25

**realized** 92:1

**reason** 20:23 49:7 84:18,21 94:18 114:2 133:23 134:22 135:1 177:3 178:24 187:4, 16 219:17,20 236:24 241:16

**reasonable** 64:20 145:3,19 195:25 196:9 207:1 214:12

**reasons** 135:6

**recall** 25:25 30:22 31:15 33:1,11,21,23 40:16 41:1,11,20,24 43:23 45:17 48:3,17 49:20 51:1,14,15,18 52:9,16,18,20 53:9 54:18 55:1 59:16,17 61:8 67:8,14,20 68:16 70:13 71:18,21 75:14 78:2 83:20 84:22 85:1,13 86:22 87:12,15 90:12 91:11,19 95:19,24,25 96:2,5,22 97:3,7 98:14,19,25 102:22 103:7,11 109:7 115:15 117:7,10 119:18 121:23 122:1 123:6 125:4 126:22 127:1,13,15,20,22 128:22 129:3,25 133:16 135:4 136:10 140:15,16,22 141:3,7 142:6 143:17 144:3 145:4,24 146:10 147:5 152:9,12,15,24 153:1,3 161:23 162:1 167:2,4 169:18 171:24 172:1,15,19, 21 174:4,7 175:10,13 176:9 179:9 180:21,

22,24 182:4,6 183:2,
6,9 186:21 189:25
190:4,9,11 191:1,22
192:4,5 193:22,25
194:6 195:1 196:18
197:14,17 199:17
200:22 202:9,24
203:10 207:13,21
208:18 209:9,12
213:24 214:5,6,15,
18,20 215:3,8 216:7,
23 217:2 218:5
220:11 223:7,9,14,18
224:12 225:16,18,24
228:2 230:17 232:17,
21 234:24 235:6,8,
10,18 239:22 240:15
243:23 244:2

**receivables** 238:21

**receive** 46:7 167:21
228:6

**received** 25:15 47:13
100:13 109:7 134:14
152:20 176:5 200:15
208:11 215:4 235:23

**receiving** 213:10
235:6

**recently** 21:7 202:15

**recess** 55:25 93:1
118:24 163:4 220:25

**recognize** 50:15
69:5 71:7 85:23 87:4
91:2 97:19 103:19
116:16,25 134:9
139:20 141:6 142:13
206:12 208:5,25
211:25 216:14
230:24

**recognizing** 211:6

**recollection** 79:7
122:15 129:16
130:19,25 131:20
134:21 135:19
140:11 143:13 179:3
181:9 184:4 188:10
189:23 199:15
204:15 218:2 224:9
225:12 226:15

**recommend** 201:20

**recommendation**

191:6

**record** 17:4,12
19:24,25 20:11 50:6
55:24 56:2 68:25
92:7,17,25 93:3
118:23 119:1 163:1,
3,6 220:24 221:2
226:24 227:1,2,4
244:12,14,21

**recording** 17:17

**records** 97:4

**recruited** 27:25 28:2

**refer** 22:17,21 31:3
43:5 81:6 84:5
114:14 191:16

**reference** 83:11 98:3
143:3 187:18 212:20
213:9 240:19

**referenced** 83:15
97:25 120:17 126:25
208:15

**references** 128:11
216:18

**referencing** 99:17
120:19,20

**referred** 50:23
100:14 101:8 238:21

**referring** 22:23
29:13 31:4 65:10
66:11 100:1,15
101:12 102:19 104:5,
9 112:15 115:10
119:14 128:10
132:17 139:12
148:14 159:4 162:9,
15 164:19 169:25
190:2 202:23 211:1
212:11 213:23
216:21 222:6,13

**refers** 181:11

**reflect** 219:4 242:15

**reflected** 52:12
54:11

**reflects** 218:13
238:20

**refresh** 46:16 79:7
122:15 129:16
130:19,25 131:20

134:21 135:19 184:4
204:15 225:12

**regard** 63:24 204:18
214:19

**regular** 177:22

**regularly** 61:15
96:12

**Reidt** 17:7 18:13

**reiterated** 67:18

**rejected** 241:16

**related** 151:24 152:7
153:10 202:16
214:13

**relates** 42:2

**relating** 97:5

**relation** 214:17

**relationship** 27:6
35:4 36:12 37:13,15
38:1,2 63:9 147:12
241:2

**relationships**
186:13

**relative** 211:8

**release** 124:14 146:7
148:25 150:6 162:8
167:16

**released** 119:20
121:12 201:23

**relevant** 60:21

**rely** 110:3

**remained** 45:9
243:25

**remaining** 76:23
80:25 84:5 159:4
160:9,15,24 162:9
163:21 164:7,12
165:7,14 172:23
173:13 183:4,8 184:6
196:22 211:16 216:5,
25 219:12

