EX-21 4 ex21.htm EXHIBIT 21

**Exhibit 21**

**Subsidiaries of the Registrant**

1. Coolisys Technologies, Inc., a Delaware corporation
2. Microphase Corporation, a Delaware corporation
3. FlexiSphere Acquisition Corp., a Delaware corporation
4. Super Crypto Mining, Inc., a Delaware corporation
5. Digital Power Corporation, a Delaware corporation
6. Excelo LLC, a Nevada limited liability company
7. Digital Power Lending, LLC, a California limited liability company
8. Power-Plus Technical Distributors, LLC, a California limited liability company
9. Digital Power Limited, a company organized under the laws of England and Wales