**Subject:**                    news release

**From:** Joe Kalfa - NADW [mailto:joekalfa@gmail.com]
**Sent:** April 18, 2018 12:48 AM
**To:** Willy Tencer <sales@timberlane-mldg.com>
**Subject:**

https://globenewswire.com/news-release/2018/04/17/1480577/0/en/DPW-Holdings-Issues-Annual-10-K-Report-for-FYE-2017.html
--


Best Regards,
Joe Kalfa

**Mobile:** +1-410-504-6032


***** Confidentiality Disclaimer *****
This email (and any attached document) contains confidential information from Joe Kalfa. and
is intended solely for the person or organization to whom it is addressed. If you have
received this email in error, please notify joekalfa@gmail.com and destroy the attached
message (and all attached documents) immediately. Any unauthorized distribution, copying, or
other dissemination of this email is strictly prohibited.

BMS 000734