

NEWSROOM    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    REGISTER



# DPW Holdings Issues Annual 10-K Report for FYE 2017

Company Sales Increases to 33.95% from 2016, Increases Book Value to 34.13%

April 17, 2018 18:04 ET | Source: **DPW Holdings, Inc.**   Follow

**Share**









Newport Beach, Calif., April 17, 2018 (GLOBE NEWSWIRE) -- DPW Holdings, Inc. (NYSE American: DPW) ("**DPW**" or the "**Company**"), a diversified holding company, has filed its annual Form 10-K for its fiscal year ended December 31, 2017 with the SEC. The financial results for the Company's 2017 fiscal year are summarized below:

- Sales for 2017 were $10,175,000, an increase of 33.95% from 2016;
- Comprehensive income increased from a loss in 2016 of $362,000 to a gain of over $5,323,000 in 2017;
- Gross margins for 2017 improved to 37.8% from 35.6% in 2016;
- Total assets increased in 2017 to over $30,510,000 from total assets of $5,472,000 in 2016, an increase of 457%;
- Book value increased over 34.13% for the first time in the last 6 years while increasing significantly for the first time in 10 years;
- DPW Holdings had a comprehensive loss of $5,931,000 for 2017 versus $1,484,000 for 2016;
- The Company had non-cash charges of $6,333,000 for 2017 versus $736,000 for 2016;
- The Company raised $13,391,000 for 2017 versus $1,279,000 for 2016;
- The Company used $8,674,000 for new investments in 2017 versus $1,029,000 for 2016;
- DPW Holdings anticipates a reduction in its cost of capital for 2018 and beyond. As the asset base of the Company exceeds $30,510,000 as of December 31, 2017, DPW Holdings noted it has various methods in place to raise capital at lower rates and overall cost.

The Company emphasizes that the limited information provided above is insufficient to make an informed investment decision regarding DPW's securities or to fully and accurately evaluate the Company's 2017



NEWSROOM    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

For 2018, DPW sees growth for the following subsidiaries:

- Super Crypto Mining, Inc will begin reporting sales as of the first quarter of 2018;
- Digital Power Lending is now a California lending company operating under a California finance lender's license (#60DBO-77905) and is building a lending platform to be rolled out the second quarter of 2018;
- DPW will begin to recognize revenue in 2018 for fulfillment of the March 15, 2017 purchase order from MTIX, Ltd. which will increase our gross sales significantly.

"The lending business will be a large driver of growth for DPW shareholders in 2018 and beyond. In 2017, we were successful in increasing our asset base and adding value while raising capital," said Milton "Todd" Ault, III, the Company's CEO & Chairman. Ault continued, "For 2018, our mission remains the same; to achieve meaningful topline growth while building the total value of the Company." The Company reiterated that driving growth and increasing top-line revenues are critical goals and the Company's core focus in 2018 while starting in the fourth quarter, cash-flow and profitability will become critical as DPW lays the foundation for fiscal year 2019.

The Company stated it is adhering to its 2018 revenue guidance that was previously issued estimating that gross revenues on a consolidated basis will range from $44,000,000 (USD) to $49,000.000 (USD) based on the assumption the acquisition of Enertec is completed in the second quarter of 2018 and that the market price for Bitcoin will stabilize between $6,500 - $8,500.

The Company previously announced it will host an investor conference call today an hour after the close of the U.S. financial markets at 3:30 PM Pacific Daylight Time (PDT) via webcast to review its financial results for the fiscal year ended December 31, 2017. Registration for the conference call is now closed.

The Company strongly suggests review of the Form 10-K report for important details along with all other public filings available at www.DPWHoldings.com under the "Investor Relations" section or at www.sec.gov. Internet access to the conference call presentation materials will be available on the Company's website at www.DPWHoldings.com, by selecting "Investor Relations" and then "Upcoming and Past Events." A



**ABOUT DPW HOLDINGS, INC.**

Headquartered in Newport Beach, CA, DPW Holdings, Inc. is a diversified holding company that, through its wholly-owned subsidiary, Coolisys Technologies, Inc., is dedicated to providing world-class technology-based solutions where innovation is the main driver for mission-critical applications and lifesaving services. Coolisys' growth strategy targets core markets that are characterized by "high barriers to entry" and include specialized products and services not likely to be commoditized. Coolisys through its portfolio companies develops and manufactures cutting-edge resonant switching power topologies, specialized complex high-frequency radio frequency (RF) and microwave detector-log video amplifiers, very high-frequency filters and naval power conversion and distribution equipment. Coolisys services the defense, aerospace, medical and industrial sectors and manages four entities including Digital Power Corporation, www.DigiPwr.com, a leading manufacturer based in Northern California, 1-877-634-0982; Digital Power Limited dba Gresham Power Ltd., www.GreshamPower.com, a manufacturer based in Salisbury, UK.; Microphase Corporation, www.MicroPhase.com with its headquarters in Shelton, CT 1- 203-866-8000; and Power-Plus Technical Distributors, www.Power-Plus.com, a wholesale distributor based in Sonora, CA 1-800-963-0066.

Digital Power Lending, LLC, www.DigitalPowerLending.com, a wholly owned subsidiary of the Company, is based in Fremont, CA, and is a California private lending company operating under Financial Lender's License ##60DBO-77905 dedicated to strategically providing capital to small and middle size businesses for an equity interest in addition to loan fees and interest. Super Crypto Mining, Inc. www.SuperCryptoMining.com is a wholly-owned subsidiary of the Company, is based in Fremont CA that leverages its engineering expertise and existing locations to create crypto currency mining facilities across the globe. Super Crypto Mining, Inc. operates the branded division, Super Crypto Power, www.SuperCryptoPower.com. Excelo, LLC, www.Excelo.com, a wholly-owned subsidiary of the Company, is a national search firm specializing in fulfilling strategic executive, professional and hi-tech placements for businesses delivering world-class services. DPW Holdings, Inc.'s



NEWSROOM      SERVICES ⌄      CONTACT US      FRANÇAIS      SIGN IN      REGISTER

**Forward-Looking Statements**

The foregoing release contains "forward looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including statements regarding the acquisition and the ability to consummate the acquisition. These forward-looking statements generally include statements that are predictive in nature and depend upon or refer to future events or conditions, and include words such as "believes," "plans," "anticipates," "projects," "estimates," "expects," "intends," "strategy," "future," "opportunity," "may," "will," "should," "could," "potential," or similar expressions. Statements that are not historical facts are forward-looking statements. Forward-looking statements are based on current beliefs and assumptions that are subject to risks and uncertainties. Forward-looking statements speak only as of the date they are made, and the Company undertakes no obligation to update any of them publicly in light of new information or future events. Actual results could differ materially from those contained in any forward-looking statement as a result of various factors. More information, including potential risk factors, that could affect the Company's business and financial results are included in the Company's filings with the U.S. Securities and Exchange Commission, including, but not limited to, the Company's Forms 10-K, 10-Q and 8-K. All filings are available at [www.sec.gov](www.sec.gov) and on the Company's website at [www.DPWHoldings.com](www.DPWHoldings.com).

**Tags**

DPW    Small Cap    Financial Results 2017    Microphase    MTIX    MLSE

Cryptocurrency    Super Crypto Mining    Digital Power Lending    Bitcoin

# Explore



NEWSROOM   SERVICES   CONTACT US   FRANÇAIS   SIGN IN   REGISTER



**CMB Regional Centers Group 82 Receives I-956F Appr...**

August 11, 2023 18:30 ET



**Lottery USA Announces Launch of New Accounts With ...**

August 11, 2023 16:30 ET



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media: 

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact us