KALFA LAW (https://kalfalaw.com/)

Our Founder

[KALFA LAW](https://kalfalaw.com/)

# Shira Kalfa



Shira Kalfa is founder and principal lawyer at Kalfa Law Firm. Kalfa Law Firm is a boutique corporate-commercial and private M&A firm in Toronto. Shira's practice is focused in corporate-commercial and private M&A law, including corporate reorganizations, mergers & acquisitions, business establishment such as incorporations, partnerships or JVAs, debt and equity funding, private placements, commercial financing, secured and unsecured lending and transactional law. Also specializing in tax law, Shira provides her clients with tax planning advice to minimize tax obligations, primarily for small business owners in the context of the sale or purchase of a small business.

Shira graduated from York University achieving the highest academic accolade of Summa Cum Laude in 2012. She graduated from Western Law in 2015, with a specialization in business law. After several years of experience in one of the largest firms in central Ontario, Shira opened her own law practice in 2018.

Shira has been invited to speak at the Ontario Bar Association's (OBA) Continuing Professional Development (CPD) seminars which provide continuing education courses to lawyers on the topic of tax law in the context of private M&A transactions. Shira has been invited to speak at the International Business Brokers Association, Canada Division, in respect of the ongoing professional education of business brokers across Canada on the topic of transactional law.

Shira was nominated for the RBC Canadian Women Entrepreneur Awards as a Women of Influence in 2021. The RBC Canadian Women Entrepreneur Awards is the premier national awards program celebrating the achievements of the most successful women in Canada who have demonstrated excellence — from economic growth to social change, across multiple sectors.

Shira was nominated as Businesswomen of the Year and Kalfa Law Firm has been nominated as Small Business of the Year by Canadian SME National Business Awards in 2020.

Kalfa Law Firm has been nominated for 'Best Law Firm' by the Toronto Star's Reader's Choice Awards in 2021.

Shira has appeared on Newstalk 1010, and has been featured as a contributor in the Toronto Star, The Globe & Mail and the Hill Times. Shiras articles have also been published in the Lawyers Daily, a lawyers news publication focusing on new developments in the law.

Shira is licensed to practice law by the Law Society of Ontario. She is also a member of the Ontario Bar Association, the Canadian Tax Foundation, Women's Law Association of Ontario, and the Toronto Jewish Law Society. Shira also sits on the board of various not-for-profit organizations.

Shira is an avid human rights advocate who donates a portion of the firm's profits towards initiatives ameliorating women's rights and alleviating domestic abuse. In her spare time, she runs after two little children, and enjoys running, yoga, meditation and walks in nature.

[](https://kalfalaw.com/)

## HOW CAN WE HELP?

Contact Us for a No-Charge Consultation

First Name

Last Name

Enter Phone Number

Your Email

Confirm Your Email

How can we help you?

SUBMIT

Send us a message, but doing so does not mean that we are your lawyers until we have confirmed so in writing. Please do not include any confidential information in your message.

## Contact Us

Phone: (416) 631-7227 (tel:+14166317227)
Toll Free: (800) 631-7923 (tel:+18006317923)

Fax: (647) 849-3974
Email: reception@kalfalaw.com (mailto:reception@kalfalaw.com)

### Vaughan Office

2720 Steeles Avenue West, Suite 2
Vaughan, ON
L4K 4N5
(https://goo.gl/maps/t82Af1PVP9ov67Nk7)



ABOUT US (HTTPS://KALFALAW.COM/OUR-TEAM/)  |  ARTICLES (HTTPS://KALFALAW.COM/INSIGHTS/)  |  CONTACT (HTTPS://KALFALAW.COM/CONTACT/)
|  TERMS OF USE (HTTPS://KALFALAW.COM/TERMS-OF-USE/)  |  PRIVACY POLICY (HTTPS://KALFALAW.COM/PRIVACY-POLICY/)

(https://kalfalaw.com/)

©2023 All Rights Reserved | Kalfa Law Firm | Toronto, Ontario