Message

**From**: Willy Tencer [wtencer@midcitycapital.ca]
**Sent**: 7/16/2018 3:50:22 PM
**To**: todd@dpwholdings.com; joe kalfa [joekalfa@gmail.com]; darren@supercrypto.com; toddault@gmail.com
**Subject**: Call

If you are not able to make he call after 6:45 PST, please email the basic details and include how much you will wire and when.
Although Todd is overseas we can't let that affect this situation to drag on without showing progress.
It was extremely worrisome when you said that there was no liquidity to wire a mere $27K.
Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H5W1
Tel. 416 398 1198
wtencer@midcitycapital.ca

Exhibit 22 W. Tencer 1/10/2023

DEFENDANTS_003198