Message

| | |
|---|---|
| **From**: | darren@supercrypto.com [darren@supercrypto.com] |
| **Sent**: | 5/11/2018 2:28:01 PM |
| **To**: | 'Milton Ault III' [todd@dpwholdings.com] |
| **Subject**: | FW: Update |

Making sure you saw this. Let's discuss how we will reply.

Darren Magot
www.supercryptomining.com
714-887-6377

```
Exhibit 73
```

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Friday, May 11, 2018 10:34 AM
**To:** 'Darren Magot' <darren@supercrypto.com>; 'Todd Ault' <todd@ault.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: Update

I know your trying but this is really stretching me.
I can live with a closing this Tuesday, but I need to get a commitment now that if you don't fund on Tuesday, you will at a minimum on Tuesday add 250K as a further deposit?
This should easily be achieved from cash flow.
Please confirm.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** Darren Magot [mailto:darren@supercrypto.com]
**Sent:** May 10, 2018 11:32 PM
**To:** Willy Tencer <sales@timberlane-mldg.com>
**Cc:** Todd Ault <todd@ault.com>; Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** Re: Update

Hi Willy

Todd lands at midnight PST back in CA. I hope to have an update for u after we connect tomorrow

Darren Magot
(714)887-6377

On May 10, 2018, at 5:11 PM, Willy Tencer <sales@timberlane-mldg.com> wrote:

Anything???

Willy Tencer
Blockchain Mining Supply and Services Ltd

200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

On Apr 30, 2018, at 10:07 AM, Darren Magot <darren@supercrypto.com> wrote:

Good morning Willy

I'm told that I won't have an update until tomorrow on the timeline. Once the month is closed however I do want the machines ASAP so will continue to push the payment for the last set of machines.

Darren Magot
(714)887-6377

On Apr 30, 2018, at 7:09 AM, Willy Tencer <sales@timberlane-mldg.com> wrote:

I didn't hear back from anyone on Friday.
Have you determined when the balance of the machines will be moving out?
I recall in previous discussions that you had said you must have these machines moved out by April 30th.
We need to move these machines. I would like to get a firm response as to why this is being delayed and when payment will be finalized.
It is unjust to request extension of payment without giving us information on a new ship date.
Please respond today.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** April 27, 2018 9:28 AM
**To:** 'Willy Tencer' <sales@timberlane-mldg.com>; 'Todd Ault' <todd@ault.com>
**Cc:** 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** RE: Update

Good morning Willy,

I'm am very sorry for the delayed reply. I have been in Indiana working to ensure that all the machines are unboxed and started. Todd has been at a Microcap convention in Las Vegas as a speaker this week so we both have been out of pocket. We expect to be able to talk today about the timing of the financing for the 600 machines. I have power and rack space to start them immediately so I want them right away. I expect that we are looking at early next week but please let me connect with Todd today and get back with our final plan.

Thank you again for understanding and I'm so sorry for the delay.

Darren Magot

www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Thursday, April 26, 2018 1:15 PM
**To:** 'Todd Ault' <todd@ault.com>
**Cc:** Darren Magot <darren@supercrypto.com>; 'Joe Kalfa - NADW' <joekalfa@gmail.com>
**Subject:** Update

Do you have the payment update?
Would like to get this shipped this week.

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

Confidential                                                                                          DEFENDANTS_002601