**Message**

---

**From**: darren@supercrypto.com [darren@supercrypto.com]
**Sent**: 3/22/2018 9:03:01 AM
**To**: sales@timberlane-mldg.com
**Subject**: RE: shipment

**Exhibit 47**

Good morning Willy,

I just spoke with Lisa and also with the NYSE attorneys (Who we originally planned to use for an Escrow). Again, I apologize since this is such overkill but I hope you understand that the CEO of the parent company (DPW traded on the NYSE) can't have any opportunity for something to go wrong (even though I know if won't). It's not a trust thing but just good business to avoid having to tell shareholders that we lost the shipment or money.

With that said, the only way I see of guaranteeing this would be to send the money to an Escrow as we originally planned with the deposit. The law firm SRFK could set up that Escrow today and receive the funds tomorrow. They would then release the funds once Lisa confirms that she released the equipment to the trucking company.

Thank you again for understanding and helping us find a solution here.

Darren Magot
www.supercryptomining.com
714-887-6377

---

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Thursday, March 22, 2018 7:03 AM
**To:** 'Lisa' <lisa@stonegatelogistics.com>
**Cc:** darren@supercrypto.com
**Subject:** RE: shipment

I thought you were handling the trucking for Darren.  We normally just send a packing slip.
If you need an official BOL can you send me one and we will complete it.
Thx.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

---

**From:** Lisa [mailto:lisa@stonegatelogistics.com]
**Sent:** March 22, 2018 9:59 AM
**To:** sales@timberlane-mldg.com
**Cc:** darren@supercrypto.com
**Subject:** RE: shipment

Hi Willy
Sorry I forgot to add that the driver will need to come with a BOL.

Regards
Lisa

905-671-9072 x236
905-673-8053
lisa@stonegatelogistics.com
www.stonegatelogistics.com



---

**From:** Willy Tencer [mailto:sales@timberlane-mldg.com]
**Sent:** March-22-18 9:19 AM
**To:** 'Lisa' <lisa@stonegatelogistics.com>
**Cc:** darren@supercrypto.com
**Subject:** shipment

I think my customer will be calling you.  he wants some sort of assurance that you will ship the goods to him once I call you to let you know that we have received payment.  I guess he wants to be comfortable that neither of us will run off with the goods after he pays me.
Would it be possible to give him a letter, if that's what he wants?
He is scheduled to pay tomorrow, so shipment should be tomorrow or Monday.
Hopefully, we'll get this sorted out today.
His name is Darren. He is in copy here.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com