UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯X

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,                                        Case No. 18-CV-11099-ALC

       Plaintiff,

  -against-

SUPER CRYPTO MINING, INC. (N/K/A DIGITAL
FARMS, INC. and DPW HOLDINGS, INC.
(N/K/A AULT AULLIANCE, INC.),

       Defendants.

⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯X

# CONFIDENTIAL

# FILED UNDER SEAL

# EXHIBIT 53

## TO THE SUPPLEMENTAL DECLARATION OF
## ROBERT B. VOLYNSKY, DATED AUGUST 12, 2023

1