| | |
|---|---|
| **From:** | darren@supercrypto.com |
| **To:** | "Shira Kalfa" |
| **Cc:** | "Willy Tencer"; "Joe Kalfa - NADW" |
| **Subject:** | RE: shipment |
| **Date:** | Thursday, March 22, 2018 7:58:15 PM |
| **Attachments:** | image001.jpg |

Hello Willy,

I'm pushing for the attorneys to reply tonight. They are in NY but I expect them to reply. I'm also working with the CFO and CEO of DPW on the payment details. I'll continue to update you as this develops.

Thank you,

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Shira Kalfa <shira@kalfalaw.com>
**Sent:** Thursday, March 22, 2018 2:59 PM
**To:** darren@supercrypto.com
**Cc:** Willy Tencer <sales@timberlane-mldg.com>; Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** Re: shipment

Hi Darren,

I have made a few changes to the escrow agreement to further flush out the particulars of the release. As you will see, the substance remains the same. Edits were made for clarification purposes only (see exhibits A and B).

My client has signed the escrow agreement, attached.

If approved by you, kindly execute and have escrow agent execute to cause fully binding agreement.

Best,
Shira

On 22 March 2018 at 16:40, <darren@supercrypto.com> wrote:

> Thank you and please find the fully executed agreement attached.
>
> Let me know if I can do anything else to help.
>
> Darren Magot
> www.supercryptomining.com
> 714-887-6377

BMS 001289

**From:** Shira Kalfa <shira@kalfalaw.com>
**Sent:** Thursday, March 22, 2018 1:37 PM
**To:** darren@supercrypto.com
**Cc:** Willy Tencer <sales@timberlane-mldg.com>; Joe Kalfa - NADW <joekalfa@gmail.com>
**Subject:** Re: shipment

Darren,

Received with thanks.

Can you send me a copy of the underlying purchase agreement?

Shira

On 22 March 2018 at 15:31, <darren@supercrypto.com> wrote:
> Hello Willy and Shira,
>
> Please find the Escrow agreement attached for your review.
>
> I look forward to your feedback.
>
> Darren Magot
> www.supercryptomining.com
> 714-887-6377
>
> **From:** Willy Tencer <sales@timberlane-mldg.com>
> **Sent:** Thursday, March 22, 2018 9:41 AM
> **To:** darren@supercrypto.com
> **Cc:** 'Shira Kalfa' <shira@kalfalaw.com>; Joe Kalfa - NADW <joekalfa@gmail.com>
> **Subject:** RE: shipment
>
> OK.   Have them prepare the agreement for me  and my attorney's review. (CC'd here).   Funds are due tomorrow.  After funds are confirmed to us to be in escrow account, we will notify Stonegate  (copy you) and then Stonegate will release goods to trucking company (and copy you). Then funds get released to us regardless of when you or the tucking company pick up the goods.
> Does Stonegate know who the trucking company is?  You should let us know too.  Sound good?
>
> Willy Tencer
> Blockchain Mining Supply and Services Ltd.
> 200 - 345 Wilson Ave.,
> Toronto, ON M3H 5W1
> Tel. 416 398 1198

Fax 416 398 0878
sales@timberlane-mldg.com

**From:** darren@supercrypto.com [mailto:darren@supercrypto.com]
**Sent:** March 22, 2018 12:03 PM
**To:** sales@timberlane-mldg.com
**Subject:** RE: shipment

Good morning Willy,

I just spoke with Lisa and also with the NYSE attorneys (Who we originally planned to use for an Escrow). Again, I apologize since this is such overkill but I hope you understand that the CEO of the parent company (DPW traded on the NYSE) can't have any opportunity for something to go wrong (even though I know if won't). It's not a trust thing but just good business to avoid having to tell shareholders that we lost the shipment or money.

With that said, the only way I see of guaranteeing this would be to send the money to an Escrow as we originally planned with the deposit. The law firm SRFK could set up that Escrow today and receive the funds tomorrow. They would then release the funds once Lisa confirms that she released the equipment to the trucking company.

Thank you again for understanding and helping us find a solution here.

Darren Magot
www.supercryptomining.com
714-887-6377

**From:** Willy Tencer <sales@timberlane-mldg.com>
**Sent:** Thursday, March 22, 2018 7:03 AM
**To:** 'Lisa' <lisa@stonegatelogistics.com>
**Cc:** darren@supercrypto.com
**Subject:** RE: shipment

I thought you were handling the trucking for Darren.  We normally just send a packing slip.
If you need an official BOL can you send me one and we will complete it.
Thx.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

**From:** Lisa [mailto:lisa@stonegatelogistics.com]
**Sent:** March 22, 2018 9:59 AM
**To:** sales@timberlane-mldg.com
**Cc:** darren@supercrypto.com
**Subject:** RE: shipment

Hi Willy
Sorry I forgot to add that the driver will need to come with a BOL.

Regards
Lisa
905-671-9072 x236
905-673-8053
lisa@stonegatelogistics.com
www.stonegatelogistics.com



**From:** Willy Tencer [mailto:sales@timberlane-mldg.com]
**Sent:** March-22-18 9:19 AM
**To:** 'Lisa' <lisa@stonegatelogistics.com>
**Cc:** darren@supercrypto.com
**Subject:** shipment

I think my customer will be calling you.  he wants some sort of assurance that you will ship the goods to him once I call you to let you know that we have received payment.  I guess he wants to be comfortable that neither of us will run off with the goods after he pays me.
Would it be possible to give him a letter, if that's what he wants?
He is scheduled to pay tomorrow, so shipment should be tomorrow or Monday.
Hopefully, we'll get this sorted out today.
His name is Darren. He is in copy here.


Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

BMS 001292

--

**Shira Kalfa, BA, JD**
**Partner**



Toronto Office:
Yonge Eglinton Centre
2300 Yonge St. Suite 1600
Toronto, Ontario
M4P 1E4

Vaughan Office:
Deloitte Building
400 Applewood Crescent, Suite 100
Vaughan, Ontario
L4K 0C3

Phone: (416) 631-7227
Toll Free: (800) 631-7923
Fax: (647) 849 3974
Email: shira@kalfalaw.com

The contents of this email may be subject to solicitor-client privilege. This email, together with any attachments, is for the exclusive and confidential use of the addressee(s). Any other distribution, use or reproduction without the sender's prior consent is unauthorized and strictly prohibited. If you have received this message in error, please notify the sender by email immediately and delete the message from your computer without making any copies.

--

**Shira Kalfa, BA, JD**
**Partner**