# DECLARATION OF RICHARD S. MANDEL

# EXHIBIT 1

# FILED UNDER SEAL