# DECLARATION OF RICHARD S. MANDEL

# EXHIBIT 4

Message

| | |
|---|---|
| From: | Willy Tencer [sales@timberlane-mldg.com] |
| Sent: | 5/3/2018 8:02:17 AM |
| To: | 'Todd Ault' [Todd@ault.com] |
| CC: | 'Mariah Corbett' [mariah@dpwholdings.com]; darren@supercrypto.com; 'joe kalfa' [joekalfa@gmail.com] |
| Subject: | RE: Call |

OK. I'm awaiting your call.

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

**From:** Todd Ault [mailto:Todd@ault.com]
**Sent:** May 3, 2018 10:55 AM
**To:** sales@timberlane-mldg.com
**Cc:** Mariah Corbett <mariah@dpwholdings.com>; darren@supercrypto.com; joe kalfa <joekalfa@gmail.com>
**Subject:** Re: Call

Calling you in 35 mins

On Thu, May 3, 2018 at 9:18 AM Willy Tencer <sales@timberlane-mldg.com> wrote:
> There was miscommunication. I thought you were in CA, so I was trying to accommodate you.
> I am available anytime.
>
> Willy Tencer
> Blockchain Mining Supply and Services Ltd.
> 200 - 345 Wilson Ave.,
> Toronto, ON M3H 5W1
> Tel. 416 398 1198
> Fax 416 398 0878
> sales@timberlane-mldg.com
>
> **From:** Todd Ault [mailto:Todd@ault.com]
> **Sent:** May 3, 2018 9:17 AM
> **To:** sales@timberlane-mldg.com
> **Cc:** Mariah Corbett <mariah@dpwholdings.com>; darren@supercrypto.com; joe kalfa <joekalfa@gmail.com>
> **Subject:** Re: Call
>
> Willy I will call you soon was told 6 Am was to ealry
>
> Are you on east coast?

On Thu, May 3, 2018 at 9:14 AM Willy Tencer <sales@timberlane-mldg.com> wrote:

Are we still on for the 9:00 am call? I am on standby.

Should I call Todd?

Willy Tencer

Blockchain Mining Supply and Services Ltd.

200 - 345 Wilson Ave.,

Toronto, ON M3H 5W1

Tel. 416 398 1198

Fax 416 398 0878

sales@timberlane-mldg.com

**From:** Mariah Corbett [mailto:mariah@dpwholdings.com]
**Sent:** May 2, 2018 4:10 PM
**To:** darren@supercrypto.com
**Cc:** Willy Tencer <sales@timberlane-mldg.com>; joe kalfa <joekalfa@gmail.com>; todd@ault.com
**Subject:** Re: Call

Sorry didn't see the last part of your email. 9am eastern time it is. Have a good night

On Wed, May 2, 2018 at 4:07 PM Mariah Corbett <mariah@dpwholdings.com> wrote:

Willy,

We are in New York. You tell me, 9am est or 1pm est?

On Wed, May 2, 2018 at 4:04 PM <darren@supercrypto.com> wrote:

Willy,

What is the best phone number to call you if you are on the road?

Darren Magot

www.supercryptomining.com

714-887-6377

**From:** Mariah Corbett <mariah@dpwholdings.com>
**Sent:** Wednesday, May 2, 2018 1:02 PM
**To:** Willy Tencer <sales@timberlane-mldg.com>

DEFENDANTS_002483

Cc: darren@supercrypto.com; joe kalfa <joekalfa@gmail.com>; todd@ault.com
**Subject:** Re: Call

My bad didn't know you were in CA. How about 1pm Eastern time ?

On Wed, May 2, 2018 at 3:51 PM Willy Tencer <sales@timberlane-mldg.com> wrote:
> Yes. Sounds pretty early for California time but that works fine for me. Please have him call my office at the number below.
>
> I am also available a little later if that works better for you guys.
>
> Thanks.
>
>
> Willy Tencer
>
> Blockchain Mining Supply and Services Ltd
>
> 200-345 Wilson Ave.
>
> Toronto, On. Canada
>
> M3H 5W1
>
> Tel. 416 398 1198
>
> Fax. 416 398 0878
>
> sales@timberlane-mldg.com
>
> _____
> From: Mariah Corbett <mariah@dpwholdings.com>
> Sent: Wednesday, May 2, 2018 3:20 PM
> Subject: Re: Call
> To: <sales@timberlane-mldg.com>
> Cc: <darren@supercrypto.com>, joe kalfa <joekalfa@gmail.com>, <todd@ault.com>
>
>
> Hi Willy, my name is Mariah, I am Todd's assistant. I scheduled a call for you and Todd tomorrow morning at 9am eastern time. Does that work for you?
>
> On Wed, May 2, 2018 at 1:10 PM Willy Tencer <sales@timberlane-mldg.com> wrote:
>> I do appreciate you getting back to me with the latest update.
>> With all due respect, I've been hearing this for over 2 weeks now. It's
>> always this Friday or early the following week. Then it's next Friday or
>> early the following week. Now it's later this week or again early next
>> week.
>> I've been hearing this now for 3 weeks in a row.
>> In order to continue this waiting game. We need to see a sign of good faith
>> (as you did on the last shipment but larger)
>> It's imperative that i speak with Todd today. I am available anytime
>> including after hours.

DEFENDANTS_002484

Willy Tencer
Blockchain Mining Supply and Services Ltd.
200 - 345 Wilson Ave.,
Toronto, ON M3H 5W1
Tel. 416 398 1198
Fax 416 398 0878
sales@timberlane-mldg.com

-----Original Message-----
From: darren@supercrypto.com [mailto:darren@supercrypto.com]
Sent: May 2, 2018 12:46 PM
To: 'Willy Tencer' <sales@timberlane-mldg.com>; todd@ault.com
Cc: 'joe kalfa' <joekalfa@gmail.com>
Subject: RE: Call

Good morning Willy,

I haven't been able to reach Todd this am because he is in meetings. He did say that we will get the machines by the end of this week or early next week. That doesn't help much but I do expect to know more today.

Darren Magot
www.supercryptomining.com
714-887-6377

-----Original Message-----
From: Willy Tencer <sales@timberlane-mldg.com>
Sent: Wednesday, May 2, 2018 6:24 AM
To: darren@supercrypto.com; todd@ault.com
Cc: joe kalfa <joekalfa@gmail.com>
Subject: Call

We need to have a call this morning.
Let me know what works.
Thx

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

--

**Milton "Todd" Ault III**
Chairman/CEO/Founder
**Ault & Company, Inc**

www.Ault.com

P: 714-916-8498
E: Todd@ault.com
www.linkedin.com/in/miltontoddault/

This email may contain privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify us immediately. Email is not a secure method of communication and we cannot accept responsibility for the accuracy or completeness of this message or any attachment(s). Please examine this email for virus infection, for which we accept no responsibility. If verification of this email is sought then please request a hard copy. Thank you.

--

**Milton "Todd" Ault III**
Chairman/CEO/Founder

**Ault & Company, Inc**

www.Ault.com

P: 714-916-8498
E: Todd@ault.com
www.linkedin.com/in/miltontoddault/

This email may contain privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify us immediately. Email is not a secure method of communication and we cannot accept responsibility for the accuracy or completeness of this message or any attachment(s). Please examine this email for virus infection, for which we accept no responsibility. If verification of this email is sought then please request a hard copy. Thank you.

DEFENDANTS_002486