# DECLARATION OF RICHARD S. MANDEL

# EXHIBIT 6

**Messages exported from: iPhone (+14165433946, sales@timberlane-mldg.com)**
**With: 7149168498**
PDF generated on 2022-10-19 using Decipher TextMessage

**2018-05-03 4:51 PM**
iPhone (+14165433946)

> Can you call me now?
> Appreciate it.
> Willy

**2018-05-03 4:51 PM**
7149168498

> I am seriously with my banker

**2018-05-03 4:51 PM**
7149168498

> Let me close the cash

**2018-05-03 4:51 PM**
7149168498

> I need to finish

**2018-05-03 4:52 PM**
iPhone (+14165433946)

> Got it.  I understand Please call me when you're done.
> Anytime.
> Kick ass

**2018-05-03 6:55 PM**
iPhone (+14165433946)

> Are you available now for a call?

**2018-05-03 6:56 PM (Viewed 2018-05-03 7:01 PM)**
7149168498

> I am at dinner with the lender

**2018-05-03 6:57 PM (Viewed 2018-05-03 7:01 PM)**
7149168498

> I will text you when done

**2018-05-03 6:57 PM (Viewed 2018-05-03 7:01 PM)**
7149168498

> I promise will wrap up by Friday

**2018-05-03 7:02 PM**
iPhone (+14165433946)

> Ok.  Which Friday?
> Let's talk anyway.
> Call me when you can.
> The wine is on me.

1

**2018-05-03 7:07 PM (Viewed 2018-05-03 8:29 PM)**
7149168498



**2018-05-03 7:07 PM (Viewed 2018-05-03 8:29 PM)**
7149168498

So you don't think I am nuts

**2018-05-04 8:55 AM**
iPhone (+14165433946)

How's it go last night.  Can we speak shortly to get this wrapped up?

**2018-05-04 9:57 AM**
iPhone (+14165433946)

When are you available for a call?

**2018-05-04 11:50 AM**
iPhone (+14165433946)

Are we speaking today?

**2018-05-04 11:50 AM (Viewed 2018-05-04 12:14 PM)**
7149168498

Yes after 2

**2018-05-04 3:38 PM**
iPhone (+14165433946)

Tried calling you but no answer.
Please call me.  I don't like being in the dark.  Communication is key.
Look forward to hearing from you shortly.
Thx.

**2018-05-04 5:22 PM (Viewed 2018-05-05 6:43 PM)**
7149168498

I think we take deliver by next Friday

**2018-05-09 3:50 PM**
iPhone (+14165433946)

Are we on track for Friday?   We really can't let this go much longer.

**2018-05-22 5:14 PM**
iPhone (+14165433946)

Another day gone by and haven't heard from you guys.
This is not normal.

BMS 001341

> Please make sure you contact me today with what's going on.   Obviously we can't let this continue.
> Let's close this deal.

**2018-05-22 5:16 PM (Viewed 2018-05-22 6:11 PM)**

7149168498

Willy will update today

**2018-05-23 5:37 PM**
iPhone (+14165433946)

> You need to respond to my email.
> I need the details of wire.
> Please.

**2018-05-24 12:55 PM**
iPhone (+14165433946)

> Will you be responding to my email?

**2018-05-24 12:56 PM**

7149168498

I am going to call you

**2018-05-24 12:56 PM**

7149168498

Almost done

**2018-05-24 12:59 PM**
iPhone (+14165433946)

> Ok.  But don't keep stalling.  We need honesty.  Let's get this done.   You know we we prefer to work it out.

**2018-05-24 12:59 PM**

7149168498

I am honest.

**2018-05-24 12:59 PM**

7149168498

That's the fucking problem

**2018-05-24 12:59 PM**

7149168498

If I want to break rules I would have paid already

**2018-05-24 12:59 PM**

7149168498

You think I want delays

**2018-05-24 12:59 PM**

7149168498

I will call u

**2018-05-24 12:59 PM**

7149168498

You have 1 day left

**2018-05-24 1:01 PM**
iPhone (+14165433946)

> Waiting to hear from you. 😊

**2018-06-11 9:09 PM**
iPhone (+14165433946)

> Todd, I think I deserve an answer.
> When can we expect wires to commence and your  new proposed payment terms with the agreed guarantee?

