# DECLARATION OF RICHARD S. MANDEL

# EXHIBIT 7

# Department of State
## Division of Corporations

### Entity Information

Return to Results Return to Search

**Entity Details**

**ENTITY NAME:** AULT GLOBAL HOLDINGS, INC.
**FOREIGN LEGAL NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW
**DATE OF INITIAL DOS FILING:** 07/25/2019
**EFFECTIVE DATE INITIAL FILING:** 07/25/2019
**FOREIGN FORMATION DATE:** 09/21/2017
**COUNTY:** NEW YORK
**JURISDICTION:** DELAWARE, UNITED STATES

**DOS ID:** 5593629
**FICTITIOUS NAME:**
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** ACTIVE
**REASON FOR STATUS:**
**INACTIVE DATE:**
**STATEMENT STATUS:** CURRENT
**NEXT STATEMENT DUE DATE:** 07/31/2023
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

**Service of Process on the Secretary of State as Agent**

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** HENRY NISSER

**Address:** 100 PARK AVENUE, 16TH FLOOR, SUITE 1658A, NEW YORK, NY, UNITED STATES, 10017

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

**Chief Executive Officer's Name and Address**

**Name:** WILLIAM B. HORNE

**Address:** 11411 SOUTHERN HIGHLANDS PARKWAY SUITE 240, LAS VEGAS, NV, UNITED STATES, 89141

**Principal Executive Office Address**

**Address:** 11411 SOUTHERN HIGHLANDS PARKWAY SUITE 240, LAS VEGAS, NV, UNITED STATES, 89141

**Registered Agent Name and Address**

**Name:**

**Address:**

**Entity Primary Location Name and Address**

**Name:**

**Address:**

**Farmcorpflag**

**Is The Entity A Farm Corporation:** NO

**Stock Information**

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

Captured by FireShot Pro: 27 June 2023, 22:21:17

# Department of State
## Division of Corporations

### Entity Name History

Return to Results Return to Search

**Entity Details**

**ENTITY NAME:** AULT GLOBAL HOLDINGS, INC.
**FOREIGN LEGAL NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW
**DATE OF INITIAL DOS FILING:** 07/25/2019
**EFFECTIVE DATE INITIAL FILING:** 07/25/2019
**FOREIGN FORMATION DATE:** 09/21/2017
**COUNTY:** NEW YORK
**JURISDICTION:** DELAWARE, UNITED STATES

**DOS ID:** 5593629
**FICTITIOUS NAME:**
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** ACTIVE
**REASON FOR STATUS:**
**INACTIVE DATE:**
**STATEMENT STATUS:** CURRENT
**NEXT STATEMENT DUE DATE:** 07/31/2023
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

Search

| File Date | Document Type | Entity Name | File Number |
|---|---|---|---|
| 07/25/2019 | APPLICATION OF AUTHORITY | DPW HOLDINGS, INC. | 190725000603 |
| 07/25/2019 | APPLICATION OF AUTHORITY | DIGITAL POWER HOLDINGS, INC. | 190725000603 |
| 02/17/2021 | CERTIFICATE OF AMENDMENT | AULT GLOBAL HOLDINGS, INC. | 210217000554 |

Rows per page: 5 1-3 of 3

Captured by FireShot Pro: 27 June 2023, 22:21:32



