# DECLARATION OF RICHARD S. MANDEL

# EXHIBIT 8

Page 1

```
 1  UNITED STATES DISTRICT COURT
 2  SOUTHERN DISTRICT OF NEW YORK
 3  - - - - - - - - - - - - - - - - - - - -x
 4  BLOCKCHAIN MINING SUPPLY AND
    SERVICES LTD.,
 5
                    Plaintiff,
 6
              Case No. 18-CV-11099-ALC-BCM
 7
          -against-
 8
    SUPER CRYPTO MINING, INC. (N/K/A DIGITAL
 9  FARMS, INC.) and DPW HOLDINGS, INC.
    (N/K/A BITNILE HOLDINGS, INC.),
10
                    Defendants.
11
    - - - - - - - - - - - - - - - - - - - -x
12
                    January 18, 2023
13                  9:36 a.m. (EST)
14
15     DEPOSITION of YONAH KALFA, the
16  Plaintiff in the above-entitled action,
17  held via Zoom video conference, taken
18  before Garry J. Torres, a Stenographer and
19  Notary Public of the State of New York,
20  pursuant to the Federal Rules of Civil
21  Procedure, Notice and stipulations between
22  Counsel.
23
24            *     *     *
25
```

```
 1   APPEARANCES:
 2
        COWAN, LIEBOWITZ & LATMAN, P.C.
 3           Attorneys for Plaintiff
             BLOCKCHAIN MINING SUPPLY AND
 4           SERVICES LTD.
             114 West 47th Street
 5           New York, NY 10036-1525
             TEL: (212) 790-9291
 6           EMAIL: dxc@cll.com
 7      BY:  DASHA CHESTUKHIN, ESQ.
 8
 9      WELTZ KAKOS GERBI WOLINETZ VOLYNSKY
        LLP
10           Attorneys for Defendants
             SUPER CRYPTO MINING, INC. (N/K/A
11           DIGITAL FARMS, INC.) And DPW
             HOLDINGS, INC. (N/K/A BITNILE
12           HOLDINGS, INC.)
             170 Old Country Road, Suite 310
13           Mineola, New York 11501
             TEL: (212) 202-3178
14           EMAIL: rvolynsky@weltz.law
15      BY:  ROBERT B. VOLYNSKY, ESQ.
16                *     *     *
17
18
19
20
21
22
23
24
25
```

1   280 U, dollar sign.
2           Do you see that?
3      A.   Yes.
4      Q.   Do you know what U, dollar sign,
5   is in reference to?
6      A.   U.S. dollars.
7      Q.   Okay.  And he goes on to say,
8   send us the best proposal so I can talk to
9   the team.
10          And you say, okay.  Key here is
11  that I will give you the payment terms
12  also to make it easier.  We'll come back
13  to it.
14     A.   Yes.
15     Q.   Mr. Bonta replies, cool.
16          Do you see that?
17     A.   Yes.
18     Q.   Okay.  Did you ask for any type
19  of verification that they had, in fact,
20  purchased miners in Canada new with PSU
21  for 280 U.S.?
22     A.   No.  But I -- it was less
23  relevant to me, I think, whether it was
24  280 or 380 meaning -- or whatever.  It was
25  a range where the pricing was already low,