

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Dasha Chestukhin**
(212) 790-9251
dxc@cll.com

August 15, 2023

**Via ECF and Email to: ALCarterNYSDChambers@NYSD.uscourts.gov**

Hon. Andrew L. Carter, U.S.D.J.
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

Re: *Blockchain Mining Supply v. Super Crypto Mining et ano.*, Case No. 1:18-CV-l 1099 (ALC)
    Letter Motion to File Under Seal Exhibit 1 to Plaintiff's
    Opposition to Defendants' Motion for Summary Judgment

Dear Judge Carter,

Plaintiff Blockchain Mining Supply and Services Ltd. ("Plaintiff"), based upon this letter motion, respectfully moves the Court to allow Plaintiff to file under seal Exhibit 1 attached to the Declaration of Richard S. Mandel in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment:

This exhibit was designated by Plaintiff as "Confidential" under the Protective Order jointly filed by the parties in this action.[1]  As such, Plaintiff requests that the Court allow the foregoing matter and exhibits to be filed under seal.  Plaintiff is simultaneously filing a public version of this exhibit.

Respectfully,

Richard S. Mandel (rsm@cll.com)
Dasha Chestukhin (dxc@cll.com)

*Attorneys for Plaintiff*

---

[1] The parties filed a Proposed Protective Order on July 7, 2020. (ECF No. 43.) Although the Court has not yet so-ordered the Protective Order, the parties have produced and designated documents in accordance with the Protective Order.

31592/000/4415208