

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

August 23, 2023

**VIA ECF**

Hon. Andrew L. Carter, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

    Re:    *Blockchain Mining Supply v. Super Crypto Mining, Inc. et ano.*,
                Case No. 1:18-CV-11099 (ALC)

Dear Judge Carter:

      We represent Plaintiff Blockchain Mining Supply and Services Ltd. ("Plaintiff") in the above-referenced action.

      We write to request an enlargement of the page limit for Plaintiff's reply brief in support of its summary judgment motion, which is due on September 8, 2023, from 10 pages to 15 pages (exclusive of signature block).  We note that the Court granted Defendants leave to file an enlarged brief of 30 pages in opposition to Plaintiff's summary judgment motion (ECF No. 134).  Plaintiff is mindful of the need to avoid burdening the Court with excessive materials, and indeed limited its summary judgment opposition brief to only 20 pages.  However, it believes that in order to fully address the arguments set forth in Defendants' enlarged opposition, it does require additional pages beyond the ten-page limit ordinarily permitted for reply briefs.

                                            Respectfully,

                                            */s/ Richard S. Mandel*
                                            Richard S. Mandel

cc:  All Counsel of Record (Via ECF)