

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

September 6, 2023

**VIA ECF**

Hon. Andrew L. Carter, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

    Re:    *Blockchain Mining Supply v. Super Crypto Mining, Inc. et ano.*,
               Case No. 1:18-CV-11099 (ALC)

Dear Judge Carter:

      We represent Plaintiff Blockchain Mining Supply and Services Ltd. ("Plaintiff") in the above-referenced action.  We write in follow-up to our letter request of August 23, 2023 (ECF No. 156) seeking leave to file an enlarged reply brief of 15 pages in support of Plaintiff's motion for summary judgment.  We note that Defendants have indicated that they do not object to the requested enlargement (ECF No. 157).

      Accordingly, we respectfully request that the Court permit the requested enlargement in connection with Plaintiff's reply brief, which is due on September 8, 2023.

                                                 Respectfully,

                                                 */s/ Richard S. Mandel*
                                                 Richard S. Mandel

cc:  All Counsel of Record (Via ECF)

31592/000/4431255