

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

September 6, 2023

<u>VIA ECF</u>

Hon. Andrew L. Carter, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

    Re:   *Blockchain Mining Supply v. Super Crypto Mining, Inc. et ano.*,
             <u>Case No. 1:18-CV-11099 (ALC)</u>

Dear Judge Carter:

    We represent Plaintiff Blockchain Mining Supply and Services Ltd. ("Plaintiff") in the above-referenced action. We apologize for burdening the Court with further communications on what we thought was a routine request, but do need to correct misstatements in Defendants' response to our letter following up on our request for additional pages on our reply brief.

    Contrary to Defendants' assertions, there is no gamesmanship involved in Plaintiff's letter today. I was out on vacation last week and accordingly only followed up today when I realized that the Court had not acted on our prior request. We have not prepared two separate versions of our reply brief, but rather were operating on the assumption that the request for extra pages would be granted since it was not opposed by Defendants.

    We also of course did not oppose Defendants' request for an enlargement of their reply brief to 12 pages (even though our opposition brief was only 20 pages). We continue to have no objection to Defendants filing an enlarged brief of 12 pages if they need the additional pages.

    In view of the foregoing, we respectfully renew our request to be able to file an enlarged brief of fifteen pages, which would avoid the need for us to make significant last-minute cuts in the brief we plan to file.

                                                     Respectfully,

                                                     <u>/s/ Richard S. Mandel</u>
                                                     Richard S. Mandel

cc: All Counsel of Record (Via ECF)

31592/000/4431255