MEMO ENDORSED

# LIEBOWITZ LATMAN

Cowan,
114 Wes
New Yo

(212) 790
(212) 575-0671 Fax
www.cll.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/7/2023

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

August 23, 2023

**VIA ECF**

Hon. Andrew L. Carter, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

     Re:    *Blockchain Mining Supply v. Super Crypto Mining, Inc. et ano.*,
              Case No. 1:18-CV-11099 (ALC)

Dear Judge Carter:

    We represent Plaintiff Blockchain Mining Supply and Services Ltd. ("Plaintiff") in the above-referenced action.

    We write to request an enlargement of the page limit for Plaintiff's reply brief in support of its summary judgment motion, which is due on September 8, 2023, from 10 pages to 15 pages (exclusive of signature block). We note that the Court granted Defendants leave to file an enlarged brief of 30 pages in opposition to Plaintiff's summary judgment motion (ECF No. 134). Plaintiff is mindful of the need to avoid burdening the Court with excessive materials, and indeed limited its summary judgment opposition brief to only 20 pages. However, it believes that in order to fully address the arguments set forth in Defendants' enlarged opposition, it does require additional pages beyond the ten-page limit ordinarily permitted for reply briefs.

                        Respectfully,

                        */s/ Richard S. Mandel*
                        Richard S. Mandel

cc:  All Counsel of Record (Via ECF)

The application is **GRANTED**. The deadline for Plaintiff to file its reply brief is extended to **September 12, 2023.**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
9/7/2023

31592/000/4431255