UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN MINING SUPPLY AND SERVICES LTD.,<br><br>    Plaintiff,<br><br>    –against–<br><br>SUPER CRYPTO MINING, INC. n/k/a DIGITAL FARMS, INC. and DPW HOLDINGS, INC. n/k/a AULT ALLIANCE, INC.,<br><br>    Defendants. | Civil Action No. 1:18-cv-11099-ALC<br><br>**REPLY DECLARATION OF RICHARD S. MANDEL, ESQ. IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

RICHARD S. MANDEL, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney admitted to practice before the Bar of this Court and am a shareholder in the firm of Cowan, Liebowitz & Latman, P.C., attorneys for Plaintiff Blockchain Mining Supply and Services Ltd. ("Plaintiff"). I submit this reply declaration in further support of Plaintiff's motion for summary judgment in order to bring before the Court certain deposition excerpts and exhibits relied on by Plaintiff in its reply papers. I am familiar with the facts set forth in this declaration based on my personal knowledge and the documents attached hereto as exhibits.

2. Attached hereto as **Exhibit CCCCC** is a true and correct copy of a Profit & Loss statement for Defendant Super Crypto Mining, Inc. n/k/a Digital Farms, Inc. ("Super Crypto") for calendar year 2018. The document was produced in discovery by Defendants at Bates number DEFENDANTS_004993.

3. Attached hereto as **Exhibit DDDDD** are true and accurate copies of relevant excerpts from the deposition of Darren Magot, the 30(b)(6) designee of Defendant Super Crypto, taken on

January 20, 2023.

4. Attached hereto as **Exhibit EEEEE** are true and accurate copies of relevant excerpts from the deposition of Milton "Todd" Ault III, the 30(b)(6) designee of Defendant DPW Holdings, Inc. n/k/a Ault Alliance, Inc., taken on January 12, 2023.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON SEPTEMBER 12, 2023 AT NEW YORK, NEW YORK.

                                              RICHARD S. MANDEL