# REPLY DECLARATION OF RICHARD S. MANDEL

# EXHIBIT CCCCC

# FILED UNDER SEAL