UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,                                         Case No. 18-CV-11099-ALC

            Plaintiff,

   -against-                                          **SUPPLEMENTAL
                                                       DECLARATION OF
                                                       DARREN MAGOT**

SUPER CRYPTO MINING, INC. (N/K/A DIGITAL
FARMS, INC. and DPW HOLDINGS, INC.
(N/K/A AULT AULLIANCE, INC.),

            Defendants.
---------------------------------------------------------------X

      I, Darren Magot, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am the Chief Executive Officer of Defendant Super Crypto Mining, Inc. (n/k/a Digital Farms, Inc.) ("Super Crypto") in the above-referenced matter. I have been the Chief Executive Officer since Super Crypto's inception.

2. I make this supplemental declaration in further support of Super Crypto's and DPW Holdings, Inc.'s (n/k/a Ault Alliance, Inc.) motion for partial summary judgment as to both counts of the First Amended Complaint filed by Plaintiff Blockchain Mining Supply and Services Ltd.

3. I make this supplemental declaration based upon my own personal knowledge of the facts and circumstances set forth herein.

4. Exhibit 13 hereto is a document that is Bates Stamped DEFENDANTS_002049 – DEFENDANTS_002050 and is a true and correct copy of an e-mail from Mr. Tencer, which was received by me at the email address darren@supercrypto.com.

Executed on this 4th day of September, 2023 in Orange County, California.

                                                                  Darren Magot

Scanned with CamScanner