Message

| | |
|---|---|
| From: | Willy Tencer [sales@timberlane-mldg.com] |
| Sent: | 4/13/2018 1:06:58 PM |
| To: | Todd Ault [todd@ault.com]; darren@supercrypto.com |
| Subject: | Re: A call |

We are nearing the end of day here and have not heard from you or Escrow agent.  Was hoping to have the 1st batch of machines released today.
It seems we are not on target as you had said yesterday.
Please call to discuss. We are now at the point where both payments - (for the 1st 500 machines and 2nd 600 machines) are in default. We can not let this go on indefinitely.
 Where do we stand?
Please call shortly.
I will be heading out within the hour.

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com


On Fri, Apr 13, 2018 at 3:33 PM -0400, "Willy Tencer" <sales@timberlane-mldg.com> wrote:

Out of my meeting now.
Ready to take your call which was scheduled for 1 hour ago.


Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1
Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com


On Fri, Apr 13, 2018 at 2:43 PM -0400, "Willy Tencer" <sales@timberlane-mldg.com> wrote:

Will you be calling shortly?  I need to go into a meeting for 1/2 hour soon

Willy Tencer
Blockchain Mining Supply and Services Ltd
200-345 Wilson Ave.
Toronto, On. Canada
M3H 5W1

Tel. 416 398 1198
Fax. 416 398 0878
sales@timberlane-mldg.com

On Fri, Apr 13, 2018 at 12:47 PM -0400, "Todd Ault" <Todd@ault.com> wrote:

Willy

Can you do a call at 11:30 am my time today?

Todd
--

**Milton "Todd" Ault III**
Chairman/CEO/Founder

**Ault & Company, Inc**

www.Ault.com

P: 714-916-8498
E: Todd@ault.com
www.linkedin.com/in/miltontoddault/

This email may contain privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify us immediately. Email is not a secure method of communication and we cannot accept responsibility for the accuracy or completeness of this message or any attachment(s). Please examine this email for virus infection, for which we accept no responsibility. If verification of this email is sought then please request a hard copy. Thank you.

DEFENDANTS_002050