**Subject:** new machines

**From:** Joe Kalfa - NADW [mailto:joekalfa@gmail.com]
**Sent:** April 25, 2018 1:25 AM
**To:** Willy Tencer <sales@timberlane-mldg.com>
**Cc:** Todd Ault <Todd@ault.com>; darren@supercrypto.com
**Subject:** Re: new machines

Hi Todd,

We can have the L3 in our warehouse by 2nd to 3rd week of May.
The price would be $1,340 for the L3++ . The price includes the PSU.


Best Regards,
Joe Kalfa

**Mobile:** +1-410-504-6032

***** Confidentiality Disclaimer *****
This email (and any attached document) contains confidential information from Joe Kalfa. and
is intended solely for the person or organization to whom it is addressed. If you have
received this email in error, please notify joekalfa@gmail.com and destroy the attached
message (and all attached documents) immediately. Any unauthorized distribution, copying, or
other dissemination of this email is strictly prohibited.

On Tue, Apr 24, 2018 at 10:30 PM, Willy Tencer <sales@timberlane-mldg.com> wrote:

> Joe is out of the office today but will contact you in the morning with details.
>
> Willy Tencer
> Blockchain Mining Supply and Services Ltd
> 200-345 Wilson Ave.
> Toronto, On. Canada
> M3H 5W1
> Tel. 416 398 1198
> Fax. 416 398 0878
> sales@timberlane-mldg.com

1

BMS 000750

On Apr 16, 2018, at 11:55 AM, Todd Ault <Todd@ault.com> wrote:

> Willy this is all done today.
>
> On Mon, Apr 16, 2018 at 8:38 AM Willy Tencer <sales@timberlane-mldg.com> wrote:
>
>> Hi Todd.
>>
>> I haven't heard from the Escrow agent.
>>
>> Can you reconfirm that my understanding of Friday's conversation is correct?
>>
>> My understanding is that we are to hear from the Escrow agent today before noon, that the funds have been released by the bank and are available to be wired to us once the conditions of the Escrow agreement are fulfilled. If the Escrow agent is not in a position to notify us of the forgoing, you will be wiring $100K to us directly. Funds would be applied towards payment of the 1st 500 machines. (same as the last $100K you wired).
>>
>>
>> Willy Tencer
>>
>> Blockchain Mining Supply and Services Ltd.
>>
>> 200 - 345 Wilson Ave.,
>>
>> Toronto, ON M3H 5W1
>>
>> Tel. 416 398 1198
>>
>> Fax 416 398 0878
>>
>> sales@timberlane-mldg.com
>>
>>
>> **From:** toddault@gmail.com [mailto:toddault@gmail.com] **On Behalf Of** Todd Ault
>> **Sent:** April 13, 2018 4:12 PM
>> **To:** Willy Tencer <sales@timberlane-mldg.com>
>> **Cc:** darren@supercrypto.com
>> **Subject:** Re: A call
>>
>>
>> Please call me 7149168498
>>
>> On Fri, Apr 13, 2018 at 1:06 PM, Willy Tencer <sales@timberlane-mldg.com> wrote:

We are nearing the end of day here and have not heard from you or Escrow agent. Was hoping to have the 1st batch of machines released today.

It seems we are not on target as you had said yesterday.

Please call to discuss. We are now at the point where both payments - (for the 1st 500 machines and 2nd 600 machines) are in default. We can not let this go on indefinitely.

Where do we stand?

Please call shortly.

I will be heading out within the hour.


Willy Tencer

Blockchain Mining Supply and Services Ltd

200-345 Wilson Ave.

Toronto, On. Canada

M3H 5W1

Tel. 416 398 1198

Fax. 416 398 0878

sales@timberlane-mldg.com


On Fri, Apr 13, 2018 at 3:33 PM -0400, "Willy Tencer" <sales@timberlane-mldg.com> wrote:

> Out of my meeting now.
>
> Ready to take your call which was scheduled for 1 hour ago.
>
>
>
> Willy Tencer
>
> Blockchain Mining Supply and Services Ltd
>
> 200-345 Wilson Ave.

BMS 000752

> Toronto, On. Canada
>
> M3H 5W1
>
> Tel. 416 398 1198
>
> Fax. 416 398 0878
>
> sales@timberlane-mldg.com

On Fri, Apr 13, 2018 at 2:43 PM -0400, "Willy Tencer" <sales@timberlane-mldg.com> wrote:

> Will you be calling shortly?  I need to go into a meeting for 1/2 hour soon
>
> Willy Tencer
>
> Blockchain Mining Supply and Services Ltd
>
> 200-345 Wilson Ave.
>
> Toronto, On. Canada
>
> M3H 5W1
>
> Tel. 416 398 1198
>
> Fax. 416 398 0878
>
> sales@timberlane-mldg.com

On Fri, Apr 13, 2018 at 12:47 PM -0400, "Todd Ault" <Todd@ault.com> wrote:

> Willy
>
> Can you do a call at 11:30 am my time today?
>
> Todd
>
> --

4

**Milton "Todd" Ault III**
**Chairman/CEO/Founder**

**Ault & Company, Inc**

www.Ault.com

P:  714-916-8498
E:  Todd@ault.com

www.linkedin.com/in/miltontoddault/

This email may contain privileged and confidential information intended only for the use of the individual or entity to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this email is strictly prohibited.  If you have received this email in error, please notify us immediately.  Email is not a secure method of communication and we cannot accept responsibility for the accuracy or completeness of this message or any attachment(s).  Please examine this email for virus infection, for which we accept no responsibility.  If verification of this email is sought then please request a hard copy.  Thank you.

--

Thanks,


Todd



Milton "Todd" Ault, III

Chairman, CEO and President

Ault.com, Inc.

O:  (714) 966-2624

D:  (714) 795-0246


This message may contain confidential and/or restricted information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. This

> information should only be forwarded or distributed on a "need to know basis". If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

--

**Milton "Todd" Ault III**
**Chairman/CEO/Founder**

**Ault & Company, Inc**

www.Ault.com

P:  714-916-8498
E:  Todd@ault.com

www.linkedin.com/in/miltontoddault/

**This email may contain privileged and confidential information intended only for the use of the individual or entity to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this email is strictly prohibited.  If you have received this email in error, please notify us immediately.  Email is not a secure method of communication and we cannot accept responsibility for the accuracy or completeness of this message or any attachment(s).  Please examine this email for virus infection, for which we accept no responsibility.  If verification of this email is sought then please request a hard copy.  Thank you.**

BMS 000755