

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**MEMO ENDORSED**

**Dasha Chestukhin**
(212) 790-9251
dxc@cll.com

May 30, 2023

**Via ECF and Email to: ALCarterNYSDChambers@NYSD.uscourts.gov**

Hon. Andrew L. Carter, U.S.D.J.
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

Re:  *Blockchain Mining Supply v. Super Crypto Mining et ano.*, Case No. 1:18-CV-l 1099 (ALC)
     Letter Motion to File Under Seal Portions of and
     Exhibits to Plaintiff's Motion for Summary Judgment

Dear Judge Carter,

    Plaintiff Blockchain Mining Supply and Services Ltd. ("Plaintiff"), based upon this letter motion, respectfully moves the Court to allow Plaintiff to file under seal: (1) portions of Plaintiff's Memorandum of Law in Support of Motion for Summary Judgment, which are marked therein; (2) portions of Plaintiff's Statement of Undisputed Facts Pursuant to Local Rule 56.1, which are marked therein; and (3) the below exhibits attached to the Declaration of Richard S. Mandel in support of Plaintiff's Motion for Summary Judgment:

- Exhibit G
- Exhibit H
- Exhibit I
- Exhibit J
- Exhibit K
- Exhibit L
- Exhibit M
- Exhibit N
- Exhibit O
- Exhibit P
- Exhibit Q
- Exhibit R
- Exhibit S
- Exhibit T
- Exhibit U
- Exhibit V
- Exhibit W

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/31/24

31592/000/4360301

**Cowan, Liebowitz & Latman, P.C.**
Hon. Andrew L. Carter, U.S.D.J.
July 8, 2021
Page 2

- Exhibit X
- Exhibit Y
- Exhibit Z
- Exhibit AA
- Exhibit CC
- Exhibit DD
- Exhibit FF
- Exhibit GG
- Exhibit BBB
- Exhibit EEE
- Exhibit PPP
- Exhibit QQQ
- Exhibit RRR
- Exhibit TTT
- Exhibit YYY
- Exhibit AAAA
- Exhibit JJJJ
- Exhibit OOOO
- Exhibit RRRR
- Exhibit UUUU
- Exhibit AAAAA
- Exhibit BBBBB

All the portions marked in Plaintiff's moving papers as well as the documents in the above-listed exhibits have been designated by Defendants or by Plaintiff as "Confidential" under the Protective Order jointly filed by the parties in this action.[1] As such, Plaintiff requests that the Court allow the foregoing matter and exhibits to be filed under seal. Plaintiff is simultaneously filing public versions of the aforementioned papers and exhibits.

Respectfully,

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

New York, New York
March 31, 2024

Richard S. Mandel (rsm@cll.com)
Dasha Chestukhin (dxc@cll.com)

*Attorneys for Plaintiff*

---

[1] The parties filed a Proposed Protective Order on July 7, 2020. (ECF No. 43.) Although the Court has not yet so-ordered the Protective Order, the parties have produced and designated documents in accordance with the Protective Order.