

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

September 19, 2024

**VIA ECF**

Hon. Andrew L. Carter, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

    Re:    *Blockchain Mining Supply v. Super Crypto Mining, Inc. et ano.*,
              Case No. 1:18-CV-11099 (ALC)

Dear Judge Carter:

    We represent Plaintiff Blockchain Mining Supply and Services Ltd. ("Plaintiff") in the above-referenced action.  In view of the Court's order of April 2, 2024 (ECF No. 172) denying both sides' cross-motions for summary judgment, Plaintiff respectfully requests that the Court set a schedule for trial and required pre-trial submissions or conduct a conference to address scheduling.

    Plaintiff thanks the Court for its consideration.

                                Respectfully,

                                */s/ Richard S. Mandel*
                                Richard S. Mandel

cc:  All Counsel of Record (Via ECF)