UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,

                **Plaintiff,**

         -against-                            1:18-cv-11099 (ALC)

SUPER CRYPTO MINING, INC. n/k/a        **ORDER**
DIGITAL FARMS, INC. and DPW
HOLDINGS, INC. n/k/a AULT ALLIANCE,
INC.,

                **Defendants.**

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      This Court will conduct a telephone status conference in this action on **December 4, 2024, at 2:00PM**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:   November 14, 2024
          New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**