UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,

     **Plaintiff,**

   **-against-**          1:18-cv-11099 (ALC)

SUPER CRYPTO MINING, INC. n/k/a     **AMENDED ORDER**
DIGITAL FARMS, INC. and DPW
HOLDINGS, INC. n/k/a AULT ALLIANCE,
INC.,

     **Defendants.**

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

   The Court amends its prior order in ECF No. 178 because the Court is replacing its telephonic conference system. The Court will conduct a telephone status conference in this action on **December 4, 2024, at 2:00PM**. All parties shall appear and should contact the Court at **1-855-244-8681** (access code: **2319 454 5869#**).

**SO ORDERED.**

Dated: November 25, 2024
    New York, New York

                     **ANDREW L. CARTER, JR.**
                     **United States District Judge**