UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,

                   **Plaintiff,**

             **-against-**               1:18-cv-11099 (ALC)

SUPER CRYPTO MINING, INC. N/K/A       **ORDER**
DIGITAL FARMS, INC. AND DPW
HOLDINGS, INC. N/K/A AULT
ALLIANCE, INC.,

                  **Defendants.**
------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will schedule trial in this matter to start on **May 19, 2025**. In advance of trial, parties shall file:

- A joint status report by **January 13, 2025**, providing details regarding settlement discussions and availability for trial.

- A joint pretrial order by **April 10, 2025**.

- Voir dire requests and proposed jury instructions by **April 10, 2025**.

- Any motions in *limine* by **April 24, 2025**. Oppositions shall be filed by **May 6, 2025**.

      The final pretrial conference will be held on **May 13, 2025 at 2PM**. The parties shall contact the Court at **1-855-244-8681** (access code: 2319 454 5869#).

**SO ORDERED.**

Dated:   **December 5, 2024**
            **New York, New York**

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**