

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036-1525

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

January 13, 2025

**VIA ECF**

Hon. Andrew L. Carter, U.S.D.J.
Southern District of New York
40 Foley Square, Courtroom 1306
New York, NY 10007

Re: *Blockchain Mining Supply and Services Ltd. v. Super Crypto Mining Inc. et ano.* Case No. 1:18-CV-11099 (ALC), Joint Status Report

Dear Judge Carter:

Pursuant to the Court's order of December 5, 2024 (ECF No. 181), the parties herby submit this letter providing a joint status report addressing settlement status and the parties' availability for trial.

The parties have had extensive discussions regarding settlement over the last month and have exchanged multiple offers and counteroffers.  Although the parties have not reached agreement, they have substantially narrowed the gap and remain relatively optimistic that continued discussions can ultimately bring this matter to a resolution.  At present, they do not believe that it is necessary to refer the matter to mediation, as direct talks between counsel are continuing to result in progress toward settlement.  The parties request that they be permitted to update the Court within thirty days on the status of their settlement discussions and whether a final agreement has been reached.

With respect to setting a trial date, Defendants have indicated that one of their witnesses is unavailable on the May 19, 2025 date set in the Court's December 5, 2024 order and that scheduling a trial during the month of June would be challenging given Defendants' and their counsel's respective schedules and commitments.  After consulting with their respective clients, counsel for the parties request that, subject to the Court's availability, the Court schedule the trial for either the week of July 21 or July 28. We thank the Court for its time and consideration.

Respectfully,

| | |
|---|---|
| */s/*Richard S. Mandel | /s/Robert B. Volynsky |
| Richard S. Mandel (rsm@cll.com) | Robert B. Volynsky (rvolysnky@weltz.law) |
| COWAN, LIEBOWITZ & LATMAN, P.C. | WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP |
| 114 West 47th Street | 1 Old Country Road, Suite 275 |
| New York, New York 10036 | Carle Place, New York 11514 |
| Attorneys for Plaintiff | Attorneys for Defendants |

31592/000/4807984.1