UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

BLOCKCHAIN MINING SUPPLY AND
SERVICES LTD.,

      **Plaintiff,**

   -against-        1:18-cv-11099 (ALC)

SUPER CRYPTO MINING, INC. *n/k/a*   <u>ORDER</u>
DIGITAL FARMS, INC. and DPW
HOLDINGS, INC. *n/k/a* AULT ALLIANCE,
INC.,

      **Defendants.**

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the parties' joint status report docketed at ECF No. 182. Accordingly, the Court adjourns the start date for trial in this matter to **July 28, 2025**. In advance of trial, parties shall file:

- A joint status report by **March 14, 2025**, providing details regarding settlement discussions and availability for the new trial date.
- A joint pretrial order by **May 27, 2025**.
- *Voir dire* requests and proposed jury instructions by **May 27, 2025**.
- Any motions in *limine* by **June 10, 2025**. Oppositions shall be filed by **June 20, 2025**.

  The final pretrial conference will be held on **July 24, 2025 at 2PM**. The parties shall contact the Court at **1-855-244-8681** (access code: 2319 454 5869#).

**SO ORDERED.**

Dated: February 14, 2025
     New York, New York

                  _____
                  **ANDREW L. CARTER, JR.**
                  United States District Judge