**remember** 29:4
34:10 85:11 91:17
119:22 123:10,21
133:21 136:17 156:6
169:24 179:12
188:14 191:5 214:9

**remind** 164:18

**remote** 17:10,17

**remotely** 17:13,15
18:11

**renting** 35:15

**repay** 150:23 222:4

**repaying** 222:20

**repeat** 107:11

**repeating** 158:22

**rephrase** 31:12
53:13 107:13 152:2

**reply** 180:1

**reporter** 17:13
18:17,21 19:23 20:3
43:13 101:18 193:14
244:22

**reporting** 17:9
18:14,18 58:23

**represent** 19:10
235:22

**representative**
22:15 24:2

**represents** 235:25

**request** 42:17,19
106:1 117:5,7 206:1

**requested** 44:4
80:24 244:5

**requesting** 87:22,23
105:7

**required** 54:23
132:16,24

**requirements** 37:7

**resale** 236:25

**resell** 186:16 235:12

**resold** 235:20

**resolution** 204:12

**resolve** 234:3

**resolved** 22:5 47:20
48:6,17

**respect** 24:2 121:2
150:17 165:13
168:19 196:3 220:4

**remind** 164:18

**respond** 21:13
101:22 138:1 181:1

**responded** 98:13

**responding** 149:5

**responds** 118:8

**response** 141:19
148:22 171:24
188:16 197:15
208:15

**responses** 148:20

**responsibility**
234:13

**responsible** 50:24
234:17

**restate** 101:11

**restating** 160:22

**result** 207:18

**revealing** 47:12

**revenue** 40:3,11,18,
24 41:17 42:2,9 46:6
110:9,11 238:9

**revenues** 40:5,15
41:8 44:12 45:4
110:21 111:1,3,4
237:19,22

**review** 23:14 61:9
88:4 109:4

**reviewed** 25:6 51:2
225:19

**reviewing** 218:3
225:16

**reward** 30:7

**Rich** 220:17

**Richard** 19:8 92:8
156:23

**risk** 51:22 64:20 65:1
146:17 230:2

**Rob** 24:11

**role** 34:6

**room** 17:11,14 23:12,
15 32:19 50:10 93:6
122:7 170:1

**Rose** 161:16,18

162:7 163:15

**routine** 78:2

**Roy** 78:12

**Rule** 17:20

**rules** 17:20,21 19:20

**run** 28:20 37:11 40:11

**running** 30:2 65:16 167:22

**runs** 182:13

---

**S**

**S9** 33:9

**S9's** 160:2

**sale** 237:1

**sales** 26:22,24 46:7, 23

**San** 34:18

**satisfy** 137:13 197:5

**schedule** 52:12 53:6 54:15

**scheduled** 53:11 141:19

**school** 25:18

**SCM** 81:1 200:12

**scroll** 121:4 122:7

**sec** 21:24 22:1 140:5 193:16

**SEC-RELATED** 21:18

**Section** 50:25 51:2, 5,11,19,23 52:2

**secure** 112:19

**security** 180:20 191:3

**seek** 90:8 176:11

**seeking** 177:11,13 200:4

**seeks** 43:13 101:18

**sell** 61:2 73:7,20 107:18,23 146:12

184:24 185:5,24,25 186:20

**sellers** 60:19

**semantics** 81:12

**send** 56:25 80:22 91:10 127:3,4 128:6 129:22 130:18 134:16 139:13 175:1 179:23 187:4 198:6 210:23 217:5 224:5

**sender** 208:13

**sending** 80:8 124:19 129:15 141:25 178:25 183:22 186:22 188:7 195:22 240:15

**sends** 181:25

**sense** 20:20 41:7 59:25

**sensitive** 240:8

**sentence** 33:7 80:23 93:14 113:11 122:23 123:9,14 139:5 166:19 171:7 202:12 228:19 240:18

**sentiment** 140:13 172:16

**separate** 59:5 106:13 117:8 235:9 241:18

**separately** 37:17

**September** 83:13 221:7,22 225:6,11 227:23

**service** 38:15