3

> I don't understand why partial payments have stopped coming.

**2018-08-05 6:01 PM**
iPhone (+14165433946)

> Hi Todd.  I hear you're back.
> We need to get our situation resolved.  You must admit it's getting a bit ridiculous.
> What's your plan? At the rate we're going it will take you 2 years to pay off including all the warehouse storage charges.
> Please reach out to me with something concrete and realistic.
> I've tried my best not to apply undo pressure but we need to bring this to an end.
> All the best. Willy

**2018-08-05 6:02 PM**

7149168498

Willy I have been back for 24 hours

**2018-08-05 6:03 PM (Viewed 2018-08-05 6:04 PM)**

7149168498

Let's catch Monday as we firmly have answers

**2018-08-05 6:03 PM (Viewed 2018-08-05 6:04 PM)**

7149168498

Let's talk Monday

**2018-08-05 6:06 PM**
iPhone (+14165433946)

> Thanks.  I'll await your call.  Would like to hear about your trip?
> No doubt, it was unique.

**2018-08-06 6:40 PM**
iPhone (+14165433946)

> Any update yet?

**2018-08-06 8:28 PM**

7149168498

Darren and I will areeng a call

**2018-08-06 8:28 PM**

7149168498

Sent you $5000 today

**2018-08-09 10:31 PM**
iPhone (sales@timberlane-mldg.com)

> What's the latest?

*Message not delivered.*

**2018-09-09 12:26 PM**
iPhone (+14165433946)

> I can take your call today until 6:00 pm EST.
> look foreword to hearing from you.   Willy

**2018-09-18 10:06 AM**
iPhone (+14165433946)

> Are you available for a call today

**2018-09-26 6:09 PM**
iPhone (+14165433946)

> What's the story?   Nobody seems to be answering my emails.

**2018-09-27 7:13 PM**
iPhone (+14165433946)

> Will you be responding with an update.  Can you send a good faith wire to keep the situation fluid.
> We need some movement here.   You've pulling our strings for unite a while.

4

**BMS 001343**

> Please respond.

**2018-09-27 7:44 PM**

7149168498

> Sorry I was traveling

**2018-09-27 7:44 PM**

7149168498

> We should close next week on escrow

**2018-09-27 7:44 PM**

7149168498

> Call u Friday

**2018-09-27 7:44 PM**
iPhone (+14165433946)

> Thank you. Call me anytime

**2018-10-03 6:41 PM**
iPhone (+14165433946)

> Will you be communicating?

**2018-10-07 12:02 PM**
iPhone (+14165433946)

> Just sent you an email.

**2018-10-09 8:17 PM**
iPhone (+14165433946)

> Are you pulling my wire or sending me a wire? Are you still in the board meeting? It's been 8 hrs. I am under pressure to have this move forward and resolved. Sounded like we were closing this on Thursday. I need confirmation.

**2018-10-09 8:18 PM (Viewed 2018-10-09 8:19 PM)**

7149168498

> Believe it or not we are still in this board meeting: they are reviewing all the subsidiaries. Your bill is coming up soon. We will apppve Tonight

**2018-10-09 8:21 PM**
iPhone (+14165433946)

> I'll be awaiting your call or email. Please restore our confidence. I don't want anything to happen that we will both regret.

**2018-10-09 10:24 PM**
iPhone (+14165433946)

> What's the update? Are we finally done with this?

**2018-10-21 6:37 PM**
iPhone (+14165433946)

> Is your board meeting over? I haven't heard from you or Darren? We need to put this behind us.
> Please advise latest update.

Message sent originally as iMessage and failed. Re-sent later as SMS.

58 total messages and 1 total image.

5

**BMS 001344**