**Services** 18:6 160:3

**set** 37:6 46:24 54:1,9 79:25 137:18 151:8 163:19 171:11 229:20 240:25 241:8

**shakes** 20:13

**share** 124:12 125:2 135:17 181:7,14,16 182:5 223:15 230:6

**shareholder** 30:19

**shares** 191:3

**sharing** 23:11 124:16

**sharp** 126:16

**sheet** 70:14 237:24 238:19

**sheets** 237:14

**ship** 123:18

**shipment** 135:21

**shipments** 106:13 129:24 130:4

**short** 239:23

**show** 75:14 186:23 187:8 211:14 217:4 227:21

**showed** 44:8 218:3

**showing** 220:2 229:16

**shown** 54:12 55:9 63:6 68:1 79:2 160:11 188:4 226:16 242:20,23 243:11,16

**shows** 72:19 81:5 107:4 238:3

**shut** 58:17

**shutting** 240:20

**sic** 56:6 67:23 82:9 227:7 231:25

**sign** 91:9 95:8 109:15,16 113:1,7,14 114:3 115:21 142:20

**signature** 50:18 121:6 165:16

**signatures** 50:13

**signed** 51:3 80:1 98:24 112:2 130:17 136:13 165:13 233:14

**significant** 136:13

**significantly** 229:19,22

**signing** 113:9

**Silicon** 241:1,8

**similar** 38:15 109:10 128:12

**simply** 184:24

**simultaneous** 58:3 84:16 122:11 209:22 228:21

**single** 67:9

**sit** 41:15 42:15,23 47:2 48:24 127:15 135:5 141:5

**site** 37:12 170:1 214:11,22

**sits** 46:25

**situation** 172:14 189:20

**sizes** 212:11

**small** 30:6 108:10 133:6 135:2 186:12 205:7 209:6 211:8,14

**smoother** 20:9

**SMS** 37:20,22,23 47:19,22,24 48:15 78:12

**sold** 34:3,5 45:14,16, 24 46:1 61:2

**solution** 201:20 204:23 214:14

**solves** 30:6

**sort** 118:4 179:11 198:4

**sotto** 157:10

**sound** 229:18

**sounds** 28:11 59:22 71:18 78:15 104:7 109:5 126:16 148:10 212:14 223:7

**source** 39:21

**sources** 108:11

**South** 37:3

**Southern** 18:8

**space** 29:9,12,13 35:15 64:13 169:20 205:4

**spacing** 34:4

**speak** 20:1 98:24 99:14 100:14 177:8, 18 178:25

**speaking** 20:2 58:3 84:16 122:11 126:15 189:17 209:22 222:25 228:21

**specialist** 18:14

**specific** 37:6 52:22 55:15 136:17 179:12 188:14 235:10

**specifically** 33:9 51:10 139:4 214:18 230:8

**specifics** 137:8 179:9 202:24

**speculate** 99:25 156:18

**speculation** 177:16

**spent** 24:11

**spirit** 145:6

**spoke** 105:15 122:24 166:21 178:18 195:19 241:14

**spoken** 98:1

**spread** 36:19,24

**SRFK** 158:16

**stage** 87:18 112:21 180:20

**standard** 78:3

**start** 147:3 169:21 201:24

**started** 26:13 59:14, 15 193:23 209:5 213:14

**starting** 120:25 154:12 165:11 219:11

**starts** 86:5

**State** 25:16

**state's** 17:21

**stated** 186:19 204:5

**statement** 42:5,13
101:13 111:12 174:8
189:3 218:7 238:4,15

**statements** 174:15
242:15

**states** 18:8 49:23
184:2

**stating** 193:7

**stayed** 68:9

**stipulate** 17:16

**stock** 31:8,13 223:15

**stockbroker** 26:12

**stood** 218:4,7

**storage** 83:12,16
123:17,19 213:20,25
214:7,13,16 217:25
224:7 225:9,13
227:22

**store** 60:5 83:17

**storing** 214:9

**story** 140:5

**strange** 80:20
209:14

**Street** 18:16

**strike** 33:17 35:20
36:17 66:10 69:22
112:13 148:20 152:4
218:23 236:10

**struggling** 53:24

**student** 26:4

**subcompany** 53:25

**subject** 24:3 244:3

**subparagraph** 52:6
54:22

**subs** 125:20

**subsequently** 23:17
32:20 50:3 56:7
68:23 71:4 75:1 76:1
77:6 80:16 83:25
85:8 87:2 89:17
90:25 91:24 97:17
99:5 102:9 103:17
104:14 111:19 115:3
116:14 119:6 120:7

121:18 124:4 126:7
129:8 130:10 131:8
134:7 137:2 138:17
139:18 141:14
142:11 144:8 154:10
158:7 159:17 161:13
163:11 165:3 166:14
168:6 169:2 170:24
172:6 173:20 174:23
175:22 178:12
179:19 180:16
181:22 182:15
183:14 187:25
189:10 190:19 195:6
197:22 198:20
199:22 203:25
205:15 206:10 208:3,
23 210:13 211:23
213:2 215:14 216:12
220:16 221:18
223:23 224:20 227:9
229:5 230:22 232:2
233:2 235:4 237:9
240:13 242:11

**subsidiaries** 34:2
153:16,19,22 154:3

**subsidiary** 104:24
239:13

**substance** 141:7

**substantially** 148:4

**substitute** 92:21

**sued** 82:3

**sufficient** 128:24

**suggest** 230:11
234:16

**suggesting** 62:16
106:16

**suggests** 106:12

**Suite** 18:16

**sum** 130:3

**summarizing** 81:2

**Super** 18:6 22:15,17,
21 24:2 27:9,12,17
28:3,13,22 29:6,8,18,
25 32:4,7 33:5,19
34:12,25 35:5,21,25
36:4 37:25 39:6,15,
21 40:14,24 41:17
43:1 46:7,22,25

47:16 48:16,19,25
50:16 54:15,24 57:5
58:16,23 64:12 69:19
70:3,9 72:15 77:25
78:4 79:8,11 81:4,20
83:6 84:24 87:23
88:10,13,20 91:13
95:15,16 96:25 100:4
105:1,4 109:23
110:1,4,10,25 113:8
115:12 124:20
125:23 132:17,22
133:12 140:4 143:19
150:18 151:23 152:7,
16 153:13 160:20
161:21 167:9 196:21
222:11,22,25 237:14,
20 239:2,16,22
240:7,20 241:6,23
242:16 243:20

**supplier** 61:11

**suppliers** 60:13

**Supply** 18:6 56:25

**support** 53:25 230:1

**supportive** 94:1,15
95:2

**supposed** 132:9
165:19 210:23

**surprise** 208:10

**surprised** 73:19
141:18

**SVB** 241:5

**swear** 18:21

**swearing** 17:15,18

**sworn** 19:2 42:24

---

**T**

**taking** 26:3 149:4
232:15

**talk** 40:5 61:12 115:9
169:12 171:18
227:20

**talked** 28:16 54:21
67:2 185:24 236:6

**talking** 100:6 102:1
107:14 171:13

222:19 240:19
244:14

**talks** 53:2 156:3
190:2

**Tami** 17:13 18:17

**target** 40:17

**team** 62:15 76:14

**teams** 26:22

**tech** 241:3

**telling** 43:8 74:12
178:5 184:24 194:9

**ten** 55:19 92:22
118:20

**ten-minute** 220:22

**Tencer** 91:4 93:11
94:20 98:3,7,20 99:9
100:9,13 102:12
103:20 104:5 105:10,
13,21 111:22 112:12
115:6 116:17,21
117:1 118:8 119:9
120:10,20 121:21
122:20 124:8 125:6,
14 126:11,19 127:2,
24 129:11,20 130:13
131:11 134:10 137:5,
16 138:20 139:23
140:1,12,14,17,24
141:17 142:5,15
144:11,17 148:2
154:17 156:3 158:11
161:16 163:15
166:17 168:9 169:8
171:4 172:9,22
173:5,23 174:9
175:25 176:7,22
178:15 180:7,18
181:2 182:5,18
183:18 188:3,11,17
189:13 190:6 192:2
199:25 203:17 204:2
205:18 206:13
207:19 208:6 209:2
210:16 213:6,19
215:17 216:15 217:3,
21 219:21 221:6,21
224:1,25 226:1
227:18 229:8 230:25
235:7,16

**Tencer's** 106:11

190:1,23 199:9

**tended** 125:23

**term** 201:21

**terms** 26:17 34:23
50:23 54:7 98:6,10
109:10,18 144:25
145:17 150:13
151:17 152:14,15
160:22 201:13,15

**testified** 19:3 152:10

**testify** 21:2 24:1

**testifying** 22:13,14
42:23 73:18 100:9
101:6

**testimony** 20:24
24:25 25:4,7 41:15
42:24 100:12,22
193:2

**texts** 112:24

**thing** 20:17 108:7

**things** 61:3 88:1,7
143:11

**thinking** 39:3 126:2
177:19 193:24
240:24

**thinks** 98:9

**Thomas** 161:16
163:15

**thought** 42:6 69:9
83:5 109:17

**thoughts** 233:10

**thousand** 41:23
43:1,8,9,14

**thread** 90:1 126:10
171:2 174:25 181:24
182:13 221:5

**threats** 48:8

**three-plus** 136:12

**time** 17:5 20:3 25:22
26:10,12,21 27:4,10
28:2 29:3,5,15 42:4
51:1,6 54:6,15 55:24
56:2,3 57:2,21 60:10,
21 61:8,20 62:25
65:9 70:8,14 74:12
76:13 77:24 78:4,19

81:4 84:23 86:21
87:25 88:3,4 90:5
91:8 92:25 93:3 94:5
99:22 101:8 104:5,21
106:17 108:6,15
115:15 118:23 119:1
123:7,23 124:17
125:4 126:19 128:21
130:1 133:14 134:24
135:25 137:17 139:3
140:17 145:3,19
147:5 152:5 163:3,6
169:25 170:18
171:22 172:16,21
176:4 177:20 183:6
184:13 188:12 190:5,
12 191:1,23 192:1
194:10 197:6,11,12
202:6 203:17 206:4
209:21,23 217:1
218:7 220:24 221:2
223:6 225:1,13,17
226:1,16 227:1,4,25
228:24 235:11 236:2,
13 239:23 244:8,21,
25

**timeline** 115:20
116:2 137:18 204:18

**timeline's** 115:23

**timeline/plan**
202:21

**times** 100:18

**timing** 53:19 54:3
74:19 112:5 124:13,
19 139:7,11 151:8
166:23 169:13 174:4
175:6 180:5 201:17
204:17

**title** 115:15

**today** 19:13,22 20:24
22:14 23:6 24:8,25
41:16 42:15,23 47:2
48:23,24 75:10 77:22
78:11,14,17 98:17
115:21 123:18
127:15 128:5 129:15
130:18 135:5 138:3
141:5 169:13 170:6
175:7 182:23 183:24
198:5 208:11 209:5
212:6 222:2,7 224:7
233:14

**today's** 23:10

**Todd** 75:8 114:11,14
115:9 120:19 126:15
128:3 129:15 130:17
138:24 139:2 166:21
170:6 178:18,25
182:23,25 188:23
199:11 240:24

**told** 57:11 73:24
74:18 95:7,13
134:15,18 186:15
201:1

**tomorrow** 128:8
142:21 168:16
182:25

**tonight** 139:9

**top** 58:14 72:3 87:4
89:19 91:2 93:10
99:8 102:11 103:19
104:16 109:2 111:21
115:5 116:16 118:8
119:8 120:10,21
121:20 122:6 124:6
127:23 129:10
130:12 134:9 138:19
142:13 154:15 158:9
161:15 162:6 165:5
166:16 168:8 169:7
171:2 172:9 173:4
174:25 175:24
176:17 178:14
179:23 181:1,24
182:17 187:14 188:3
190:21 195:8,14
197:24 198:22
206:12 208:5,25
210:15 211:25 213:5
214:23 215:16
218:24 221:5,20
223:25 229:7 230:24
233:4

**topic** 119:22

**topics** 24:3,5

**Toronto** 98:2

**total** 135:15 205:21
219:1 224:6 235:24

**totaling** 243:12

**traditional** 37:8

**tranche** 159:5

**transaction** 94:6,10
96:6 97:6 103:9
117:15 118:2 135:16
137:15 147:10
152:14 170:9 179:11,
13 196:4

**transactions** 117:17
202:15,18,23

**transcript** 18:20
25:6 244:23

**transfer** 119:13

**transparency** 98:21
125:11,12

**transparent** 105:24
124:24

**treat** 125:23

**trip** 20:8

**true** 64:3 67:16,22
189:19

**truthful** 20:24 100:22

**truthfully** 21:3

**TSG** 17:8 18:14,18

**Tuesday** 86:7

**turn** 66:4 186:14
205:10 243:10

**turning** 243:15

**two-month** 241:22

**two-plus** 241:23

**type** 29:10

**typo** 164:1

___

**U**

**U.S.** 207:10

**Uh-huh** 105:19 188:5

**uh-huhs** 20:14

**ultimately** 53:20
90:19 116:7 121:2
239:25

**unable** 193:19

**underneath** 159:19
183:17

**understand** 22:18,
22 31:4 41:5 60:4
100:21 107:10 121:9
123:19 125:15,16,19
132:15 146:12 155:2,
11 156:15 167:10
172:13 180:5 181:5
185:24 193:11
194:13 212:10

**understanding**
28:10 31:6 48:20
75:12 83:14 99:16
104:4 105:20 110:24
114:18 120:16
124:15 128:9 142:22
154:24 159:1,6
160:19 162:18
177:12 179:6 181:15
187:17 189:19,22
193:5 196:20 202:22,
25 203:8 212:19
213:22 215:24
216:20 217:7 221:11
227:24 228:24
229:15 232:18
235:25 237:13

**understood** 20:21
99:22 106:2,4 147:15

**undertake** 35:1

**undertaken** 111:7

**underway** 212:18

**unexpected** 202:18

**unfold** 88:2,7

**unique** 35:8 37:7

**Unit** 18:4

**United** 18:8

**units** 244:19

**University** 25:16

**unreasonable** 237:1

**unsuccessful**
241:20

**update** 30:12 77:21
96:14 138:23 139:8
175:6

**updated** 232:12

**updates** 77:23

**updating** 96:12

**urgency** 104:3

___

**V**

**Vaguely** 140:20

**validity** 17:16

**Valley** 241:1,8

**varied** 60:7

**varies** 31:21

**variety** 26:20

**varying** 214:15

**vendor** 62:1,2

**vendors** 61:3 71:14
75:20

**versus** 18:6

**viable** 150:22 151:5

**video** 17:17 18:14
244:20

**video-recorded**
18:4

**view** 49:11,21 68:6
199:16

**viewpoint** 145:5
167:23

**voce** 157:10

**voice** 112:23

**volatile** 64:1

**volatility** 230:5

**Volynsky** 17:25
21:12,20 22:8 24:12,
15,20 27:14,18 28:15
30:20 31:9 32:11
33:13 34:14 35:6
39:17,24 41:10,18
42:16,19 43:19 44:14
46:8 47:6,8,18 48:1
49:2,14 52:15,21
53:12,16 54:17,25
55:10,21 57:22 58:9
59:9,20 60:3,11,22
62:6,18 63:18 64:21
65:4,13,24 66:6,15,
25 67:12,19 68:2,8
69:21 70:4,12 71:20

72:11,17,25 73:17
74:1,7,13,20 76:25
77:8,13 78:6 79:22
80:2 81:11 82:5,11,
20 83:7 84:14,25
86:13 88:12,18,23
89:9 90:18 92:8,13,
23 94:7,14 95:3 96:3,
7,13,20 97:10 99:18,
24 100:8,17,23
101:3,10 102:3,21
103:10 106:6,19
107:9 108:3,9,18
109:24 110:6,17
111:8,14 113:5,15,22
114:5 115:25 122:8
125:7,25 126:21
127:11 129:2 130:22
131:16,24 132:5,11,
13 133:2,9,15,20
134:1 135:9,23
136:5,16 137:20
138:11 140:19 141:2
143:5,16,21 144:2
145:10,23 146:4,9,21
147:1,11,23 148:9,17
149:6,14,21 150:2,7,
25 151:11,20,25
153:6,11,17,24
155:5,12,23 156:8,
17,23 157:7,9,15,18,
21,23 158:2 159:11
161:1,7,24 162:11
165:25 166:8 167:7,
25 168:21 170:11
172:17 174:12,17
175:16 176:8,13
177:6,15,24 178:6
180:10 184:8,14
185:1 186:25 187:11,
19 188:19 190:8,13
192:8,14,19 193:1,6,
13 194:4,18,25
195:11 196:5,24
199:4 200:7,21
201:3,11,18 202:8
203:4 204:20 207:20
208:17 209:11,23
210:8 211:10,17
212:13 213:16 216:6
217:10,15 218:9,17
219:14,23 220:17,20
222:23 223:11,17
225:21 226:2,9,11,18
227:10,13,15 228:1,
14,20 230:13 231:18,

20 234:1,18,23
236:14,21 237:3,21
238:11,16 241:10
242:4 244:1,11,22,24

### W

**wait** 20:6 92:17
155:12

**walk** 62:4,17 67:11
72:9 192:24 194:10

**walking** 192:11

**wanted** 34:7 51:22
57:15 66:13 67:23
69:14 72:19 79:18
82:13 94:5,12,22
125:5 135:24 136:20
146:24 147:9,13
161:2 177:5 178:5
181:16 186:12 192:3
194:16 201:8,10
221:25

**warehouse** 83:17
213:20 217:24

**water** 204:22 205:3

**ways** 107:15

**website** 229:14
236:8

**websites** 60:17,18
61:6,8

**week** 58:19 87:20
134:17,19 135:18
158:20 163:24,25
164:6 166:25 170:5,
10,17 173:11 174:3
223:5 233:11

**weekly** 61:17

**weeks** 136:12 148:6
236:6

**Wells** 242:15

**whack** 63:14,16

**wholly** 239:12

**whomever** 110:1

**wife** 76:11

**willingness** 189:21

**Willy** 51:9 53:17 54:9
55:1 62:14 66:18,21,
24 67:7 68:10 73:6,
19 82:15 83:16 93:11
94:22 98:1 99:20
100:1 101:12,20
125:14,23 126:2
144:17 146:11
147:10 164:20 175:5,
15 178:5 182:1
184:24 185:4,18,19,
22 186:3,15,19,23
191:6 195:19,22
196:3 198:4,8 212:2
215:2 233:12

**Willy's** 104:8 164:20
224:12

**wire** 103:6 127:5
128:4,6 129:18,22
130:18 131:1,14
132:21 134:15
158:18 182:24
183:22 184:10 188:8,
12 198:5,9 208:11

**wired** 75:10 160:12
164:16 183:3

**wires** 199:12 212:11
213:10 215:7 216:4
217:5,8,23

**wiring** 127:8 183:7
184:12 209:5,10
213:14 215:21,23

**withdraw** 69:22
127:11

**word** 57:14 74:5
82:18,21,25 183:1

**words** 74:11 82:10

**work** 21:10 29:17
39:13 74:18 109:25
139:2 144:23 145:21
146:2,19 150:14
168:13 172:11 181:8
204:10,17,23 205:9
228:8 231:9

**worked** 26:20 27:1,
11,12 150:20

**working** 27:17 29:24
53:22 54:9 73:24
93:15 98:10 128:20
137:12,17 138:2,5,25

145:16 166:22 167:2
173:9 178:19 179:7
181:10 202:5

**works** 19:18 107:15

**worry** 168:13

**worth** 48:9 60:2
236:19

**wrap** 148:23

**wrapping** 158:24

**write** 39:12 119:11
220:7 223:2 226:5

**writes** 103:24

**written** 19:24,25
20:11 67:9 150:17
186:18

**wrong** 77:11

**wrote** 57:2 144:17

### Y

**year** 21:8 40:24 45:18

**years** 25:24 26:24
30:13 41:3 45:20,22
48:3 141:6 237:14

**yesterday** 24:17
126:16 166:21 184:1
189:18 208:12
216:19

**York** 18:9,16

### Z

**zones** 209:21,23

**Zoom** 18:12